IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION (AERA) et al., <br><br> *Plaintiffs*, <br><br> v <br><br> U.S. DEPARTMENT OF EDUCATION, et al. <br><br> *Defendants*. | Case No. 8:25-cv-1230 |

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to Local Rule 103(1)(d), Plaintiffs the American Educational Research Association and the Society for Research on Educational Effectiveness respectfully move for leave to accept their initial pleading in excess of the page limit. Given the importance, breadth, and highly technical nature of the issues raised in Plaintiffs' complaint, Plaintiffs seek permission for a pleading that does not exceed 50 pages.[1]

The complaint concerns an action that terminated nearly 100 different contracts and an action that designated 90 percent of the staff of a federal agency for termination. The ramifications of these actions are both broad and technical. Leave to allow a complaint with 10 additional pages will allow Plaintiffs to more adequately articulate key aspects of these actions and the harms they have caused.

A proposed Order accompanies this Motion.

---

[1] Plaintiffs were required to file an initiating document upon opening the case, so file this motion for leave following the filing of the initiating complaint.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 14, 2025 | /s/ Daniel A. McGrath |
|  | Daniel A. McGrath (Bar No. 31501)<br>Madeline H. Gitomer (Bar No. 31518)<br>Emma R. Leibowitz*<br>Victoria S. Nugent (Bar No. 15039)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090<br>dmcgrath@democracyforward.org<br>mgitomer@democracyforward.org<br>eleibowitz@democracyforward.org<br>vnugent@democracyforward.org |
|  | *Counsel for Plaintiffs* |
|  | *Pro Hac Vice Application Forthcoming |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court of the United States Court of the District of Maryland by using the CM/ECF system. I also certify that the foregoing document is being served on counsel in the Federal Programs Branch of the Department of Justice via email.

      This 14th day of April, 2025

                                              /s/ *Daniel A. McGrath*
                                              Daniel A. McGrath