# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> *vs.* <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Case No. 8:25-cv-1230 |

## **PROPOSED ORDER**

Having considered Plaintiffs' motion for leave to file their pleading in excess of the page limit outlined in Local Rule 103, Plaintiffs' motion is **GRANTED**. Plaintiffs' filed complaint is accepted.

Dated: _____

_____
Hon. Stephanie A. Gallagher
United States District Judge