IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-1230 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for a preliminary injunction, the accompanying memorandum, any related responses and replies filed, and the immediate irreparable harm to Plaintiffs alleged therein, it is hereby

**ORDERED** that the motion for a preliminary injunction is **GRANTED** as follows:

**ORDERED** that Defendants must reverse the Institute of Education Sciences ("IES") Staff Termination Action announced on March 11, 2025, by revoking the reduction in force ("RIF") notices sent to IES employees and by removing them from administrative leave and placing them back in their roles to carry out IES functions;

**ORDERED** that Defendants must reinstate all contracts that were terminated for convenience in the February 2025 Research Termination Action, including contracts that were conducting research studies and contracts that were otherwise supporting IES functions.

**ORDERED** that Defendants take prompt action to preserve all data collected in research conducted by contractors with contracts cancelled in the February 2025 Research Termination Action, including by immediately communicating that such data should not be destroyed.

Dated: _____ _____
Hon. Stephanie A. Gallagher
United States District Judge