# Exhibit J

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL
RESEARCH ASSOCIATION, *et al.*,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF EDUCATION,
 *et al.*,

*Defendants*.

Civil Action No. 8:25-cv-01230

---

## DECLARATION OF L. ELIZABETH TIPTON

I, L. Elizabeth Tipton, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I submit this declaration in my personal capacity and not on behalf of any institution. I am a professor at Northwestern University, statistician, and researcher in the field of education research.

3. I am an active member and board member of the Society for Research on Educational Effectiveness.

4. In obtaining my doctorate in statistics, I devoted time and resources to also obtain a certificate in education science.

5. For more than 15 years, I have dedicated my career to improving the quality of education research in order to benefit the public by ensuring policymakers and practitioners rely on accurate and valuable information in making decisions that affect our nation's students.

6. To this end, I have conducted education research with a focus on fostering effective research through high quality and improved randomized trials in the field of education research. My research involves developing new research designs and statistical methods for large, randomized experiments, with a particular focus on understanding for whom and under what conditions interventions are effective. This includes concerns with generalizability, treatment effect heterogeneity, and prediction.

7. I have conducted research that found education research has suffered from a lack of representativeness in the schools and school populations studied, which limited the accuracy and generalizability of research products relied on by policymakers and educators.

8. Partly as a result of these findings, I have created and maintained, with the assistance of others, "The Generalizer," which is an online resource that I provide to researchers to aid in ensuring their findings are representative and generalizable across school types and populations.

9. In the past I have received grants for this work, but I generally support it with my own time and work with a low cost developer to provide free access to education researchers. This work would be impossible without IES data.

10. I do this as a part of my work to ensure that education research products are valid and representative of the nation's school environments and populations.

AERA-0079

11. Hundreds of education researchers have relied on this tool to design and improve their research studies and randomized control trials in the education field, ultimately improving the accuracy and generalizability of the education research findings relied upon in the public discourse and by policymakers and educators. These studies often focus on the U.S. population or on broad regions of states in the U.S. The resulting studies enable researchers to both test their interventions in a more heterogeneous set of schools and provide a more valid estimate of the efficacy of these interventions.

12. For example, a midsize evaluation study funded by the Education Innovation and Research was intending to use The Generalizer to develop a sampling plan for recruiting a representative sample of 80 high schools in rural communities in the South beginning in 2026 (including Alabama, Mississippi, and North Carolina). If the CCD is not updated, this study will not have appropriate data to recruit a representative sample, thus making its findings less relevant to schools in rural communities.

13. Generalizability is one of 9 "Standards for Excellence in Education Research" and considerations for representativeness are required in all evaluations, impact, efficacy, and replication grants funded by IES. Studies involving recruitment in multiple states depend upon the CCD data to recruit broad and representative samples of schools. Current studies that are recruiting now include: a study evaluating a kindergarten reading program (recruitment in Mid-Atlantic, Midwest, Southwest regions); a self-affirmation study focused on Black and Latinx high school students (recruitment in California, Florida, North Carolina, New York, Nevada, and Virginia); a replication study evaluating a schoolwide positive behavior interventions and supports program (recruitment in

California, Georgia, and the Northeast region); and an evaluation of a school readiness program (recruitment in rural and urban preschools in Oregon, Georgia, and Texas).

14. This tool relies upon updated data funded through canceled IES contracts, including the Common Core of Data ("CCD") and the Integrated Postsecondary Education Data System ("IPEDS"). Contracts supporting these data sources were abruptly cancelled in February.

15. Without these and other sources of data, the Generalizer tool will quickly become out-of-date and unreliable. I generally update it with new data from these sources annually.

16. Since the inception of the COVID-19 pandemic, education data changes have been particularly volatile increasing the risk of the Generalizer becoming badly out-of-date quickly as student populations and patterns change rapidly. Population shifts, migration, school closures and school openings will all quickly make this tool–which seeks to ensure representativeness as the foundation for education research–unrepresentative of our nation's schools and student populations.

17. As a result, it is vitally important to my work, and to the public interests I seek to serve, that IES continue to fund and carry out its work in collecting and disseminating CCD, IPEDS and other education data.

18. More broadly, access to up-to-date education data and research at this time is *particularly* important now because we have observed both significant educational challenges as a result of the pandemic, and we could see substantial changes in educational approaches and achievement as a result of technological change in the very near future given the development and deployment of artificial intelligence.

19. In addition to conducting research and working to facilitate the creation of accurate and effective research by others, I work to train students and researchers every year on how to develop effective randomized trials for education research.

20. My students and trainees regularly rely on data created and disseminated by the Institute of Education Sciences ("IES") and its components, generally through contracts including those cancelled this February, to conduct research, identify problems, and develop new research methods.

21. My students, trainees, and I often rely on data available in the IES-funded and provided "What Works Clearinghouse" in the process of identifying problems and developing new and improved research methods that seek to improve the quality of education research products and data.

22. The What Works Clearinghouse data makes study data available that is essential to this work and training, and the February 10th cancellation of at least six contracts supporting the operation and availability of the What Works Clearinghouse threatens to make this work and teaching nearly impossible, and, at a minimum, significantly less impactful. *See* Contracts 91990020D0005/91990024F0310, 91990023A0001/91990024F0316, 91990023 D0002/91990025F0014, 91990021A0003/91990023F0336, 91990021A0022/91990024F0342, 91990021A0003/91990021F0370. In particular, my students typically rely upon WWC data related to the research designs used, including sample sizes, and the outcomes and effect sizes estimated. This data enables my students to develop better research methods that are directly applicable to education research and future studies.

23. I also have current grant funding to study human-computer interactions to ensure that people draw correct conclusions from research and data, including, in particular, the data and information on research findings and educational effectiveness made available through the WWC.

24. The failure to support the continued availability and functionality of the WWC will frustrate the purpose of this research and prevent me from effectively improving the accuracy of the public, policymakers' and educators' interpretation of education research.

25. I have invested years of time and resources into developing expertise in educational research for the purpose of serving the public good. The ability to continue to do this work is dependent on the ecosystem of research and data fostered and provided by IES funding and carrying out its duties.

April 24, 2025

Evanston, IL

_____
L. Elizabeth Tipton

# Exhibit K

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATION RESEARCH ASSOCIATION, *et al.*, | |
| *Plaintiffs*, | |
| vs. | Civil Action No. 8:25-cv-01230 |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | |
| *Defendants*. | |

### DECLARATION OF ELIZABETH TALBOTT

I, Elizabeth Talbott, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I, Elizabeth Talbott, am a professor in higher education and a member of the American Education Research Association. As such, I speak on behalf of myself and not on behalf of any higher education institution with which I am affiliated.

3. I have dedicated my career in higher education to preparing future general education and special education teachers, social workers, and school psychologists for their professional careers, and to conducting research in education, particularly in the fields of special education and school psychology.

4. In my teaching, I work to advance the greater public good by teaching evidence-based practices to future special educators and school psychologists. To do that, I rely on education research, particularly research funded and disseminated by the Institute of Education Sciences ("IES"), which includes the National Center for Special Education Research (NCSER), the National Center for Education Research (NCER), and the National Center for Education Statistics (NCES). NCSER is a unique and critical resource, as it is the only federal agency dedicated to conducting research on behalf of children and youth with disabilities from birth to age 21 under the Individuals with Disabilities Education Act (1975; 1990) and the Education Sciences Reform Act (2002). My teaching and research are both harmed if IES becomes a non-functioning federal agency.

5. In my research, I work to advance the greater public good by advancing the implementation of evidence-based practices for educating all children and youth, but particularly youth with disabilities. Much of that evidence is available through IES-funded projects. For example, in recent years school superintendents and principals have sought to identify strategies for reducing disciplinary exclusion in their schools (suspension and expulsion) for youth who commit relatively minor offenses. This topic is an area of expertise for me, as I was a former teacher of students with learning, behavioral, and mental health disabilities. Using current IES-funded research and my own clinical experience, I adapted an existing evidence-based practice for my graduate students to help them prevent youth suspension and expulsion for their students. Furthermore, I shared this IES-funded strategy that I adapted in a 2024 presentation at the National School Mental Health conference attended by hundreds of school mental health

providers and am preparing a paper for these providers in a publication designed for this audience. Future practitioners and their students will be harmed without IES-funded research to guide researchers' development and adaptation of innovative practices.

6. I routinely use resources from IES to inform my research and advocacy in public policy. These resources help me communicate and translate findings for policymakers, so that federal, state, and local tax dollars spent on education will yield improved academic and mental health outcomes for students with disabilities. For example, I submitted an IES grant application in 2024 that was approved for funding by IES in February of 2025. This grant now awaits final approval (typically a "rubber stamp") by U.S. Department of Education staff. The purpose of the project is to study the effectiveness of the 2022 Virginia Literacy Act (first implemented in 2024-25) at improving literacy for all Virginia students in grades K-8. If we receive the funding that IES approved, we plan to share state-level literacy findings with school principals around the state, so that they will be able to improve their implementation of the literacy act. If this grant is not allowed to go forward, it will cause significant harm to me and my fellow researchers, for whom this work is vital to our careers; but more importantly, it will cause harm to the citizens of the Commonwealth of Virginia who are denied a vital resource designed to help principals and school literacy leaders improve student literacy. Notably, the development and expansion of the Virginia Longitudinal Data System, which includes student achievement data, was funded by the IES.

7. My research and teaching depend upon resources, data, and tools created, conducted, or otherwise made available by IES-funded contracts, including contracts that I understand have recently been terminated.

8. For example, I regularly use resources from the National Center for Education Statistics (NCES) in my research and teaching. These resources include but are not limited to the Common Core of Data. They also include updated results from surveys with teachers and school leaders regularly conducted by the NCES, as well as up-to-date, digestible results from the Nation's Report Card: the National Assessment of Educational Progress (NAEP). Resources from the NAEP help to inform the research I conduct, as they contain the most complete set of academic assessment data in the country. NCES has made a concerted effort over the past several years to increase participation of students with disabilities in NAEP testing, with 89-90% of students with disabilities participating in math and reading testing in recent years. In 2017 the NAEP test became computerized, allowing IES-funded researchers to study the behavior of students when they were taking the test. These researchers found that 8th graders with Autism demonstrated relative strengths and weakness with different types of math problems compared to their general education peers and enjoyed completing certain types of problems compared to others. This kind of data, collected on a large sample of students with and without Autism, is nearly impossible for an individual researcher to collect; only NCES has access to this type of data for such a large number of students from the general population. Therefore, the data produced by NAEP testing and IES-funded research have helped me to envision comparable strategies to assess and improve student achievement in my own research. The loss of these NCES resources (and the staff to manage them) is significant as it closes a door to the development of innovative educational approaches for students with disabilities.

9. I understand that the February IES contract cancellations and staffing layoffs have affected contracts that make the Common Core of Data available and ensure that data continue to be updated and presented in a digestible form. The work of providing data in an easy-to-digest format is critical for our research and implementation with partners in the field, who include school principals and special education leaders. We researchers rely on communication with IES staff to address our questions about data use.

10. These cancellations will significantly impair the effectiveness and accuracy of my research and teaching; particularly my research-to-practice initiatives.

11. To translate research-to-practice in my work with future school professionals, I regularly use resources (particularly the practice guides) from the "What Works Clearinghouse" ("WWC") that is funded and provided by IES through contracts with other entities.

12. Every year I use results from these WWC practice guides in my teaching, as each one compiles the latest research in a given area (e.g., mathematics, literacy, student behavior). These practice guides serve as a resource for "one stop shopping" in up-to-date methods for teaching students with disabilities, and are presented in a visually appealing and digestible format that I regularly share with my students. Without the practice guides, I must rely on my own efforts to gather resources, which cannot be as comprehensive nor result in such high quality products as those produced by a team of researchers with the WWC.

13. Likewise, I regularly use resources from the IES-funded Regional Educational Laboratories (RELS) to inform my teaching, particularly in the work I do to support teachers and school psychologists in their engagement with families. For example, following the Covid-19 pandemic, many schools experienced persistent absenteeism as

principals and school leaders struggled to help kids get to school. The Appalachian REL team published a document summarizing strategies for engaging grandparents and extended family members in helping children, including getting them to school. This seemingly simple strategy requires persistent engagement on the part of principals and other school leaders with these family members, but it pays off in the end with improved student attendance and achievement. The cancellation of RELs contracts will cause harm to my teaching and ultimately to youth outcomes, as these vital tools we rely on to guide us in family engagement, particularly with young people in rural schools (who are often overlooked by policymakers and researchers), will no longer be updated.

April 24, 2025

Williamsburg, VA

Elizabeth Talbott

# Exhibit L

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

AMERICAN EDUCATIONAL
RESEARCH ASSOCIATION, *et al.*,

          *Plaintiffs*,

          *vs.*

U.S. DEPARTMENT OF EDUCATION,
*et al.*,

          *Defendants*.

Civil Action No. 8:25-cv-01230

## DECLARATION OF JASON GARVEY

I, Jason Garvey, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is

true and correct:

1.      I am over eighteen years old, of sound mind, and fully competent to make this

declaration.

2.      I am a professor of education at a university in New England.  I am making this

declaration in my personal capacity, not on behalf of my school. I am a member of the American

Educational Research Association (AERA), and I have presented at Society for Research on

Educational Effectiveness events in the past.

3.      My research focuses on queer and trans people in education.  Historically, federal and

nationally representative education datasets have excluded queer and trans people.  Their

absence in data sets has significant policy and allocation implications.  I believe it has a negative

impact on our ability to develop educational instruction approaches that best serve these

populations.

4.      I have dedicated my work to the need to create an education data landscape that includes queer and trans people.

5.      I run a research collective called Queer and Trans People in Education (QTPiE).  Our mission is to educate, advocate, and build coalitions that advance equitable policies and practices for queer and trans people in education.

6.      We run the Emerging Scholars Program, which was started in 2020.  This program runs for twelve weeks every summer.  We choose three to five candidates to train in studying queer and trans communities in education using quantitative methods.  Last summer, the application pool was 75 students.  There is great interest in and need for this program.

7.      Typically, these emerging scholars have passed their comprehensive exams, and are either working on their dissertations, working as postdoctoral researchers, or working as assistant professors.

8.      During the summer program, we work together, virtually, to author between one and three studies.  Currently most of the educational research scholarship on queer and trans individuals is qualitative or theoretical.  I train emerging scholars interested in queer and trans topics in education how to use statistics and quantitative studies to answer questions about these students.

9.      A critical component of our program is the High School Longitudinal Study of 2009 (HSLS09), run by the National Center for Education Statistics (NCES).  This study is important and remarkable.

10.     HSLS09 was the first federal education study to identify queer and trans people in their data.  Before HSLS, the only quantitative data available were homegrown datasets that I and others collected.  Because these homegrown datasets were collected independently, researchers

were unable to connect their data to college pathways data, educational outcomes data, or other policy work.

11.    NCES is the dominant data source to inform education policy.  Using HSLS09 data gives the studies that are produced more legitimacy and adds more value to the educational research community.

12.    NCES staff that work on HSLS09 have been fantastic and supportive of QTPiE and our Emerging Scholars Program. It has been a great experience working with them.

13.    We have used HSLS09 data for the QTPiE Emerging Scholars Program as the centerpiece of our work every summer.  We recruit people in the spring, and once accepted, we work together in June and July, and then we typically submit a research presentation proposal to AERA at the end of the program in July, when those proposals are due.  We also submit our studies to journals.

14.    This is an enormous opportunity for the emerging scholars, for many reasons.

15.    First, there are still very few educational researchers that focus on queer and trans populations in their research.  Many early career researchers do not have a mentor or supervisor on their campus to teach them about this specific research topic.  The Emerging Scholars Program lets us come together, virtually, to be in a professional community with one another.  It allows us to train members of this professional community annually and offer these emerging scholars mentorship and education that will benefit them and their future work.

16.    Second, many of these emerging scholars have little experience in quantitative data studies. The program allows them to engage in quantitative data analysis using datasets that are the focus of their work.  They can then take back to their university the skills they learned.

17.    And finally, the emerging scholars program is a huge professional development opportunity. It allows our emerging scholars to be published, in the areas of study on which they focus.  The work they do adds to the currently small body of quantitative studies on queer and trans students, and their impact is significant.

18.    Publication and presentation of these studies is largely possible because the data used is so well-respected.  HSLS09 data are well-known and trusted in the educational research community.  In the past, the Emerging Scholars Program has published studies related to financial disparities for trans and queer people in higher education; differences in school discipline for queer and trans people; differences in supports available for trans and queer high school students of color; and differences in higher education enrollment patterns for trans and queer students.

19.    For all of this work, it is critical that we used the HSLS09 restricted-use data set.  Even though race and binary sex data are listed in the public data set for HSLS09, sexual orientation and gender identity information is available only in the restricted-use dataset.

20.    Restricted-use data must be used subject to certain technical and procedural safeguards, to protect the confidentiality of the data.  Approximately four years ago, NCES09 initiated a contract to create a virtual "cold room" so that for programs like the Emerging Scholars Program, researchers could log into a platform to work with data collectively, but virtually.

21.    The contract that allowed for this virtual platform has been terminated.

22.    I received an email that said that NCES staff have been working to transition the secure remote access program to a new platform, but for budgetary and programmatic considerations, the existing program will end.

23.     The email said that steps should be taken to shift to use of a physical cold room on location by June 1.

24.     QTPiE has 27 members across 26 schools.  For geographical and financial reasons, we cannot all be in the same physical location.

25.     The loss of the virtual cold room means we cannot use restricted-use HSLS09 data for our work. We are not permitted to use the restricted-use data outside of that virtual space. We cannot train people on data if we are not all accessing it together, in the same virtual space.  The only way we can teach our scholars is to be in that virtual space together, manipulating and assessing the data to develop our research.

26.     And further, the staff at NCES that I have worked with are gone.  The people who could have possibly helped me are no longer there.

27.     Therefore, we cannot use HSLS09 data.

28.     To ensure that the QTPiE Emerging Scholars Program continues, I am trying to obtain access institutional datasets or privately-held research datasets, but the centers that hold these datasets charge significant amounts of money to use them.  QTPiE cannot afford them.  But even if we could, the data is just not as relevant to education policy or education research broadly. There are no other datasets for research on queer and trans people in education that are as helpful and rich as HSLS09.  You must use NCES data to be part of educational research and policy conversations.

29.     The historical exclusion of queer and trans people in federal and nationally representative datasets is part of the reason that queer and trans people have been erased, for far too long, from education policy conversations— because they have not been counted as part of the studies that

track students, even through NCES data. I view this as data injustice, and I believe it impacts state and federal education policy.

30.     HSLS09 changed that restriction and had significant implications for studying queer and trans students.

31.     The inability to use HSLS09 restricted-use dataset will also have significant implications for studying queer and trans students.

32.     If we have a QTPiE Emerging Scholars Program this summer, the experience for the scholars will be less valuable as a result of the loss of access to HSLS09 because we will be unable to connect empirical data to student outcomes, nor will we have nationally representative data.


Signed on April 25, 2025, in Burlington, Vermont.

_____

Jason Garvey

# Exhibit M

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

           *Plaintiffs*,

           *vs.*

U.S. DEPARTMENT OF EDUCATION,
*et al.*,

           *Defendants*.

Civil Action No. 8:25-cv-01230

## <u>DECLARATION OF BRADY DOE</u>

I, Brady Doe, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.      I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2.      I am submitting this declaration under pseudonym out of fear of retaliation or harassment.

3.      I am a PhD student and have been an American Educational Research Association member for several years.

4.      I worked as a high school counselor in Michigan for my career.

5.      I retired from my career as a high school counselor because I knew I wanted to enroll in an education-based PhD program focused on school counselors and college access.

6.      I was accepted into a PhD program in California.  I am currently at the end of my third year in the program, and I am beginning to put together my dissertation proposal.

7.      My research thus far has focused exclusively on what high school counselors can do to help students in rural parts of the country access college.  I want to use what I have learned in my life's work as a high school counselor at a rural high school, and pair it with statistical data that can help identify ways to increase college access for these students.

8.      I have used the NCES High School Longitudinal Study data for my research thus far. The public data is excellent, and I have used it for prior projects.

9.      But for my dissertation, I planned to use the HSLS restricted-use data through a license held by my university.

10.     I planned to use a virtual clean room at the university to access the data.

11.     Earlier this spring, I received notice that due to budget and programmatic considerations, IES was planning to end the remote access program for virtual access to restricted-use data.  The notice also stated that no new applications would be accepted, nor would any requests to add new data or users be granted.

12.     This notice was devastating and frustrating. I was planning to propose my dissertation at the end of this month, and I was relying on access to the HSLS restricted-use data.

13.     My dissertation includes two parts.  The first examines how high school counselors can impact the FAFSA completion of rural, potential first-generation college students.  I am able to do that study using public data.

14.     The second part examines information about students that is not publicly available, like their GPA, their SAT scores, the selectivity of the schools to which they applied and were accepted, and whether they persisted to college graduation. All of these variables are only accessible through the restricted license.

15.     The HSLS is one of the only studies that has questionnaires answered by school

counselors.

16.     The inability to access this NCES data has impacted me in many ways.

17.     First, I was planning to go to, and present at, an NCES Data User Conference in

February.  This would have been an important professional development opportunity for me.

However, it was "postponed."  The notice[1] states that the decision was made to allow IES to

reassess how to fulfill its mission within available resources and agency priorities. The notice

says NCES may issue a public update on rescheduling.  I have no idea whether it will be

rescheduled.

18.     But most importantly, now that virtual access to this dataset is unavailable, my

graduation timeline has changed.

19.     I need to completely reconceptualize my dissertation.  Without access to the same level

of data, my dissertation will not be able to delve into the findings and recommendations as I had

hoped.

20.     There is very little data on the role of high school counselors in rural communities, and I

have dedicated my life to students in those communities.  I cannot believe that after all this work

in my career and graduate studies, I cannot complete the dissertation I had envisioned.

21.     I believe wholeheartedly that school counselors in rural communities can make an

enormous difference in the lives of their students.  I was excited and committed to adding to the

currently sparse research on the best ways for them to do so.

22.     The cutting off of access to restricted-use data has also harmed me financially.  I had

planned to apply for a fellowship, worth $10,000, and I felt confident I would have received that

---

[1] https://education.ufl.edu/educational-research/24007.

funding.  But because I didn't have a feasible dissertation proposal to include with my application, I could not apply.  I was forced to miss the deadline and forgo that funding.

23.     Without that funding, the cost to finish my program is a large financial burden to me. I am still trying to figure out my plans.  But at the moment, I am not sure exactly how I will focus my dissertation.

Signed April 23, 2025.

*Signature page attached hereto.

*/s/ Brady Doe*_____

Brady Doe.

funding. But because I didn't have a feasible dissertation proposal to include with my application, I could not apply. I was forced to miss the deadline and forgo that funding.

23.      Without that funding, the cost to finish my program is a large financial burden to me. I am still trying to figure out my plans. But at the moment, I am not sure exactly how I will focus my dissertation.

Signed April 23, 2025.

_Brady Doe_
Brady Doe

# Exhibit N

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

      *Plaintiffs*,

      *vs.*

U.S. DEPARTMENT OF EDUCATION,
*et al.*,

      *Defendants*.

Civil Action No. 8:25-cv-01230

## DECLARATION OF ALEX DOE

I, Alex Doe, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.    I am over eighteen years old, of sound mind, and fully competent to make this

declaration.

2.    I am a PhD candidate at a university in the Midwest and a member of the American

Educational Research Association and the Society for Research on Educational Effectiveness.

3.    I submit this declaration under pseudonym because I fear retaliation and harassment.

4.    I am in my last year of my graduate studies program and plan to graduate this summer.

5.    I am currently working on and am almost finished with my dissertation.

6.    My dissertation focuses on research and issues related to college access.

7.    I have been using National Center for Education Statistics ("NCES") data for my

dissertation and have been in touch with an NCES program officer for several years.

8.      Specifically, my research uses the restricted version of the High School Longitudinal Study ("HSLS") dataset. My research requires use of the restricted version of the HSLS dataset because it is important for me to know the residency of the state in which students are located; that lets me leverage variation in experiences across states and incorporate state economic data into my study. State residence is not available in the HSLS public dataset.

9.      I could not have completed my dissertation without these datasets. Or, if I used other datasets, my dissertation would have been fundamentally different and would lack critical analysis and information that it now includes.

10.     I am very concerned about the termination of these research studies and data collections on our field of education science. The data I have worked with is valuable and adds to our understanding of the education system in the United States. Without it, I am concerned that we will have a far lesser understanding of how to improve college outcomes and accessibility for our country's students.

11.     I have been using a HSLS restricted-use dataset, under a professor's restricted-use data license, for the last year. I have made my figures and tables, and I am almost ready to prepare my dissertation for publishing.

12.     During this time, I also have received much support from the IES program officer and their support staff responsible for this study. They were able to answer my questions about the data, or what they were seeing in the data, and helped me access information. Their support really helped me complete my dissertation.

13.     I value that previously, IES invested in its staff and research to benefit people like me who want to go on to contribute to the field of education research.

14.     However, I do not know if I will actually be able to publish my dissertation.

15.    Before publication, I need to submit my dissertation for approval by NCES for purposes of disclosure review.

16.    When a researcher uses restricted-use data in the analysis of anything they want to publish, NCES is required to review the dissertation to ensure it does not compromise the confidentiality of the data.

17.    This is an important step because it protects the confidentiality of students and educators.

18.    However, now that almost all of the NCES staff have been terminated, I am very worried that no one is there to conduct and approve disclosure reviews.

19.    I have heard that the office is down to no functionally working staff and that the timeline is very uncertain. I have also heard that any submissions for disclosure review may not be reviewed.

20.    Previously, I understood that the process was that if you submit it to NCES, they would approve the request in approximately two weeks, if not sooner.

21.    Before NCES staff were RIFed, NCES told researchers to expect delays to approval of disclosure reviews. Now I don't know if anyone is available to approve my disclosure review.

22.    I am about to submit my dissertation for disclosure review, and I have no idea when or if it will be approved.

23.    I am looking into how to embargo my dissertation if it cannot be published. This means that the work I have done for several years will never be seen by my peers, future colleagues, or those in my profession. My own family would never see my work. I will not be able to present this work at a conference that I recently applied to.

24.    Completing a PhD program is very difficult. But when you get to the end of it, you feel proud, and you want to have something to show for it.

25.   The prospect of my work never being public is devastating.

26.   But more importantly, I believe in the value of my dissertation. I am passionate about providing college access to all students.

27.   I believe my dissertation adds important data, analysis, and information to discussions, policymaking, and work on those issues.

28.   If my research cannot be used to improve our educational system, that is a loss to the research community. But given that I am not the only one in this position, I anticipate that the collective loss of research contributions will be enormous.

29.   This uncertainty is imposing large amounts of stress on me.

30.   I have emailed the account that typically handles NCES disclosure reviews to ask for more information, but I have not received a response.

31.   I still plan to submit my disclosure review to NCES for approval, and I hope it gets approved. But the amount of work I have had to do to navigate this has been difficult.

32.   It has added so much to my plate to navigate the uncertainty this has caused.

33.   The termination of NCES staff and the termination of important research studies is devastating to me professionally and has introduced much stress, worry, and uncertainty into my life personally.


Signed April 23, 2025.

_Alex Doe_

Alex Doe

# Exhibit O

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, | |
| *Plaintiffs*, | |
| *vs.* | |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | Civil Action No. 8:25-cv-01230 |
| *Defendants*. | |

## <u>DECLARATION OF NANCY WONG</u>

I, Nancy Wong, declare under penalty of perjury, as prescribed in 28 U.S.C. § 1746, that the following is true and correct:

1.    I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2.    I am a graduate student at the University of Maryland and have been a member of AERA since January 2023.

3.    I am working to obtain my PhD, and my research focuses on Asian American students' undergraduate and graduate school loan debt.

4.    Most research on student loan debt examines Asian American students as one community. However, the Asian community is a diaspora, so disaggregating that data is really important to identify patterns and trends of borrowing, financing, and grant-seeking, and to understand who is most impacted by changes in student loans and student loan repayment plans.

5.    There is little to no other research addressing these issues, so I am proud of my work and think it will contribute significantly to the field.

6.    This research would not be possible without the National Center for Education Studies's data. I have used the National Postsecondary Student Aid Study (NPSAS) data in my work. This study is, by far, the most detailed data available on undergraduate and graduate student aid, including loan awards and disbursements.

7.    There are few databases available where you can access financial data, and individual-level data is not really accessible elsewhere. Most other studies would not be sufficient for my research. There are perhaps one or two databases from individual states or that ask questions about individuals' student loans, but these databases are not comprehensive, and I think that a nationwide analysis on this issue is important.

8.    The NPSAS study tracks student loan debt for students enrolled in Title IV colleges between 2019 and 2020.

9.    The publicly available data for NPSAS is provided on the NCES DataLab, a web-based tool that is limited to simple analyses (e.g., frequencies, linear or logistic regression, correlations) and does not provide the numerical data that I need for my study, as the tool only provides averages, means, medians, and percentages.

10.  I am able to access the NPSAS restricted-use dataset through my advisor's restricted-use license. This means that we are mailed a secure CD of the data, and the data is analyzed using a standalone computer, disconnected from the internet, in a "clean room" on campus. Only those with a restricted data license can access it.

11.  There is a lot of panic about the research studies that have been abruptly stopped and the cuts to staff at IES.

12.   About a month ago, we heard that access to restricted-use data may be cut off altogether, but luckily, that hasn't happened for us yet. We did not hear from the Institute of Education Sciences for several weeks. However, we heard recently that the disclosure risk review (DRR) will not operate as it previously did, if it operates at all. The DRR is required for any publications that use restricted-use data, and none of the data can be shared with anyone else except authorized license users until the DRR has been done.

13.   I started my data analysis on the current restricted-use data in early February.

14.   I had planned to defend my dissertation in August 2025, and I am very worried that I will not be able to get my dissertation through the disclosure review process before then.

15.   Because I am using non-public, restricted-use data, I am required to have NCES review my research study and dissertation to ensure I am not compromising the confidentiality of study participants or any other restricted-use data.

16.   I was planning to submit my dissertation for disclosure review later this summer.

17.   I recently received a communication from the "Standard Application Process Team."  It said to discard any previous communications I "may have received previously in error" and that though disclosure reviews continue, I should "expect delays in response to both new and existing requests." It also suggested that any license renewals for restricted data may be delayed. *See* Exhibit 1, attached to this declaration.

18.   We knew when there were significant staff cuts at IES that there would be delays with the disclosure review process, and my advisor, my doctoral committee, and I began discussing how I would graduate if I was unable to share my dissertation with my doctoral committee, or anyone else, unless NCES gives me permission to do so.

19.  Because the NCES disclosure review may be delayed, and because I have no idea for how long, I have spent significant time trying to figure out how I will be able to graduate. I'm on a timeline, and this will affect my graduation. My doctoral committee is asking me what I will do. I am likely to push my graduation until December to have more time to figure this out.

20.   I am also planning to write two dissertations. One will be the dissertation I planned, and one will be a qualitative-only study that includes student interviews, but no quantitative data. It will be significantly scaled back in scope and contribute much less to our understanding of student borrowing among Asian American students.

21.  My advisor has generously provided me with additional funding through the fall so that I can navigate all this uncertainty and hopefully have time to obtain disclosure review approval. However, that funding was intended to support other graduate students on the research team, so I feel I am taking away an opportunity from another student. However, without that funding, I cannot continue to be a student, and without a dissertation, I cannot graduate.

22.  This process has been very stressful and has resulted in a lot of extra time and resources, including money, to navigate. It has also made me very concerned about research censorship and the availability of quality statistical data going forward.


Signed April 24, 2025, in College Park, Maryland.

Nancy Wong

# Exhibit 1

## CORRECTION: IMPORTANT ResearchDataGov Application Update  Inbox ×    



**Standard Application Process Administrative Team** <singleportal-admin@nsf.gov>                    Wed, Apr 2, 6:06 PM   ☆   ↩   ⋮
to Standard ▾

*\*\*Please disregard any other emails that you may have received previously in error and see the updated message below:*

Dear Researcher,

You currently have an active project with the National Center for Education Statistics (NCES). You can continue to use the data, per the terms of your license with NCES and any data use restrictions. Disclosure reviews continue, although users should expect delays in response to both new and existing requests. As a reminder, you may not release any output, such as tabulations or estimates, until your output is cleared through disclosure review. License renewals should be requested with as much advanced notice as is practicable to help ensure your license remains active without interruption.

Best regards,

SAP Program Management Office | NCSES

# Exhibit P

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 8:25-cv-01230 |

**DECLARATION OF LARRY HEDGES**

I, Larry Hedges, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am a statistician and professor, and I am a member of the American Education Research Association and the Society for Research on Educational Effectiveness.

3. I have dedicated years of time and resources in my career to work in the field of education research and statistics out of a commitment to serve the public interest by promoting improved understanding of the education system, and, ultimately, better outcomes for students. I am currently a professor at Northwestern University. I submit this declaration in my personal capacity and not on behalf of any institution.

4.  I jointly run a research center that I founded to conduct education research and maintain a database of design parameters that are essential for the design of certain forms of education research studies.

5.  At the center, my colleagues and I have created the database and compiled the evidence in this database from decades of research and data compiled by Institute for Education Sciences ("IES") component National Center for Education Statistics ("NCES").

6.  The people who use this database need up-to-date and current information to design effective studies in education that will produce reliable, valid, and generalizable results.

7.  This data has been used by researchers for other purposes, such as studying inequality in American education.

8.  Without IES effectively carrying out its longitudinal studies and its other functions, such as the Common Core of Data and the National Assessment of Educational Progress ("NAEP"), maintenance of a current and useful database will be impossible.

9.  I also use the skills I have developed in this area to write policy analyses, and I regularly rely on IES resources including the What Works Clearinghouse ("WWC"), NCES data and other IES resources to write policy analysis founded in valid data and rigorous research.

10. For example, an important paper (cited over 1800 times) I published in the journal *Science* concerning gender differences in education drew heavily on research and data from NCES. Similarly, a paper (cited hundreds of times) I published on racial gaps in education drew heavily from NCES data, as did books I have written.

11. I also use data from IES-sponsored randomized trials and reviews of those trials. Those studies are essential to understand the efficacy of different educational interventions such as interventions designed to improve different reading interventions.

    I've also provided training to NSF researchers to teach them how to do STEM education research that would be funded by the NSF.

12. I have drawn heavily on randomized trials and other research supported by IES.

13. IES's continued functioning is vital to aid other federal agencies that have education research programs like the National Science Foundation ("NSF") and the National Institute of Child Health and Human Development ("NICHD"). These agencies rely on IES's foundational research to produce applied research that is important for my work.

14. More broadly, IES's functions have been vital to the field of education research, and the effectiveness of the field going forward is jeopardized if IES ceases to function.

15. For example, the WWC standards for education research have had an important impact on the field of research in and beyond education. There are other federal and private research clearinghouses that have been modeled on the WWC clearinghouses.

16. These standards in the WWC and NCES have been very important for training education researchers and survey researchers, and for my work helping to train future researchers.

17. The National Assessment of Educational Progress ("NAEP") has been vital not only for its headline delivery of national achievement data, but also for aiding in developing state level assessments as a technological leader for states and commercial companies conducting assessments.

18. In developing NAEP, NCES uses a process with experts to design a publicly available set of test specifications that are used as a resource by textbook writers and people designing

educational standards. This helps to inform a broad national consensus about the level of proficiency students should achieve at certain levels.

19. For students just now earning their doctorates in statistics with a focus on education statistics, there will neither be the ecosystem or resources to fulfill their career aims without the interconnected environment of data and research resources created by IES's carrying out its significant functions.

20. Large scale social problems, like the challenges that exist in our education system, cannot be solved in isolation without a thriving ecosystem of research and data that can identify problems and effective solutions.

21. As in medicine, where rigorous research and trials on a large scale are necessary to identify effects with reliability. Individual doctors are not able to reduce death rates reliably by themselves.

22. Individual educators do not have enough students and information to test and ascertain the effectiveness of interventions and methods with efficacy.

23. IES provides a system for studying and assessing large scale interventions with complex studies that account for a multitude of variables. Doing this effectively requires an ecosystem of researchers and statisticians–and schools and educators– who can participate in a feedback loop that enhances our understanding of the challenges we face and the interventions and strategies that will work to address those challenges.

24. A hodgepodge of privately funded and operated studies and data collections cannot parallel the large-scale, rigorous studies and data collections conducted by IES. If IES ceases to carry its role in a meaningful way, I will not be able to carry out research

projects underway and planned.   The far greater harm in the loss of IES research and

data, however, will be to our nation's students.

April 24, 2025

[Evanston, Illinois]

Larry Hedges

# Exhibit Q

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

                *Plaintiffs*,

                *vs.*

U.S. DEPARTMENT OF EDUCATION,
*et al.*,

                *Defendants*.

              Civil Action No. 8:25-cv-01230

**DECLARATION OF BETH BOULAY**

I, Beth Boulay, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.  I am over eighteen years old, of sound mind, and fully competent to make this declaration.

1.  I am a member of the Society for Research on Educational Effectiveness ("SREE"). I am submitting this declaration in my personal capacity.

2.  I have a doctorate from the Harvard Graduate School of Education and have been an education researcher for over twenty years. Since I started graduate school, my goal has been to help teachers better serve their students by producing research that helps distinguish what works from what doesn't.

3.  The Institute of Education Sciences ("IES") was established while I was in graduate school and has fundamentally shifted the field of education research. In establishing the agency, Congress tasked IES with something that's very hard and requires expertise:

collecting data and generating evidence to determine whether the taxpayer investment in education is paying off. I received a Spencer Foundation Training Grant designed to support students motivated to learn how to do this well.

4.  My skill and expertise in evaluation methods was immediately utilized when I started my post-graduate school career at Abt Associates (now Abt Global), and worked on the Reading First Impact Study funded by IES. This study was one of the first experimental studies assessing the effectiveness of federal policy in the No Child Left Behind Act. This work was essential to ensure that the legislation increased reading instructional time for students (which it did) and increased reading achievement (it did not). And while there were state level evaluations of Reading First, those studies were not designed to learn whether the Reading First funding effectively led to increased reading achievement. The study was mandated by congress to learn whether the investment in Reading First was worthwhile, and new graduates in the field of education research had the skills to partner with seasoned researchers to answer congress' mandate.

5.  In the years since its establishment, IES has continued to do extremely important work and fill gaps to help state and local education systems improve. For example, through its support of the Investing in Innovation ("i3") Program, IES improved state and local evaluations of the funded interventions by creating a contract oversight structure to examine and improve the quality of local assessments. The results speak for themselves: IES support of the i3 evaluations led to 75 percent of these studies meeting the What Works Clearinghouse ("WWC") standards for credible research, in turn ensuring that the state and local schools, school districts, and education nonprofits could rely on the data that had been collected about their students and schools. For example, with our TA

support, Building Assets, Reducing Risks conducted a rigorous student-level RCT with their initial early phase grant, despite proposing a correlational design. The evaluation showed substantial positive effects of BARR on student outcomes, qualifying them for the higher tier of grants. They have since conducted more student-level RCTs as well as a large scale school-level RCTs that have shown positive effects on a range of important student outcomes. Our support on their initial study set the stage for identifying BARR as a model that works for students nationally. Another example is the i3 evaluation of Upstart by the Waterford Institute in Utah. While initially reticent to conduct a study that could credibly identify Upstart as effective, our TA team helped them design a study which showed that Upstart has sizeable impacts on early learning for Utah preschoolers. Without IES staff and the contracts they oversee, we wouldn't have been able to support these studies to identify these important and impactful programs.

6. My work as an education researcher has focused on evaluating longstanding and experimental programs to determine their effectiveness. This work provides policy makers and educators evidence that some programs and practices are proven to produce results, so that they don't need to reinvent the wheel to address needs. In addition, my research can add to and extend the existing evidence, asking and answering questions about *how* something works. To do this, I rely on access to the Education Resources Information Center ("ERIC") to have access to completed research relevant to my own as well as the reviews conducted and disseminated by the WWC.

7. Contract cancellation by IES and the mass termination of staff at the agency impose a significant risk to my research, in particular those that threaten the WWC and the Education Resources Information Center ("ERIC").

8. My work requires me to evaluate data across long periods of time and to aggregate research findings that have been produced by other researchers. IES is fundamental to that work. For example, I provided evaluation technical assistance to the i3 evaluation of Reading Recovery, which showed large, short term impacts but longer term declines in reading achievement. This finding, among others, was included in the podcast "Sold A Story", which has prompted a marked shift in state policies around reading instruction. Without these longitudinal data, we would be unable to evaluate whether initial impacts persist or translate into impacts on later outcomes of interest.

9. The Education and Innovation Research ("EIR") program is an ongoing ED program that requires its grantees to conduct evaluations of various education programs—for example, teacher retention in rural school districts and STEM pathways to prepare students for careers in the 21st century. A single researcher like me cannot possibly produce evidence of what works for students across different outcomes (reading, math, computer science) and across the wide range of contexts in the U.S. IES oversaw contracts that supported researchers like me to ensure that many more researchers produced credible evidence of the impact of these programs in their local states and districts. My work, funded by IES, was aimed at making sure we don't squander opportunities to learn what's working for students and teachers and that more of the education research we conduct is credible, which is an efficient use of taxpayer dollars.

10. WWC provides me with research standards that are built by consensus and are constantly improved and updated. The evaluations I was supporting were all to be reviewed by the WWC to make sure that they produce credible findings, and without that review process, we won't have clear quality controls for the evaluations that I supported. Both the

evaluations themselves and the supports were funded by IES contracts that were canceled. ED's strategy has been to give small grants to untested programs and larger grants to programs that have "qualifying evidence" that shows impacts. Determining whether the evidence qualifies the program for more money relies on reviews by the WWC, to ensure we don't squander taxpayer money by over-investing in programs that do not produce impacts.

11. ERIC likewise allows me to access studies that I won't otherwise be able to access; ERIC's content includes subscriptions to a large number of journals and other resources that will lapse due to cancelled contracts. In addition, new research will not be added to ERIC making it much more difficult to have a knowledge base from which to build future research.

12. If these and other contract cancellations remain in place without effective substitutes, and IES also cannot fulfill these functions with its now minimal staff, I will lose access to evidence that already exists on these databases. I will also be prevented from accessing new data, because other researchers will not be able to submit their studies, and IES personnel will not be able to perform quality control.

13. And I (and other researchers) also face a risk of permanently losing quality data from this moment in time. For example, ED has invested almost $1.5 billion in 240 Education Innovation and Research ("EIR") grants since the Trump administration began the program in 2017. All of those grants are conducting independent evaluations that were expected to be held to the rigorous standards of the WWC and uploaded to ERIC to ensure that the results were widely disseminated. Without the support contracts to troubleshoot evaluation challenges, the WWC reviews to assess credibility, and the

dissemination power of ERIC, this investment in building an evidence base is at substantial risk and will not have the impact on education policy it was expected to have.

14. My research and evaluation work will be significantly harmed without access to these resources. It is not possible for me to effectively continue my work to improve education as an isolated, independent researcher in the dark about other evaluations and education research—and no nongovernmental resource is sufficient to replace the IES databases.

April 25, 2025
Shrewsbury, MA                              ____/s/ Beth Boulay*_____
                                            Beth Boulay


*A copy of the signature page bearing an original signature is attached hereto.

dissemination power of ERIC, this investment in building an evidence base is at substantial risk and will not have the impact on education policy it was expected to have.

14. My research and evaluation work will be significantly harmed without access to these resources. It is not possible for me to effectively continue my work to improve education as an isolated, independent researcher in the dark about other evaluations and education research—and no nongovernmental resource is sufficient to replace the IES databases.

April 25, 2025
Shrewsbury, MA

Beth Boulay

# Exhibit R

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, | |
| *Plaintiffs*, | |
| vs. | Civil Action No. 8:25-cv-01230 |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | |
| *Defendants*. | |

### DECLARATION OF THOMAS WATKINS

I, Thomas Watkins, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am a member of the Society for Research on Education Effectiveness (SREE).

3. I have worked in school districts for decades, including as a director of research, evaluation and assessment, overseeing and collaborating on program evaluation, conducting impact studies, coordinating systems for school improvement and accountability. I am currently a coordinator of data and assessment in a school district. I submit this declaration in my personal capacity and not on behalf of any institution.

4. I have pursued this career in order to serve the public good by collaborating with teachers, administrators and other stakeholders to determine the degree to which we are

improving student outcomes, learning about practices, programs and interventions that help students most, and sharing these findings so our schools and districts can get even better.

5. I regularly use evaluation and research techniques I have learned from Institute of Education Sciences ("IES")-funded or facilitated conferences to employ high-quality research and evaluation methods. These IES resources have given me relevant and important methods to examine program impacts in an efficient manner.

6. I have also used IES research and collaborated with other research and evaluation professionals on grant submissions.

7. The What Works Clearinghouse ("WWC") and other IES research resources have been incredibly important for our work in school districts, and to my ability to effectively carry out my career aims.

8. For example, I have relied in a number of ways on the drop out prevention WWC practice guide over several years.

9. There is no comparable resource to the WWC, which compiles high-quality research in a centralized location, employs vetting functions from experts to ensure quality, and which includes implementation and practice guides that synthesize quality research for practical application at the school district level.

10. In my work, it is vital to rely on IES-supported high-quality research. Without this high-quality research I would more often be forced to rely on information that is not valid or reliable, and would more often be forced to make decisions that impact the students I seek to serve with worse quality data that may not be representative.

11. I also use National Center for Education Statistics ("NCES") data to interpret trends are occurring at the district or state level.  For example, this data provides graduation and dropout rates, higher education enrollment, and benchmark questions for student surveys. These are invaluable resources for supporting the effectiveness of my work.

April 23, 2025

[Minneapolis, MN]

_____

Thomas Watkins

# Exhibit S

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 |

## DECLARATION OF THERESE PIGOTT

I, Therese Pigott, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am a professor with a focus on education and public health at a large university and a member of the Society for Research on Educational Effectiveness. I am submitting this declaration in my personal capacity.

3. I earned my B.A. in Psychology from the University of Notre Dame, and my Ph.D. in Measurement, Evaluation and Statistical Analysis from the University of Chicago.

4. I have invested decades of time and resources into my career focused on teaching graduate students and conducting research that is reliant on the ecosystem of research and

data provided by the Institute of Education Sciences ("IES") as well as specific systems and sources funded and operated by IES.

5.  In my career, I teach graduate students in the education field, including future school principals and psychologists, about education research, and how to utilize education research and data in education practice.

6.  I also conduct education research with a specialization in meta-analysis using available studies and data in the field to identify successful interventions and approaches that can be used by educators.

7.  In my teaching, it is crucial to teach students who are training for roles in schools how to effectively assess evidence in order to determine the approaches and interventions that will be effective for them to deploy as school principals, psychologists, or in other educator roles.

8.  The What Works Clearinghouse ("WWC") that IES has funded and operated through contracts, many of which have now been cancelled, is an essential resource for the effectiveness of my teaching career.

9.  The WWC provides extensively vetted education research studies as well as practice guides created using these studies to make them useful for practical application. This is an invaluable resource for my teaching and for my students' use in application as it provides evidence-based approaches and interventions for education practice.

10. The lack of availability or degraded capacity of the WWC would be personally devastating because as an academic and practitioner it is essential to my work and career.

11. Additionally, in my research I regularly use the IES Education Resources Information Center ("ERIC"), which is a long-term repository of freely available educational research

that is particularly critical to my meta-analysis research searching for and assessing the research evidence base on effective interventions.

12. If I am unable to continue to search ERIC or it becomes unreliable, my research work will be gravely harmed as I will not be able to identify reliable interventions and approaches with an evidentiary basis or up-to-date research. I am currently involved in two meta-analyses, one examining the effectiveness of summer reading interventions to prevent reading loss among elementary students, and one examining the effectiveness of programs allowing high school students to enroll in college courses for credit. Both meta-analyses rely heavily on ERIC to find relevant research on these interventions.

13. Additionally, if the ecosystem of research and data collection that IES provides ceases to function, ERIC will not have meaningful effective new research, and the effectiveness of my research and meta-analysis would be gravely harmed.

April 23, 2025
Denver, Colorado

Therese Pigott
Therese Pigott

# Exhibit T

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF EDUCATION,
 *et al.*,

*Defendants*.

Civil Action No. 8:25-cv-01230

---

**DECLARATION OF DAVID RADWIN**

I, David Radwin, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.  I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2.  I am a member of the American Educational Research Association and a Senior Researcher at California Competes: Higher Education for a Strong Economy. I submit this declaration in my personal capacity and not on behalf of my employer.

3.  California Competes is a nonprofit, nonpartisan policy and research organization focused on policy solutions to aid Californians in achieving their education and career goals.

4.  In my role at California Competes I have used Institute for Education Sciences ("IES") and National Center for Education Statistics ("NCES") data to conduct applied research and advocate for policy improvements.

5.  Last year, I used NCES data from the National Postsecondary Student Aid Study ("NPSAS") to research the supports needed for higher education students who have children. Understanding the supports needed for students who are parents is critical, because ensuring student parents–who face significant resource challenges in attaining the education necessary for economic success–succeed is key to improving better educational and economic opportunities for those students as well as their children.

6.  NPSAS follows higher education students over time and provides data and information concerning their experience, success rates, and financial aid needs and usage.

7.  The data available concerning higher education students with children is sparse, and the NCES data from the NPSAS was an invaluable resource in understanding the circumstances faced by student parents.

8.  The paper I wrote utilizing NPSAS data concerning student parents was used to advocate for and ultimately support the passage of legislation in the California legislature addressing the needs of student parents.

9.  It is my understanding that the NPSAS data collection that started in 2024 was going to result in additional troves of data being released in 2026.

10. With the contract supporting the work on the NPSAS canceled, this updated information will not be available without a reinstatement or rebidding of the NPSAS contract.

11. Prior to the NPSAS contract cancellation, I had planned to use the 2024 NPSAS study to examine changes over time, including whether the 2020 decline in student parent enrollment was an anomaly or part of a long-term trend.

12. My work analyzing the needs and experiences of student parents will be directly harmed by the cancellation of IES contracts that made data concerning those students available which was not available elsewhere.

13. My work using the output of my applied research on student parents to advocate for policy improvements to aid the success of student parents also will be harmed by the IES contract cancellations.

14. Further, other education and workforce research that I may conduct in my role as a researcher at a public interest organization will be harmed by the general lack of education research and data caused by the mass IES contract cancellations.

15. The public good that I advocate for in my position as an education researcher will also be harmed by these mass cancellations.

April 21, 2025

Albany, New York                    ___/s/ David Radwin*_____
                                     David Radwin


*A copy of the signature page bearing an original signature is attached hereto due to low scan quality

11. Prior to the NPSAS contract cancellation, I had planned to use the 2024 NPSAS study to examine changes over time, including whether the 2020 decline in student parent enrollment was an anomaly or part of a long-term trend.

12. My work analyzing the needs and experiences of student parents will be directly harmed by the cancellation of IES contracts that made data concerning those students available which was not available elsewhere.

13. My work using the output of my applied research on student parents to advocate for policy improvements to aid the success of student parents also will be harmed by the IES contract cancellations.

14. Further, other education and workforce research that I may conduct in my role as a researcher at a public interest organization will be harmed by the general lack of education research and data caused by the mass IES contract cancellations.

15. The public good that I advocate for in my position as an education researcher will also be harmed by these mass cancellations.

April 21, 2025
Albany, CA

David Radwin