# Exhibit U

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, | |
| *Plaintiffs*, | |
| *vs.* | |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | Civil Action No. 8:25-cv-01230 |
| *Defendants*. | |

## DECLARATION OF DANIEL A. MCGRATH

I, Daniel A. McGrath, state and declare as follows:

1.      I am an attorney at Democracy Forward Foundation and counsel to all Plaintiffs in the above-captioned matter. I submit this Declaration in support of the Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction.

2.      A true and correct copy of the Boston University Today article by David Chard titled *POV: Cuts to Department of Education's Institute of Education Sciences Equals High Risk and Low Reward*, dated February 27, 2025, is attached hereto as **Exhibit 1**.

3.      A true and correct copy of the PBS article titled *Kids' reading scores have soared in Mississippi 'miracle,'* dated May 7, 2025, is attached hereto as **Exhibit 2.**

4.      A true and correct copy of the The74 article by Greg Toppo titled *Trump Cuts Research Lab That Helped Nurture 'Mississippi Miracle,'* dated February 20, 2025, is attached hereto as **Exhibit 3.**

5.      A true and correct copy of the Institute of Education Sciences' blog post by Molly Faulkner-Bond titled *Supporting California's English Learner Students Who Have the Most Significant Cognitive Disabilities*, dated September 11, 2023, is attached hereto as **Exhibit 4.**

6.      A true and correct copy of the Institute of Education Sciences webpage titled *Ten-Year Follow-up of Two RCTs of CUNY's ASAP Model – Educational and Labor Market Outcomes* is attached hereto as **Exhibit 5.**

7.      A true and correct copy of the Institute of Education Sciences webpage titled *Assessing the Long-Term Efficacy and Costs of the City University of New York's (CUNY'S) Accelerated Study in Associate Programs (ASAP)* is attached hereto as **Exhibit 6.**

8.      A true and correct copy of the research article by Cynthia Miller and Michael J. Weiss published in the June 2022 issue of Educational Evaluation and Policy Analysis titled *Increasing Community College Graduation Rates: A Synthesis of Findings on the ASAP Model From Six Colleges Across Two States* is attached hereto as **Exhibit 7.**

9.      A true and correct copy of an excerpt of the U.S. Department of Education's report titled *Fiscal Year 2025 Budget Summary*, pages 1–6, 63–65, and 71–85, is attached hereto as **Exhibit 8.**

10.      A true and correct copy of the Washington Post article by Laura Meckler and Hannah Natanson titled *DOGE rips through Education Department, cutting contracts, staff and grants*, dated February 14, 2025, is attached hereto as **Exhibit 9.**

11.      A true and correct copy of the USAFacts webpage titled *What is IES and what does it do?*, titled February 20, 2025, is attached hereto as **Exhibit 10.**

12.      A true and correct copy of the U.S. Department of Education press release titled *U.S. Department of Education Cancels Additional $350 Million in Woke Spending*, dated February 13, 2025, is attached hereto as **Exhibit 11**.

13.     A true and correct copy of the U.S. Department of Government Efficiency webpage titled *Savings* is attached hereto as **Exhibit 12.**

14.     A true and correct copy of the U.S. Department of Education's post on X/Twitter, dated February 12, 2025 (at 5:16 PM ET), is attached hereto as **Exhibit 13.**

15.     A true and correct copy of the HigherGov webpage titled *The Design and Conduct of the Early Childhood Longitudinal Study, Kindergarten Class of 2022 through 2023* is attached hereto as **Exhibit 14.**

16.     A true and correct copy of the USASpending.Gov award profile of Contract 91990018F0018 (Institute of Education Sciences to Research Triangle Institute) is attached hereto as **Exhibit 15.**

17.     A true and correct copy of the USASpending.Gov award profile of Contract 91990024F0369 (U.S. Department of Education to Mathematica, Inc.) is attached hereto as **Exhibit 16.**

18.     A true and correct copy of the USASpending.Gov award profile of Contract 91990018C0039 (Institute of Education Sciences to Research Triangle Institute) is attached hereto as **Exhibit 17.**

19.      A true and correct copy of the USASpending.Gov award profile of Contract 91990024F0331 (U.S. Department of Education to Applied Enterprise Management Corporation) is attached hereto as **Exhibit 18.**

20.     A true and correct copy of the USASpending.Gov award profile of Contract 91990018C0046 (U.S. Department of Education to American Institute for Research in Behavioral Sciences) is attached hereto as **Exhibit 19.**

21.     A true and correct copy of the KQED article by Jill Barshay titled *NAEP, the Nation's Report Card, Was Supposed to be Safe. It's Not*, dated April 7, 2025, is attached hereto as **Exhibit 20.**

22.     A true and correct copy of the ProPublica article by Alex MacGillis titled *Trump's War on Measurement Means Losing Data on Drug Use, Maternal Mortality, Climate Change and More*, dated April 18, 2025, is attached hereto as **Exhibit 21.**

23.     A true and correct copy of the USASpending.Gov award profile of Contract 91990022F0007 (U.S. Department of Education to Sanametrix, Inc.) is attached hereto as **Exhibit 22.**

24.     A true and correct copy of the USASpending.Gov award profile of Contract 91990024F0327 (U.S. Department of Education to Sanametrix, Inc.) is attached hereto as **Exhibit 23.**

25.     A true and correct copy of the USASpending.Gov award profile of Contract 91990024F0373 (U.S. Department of Education to Manhattan Strategy Group) is attached hereto as **Exhibit 24.**

26.     A true and correct copy of the USASpending.Gov award profile of Contract 91990024F0316 (Institute of Education Sciences to Mathematica) is attached hereto as **Exhibit 25.**

27.     A true and correct copy of the USASpending.Gov award profile of Contract 91990024F0347 (Institute of Education Sciences to Research Triangle Institute) is attached hereto as **Exhibit 26.**

28.     A true and correct copy of the USASpending.Gov award profile of Contract 91990022F0006 (Institute of Education Sciences to Activate Research) is attached hereto as **Exhibit 27.**

29.     A true and correct copy of the USASpending.Gov award profile of Contract 91990024F0301 (U.S. Department of Education to American Institute for Research in Behavioral Sciences) is attached hereto as **Exhibit 28.**

30.     A true and correct copy of the USASpending.Gov award profile of Contract 91990020F0309 (Institute of Education Sciences to Synergy Enterprises) is attached hereto as **Exhibit 29.**

31.     A true and correct copy of the Office of Personnel Management's webpage titled *FedScope,* showing Institute of Education Sciences personnel data, is attached hereto as **Exhibit 30.**

32.     A true and correct copy of the Hechinger Report article by Jill Barshay titled *Chaos and confusion as the statistics arm of the Education Department is reduced to a skeletal staff of 3,* dated March 14, 2025, is attached hereto as **Exhibit 31.**

33.     A true and correct copy of an excerpt of the U.S. Bureau of Education's Report of the Commissioner of Education Made to the Secretary of the Interior, title page and page 1, dated 1870, is attached here to as **Exhibit 32.**

34.     A true and correct copy of the U.S. Department of Education press release titled *U.S. Department of Education Initiates Reduction in Force*, dated March 11, 2025, is attached hereto as **Exhibit 33.**

35.     A true and correct copy of the U.S. Department of Education webpage titled *Secretary McMahon: Our Department's Final Mission*, dated March 3, 2025, is attached hereto as **Exhibit 34.**

36.     A true and correct copy of Executive Order No. 14242 titled *Improving Education Outcomes by Empowering Parents, States, and Communities*, as published on the White House website on March 20, 2025, is attached hereto as **Exhibit 35.**

37.     A true and correct copy of the Science article by Jeffrey Mervis titled *Layoffs gut research agency that helped monitor U.S. education*, dated March 13, 2025, is attached hereto as **Exhibit 36.**

38.     A true and correct copy of the USASpending.Gov award profile of Contract 91990025F0014 (U.S. Department of Education to ABT Global LLC) is attached hereto as **Exhibit 37.**

39.     A true and correct copy of the Institute of Education Sciences webpage titled *Impact Evaluation of Training in Multi-Tiered Systems of Support for Reading in Early Elementary School* is attached hereto as **Exhibit 38.**

40.     A true and correct copy of the National Center of Education Statistics blog post by Jill McCarroll titled *Happy New Year from the ECLS-K: 2024!*, dated January 7, 2025, is attached hereto as **Exhibit 39.**

41.     A true and correct copy of the USASpending.Gov award profile of Contract 91990020F0305 (U.S. Department of Education to ABT Global LLC) is attached hereto as **Exhibit 40.**

42.     A true and correct copy of the ABC News article by Arthur Jones II titled *Your position is being abolished': Education Department staff get official reduction-in-force notices*, dated April 10, 2025, is attached hereto as **Exhibit 41.**

43.     A true and correct copy of the USASpending.Gov award profile of Contract 91990024F0367 (U.S. Department of Education to Applied Enterprise Management Corporation) is attached hereto as **Exhibit 42.**

44.     A true and correct copy of the USASpending.Gov award profile of Contract 91990019C0002 (Institute of Education Sciences to WeStat, Inc.) is attached hereto as **Exhibit 43.**

45.     A true and correct copy of the U.S. Department of Government Efficiency's post on X/Twitter, dated February 13, 2025 (at 7:43 PM ET), is attached hereto as **Exhibit 44.**

46.     A true and correct copy of the White House Fact Sheet titled *President Donald J. Trump Empowers Parents, States, and Communities to Improve Education Outcomes*, dated March 20, 2025, is attached hereto as **Exhibit 45.**

47.     A true and correct copy of the U.S. Department of Education press release titled *Statement on President Trump's Executive Order to Return Power Over Education to States and Local Communities*, dated March 20, 2025, is attached hereto as **Exhibit 46.**

48.     A true and correct copy of the NPR article by Cory Turner titled *DOGE abruptly cut a program for teens with disabilities. This student is 'devastated'*, dated April 14, 2025, is attached hereto as **Exhibit 47.**

49.     A true and correct copy of the USASpending.Gov award profile of Contract 91990019C0078 (U.S. Department of Education to American Institute for Research in Behavioral Sciences) is attached hereto as **Exhibit 48.**

50.     A true and correct copy of the USASpending.Gov award profile of Contract 91990022C0017 (Institute of Education Sciences to Research Triangle Institute) is attached hereto as **Exhibit 49.**

51.     A true and correct copy of the USASpending.Gov award profile of Contract 91990019F0025 (Institute of Education Sciences to WeStat, Inc.) is attached hereto as **Exhibit 50.**

52.     A true and correct copy of the Executive Order No. 14277 titled *Advancing Artificial Intelligence Education for American Youth*, as published on the White House website on April 23, 2025, is attached hereto as **Exhibit 51.**

53.     A true and correct copy of the Institution of Education Sciences webpage titled

*IES Staff*, filtering by members of the NCES office, is attached hereto as **Exhibit 52.**


Silver Spring, MD
April 29, 2025                                             /s/ Daniel A. McGrath
                                                          Daniel A. McGrath

# Exhibit 1

POV: Cuts to Department of Education's Institute of Education Sciences Equals High Risk and Low Reward | BU Today | Boston University

Case 8:25-cv-01230-SAG    Document 125    Filed 04/29/25    Page 11 of 154

VOICES & OPINION

# POV: Cuts to Department of Education's Institute of Education Sciences Equals High Risk and Low Reward

### Gutting funding for grants will have a long-term and devastating impact on our efforts to improve educational outcomes



February 27, 2025

6 Comments

By David Chard

☐ SHARE THIS

Over the past few weeks, the Trump administration, led by unelected and unconfirmed "efficiency expert" Elon Musk, has gutted the funding for numerous grants funded through the Institute of Education Sciences (IES), the research arm of the US Department of Education that funds the development and testing of innovative approaches for improving education outcomes for all students. Trump's Secretary of Education Linda McMahon doubled down on the cuts, saying they were part of an audit and

AERA-0153

POV: Cuts to Department of Education Could Devastate Education Science | Risk and Decision Today | Bright University

that it "was worth looking at the programs before the money goes out the door."

Some argue that the administration's decision to make these drastic cuts at IES is unconstitutional; I will leave that to constitutional scholars and the courts to determine. However, in the case of IES, the cuts will have a long-term, devastating impact on our efforts to improve educational outcomes, and they are wasteful and inefficient. The public needs to know what is happening and why it is wrong.

IES was part of the Education Science Reform Act of 2002. It was passed with bipartisan congressional support and hailed by President George W. Bush as important to solving practical problems faced by our nation's schools. The law was aimed at helping our education systems become more evidence-based by pursuing several key goals. These include overseeing annual progress of our nation's schools in educating our children, maintaining critical databases on our educational progress, creating a system to design, develop, and test innovations using rigorous research methodologies, building a shared and trusted knowledge base for educators about what works, and using processes for generating the best ideas modeled after other very successful research agencies.

In the years since it was established, IES has made remarkable progress at achieving the goals set out by Congress. It houses and supports the National Center for Education Statistics, which, among other important functions, informs the public (including federal and state policymakers) about our educational progress. It has also established research centers designed to support researchers from across the United States in their efforts to conduct practical research on education innovations.

To ensure that IES produces high-quality research, conducted

https://www.bu.edu/articles/2025/department-of-education-cuts-high-risk-low-reward/[4/24/25, 1:44:15 PM]

POV: Cuts to Department of Education to Institute of Education Sciences Damage Home that is High-Risk and Low-Reward | BU Today | Boston University

with integrity, an Office of Science was created to oversee peer-review processes and uphold the highest research standards. IES oversees large-scale evaluations of federally funded education programs and reports on their academic impact. It also houses the What Works Clearinghouse to provide educators and education leaders with the best information available about programs and practices that work and under what conditions they are most effective.

In short, by nearly every measure, IES has been successful at leading an evidence-based revolution in education in the United States. In fact, scholars from around the world point to IES as a model for evidence-based reform in government.

## Why Musk's cuts to IES will not lead to greater efficiency

The accomplishments IES, made during four presidential administrations (two Republican and two Democrat), are now threatened by cuts in the name of enhancing efficiency and cutting waste. The cuts will set us back decades and will leave us with limited evidence of progress as a country with regard to education and will further challenge an already struggling network of public schools. Perhaps weakening our 50+ systems of public education is in fact this administration's motive.

The cuts to IES will not result in greater efficiency as Trump, Musk, and McMahon have touted. It is important to understand that the accomplishments I described above have all occurred with great efficiency, meaning they have been achieved with minimal budget expenditures. Consider that the IES annual budget is less than .01 percent of the federal budget, less than 1 percent of the total dollars spent on public education in the United States, and about 1 percent of the total US DOE budget.

https://www.bu.edu/articles/2025/department-of-education-cuts-high-risk-low-reward/[4/24/25, 1:44:15 PM]

In other words, since 2002, the competent IES staff has managed the various centers involved in the work of IES and have made tremendous progress at establishing a well-respected research agency with very lean resources. Cutting funds to grants and contracts that have been vetted thoughtfully by education scientists and deemed of educational significance both defies the rigorous process established by the agency and is the exact opposite of efficiency. It is wasteful and inefficient.

Members of Congress and the public must understand that IES plays a critical role in ensuring that we are doing the best we can for our nation's schoolchildren, their families, and educators. The risks here are grave. Any effort by the Trump administration to curtail the work of IES is a waste of taxpayer dollars to give the public the impression that Elon Musk is effectively limiting government spending. This is not true. In fact, the impact of Musk's cuts at IES will deeply and negatively impact an agency that has served the public admirably.

*David J. Chard is dean emeritus and a professor of special education at Boston University's Wheelock College of Education & Human Development; he served on the National Board for Education Sciences from 2013 to 2019. He can be reached at dchard@bu.edu.*

*"POV" is an opinion page that provides timely commentaries from students, faculty, and staff on a variety of issues: on-campus, local, state, national, or international. Anyone interested in submitting a piece, which should be about 700 words long, should contact today@bu.edu. BU Today reserves the right to reject or edit submissions. The views expressed are solely those of the author and are not intended to represent the views of Boston University.*

# Exhibit 2



# Kids' reading scores have soared in Mississippi 'miracle'

**Education**    May 17, 2023 7:00 PM EDT

NEW ORLEANS (AP) — It's a cliché that Kymona Burk heard a little too often: "Thank God for Mississippi."

As the state's literacy director, she knew politicians in other states would say it when their reading test scores were down — because at least they weren't ranked as low as Mississippi. Or Louisiana. Or Alabama.

Lately, the way people talk about those states has started to change. Instead of looking down on the Gulf South, they're seeing it as a model.

Mississippi went from being ranked the second-worst state in 2013 for fourth-grade reading to 21st in 2022. Louisiana and Alabama, meanwhile, were among only three states to see modest gains in fourth-grade reading during the pandemic, which saw massive learning setbacks in most other states.

The turnaround in these three states has grabbed the attention of educators nationally, showing rapid progress is possible anywhere, even in areas that have struggled for decades with poverty and dismal literacy rates. The states have passed laws adopting similar reforms that **emphasize phonics** and early screenings for struggling kids.

"In this region, we have decided to go big," said Burk, now a senior policy fellow at ExcelinEd, a national advocacy group.

**WATCH: Teachers are burned out. Here's why there's no quick fix**

These Deep South states were not the first to pass major literacy laws; in fact, much of Mississippi's legislation was based on a 2002 law in Florida that saw the Sunshine State achieve some of the country's highest reading scores. The states also still have far to go to make sure every child can read.

But the country has taken notice of what some have called the Mississippi miracle. Tennessee, North Carolina, Georgia, Kentucky and Virginia are among the states that have recently adopted some of the same policies. As Mississippi climbed the rankings, the Barksdale Institute, an influential organization in literacy policy in the state, got phone calls from about two dozen states.

The institute's CEO, Kelly Butler, said she tells them there's no secret to the strategy.

"We know how to teach reading," she said. "We just have to do it everywhere."

All three states have trained thousands of teachers in the so-called science of reading, which refers to the most proven, research-backed methods of teaching reading. They've dispatched literacy coaches to help teachers implement that training, especially in low-performing schools.

They also aim to catch problems early. That means screening for signs of reading deficiencies or dyslexia as early as kindergarten, informing parents if a problem is found and giving those kids extra support.

The states have consequences in place if schools don't teach kids how to read, but also offer help to keep kids on track.

**WATCH: Poor test scores reveal shortcomings in students' understanding of history and civics**

Mississippi, for one, holds students back in third grade if they cannot pass a reading test but also gives them multiple chances to pass after intensive tutoring and summer literacy camps. Alabama will adopt a similar retention policy next school year. It also sent over 30,000 struggling readers to summer literacy camps last year. Half of those students tested at grade level by the end of the summer.

At schools like Schaumburg Elementary, part of the ReNEW charter network in New Orleans, the new training has helped teachers zero in on what students need to read better. The share of kindergarteners reading at grade level at the charter network grew from 38 percent in December 2021 to 55 percent this

spring; first-graders grew from 19 percent to 43 percent.

The state requires every K-3 teacher, elementary principal and assistant principal to take a 55-hour training course in the science of reading. It's well worth the time, according to Assistant Principal Erika Brown, who said that in college she didn't learn a thing about teaching kids to read.

"I was winging it," she said of her early years in teaching.

During a recent session with four second-grade girls, Brown had the girls spell "crib," asking, "What are the sounds you hear?"

Like a choir, they chanted back four individual sounds, counting them with their fingers: "c-rrr-i-buh." This was one of the techniques Brown had learned in the training; counting four sounds, or phonemes, gave students a clue that the word had four letters. Increased screening also helped the school identify these girls as needing extra help.

"Are y'all ready for a challenge word?" Brown asked, and the girls shouted, "Yeah!" Their faces fell when Brown revealed the word: bedbug. They had no idea what the word even meant. But with Brown's gentle guidance, the girls broke down the word into six phonemes. They were even ready for another challenge.

**WATCH: Judy Blume describes latest wave of book bans and censorship as 'disgusting' and 'fascist'**

"Can we spell cock-a-roach?" one of the girls asked.

A second-grader in the school, Joshua Lastie, said he likes how his teacher helps him if he trips over a hard word, like "happened" or "suddenly."

"The school is trying to make the words way easier for kids," said Joshua, 7.

One challenge that comes with the emphasis on small-group intervention is the strain on scheduling and staffing. Literacy coaches from the state are helping the charter network strategize on how to reach all students. One resource the state can't provide, says Lisa Giarratano, the chief academic officer at ReNEW, is time.

In a national climate where education debates are often polarizing, the three Gulf states passed their sweeping education reforms with bipartisan support, starting with Mississippi's in 2013. Louisiana state Rep. Richard Nelson, a Republican who has championed literacy reform, said pointing to laws passed in other Deep South states made it easier for him to introduce legislation and "sell across party lines."

"Every time I present a bill, I say, 'Look, Mississippi has very similar challenges to what we have in Louisiana, and they've been able to make this work,'" Nelson said.

There is still far to go for children in the Gulf South, especially considering the disruptions to schooling from the pandemic and several major hurricanes and tornadoes. Mississippi, after stellar gains in the 2019 National Assessment of Education Progress, saw reading scores drop in 2022, although they are still at the national average. Around two out of five Louisiana third-graders, a particularly hard-hit age group, could not read at grade level at the end of last year. The same goes for over one-fifth of third-graders in Alabama.

Still, evidence suggests these states have made promising gains for low-income kids in particular. In 2019, Alabama ranked 49th in NAEP reading scores for low-income fourth-graders; in 2022, it ranked 27th. Amid the pandemic that saw most states lose ground, Louisiana soared from 42nd to 11th. Mississippi ranks second-highest in the country, after Florida.

Alabama's state superintendent of education, Eric Mackey, says he has confidence in the reforms — in part because they've worked before. Alabama invested heavily in training on the science of reading, then known as phonics, in the early 2000s, and scores rose. Then the Great Recession hit, teachers and literacy coaches got laid off, and the state lost its gains.

Alabama has learned its lesson, Mackey said.

"We have to break that cycle of generational poverty. One of the best ways to do that is to make multiple generations of readers," Mackey said. "This is something that we have to be in for the long haul."

# Exhibit 3

AERA-0160

Trump Cuts Research Lab That Helped Nurture Mississippi Miracle – Investigation



The 74/Eamonn Fitzmaurice

By **Greg Toppo**  |  February 20, 2025

> *Get stories like this delivered straight to your inbox.* **Sign up for The 74 Newsletter**

When Mississippi lawmakers in 2013 approved legislation to improve students' basic reading skills, it fell to State Superintendent Carey Wright to make it happen.

She ensured that all K-3 teachers were trained in the "Science of Reading" and hired literacy coaches at schools that had the highest percentage of low-achievers.

To guide the effort, Wright turned to the Regional Educational Laboratory Southeast, based at Florida State University, one of 10 federally funded labs nationwide. Little-known even among many educators, the labs,

created by Congress in 1965, work with states and school districts to implement research-based practices.



**Related**

**After Steering Mississippi's Unlikely Learning Miracle, Carey Wright Steps Down**

By 2019, Wright and her colleagues had pulled off what is now known as the "Mississippi Miracle," with students in this deep red state making greater literacy gains than in any other. Fourth-graders in Mississippi rose from 49th in the nation to 29th — adjusting for demographics, it now ranks near the top of the U.S. in both fourth-grade reading and math, behind just Florida and Texas, according to the Urban Institute.

"They were huge partners with us," Wright said of the lab in an interview this week. "It's just this amazing group of researchers and content-area specialists."

## "I can't say enough about how important they were."

*Carey Wright, Maryland schools superintendent*



But that distinction wasn't enough to save the Regional Educational Laboratory Southeast — or the nine other RELs, as they're called. On Thursday, the U.S. Education Department announced that it had

terminated $336 million in contracts with the labs, saying auditors had uncovered "wasteful and ideologically driven spending not in the interest of students and taxpayers."

It cited one lab's work advising schools in Ohio to undertake "equity audits," but provided no other examples.



**Related**

**Education Dept. Cancels Over $600M in Grants for Teacher Pipeline Programs**

The move has left researchers and literacy advocates shaking their heads. A director at a top research firm with many federal contracts, who asked not to be identified to avoid retaliation, said she got the sense from the sudden, broad cuts that "no one went in and took a really careful look at where the RELs were being helpful."

While some lab projects likely haven't led to improvements in practices or student outcomes, she's doubtful that department officials even pored over such data. "Someone decided that this whole program needed to go."

An Education Department spokesperson did not immediately respond to a request for comment. Since the centers are mandated by Congress, the department has said it will offer contracts to new bidders, but several observers said they were skeptical of this claim.

## Understanding early literacy

While Mississippi's 2013 law mandated that Wright implement research-supported teaching, as state superintendent "you can't really be in every classroom making sure that's happening," said Rachel Dinkes,

CEO of the <u>Knowledge Alliance</u>, an advocacy group that pushes for evidence-based policy.

That's where the lab came in: It developed tools that allowed Wright to gather data about what was actually happening in classrooms, tell lawmakers about its effectiveness and ask for more money to continue the work.

It focused primarily on helping teachers learn about the Science of Reading, implementing a survey that evaluated their knowledge of early literacy skills — as well as instructions for literacy coaches to observe classrooms.



**Related**

## Stunned Education Researchers Say Cuts Go Beyond DEI, Hitting Math, Literacy

Together, these allowed Wright to track teachers' engagement with students and identify where teachers needed improvement.

"They helped us develop resources that our teachers could use, that our leaders could use," Wright said. "If there was something that we wanted to have evaluated programmatically, they would come in and evaluate that for us to inform our decision making. I mean, I can't say enough about how important they were."

Wright also implemented tough reforms that weren't always popular, such as a policy of retaining students in third grade as a "last resort." In 2019, <u>nearly 9,000</u> third-graders, or more than one in four, failed the state's literacy promotion test, also known as the "third-grade reading gate."

In a <u>2023 op-ed</u> in The 74, Wright and co-author Kymyona Burk, a senior policy fellow for early literacy at <u>ExcelinEd</u>, said previous research is clear that students who aren't reading at grade level when they enter fourth grade "are not prepared for a critical transition — reading to learn — and have dramatically lower

odds of succeeding in school or even graduating."

A 2017 study from the lab found that teachers' understanding of early literacy skills rose substantially, from the 48th percentile of teachers to the 59th. In schools that Wright targeted for extra help, average teacher ratings on instructional quality also rose, from the 31st percentile to the 58th.

The lab also connected Mississippi educators to others in the region, Wright said, offering "a chance for us to learn from each other, share what we were doing — share strategy, share resources and kind of help each other grow."

Though Wright hesitated to credit REL Southeast for this achievement, several observers have noted of late that states in the Deep South now lead the nation in improved literacy. In this year's NAEP report, released last month, four Southern states — Louisiana, Alabama, Mississippi and South Carolina — turned in the largest gains in fourth-grade reading from 2019 to 2024. All four are member states of REL Southeast.

In all, Wright said, she worked with lab personnel for nine years, until she left Mississippi in 2022. She called them "a group of expert partners" ready to help and beloved by her staff, who relied upon them heavily.

"Imagine having content experts at your beck and call for no charge," she said. "They were really, I thought, just gems of somebody's creation."



**Related**

## From COVID Learning Loss to Artificial Intelligence, Education R&D Can't Wait

Losing the labs, Wright said, is "a huge disappointment" for states focused on evidence- and research-based practices. "To not have a reliable partner is a real loss for a state chief."

The move to zero out funding for the labs may also stand in opposition to a few priorities of the Trump administration itself. In a 74 op-ed last July, Wright, along with Penny Schwinn, a former Tennessee education commissioner, praised RELs as centers that stand ready "to generate and apply evidence to improve student outcomes," even if too few leaders take advantage of them.

Schwinn now awaits Senate confirmation as deputy secretary of education.

## Driven by community needs

Last week's move has thrown several major research organizations into turmoil.

In a statement, Jannelle Kubinec, CEO of the research group WestEd, which runs two RELs, said the cancellation halts a project in Alaska to support student mental health, one in Nevada that addresses chronic absenteeism, another in Oregon that works to strengthen literacy instruction and one in Utah to address early-career teacher attrition.

The research organization Mathematica, which runs two RELs, said cancellation of the contracts shuts down support for "a wide range of evidence-based work" requested by state and local education leaders, including a project helping teachers in Nebraska improve differentiated math instruction, one helping teachers in New Jersey use evidence-based practices for writing instruction, and one in Maryland that helps educators prepare high school students with disabilities to transition to adult life.

Mathematica also said its labs have worked with South Dakota and Wyoming to combat teacher shortages in rural districts via apprenticeships.

Dinkes noted another instance in which a REL had a huge impact: In Michigan, state leaders turned to their regional lab to find out why so many certified teachers were no longer teaching. It undertook a survey of 60,000 teachers and found that they wanted, among other things, higher salaries, better promotion opportunities and more access to full-time jobs. They also wanted smaller class sizes and student loans, as well as easier, less costly ways to renew their certification.

The state tweaked laws affecting several of these factors and expanded the number of certified teachers who

opted to teach.

Several observers noted that the RELs are, in a sense, a response to long standing GOP complaints about federal education policy's top-down focus: They actually help local educators apply research to problems they themselves identify as crucial.

"The REL work is driven by the state's or the community's needs," said Dinkes. "It is not directed by the Hill."



**Related**

**Expected Trump Order to Shutter Education Dept. Could Amount to 'Pocket Change'**

Many states don't have the research capability to undertake big projects like remaking literacy on their own, said Sara Schapiro, executive director of the Alliance for Learning Innovation, a coalition of non-profit, private and philanthropic organizations that advocate for more R&D investment. "The RELs were really set up as the infrastructure to help them do that."

She said the labs "are a really good example of this notion of returning responsibility of different functions to the states," where local leaders can drive a research agenda.

## "(The labs) are a really good example of this notion of returning responsibility of different functions to the states."

*Sara Schapiro, Alliance for Learning Innovation*



---

Several people with knowledge of the situation also said it's ironic that the RELs would get caught up in a battle over DEI and "woke" ideology, since much of their equity work is driven by states and school districts "seeing disparities and outcomes for their students," said the research director who asked not to be named. "They're trying to figure out how they can best address those disparities, and so they've come to the REL team with requests for help in that area."



**Related**

**Former Mississippi Schools Chief Aims to Repeat Learning 'Miracle' in Maryland**

---

Dinkes, the Knowledge Alliance CEO, said the impact of the labs' work is "not abstract — it has a direct impact on schools, communities and what parents know." She said the way the federal contracts were severed, in the fourth year of a five-year cycle, in most cases, "derails years of work" that was having a direct impact on students.

Wright, who now leads Maryland schools, was until last week planning to partner with the REL Mid-Atlantic about essentially recreating the literacy and math work she did in Mississippi.

Reached by phone after a legislative hearing in Annapolis, Wright said she had just begun developing a

relationship with the Mid-Atlantic lab, led by Mathematica, when word of the cancelled contracts came down.

"We were thinking, 'This is great. We can establish another partnership with another REL.' But that is not going to be the case now. It's a real shame."

> *Get stories like these delivered straight to your inbox.* **Sign up for The 74 Newsletter**

---

**Republish This Article** **Learn More**

---



**Greg Toppo** is a senior writer at The 74.
*@gtoppo, greg@the74million.org*

---

CAREY WRIGHT    EDUCATION DEPARTMENT    EDUCATION RESEARCH
FEDERAL POLICY    IES    LITERACY    MISSISSIPPI MIRACLE    PENNY SCHWINN
RELS    SCIENCE OF READING    TRUMP ADMINISTRATION

# Exhibit 4



An official website of the United States government        The Nation's Report Card    ERIC database for education research

**Institute of Education Sciences**

What we do ⌄        Use our work ⌄        Explore funding ⌄        Learn with us ⌄

About us ⌄

Home  >  Supporting Californi...

BLOG

# Supporting California's English Learner Students Who Have the Most Significant Cognitive Disabilities

**REL WEST**

September 11, 2023     **By:** Molly Faulkner-Bond

California recently took a promising step forward in promoting equity and opportunity for the roughly 20,000 students in the state who are English learners and have significant cognitive disabilities (ELSCD students). After a six-month coaching project in which REL West supported the California Department of Education (CDE) to conduct supplemental analyses of state assessment data, the State Board of Education (SBE) agreed in May 2023 to officially adopt thresholds on the state's new Alternate English Language Proficiency Assessments for California (Alternate ELPAC). This move will help to standardize the state's assessment and accountability system and ensure that all ELSCD students in the state are held to comparable performance standards.

**Who Are EL Students With Significant Cognitive Disabilities?**
ELSCD students are a group of students who are learning English as an additional language and who have the most significant cognitive disabilities. As in the general population, the most common disabilities among ELSCD students--both nationally, and in California specifically--are autism and specific learning disabilities.[1] [2]

Like all students, ELSCD students must be included in their state's assessment and accountability system, including annual assessments of academic performance and language proficiency. Like all students with significant cognitive disabilities, ELSCD students participate by taking alternate assessments based on alternate achievement standards--including assessments of English language proficiency (ELP). And, like all students classified as English learners (ELs), ELSCD students are part of a protected class of students entitled to, among other things, language support services to ensure they can access instruction delivered in English.

**What Is Reclassification?**
While ELSCD students are not expected to "outgrow" their cognitive disabilities, it is a goal that these students

eventually develop the English language skills they need to exit from EL status and stop receiving language support services. This exit, referred to in California as "reclassification," is a goal for all EL students, and states and districts are held accountable for ensuring that all EL students reach the state's reclassification threshold at some point before they finish school.

Research has found that EL students with disabilities are more likely than other EL students to remain in EL status for prolonged periods.[3] There are likely many reasons for this trend, but one may be that it can be difficult to know with confidence when an EL student with disabilities is truly ready to stop receiving their EL services. Exiting is important, though, for issues of access and opportunity--research has also found that prolonged time in EL status can limit students' access to rigorous learning opportunities and college counseling[4] [5] [6] and also affect students' and teachers' perceptions of students' capabilities.[7] [8] It is thus critical--if not tricky--for states to set reclassification criteria and thresholds for ELSCD students that support these students to exit from EL status at "the right" moment.

### California's Supplemental Analyses of Alternate ELPAC Thresholds

The CDE approached REL West to help them identify this "right" moment for California's ELSCD students. Over six months, from November 2022 to April 2023, REL West coached members of the CDE's Assessment Design & Administration Division to conduct a series of exploratory analyses of data from the Alternate ELPAC and the state's alternate ELA assessment. The analyses, which applied descriptive methods from a federally funded report on Title III ☑, helped the CDE to identify the Alternate ELPAC achievement level where ELSCD students' language proficiency appeared to play a diminishing role in their academic content achievement. REL West also coached the CDE in preparing a report ☑ summarizing its analyses and findings, which the CDE provided to the SBE in April 2023, and presentations to share its findings with key interest holder groups in the state focused on assessment, English learners, and students with disabilities.

When the CDE presented its recommendations to the SBE in May 2023, the SBE unanimously accepted the recommendation to use Alternate ELPAC achievement level 3 as the statewide threshold for reclassification. Additionally, the SBE received unsolicited letters from key interest-holders who indicated support for the work done by the CDE and REL West in supporting English learners. The official use of the Alternate ELPAC level 3 threshold will mean that, for the first time in the state's history, all ELSCD students will be held to the same standard of ELP before exiting from EL services.

### Success and Next Steps

The CDE's success with the SBE in May 2023 was a promising step towards ensuring equity and access for ELSCD students in the state of California. The study also surfaced ongoing opportunities to generate information and evidence to support ELSCD students' education. A key realization that surfaced from the CDE's analyses was that the state lacks comprehensive information about what EL services and academic instruction look like for ELSCD students. This information would clarify the stakes of exiting or remaining in EL status, as it would help policymakers understand how students' environments change (if at all) when they reclassify. Additionally, the CDE may wish to replicate their analyses in future years when more assessment data are available. Luckily, the coaching the CDE received from REL West for this project has prepared the agency to conduct said replications in the future--either in continued partnership with the REL, or independently, using their new capacity and confidence.

[1] Christensen, L. L., Mitchell, J. D., Shyyan, V. V., & Ryan, S. (2018). *Characteristics of English learners with significant cognitive disabilities: Findings from the Individual Characteristics Questionnaire.* Alternate English Language Learning Assessment (ALTELLA). https://altella.wceruw.org/pubs/ICQ-Report.pdf ☑

[2] Karvonen, M., & Clark, A. K. (2019). Students with the most significant cognitive disabilities who are also English learners. *Research and Practice for Persons with Severe Disabilities, 44*(2), 71-86. https://eric.ed.gov/?q=EJ12117509 ☑

[3] Umansky, I. M., Thompson, K. D., & Diaz, G. (2017). Using an ever-English learner framework to examine disproportionality in special education. *Exceptional Children, 84*(1), 76-96. https://doi.org/10.1177/0014402917707470 ☑

[4] Umansky, I. M. (2016). Leveled and exclusionary tracking: English learners' access to academic content in middle school. *American Educational Research Journal, 53*(6), 1792-1833. https://doi.org/10.3102/0002831216675404 ☑

[5] Carlson, D., & Knowles, J. E. (2016). The effect of English language learner reclassification on student ACT scores, high school graduation, and postsecondary enrollment: Regression discontinuity evidence from Wisconsin. *Journal of Policy Analysis and Management, 35*(3), 559-586. https://eric.ed.gov/?q=EJ1103543&id=EJ1103543 ☑

[6] Kangas, S. E. N., & Cook, M. (2020). Academic tracking of English learners with disabilities in middle school. *American Educational Research Journal, 57*(6), 2415-2449. https://doi.org/10.3102/0002831220915702 ☑

[7] Umansky, I. M., & Dumont, H. (2021). English learner labeling: How English learner classification in kindergarten shapes teacher perceptions of student skills and the moderating role of bilingual instructional settings. *American Educational Research Journal,* 0002831221997571. https://doi.org/10.3102/0002831221997571 ☑

[8] Thompson, K. D. (2015). Questioning the long-term English learner label: How categorization can blind us to students' abilities. *Teachers College Record, 117*(12). https://eric.ed.gov/?q=EJ1080054 ☑

## Tags

**ENGLISH LEARNERS (EL)**

**ACADEMIC ACHIEVEMENT**

**DISABILITIES**

## Meet the Author



**Molly Faulkner-Bond**

# Exhibit 5

🇺🇸 An official website of the United States government
The Nation's Report Card    ERIC database for education research

**IES** Institute of Education Sciences

What we do ⌄    Use our work ⌄    Explore funding ⌄    Learn with us ⌄

About us ⌄    🔍

Home > ... > Ten-Year Follow...

GRANT    OPEN

# Ten-Year Follow-up of Two RCTs of CUNY's ASAP Model – Educational and Labor Market Outcomes

NCER

**Program:**

Education Research Grants

**Program topic(s):**

Postsecondary and Adult Education

**Award amount:**

$1,777,325

**Principal investigator:**

Michael Weiss

**Awardee:**

MDRC

**Year:**
2024
**Award period:**
4 years (07/01/2024 - 06/30/2028)

**Project type:**
Impact

**Award number:**
R305A240240

# Purpose

The research team will examine the 10-year impact of the City University of New York's (CUNY) Accelerated Studies in Associate Programs (ASAP) on education and labor market outcomes. CUNY ASAP is a 3-year program, designed and implemented by CUNY, that provides comprehensive supports including student support services, financial supports, and structured pathways. Since its inception in 2007, ASAP has served more than 88,000 students at CUNY, has been replicated across 7 states, and is widely acknowledged as an exemplary model due to its large impacts on postsecondary degree completion. MDRC's randomized control trial (RCT) evaluation of ASAP showed that the program raised 3-year graduation rates by an estimated 18 percentage points (pp). These findings were reinforced by findings from an RCT evaluation of ASAP replications at 3 community colleges in Ohio, where the program increased 3-year graduation rates by an estimated 16pp.

This project will be the first project to assess the effects of CUNY's ASAP on labor market outcomes. It will also provide a necessary complement to a recent evaluation of the Ohio programs (informed by the ASAP model), which found positive effects on earnings during the sixth year after students entered the study. By pooling the data across the CUNY and Ohio evaluations, with outcome data that tracks students' progress for 10 years from program entry, the researchers will precisely estimate the pooled average effect of ASAP on degree completion, employment, and earnings; examine the extent that these effects vary across colleges; explore effects for subgroups with greater precision than is possible using data from either study alone; and update prior research on the societal economic benefits and costs of ASAP using observed earnings data.

# Project Activities

The researchers will collect follow-up data from multiple sources for all 2,397 students in the CUNY and Ohio studies. They will obtain degree completion records from the National Student Clearinghouse and quarterly labor market data from state unemployment insurance records from New York and Ohio as well as records from the U.S. Census Bureau. During the project, the researchers will estimate precise program impacts for the full sample, sufficiently precise impacts for key subgroups, and the extent to which effects vary across colleges and states. For the cost analysis, they will examine return-on-investment from the college perspective and costs and benefits from a societal perspective. To provide context for the CUNY ASAP results, they will conduct a returns-to-degrees analysis for approximately 300,000 students who enrolled in CUNY at the time the ASAP sample was recruited. This analysis will shed light on the pathways leading to positive labor market outcomes and help CUNY strengthen its career guidance and services. Throughout the project, the researchers will communicate closely and frequently with administrators in New York who administer CUNY's program and oversee CUNY's ongoing replication efforts.

# Structured Abstract

### Setting

The initial RCTs took place at six community colleges located in New York and Ohio. Three colleges are located within the City University of New York (CUNY) system, and three colleges are in Ohio, including one in Cincinnati, one in Cleveland, and one outside Cleveland.

### Sample

The pooled sample includes 2,397 students from low-income households who were willing to enroll full-time, wanted to earn a degree or certificate, and were first-time in college or had limited college credits. Over 60 percent of the sample is female. Reflecting the student body at the colleges, the study sample is racially diverse: most students in the CUNY sample are either Hispanic or Black and the plurality of students in Ohio are White.

### Intervention

CUNY ASAP is a 3-year program that provides comprehensive supports including student services (advising, career and employment services, and tutoring), financial supports (tuition waiver, free use of textbooks, and monthly financial support), and structured pathways (block scheduled courses, an ASAP seminar, required full-time enrollment, and encouragement to enroll in summer and to take developmental education classes early). Since its inception in 2007, ASAP has served more than 88,000

students at CUNY, has been replicated across 7 states, and is widely acknowledged as an exemplary model due to its large impact and robust evidence base.

## Research design and methods

The CUNY and Ohio evaluations, from which this study is drawing, are ongoing multi-site, individually randomized trials. In each of those trials, eligible students who were interested in the program and agreed to participate in the evaluation were randomly assigned to either a program group, which was offered to participate in ASAP, or a control group, which had access to all their college's other programs and services excluding ASAP. In this study, the researchers will estimate the average effect, or value-added, of the program by taking the difference in the average outcomes of the two groups. They will examine and present findings on the long-term effects of CUNY ASAP on education and labor market outcomes. They will also pool and synthesize the long-term effects of ASAP in both CUNY and Ohio using methods similar to individual participant data metanalysis to explore the extent that effects vary across colleges to help inform the generalizability of findings to other colleges.

## Control condition

Control group members were eligible to receive all their college's standard services but not the enhanced services available to students in ASAP.

## Key measures

Confirmatory outcome measures for the project include degree receipt from any 2- or 4-year college and annual earnings measured approximately 10 years after students entered one of the two multi-site RCTs. The researchers will use college records and the National Student Clearinghouse data to code measures of degree receipt. They will obtain wage and employment data from New York and Ohio unemployment insurance records as well as from the U.S. Census's Longitudinal Employer-Household Dynamics (LEHD) program. They will use these data to code measures of employment and earnings.

## Data analytic strategy

The researchers will compute intent-to-treat estimates by comparing regression-adjusted average outcomes of the program group and control group members. The main estimation model will include block (i.e., cohort and college campus) fixed effects, baseline covariates, and a treatment indicator. All analyses will use heteroskedastic robust standard errors to account for the possibility that outcome variances may differ across random assignment blocks and experimental groups. They will conduct subgroup analyses based on students' college of random assignment, need for developmental education, sex, age, race/ethnicity, and employment status at study entry.

## Cost analysis strategy

The researchers will build upon cost estimates generated during the prior ASAP follow-up studies. They will update these initial cost estimates and combine them with the estimated effects on earnings generated through this project to produce an updated cost-benefit analysis.

# People and institutions involved

## IES program contact(s)

### Haigen Huang

Education Research Analyst
NCER

## Project contributors

### Colleen Sommo

Co-principal investigator

# Products and publications

This project will result in evidence of the efficacy of the ASAP program for promoting 10-year impacts for community college students on degree completion, employment, and wages. The project will also result in an updated cost-effectiveness analysis for the program, a final dataset to be shared, peer-reviewed publications and presentations, and additional dissemination products that reach education stakeholders such as practitioners and policymakers.

## Publications:

**ERIC Citations:** Find available citations in ERIC for this award here ⊠.

# Exhibit 6

🇺🇸 An official website of the United States government

The Nation's Report Card    ERIC database for education research

IES · Institute of Education Sciences

What we do ▾    Use our work ▾    Explore funding ▾    Learn with us ▾    About us ▾

🔍

Home  >  ...  >  Assessing the L...

GRANT    CLOSED

# Assessing the Long-Term Efficacy and Costs of the City University of New York's (CUNY'S) Accelerated Study in Associate Programs (ASAP)

NCER

**Program:**

Education Research Grants

**Program topic(s):**

Postsecondary and Adult Education

**Award amount:**

$1,061,273

**Principal investigator:**

Michael Weiss

**Awardee:**

MDRC

**Year:**
2016

**Project type:**

Efficacy

**Award number:**
R305A160273

# Purpose

In this project, the research team will assess whether the City University of New York's (CUNY's) Accelerated Study in Associate Programs (ASAP) intervention causes more college students to complete degrees, measured at seven years after initial college enrollment. This is a follow-up study to a previous efficacy study conducted by MDRC and funded by the New York City Center for Economic Opportunity. Because the ASAP intervention includes a comprehensive set of supports over a long (three-year) period, researchers expect it to exert positive impacts on student outcomes past the period of the initial efficacy trial. The previous study found that students randomly assigned to the ASAP program attained significantly more credits and were almost twice as likely to complete a degree after three years, compared to students in the control group. Because many students had completed enough credits to put them close to graduation, or had recently transferred to a 4-year institution, this research project is needed to assess students' accomplishments in the ASAP program given a longer time frame, and how these accomplishments compare to students receiving the standard set of supports available to them at CUNY campuses. If this evaluation finds ASAP effective, other college systems may be interested in implementing similar programs.

# Project Activities

This follow-up study extends the previous randomized controlled trial by lengthening the period of observation from three to seven years. During the first year of the project, the team will produce a detailed report on implementation of the ASAP program, while tracking students' progress through college. During the second year of the project, the team will continue to track students' progress and produce an interim report comparing outcomes across the treatment and control groups at six years from the beginning of the study. During the third year of the study, the team will produce a final report comparing outcomes seven years from program enrollment, and costs of degree production in the ASAP program versus business-as-usual practices at CUNY.

# Structured Abstract

### Setting

The research will take place at 3 colleges within the CUNY system.

## Sample

Approximately 900 low-income community college students, evenly divided between the treatment and control groups, are included in the study. Over four-fifths of the students are traditional-age college students, between the ages of 17 and 24, and over three-quarters of the students are either Hispanic or African American. To participate in the study, students had to come from families with income below 200 percent of the federal poverty level, be in need of at least one developmental education course, be willing to attend college full time, be new or relatively new to college (having previously earned no more than 12 credits), and planning to enroll in an ASAP-eligible major.

## Intervention

ASAP is a comprehensive, integrated, and highly monitored three-year program with four types of program components. Students are required attend college full time, encouraged to complete developmental education coursework early in their college careers, and to enroll in summer and winter courses. Student support services include enhanced advising, tutoring, and career planning services. Financial supports include a tuition waiver, a public transportation pass, and free textbooks. Structured course enrollments guarantee students blocked course schedules for the first year, and a success seminar for the first three semesters which emphasizes study skills, time management, and engagement with faculty.

## Research design and methods

This follow-up study builds upon the previous efficacy study which randomly assigned equally-sized groups of students to the treatment and control conditions, and was deemed to meet What Works Clearinghouse evidence standards. Researchers used data from a baseline questionnaire administered at the time of entry into the study to confirm equivalence of the treatment and control groups. Given the strong research design and baseline equivalence of the two student groups, researchers will estimate intervention impacts for students in the evaluation sample using a standard linear regression model that they employed during the initial efficacy study. Because students volunteered for the initial study, and thus do not represent the CUNY student population as a whole, researchers will access data for the entire pool of students from which students volunteered for the study, and will estimate a propensity score model to measure the likelihood of each student joining the study. In turn, researchers will convert the participation propensities to weights for use in regression models that will re-estimate ASAP's impacts for the CUNY student population. Across analyses, the project will assess the ASAP intervention as a bundle, without breaking it into component parts.

## Control condition

Control group members were eligible to receive all of the colleges' standard services, but not the enhanced services and program components available to students enrolled in ASAP.

## Key measures

Researchers will rely on previously-collected demographic data collected from a baseline survey administered prior to randomization as well as items provided from CUNY's Institutional Research Database (IRDB). College attainment measures will include course completions and credits earned, from transcripts provided by IRDB. Degree completion measures including earning a certificate, an associate's degree, a bachelor's degree, and earning any certificate or degree will come from IRDB for students who remain in CUNY and from the National Student Clearinghouse for students who move outside CUNY. Measures of program cost will be computed from measures provided by the CUNY Central ASAP office for students receiving the intervention, and from IPEDS data for students in the control group.

**Data analytic strategy**

The researchers will employ linear regression models with dummy variables to account for the blocking strategy they used when randomizing students to the treatment and control conditions. Split sample regressions with a statistical test for significant sub-group differences will be used for the moderation analysis, which will assess whether treatment impacts differ for students of color and white students, for first- and continuing-generation college students, for older and younger students, and for working and non-working students. To estimate program impacts within the target population, researchers will employ inverse probability weights to match observable characteristics of students in the analytic sample to students in the target population at CUNY.

## People and institutions involved

**IES program contact(s)**

**Benson, James**

## Products and publications

**Products:** Researchers will produce evidence of the efficacy of the ASAP program for low-income community college students at CUNY. The researchers will produce a peer-reviewed implementation report, an interim outcomes report, and a peer-reviewed publication of their seven-year impact findings.

**Project website:**

https://www.mdrc.org/project/evaluation-accelerated-study-associate-programs-asap-developmental-education-students ☒

## Supplemental information

**Co-Principal Investigator:** Colleen Sommo

## Questions about this project?

To answer additional questions about this project or provide feedback, please contact the program officer.

# Exhibit 7

*Research Article*

*Educational Evaluation and Policy Analysis*
*June 2022, Vol. 44, No. 2, pp. 210–233*
*DOI: 10.3102/01623737211036726*
*Article reuse guidelines: sagepub.com/journals-permissions*
*© 2021 AERA. https://journals.sagepub.com/home/epa*

# Increasing Community College Graduation Rates: A Synthesis of Findings on the ASAP Model From Six Colleges Across Two States

**Cynthia Miller**
**Michael J. Weiss**
*MDRC*

*This paper presents new estimates of the effects of the City University of New York's (CUNY's) Accelerated Study in Associate Programs (ASAP) model, evaluated using a randomized controlled trial first in New York and later through a replication in Ohio. It presents longer-term effects of CUNY ASAP in New York, showing that the program's effect on associate's degree receipt persisted through 8 years and likely represents a permanent increase in degree receipt. It also presents an analysis from the pooled study samples in New York and Ohio. The findings indicate that the program had consistent effects on degree receipt across the two states but also for somewhat different levels of service contrast, such as the number of additional advising visits.*

Keywords: *community colleges, program evaluation, postsecondary education, experimental research, multi-site studies*

POSTSECONDARY education provides an important stepping-stone to well-paying jobs and the middle class for many low-income individuals. The nation's community colleges play a vital part in that effort, serving about 40% of all postsecondary students and a disproportionate number of students from families with low-incomes (Ginder et al., 2019, Table 3). They are accessible, typically with open admission policies, and they are, on average, much less expensive than 4-year colleges or private 2-year colleges.

Unfortunately, however, graduation rates from community colleges are low. Among first-time, full-time, degree-seeking students entering public 2-year schools, only 25% graduate within 3 years (McFarland et al., 2019). Policymakers and higher education administrators across the nation are striving to increase those rates. Such increases would benefit students and society in an economy that increasingly demands a highly educated workforce.

There have been numerous reforms designed to increased students' persistence in and completion of community college. These include financial supports, enhanced advising, learning communities, pedagogical reforms, and messaging campaigns (see, for example, Angrist et al., 2009; Attewell et al., 2012; Bettinger & Baker, 2014; Bettinger et al., 2012; Castleman & Page, 2015; Goldrick-Rab et al., 2012; Miller et al., 2020; Patel et al., 2013; Richburg-Hayes et al., 2009; Scrivener et al., 2015; Scrivener & Weiss, 2009; Weiss et al., 2019). These reforms often include one or two changes to business as usual, such as increased financial aid or increased aid combined with enhanced advising, and typically last for one or two semesters. When evaluated, many of these reforms led to modest increases in student progress and, occasionally, modest effects on graduation.

Among the tested policies, one program model stands out: the City University of New York's (CUNY's) Accelerated Study in Associate Programs (ASAP). Designed and implemented by CUNY to help more students graduate and to help them graduate more quickly, ASAP is a comprehensive, integrated, 3-year student support program

serving community college students from families with low-incomes. The program requires students to attend college full-time and encourages them to take remedial courses early, enroll in the summer, and graduate within 3 years. Students receive frequent advising, enhanced career services, and additional tutoring. Three forms of financial supports alleviate students' financial need: a tuition waiver, free use of textbooks, and a monthly transportation benefit, which is contingent on participation in key program services. Students can also enroll in courses with other program students in convenient schedules. ASAP was evaluated at three CUNY colleges using a randomized controlled trial that started in 2009. The evaluation found that the program led to a substantial increase in graduation rates—increasing 3-year graduation rates by 18 percentage points. This exceptional result led to the replication of the program by three community colleges (at four campuses) in Ohio.

Three-year findings from the test in Ohio also showed a significant increase, of 16 percentage points, in graduation rates (Miller et al., 2020). This finding was very encouraging, given that the replication of findings from a given test of an educational intervention is the exception rather than the norm (see, e.g., Camerer et al., 2018). The findings from Ohio showed not only that the model could be implemented with a high degree of fidelity in another setting but that it could have similarly positive and large effects.

This paper extends the earlier results in several ways. First, it presents an update of the findings from CUNY ASAP through 8 years. An earlier paper documented effects through Year 6 and found that the impact on degree receipt was still large, at 10 percentage points. However, this impact had diminished relative to Year 3, as the control group "caught up" somewhat to the program group (Weiss et al., 2019). It was expected that degree receipt would increase to some extent for students in the control group, mirroring national trends in which many graduates take longer than 3 years to earn a degree. By tracking effects for an additional 2 years, the paper examines whether the effects persist or diminish further. The longer follow-up period also provides a more comprehensive look at the program's effects on enrollment in 4-year colleges and the receipt of bachelor's degrees.

Second, the paper synthesizes the 3-year findings from CUNY and the Ohio replication. For the first time, this study pools the data from the original CUNY evaluation and the Ohio replication. The pooled analysis supports the precise estimation of a broader treatment effect (the mean effect across six colleges from two states) of the ASAP model on 3-year graduation rates. Also, the pooled sample is better positioned than the individual studies to examine subgroup effects, or effects for different types of students.

Finally, the paper examines effects across the states and across the individual colleges. Although exploratory and based on only two states and seven campuses, this analysis provides an important initial look into how much implementation differences and differences in service contrast affect program impacts. In particular, the paper examines whether variation exists across places in effects on degree receipt and, if so, whether it is associated with differences in students' use of key services.

In sum, the findings show that ASAP's effect on associates' degree receipt persisted through 8 years, although it did not lead to a long-term increase in bachelors' degree receipt. The effects on associates' degrees indicate that the program, in addition to helping some students graduate faster, also helped some students graduate who would never have done so without the additional support. The effects across both states through 3 years provide further evidence of the program's effectiveness, for students in general and for different types of students. Finally, the effects by state and by campus suggest that there is a positive association between service contrast, or effects on advising visits, and degree impacts. However, the variation in service contrast across the campuses suggest that, beyond some level, there may be diminishing returns. In other words, increasing advising by 15 visits per semester may not lead to much larger effects on degree receipt than increasing advising by eight visits per semester. Because the model costs more than the usual services offered to students, colleges will need to compare the resources needed to generate larger increases in service contrast with the additional degrees it generates. More broadly, the consistency of findings across the states and colleges suggest that the results are likely to generalize beyond these students and colleges, furthering

AERA-0187

the idea of ASAP as a national model to increase educational attainment.

## Background

Researchers have identified a number of student-level challenges and institutional practices that underlie the low rates of persistence and completion at community colleges (for overviews, see Baum et al., 2013; Braxton, 2002; Calcagno et al., 2008). These factors include, but are not limited to, financial challenges, such as the costs of attending college; a shortage and underutilization of student support services; insufficient preparation for college-level work; and the competing demands of work, family, and school. These challenges are even more pronounced for students from families with low-incomes and students' with insufficient preparation for college-level work due to powerful negative systemic influences on students' prior educational preparation (e.g., absence of academically rigorous course offerings in the high school) who are less likely than other students to stay on track and graduate (Attewell et al., 2012; Crosta, 2014; Klempin, 2014).

First, although tuition and fees at community colleges are about one-third the cost of public 4-year colleges and universities (Baum & Ma, 2014), they still constitute a substantial investment for many students from families with low-incomes, especially when opportunity costs are considered. In addition, financial aid sometimes does not cover the full cost of attendance, leaving students to struggle to afford tuition, transportation, or textbooks. Moreover, students from families with low-incomes must negotiate a complex financial aid system to receive aid (Bettinger et al., 2012).

Second, many students' placement test scores suggest that they are not academically prepared for college, as indicated by the fact that nearly 60% enroll in at least one developmental (or remedial) reading, writing, or mathematics course during community college (Bailey, 2009). It is worth noting, however, that there is evidence of extensive misplacement into developmental education (e.g., see Scott-Clayton et al., 2014). Placement into developmental courses is negatively associated with student persistence and success, as students referred to developmental education frequently drop out of their classes or

leave college entirely, and those who remain make progress relatively slowly (Adelman, 2004; Attewell et al., 2006). Only 13% of community college students with developmental needs earn a certificate or degree within 3 years (U.S. Department of Education, n.d.).

Upon entering college, many students also struggle to navigate an unfamiliar college environment and need help figuring out which courses to take and in what order, how to register for classes and apply for financial aid, and what resources are available to help make the transition to college (Bailey et al., 2015). Community colleges are rarely able to support the kind of personalized and timely advising that students need and that students often get at selective 4-year colleges (Bound & Turner, 2007). For example, the National Academic Advising Association (2011) estimates that the median caseload of an adviser at public 2-year colleges is 441 students per adviser (compared with 260 students per adviser at public 4-year colleges), which limits the amount of advising students receive. Students who do not have access to an informed adviser may neglect to register for a required course, fail to secure the maximum financial aid for which they qualify, or make other missteps that could negatively impact their progress through college. Community college students, most of whom commute, have also been identified as less likely to identify with the college community than traditional undergraduates at 4-year institutions (Tinto, 1997).

Taken together, the numerous systemic issues, institutional practices, and student-level barriers that students from families with low-incomes face contribute to their low completion rates. While there is causal evidence about the efficacy of postsecondary interventions across the literature, most policies have had, at best, only modest effects.

For example, several studies have produced experimental evidence that financial aid-related reforms can positively, although often modestly, influence students' academic progress (for example, see Angrist et al., 2009, 2010, 2014, 2016; Bettinger et al., 2012; Cohodes & Goodman, 2014; Deming & Dynarski, 2010; Goldrick-Rab et al., 2016; Mayer et al., 2015). As one example, MDRC evaluated the effectiveness of performance-based scholarships in a variety of college settings and with varying incentive structures and found a modest three percentage point impact

on degrees earned through five years (Mayer et al., 2015). Goldrick-Rab et al. (2016) found that additional scholarship aid via the Wisconsin Scholar's Grant led to an increase in second-year enrollment in college of about 3 to 4 percentage points.

Colleges have also tried many ways to better integrate new students. Learning communities, for example, co-enroll a cohort of students in two or more courses to foster connections among students and enable instructors to collaborate and integrate coursework. As another example, student success courses, which vary in their content, often aim to improve study skills, change students' behaviors and attitudes, including increasing their awareness of their and others' emotions, understanding their own learning styles, improving time management skills, and recognizing their responsibility for their own learning (Engstrom & Tinto, 2008; Rutschow et al., 2012; Weiss, Mayer, et al., 2015; Weiss, Visher, et al., 2015). Other strategies include interventions aimed at helping community college students stay enrolled continuously, including in summer sessions (Attewell & Douglas 2014; Attewell & Jang, 2013; Weiss, 2019). In one such study, one group of students received a messaging campaign to encourage summer enrollment and another group received a messaging campaign plus a last-dollar tuition grant. Experimental evaluations of these approaches indicate that some have produced modest improvements in academic outcomes.

As another example, a fairly robust experimental literature on enhanced academic advising interventions finds positive, although often modest, effects on students' academic outcomes using a variety of modes of advising (for examples, see, Avery et al., 2014; Bailey et al., 2016; Barr & Castleman, 2017; Bettinger & Baker, 2014; Carrell & Sacerdote, 2013, 2017; Evans et al., 2017; Scrivener & Weiss, 2009).

Two more recently studied programs provide more comprehensive and longer-term supports for students and have led to larger effects. One study is of the Early College High School initiative, a model that offers dual high school and college enrollment and a variety of supports to help students move into and complete college. Students in the program were substantially more likely to earn an associate's degree than students

not in the program (Berger et al., 2014). A second example comes from an evaluation of the *Stay the Course* program at a community college in Texas, which offered 3 years of ongoing comprehensive case management, provided by trained social workers, along with access to emergency financial assistance. The evaluation found large effects on degree receipt among the 20% of the study sample that took up the program (treatment-on-the-treated effects), although the effects were primarily for women (Evans et al., 2017).[1] The effects among program participants contain substantial estimation error, given the sample size and program participation rate.

Thus, the weight of the evidence suggests that short-term, light-touch interventions are typically not enough to substantially improve longer-term outcomes, such as a degree receipt, and that more comprehensive interventions that address multiple barriers are needed.[2] ASAP is one such program.

## The ASAP Model and Implementation

### *The ASAP Model*

Developed by the CUNY, ASAP is a comprehensive program that provides students with up to 3 years of financial and academic support and other support services to address multiple barriers to success, with the goal of helping more students graduate within 3 years. Along with those supports and services, however, is an obligation, since students are required to attend full-time and to participate in key program services. The original CUNY ASAP model included the following components.

*Student Services.* Students receive comprehensive advisement from an adviser with a small caseload, career information from a career and employment services staff member, and tutoring services separate from the usual college tutoring services. Each of these services is provided by ASAP-dedicated staff who work only with students in the program. ASAP advisers, who have caseloads of 60 to 80 students,[3] provide support on a wide variety of academic and personal topics, including academic planning, balancing school with other responsibilities, accessing campus services, interacting with professors, staying on track to graduate, and dealing with

AERA-0189

personal issues. Students are required to meet with their adviser twice per month and to meet with careers services staff once per semester. Students in remedial courses or on academic probation are required to participate in tutoring once per week.

*Course Enrollment.* Students may enroll in blocked courses, or courses scheduled back-to-back, in their first year, with two goals. First, is minimizing the time required on campus so that students, many of whom work, can enroll full-time. Second, is ensuring ASAP students could take some of their classes with other ASAP students, fostering a sense of community. During the first few semesters, students also enroll in an ASAP seminar, covering topics such as goal-setting, study skills, and academic planning.[4] Students can also register for courses early so that they can create convenient schedules and get seats in the courses they need.

*Financial Supports.* Students receive a tuition waiver that fills any gap between federal and state financial aid and college tuition and fees. Students also receive free use of textbooks and free MetroCards for use on public transportation.

*Requirements and Messages.* Students are required to attend college full-time during the fall and spring semesters and are encouraged to take courses during the winter and summer sessions. ASAP staff also encouraged students to complete developmental education early and to graduate within 3 years.

When the model was replicated in Ohio, some adjustments were made to fit the local context and to align with the evolved version of the ASAP model that CUNY was operating at the time. For example, CUNY offered program group students an ASAP-only student success seminar in their first few semesters, whereas the Ohio program did not create a special seminar course for program group students, but enrolled program group students into specific sections of existing student success courses. The Ohio program also did not offer monthly metro cards to students (worth over $100 in New York), given the lower use of public transportation, but instead provided $50 gas/grocery gift cards to participating students. In addition, CUNY provided textbooks free of charge to participating students. Although one Ohio college provided free textbooks, two of the colleges provided students with vouchers of up to $300 per semester to cover the cost of textbooks. Finally, the Ohio programs used a triage model of advising, in which the advising requirements differed depending on the students' academic standing.[5] Students in the high-need group were required to meet with their assigned adviser twice per month, while other students were required to meet less often, although usually at least once per month.

Finally, both programs used a Management Information System, created specifically for the program, to track student outcomes, participation, and progress. CUNY provided support to staff at colleges in both sites on how to track and use these data for monitoring and improving program outcomes.

### Participating Colleges

ASAP was tested at 3 of the 24 colleges in the CUNY system. Each serving from 15,000 to 20,000 students, they are the largest of CUNY's community colleges and were willing to participate in a randomized controlled trial, in which eligible students would be randomly assigned to a program group eligible to participate in ASAP or a control group eligible for the college's standard services.

The ASAP demonstration in Ohio was tested at 3 of the state's 23 community colleges. One of the colleges serves about 20,000 students, while the other 2 are smaller, at 9,000 to 11,000 students. These colleges were selected primarily based on administrators' support for the program, their willingness to take part in a random assignment evaluation, and their capacity to reach the desired sample size goals. See Appendix Table S1 for selected characteristics of the 6 colleges.

### Implementation

To ensure strong implementation and fidelity, the CUNY Office of Academic Affairs, which administered the program along with the participating colleges, monitored the implementation of the program at CUNY. It also provided technical assistance to the Ohio colleges, leading a workshop on the program model, helping the colleges

214



FIGURE 1.    *(A) Ever received key service. (B)*
*Number of times students received each key service.*
*Source.* Calculations using data from the student survey.
*Note.* Estimates are adjusted by random assignment blocks
and selected baseline characteristics. Brackets show 90%
confidence intervals. Sample sizes for specific outcomes may
vary because of missing values. Rounding may cause slight
discrepancies in calculating differences.

develop action plans for implementation, and
providing regular and continuing direct technical
assistance and training in the ways each program
component could be implemented. Implemen-
tation research was conducted periodically
throughout the 3-year program period in each
study. Overall, ASAP was well implemented in
both New York and Ohio, and the program cre-
ated a substantial service differential between
students in ASAP and those eligible for the col-
leges' usual services.

Figure 1 presents students' self-reported use
of three key program services from a survey
administered to all study participants in both
states 1 year after program entry. Panel A presents
effects on incidence, or whether the student ever
used a particular service during the first year.
Panel B presents effects on the intensity of use,
or the number of times the student used the ser-
vices, by semester.

First, consider advising. The data in panel A
show that the program led to a moderate increase
in the percent of students who ever met with an
advisor, in part because most students meet with
an advisor at least once. The notable difference is

in the intensity of advising, where program group
students met with an adviser on average 15 times
during the second semester, compared with 3
times for control group students.

For tutoring and career services, the program
led to larger increases in incidence, in part
because fewer students use these services in the
absence of the program. The program increased
the number of students who ever used tutoring by
24 percentage points, for example, and program
group students participated in nine sessions on
average during the second semester, compared
with three sessions for students in the control
group. Note that these averages are for the entire
program and control groups, including zeros for
those who never participated. Thus, the number
of tutoring sessions among those who ever used
tutoring is much larger than shown in the figure.

In terms of financial assistance (not shown in
figure), most students across both states reported
receiving assistance with the cost of textbooks,
and most received the monthly incentive (gift
cards in Ohio and transportation cards in New
York). Few students in either state received the
tuition waiver, given that federal and state aid
typically covered the cost of tuition. Students in
the program group were also more likely than
their control group counterparts to receive mes-
sages from advisers and other staff on the impor-
tance of attending full-time and graduating
within 3 years.

Finally, blocked scheduling was imple-
mented only partially. In New York, students
were offered blocked courses at two of the col-
leges and were encouraged to take at least one
of the courses in the block if they could not take
the full set. Transcript data show that, although
only about a third of program group students
enrolled in a full block of courses, a majority of
them were enrolled in one or more courses with
four or more other ASAP students. Blocked
scheduling was not formally implemented in
Ohio given the difficulty of identifying over-
lapping courses for large groups of students. As
discussed below, eligibility for the study in
Ohio was expanded to include students with up
to 24 earned credits, meaning that some of them
had already completed required courses. Instead,
advisers informally tried to guide program group
students into courses with each other. Transcript
data indicate that about half of the program

215

group students in Ohio enrolled in one or more courses with at least four other program group students.

In sum, at noted earlier, the ASAP model was well implemented in both New York and Ohio. Although the Ohio program made minor modification to the model to fit local context, it contained the key elements of ASAP. In addition, even though the Ohio programs did not implement formal blocked scheduling and it was only partially implemented in CUNY, any effects of ASAP are more likely attributable to its other program components.

### The Evaluation

*Participating Students*

Students were eligible for the program and study if they met several criteria: had family income below 200% of the federal poverty level or were eligible for a Pell grant, were new to college or had earned fewer than 12 credits in CUNY and 24 credits in Ohio, were willing to attend college full-time, and were in a major that could be completed within 3 years.[6] The two studies differed with respect to developmental education requirements. For CUNY, the evaluation only included students who had one or two developmental education requirements, although a separate quasi-experimental evaluation conducted by CUNY staff included students without these requirements (Strumbos & Kolenovic, 2017). In Ohio, in contrast, eligibility was extended to students with or without development education requirements at study entry. Both programs excluded students with extensive (more than two) developmental education requirements, given that they were unlikely to earn a degree within 3 years.

Students at CUNY were recruited for the study and randomly assigned just prior to the spring 2010 semester and the fall 2010 semester. Students in Ohio were recruited and randomly assigned just prior to the spring 2015, fall 2015, and spring 2016 semesters. The study samples include 896 students for CUNY and 1,501 students for Ohio.[7]

Table 1 reports selected characteristics of the sample at baseline and, for comparison, characteristics of community college students nationwide.[8] First, consider the two states. The students in the Ohio study differed from those in New York in several ways. For example, more Ohio sample students were nontraditional students, for example, they were older or had children (although they were less likely to work full-time, another marker of nontraditional status). The New York sample also includes more Hispanic students and fewer white students than the Ohio sample, reflecting in part the differences in the demographic makeup of the participating cities. Fewer Ohio sample students had developmental requirements than the CUNY sample students, as expected given different eligibility criteria for study entry in each state.

The pooled sample is shown in the third column. The pooled sample is racially diverse, with no racial majority. Just over half of the sample self-identified as Black or Hispanic. Fifty-one percent of the students were of "traditional" college age (aged 19 or younger), and just over 40% were nontraditional students.

The students participating in the evaluation look roughly similar to community college students nationwide, with some exceptions. In terms of similarities, the majorities of the pooled and national samples are women, 20% to 30% have children, many are working, and a large majority have developmental education requirements. Students nationwide, however, are older than the study sample and more likely to work full-time. The program's eligibility requirements may have led to these differences, given that the full-time attendance requirement may have discouraged full-time workers, who tend to be older students, from enrolling in the study.[9]

*Data and Methods*

We use data from several sources. First, students in the studies in both states filled out a baseline survey prior to random assignment, providing demographic and other information. Data on credit and degree completion at the participating colleges and at colleges within the broader CUNY and Ohio systems were obtained through transcript data provided by CUNY and the three participating Ohio colleges. Data on enrollment and degree receipt were also obtained from the National Student Clearinghouse, which covers students' enrollments in nearly all postsecondary

216

TABLE 1

*Sample Characteristics for the CUNY ASAP, Ohio Programs, Pooled Samples, and National Population of Community College Students*

| Characteristic | CUNY ASAP Sample | Ohio Programs Sample | Pooled Sample | National Sample |
|---|---|---|---|---|
| Gender (%) | | | | |
| Male | 38 | 36 | 37 | 44 |
| Female | 62 | 64 | 63 | 56 |
| Age (%) | | | | |
| 19 or younger | 57 | 47 | 51 | - |
| 20–23 | 22 | 22 | 22 | - |
| 24 or older | 20 | 31 | 27 | 44 |
| Average age (years) | 21 | 23 | 23 | 28 |
| Race/ethnicity[a] (%) | | | | |
| Hispanic | 44 | 10 | 22 | 19 |
| White | 10 | 46 | 32 | 56 |
| Black | 34 | 35 | 35 | 16 |
| Other[b] | 12 | 10 | 11 | 9 |
| Living with parents (%) | 74 | 58 | 64 | - |
| Has children (%) | 15 | 27 | 23 | 32 |
| First person in the family to attend college (%) | 30 | 34 | 33 | - |
| Diplomas/degrees earned (%)[c] | | | | |
| High school diploma | 74 | 87 | 82 | |
| General Education Development (GED) certificate | 21 | 12 | 15 | |
| Currently employed (%) | 31 | 60 | 49 | 69 |
| Currently employed full time (%) | 7 | 16 | 12 | 33 |
| Nontraditional student[d] (%) | 36 | 47 | 43 | - |
| Has developmental education requirements (%) | 98 | 74 | 83 | 68 |
| Sample size | 896 | 1,501 | 2,397 | |

*Source.* Calculations using baseline information form data and placement test data from the CUNY Institutional Research Database (IRDB) and the ASAP Demonstration study colleges; IPEDS; and Stats in Brief, U.S. Department of Education, February 2017.

*Note.* Italics indicate statistics calculated only for a subset of respondents. Distributions may not add to 100% because of rounding.
[a]Respondents who said they were Hispanic and chose a race are included only in the "Hispanic" category. [b]The "Other" category includes Asian/Pacific Islander, Native American/Alaska Native, multiracial, and other races and ethnicities. [c]Distributions may not add to 100% because categories are not mutually exclusive. A small percent of sample members are excluded from these measures because they earned a certificate, technical or other degree and we are unable to determine if they had earned a GED or High School diploma. [d]Nontraditional students are defined as those who were 24 years old or older, worked 35 or more hours per week, had children, or did not receive a high school diploma and were not enrolled in high school at the time of random assignment. Students are listed as nontraditional if they fit any of these characteristics.

institutions throughout the United States, not just the participating colleges.

Finally, surveys were administered to study participants in both sites approximately 1 year after they were randomly assigned. The survey, fielded to the full study samples in both states, covered topics such as sample members' participation in and experiences with student services, expectations and engagement in college, employment, and financial aid and other financial issues.[10]

217

*Miller and Weiss*

We use the following equation to estimate the effects of being offered ASAP:

$$Y_{ij} = \alpha + T_{ij}\beta + X_{ij}\lambda + C_{ij}\gamma_j + \varepsilon_{ij},$$

where $Y_{ij}$ denotes the outcome for individual $i$ in college $j$. $T_{ij}$ is an indicator variable for assignment to the program group, eligible for ASAP, and the vector $X_{ij}$ includes individual covariates that are expected to be correlated with the outcomes of interest, such as race, age, gender, and developmental education requirements. The vector $C$ includes randomization block indicators, one for each campus and cohort combination. The coefficient β is the key parameter of interest and represents the effect of the program offer. Given that individuals were assigned at random to receive the offer to enroll in ASAP, this regression-based estimator of β is unbiased with respect to our target of inference (the estimand), which is the average effect across individuals in the evaluation sample.[11]

Key outcomes include enrollment in 2- and 4-year colleges and degree receipt (associate's degrees and bachelor's degrees). The evaluation estimates the effects on key outcomes of the offer to participate in ASAP, or intent to treat estimates. Treatment-on-the-treated estimates are not presented, given that over 90% of students in the program group experienced at least one semester of the program. However, these estimates (of the effect of *participating in at least some of the program*, rather than the effect of the offer to participate in the program) can be viewed as roughly 10% larger than the estimates shown in this paper. Finally, no weighting is applied when estimating effects for the pooled sample.

### Earlier Findings

ASAP's effects in both states, through Year 3 in Ohio and Year 6 in New York, have been reported separately in earlier publications (Miller et al., 2020; Weiss et al., 2019). The CUNY program was found to increase 3-year degree receipt by 18 percentage points, from 22% for the control group to 40% for the program group. Rates of degree receipt continued to increase through Year 6 for both the program and control groups, and the differential between the two groups diminished in size. However, the impact at the end of Year 6 was still sizable, at 10 percentage

points ($p < .01$). ASAP also increased enrollment rates and credit accumulation during the program period, or the first 3 years.

The Ohio program similarly led to large effects on enrollment, credit accumulation, and degree receipt by the end of Year 3. At that point, 35% of the students in the program group had earned a degree, compared with 19% of students in the control group, for an increase of 16 percentage points.

### Update on CUNY ASAP Effects Through 8 Years

The earlier paper on CUNY ASAP showed that the effects on associate's degree receipt diminished over time but remained sizable at the end of 6 years (Weiss et al., 2019). That paper was also the first to show small, positive effects on the receipt of bachelor's degrees, with increases of 2 to 3 percentage points in semesters 8 and 9. However, these effects dissipated over time, as the control group caught up. This section updates those findings, to assess whether the stability in both levels and effects apparent by the end of Year 6 continued through Year 8.

Although a fade out of effects occurs between years 3 and 6, it is not obvious that impacts on degree receipt would remain stable after Year 6, given continued college enrollment after Year 6 and the fact that a fair number of students take longer than 6 years to earn a degree. Thus, a more complete assessment of ASAP's effects on degree receipt can be obtained with the 8-year results.

Figures 2 and 3 present effects on enrollment and degree receipt. In semesters 2 through 4, during the program period, enrollment rates in 2-year colleges are higher for the program group than the control group, differences that are statistically significant. In the first two semesters of the post-program period (or semesters 7 and 8) enrollment in 2-year colleges is lower for the program group than the control group, given their higher rates of degree receipt and higher rates of enrollment in 4-year colleges. However, by the last few semesters of the 8-year period, enrollment rates at 2-year colleges have flattened out and fallen to less than 5% for both research groups. Enrollment in 4-year colleges has also

218



FIGURE 2.    *(A) Enrollment rate at 2-year colleges. (B). Enrollment rate at 4-year colleges.*
*Source.* Calculations using data from the CUNY Institutional Research Database (IRDB), and the National Student Clearinghouse (NSC).



FIGURE 3.    *(A) Degree receipt at 2-year colleges. (B) Degree receipt at 4-year colleges.*
*Source.* Calculations using data from the CUNY Institutional Research Database (IDRB) and the National Student Clearinghouse (NSC).

flattened out by that time, at around 15%, with no meaningful differences between the two groups during the last 2 years of follow-up.

Effects on degree receipt are separated into associate's and bachelor's degrees. The main goal of the program is to increase the receipt of associate's degrees. A few more students earned associate's degrees over the additional 2 years of follow-up, but estimated effects on this outcome are stable in semesters 12 through 16, at about 12 percentage points.

In terms of bachelor's degree receipt, about 25% of both research groups had earned a degree by the end of Year 8. The program led to small and statistically significant increases in semesters 8 through 10, but no effects thereafter.

The findings suggest that the program's effect on bachelor's degree receipt was to speed up receipt among students who would have earned it anyway. In contrast, the stability of the estimated impact on associate's degree receipt during the last six semesters of follow-up increases our confidence that ASAP increased associate's degree receipt among a sizable group (12 percentage points) of students who would not have earned an associate's degree otherwise. The fact that the estimated effect on associate degree receipt peaked at 18 percentage points implies that, at a minimum, ASAP's effect of speeding up degree receipt, among those who would have graduated anyway, is *at least* 6 percentage points This speeding up of degree receipt is notable and can reduce costs for colleges and students; however, the long-term increase degree receipt is what can drive the benefits of the program, given that the gains from higher education accrue over an individual's lifetime.

**Findings From the Pooled Sample**

The remainder of the paper examines effects through 3 years using the New York and Ohio samples, estimating effects for the pooled sample, for subgroups, by state and by college. This section presents effects for the combined sample. Figure 4 presents the results for enrollment and degree receipt at any 2-year college.[12] Enrollment rates at any school fall steadily after the first semester, but less rapidly for students in the program group. By semester 2, for example, only 73% of students in the control group were still enrolled, compared with 84% in the program group, for a difference of 11 percentage points. Effects are similar in size in semesters 3 and 4 but become negligible after that point.[13]

219



FIGURE 4.  *Enrollment in associate's degree-granting colleges and associate's degree receipt.*
*Source*. MDRC calculations using data from the CUNY Institutional Research Database (IRDB) and the ASAP Ohio Demonstration study colleges and the National Student Clearinghouse (NSC).
*Note*. The first number next to the lines is the estimated effect in Semester 6. The second number, in parenthesis, is the standard error.

Study participants begin earning degrees by semester 3, and the increase is more rapid for students in the program group. By the end of semester 6, about 36% of students in the program group had earned a degree (nearly all associate's degrees), compared with 18.8% of students in the control group, for a substantial increase of nearly 17 percentage points (with a 90% confidence interval ranging from 14 percentage points to 20 percentage points). As noted, this effect is nearly a doubling of degree receipt and is among the largest observed to date for a college intervention. The estimate of program effect is also for a broader population.

Enrollment rates fall over time as students either graduate or leave school without a degree. Thus, the program's effects on enrollment are somewhat difficult to interpret in later semesters, given that they are estimated for the full sample and include students who have graduated.

Although not shown, enrollment rates in 4-year colleges gradually increase each semester,

and almost 14% of control group students are enrolled in semester 6. The program increased that rate by an estimated 6.5 percentage points ($p < .001$).

Overall, the rate of transfer to 4-year colleges for both research groups is low, although perhaps not surprising, given the barriers to entry faced by students from families with low-incomes. National data indicate that only about 33% of community college students transfer to a 4-year institution within 6 years, despite the fact that the majority of them (as with this study sample) enter college intending to pursue a bachelor's degree (Jenkins & Fink, 2016).

## Effects for Subgroups of Students

As shown above, for the pooled sample, the findings show that ASAP led to a notable increase in degree receipt and an increase in 4-year college enrollment by the end of Year 3. This section examines whether effects vary for different types

220

TABLE 2

*Degrees Earned and 4-Year College Enrollments After 3 Years Variation in Effects by Student Characteristics*

| | Earned degree | | | | Enrolled in a four-year college | | | |
|---|---|---|---|---|---|---|---|---|
| Characteristic | Control group (%) | Difference (percentage point) | SE | *p* value for subgroup difference | Control group (%) | Difference (percentage point) | SE | *p* value for subgroup difference |
| Developmental education requirements | | | | .189 | | | | .445 |
| None | 25.5 | 17.6 | 5.2 | | 21.0 | 1.0 | 4.6 | |
| One | 22.5 | 21.3 | 3.3 | | 14.8 | 7.6 | 2.8 | |
| Two or more | 16.2 | 13.5 | 2.6 | | 11.8 | 6.9 | 2.2 | |
| Gender | | | | .206 | | | | .739 |
| Female | 20.9 | 17.9 | 2.3 | | 15.1 | 6.0 | 2.0 | |
| Male | 19.2 | 13.1 | 2.9 | | 12.1 | 7.0 | 2.5 | |
| Age | | | | .241 | | | | .193 |
| 19 or younger | 20.0 | 17.6 | 2.5 | | 14.9 | 7.6 | 2.2 | |
| 20–23 | 20.9 | 10.4 | 3.9 | | 13.6 | 1.7 | 3.2 | |
| 24 or older | 19.8 | 18.4 | 3.7 | | 11.7 | 9.3 | 3.0 | |
| High school diploma at study entry | | | | .372 | | | | .307 |
| No | 17.5 | 13.0 | 4.2 | | 13.0 | 3.0 | 3.6 | |
| Yes | 20.6 | 17.2 | 2.0 | | 14.1 | 7.1 | 1.7 | |
| Race/ethnicity | | | | .305 | | | | .754 |
| Hispanic | 22.1 | 10.3 | 4.0 | | 14.4 | 4.6 | 3.3 | |
| White | 23.7 | 19.5 | 3.4 | | 13.3 | 7.4 | 2.7 | |
| Black | 14.9 | 18.4 | 3.0 | | 12.9 | 9.0 | 2.7 | |
| Other | 18.1 | 18.5 | 5.9 | | 15.3 | 5.3 | 5.2 | |
| Employed at study entry | | | | .736 | | | | .939 |
| No | 21.3 | 15.9 | 2.6 | | | 6.3 | 2.2 | |
| Yes | 18.7 | 17.1 | 2.6 | | 14.1 | 6.5 | 2.3 | |

*Source.* Calculations using data from the CUNY Institutional Research Database (IRDB), the ASAP Ohio Demonstration study colleges, and the National Student Clearinghouse (NSC).

*Note.* Estimates are adjusted by random assignment blocks and selected baseline characteristics. Rounding may cause slight discrepancies in calculating differences and sums. The H-statistic test was used to test for statistically significant differences in impact estimates across different subgroups.

of students. Community college students are a diverse group, varying in their levels of academic preparation upon entry, their age, family status, and work status, for example. A significant share of them are "nontraditional" students, for example, meaning that they do not fit the profile of the single, childless, young adult entering college straight from high school. Subgroup analyses help to assess whether ASAP can be effective for a wide variety of student types, which speaks to the generalizability of the findings.

Table 2 presents the results.[14] The top rows present effects by development education requirements at study entry. This subgroup was pre-specified in each study as the sole confirmatory subgroup, given that it is a key question of interest for which the study teams desired rigorous evidence. The remaining rows present effects for several subgroups as part of an exploratory analysis. Tests of effects across these dimensions (age, gender, high school diploma status, race/ethnicity, and work status) are of interest in their own right, but any findings should be interpreted with some caution and as suggestive for further study since these subgroups are exploratory (Schochet, 2008).

221

*Miller and Weiss*

The first set of columns presents effects on degree attainment, and the second set of columns shows effects on 4-year college enrollment after 3 years. ASAP increased degree receipt for all subgroups examined—effects for each group are large and statistically significant. Although estimated effects are somewhat smaller for certain groups, such as those without a high school diploma at entry and Hispanic students, they are not statistically significantly different from estimated effects for their subgroup counterparts. In other words, we do not find clear evidence that ASAP was more effective for one subgroup compared with another. Notably, the precision of the estimates of variation in effectiveness among subgroups is limited; consequently, lack of evidence of differential effectiveness should not be interpreted as strong evidence that effects are very similar among subgroups.

Effects on 4-year college enrollment are also positive for all groups, although not always statistically significant. There are two notable differences, although again, the variation across groups is not statistically significant. First, there are the smaller estimated effects for students without developmental education requirements. This may be because these students were more likely to attend a 4-year college in the absence of the program, as shown by rates for the control group, although the small sample size for this group makes the estimate imprecise.[15] The program also did not appear to increase enrollment rates in 4-year colleges for students without a high school diploma at entry—again, this finding may be meaningful, or may simply reflect an imprecise impact estimate for a very small subgroup. Similar to other students, the majority of students without a high school diploma reported at study entry that they expected to obtain at least a bachelor's degree. Thus, the lack of effect for this group is not due to lower aspirations.

### Effects by State

The ASAP model was created by CUNY in 2007 and was operating at six of its community colleges before the evaluation began in 2009. The Ohio colleges worked closely with CUNY on the design and implementation of the program, but as expected, the replication was not exact. In addition, as shown below, the Ohio programs led

to a smaller service contrast than CUNY. These factors, along with the different context in which the program was tested, warrant a comparison of effects across the two states.

Table 3 presents the results. The first two rows present effects on degree receipt and 4-year enrollment, using data from administrative records for the full sample. The next set of rows presents data from the survey subsample on receipt of key services (those shown for the pooled sample in Figure 1) and perceptions of support at school.[16] The program had very similar estimated effects on both key outcomes. CUNY ASAP increased degree receipt by 17.3 percentages points, compared with 15.9 percentage points for Ohio. Effects on 4-year college enrollment are also very similar.

As noted in the introduction, the similarity of effects is striking, given the difficulty of replicating original findings (the "replication crisis," as it is sometimes called). But the similarity is also notable given that the students, contexts, and service contrast differed across the two sites. For example, more students in Ohio than in New York were nontraditional students, e.g., older, or with children. This difference in the sample is notable, as there was some concern that the model, with its full-time attendance requirement, would not work for these types of students. Also, fewer students in Ohio than in New York had developmental education requirements.

The context also differed in terms of management structure. CUNY is the largest urban community college system in the nation and is fairly centralized. Management of the program was led centrally by a dedicated ASAP team in the CUNY Office of Academic Affairs. Ohio's community colleges, in contrast, are decentralized, meaning that the colleges largely implemented the program independently.

Finally, the similar findings are also noteworthy, given that the program in New York appears to have created a larger service contrast than the program in Ohio (as indicated by students' responses to a survey). For example, program group students in New York met with their advisor on average 17.3 more times in the first semester than their control group counterparts, compared with a difference of 8.3 visits in Ohio. Control group advising visits were fairly similar across the two states, suggesting that the difference in

222

TABLE 3

*Academic, Service, and Engagement Effects, by State*

| Outcomes | CUNY ASAP | | | Ohio programs | | | *p* value for subgroup difference |
|---|---|---|---|---|---|---|---|
| | Control group | Difference | *SE* | Control group | Difference | *SE* | |
| Academic outcomes (%) | | | | | | | |
|   Earned a degree | 22.7 | 17.3 | 3.0 | 18.4 | 15.9 | 2.3 | .725 |
|   Enrolled in a 4-year college | 18.0 | 6.8 | 2.7 | 11.8 | 5.7 | 1.9 | .739 |
| Service contrast | | | | | | | |
|   Times met with adviser | 3.8 | 17.3 | 1.4 | 5.0 | 8.3 | 0.9 | .000 |
|   Times met with tutor | 4.2 | 8.5 | 1.1 | 3.4 | 4.9 | 0.8 | .010 |
|   Times met with career services | 1.1 | 3.8 | 0.4 | 0.7 | 1.7 | 0.3 | .000 |
| Student engagement (%) | | | | | | | |
|   Had an employee to turn to for advice | 58.4 | 28.0 | 3.2 | 72.6 | 16.5 | 2.5 | .005 |
|   Had supports/ services needed | 56.9 | 32.7 | 3.1 | 81.0 | 10.2 | 2.2 | .000 |
|   Sample size | 445 | 896 | | 695 | 1,501 | | |

*Source.* Calculations using data from the CUNY Institutional Research Database (IRDB), the ASAP Ohio Demonstration study colleges, the National Student Clearinghouse (NSC), and the MDRC student surveys.

*Note.* Estimates are adjusted by random assignment blocks and selected baseline characteristics. Sample sizes for specific outcomes may vary because of missing values. Rounding may cause slight discrepancies in calculating differences and sums.

effects is not driven by different baseline levels. Recall that Ohio implemented a triage model of advising, although this difference would primarily affect advising sessions in the second and later semesters. In addition, Ohio advisers had much larger caseloads than in CUNY, at the time of the study.

Differences in impacts on tutoring are not as large, but still sizable. Part of this difference could be driven by the fact that the CUNY sample consisted entirely of students with development education requirements, for whom tutoring was required under ASAP, whereas only 75% of the Ohio student had developmental education requirements. However, when the analysis for the Ohio study was restricted to students with development education requirements, the pattern of results was similar to that shown in the table.[17]

The final two rows present effects on students' perceptions of support. ASAP in New York led to much larger changes. That program, for example, led to a 33-percentage point increase in the number of students who felt that they had adequate supports and services to succeed in school. The increase in Ohio was 10 percentage points. Part of the difference in effects may be due to the relatively high level of support already felt by students in Ohio, as indicated by responses for the control group students, leaving less room for improvement.[18]

The findings suggest that there may be diminishing returns to increased receipt of a given student service. In other words, perhaps encouraging students to visit their advisor an additional eight times is sufficient to generate the observed increase in graduation rates, with more visits generating little added effect. The next section looks at this issue from another angle by assessing effects for the individual college campuses.

**Effects by College Campus**

Although the New York programs were managed by CUNY, the programs in both states were

223



FIGURE 5. *Associate's degree effects by college/ campus, through three years.*
*Source.* MDRC calculations using data from the CUNY Institutional Research Database (IRDB) and the ASAP Ohio Demonstration study colleges and National Student Clearinghouse (NSC).
*Note.* The figure shows estimated effects on associate's degree receipt by college, indicated by the squares, and 90% confidence intervals, shown by the vertical lines. The CUNY campuses are denoted by squares; the Ohio campuses are denoted by triangles. Estimates are adjusted by random assignment blocks and selected baseline characteristics.

ultimately specific to a given campus, with its particular environment, program director, advisors, other staff, and services. This section presents effects by campus. The estimates for the pooled sample and by state provide an overall average estimate of ASAP's effectiveness. Estimating effects by campus provide further evidence on the replicability of the model in different settings.[19] A caveat to this analysis is the smaller sample sizes at each individual campus, limiting the statistical power of tests of individual site effects and tests for variation across sites.

First consider effects on degree receipt through three years, as shown in Figure 5. The estimates range from 5 percentage points to 21 percentage points, and six of the seven estimates are greater than 11 percentage points and statistically significant, as illustrated by the confidence intervals. Although there is some variation in *estimated* effects across the campuses, it is not more than would be expected by chance if the *true* effects were the same across the campuses ($p = .486$ for the test of cross campus differences in effects). The fact that we cannot reject the null hypothesis of similar effects is encouraging and provides stronger evidence that the model can work in a range of settings.

Figure 6 presents estimates by campus of the service contrast. The figure presents estimated effects on the number of times students

participated in the three key services: advising, tutoring, and career services. It also presents effects on the students' average feelings of support at the campus (estimated as an average of the impact on the two support outcomes shown in Table 3). The campuses are ordered in each graph by the size of their estimated effects on degree receipt, with the smallest effects on the left side and the largest effect on the right side.

The figure shows notable variability in service contrast, variability that is statistically significant for each outcome. For example, the program-induced increase in advising was 20 visits at campus seven, compared with seven visits at campus two. The differences in impacts on perceptions of support are especially large.

The variation across campuses in service contrast raises the question of whether these effects are correlated with effects on degree receipt. Figure 7 presents the results. Each panel in the figure plots estimated impacts on degree receipt (on the vertical axis) against a given estimated service contrast (e.g., increase in the number of advising sessions attended) on the horizontal axis. The size of each bubble is proportional to the size of the sample it represents. In addition, a weighted least squares regression line is estimated over the seven observations and plotted in each graph, in which estimates based on larger samples are given greater weight.

Note that this analysis is non-experimental, and any association observed does not necessarily imply that the service contrast caused the impact. Other factors about the campuses, which may be associated with both outcomes, are not controlled for in the analysis. For example, the colleges vary in size, with some serving over 20,000 students and others less than 10,000 students. (Appendix Table S1 presents characteristics of the colleges, rather than the individual campuses, given that campus-level data are not available). Other differences include the demographic composition of the student population, in terms of race/ethnicity and age, and the rate at which students at a given college graduate. A range of campus-level features might contribute to program impacts, although the number of campuses in this study is too small to support a formal investigation.

The figures highlight two points. First, the positive sloping regression lines suggest that there is a positive, albeit weak, association between

224



FIGURE 6.  *Effects on service contrast.*
*Source*. MDRC calculations using results from the MDRC student surveys.
*Note*. The figure shows estimated effects on advising visits by college, indicated by the squares, and 90% confidence intervals, shown by the vertical lines. The outcomes in this figure are the number of times students engaged in a certain program activity in the first semester, except for the "feelings of support" outcome. The CUNY campuses are denoted by squares; the Ohio campuses are denoted by triangles. Estimates are adjusted by random assignment blocks and selected baseline characteristics.

the estimated effect on the service contrast and the estimated effect on degree impacts. For example, for every three additional advising visits the graduation effect increased by around one percentage point.

Second, despite the positive relationships, effects on degree receipt are still quite large even with substantially smaller service contrasts. For example, consider the relationship between ASAP's effect on advising visits during the first semester and ASAP's effects on degree completion. The weighted regression line suggests that the cluster of three campuses where the program caused an increase of five to eight additional advising visits had degree effects of around 15 percentage points. The three campuses where ASAP caused an increase of over 16 additional advising visits had degree effects closer to 17 percentage points (this average includes the one

outlier campus). Thus, from a cost perspective, there may be room to reduce the resources put into the service contrast (such as number of advising visits) and still achieve large effects. Put differently, the question might be "how does the cost of moving from five additional advising visits to 18 additional visits, for example, compare with the benefits of increasing degree receipt by an additional 3 percentage points?"

In sum, the findings by state presented in the previous section suggested that, beyond some initial positive amount, additional impacts on students' interaction with staff may not be necessary to achieve large effects on degree receipt. However, the more disaggregated findings presented here support the idea that there is some positive relationship between service contrast and degree receipt. This analysis is only suggestive, however, given the small number of campuses,

225



FIGURE 7.    *Association between service contrast and impacts on degree receipt.*

the small sample size for each campus, and the fact that the studies were not designed to estimate causal relationships between these two factors. A more formal analysis is warranted when data are available from subsequent studies.

## Conclusion

This paper has presented an update of findings from CUNY ASAP through 8 years and a synthesis of findings through 3 years from Ohio and New York. ASAP is an unusually comprehensive, integrated, 3-year program that requires full-time enrollment, offers several forms of student supports and financial supports, and includes messaging around remedial course taking, enrollment intensity, and timely graduation. The longer-term findings for New York show that the effects on associate's degree receipt narrow over time, as the control group catches up, but remain sizable and stable by the end of 8 year, at 12 percentage points. Effects on 4-year enrollment and bachelor's degree receipt narrowed completely

by the end of the period, suggesting that the main effect of the program on these outcomes was to help a small subset of students achieve them more quickly.

The pooled analysis for both states showed that, through 3 years, the ASAP model had large positive effects on receipt of associate's degrees—36% of students offered the program graduated, compared with 18.8% of students offered typical college services. At the end of Year 3, the program had also increased enrollment in 4-year colleges. The program increased degree receipt for a variety of student types, including women and men, those with developmental education requirement and those without, and those with a high school degree at study entry and those without a degree. The program also had large effects in a variety of settings. The consistency of these findings suggest that the results are likely to generalize beyond these students and colleges.

An analysis by state also showed similar effects on degree attainment, even with some differences

226

in implementation and service contrast. The Ohio programs led to smaller increases in advising and tutoring than CUNY ASAP, for example, but had similar-sized effects on degree receipt. These findings raised the questions of whether such large increases in student services, as observed for CUNY ASAP, are necessary to achieve substantial gains in graduation. However, the findings across the individual campuses suggest that there is some positive relationship between service contrast (or increases in advising and tutoring) and impacts on degree receipt. The issue of how program impacts vary with program components warrants further study, as it speaks to program improvement and cost.

The findings reiterate that this model of comprehensive supports and requirements can lead to large and lasting increases in degree receipt. But providing these supports to students has a cost. The direct cost of the program in Ohio, for example, was about $1,800 per student per year. The cost of the original CUNY model was higher than that, at about $4,700 per student per year, in part because of higher New York salaries and costs but also because of more intensive advising requirements and lower advisor caseloads. These costs are roughly in line with the costs of other comprehensive interventions, such as the Stay the Course initiative mentioned earlier (with a cost of about $2,000 per student per year) or the Valley Initiative for Development and Advancement initiative ($5,500 per student per year), which provides comprehensive counseling and financial assistance to help individuals complete certificates or associate's degrees in high demand occupations (Rolston et al., 2017).

CUNY ASAP's costs have gone down in recent years, due to economies of scale as it has expanded to serve more students, and due to the adoption of a triage approach to advising and larger caseloads per advisor. In addition, although a formal analysis was not conducted for either study, some part of these costs would likely be recouped through formula funding in most states that increases with enrollment and degree receipt. Of course, the costs of any intervention must be considered relative to any benefits it generates. From a societal perspective, a key benefit to consider is the increased earnings that come with an associate's degree, which would accrue over the working lives of participants (Belfield & Bailey, 2017).

Despite the additional cost, CUNY has expanded ASAP substantially since the original evaluation. With funding from the City of New York, the model now operates at more colleges within the CUNY system and serves a broader group of students. In Ohio, in contrast, only one of the three colleges in the original study has sustained the program. Nationwide, colleges' ability to implement and sustain ASAP will depend on funding support from the states or other sources.

Another option for addressing the costs is to consider reducing the intensity of certain components or dropping certain components entirely. The study evaluated the effects of the complete package, making it impossible to identify which, if any, components were responsible for its effects. Nonetheless, the Ohio results suggest that a triage approach to advising and tutoring can work, which is CUNY's current approach, and that very large average increases in advising and tutoring observed in the CUNY evaluation may not be necessary to increase degree receipt. In addition, the Ohio colleges and one New York college did not formally implement blocked scheduling, raising the question of whether that component is necessary to the model.

Other questions raised by the findings are related to generalizability and scaling. The first question is whether the model could be effective for a broader group of students. The eligibility requirements are fairly broad, but the requirement to attend full-time, for example eliminated students who cannot attend at that level, for reasons of work, child care, etc. (although, as noted, the ASAP model led to large increases in full-time enrollment, indicating that many students can attend full-time with the necessary support). The recently evaluated "Stay the Course" model did not require full-time enrollment and had large positive effects on degree receipt, although the effects were largely for women, and the small sample sizes mean that there is a fair amount of sampling error around the estimates. Nonetheless, one question is whether the full-time requirement could be modified in some way. Given the importance of full-time enrollment for making steady progress through school, the program would probably not want to allow students who can

227

*Miller and Weiss*

attend full-time the option of attending less (Adelman, 2004). But perhaps a version of the model could be tested that brings in and serves students who cannot.[20]

Another group that might benefit from the program is students in fields of study that take longer than 3 years to complete, such as those in the large field of allied health. For good reason, given that the goal of the program was to increase 3-year degree attainment, these students were not part of the program. But it is easy to imagine that they would benefit from the comprehensive supports and services provided by the ASAP model. Students with significant remedial needs were also excluded from the program, given that they also would be unlikely to graduate within 3 years. Perhaps some version of ASAP could help these students stay on track and earn a degree.[21]

The findings and analysis highlight the importance of replication in the study of education interventions, which might be achieved through the implementation of an existing model in a new site or via a research design that involves many sites at once. Replication efforts and multi-site trials also provide the ability to assess how program impacts might vary with local context (e.g., size of college or local economy) or with specific program components (e.g., number of advising visits or blocked scheduling). If there is interest in assessing the effect of local factors, evaluation might be deliberate in the selection of sites to provide adequate variability in local context. Assessing the effects of program components might be achieved through planned variation in components across sites or via differences in actual implementation.

A final and related point is that, although the findings shown here are very encouraging, the replication of the ASAP model in one other state is not definitive evidence of its broad effectiveness. More information is needed on the ability to implement the model and find similar effects in different places and for different types of students. As CUNY continues to replicate the model and provide technical assistance to colleges, as they did for the Ohio replication, similar results may be expected.[22] But as community colleges across the country develop and implement their own programs borrowing from ASAP and without CUNY's technical assistance, it will be important to understand if they can achieve similar results

228

*f*

**Appendix**

TABLE S1

*College Characteristics for the CUNY ASAP and Ohio Programs Evaluation.*

| Characteristic | Cincinnati State Technical and Community College | Lorain County Community College | Cuyahoga Community College | Borough of Manhattan Community College | Kingsborough Community College | LaGuardia Community College |
|---|---|---|---|---|---|---|
| Campus structure | 1 main campus + 3 other locations around the city | 1 main campus + 5 satellite centers across the county | 4 main campuses + 8 satellite locations across the county | 1 main campus | 1 main campus | 1 main campus |
| Number of students | 8,807 | 11,042 | 23,900 | 22,534 | 18,606 | 17,569 |
| Full-time students (%) | 26 | 27 | 31 | 65 | 60 | 58 |
| Male (%) | 44 | 39 | 40 | 41 | 44 | 41 |
| Black (%) | 24 | 9 | 25 | 30 | 32 | 17 |
| Other minorities (%) | 17 | 18 | 20 | 58 | 33 | 69 |
| Under 24 years of age (%) | 55 | 70 | 61 | 68 | 74 | 64 |
| Campus setting | City: large | City: small | City: large | City: large | City: large | City: large |
| Geographic location | Southwest Ohio | Northeast Ohio | Northeast Ohio | New York City | New York City | New York City |
| Graduation rate (%) | 15 | 23 | 15 | 14 | 25 | 15 |
| Undergraduate students receiving Pell Grants (%) | 33 | 36 | 38 | 79 | 69 | 72 |
| Sample size (total = 2,397) | 467 | 513 | 521 | 401 | 325 | 170 |

*Source:* Study colleges' websites and MDRC calculations using data from the Integrated Postsecondary Education Data System (IPEDS).

*Note:* Two campuses in this study, Tri-C East and Tri-C West are combined into one college, Cuyahoga Community College. IPEDS data for campuses in each state reflect a year within each evaluation period: 2017 in Ohio and 2010 in New York.

229

**AERA-0205**

## Acknowledgments

The authors thank program staff and leaders across all six colleges for their roles in the original demonstration at the City University of New York (CUNY) colleges (Donna Linderman, Christine Brongniart, Mary Hiebert, Lesley Leppert, Diana Strumbos, and Zineta Kolenovic) and the replication at the Ohio colleges (Brett Visger, Katrina Rugless, Matthew Mercado, Miria Batig, and Angela Moore).

## Declaration of Conflicting Interests

The author(s) declared no potential conflicts of interest with respect to the research, authorship, and/or publication of this article.

## Funding

The author(s) disclosed receipt of the following financial support for the research, authorship, and/or publication of this article: Funding for the long-term follow-up of CUNY's ASAP was provided by the Institute of Education Sciences, U.S. Department of Education, through grant R305A160273 to MDRC. Opinions expressed are those of the authors and do not represent views of the Institute or the U.S. Department of Education.

## Notes

1. For example, the offer of the program increased associate's degree receipt among the full sample of women by 7.4 percentage points. The increase in degree receipt among women who participated in the program (treatment on the treated effects) was 32 percentage points.

2. One notable exception is the recent study of traditional remedial math courses, compared with corequisite remediation, in which students take college level math but are provided with additional academic supports. A randomized controlled trial at three CUNY colleges found that corequisite remediation led to increased course pass rates and an increase in 3-year graduation rates of 8.1 percentage points (Logue et al., 2019).

3. This section describes the model at the time of the evaluation, and it has evolved since then as it has been expanded to serve more students. The advising requirements, for example, has been modified somewhat and caseloads are currently 150 students per advisor.

4. The current model delivers the content of the seminar in group advising sessions, rather than in a larger classroom setting.

5. As noted earlier, one of the ways in which CUNY refined its model was to move to a triage model for advising, as implemented in Ohio.

6. The largest set of majors excluded was in allied health fields, such as physician's assistant and nursing.

7. The total number of students randomly assigned was 903 students at CUNY and 1,522 students in Ohio. The analysis samples exclude students who withdrew from the study or whose consent form could not be recovered (7 students at CUNY and 21 students in Ohio).

8. The national averages reflect students enrolled in public 2-year institutions.

9. Part of the difference in age and work status may be due to the fact that the national numbers include students seeking certificates and in non-degree programs, although they make up only about 15% of students.

10. Response rates for the surveys in New York and Ohio were 83% and 68%, respectively. Separate analyses show that program and control group respondents were balanced on background characteristics (see Miller et al., 2020; Scrivener et al., 2015).

11. Earlier reports documented that there were no systematic differences between the research groups for each study (Miller et al., 2020; Scrivener et al., 2012). Similarly, for the pooled sample, a regression model of program group status on a range of individual-level characteristics showed no significant differences between the research groups (not shown).

12. Estimated effects are shown for the full study samples. Effects on these outcomes estimated for the survey respondent samples, used later in the paper, are very similar to those shown here.

13. Prior evaluation reports also presented effects on full-time enrollment, given that it was a program requirement. Impacts on full-time enrollment, not shown here, were large (15 percentage points to 20 percentage points) during the first four semester and diminished thereafter.

14. Effects for subgroups were estimated by splitting the sample based on a subgroup definition (e.g., had high school diploma at study entry versus did not) and estimating the impact model for each sample separately. The test statistic, sometimes referred to as the Q-statistic or the H statistic, is defined as the weighted sum of squared deviations of the individual subgroup estimates from the pooled estimate (Greenberg et al., 1994). The statistic has a chi-square distribution.

15. The subgroup consists entirely of students from Ohio, given that the New York evaluation focused only on students with development education requirements.

16. Effects on academic outcomes were estimated for the survey respondent samples and are very similar to those shown in the table, which are based on the full samples.

17. Impacts on advising and tutoring visits for that subsample, for example, were 7.6 visits and 6.0 visits, respectively.

18. The differences in control group levels and effects between the two studies might also be due to differences in response rates to the survey across the two studies—83% for CUNY versus 68% for Ohio. However, when the survey analyses were weighted to account for differential non-response, the findings were similar to those shown here.

19. It is difficult to assess whether the campuses in the study are typical of all community college campuses, meaning that the effects for these seven sites can be generalized more broadly. They are larger than other campuses in their respective areas, owing to study requirements. However, campus size may not moderate (or effect) program impacts, meaning that size differences may not limit the generalizability of the findings.

20. CUNY is currently piloting an initiative at two of its community colleges for part-time students. The program incorporates elements of ASAP and other models. See http://www1.cuny.edu/mu/forum/2018/06/26/getting-part-time-students-to-the-finish-line-bronx-and-laguardia-community-colleges-launch-programs-to-boost-graduation-rates/.

21. CUNY Start, a program operating at eight of its community colleges, is designed to help students with remedial needs prepare for college-level coursework. It is viewed as pathway to the CUNY ASAP program.

22. Replications of ASAP are being evaluated at Westchester Community College in New York, Blue Ridge Community College in North Carolina, and WVU-Parkersburg in West Virginia.

## References

Adelman, C. (2004). *Principal indicators of student academic histories in postsecondary education, 1972–2000*. U.S. Department of Education, Institute of Education Sciences.

Angrist, J., Hudson, S., & Pallais, A. (2014). *Leveling up: Early results from a randomized evaluation of post-secondary aid* (No. w20800). National Bureau of Economic Research.

Angrist, J. Hudson, S., & Pallais, A. (2016). *Evaluating post-secondary aid: Enrollment, persistence, and projected completion effects* (Working Paper No. 23015). National Bureau of Economic Research.

Angrist, J., Lang, D., & Oreopoulos, P. (2009). Incentives and services for college achievement: Evidence from a randomized trial. *American Economic Journal: Applied Economics*, *1*(1), 1–28.

Angrist, J., Oreopoulos, P., & Williams, T. (2010). *When opportunity knocks, who answers? New evidence on college achievement awards* (No. w16643). National Bureau of Economic Research.

Attewell, P., & Douglas, D. (2014). *Increasing the academic momentum of community college students*. Society for Research on Educational Effectiveness conference presentation.

Attewell, P., Heil, S., & Reisel, L. (2012). What is academic momentum? And does it matter? *Educational Evaluation and Policy Analysis*, *34*(1), 27–44.

Attewell, P., & Jang, S. H. (2013). Summer coursework and completing college. *Research in Higher Education Journal*, *20*. https://www.aabri.com/manuscripts/131522.pdf

Attewell, P., Lavin, D., Domina, T., & Levey, T. (2006). New evidence on college remediation. *The Journal of Higher Education*, *77*(5), 886–924.

Avery, C., Howell, J. S., & Page, L. (2014). *A review of the role of college counseling, coaching, and mentoring on students' postsecondary outcomes: Research brief*. College Board.

Bailey, T., Bashford, J., Boatman, A., Squires, J., Weiss, M., Doyle, W., Valentine, J. C. et al. (2016). *Strategies for postsecondary students in developmental education*. Institute of Education Sciences, What Works Clearinghouse.

Bailey, T., Jaggars, S. S., & Jenkins, D. (2015). *What we know about guided pathways: Helping students to complete programs faster*. Community College Research Center, Teachers College, Columbia University.

Barr, A., & Castleman, B. (2017). *The bottom line on college counseling* [Working paper]. https://collegecompletionnetwork.org/resources/the-bottom-line-on-college-counseling#:~:text=The%20study%20found%20that%20Bottom,the%20first%20cohort%20of%20students.&text=The%20program%20emphasizes%20college%20affordability,full%20cost%20of%20college%20a

Bailey, T. (2009). *Rethinking developmental education in community college*. Community College Research Center, Teachers College, Columbia University.

Baum, S., Kurose, C., & McPherson, M. (2013). An overview of American higher education. *Future of Children*, *23*(1), 17–39.

Baum, S., & Ma, J. (2014). *Trends in college pricing 2014*. The College Board.

Belfield, C., & Bailey, T. (2017). *The labor market returns to sub-Baccalaureate College: A review*. Center for Analysis of Postsecondary Education and Employment, Community College Research Center, Teachers College, Columbia University.

Berger, A., Turk-Bicakci, L., Garet, M., Knudson, J., & Hoshen, G. (2014). *Early college, continued success: Early college high school initiative impact study*. American Institutes for Research.

Bettinger, E. P., & Baker, R. B. (2014). The effects of student coaching: An evaluation of a randomized experiment in student advising. *Educational Evaluation and Policy Analysis*, *36*(1), 3–19.

Bettinger, E. P., Long, B. T., Oreopoulos, P., & Sanbonmatsu, L. (2012). The role of application assistance and information in college decisions: Results from the H&R block FAFSA experiment. *Quarterly Journal of Economics*, *127*(3), 1205–1242.

Bound, J., & Turner, S. (2007). Cohort crowding: How resources affect collegiate attainment. *Journal of Public Economics*, *91*(5–6), 877–899.

Braxton, J. M. (2002). *Reworking the student departure puzzle*. Vanderbilt University Press

Calcagno, J. C., Bailey, T., Jenkins, D., Kienzl, G., & Leinbach, T. (2008). Community college student success: What institutional characteristics make a difference? *Economics of Education Review*, *27*, 632–645.

Camerer, C. F., Dreber, A., Holzmeister, F., Ho, T. H., Huber, J., Johannesson, M., . . . Altmejd, A. (2018). Evaluating the replicability of social science experiments in Nature and Science between 2010 and 2015. *Nature Human Behaviour*, *2*(9), 637–644.

Carrell, S., & Sacerdote, B. (2017). Why do college-going interventions work? *American Economic Journal: Applied Economics*, *9*(3), 124–151.

Carrell, S. E., & Sacerdote, B. (2013). *Late interventions matter too: The case of college coaching New Hampshire* (No. w19031). National Bureau of Economic Research.

Castleman, B., & Page, L. (2015). Summer nudging: Can personalized text messages and peer mentor outreach increase college going among low-income high school graduates? *Journal of Economic Behavior & Organization*, *115*, 144–160.

Cohodes, S. R., & Goodman, J. S. (2014). Merit aid, college quality, and college completion: Massachusetts' Adams scholarship as an in-kind subsidy. *American Economic Journal: Applied Economics*, *6*(4), 251–285.

Crosta, P. M. (2014). Intensity and attachment: How the chaotic enrollment patterns of community college students relate to educational outcomes. *Community College Review*, *42*(2), 118–142.

Deming, D., & Dynarski, S. (2010). College aid. In P. B. Levine & D. J. Zimmerman (Eds.), *Targeting investments in children: Fighting poverty when resources are limited* (pp. 283–302). University of Chicago Press.

Engstrom, C. M., & Tinto, V. (2008). Learning better: The impact of learning communities on the persistence of low-income students. *Opportunity Matters*, *1*, 1–17.

Evans, W. N., Kearney, M. S., Perry, B. C., & Sullivan, J. X. (2017). *Increasing community college completion rates among low-income students: Evidence from a randomized controlled trial evaluation of a case management intervention* (No. w24150). National Bureau of Economic Research.

Ginder, S. A., Kelly-Reid, J. E., & Mann, F. B. (2019). *Enrollment and employees in postsecondary institutions and financial statistics and academic libraries, fiscal year 2017* (First look provisional data NCES 2018-002). National Center for Education Statistics. https://nces.ed.gov/pubs 2019/2019021REV.pdf

Goldrick-Rab, S., Harris, D., Kelchen, R., & Benson, J. (2012). *Need-based financial aid and college persistence experimental evidence from Wisconsin*. Institute of Research on Poverty.

Goldrick-Rab, S., Kelchen, R., Harris, D. N., & Benson, J. (2016). Reducing income inequality in educational attainment: Experimental evidence on the impact of financial aid on college completion. *American Journal of Sociology*, *121*(6), 1762–1817.

Greenberg, D., Robert, H., & Wiseman, M. M. (1994). Multisite employment training program evaluations: A tale of three studies. *ILR Review*, *47*(4), 679–691.

Jenkins, P. D., & Fink, J. (2016). *Tracking transfer: New measures of institutional and state effectiveness in helping community college students attain bachelor's degrees*. https://ccrc.tc.columbia.edu/ publications/tracking-transfer-institutional-state-effectiveness.html

Klempin, S. C. (2014). *Redefining full-time in college: Evidence on 15-credit strategies*. https:// ccrc.tc.columbia.edu/publications/redefining-full-time-in-college.html#:~:text=To%20complete%20 an%20associate%20degree,increase%20rates%20 of%20on%2Dtime

Logue, A. W., Douglas, D., & Watanabe-Rose, M. (2019). Corequisite mathematics remediation: Results over time and in different contexts. *Educational Evaluation and Policy Analysis*, *41*(3), 294–315.

Mayer, A. K., Patel, R., & Gutierrez, M. (2015). *Four-year effects on degree receipt and employment outcomes from a performance-based scholarship program in Ohio* [MDRC working paper]. MDRC.

McFarland, J., Hussar, B., Zhang, J., Wang, X., Wang, K., Hein, S., Diliberti, M., Forrest Cataldi, E., Bullock Mann, F., & Barmer, A. (2019). *The condition of education 2019* (NCES 2019-144). U.S. Department of Education, National Center for Education Statistics. https://nces.ed.gov/pub search/pubsinfo.asp?pubid=2019144

**AERA-0208**

Miller, C., Headlam, C., Manno, M., & Cullinan, D. (2020). *Increasing community college graduation rates with a proven model: Three-year results from the accelerated study in associate programs (ASAP) Ohio demonstration*. MDRC.

National Academic Advising Association. (2011). *Advisor load statistics from the NACADA national survey of academic advising: Table 6.28*. National Academic Advising Association.

Patel, R., Richburg-Hayes, L., de la Campa, E., & Rudd, T. (2013). *Performance-based scholarships: What have we learned? Interim findings from the PBS demonstration*. MDRC.

Richburg-Hayes, L., Brock, T., LeBlanc, A., Paxson, C., Rouse, C. E., & Barrow, L. (2009). *Rewarding persistence: Effects of a performance-based scholarship program for low-income parents*. MDRC.

Rolston, H., Copson, E., & Gardiner, K. (2017). *Valley initiative for development and advancement: Implementation and early impact report* (Human Services, Administration for Children and Families, Office of Planning, Research, and Evaluation Report 83). U.S. Department of Health and Human Services, Administration for Children and Families, Office of Planning, Research, and Evaluation.

Rutschow, E. Z., Cullinan, D., & Welbeck, R. (2012). *Keeping students on course: An impact study of a student success course at Guilford technical Community College*. MDRC.

Schochet, P. Z. (2008). *Technical methods report: Guidelines for multiple testing in impact evaluations* [NCEE report]. National Center for Education Evaluation and Regional Assistance.

Scott-Clayton, J., Crosta, P. M., & Belfield, C. R. (2014). Improving the targeting of treatment: Evidence from college remediation. *Educational Evaluation and Policy Analysis, 36*(3), 371–393.

Scrivener, S., & Weiss, M. J. (2009). *More guidance, better results? Three-year effects of an enhanced student services program at two community colleges*. MDRC.

Scrivener, S., Weiss, M. J., Ratledge, A., Rudd, T., Sommo, C., & Fresques, H. (2015). *Doubling graduation rates: Three-year effects of CUNY's accelerated study in associate programs (ASAP) for developmental education students*. MDRC.

Scrivener, S., Weiss, M. J., & Sommo, C. (2012). *What can a multifaceted program do for community college students? Early results from an evaluation of accelerated study in associate programs (ASAP) for developmental education students*. MDRC.

Strumbos, D., & Kolenovic, Z. (2017). *Six-year outcomes of ASAP students: Transfer and degree attainment* [ASAP evaluation brief]. City University of New York.

Tinto, V. (1997). Classrooms as communities: Exploring the educational character of student persistence. *The Journal of Higher Education, 68*(6), 599–623.

U.S. Department of Education, National Center for Education Statistics. n.d. *QuickStats*. https://nces.ed.gov/datalab/quickstats. Accessed on July 5, 2018.

Weiss, M. (2019). *How can community colleges increase student use of year-round Pell Grants? Two proven strategies to boost summer enrollment*. MDRC.

Weiss, M., Mayer, A., Cullinan, D., Ratledge, A., Sommo, C., & Diamond, J. (2015). A random assignment evaluation of learning communities at Kingsborough Community College: Seven years later. *Journal of Research on Educational Effectiveness, 8*(2), 189–217.

Weiss, M., Ratledge, A., Sommo, C., & Gupta, H. (2019). Supporting community college students from start to degree completion: Long-term evidence from a randomized trial of CUNY'S ASAP. *American Economic Journal: Applied Economics, 11*(3), 253–297.

Weiss, M., Visher, M., Weissman, E., & Wathington, H. (2015). The impact of learning communities for students in developmental education: A synthesis of findings from randomized trials at six community colleges. *Educational Evaluation and Policy Analysis, 37*(4), 520–541.

## Authors

CYNTHIA MILLER is a senior fellow in MDRC's Economic Mobility, Housing, and Communities Policy Area. Her research focuses on the evaluation of programs to increase employment and income of low-wage workers and young adults. She also conducts research on programs to increase college completion among students from families with low-incomes.

MICHAEL J. WEISS is a senior fellow in MDRC's Postsecondary Education Policy Area. He has over a decade of experience evaluating programs designed to improve community college students' success rates. He also conducts methodological research to improve the quality of randomized controlled trials.

Manuscript received February 4, 2020
Revisions received June 24, 2021
Accepted July 2, 2021

# Exhibit 8

# U.S. DEPARTMENT OF EDUCATION



# Fiscal Year 2025
# Budget Summary

U.S. Department of Education

Fiscal Year 2025 Budget Summary

Table of Contents

I.     SUMMARY OF THE 2025 BUDGET REQUEST ................................................................ 6

       *K-12 Education* ................................................................................................... 7

       *An Education Beyond High School* ................................................................... 10

II.    The 2025 Education Budget By Program Area ...................................................... 12

       *Elementary and Secondary Education* ............................................................... 12

              Overview ......................................................................................................... 12

              Title I Grants to Local Educational Agencies ................................................ 14

              Academic Acceleration and Achievement Grants .......................................... 14

              Preschool Incentive Demonstration Program ................................................. 15

              Full-Service Community Schools (FSCS) ...................................................... 15

              21st Century Community Learning Centers ................................................... 16

              Supporting Effective Instruction State Grants ............................................... 16

              Teacher and School Leader Incentive Grants ................................................ 16

              Supporting Effective Educator Development (SEED) .................................... 17

              School Safety National Activities ................................................................. 17

              Student Support and Academic Enrichment Grants ....................................... 18

              English Language Acquisition ....................................................................... 18

              Promise Neighborhoods .................................................................................. 18

              Fostering Diverse Schools .............................................................................. 19

              Magnet Schools Assistance ........................................................................... 19

1

Training and Advisory Services ..................................................................... 19

Charter Schools Grants .............................................................................. 20

Migrant Education ................................................................................... 20

Neglected, Delinquent, and At-Risk Students ...................................................... 21

Education for Homeless Children and Youths........................................................ 21

Rural Education ...................................................................................... 21

Indian Education ..................................................................................... 22

Native Hawaiian Education .......................................................................... 23

Alaska Native Education ............................................................................. 23

State Assessments .................................................................................... 23

Education Innovation and Research ................................................................. 24

Comprehensive Literacy Development Grants........................................................ 24

Innovative Approaches to Literacy.................................................................. 24

American History and Civics Education.............................................................. 25

Arts in Education .................................................................................... 25

Javits Gifted and Talented Education ............................................................... 25

Ready to Learn Programming (RTL).................................................................. 26

Statewide Family Engagement Centers .............................................................. 26

Comprehensive Centers .............................................................................. 26

Impact Aid ........................................................................................... 27

Supplemental Education Grants...................................................................... 28

*Special Education and Rehabilitation Services* ......................................................... *28*

Overview.............................................................................................. 28

Grants to States ...................................................................................... 29

Preschool Grants...................................................................................... 29

Grants for Infants and Families ..................................................................... 30

2

State Personnel Development ................................................................................ 30

Technical Assistance and Dissemination ............................................................... 31

Personnel Preparation .......................................................................................... 31

Parent Information Centers .................................................................................... 32

Educational Technology, Media, and Materials .................................................... 32

Special Olympics Education Program .................................................................... 32

Vocational Rehabilitation State Grants ................................................................. 33

Client Assistance State Grants .............................................................................. 34

Training .................................................................................................................. 34

Demonstration and Training .................................................................................. 34

Supported Employment State Grants ..................................................................... 35

Independent Living Services for Older Blind Individuals ...................................... 35

Protection and Advocacy of Individual Rights ...................................................... 35

Helen Keller National Center for Deaf-Blind Youths and Adults .......................... 36

Special Institutions for Persons with Disabilities ................................................. 36

*Career, Technical and Adult Education* ................................................................ 37

Overview ................................................................................................................ 37

Career and Technical Education ............................................................................ 38

Adult Education ..................................................................................................... 39

*Student Financial Assistance* ............................................................................... 39

Overview ................................................................................................................ 39

Student Aid Summary Table ................................................................................... 40

Aid Available to Students ....................................................................................... 41

Number of Student Aid Awards .............................................................................. 42

Federal Pell Grant Program: Budget Authority .................................................... 43

Federal Pell Grant Program: Maximum Grant ...................................................... 43

3

Federal Pell Grant Program: Data ........................................................................ 43

Federal Supplemental Educational Opportunity Grants ...................................... 44

Federal Work-Study............................................................................................. 45

Iraq and Afghanistan Service Grants ................................................................... 45

TEACH Grants ..................................................................................................... 46

Federal Family Education Loans and Direct Loans............................................. 47

Direct Loans: New Loan Volume (Dollars)......................................................... 48

Direct Loans: New Loan Volume (Numbers)....................................................... 48

*Free Community College, Tuition Subsidies, and Reducing the Costs of College* ...... *49*

Overview................................................................................................................ 49

Free Community College ...................................................................................... 50

Advancing Affordability for Students .................................................................. 50

Reducing the Costs of College Fund ................................................................... 50

*Higher Education Programs* .................................................................................... *51*

Overview................................................................................................................ 51

Aid for Institutional Development ....................................................................... 53

Aid for Hispanic-Serving Institutions.................................................................. 55

International Education and Foreign Language Studies (IEFLS) ......................... 56

Tribally Controlled Postsecondary Career and Technical Institutions ............... 56

Special Programs for Migrant Students ............................................................... 57

Federal TRIO Programs ........................................................................................ 58

Gaining Early Awareness and Readiness for Undergraduate Programs (GEAR UP) ........ 59

Graduate Assistance in Areas of National Need (GAANN)................................. 59

Transition Programs for Students with Intellectual Disabilities into Higher Education (TPSID)........................................................................................................ 59

Child Care Access Means Parents In School ....................................................... 60

Fund for the Improvement of Postsecondary Education....................................... 60

4

Teacher Quality Partnership (TQP) ........................................................................ 61

Augustus F. Hawkins Centers of Excellence ......................................................... 61

Graduate Fellowships to Prepare Faculty in High-Need Areas at Colleges of Education ... 61

Howard University .................................................................................................. 62

Academic Facilities ............................................................................................... 62

*Institute of Education Sciences* ............................................................................... *63*

Overview ................................................................................................................ 63

Research, Development, and Dissemination .......................................................... 63

Statistics ................................................................................................................. 63

Regional Educational Laboratories ....................................................................... 64

Assessment ............................................................................................................. 64

Research in Special Education ............................................................................... 64

Statewide Longitudinal Data Systems .................................................................... 65

Special Education Studies and Evaluations ........................................................... 65

IES Program Administration .................................................................................. 65

*Departmental Management* ..................................................................................... *66*

Overview ................................................................................................................ 66

Salaries and Expenses (S&E) Overview: Department Management ...................... 67

III.  APPENDIX .................................................................................................................. 70

5

**AERA-0216**

*"President Biden's budget raises the bar in education by investing in evidence-based strategies and partnerships that will improve outcomes from cradle to career. With these investments, we can deliver an excellent education to all students, improve learning conditions, build pathways to college and careers, and increase postsecondary education affordability and access. By answering the President's call to action, Congress would provide states and communities with invaluable resources to bolster a talented, diverse teaching workforce; expand access to multilingual programs; increase school-based mental health services; and meet the needs of students with disabilities. Through this budget, the President prioritizes fiscal responsibility while making bold strides to narrow opportunity and achievement gaps. I look forward to working alongside states, districts, and communities as they leverage these investments to promote access, opportunity, and excellence for all students."*

*-Secretary of Education Miguel Cardona*

# I.  SUMMARY OF THE 2025 BUDGET REQUEST

The fiscal year 2025 Budget Request continues to focus critical resources on high-quality education—from prekindergarten through postsecondary learning and from classroom through career—to ensure that all students thrive in school and in life. Secretary Cardona's "Raise the Bar: Lead the World" agenda aims to lift up communities, unite people around student success, strengthen our democracy, grow our economy, and empower people everywhere to realize their dreams. In line with this agenda, this Budget focuses on transforming education and uniting around what truly works—based on decades of experience and research—to advance educational equity and excellence.

Raising the Bar means providing tools, resources, and assistance to states, districts, and schools to promote academic excellence and wellness for every learner and better prepare our nation for global competitiveness. Specifically, the fiscal year 2025 Budget would assist states and districts in achieving academic excellence by supporting the conditions to accelerate learning and achievement for every student; supporting improved learning conditions by working to eliminate the teacher shortage and investing in every student's mental health and well-being; creating pathways for global competitiveness and engagement by reimagining college and career pathways and providing better opportunities for our students to become multilingual; and increasing college affordability, completion, and equity so more Americans can reach their dreams.

Overall, the fiscal year 2025 Budget requests $82.4 billion in discretionary funding for the Department of Education, including a change in mandatory program (CHIMP) and rescissions. This Request reflects a $3.1 billion or 4.0 percent increase from the fiscal year 2024 annualized CR level.

The investments included in the Budget Request support the Department of Education's comprehensive agenda to achieve academic excellence, including by supporting the academic acceleration and achievement of students and providing a well-rounded and rigorous education for all students. It would improve learning conditions by ensuring every child has access to mental health supports, providing a safe and healthy learning environment, and giving students access to the educators that they need to succeed. It prepares students to compete in the global economy by putting them on track toward college and career readiness and giving them opportunities to become multilingual. It also supports families through a demonstration program that would expand access to free, high-quality preschool in mixed-delivery settings for children eligible to attend Title I schools, and funds a program that would expand voluntary efforts to increase diversity across public schools, taking critical action to close gaps in opportunities and outcomes for students from low-income communities.

6

## INSTITUTE OF EDUCATION SCIENCES

### OVERVIEW

The Institute of Education Sciences (IES) supports sustained programs of research, statistics, and evaluation to study and provide solutions to the challenges faced by schools, educators, and learners. Investment in research, statistics, and evaluation activities is critical in order to identify effective instructional and program practices, track student opportunity and achievement, and measure the impact of educational improvement. Through its four centers—the National Center for Education Research, the National Center for Education Statistics, the National Center for Education Evaluation and Regional Assistance, and the National Center for Special Education Research—IES ensures the Federal investment in education research, statistics, and evaluation is of high quality and relevant to the needs of educators and policymakers. The Administration requests $815.5 million for IES activities, $7.9 million more than the fiscal year 2024 annualized CR level. The fiscal 2025 Request includes a rescission of $10 million from unobligated fiscal year 2024 Statewide Longitudinal Data Systems funds expected to be carried over into fiscal year 2025 and a rescission of $15 million from unobligated fiscal year 2024 Regional Educational Laboratories funds expected to be carried over into fiscal year 2025.

### RESEARCH, DEVELOPMENT, AND DISSEMINATION

|  | 2023 | 2024 Annualized CR | 2025 Request |
|---|---|---|---|
| BA in millions | $245.0 | $245.0 | $245.0 |

The Request supports critical investments in education research, development, dissemination, and evaluation that provide parents and families, educators, and policymakers with evidence-based information on effective educational practices.

### STATISTICS

|  | 2023 | 2024 Annualized CR | 2025 Request |
|---|---|---|---|
| BA in millions | $121.5 | $121.5 | $121.5 |

The Department's Statistics program—operated primarily through competitively awarded contracts administered by National Center for Education Statistics—provides general statistics about trends in education, collects data to monitor reform and measure educational progress, and informs the IES research agenda. The Request would support the collection, analysis, and dissemination of education-related statistics in response to both legislative requirements and to the particular needs of data providers, data users, and educational researchers.

AERA-0218

**REGIONAL EDUCATIONAL LABORATORIES**

|  | 2023 | 2024<br>Annualized CR | 2025<br>Request |
|---|---|---|---|
| BA in millions | $58.7 | $58.7 | $58.7 |

Funds support a network of 10 regional laboratories that provide expert advice, including training and technical assistance, to help States and school districts apply proven research findings in their school improvement efforts. Funds also support the Regional Educational Laboratories in widely disseminating information about best practices. The fiscal year 2025 Request includes a rescission of $15 million from unobligated fiscal year 2024 funds expected to be carried over into fiscal year 2025.

**ASSESSMENT**

|  | 2023 | 2024<br>Annualized CR | 2025<br>Request |
|---|---|---|---|
| BA in millions | $192.8 | $192.8 | $193.3 |

Funds support the National Assessment of Educational Progress (NAEP), which measures and reports on the status of and trends in student learning over time on a subject-by-subject basis and makes objective information on student performance available to policymakers, educators, parents and families, and the public. As the largest nationally representative and continuing assessment of what American students know and can do, NAEP has become a key measure of our Nation's educational performance. The Request includes support for research and development needed to advance NAEP and reduce future program costs. The Request also includes a $0.5 million increase for the National Assessment Governing Board (NAGB) to fund additional staff support and NAGB operational costs.

**RESEARCH IN SPECIAL EDUCATION**

|  | 2023 | 2024<br>Annualized CR | 2025<br>Request |
|---|---|---|---|
| BA in millions | $64.3 | $64.3 | $64.3 |

Funds support a comprehensive program of special education research designed to expand the knowledge and understanding of infants, toddlers, and children with disabilities; answer questions about how children with disabilities develop and learn; and learn how best to support their development through improved teaching and special education and related services. Continued investment in such long-term programs of research is necessary to accumulate empirical knowledge and develop evidence-based practices and policies that will result in improved academic achievement, social and emotional well- being, behavior, and physical development for children with disabilities.

AERA-0219

**STATEWIDE LONGITUDINAL DATA SYSTEMS**

|  | 2023 | 2024 Annualized CR | 2025 Request |
|---|---|---|---|
| BA in millions | $38.5 | $38.5 | $38.5 |

Funds support competitive grant awards to States to foster the design, development, implementation, and use of longitudinal data systems. In addition, funds would support awards to public and private agencies to improve data coordination, quality, and use at the local, State, and national levels. The fiscal year 2025 Request includes a rescission of $10 million from unobligated fiscal 2024 funds expected to be carried over into fiscal year 2025.

**SPECIAL EDUCATION STUDIES AND EVALUATIONS**

|  | 2023 | 2024 Annualized CR | 2025 Request |
|---|---|---|---|
| BA in millions | $13.3 | $13.3 | $13.3 |

This program supports studies to assess the implementation of the Individuals with Disabilities Education Act (IDEA) and the effectiveness of State and local efforts to provide special education and early intervention programs and services to infants, toddlers, and children with disabilities.

**IES PROGRAM ADMINISTRATION**

|  | 2023 | 2024 Annualized CR | 2025 Request |
|---|---|---|---|
| BA in millions | $73.5 | $73.5 | $80.9 |

Funds support administrative expenses necessary for IES to carry out authorized activities. Expenses include IES pay and non-pay, as well as the IES share of centralized support costs such as rent and enterprise cybersecurity.

65

AERA-0220

DEPARTMENT OF EDUCATION FISCAL YEAR 2025 PRESIDENT'S BUDGET
(in thousands of dollars)

| | Cat Code | 2023 Appropriation | 2024 Annualized CR | 2025 President's Budget | FY 2025 Request Compared to FY 2024 Annualized CR Amount | FY 2025 Request Compared to FY 2024 Annualized CR Percent |
|---|---|---|---|---|---|---|
| **Education for the Disadvantaged** | | | | | | |
| 1. Grants to local educational agencies (ESEA I-A): | | | | | | |
| (a) Basic grants (section 1124) | | | | | | |
| Annual appropriation | D | 5,695,625 | 5,695,625 | 5,695,625 | 0 | 0.00% |
| Advance for succeeding fiscal year | D | 763,776 | 763,776 | 763,776 | 0 | 0.00% |
| Subtotal | | 6,459,401 | 6,459,401 | 6,459,401 | 0 | 0.00% |
| (b) Concentration grants (section 1124A) | | | | | | |
| Advance for succeeding fiscal year | D | 1,362,301 | 1,362,301 | 1,362,301 | 0 | 0.00% |
| (c) Targeted grants (section 1125) | | | | | | |
| Annual appropriation | D | 925,000 | 925,000 | 1,025,000 | 100,000 | 10.81% |
| Advance for succeeding fiscal year | D | 4,357,550 | 4,357,550 | 4,357,550 | 0 | 0.00% |
| Subtotal | | 5,282,550 | 5,282,550 | 5,382,550 | 100,000 | 1.89% |
| (d) Education finance incentive grants (section 1125A) | | | | | | |
| Annual appropriation | D | 925,000 | 925,000 | 1,025,000 | 100,000 | 10.81% |
| Advance for succeeding fiscal year | D | 4,357,550 | 4,357,550 | 4,357,550 | 0 | 0.00% |
| Subtotal | | 5,282,550 | 5,282,550 | 5,382,550 | 100,000 | 1.89% |
| Subtotal, Grants to LEAs | | | | | | |
| Discretionary | D | 18,386,802 | 18,386,802 | 18,586,802 | 200,000 | 1.09% |
| Current | | 7,545,625 | 7,545,625 | 7,745,625 | 200,000 | 2.65% |
| Advance for succeeding fiscal year | | 10,841,177 | 10,841,177 | 10,841,177 | 0 | 0.00% |

NOTES:
1) D = discretionary program; M = mandatory programs
2) Pursuant to the Budget Control Act of 2011 (P.L. 112-25), for most mandatory programs, with the exception of Pell Grants, Credit Liquidating, and Credit Reestimates, the levels shown in the 2023 and 2024 Appropriation columns reflect the 5.7 percent reduction that went into effect on October 1, 2022 and October 1, 2023, respectively.
3) Detail may not add to totals due to rounding.

71

**AERA-0221**

DEPARTMENT OF EDUCATION FISCAL YEAR 2025 PRESIDENT'S BUDGET
(in thousands of dollars)

| | Cat Code | 2023 Appropriation | 2024 Annualized CR | 2025 President's Budget | FY 2025 Request Compared to FY 2024 Annualized CR Amount | FY 2025 Request Compared to FY 2024 Annualized CR Percent |
|---|---|---|---|---|---|---|
| **Education for the Disadvantaged (continued)** | | | | | | |
| 2. Comprehensive literacy state development grants (ESEA II-B-2, section 2222) | D | 194,000 | 194,000 | 194,000 | 0 | 0.00% |
| 3. Innovative approaches to literacy (ESEA II-B-2, section 2226) | D | 30,000 | 30,000 | 30,000 | 0 | 0.00% |
| | | | | | | |
| 4. State agency programs: | | | | | | |
| (a) Migrant (ESEA I-C) | D | 375,626 | 375,626 | 375,626 | 0 | 0.00% |
| (b) Neglected, delinquent and at-risk children and youth (ESEA I-D) | D | 49,239 | 49,239 | 49,239 | 0 | 0.00% |
| Subtotal, State agency programs | | 424,865 | 424,865 | 424,865 | 0 | 0.00% |
| | | | | | | |
| 5. Special programs for migrant students (HEA IV-A-5) | D | 52,123 | 52,123 | 52,123 | 0 | 0.00% |
| | | | | | | |
| **Total, Appropriation** | | **19,087,790** | **19,087,790** | **19,287,790** | **200,000** | **1.05%** |
| Discretionary | D | 19,087,790 | 19,087,790 | 19,287,790 | 200,000 | 1.05% |
| Current | | 8,246,613 | 8,246,613 | 8,446,613 | 200,000 | 2.43% |
| Prior year's advance | | 10,841,177 | 10,841,177 | 10,841,177 | 0 | 0.00% |
| | | | | | | |
| **Impact Aid (ESEA VII)** | | | | | | |
| 1. Payments for federally connected children (section 7003): | | | | | | |
| (a) Basic support payments (section 7003(b)) | D | 1,468,242 | 1,468,242 | 1,468,242 | 0 | 0.00% |
| (b) Payments for children with disabilities (section 7003(d)) | D | 48,316 | 48,316 | 48,316 | 0 | 0.00% |
| Subtotal | | 1,516,558 | 1,516,558 | 1,516,558 | 0 | 0.00% |
| | | | | | | |
| 2. Facilities maintenance (section 7008) | D | 4,835 | 4,835 | 4,835 | 0 | 0.00% |
| 3. Construction (section 7007) | D | 18,406 | 18,406 | 18,406 | 0 | 0.00% |
| 4. Payments for federal property (section 7002) | D | 78,313 | 78,313 | 78,313 | 0 | 0.00% |
| | | | | | | |
| **Total** | D | **1,618,112** | **1,618,112** | **1,618,112** | **0** | **0.00%** |

AERA-0222

**DEPARTMENT OF EDUCATION FISCAL YEAR 2025 PRESIDENT'S BUDGET**
(in thousands of dollars)

| | Cat Code | 2023 Appropriation | 2024 Annualized CR | 2025 President's Budget | FY 2025 Request Compared to FY 2024 Annualized CR Amount | FY 2025 Request Compared to FY 2024 Annualized CR Percent |
|---|---|---|---|---|---|---|
| **School Improvement Programs** | | | | | | |
| 1. Supporting effective instruction State grants (ESEA II-A) | | | | | | |
|    Annual appropriation | D | 508,639 | 508,639 | 508,639 | 0 | 0.00% |
|    Advance for succeeding fiscal year | D | 1,681,441 | 1,681,441 | 1,681,441 | 0 | 0.00% |
|    Subtotal | D | 2,190,080 | 2,190,080 | 2,190,080 | 0 | 0.00% |
| 2. 21st century community learning centers (ESEA IV-B) | D | 1,329,673 | 1,329,673 | 1,329,673 | 0 | 0.00% |
| 3. State assessments (ESEA I-B, section 1201-1203) | D | 390,000 | 390,000 | 390,000 | 0 | 0.00% |
| 4. Education for homeless children and youths (MVHAA Title VII-B) | D | 129,000 | 129,000 | 129,000 | 0 | 0.00% |
| 5. Native Hawaiian education (ESEA VI-B) | D | 45,897 | 45,897 | 45,897 | 0 | 0.00% |
| 6. Alaska Native education (ESEA VI-C) | D | 44,953 | 44,953 | 44,953 | 0 | 0.00% |
| 7. Training and advisory services (CRA IV) | D | 6,575 | 6,575 | 6,575 | 0 | 0.00% |
| 8. Rural education (ESEA V-B) | D | 215,000 | 215,000 | 215,000 | 0 | 0.00% |
| 9. Supplemental education grants (Compact of Free Association Act)[1] | D | 24,464 | 24,464 | 0 | (24,464) | -100.00% |
| 10. Comprehensive centers (ETAA section 203) | D | 55,000 | 55,000 | 50,000 | (5,000) | -9.09% |
| 11. Student support and academic enrichment grants (ESEA IV-A) | D | 1,380,000 | 1,380,000 | 1,380,000 | 0 | 0.00% |
| **Total, Appropriation** | D | **5,810,642** | **5,810,642** | **5,781,178** | **(29,464)** | **-0.51%** |
|    Total, Budget authority | D | 5,810,642 | 5,810,642 | 5,781,178 | (29,464) | -0.51% |
|    Current | | 4,129,201 | 4,129,201 | 4,099,737 | (29,464) | -0.71% |
|    Prior year's advance | | 1,681,441 | 1,681,441 | 1,681,441 | 0 | 0.00% |
| **School Readiness (Proposed Legislation)** | D | 0 | 0 | 25,000 | 25,000 | --- |
| **Indian Education (ESEA VI)** | | | | | | |
| 1. Grants to local educational agencies (Part A-1) | D | 110,381 | 110,381 | 110,381 | 0 | 0.00% |
| 2. Special programs for Indian children (Part A-2) | D | 72,000 | 72,000 | 72,000 | 0 | 0.00% |
| 3. National activities (Part A-3) | D | 12,365 | 12,365 | 12,365 | 0 | 0.00% |
| **Total** | D | **194,746** | **194,746** | **194,746** | **0** | **0.00%** |

[1] The Administration is proposing mandatory funding to be administered by the Department of State that would subsume the programs and activities previously funded through discretionary appropriations, including the one for the Supplemental Education Grants.

73

DEPARTMENT OF EDUCATION FISCAL YEAR 2025 PRESIDENT'S BUDGET
(in thousands of dollars)

| | Cat Code | 2023 Appropriation | 2024 Annualized CR | 2025 President's Budget | FY 2025 Request Compared to FY 2024 Annualized CR Amount | FY 2025 Request Compared to FY 2024 Annualized CR Percent |
|---|---|---|---|---|---|---|
| **Innovation and Improvement** | | | | | | |
| 1. Education innovation and research (ESEA IV-F-1) | D | 284,000 | 284,000 | 269,000 | (15,000) | -5.28% |
| 2. Teacher and school leader incentive grants (ESEA II-B-1) | D | 173,000 | 173,000 | 173,000 | 0 | 0.00% |
| 3. American history and civics education (ESEA II-B-3) | D | 23,000 | 23,000 | 23,000 | 0 | 0.00% |
| 4. Supporting effective educator development (SEED) (ESEA II-B-4, section 2242) | D | 90,000 | 90,000 | 90,000 | 0 | 0.00% |
| 5. Charter schools grants (ESEA IV-C) | D | 440,000 | 440,000 | 400,000 | (40,000) | -9.09% |
| 6. Magnet schools assistance (ESEA IV-D) | D | 139,000 | 139,000 | 139,000 | 0 | 0.00% |
| 7. Ready to learn programming (ESEA IV-F-4, section 4643) | D | 31,000 | 31,000 | 31,000 | 0 | 0.00% |
| 8. Arts in education (ESEA IV-F-4, section 4642) | D | 36,500 | 36,500 | 36,500 | 0 | 0.00% |
| 9. Javits gifted and talented education (ESEA IV-F-4, section 4644) | D | 16,500 | 16,500 | 16,500 | 0 | 0.00% |
| 10. Statewide family engagement centers (ESEA IV-E) | D | 20,000 | 20,000 | 20,000 | 0 | 0.00% |
| 11. Fostering Diverse Schools (proposed legislation) | D | 0 | 0 | 10,000 | 10,000 | --- |
| 12. Community Project Funding/Congressionally Directed Spending | D | 200,443 | 200,443 | 0 | (200,443) | -100.00% |
| **Total** | D | 1,453,443 | 1,453,443 | 1,208,000 | (245,443) | -16.89% |
| **Safe Schools and Citizenship Education** | | | | | | |
| 1. School safety national activities (ESEA IV-F-3, section 4631) | D | 216,000 | 216,000 | 216,000 | 0 | 0.00% |
| 2. Promise neighborhoods (ESEA IV-F-2, section 4624) | D | 91,000 | 91,000 | 91,000 | 0 | 0.00% |
| 3. Full-service community schools (ESEA IV-F-2, section 4625) | D | 150,000 | 150,000 | 200,000 | 50,000 | 33.33% |
| **Total** | D | 457,000 | 457,000 | 507,000 | 50,000 | 10.94% |
| **English Language Acquisition (ESEA III-A)** | D | 890,000 | 890,000 | 940,000 | 50,000 | 5.62% |

74

AERA-0224

DEPARTMENT OF EDUCATION FISCAL YEAR 2025 PRESIDENT'S BUDGET
(in thousands of dollars)

| | Cat Code | 2023 Appropriation | 2024 Annualized CR | 2025 President's Budget | FY 2025 Request Compared to FY 2024 Annualized CR Amount | FY 2025 Request Compared to FY 2024 Annualized CR Percent |
|---|---|---|---|---|---|---|
| **Special Education** | | | | | | |
| 1. State grants: | | | | | | |
| (a) Grants to States (IDEA B-611) | | | | | | |
| Annual appropriation | D | 4,910,321 | 4,910,321 | 5,110,321 | 200,000 | 4.07% |
| Advance for succeeding fiscal year | D | 9,283,383 | 9,283,383 | 9,283,383 | 0 | 0.00% |
| Subtotal | | 14,193,704 | 14,193,704 | 14,393,704 | 200,000 | 1.41% |
| (b) Preschool grants (IDEA B-619) | D | 420,000 | 420,000 | 425,000 | 5,000 | 1.19% |
| (c) Grants for infants and families (IDEA C) | D | 540,000 | 540,000 | 545,000 | 5,000 | 0.93% |
| Subtotal, State grants | | 15,153,704 | 15,153,704 | 15,363,704 | 210,000 | 1.39% |
| 2. National activities (IDEA D): | | | | | | |
| (a) State personnel development (subpart 1) | D | 38,630 | 38,630 | 38,630 | 0 | 0.00% |
| (b) Technical assistance and dissemination (section 663) | D | 45,345 | 45,345 | 45,345 | 0 | 0.00% |
| (c) Personnel preparation (section 662) | D | 115,000 | 115,000 | 125,000 | 10,000 | 8.70% |
| (d) Parent information centers (sections 671-673) | D | 33,152 | 33,152 | 33,152 | 0 | 0.00% |
| (e) Educational technology, media, and materials (section 674) | D | 31,433 | 31,433 | 31,433 | 0 | 0.00% |
| Subtotal, National activities | | 263,560 | 263,560 | 273,560 | 10,000 | 3.79% |
| 3. Special Olympics education programs (Special Olympics Sport and Empowerment Act) | D | 36,000 | 36,000 | 36,000 | 0 | 0.00% |
| **Total, Appropriation** | | | | | | |
| Discretionary | D | 15,453,264 | 15,453,264 | 15,673,264 | 220,000 | 1.42% |
| Current | | 6,169,881 | 6,169,881 | 6,389,881 | 220,000 | 3.57% |
| Prior year's advance | | 9,283,383 | 9,283,383 | 9,283,383 | 0 | 0.00% |

75

DEPARTMENT OF EDUCATION FISCAL YEAR 2025 PRESIDENT'S BUDGET
(in thousands of dollars)

| | Cat Code | 2023 Appropriation | 2024 Annualized CR | 2025 President's Budget | FY 2025 Request Compared to FY 2024 Annualized CR Amount | FY 2025 Request Compared to FY 2024 Annualized CR Percent |
|---|---|---|---|---|---|---|
| **Rehabilitation Services** | | | | | | |
| 1. Vocational rehabilitation State grants: | | | | | | |
| (a) Grants to States (RA Title I-A, sections 110 and 111)[1] | M | 3,899,057 | 4,200,219 | 4,200,219 | 0 | 0.00% |
| (b) Grants to Indians (RA Title I-C) | M | 50,650 | 53,615 | 53,615 | 0 | 0.00% |
| Subtotal, Pre-Sequestration[2] | M | 3,949,707 | 4,253,834 | 4,253,834 | 0 | 0.00% |
| Subtotal, Post-Sequestration[3] | M | 3,724,574 | 4,011,365 | 4,011,365 | 0 | 0.00% |
| 2. Client assistance State grants (RA section 112) | D | 13,000 | 13,000 | 13,000 | 0 | 0.00% |
| 3. Training (RA section 302) | D | 29,388 | 29,388 | 23,388 | (6,000) | -20.42% |
| 4. Demonstration and training programs (RA section 303) | D | 5,796 | 5,796 | 11,796 | 6,000 | 103.52% |
| 5. Protection and advocacy of individual rights (RA section 509) | D | 20,150 | 20,150 | 20,150 | 0 | 0.00% |
| 6. Supported employment State grants (RA VI) | D | 22,548 | 22,548 | 22,548 | 0 | 0.00% |
| 7. Independent living services for older blind individuals (RA VII, Chapter 2) | D | 33,317 | 33,317 | 33,317 | 0 | 0.00% |
| 8. Helen Keller National Center for Deaf-Blind Youths and Adults (HKNCIA) | D | 19,000 | 19,000 | 19,000 | 0 | 0.00% |
| Subtotal | | 143,199 | 143,199 | 143,199 | 0 | 0.00% |
| **Total** | | **4,092,906** | **4,397,033** | **4,397,033** | **0** | **0.00%** |
| Discretionary | D | 143,199 | 143,199 | 143,199 | 0 | 0.00% |
| Mandatory | M | 3,949,707 | 4,253,834 | 4,253,834 | 0 | 0.00% |
| **American Printing House for the Blind (20 U.S.C. 101 et seq.)** | D | 43,431 | 43,431 | 43,431 | 0 | 0.00% |
| **National Technical Institute for the Deaf (EDA I-B and section 207)** | D | 92,500 | 92,500 | 92,500 | 0 | 0.00% |
| **Gallaudet University (EDA I-A and section 207)** | D | 165,361 | 165,361 | 165,361 | 0 | 0.00% |

[1] This amount is pre-sequestration.

[2] The Vocational Rehabilitation State Grants program is a mandatory appropriated entitlement; therefore, under an FY 2024 annualized CR, the program is entitled to all statutory adjustments provided for in section 110(a) of the Rehabilitation Act, including the statutory Consumer Price Index increase. The 2025 Request excludes the statutory Consumer Price Index increase of $136,123 thousand.

[3] The 2025 Request includes the CHIMP of -$128,364 thousand, which equals the statutory Consumer Price Index increase reduced by sequestration (5.7%).

76

AERA-0226

DEPARTMENT OF EDUCATION FISCAL YEAR 2025 PRESIDENT'S BUDGET
(in thousands of dollars)

| | Cat Code | 2023 Appropriation | 2024 Annualized CR | 2025 President's Budget | FY 2025 Request Compared to FY 2024 Annualized CR Amount | FY 2025 Request Compared to FY 2024 Annualized CR Percent |
|---|---|---|---|---|---|---|
| **Career, Technical, and Adult Education** | | | | | | |
| 1. Career and technical education (Carl D. Perkins CTEA): | | | | | | |
| (a) State grants (Title I) | | | | | | |
| Annual appropriation | D | 638,848 | 638,848 | 678,848 | 40,000 | 6.26% |
| Advance for succeeding fiscal year | D | 791,000 | 791,000 | 791,000 | 0 | 0.00% |
| Subtotal | | 1,429,848 | 1,429,848 | 1,469,848 | 40,000 | 2.80% |
| (b) National programs (section 114) | D | 32,421 | 32,421 | 64,421 | 32,000 | 98.70% |
| Subtotal, Discretionary | D | 1,462,269 | 1,462,269 | 1,534,269 | 72,000 | 4.92% |
| Subtotal, Career and technical education | | 1,462,269 | 1,462,269 | 1,534,269 | 72,000 | 4.92% |
| 2. Adult education: | | | | | | |
| (a) Adult basic and literacy education State grants (AEFLA) | D | 715,455 | 715,455 | 715,455 | 0 | 0.00% |
| (b) National leadership activities (AEFLA section 242) | D | 13,712 | 13,712 | 18,712 | 5,000 | 36.46% |
| Subtotal, Adult education | | 729,167 | 729,167 | 734,167 | 5,000 | 0.69% |
| **Total, Appropriation** | | **2,191,436** | **2,191,436** | **2,268,436** | **77,000** | **3.51%** |
| Current | | 1,400,436 | 1,400,436 | 1,477,436 | 77,000 | 5.50% |
| Prior year's advance | | 791,000 | 791,000 | 791,000 | 0 | 0.00% |

77

DEPARTMENT OF EDUCATION FISCAL YEAR 2025 PRESIDENT'S BUDGET
(in thousands of dollars)

| | Cat Code | 2023 Appropriation | 2024 Annualized CR | 2025 President's Budget | FY 2025 Request Compared to FY 2024 Annualized CR Amount | FY 2025 Request Compared to FY 2024 Annualized CR Percent |
|---|---|---|---|---|---|---|
| **Student Financial Assistance** | | | | | | |
| 1. Federal Pell grants (HEA IV-A-1): | | | | | | |
| (a) Discretionary Pell grants | D | 22,475,352 | 22,475,352 | 24,576,352 | 2,101,000 | 9.35% |
| (b) Mandatory Pell grants | M | 5,150,720 | 5,629,000 | 8,743,000 | 3,114,000 | 55.32% |
| (c) Mandatory Funding for Discretionary Program Costs | M | 1,095,000 | 1,095,000 | 1,155,000 | 60,000 | 5.48% |
| Subtotal, Federal Pell grants | | 28,721,072 | 29,199,352 | 34,474,352 | 5,275,000 | 18.07% |
| Discretionary | D | 22,475,352 | 22,475,352 | 24,576,352 | 2,101,000 | 9.35% |
| Mandatory | M | 6,245,720 | 6,724,000 | 9,898,000 | 3,174,000 | 47.20% |
| 2. Campus-based programs: | | | | | | |
| (a) Federal supplemental educational opportunity grants (HEA IV-A-3) | D | 910,000 | 910,000 | 910,000 | 0 | 0.00% |
| (b) Federal work-study (HEA IV-C) | D | 1,230,000 | 1,230,000 | 1,230,000 | 0 | 0.00% |
| Subtotal, Campus-based programs | | 2,140,000 | 2,140,000 | 2,140,000 | 0 | 0.00% |
| 3. Iraq and Afghanistan service grants (P.L. 111-39) | M | 664 | 530 | 30 | (500) | -94.34% |
| **Total** | | **30,861,736** | **31,339,882** | **36,614,382** | **5,274,500** | **16.83%** |
| Discretionary | D | 24,615,352 | 24,615,352 | 26,716,352 | 2,101,000 | 8.54% |
| Mandatory | M | 6,246,384 | 6,724,530 | 9,898,030 | 3,173,500 | 47.19% |
| **Student Aid Administration (HEA I-D and IV-D, section 458)** | | | | | | |
| 1. Salaries and expenses | D | 1,058,943 | 1,058,943 | 1,334,743 | 275,800 | 26.04% |
| 2. Servicing activities | D | 975,000 | 975,000 | 1,324,383 | 349,383 | 35.83% |
| **Total** | | **2,033,943** | **2,033,943** | **2,659,126** | **625,183** | **30.76%** |

AERA-0228

DEPARTMENT OF EDUCATION FISCAL YEAR 2025 PRESIDENT'S BUDGET
(In thousands of dollars)

| | Cat Code | 2023 Appropriation | 2024 Annualized CR | 2025 President's Budget | FY 2025 Request Compared to FY 2024 Annualized CR Amount | FY 2025 Request Compared to FY 2024 Annualized CR Percent |
|---|---|---|---|---|---|---|
| **TEACH Grants (HEA IV-A-9)** | | | | | | |
| 1. New loan subsidy | M | 34,171 | 38,920 | 39,188 | 268 | 0.69% |
| 2. Upward reestimate of existing loans | M | 24,093 | 22,801 | | (22,801) | -100.00% |
| 3. Downward reestimate of existing loans (non-add) | M | (11,352) | (15,483) | | 15,483 | 100.00% |
| 4. Net reestimate of existing loans (non-add) | M | 12,741 | 7,318 | | (7,318) | -100.00% |
| 5. Upward modification of existing loans | M | 12,548 | 0 | | 0 | --- |
| 6. Downward modification of existing loans | M | (51,645) | 0 | | 0 | --- |
| 7. Net modification of existing loans (non-add) | M | (39,097) | 0 | | 0 | --- |
| **Total** | M | 70,812 | 61,721 | 39,188 | (22,533) | -36.51% |
| Subtotal, loan subsidies | | 70,812 | 61,721 | 39,188 | (22,533) | -36.51% |
| Subtotal, new loan subsidies and net reestimate/modification (non-add) | | 7,815 | 46,238 | 39,188 | (7,050) | -15.25% |
| **Federal Direct Student Loans Program Account (HEA IV-D)** | | | | | | |
| 1. New loan subsidies | M | 20,973,978 | 33,538,043 | 42,266,917 | 8,728,874 | 26.03% |
| 2. New net loan subsidy (non-add) | M | 19,290,143 | 32,986,256 | 42,266,917 | 9,280,661 | 28.13% |
| 3. Upward reestimate of existing loans | M | 8,131,676 | 65,842,936 | 0 | (65,842,936) | -100.00% |
| 4. Downward reestimate of existing loans (non-add) | M | (10,049,156) | (1,682,552) | 0 | 1,682,552 | 100.00% |
| 5. Net reestimate of existing loans (non-add) | M | (1,917,480) | 64,160,384 | 0 | (64,160,384) | -100.00% |
| 6. Upward modification of existing loans | M | 116,808,248 | 0 | 0 | 0 | --- |
| 7. Net modification of existing loans (non-add) | D | (202,558,349) | 0 | 0 | 0 | --- |
| 8. Temporary Expanded Public Service Loan Forgiveness | M | 145,913,902 | 99,380,979 | 42,266,917 | (57,114,062) | -57.47% |
| Subtotal, loan subsidies | | 145,913,902 | 99,380,979 | 42,266,917 | (57,114,062) | -57.47% |
| Subtotal, new loan subsidies and net reestimate/modification (non-add) | | (185,185,686) | 97,146,640 | 42,266,917 | (54,879,723) | -56.49% |
| **Total** | M | 145,913,902 | 99,380,979 | 42,266,917 | (57,114,062) | -57.47% |
| Discretionary | D | 0 | 0 | 0 | 0 | --- |
| Mandatory | M | 145,913,902 | 99,380,979 | 42,266,917 | (57,114,062) | -57.47% |

79

DEPARTMENT OF EDUCATION FISCAL YEAR 2025 PRESIDENT'S BUDGET
(in thousands of dollars)

| | Cat Code | 2023 Appropriation | 2024 Annualized CR | 2025 President's Budget | FY 2025 Request Compared to FY 2024 Annualized CR Amount | FY 2025 Request Compared to FY 2024 Annualized CR Percent |
|---|---|---|---|---|---|---|
| **Federal Family Education Loans Program Account (HEA IV-B)** | | | | | | |
| 1. Upward restimate of existing loans | M | 2,924,909 | 11,976,626 | 0 | (11,976,626) | -100.00% |
| 2. Downward restimate of existing loans (non-add) | M | (899,176) | (2,339,384) | 0 | 2,339,384 | 100.00% |
| 3. Net restimate of existing loans (non-add) | M | 2,025,733 | 9,637,242 | 0 | (9,637,242) | -100.00% |
| 4. Upward modification of existing loans | M | 9,082,129 | 0 | 0 | 0 | --- |
| 5. Downward modification of existing loans (non-add) | M | (13,647,235) | 0 | 0 | 0 | --- |
| 6. Net modification of existing loans (non-add) | M | (4,565,106) | 0 | 0 | 0 | --- |
| **Total, FFEL Program Account** | M | **12,007,038** | **11,976,626** | **0** | **(11,976,626)** | **-100.00%** |
| Total, new loan subsidies and net restimate (non-add) | M | 2,025,733 | 9,637,242 | 0 | (9,637,242) | -100.00% |
| **Federal Family Education Loans Liquidating Account (HEA IV-B)** | | | | | | |
| 1. Pre-1992 student loans | M | 0 | (212,174) | (170,300) | 41,874 | 19.74% |
| **Health Education Assistance Loans Program Account** | | | | | | |
| 1. Upward restimate of existing loans | M | 10,836 | 409 | 0 | (409) | -100.00% |
| 2. Upward modification of existing loans | M | 923 | 0 | 0 | 0 | --- |
| **Total, HEAL Program Account** | M | **11,759** | **409** | **0** | **(409)** | **-100.00%** |
| **Health Education Assistance Loans Liquidating Account** | M | **(5,029)** | **(2,000)** | **(2,000)** | **0** | **0.00%** |
| **Free Community College (Proposed Legislation)** | | | | | | |
| 1. Free Community College | M | 0 | 0 | 90,000,000 | 90,000,000 | --- |
| 2. Advancing Affordability for Students | M | 0 | 0 | 30,000,000 | 30,000,000 | --- |
| 3. Accelerated Success Free Community College | D | 0 | 0 | 0 | 0 | --- |
| **Total** | | **0** | **0** | **120,000,000** | **120,000,000** | **---** |
| Discretionary | D | 0 | 0 | 0 | 0 | --- |
| Mandatory | M | 0 | 0 | 120,000,000 | 120,000,000 | --- |
| **Reducing the Costs of College Fund (Proposed)** | M | 0 | 0 | 12,000,000 | 12,000,000 | --- |
| **K-12 Academic Acceleration Grants (Proposed)** | M | 0 | 0 | 8,000,000 | 8,000,000 | --- |

80

DEPARTMENT OF EDUCATION FISCAL YEAR 2025 PRESIDENT'S BUDGET
(in thousands of dollars)

81

| | Cat Code | 2023 Appropriation | 2024 Annualized CR | 2025 President's Budget | FY 2025 Request Compared to FY 2024 Annualized CR Amount | FY 2025 Request Compared to FY 2024 Annualized CR Percent |
|---|---|---|---|---|---|---|
| *Higher Education* | | | | | | |
| 1. Aid for institutional development: | | | | | | |
| (a) Strengthening institutions (HEA III-A, section 311) | D | 122,070 | 122,070 | 140,000 | 17,930 | 14.69% |
| (b) Strengthening tribally controlled colleges and universities (HEA III-A, section 316) | D | 51,549 | 51,549 | 56,408 | 4,859 | 9.43% |
| (c) Mandatory strengthening tribally controlled colleges and universities (HEA III-F, section 371) | M | 28,290 | 28,290 | 30,000 | 1,710 | 6.04% |
| Subtotal | | 201,909 | 201,909 | 226,408 | 24,499 | 12.13% |
| (d) Strengthening Alaska Native and Native Hawaiian-serving institutions (HEA III-A, section 317) | D | 24,433 | 24,433 | 25,840 | 1,407 | 5.76% |
| (e) Mandatory strengthening Alaska Native and Native Hawaiian-serving institutions (HEA III-F, section 371) | M | 14,145 | 14,145 | 15,000 | 855 | 6.04% |
| Subtotal | | 38,578 | 38,578 | 40,840 | 2,262 | 5.86% |
| (f) Strengthening HBCUs (HEA III-B, section 323) | D | 395,986 | 395,986 | 431,585 | 35,599 | 8.99% |
| (g) Mandatory strengthening HBCUs (HEA III-F, section 371) | M | 80,155 | 80,155 | 85,000 | 4,845 | 6.04% |
| Subtotal | | 476,141 | 476,141 | 516,585 | 40,444 | 8.49% |
| (h) Strengthening historically Black graduate institutions (HEA III-B, section 326) | D | 100,782 | 100,782 | 108,462 | 7,680 | 7.62% |
| (i) Strengthening HBCU masters program (HEA Title VII, section 723) | D | 19,937 | 19,937 | 21,269 | 1,332 | 6.68% |
| Subtotal | | 120,719 | 120,719 | 129,731 | 9,012 | 7.47% |
| (j) Strengthening predominantly Black institutions (HEA III-A, section 318) | D | 22,300 | 22,300 | 23,672 | 1,372 | 6.15% |
| (k) Mandatory strengthening predominantly Black institutions (HEA III-F, section 371) | M | 14,145 | 14,145 | 15,000 | 855 | 6.04% |
| Subtotal | | 36,445 | 36,445 | 38,672 | 2,227 | 6.11% |
| (l) Strengthening Asian American- and Native American Pacific Islander-serving institutions (HEA III-A, section 320) | D | 18,589 | 18,589 | 19,899 | 1,310 | 7.05% |
| (m) Mandatory strengthening Asian American- and Native American Pacific Islander-serving institutions (HEA III-F, section 371) | M | 4,715 | 4,715 | 5,000 | 285 | 6.04% |
| Subtotal | | 23,304 | 23,304 | 24,899 | 1,595 | 6.84% |
| (n) Strengthening Native American-serving nontribal institutions (HEA III-A, section 319) | D | 11,405 | 11,405 | 11,595 | 190 | 1.67% |
| (o) Mandatory strengthening Native American-serving nontribal institutions (HEA III-F, section 371) | M | 4,715 | 4,715 | 5,000 | 285 | 6.04% |
| Subtotal | | 16,120 | 16,120 | 16,595 | 475 | 2.95% |

DEPARTMENT OF EDUCATION FISCAL YEAR 2025 PRESIDENT'S BUDGET
(in thousands of dollars)

| | Cat Code | 2023 Appropriation | 2024 Annualized CR | 2025 President's Budget | FY 2025 Request Compared to FY 2024 Annualized CR Amount | FY 2025 Request Compared to FY 2024 Annualized CR Percent |
|---|---|---|---|---|---|---|
| **Higher Education (continued)** | | | | | | |
| (d) Minority science and engineering improvement (HEA III-E-1) | D | 16,370 | 16,370 | 16,370 | 0 | 0.00% |
| Subtotal, Aid for institutional development | | 929,586 | 929,586 | 1,010,100 | 80,514 | 8.66% |
| Discretionary | D | 783,421 | 783,421 | 855,100 | 71,679 | 9.15% |
| Mandatory | M | 146,165 | 146,165 | 155,000 | 8,835 | 6.04% |
| 2. Aid for Hispanic-serving institutions: | | | | | | |
| (a) Developing Hispanic-serving institutions programs (HEA V-A) | D | 227,751 | 227,751 | 246,547 | 18,796 | 8.25% |
| (b) Mandatory developing HSI STEM and articulation programs (HEA III-F, section 371(b)(2)(B)) | M | 94,300 | 94,300 | 100,000 | 5,700 | 6.04% |
| (c) Promoting postbaccalaureate opportunities for Hispanic Americans (HEA V, section 512) | D | 27,314 | 27,314 | 29,769 | 2,455 | 8.99% |
| Subtotal | | 349,365 | 349,365 | 376,316 | 26,951 | 7.71% |
| Discretionary | | 255,065 | 255,065 | 276,316 | 21,251 | 8.33% |
| Mandatory | M | 94,300 | 94,300 | 100,000 | 5,700 | 6.04% |
| 3. Other aid for institutions: | | | | | | |
| (a) International education and foreign language studies: | | | | | | |
| (1) Domestic programs (HEA VI-A and B) | D | 75,353 | 75,353 | 73,282 | (2,071) | -2.75% |
| (2) Overseas programs (MECEA section 102(b)(6)) | D | 10,311 | 10,311 | 8,249 | (2,062) | -20.00% |
| Subtotal | | 85,664 | 85,664 | 81,531 | (4,133) | -4.82% |
| (b) Model transition programs for students with intellectual disabilities into higher education (HEA VII-D-2) | D | 13,800 | 13,800 | 13,800 | 0 | 0.00% |
| (c) Tribally controlled postsecondary career and technical institutions (CTEA section 117) | D | 11,953 | 11,953 | 11,953 | 0 | 0.00% |
| 4. Assistance for students: | | | | | | |
| (a) Federal TRIO programs (HEA IV-A-2, Chapter 1) | D | 1,191,000 | 1,191,000 | 1,211,000 | 20,000 | 1.68% |
| (b) Gaining early awareness and readiness for undergraduate programs (GEAR UP) (HEA IV-A-2, Chapter 2) | D | 388,000 | 388,000 | 398,000 | 10,000 | 2.58% |
| (c) Graduate assistance in areas of national need (HEA IV-A-2) | D | 23,547 | 23,547 | 23,547 | 0 | 0.00% |
| (d) Child care access means parents in school (HEA IV-A-7) | D | 75,000 | 75,000 | 80,000 | 5,000 | 6.67% |
| 5. Fund for the improvement of post secondary education (FIPSE) (HEA VII-B) | D | 184,000 | 184,000 | 262,000 | 78,000 | 42.39% |
| 6. Teacher quality partnership (HEA II-A) | D | 70,000 | 70,000 | 95,000 | 25,000 | 35.71% |
| 7. Hawkins Centers of Excellence (HEA II-B-2) | D | 15,000 | 15,000 | 30,000 | 15,000 | 100.00% |
| 8. Graduate Fellowships to Prepare Faculty in High-need Areas at Colleges of Education | D | 0 | 0 | 5,000 | 5,000 | --- |
| 9. Community Project Funding | D | 429,587 | 429,587 | 0 | (429,587) | -100.00% |
| **Total** Discretionary | D | **3,766,502** | **3,766,502** | **3,598,247** | **(168,255)** | **-4.47%** |
| **Total** Mandatory[1] | M | 240,465 | 240,465 | 255,000 | 14,535 | 6.04% |

[1] FY 2023 and FY 2024 data are post-sequestration. FY 2025 data are pre-sequestration.

82

AERA-0232

DEPARTMENT OF EDUCATION FISCAL YEAR 2025 PRESIDENT'S BUDGET
(in thousands of dollars)

| | Cat Code | 2023 Appropriation | 2024 Annualized CR | 2025 President's Budget | FY 2025 Request Compared to FY 2024 Annualized CR Amount | FY 2025 Request Compared to FY 2024 Annualized CR Percent |
|---|---|---|---|---|---|---|
| **Howard University** | | | | | | |
| 1. General support (20 U.S.C. 121 et seq.) | D | 226,693 | 226,693 | 226,693 | 0 | 0.00% |
| 2. Howard University Hospital (20 U.S.C. 128) | D | 127,325 | 127,325 | 70,325 | (57,000) | -44.77% |
| **Total** | D | **354,018** | **354,018** | **297,018** | **(57,000)** | **-16.10%** |
| **College Housing and Academic Facilities Loans Program Account (HEA section 121)** | | | | | | |
| 1. Federal administration (FCRA section 505(e)) | D | 298 | 298 | 328 | 30 | 10.07% |
| 2. Reestimate of existing loan subsidies | M | 2,562 | 234 | 0 | (234) | -100.00% |
| Discretionary | D | 298 | 298 | 328 | 30 | 10.07% |
| Mandatory | M | 2,562 | 234 | 0 | (234) | -100.00% |
| **Total** | | **2,860** | **532** | **328** | **(204)** | **-38.35%** |
| **College Housing and Academic Facilities Loans Liquidating Account (HEA section 121)** | M | **(3,015)** | **(1,000)** | **(3,015)** | **(2,015)** | **-201.50%** |
| **Historically Black College and University Capital Financing Program Account (HEA III-D)** | | | | | | |
| 1. Federal administration (FCRA section 505(e)) | D | 528 | 528 | 581 | 53 | 10.04% |
| 2. Loan subsidies | D | 20,150 | 20,150 | 20,150 | 0 | 0.00% |
| 3. Reestimate of existing loan subsidies | M | 62,421 | 27,551 | 0 | (27,551) | -100.00% |
| Discretionary | D | 20,678 | 20,678 | 20,731 | 53 | 0.26% |
| Mandatory | M | 62,421 | 27,551 | 0 | (27,551) | -100.00% |
| **Total** | | **83,099** | **48,229** | **20,731** | **(27,498)** | **-57.02%** |
| **Higher Education Facilities Loans Liquidating Account (HEA section 121)** | M | **(585)** | **0** | **0** | **0** | **---** |
| **College Housing Loans Liquidating Account (HEA section 121)** | M | **(1,760)** | **(5,000)** | **(2,500)** | **2,500** | **50.00%** |

83

AERA-0233

DEPARTMENT OF EDUCATION FISCAL YEAR 2025 PRESIDENT'S BUDGET
(in thousands of dollars)

| | Cat Code | 2023 Appropriation | 2024 Annualized CR | 2025 President's Budget | FY 2025 Request Compared to FY 2024 Annualized CR Amount | FY 2025 Request Compared to FY 2024 Annualized CR Percent |
|---|---|---|---|---|---|---|
| *Institute of Education Sciences* | | | | | | |
| 1. Research and statistics: | | | | | | |
| (a) Research, development, and dissemination (ESRA I-A, B and D, except section 174) | D | 245,000 | 245,000 | 245,000 | 0 | 0.00% |
| (b) Statistics (ESRA I-C) | D | 121,500 | 121,500 | 121,500 | 0 | 0.00% |
| 2. Regional educational laboratories (ESRA section 174) | D | 58,733 | 58,733 | 58,733 | 0 | 0.00% |
| 3. Assessment (NAEP/AA): | | | | | | |
| (a) National assessment (section 303) | D | 185,000 | 185,000 | 185,000 | 0 | 0.00% |
| (b) National Assessment Governing Board (section 302) | D | 7,799 | 7,799 | 8,299 | 500 | 6.41% |
| Subtotal | | 192,799 | 192,799 | 193,299 | 500 | 0.26% |
| 4. Research in special education (ESRA, Part E) | D | 64,255 | 64,255 | 64,255 | 0 | 0.00% |
| 5. Statewide longitudinal data systems (ETAA section 208) | D | 38,500 | 38,500 | 38,500 | 0 | 0.00% |
| 6. Special education studies and evaluations (IDEA, section 664) | D | 13,318 | 13,318 | 13,318 | 0 | 0.00% |
| 7. Program Administration | D | 73,500 | 73,500 | 80,850 | 7,350 | 10.00% |
| Total | D | 807,605 | 807,605 | 815,455 | 7,850 | 0.97% |
| *Program Administration (DEOA)* | | | | | | |
| 1. Salaries and expenses | D | 419,907 | 419,907 | 476,846 | 56,939 | 13.56% |
| 2. Building Modernization | D | 7,000 | 7,000 | 0 | (7,000) | -100.00% |
| Total | | 426,907 | 426,907 | 476,846 | 49,939 | 11.70% |
| *Office for Civil Rights (DEOA, section 203)* | D | 140,000 | 140,000 | 162,359 | 22,359 | 15.97% |
| *Office of Inspector General (DEOA, section 211)* | D | 67,500 | 67,500 | 77,497 | 9,997 | 14.81% |
| *Contributions (DEOA, section 421)* | M | 0 | 0 | 0 | 0 | --- |

84

**DEPARTMENT OF EDUCATION FISCAL YEAR 2025 PRESIDENT'S BUDGET**
(in thousands of dollars)

| | Cat Code | 2023 Appropriation | 2024 Annualized CR | 2025 President's Budget | FY 2025 Request Compared to FY 2024 Annualized CR Amount | FY 2025 Request Compared to FY 2024 Annualized CR Percent |
|---|---|---|---|---|---|---|
| *General Fund Receipts* | | | | | | |
| 1. Perkins loan repayments | M | (580,193) | (454,174) | (285,130) | 169,044 | 37.22% |
| 2. FDSL downward reestimate of loan subsidies | M | (10,049,156) | (1,682,552) | 0 | 1,682,552 | 100.00% |
| 3. FFEL downward reestimate of loan subsidies | M | (899,176) | (2,339,384) | 0 | 2,339,384 | 100.00% |
| 4. FDSL downward modification/negative loan subsidies | M | (2,109,824) | (885,105) | (546,530) | 338,575 | 38.25% |
| 5. HBCU capital financing downward reestimate of loan subsidies | M | (38,713) | (41,956) | 0 | 41,956 | 100.00% |
| 6. FFEL downward modification/negative loan subsidies | M | 0 | 0 | 0 | 0 | --- |
| 7. HEAL downward reestimate of loan subsidies | M | 0 | (13,071) | 0 | 13,071 | 100.00% |
| 8. TEACH downward reestimate of loan subsidies | M | (11,325) | 0 | 0 | 0 | 100.00% |
| 9. TEACH downward modification/negative loan subsidies | M | (51,645) | (15,483) | 0 | 15,483 | 100.00% |
| 10. CHAFL downward reestimate of loan subsidies | M | 0 | 0 | 0 | 0 | --- |
| **Total** | | **(13,740,032)** | **(5,431,725)** | **(831,660)** | **4,600,065** | **84.69%** |
| *Change in Mandatory Program (ChIMP) and Rescissions* | | | | | | |
| 1. Student Financial Assistance debt collection | M | 2,755 | 10,000 | 10,000 | 0 | 0.00% |
| 1. Rehabilitation Services: Vocational Rehabilitation State grants ChIMP | D | 0 | 0 | (128,364) | (128,364) | --- |
| 2. Student Financial Assistance: Federal Pell Grants Rescission | D | (360,000) | 0 | 0 | 360,000 | 100.00% |
| 3. Institute of Education Services: Regional Educational Laboratories Rescission | D | 0 | 0 | (15,000) | (15,000) | --- |
| 4. Institute of Education Services: State Longitudinal Data Systems Rescission | D | 0 | 0 | (10,000) | (10,000) | --- |
| **Total** | **D** | **(360,000)** | **(360,000)** | **(153,364)** | **206,636** | **57.40%** |
| **DISCRETIONARY APPROPRIATION WITH RESCISSIONS AND CHIMP** | **D** | **79,233,262** | **79,233,262** | **82,363,612** | **3,130,350** | **3.95%** |
| **DISCRETIONARY APPROPRIATION WITHOUT RESCISSIONS AND CHIMP** | **D** | **79,593,262** | **79,593,262** | **82,516,976** | **2,923,714** | **3.67%** |

85

# Exhibit 9

*Democracy Dies in Darkness*

# DOGE rips through Education Department, cutting contracts, staff and grants

Contracts that are key to interpreting data about the American education system were cut as DOGE seeks to trim spending. Some contracts will be rebid.

Updated February 14, 2025

By Laura Meckler and Hannah Natanson

The notices popped into email boxes all over the country Monday afternoon, notifying researchers who collect, analyze and study data on the American education system that their contracts were terminated, effective immediately. No reason was given.

The nixed contracts support the Institute for Education Sciences at the Education Department, known as IES, and inside the agency, staff questioned whether the cuts were legal, much less justified.

But the decisions were not made by the institute's leaders or education experts. Rather, the canceled contracts were all on a list drawn up by a U.S. DOGE Service team that is working to unravel the Education Department, stripping the agency of staff, terminating contracts and — soon — canceling program grants, according to people familiar with DOGE activity who spoke on the condition of anonymity for fear of losing their jobs.

"We're completely crippled," said one IES employee. "It really prevents us from serving the mission we thought we were carrying out."

President Donald Trump has made clear he wants the Education Department shuttered. Absent congressional action to do that, his administration is at work dismantling it on its own.

On Wednesday, at least 50 recently hired employees who were on probation were abruptly dismissed without cause across the department, according to union leaders. Staff have been warned that layoffs are coming. And managers inside the agency have been instructed to identify workers who can be converted to a new job status that would strip them of some worker protections, according to a person with direct knowledge of the order.

In addition, DOGE caused about 100 Education Department employees to be put on administrative leave for their mostly tangential connections to diversity, equity and inclusion programs, based on Trump's executive order to rid the federal government of DEI offices and initiatives. And in an executive order Tuesday, Trump instructed departmens heads across the government to hire no more than one employee for every four employees who depart, and to plan for mass layoffs.

"The inmates are running the asylum, and the goal is chaos and the goal is destruction," Arne Duncan, who served as education secretary in the Obama administration, said in an interview. "We've never seen anything like this in our lifetime."

On Friday, the department announced another round of cancellations: $336 million in canceled contracts for Regional Educational Laboratories, which help states apply evidence-based practices to teaching and that have been praised by the former Tennessee schools chief who Trump nominated as deputy secretary of education.

The cancellation of contracts began at IES, but is expected to extend to other parts of the department. A department spokeswoman, Madi Biedermann, said earlier this week that 89 contracts worth nearly $900 million had been canceled at IES — not counting the new crop canceled on Friday.

Other officials said the total number was 167 or 169. It's not clear what accounted for the discrepancy. IES has a small full-time staff; most of its work is contracted out.

It's also not clear whether the savings are as deep as the department said.

Nat Malkus, a senior fellow at the conservative think tank American Enterprise Institute, pulled data on the canceled contracts that suggested DOGE overstated the cost of some of them. He also found that, in many cases, contractors are already several years into their agreements, so a lot of the money has been spent already. His preliminary calculations show that the actual savings may be half as much as DOGE claims, or less.

Malkus's concern is that agreements were canceled without careful consideration, and for less of a benefit than advertised.

"There's a lot of bloat in IES. There's a lot of problems to be solved," he said. "These are problems you solve with a scalpel and maybe a hatchet, but not a bulldozer."

## 'Complete confusion'

The "bulldozer" arrived at IES on Monday, when a young representative of DOGE delivered the list of contracts to be terminated to the department's acting director. Soon after, a flurry of emergency meetings began, first with managers and then with rank-and-file employees, announcing that the contracts were being canceled, effective immediately.

There were no reasons given for the cuts, attendees said, except that DOGE wanted them. The mood was somber, with some holding back tears, staffers said. Confused IES employees asked repeatedly about the legality of DOGE's actions, but they didn't get an answer.

Meantime, on the outside, texts, emails and calls were bouncing among researchers and contractors as word spread of canceled contracts. The feeling was utter shock and "complete confusion," said Rachel Dinkes, president and CEO of Knowledge Alliance, a coalition of education research groups.

Inside and outside the department, those close to IES research said they were unsettled by the youth and inexperience of DOGE representatives recommending the cancellations, as well as what seemed to be a lack of understanding of the complex, interdependent ecosystem of contracts maintained by IES.

For instance, one canceled contract was for work on the Common Core of Data, the primary database of all K-12 schools in the United States. It includes data on enrollment, demographics and other information about students and teachers, and is used by researchers, government agencies and others for a wide range of reasons. It is, said Dinkes, the "backbone" of knowledge about American education and needed for virtually any effort to compare and analyze schools.

Contracts for the National Assessment of Educational Progress, or NAEP, exams were not canceled. But Dinkes and others said that NAEP relies on the Common Core of Data when it creates the sample of schools to administer tests. So running the testing program, sometimes called the Nation's Report Card, will be harder without the Common Core of Data, she said.

In another example, DOGE killed a contract for interpreting data IES collects from colleges and universities tracking enrollment and financial aid. The raw data will still be gathered, but the studies that made sense of it for the public are gone. That will make it harder to understand how students are using financial aid, staffers said, and to identify barriers to higher education.

"Sure, you have the raw data that scientists can fiddle with, but the necessary step of digesting that in ways that answer questions, it's gone," a staffer said. "Now you need a PhD to make any sense of it."

DOGE also canceled contracts IES maintained to publish practice guides for students and schools on topics including how to prepare for college, how to succeed in high school, how to become literate in STEM — and, for educators, how to solve attendance problems. The guides were the most popular product IES publishes, staffers said.

In other cases, contracts were for programs that are designed to test the most effective way to solve a problem within the education system. For instance, one contractor was running a study looking at how best to accelerate math learning, Dinkes said. She said the study involved giving half of a group of students one type of instruction and the other half another. The goal was to see which teaching method produced better math results.

But the experiment was abruptly terminated this week when the contract was canceled, she said, and the students are no longer getting either of the math interventions.

Before the cuts, some employees tried to lay out these complexities for DOGE representatives, a staffer said. Some contracts were expendable, they suggested, but others were not. But the employees were unable to sway DOGE team.

"They've effectively dismantled us," said one staffer.

"We're completely crippled," said another.

In addition, many of the canceled contracts were nearing the end of multiyear projects, so terminating them meant time, effort and money already expended may go to waste.

"Canceling them now yields the taxpayers no return on their investment," said a statement from American Institutes for Research, which had 15 IES contracts worth more than $180 million, according to DOGE's list, which was obtained by The Washington Post. "This is an incredible waste of taxpayer dollars."

Biedermann, the department spokeswoman, said the contracts were costing more than they were worth. But she said she didn't know how or why DOGE reached that conclusion. "The significant amount of money as compared to the outcomes generated for students is not commensurate," she said.

Asked how DOGE workers have the requisite expertise to make these determinations, she said, "The entire goal of DOGE is to cut waste, and they have been trained to identify that."

Contracts that can be justified or that are congressionally mandated will be rebid, which can be a lengthy process, officials said.

The cancellations hung over the confirmation hearing Thursday for Linda McMahon, Trump's nominee for Education secretary, with several Democrat senators pressing her on what was going on inside the agency.

Sen. Edward J. Markey (D-Massachusetts) said DOGE rightfully stands for the "Department of Gutting Education."

"We know that's just a down payment to gut the education of every public school student in America," he said. "First they announce the cuts. Then they go to find where it is. So it's all backwards."

# Grants on the chopping block

Staff at the Education Department are now bracing for the next round of cuts, they said, including more grant cancellations.

Most of the money that Education sends to schools is distributed by a formula, but more than $7 billion is given through competitive grant programs, such as one that pays for after school programs and another that supports charter schools.

Last week, staffers were directed to review all grants that have "illegal DEI in them," another employee said. On Monday, a DOGE account on X said that it had terminated 29 "DEI training grants" at the Education Department totaling $101 million.

Also on Monday, DOGE was given access to scour a database detailing all the department's grants, said one person with knowledge of the situation, who spoke on the condition of anonymity to describe private proceedings. "Grants will be [canceled] this week or early next," the person predicted.

Then, on Friday, the department announced it was terminating $33 million in grants for Equity Assistance Centers, a program created to support school desegregation but that the department said supports "divisive training."

The DOGE team has also gained access to sensitive department data, including the personal information of millions of borrowers who've taken out federal student loans. That's led to a 30-fold increase in complaints to a privacy office at the department, according to a person familiar with the situation.

Duncan, the former education secretary, said DOGE workers have no qualifications and no legal right to access Americans' personal data. More important, he said, they have the wrong goals.

"All this sound and noise and drama and not one word about helping more kids learn to read," he said. "Not even a mention."

---

**What readers are saying**

The comments express strong opposition to the termination of contracts supporting the Institute for Education Sciences, viewing it as a detrimental move that undermines education and research. Many commenters argue that this action is part of a broader agenda to dismantle public... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.

# Exhibit 10

Government spending

Articles

# What is IES and what does it do?

The Institute of Education Sciences funds education research, and disseminates findings and statistics about education in the US.

Published February 20, 2025 by the USAFacts team

The Institute of Education Sciences (IES) is the nonpartisan research, evaluation, and statistics office of the Department of Education. Its main functions are funding research to test new approaches to education, evaluating federal programs for educational effectiveness, and reporting data on how well the nation is educating its students.

IES is the smallest component of the Education Department. The department requested $283.8 billion of its fiscal year 2025 budget; the institute accounted for 0.29% of that. In 2024, the Department of Education was the sixth highest-funded federal agency.

IES has centers to support its primary objectives:

- The National Center for Education Research supports research on effective education practices
- The National Center for Special Education Research supports research on effective education practices for children with disabilities, from infancy through postsecondary education
- The National Center for Education Statistics (NCES) collects and analyzes education data

- The National Center for Education Evaluation and Regional Assistance evaluates education programs and supports schools with training and coaching to help districts and states meet improvement goals

The largest portion of the budget request (37.9%) is for research. This includes $245 million for studying and sharing evidence-based educational practices with parents, policymakers, and educators. Another $64.3 million funds special education research for children with disabilities regarding behavior, physical development, and social-emotional well-being.

Another 25.3% of the budget request is for assessment and evaluation, with $193.3 million going to student assessment, which is measured by the NCES. This data collection supports the National Assessment of Education Progress, also known as the "Nation's Report Card," a standardized measure for evaluating student achievement in subjects including reading, math, science, writing, and history.

Meanwhile, $13.3 million was requested for special education studies and evaluations. Special education studies and evaluations measures the effectiveness of existing programs that support special education.
Statistics, which also includes NCES, accounts for 14.9% ($121.5 million) of the budget. This funding supports measuring and reporting general statistics about trends in education, including student performance in academic subjects, educational attainment, and postsecondary data about topics including admissions, enrollment, financial aid, and certificates and degrees.

The Regional Educational Laboratory program accounts for 7.2% of the budget ($58.7 million). This program divides the US into 10 regions and partners with school districts, state education departments, and other stakeholders to generate and apply evidence-based practices. This includes dissemination of strategies for how educators can address various challenges at their schools and in their classrooms, like how to assist kids who struggle with math, and methods for preventing students from dropping out.

Another program, Statewide Longitudinal Data Systems, provides grants to states for developing

and enhancing data systems that track student progress from primary to postsecondary education and into the workforce. This accounts for 4.7% of the budget, or $38.5 million.

The final 9.9% ($80.9 million) is IES program administration, which funds things like employee pay, building rent, and operational needs such as cybersecurity.

## How does the federal government support education?

Multiple federal agencies provide funding to support students of all ages.

**Read more**

Adjusted for inflation, IES funding has increased 6.9% from 2015 to 2024.

From 2015 to 2020, average IES funding was $767.8 million. From 2022 to 2024, yearly funding was an average of $812.7 million.

In 2021, the budget increased temporarily to $900.4 million due to the Coronavirus Preparedness and Response Supplemental Appropriations Act of 2020 and the American Rescue Plan Act of 2021. This additional funding supported research on COVID-19's impact on education and strategies to help students recover academically.

*Learn more about* government departments *and how they relate to potential DOGE cuts by* signing up for our weekly newsletter.

**Keep exploring**

**Page sources and methodology**

All of the data on the page was sourced directly from government agencies. The analysis and final review was performed by USAFacts.

# Department of Education

Fiscal Year 2025 Budget Summary



AERA-0245

# Exhibit 11

🇺🇸 An official website of the United States government  Here's how you know

U.S. Department of Education

PRESS RELEASE

# U.S. Department of Education Cancels Additional $350 Million in Woke Spending

Contracts and grants terminated at several Regional Educational Laboratories and Equity Assistance Centers

FEBRUARY 13, 2025

Today, the U.S. Department of Education cancelled over $350 million in contracts and grants to several Regional Educational Laboratories and Equity Assistance Centers.

The Department terminated 10 contracts totaling $336 million with the Regional Educational Laboratories, the purpose of which are supposed to support applied research, development, and technical assistance activities; however, review of the contracts uncovered wasteful and ideologically driven spending not in the interest of students and taxpayers. For example, the Regional Educational Laboratory Midwest has been advising schools in Ohio to undertake "equity audits" and equity conversations. The Department plans to enter into new contracts that will satisfy the statutory requirements, improve student learning, and better serve school districts, State Departments of Education, and other education stakeholders.

The Department also terminated grants to four Equity Assistance Centers totaling $33 million, which supported divisive training in DEI, Critical Race Theory, and gender identity for state and local education agencies as well as school boards.

---

**CONTACT**

Press Office  |  press@ed.gov  |  (202) 401-1576  |  Office of Communications and Outreach (OCO)

---

**Office of Communications and Outreach (OCO)**

# Exhibit 12

🇺🇸 An official website of the United States government

 **DOGE**

Estimated Savings

# $160B

Combination of asset sales, contract/lease cancellations and renegotiations, fraud and improper payment deletion, grant cancellations, interest savings, programmatic changes, regulatory savings, and workforce reductions.

Amount Saved Per Taxpayer

# $993.79

Per taxpayer amount is calculated using an estimate of 161 million individual federal taxpayers.

We are working to upload all of our receipts in a digestible and transparent manner consistent with applicable rules and regulations. To get started, listed below are a subset of contract, grant, and lease cancellations, representing ~30% of total savings.

The contracts listed below have been posted publicly on fpds.gov. FPDS posting of the contract termination notices can have up to a 1 month lag. There may be discrepancies between FPDS / USAspending and the posted numbers, the latter of which originate directly from agency contracting and grant officials.

Last updated **April 20th, 2025**. This will initially be updated weekly; over time, the website will improve and the updates will converge to real-time.

## Agency Efficiency Leaderboard

Tracking progress across federal agencies

Most Savings    Least Savings

| 1 | HHS (Department of Health and Human Services) | — |
| 6 | HUD (Department of Housing and Urban Development) | — |
| 2 | GSA (General Services Administration) | ↑ 1 |
| 7 | SBA (Small Business Administration) | — |
| 3 | ED (Department of Education) | ↓ 1 |
| 8 | EPA (Environmental Protection Agency) | — |
| 4 | DOL (Department of Labor) | — |
| 9 | USDA (Department of Agriculture) | — |
| 5 | OPM (Office of Personnel Mgmt) | — |
| 10 | DHS (Department of Homeland Security) | — |

Show All Agencies

## Wall of Receipts

**Total Value:** The potential expenditure including options.
**Savings:** The difference between the total value and the amount currently obligated.

### Contracts

Displaying 8454 contract terminations totaling ~$30B in savings.

|  | Savings | Total Value | Date |
| --- | --- | --- | --- |

| AGENCY | VENDOR | DESCRIPTION | DATE | FPDS | SAVED |
| --- | --- | --- | --- | --- | --- |
| DEPARTMENT OF THE INTERIOR | Family Endeavors, Inc | Office of Refugee Resettlement Influx... | 3/25/2025 | ↗ | $2,902,177,562 |
| DEPARTMENT OF TREASURY | CENTENNIAL TECHNOLOGIES I... | ENTERPRISE PROGRAM, PROJECT, I... | 2/18/2025 | ↗ | $1,900,000,000 |
| DEPARTMENT OF DEFENSE | A1FEDIMPACT | GEOGRAPHIC SERVICE PROVIDERS | 4/14/2025 | ↗ | $1,764,530,973 |
| DEPARTMENT OF DEFENSE | Securigance | MULTI-NETWORK SUPPORT SERVIC... | 4/14/2025 | ↗ | $565,707,257 |
| OFFICE OF PERSONNEL MANAGEMENT | Cancelled-Solicitation | The contractor shall enable OPM Staf... | 2/13/2025 |  | $318,310,328 |
| HOUSING AND URBAN DEVELOPMENT | PROJECT SOLUTIONS INC. | The Contractor's services support RE... | 3/20/2025 | ↗ | $285,400,682 |
| USAID | Unavailable | Unavailable for legal reasons | 3/1/2025 | ↗ | $283,739,564 |
| USAID | Unavailable | Unavailable for legal reasons | 3/10/2025 | ↗ | $245,311,014 |
| USAID | Unavailable | Unavailable for legal reasons | 3/10/2025 | ↗ | $228,341,185 |
| USAID | Unavailable | Unavailable for legal reasons | 3/1/2025 | ↗ | $220,759,969 |

Showing 1-10 of 8219 items                      «  ‹  **1**  2  3  4  ...  822  ›  »

### Grants

Displaying 9699 grant terminations totaling ~$33B in savings.

|  | Savings | Total Value | Date |
| --- | --- | --- | --- |

| AGENCY | RECIPIENT | DESCRIPTION | DATE | SAVED |
| --- | --- | --- | --- | --- |
| USAID | GAVI FOUNDATION | THE 2021-2025 STRATEGY (GAVI 5.0), WHIC... | 3/1/2025 | $1,750,000,000 |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES | TX DEPT OF STATE HEALTH SER... | Currently unavailable | 3/23/2025 | $877,628,206 |
| USAID | WORLD HEALTH ORGANIZATION | WHO POLIO AND IMMUNIZATION II | 3/31/2025 | $781,361,172 |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES | PUBLIC HEALTH FOUNDATION E... | Currently unavailable | 3/23/2025 | $482,383,724 |

| AGENCY | RECIPIENT | DESCRIPTION | DATE | SAVED |
|---|---|---|---|---|
| DEPARTMENT OF HEALTH AND HUMAN SERVICES | HEALTH, FLORIDA DEPARTMENT ... | Currently unavailable | 3/23/2025 | **$482,136,996** |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES | RESEARCH TRIANGLE INSTITUTE | Currently unavailable | 3/23/2025 | **$428,698,791** |
| USAID | INTERNATIONAL BANK FOR REC... | Currently unavailable | 3/1/2025 | **$372,500,000** |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES | IL ST DEPT OF PUBLIC HEALTH | Currently unavailable | 3/23/2025 | **$325,259,941** |
| USAID | FAMILY HEALTH INTERNATIONAL | IHSS AIMS TO ACHIEVE SUSTAINABLE, EQUI... | 3/1/2025 | **$321,352,400** |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES | HEALTH, PENNSYLVANIA DEPAR... | Currently unavailable | 3/23/2025 | **$310,552,184** |

Showing 1–10 of 9521 items                                    « ‹ [ 1 ] 2  3  4  ...  953  › »

## Leases

Displaying 643 lease terminations totaling ~$311M in savings.

Savings    Total Value    Date

| AGENCY | LOCATION | DESCRIPTION | DATE | SQ FT | SAVED |
|---|---|---|---|---|---|
| BUREAU OF RECLAMATION | BOISE, ID | True Termination– Vacant Space ... | 2/7/2025 | 79,869 | **$18,630,308** |
| UNITED STATES FISH AND WILDLIFE SERVICE | HADLEY, MA | Termination via Mass Mod | 2/25/2025 | 72,220 | **$11,595,327** |
| SECURITIES AND EXCHANGE COMMISSION | LOS ANGELES, CA | Termination via Mass Mod | 2/26/2025 | 57,903 | **$9,812,520** |
| NATIONAL PARK SERVICE | CHARLES TOWN, WV | Termination via Mass Mod | 3/4/2025 | 39,037 | **$9,480,390** |
| OFFICE OF THE SECRETARY | DENVER, CO | Termination via Mass Mod | 2/26/2025 | 86,809 | **$9,455,746** |
| NATIONAL PARK SERVICE | MOAB, UT | Termination via Mass Mod | 3/4/2025 | 35,358 | **$8,058,490** |
| FOREST SERVICE | ANCHORAGE, AK | Termination via Mass Mod | 2/26/2025 | 27,770 | **$7,884,136** |
| OFFICE OF THE SECRETARY | HATO REY, PR | Termination via Mass Mod | 3/4/2025 | 25,985 | **$7,875,004** |
| BUREAU OF INDIAN AFFAIRS | PHOENIX, AZ | Termination via Mass Mod | 2/25/2025 | 71,591 | **$7,293,384** |
| OFFICE OF SURFACE MINING AND REGULATION ENFORCEMENT | TULSA, OK | Termination via Mass Mod | 2/24/2025 | 41,676 | **$6,348,041** |

Showing 1–10 of 653 items                                    « ‹ [ 1 ] 2  3  4  ...  66  › »

**AERA**-0251

# Exhibit 13



# Exhibit 14

« **Search Prime Contracts**

# 91990019C0002
Definitive Contract

| Overview | Status | Hierarchy | Timeline | Labor + FTE | Subs | Opps 3 | History 13 |
| People 4 | Additional |

## Overview

List | Text

**Government Description**

THE DESIGN AND CONDUCT OF THE EARLY CHILDHOOD LONGITUDINAL STUDY, KINDERGARTEN CLASS OF 2022 THROUGH 2023 PROVIDES IMPORTANT INFORMATION ON EARLY LEARNING AND DEVELOPMENT, PRESCHOOL, EARLY CARE AND EDUCATION EXPERIENCES, TRANSITION INTO KINDERGARTEN, AND PROGRESS THROUGH THE ELEMENTARY GRADES, BUILDING UPON KNOWLEDGE ACQUIRED FROM THE PREVIOUS EARLY CHILDHOOD LONGITUDINAL STUDIES.

**Awardee**

Westat

**Awarding Agency**

Contracts and Acquisition Management (CAM) [ED - OFO]

**Funding Agency**

Office of the Chief Information Officer (OCIO) [ED]

**NAICS**

541720 - Research and Development in the Social Sciences and Humanities

**PSC**

B542 - Special Studies/Analysis- Educational

**Technology Program**

IES Sample Surveys (Consolidation)

**Place of Performance**

Rockville, MD 20850 United States

**Pricing**

Cost Plus Fixed Fee

**Set Aside**

None

**Extent Competed**

Full And Open Competition

**Related Opportunity**

Design and Conduct of the Early Childhood Longitudinal Study, Kindergarten Class of 2022-23 (ECLS-K:2023) Contract (91990018R0012)

**Analysis Notes**

DOGE  This definitive contract was on the Department of Government Efficiency (DOGE) termination list as of April 2025.

Termination  This definitive contract was terminated for convenience (partial or complete) in February 2025.

Amendment  Since initial award the Potential Award value has increased 13% from $93,530,231 to $105,979,407.

Subcontracting Plan  This Definitive Contract has an Individual Subcontract Plan. The Department of Education has an overall small business subcontracting goal of 37%

Undisclosed Subcontractors  No subcontract awards have been formally disclosed for this contract; however, based on invoice data these subcontractors have worked on this contract: Educational Testing Service, Hager Sharp, Occasions

## Status (Open)

Period of Performance

Last Modified 2/11/25

1/4/19
Start Date

1/3/29
Current End Date

1/3/29
Potential End Date

63.0% Complete

Obligations and Backlog

$57.5M
Total Obligated

$80.6M
Current Award

$106.0M
Potential Award

54% Funded

$23.0M
Funded Backlog

$48.4M
Total Backlog

## Award Hierarchy

**Definitive Contract**
91990019C0002

**Subcontracts**
0

## Activity Timeline



## Labor Services Billing
**Annual labor billing rates and FTE reported for 91990019C0002**

| Year | Services Invoiced | Hours | FTE | Blended Rate |
|------|-------------------|-------|-----|--------------|
| 2019 | $1,038,846 | 7,876.0 | 3.8 | $131.90 |
| 2020 | $3,359,978 | 23,142.9 | 11.1 | $145.18 |
| 2021 | $3,959,142 | 30,492.6 | 14.7 | $129.84 |
| 2022 | $8,727 | 64.5 | 0.0 | $135.31 |
| 2023 | $10,447,381 | 128,958.1 | 62.0 | $81.01 |

## Opportunity Lifecycle
**Procurement history for 91990019C0002**



| 5 | Shown | | Search Keywords | « | » |

| Title | Type | Agency | S |
|-------|------|--------|---|



Design and Conduct of the Early Childhood Longitudinal Study, Kindergarten Class of 2022-23 (ECLS-K:2023) Contract | Award Notice | Contracts and Acquisition Management | None | 01/04/19 | None

**Description** The U.S. Department of Education awarded a 120 month (10 year) contract to Westat to provide important information on children's early learning and development, preschool/early care and education experiences, transition into kindergarten, and progress through the elementary grades, building upon knowledge acquired from the previous Early Childhood Longitudinal Studies.

Design and Conduct of the Early Childhood Longitudinal Study, Kindergarten Class of 2022-23 (ECLS-K:2023) Contract | Solicitation | Contracts and Acquisition Management | None | 06/29/18 | 07/16/18

**Description** Amendment 0001 to 91990018R0012 answers all clarification questions from interested parties. Based on the answers to the questions, two attachments are also provided.

ECLS-K:2023 Vendor Collaboration Webinar | Special Notice | Contracts and Acquisition Management | None | 04/09/18 | None

**Description** Background The ECLS-K:2023 contract is for the Early Childhood Longitudinal Study, which aims to collect data on children's school experiences and academic performance from preschool through the third grade. The study will provide information on children's readiness for kindergarten, their early school experiences, transitions between grades, and cognitive and socioemotional growth. Work Details The contractor is responsible for managing the collection of ECLS-K:2023 data efficiently, including holding a post-award conference, submitting monthly reports on project progress, and implementing an...

## Transaction History

**Modifications to 91990019C0002**

5  Shown          Search Keywords   «  »

| Mod # | Action Type | | Obligation | End Date | Potential End D |
|-------|-------------|---|------------|----------|----------------|
| P00017 | Terminate For Convenience (Complete Or Partial) | $0.0 | 01/03/29 | 01/03/29 | 02/11/25 |

**Description** THE DESIGN AND CONDUCT OF THE EARLY CHILDHOOD LONGITUDINAL STUDY, KINDERGARTEN CLASS OF 2022-23 PROVIDES IMPORTANT INFORMATION ON CHILDREN EARLY LEARNING AND DEVELOPMENT, EARLY CARE AND EDUCATION EXPERIENCES, TRANSITION INTO KINDERGARTEN, AND PROGRES

| P00016 | Funding Only Action | $13.8M | 01/03/29 | 01/03/29 | 10/16/24 |

**Description** EARLY CHILDHOOD LONGITUDINAL STUDY, KINDERGARTEN CLASS OF 2022-23 - INCREMENTAL FUNDING YEAR 7

| P00013 | Supplemental Agreement For Work Within Scope | $3.8M | 01/03/29 | 01/03/29 | 07/02/24 |

**Description** THIS PURPOSE OF THIS CONTRACT IS TO DESIGN AND CONDUCT EARLY CHILDHOOD LONGITUDINAL STUDIES.

| P00012 | Funding Only Action | $11.4M | 01/03/29 | 01/03/29 | 10/26/23 |

**Description** DATA COLLECTION FOR HEIGHT AND WEIGHT

| P00011 | Funding Only Action | $12.9M | 01/03/29 | 01/03/29 | 12/14/22 |

**Description** THE PURPOSE OF THIS CONTRACT IS TO DO A HEARING AND VISION STUDY.

## People

**Suggested agency contacts for 91990019C0002**

| Name | Relationship | Email | Profile |
|------|--------------|-------|---------|
| Jonathan Maraggun | Contract Awarded By | jonathan.maraggun@ed.gov | View |
| Barakat Shakir | Solicitation Contact | barakat.shakir@ed.gov | View |
| Deila C. Johnson | Solicitation Contact | deila.johnson@ed.gov | View |
| Department of Education | Small Business Office | small.business@ed.gov | |

## Competition

**Number of Bidders**
2

**Solicitation Procedures**
Negotiated Proposal/Quote

**Evaluated Preference**
None

**Performance Based Acquisition**
Yes

**Commercial Item Acquisition**
Commercial Item Procedures Not Used

**Simplified Procedures for Commercial Items**
No

## Other Categorizations

**Subcontracting Plan**
Individual Subcontract Plan

**Cost Accounting Standards**
Yes

**Business Size Determination**
Large Business

**Awardee UEI**
NVUWAFWQ57S5

**Awardee CAGE**
1D075

## Agency Detail

**Awarding Office**
919900 CONTRACTS AND ACQUISTIONS MANAGEMEN

**Funding Office**
910015

**Created By**

jonathan.maraggun@ed.gov

**Last Modified By**
jonathan.maraggun@ed.gov

**Approved By**
jonathan.maraggun@ed.gov

## Legislative

**Legislative Mandates**
None Applicable

**Performance District**
MD-08

**Senators**
Benjamin Cardin
Chris Van Hollen

**Representative**
Jamie Raskin

## Budget Funding

| Federal Account | Budget Subfunction | Object Class | Total | Percentage |
|---|---|---|---|---|
| Institute of Education Sciences, Department of Education (091-1100) | Research and general education aids | Other services from non-Federal sources (25.2) | $20,872,495 | 100% |

Modified: 2/11/25

About   Contact   Terms   Privacy

© 2025 HigherGov

# Exhibit 15


An official website of the United States government

Here's how you know ⌄

**USA**SPENDING.gov                                    ☰

AWARD PROFILE
**Contract Summary**                                            ⌁

**Delivery Order (DO)**
📄
PIID  91990018F0018
**Completed**

**Awarding Agency**

**Department of Education (ED)**

**Related Awards** ⓘ

Parent Award Unique Key
N/A

**Recipient**

**RESEARCH TRIANGLE INSTITUTE**
3040 CORNWALLIS RD
DURHAM, NC 27709-0155
UNITED STATES
Congressional District: NC-90 ⓘ

**Dates** ⓘ

| | |
|---|---|
| Start Date | May 15, 2018 |
| Current End Date | Feb 10, 2025 |
| Potential End Date | Feb 10, 2025 |

**$ Award Amounts**                                            ⓘ



| Outlayed Amount | |
|---|---|
| $2,544.00 | |
| Obligated Amount | |
| $44,250,935.32 | |

| Current Award Amount |
| --- |
| $48,000,408.01 |

| Potential Award Amount |
| --- |
| $98,525,000.43 |

⊞ View Transaction History

💬 **Description**　　　　　　　　　　　　　　　　　　　　　　　　　　ⓘ

THE HIGH SCHOOL AND BEYOND LONGITUDINAL STUDY OF 2020 (HS&B:20)IS A LARGE, COMPLEX DATA COLLECTION USED TO FOLLOW AND STUDY HIGH SCHOOL STUDENTS THROUGHOUT THEIR HIGH SCHOOL CAREERS.

**North American Industry Classification System (NAICS)  Code** 🗐

54 : Professional, Scientific, and Technical Services

　5412: Accounting, Tax Preparation, Bookkeeping, and Payroll Services

　　**541219: Other Accounting Services**

**Product or Service Code  (PSC)** 🗐

SERVICES

　B: SPECIAL STUDIES/ANALYSIS, NOT R&D

　B5: SPECIAL STUDIES - NOT R and D

　　**B542: SPECIAL STUDIES/ANALYSIS- EDUCATIONAL**

📊 **Contract Activity**　　　　　　　　　　　　　　　　　　　　　　　ⓘ



⊞ View transactions table



## Federal Accounts

**Chart Not Available**

No available data to display.

NOTE: Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

#### Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | N/A |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 1 |

View federal funding submissions

## Award History

| Transaction History 19 | Sub-Awards 41 | Federal Account Funding 12 |
|---|---|---|

| Modification Number | Action Date | Amount | Action Type | Transaction Description |
|---|---|---|---|---|
| 0 | 05/14/2018 | $4,466,731 | — | THE HIGH SCHOOL AND BEYOND LONGITUDINAL STUDY OF 2... read more |
| P00001 | 10/19/2018 | -$1,620,530 | D: CHANGE ORDER | THE HIGH SCHOOL AND BEYOND LONGITUDINAL STUDY OF 2... read more |
| P00002 | 11/06/2018 | $1,031,725 | G: EXERCISE AN OPTION | THE HIGH SCHOOL AND BEYOND LONGITUDINAL STUDY OF 2... read more |
| P00003 | 03/06/2019 | $4,707,762 | C: FUNDING ONLY ACTION | THE HIGH SCHOOL AND BEYOND LONGITUDINAL STUDY OF 2... read more |
| P00005 | 09/20/2019 | $484,257 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | THE HIGH SCHOOL AND BEYOND LONGITUDINAL STUDY OF 2... read more |
| P00007 | 03/02/2020 | $12,298,552 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | HIGH SCHOOL AND BEYOND LONGITUDINAL STUDY OF 2020 ... read more |
| P00008 | 06/08/2020 | $81,258 | | |

| Modification Number | Action Date | Amount | Action Type | Transaction Description |
|---|---|---|---|---|
| | | | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | HIGH SCHOOL AND BEYOND LONGITUDINAL STUDY OF 2021 ... read more |
| P00009 | 09/14/2020 | $118,056 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | HIGH SCHOOL AND BEYOND LONGITUDINAL STUDY OF 2020-... read more |
| P00010 | 03/24/2021 | $1,420,948 | G: EXERCISE AN OPTION | HIGH SCHOOL AND BEYOND LONGITUDINAL STUDY OF 2021 |
| P00011 | 02/09/2021 | $0 | M: OTHER ADMINISTRATIVE ACTION | HIGH SCHOOL AND BEYOND LONGITUDINAL STUDY - RESEAR... read more |



1-10 of 19 results

---

ℹ **Additional Information**

Expand All

🔒 Unique Award Key      ›

🏛 Agency Details      ›

🕸 Parent Award Details      ›

📍 Place Of Performance      ›

📅 Period Of Performance      ›

✏ Legislative Mandates      ›

🏢 Recipient Details      ›

🏷 Acquisition Details      ›

📊 Competition Details      ›

••• Additional Details      ›

👥 Executive Compensation      ›

# Exhibit 16

 An official website of the United States government

Here's how you know ⌄

 USASPENDING.gov

≡

AWARD PROFILE

Contract Summary

⤳

**Blanket Purchase Agreement (BPA) Call**



**PIID** 91990024F0369

**Completed**

**Awarding Agency**

**Department of Education (ED)**

**Recipient**

**MATHEMATICA INC.**

600 ALEXANDER PARK
PRINCETON, NJ 08540-6346
UNITED STATES
Congressional District: NJ-12 ⓘ

**Related Awards** ⓘ

Parent Award Unique Key

CONT_IDV_91990022A0017_9100

**Dates** ⓘ

| | |
|---|---|
| Start Date | Sep 23, 2024 |
| Current End Date | Feb 11, 2025 |
| Potential End Date | Feb 11, 2025 |

**$ Award Amounts** ⓘ



**$186,769**
Outlayed Amount

**$2.2 Million**
Obligated Amount

**$2.2 Million**
Current Award Amount

**$2.2 Million**
Potential Award Amount



| Outlayed Amount | |
| --- | --- |
| $186,768.87 | |
| Obligated Amount | |
| $2,159,250.00 | |
| Current Award Amount | |
| $2,159,250.00 | |
| Potential Award Amount | |
| $2,159,250.00 | |

⊞ View Transaction History

💬 **Description**                                                                    ⓘ

SATISFACTORY ACADEMIC PROGRESS (SAP): HOW DO SAP REQUIREMENTS AND PROCEDURES VARY BY INSTITUTION

**North American Industry Classification System (NAICS) Code** 🗒

54 : Professional, Scientific, and Technical Services

5417: Scientific Research and Development Services

**541720: Research and Development in the Social Sciences and Humanities**

**Product or Service Code (PSC)** 🗒

RESEARCH AND DEVELOPMENT

AF: Education, Training, Employment, and Social Services R&D Services

**AF11: EDUCATION, TRAINING, EMPLOYMENT, & SOCIAL SVCS R&D SVCS; EDUCATION SVCS R&D; BASIC RESEARCH**

📊 **Contract Activity**                                                              ⓘ



 View transactions table



## Federal Accounts

| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| HIGHER EDUCATION, DEPARTMENT OF EDUC... | $2,159,250 | 100% | (ED) DEPARTMENT OF EDUCATION |
| COMMODITY CREDIT CORPORATION FUND, A... | $0 | 0% | (ED) DEPARTMENT OF EDUCATION |

NOTE: Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

### Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | $2,159,250.00 |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 2 |

View federal funding submissions

## Award History



| Modification Number | Action Date | Amount | Action Type | Transaction Description |
|---|---|---|---|---|
| 0 | 09/12/2024 | $2,159,250 | -- | SATISFACTORY ACADEMIC PROGRESS HOW DO SAP R... read more |
| P00001 | 02/10/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | SATISFACTORY ACADEMIC PROGRESS POLICY FOR FE... read more |
| P00002 | 02/11/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | SATISFACTORY ACADEMIC PROGRESS POLICY FOR FE... read more |



‹  1  ›

1-3 of 3 results

---

ℹ **Additional Information**

Expand All

🐾 Unique Award Key  ›

🏛 Agency Details  ›

🔗 Parent Award Details  ›

📍 Place Of Performance  ›

📅 Period Of Performance  ›

✏️ Legislative Mandates  ›

# Exhibit 17

 An official website of the United States government
Here's how you know ▼



**USASPENDING**.gov  

AWARD PROFILE
Contract Summary

**Definitive Contract**


**PIID**  91990018C0039
**Completed**

**Awarding Agency**

**Department of Education (ED)**

**Recipient**

**RESEARCH TRIANGLE INSTITUTE**

3040 E CORNWALLIS RD
RESEARCH TRIANGLE PARK, NC 27709-0155
UNITED STATES
Congressional District: NC-04           

**Related Awards** 

Parent Award Unique Key
N/A

**Dates** 

| | |
|---|---|
| Start Date | Jul 25, 2018 |
| Current End Date | Feb 10, 2025 |
| Potential End Date | Feb 10, 2025 |

**$ Award Amounts**



**$1.2 Million**
Outlayed Amount

**$48.5 Million**
Obligated Amount

**$76.2 Million**
Current Award Amount

**$76.2 Million**
Potential Award Amount

| | |
|---|---|
| Outlayed Amount | |
| $1,156,468.70 | |
| Obligated Amount | |
| $48,496,941.00 | |
| Current Award Amount | |
| $76,241,771.00 | |
| Potential Award Amount | |
| $76,241,771.00 | |

⊞ View Transaction History

💬 Description ⓘ

2019-20 NATIONAL POSTSECONDARY STUDENT AID STUDY (NPSAS 2020). THE NPSAS 2020 CONTRACT IS DESIGNED TO FULFILL A
REQUIREMENT TO CONDUCT A SERIES OF STUDIES, BASED LARGELY ON ADMINISTRATIVE DATA COLLECTIONS AND S...

read more

**North American Industry Classification System (NAICS) Code** 🗐

54 : Professional, Scientific, and Technical Services

5417: Scientific Research and Development Services

**541720: Research and Development in the Social Sciences and Humanities**

**Product or Service Code  (PSC)** 🗐

SERVICES

B: SPECIAL STUDIES/ANALYSIS, NOT R&D

B5: SPECIAL STUDIES - NOT R and D

**B542: SPECIAL STUDIES/ANALYSIS- EDUCATIONAL**

📈 **Contract Activity** ⓘ



📑 View transactions table

🥧 **Federal Accounts** ⓘ

**Chart Not Available**

No available data to display.

**NOTE:** Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

### Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | N/A |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 2 |

⊞ View federal funding submissions

## ↺ Award History                                                    ⓘ

| Transaction History 17 | Sub-Awards 30 | Federal Account Funding 15 |
|---|---|---|

| Modification Number ▲ | Action Date ⇕ | Amount ⇕ | Action Type ⇕ | Transaction Descri |
|---|---|---|---|---|
| 0 | 07/25/2018 | $4,761,686 | -- | 2019-20 NATIONAL STUDENT AID STUD |
| P00002 | 03/22/2019 | $11,948,858 | C: FUNDING ONLY ACTION | 2019-20 NATIONAL STUDENT AID STUD |
| P00004 | 03/05/2020 | $11,252,688 | C: FUNDING ONLY ACTION | PROGRAM YEAR FU MANAGEMENT MEE |
| P00005 | 03/29/2021 | $6,015,668 | C: FUNDING ONLY ACTION | 2019-20 NATIONAL STUDENT AID STUD |
| P00006 | 07/06/2021 | $0 | M: OTHER ADMINISTRATIVE ACTION | 2019-20 NPSAS:20 a SURVEYS |
| P00007 | 08/05/2021 | $0 | M: OTHER ADMINISTRATIVE ACTION | 2019-20 NPSAS:20 a SURVEYS |
| P00008 | 08/26/2021 | $671,000 | D: CHANGE ORDER | |

| Modification Number | Action Date | Amount | Action Type | Transaction Descri |
|---|---|---|---|---|
| | | | | 2019-20 NPSAS:20 a SURVEYS |
| P00009 | 10/01/2021 | $0 | M: OTHER ADMINISTRATIVE ACTION | 2019-20 NATIONAL STUDENT AID STUD |
| P00010 | 10/04/2021 | $0 | M: OTHER ADMINISTRATIVE ACTION | 2019-20 NATIONAL STUDENT AID STUD |
| P00011 | 11/04/2021 | -$533,000 | C: FUNDING ONLY ACTION | NATIONAL POSTSE STUDY (NPSAS) 2... |



1-10 of 17 results

---

ℹ **Additional Information**

Expand All

🔍 Unique Award Key ⟩

🏛 Agency Details ⟩

🔗 Parent Award Details ⟩

📍 Place Of Performance ⟩

📅 Period Of Performance ⟩

✏️ Legislative Mandates ⟩

🏢 Recipient Details ⟩

🏷 Acquisition Details ⟩

📊 Competition Details ⟩

# Exhibit 18

 An official website of the United States government

Here's how you know 

USASPENDING.gov 

AWARD PROFILE

Contract Summary

## Delivery Order (DO)

PIID  91990024F0331

**In Progress**

(4 months remain)

**Awarding Agency**

Department of Education (ED)

**Recipient**

APPLIED ENTERPRISE MANAGEMENT CORPORATION

13880 DULLES CORNER LN
STE 300
HERNDON, VA 20171-4687
UNITED STATES

Congressional District: VA-11 

**Related Awards** 

Parent Award Unique Key

CONT_IDV_91990023D0008_9100

**Dates** 

Today

| | |
|---|---|
| Start Date | Sep 15, 2024 |
| Current End Date | Sep 14, 2025 |
| Potential End Date | Sep 14, 2029 |

## $ Award Amounts



| | |
|---|---|
| Outlayed Amount | $2,073,524.44 |
| Obligated Amount | $5,894,888.89 |
| Current Award Amount | $5,894,888.89 |
| Potential Award Amount | $22,753,815.77 |

⊞ View Transaction History

💬 **Description**                                                            ⓘ

ED FACTS DATA AND DISSEMINATION SUPPORT SERVICES

**North American Industry Classification System (NAICS) Code** 🗐

54 : Professional, Scientific, and Technical Services

5416: Management, Scientific, and Technical Consulting Services

**541611: Administrative Management and General Management Consulting Services**

**Product or Service Code (PSC)** 🗐

SERVICES

B: SPECIAL STUDIES/ANALYSIS, NOT R&D

B5: SPECIAL STUDIES - NOT R and D

**B542: SPECIAL STUDIES/ANALYSIS- EDUCATIONAL**

## 📈 Contract Activity ⓘ



🔲 View transactions table

## 🥧 Federal Accounts ⓘ

| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| INSTITUTE OF EDUCATION SCIENCES, DEP... | $4,832,217 | 81% | (ED) DEPARTMENT OF EDUCATION |
| SPECIAL EDUCATION, EDUCATION | $653,692 | 11% | (ED) DEPARTMENT OF EDUCATION |

| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| PROGRAM ADMINISTRATION, DEPARTMENTAL... | $408,980 | 6% | (ED) DEPARTMENT OF EDUCATION |
| COMMODITY CREDIT CORPORATION FUND, A... | $0 | 0% | (ED) DEPARTMENT OF EDUCATION |

**NOTE:** Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

## Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | $5,894,888.89 |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 4 |

⊞ View federal funding submissions

🕒 **Award History**                                                                ⓘ

| Transaction History 4 | Sub-Awards 0 | Federal Account Funding 61 |
|---|---|---|

| Modification Number 🔺 | Action Date ⇅ | Amount ⇅ | Action Type ⇅ | Transaction Descri |
|---|---|---|---|---|
| 0 | 07/15/2024 | $8,316,248 | -- | ED FACTS DATA AND SUPPORT SERVICES |
| P00001 | 02/10/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | EDCDSS - TERMINA |
| P00002 | 02/28/2025 | -$2,421,359 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | EDFACTS DATA COL DISSEMINATION SU |
| P00003 | 04/08/2025 | $0 | M: OTHER ADMINISTRATIVE ACTION | EDFACTS DATA COL DISSEMINATION SU |

‹  **1**  ›

1-4 of 4 results

ⓘ **Additional Information**

# Exhibit 19



🇺🇸 **An official website of the United States government**
Here's how you know ⌄

**USA**SPENDING.gov                                                                      ☰

AWARD PROFILE
**Contract Summary**                                                              ⇗

**Definitive Contract**

**PIID**  91990018C0046
**Completed**

**Awarding Agency**

**Department of Education (ED)**

**Recipient**

**AMERICAN INSTITUTES FOR RESEARCH IN THE BEHAVIORAL SCIENCES**

1000 THOMAS JEFFERSON ST N W
WASHINGTON, DC 20007-3835
UNITED STATES
Congressional District: DC-98          ⓘ

**Related Awards** ⓘ

Parent Award Unique Key
N/A

**Dates** ⓘ

**Today**

Start Date                                                              Sep 27, 2018
Current End Date                                                        Feb 10, 2025
Potential End Date                                                      Nov 30, 2028

**$ Award Amounts**                                                          ⓘ



| Outlayed Amount | | |
| --- | --- | --- |
| $1,624,222.53 | | |
| Obligated Amount | | |
| $40,947,225.00 | | |
| Current Award Amount | | |
| $40,947,225.00 | | |
| Potential Award Amount | | |
| $40,947,225.00 | | |

⊞ View Transaction History

## 💬 Description                                                                    ⓘ

THIS CONTRACT IS TO EVALUATE THE IMPACT OF OFFERING SCHOOLS TRAINING IN THE IMPLEMENTATION OF MULTI-TIERED SYSTEMS OF SUPPORT FOR READING (MTSS-R) IN EARLY ELEMENTARY SCHOOL ON STAFF PRACTICE AND STUDENT OUTCOM...

read more

**North American Industry Classification System (NAICS) Code** 

54 : Professional, Scientific, and Technical Services

  5417: Scientific Research and Development Services

    **541720: Research and Development in the Social Sciences and Humanities**

**Product or Service Code (PSC)**

SERVICES

  R: SUPPORT SVCS (PROF, ADMIN, MGMT)

    R4: PROFESSIONAL SERVICES

      **R499: SUPPORT- PROFESSIONAL: OTHER**



## Contract Activity

Start
Current End
Today
Potential End

## Federal Accounts

**Chart Not Available**
No available data to display.

**NOTE:** Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

**Summary of All Federal Accounts used by this Award**

| | |
|---|---|
| Total Funding Obligated | N/A |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 2 |

⊞ View federal funding submissions

🕓 **Award History**                                                          ⓘ

| Transaction History 10 | Sub-Awards 2 | Federal Account Funding 3 |
|---|---|---|

| Modification Number ⬆ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
|---|---|---|---|---|
| 0 | 09/27/2018 | $3,834,510 | -- | THIS CONTRACT IS TO EVALU OF OFFERIN... read more |
| P00001 | 06/27/2019 | $5,718,694 | G: EXERCISE AN OPTION | THIS CONTRACT IS TO EVALU OF OFFERIN... read more |
| P00003 | 07/29/2020 | $10,470,984 | L: DEFINITIZE CHANGE ORDER | THIS CONTRACT IS TO EVALU OF OFFERIN... read more |
| P00004 | 06/24/2021 | $5,222,997 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | THIS CONTRACT IS TO EVALU OF OFFERIN... read more |
| P00005 | 11/04/2021 | $0 | M: OTHER ADMINISTRATIVE ACTION | EO14042 THIS CONTRACT IS THE IMPACT OF... read more |
| P00006 | 12/21/2021 | $0 | M: OTHER ADMINISTRATIVE ACTION | THIS CONTRACT IS TO EVALU OF OFFERIN... read more |
| P00007 | 08/19/2022 | $5,478,930 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | THIS CONTRACT IS TO EVALU OF OFFERIN... read more |
| P00008 | 07/19/2023 | $9,472,982 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | MTSS MOD 0008 |
| P00009 | 08/02/2024 | $748,128 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | THIS CONTRACT MODIFICATI EXERCISE THE FINA... read m |
| P00010 | 02/10/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | TERMINATION FOR CONVENI |

‹  **1**  ›

# Exhibit 20

KQED

Mind/shift

# NAEP, the Nation's Report Card, Was Supposed to be Safe. It's Not

By Jill Barshay, The Hechinger Report

Apr 7



U.S. Department of Education

In this era of extreme partisan divide, there's very little that unites conservatives and liberals. But both sides have long backed the National Assessment of Educational Progress (NAEP), which is also called the Nation's Report Card.

Now even this test, touted as the "gold standard" among all assessments, is in jeopardy.

Mass layoffs, funding disruptions, and threats of future steep cuts are worrying those who are aware of the inner workings of the NAEP test. "It's a very delicate instrument," said conservative education commentator Chester Finn, who formerly chaired the governing board that oversees the assessment. "Risky things are happening. It's going from bad to worse."

Influential state policymakers are also sounding the alarm. "I am worried that NAEP is not going to happen," said Maryland Superintendent of Schools Carey Wright, who ran Mississippi's education department until 2022 and served on the governing board of the

https://www.kqed.org/mindshift/65386/naep-the-nations-report-card-was-supposed-to-be-safe-its-not[4/24/25, 1:10:09 PM]

national assessment. "I'm concerned the congressional mandate will be ignored."

Congress requires that NAEP assess the reading and math abilities of fourth and eighth graders every two years, with the next administration scheduled to take place in the first quarter of 2026. It is the only nationally representative assessment of what American students know. And because of its design, it is the only way to measure academic achievement of students over time, between rich and poor, and across states.

Sponsored

Without NAEP, we would not be so painfully aware of pandemic learning losses and how children cannot read and multiply nearly as well as they could in 2019, nor would other states be looking to copy the Mississippi miracle in which the state skyrocketed from 49th in the nation in fourth-grade reading to ninth in just a decade. Indeed, the disastrous 2024 NAEP scores are President Donald Trump's main justification for closing the Education Department in his March 2025 executive order. Without NAEP, there would be no evidence of failure.

Administering a test might seem like a simple task from the outside. After all, teachers create and give tests every day. But under the hood, NAEP is quite complicated with a series of actions that have to happen by different deadlines to create the questions; review them for validity, reliability and bias; select the students who will be tested and administer the exam to them, and finally to analyze results with statistical precision. Minor delays and cuts can have big consequences. "It's like Jenga," said one former education official. "If you take out something, the whole thing can crumble."

The threat to NAEP began with Elon Musk's Department of Government Efficiency (DOGE) in February. DOGE's cost cutters slashed research and statistics contracts at the Education Department, but a spokeswoman emphasized that no cuts had been made to contracts for NAEP. While it seemed that NAEP had been spared, there were already warning signs. Data that the test relies on was cancelled. Without data on student demographics and poverty, statisticians would be unable to create nationally representative samples of students to take the NAEP test.

Then, behind the scenes, the Education Department began to chip away at NAEP directly.

## Rigorous external analysis scrapped

In February, an expert panel that studies the validity of the NAEP exam was told to stop working because funding had been cut off by the Education Department, according to panel members. This panel maintains the rigorous quality of the exam by studying whether the questions on the tests are measuring the skills we care about and if the scores can be trusted. Jack Buckley, a former commissioner of the National Center for Education Statistics, chaired this NAEP validity studies panel and said it had been meeting weekly until mid-February.

## Non-core NAEP tests under threat

NAEP comprises a large basket of tests beyond the main tests in math and reading for fourth and eighth graders, which began in the early 1990s. There are also older NAEP tests that date back to 1969, which have been renamed "long-term trend" tests. Days after the DOGE contract cuts, the Education Department scrapped the long-term trend NAEP for 17-year-olds, which had been scheduled to be administered this year. The law specifies that NAEP's long-term trend assessments must continue for students aged 9, 13 and 17 but does not specify how frequently. Some state education officials and researchers worried that the cancellation would lead to the elimination of other NAEP tests in history, civics and science, which are not required by Congress. "These things are all important for a well-rounded education," said one state education official, who asked to remain anonymous out of fear of retaliation.

## Funding pauses for administering and writing the exam

Outside contractors perform most of the work to create and administer the exam. That's why it was alarming in late winter when state education officials heard that funding was halted for the contract with Westat, a private data collection firm, to select the representative sample of students who take the test and then to administer it in schools. That funding resumed a couple weeks later in March, according to former Education Department officials. Westat denied that there was any pause in the funding, and says the work is still funded through June. But the rumors alarmed state officials. As of last week, Maryland officials were not informed that this work had resumed and thought it was still

on hold. "There's a lot of confusion," said an assessment administrator in another state.

Funding and work also temporarily stopped on the digital platform that students use to take the exam and teachers and school administrators use to fill out survey questionnaires, according to four people with knowledge of the situation who did not want to be identified because they feared repercussions. Like all software, it needs constant maintenance, upgrades and security patches. But the timing was particularly worrisome as the digital test will be administered differently in 2026. Instead of NAEP bringing devices to the schools, preloaded with the testing software, students will be taking the test on school computers. Extra work must be completed to make sure schools can log in without glitches.

The contractor building this platform, ETS, gave DOGE a demonstration of its features last week. But according to former education officials, DOGE staffers are seeking additional places to cut costs and were less than impressed.

The digital platform is also needed to complete behind-the-scenes paperwork for states to participate in the 2026 assessment. Those steps are supposed to be completed in May. As it stands now, funding for the digital platform runs out again in June.

The Education Department did not respond to inquiries to explain its plan for NAEP and the reason for the funding cuts. According to former education officials, the cuts are partly related to the budget battles in Washington that left the Education Department with only limited funding through mid-March, when a shutdown was looming. Once Congress funded the government through Sept. 30, fresh funds became available, but vendors didn't receive the money right away. It's unclear if these delays were intentional and a tactic to pressure vendors to make cost concessions or a result of the mass firings at the Education Department in March that left insufficient staff to process the new funding.

**State coordinator uncertainty**

While test administration and technology was suspended, funding for the NAEP state coordinators threatened to run out at the end of March. State education officials were anxious about losing these critical jobs, which coordinate testing in schools across their states and handle data sharing agreements with Washington. "We were sweating bullets," said one education official in a Republican-controlled state who asked not to be named out

of fear of retaliation. The official would have had to lay off this vital staffer. Funds finally came through on March 27, but the budget had been reduced: state coordinators will no longer meet for data workshops to help them understand and explain the results to education officials and the public.

While those state jobs were saved, funding ran out on March 31 for an even more critical task: the creation of the NAEP exams, according to four people who had direct knowledge of this paused contract. That "content development" work is carried out by ETS, and the nonprofit testing organization told its employees who oversee the writing and review of NAEP test questions to take a leave until funding resumes. Questions still need to be packaged into 30-minute sections for the 2026 NAEP tests, and fresh questions need to be written and field tested for future exams on science and 12th grade math and reading.

## Budget cuts on the horizon

More drastic budget cuts loom. DOGE is actively seeking to slash the size of all the Education Department contracts that it did not terminate in February. There are roughly 10 major contracts for NAEP and all of the contractors are being asked to propose ways to cut costs. DOGE is aggressively negotiating with vendors, according to former Education Department employees. Vendors have submitted and resubmitted cost-cutting proposals, but, so far, DOGE staffers are not satisfied.

Within the Education Department bureaucracy, NAEP is housed within the Institute of Education Sciences (IES), which handles research and statistics. Former IES director Mark Schneider, who is a nonresident fellow at the American Enterprise Institute, said he had heard that DOGE initially sought a 75 percent cut, and then 50 percent cut to the contracts for NAEP, which costs more than $190 million a year. DOGE has questioned why the federal government needs to create an expensive, custom-tailored test and why it cannot replace it with a commercial "off the shelf" exam from another company, several former Education Department employees said. Testing experts told me that no high-quality commercial exam exists.

More importantly, a new test would make it impossible to compare future results with past scores. If scores go up, it could be because the new test is easier, not because student achievement improved.

To be sure, $190 million a year for a test is a lot of money. And everyone I talked with said that the process could be more efficient. A 2022 report from the National Academy of Sciences suggested that  efficiencies and updated technology could reduce costs, while maintaining rigorous quality standards. But it would be impossible to preserve the quality if DOGE gets its way with a sudden 50 percent cost reduction, Wright said.

## Oversight

After the mass firings of federal employees at the Education Department in March, just two people who were involved with NAEP remained. Only one of them has experience managing contracts with outside vendors. Before the mass firings, Education Department employees would check in with their vendors daily and spend hours in meetings with them every week, helping to make decisions when complications came up, such as not being able to recruit enough students for field testing new questions. Now, the sole remaining contract overseer is responsible for not just NAEP but all of the contracts for statistical collections. She has no more than 10 minutes a week for each vendor, former education employees said. "When you don't have these bodies, you can run into errors," said Wright. "You need to monitor this work day in and day out."

Not everyone is worried. Erika Donalds is a close ally of Education Secretary Linda McMahon. Donalds runs the Center for Education Opportunity at the right-wing think tank, American First Policy Institute. She expressed confidence that McMahon would preserve NAEP, which Donalds characterized as "valuable."

"I don't have the same level of heartburn right now," said Donalds. "I have confidence in the team and in their understanding of the importance of the continuity of information."

## Lobbying behind the scenes

Anxiety about NAEP was discussed at an April 2 webinar by the Center for Assessment, a nonprofit that advises states on their annual tests. According to Juan D'Brot, a senior associate at the center, many state education chiefs and their staff were in Washington in March for the legislative conference of Council of Chief State School Officers. "From what we learned, many advocated for both the role of NAEP and the importance of credible, high-stakes assessments directly to the Department of Education," he wrote in the webinar

AERA-0295

chat.

Other supporters of the test are making their case in the media. William Bennett, education secretary under former President Ronald Reagan, penned an open letter along with conservative commentator Chester Finn in The 74, urging McMahon to preserve NAEP, calling it "the single most important activity of the department." Then Bennett teamed up with Lamar Alexander, the education secretary under former President George H.W. Bush, with an opinion piece on the Fox News website that said NAEP was chief among the three most important functions at the Education Department that should be preserved. David Winston, a Republican consultant who worked for former House Speaker Newt Gingrich, wrote a piece in Roll Call, headlined "We must protect NAEP."

It's unclear if anyone in the Education Department is listening.

SPONSORED

*This story about the future of NAEP was written by Jill Barshay and produced by The Hechinger Report, a nonprofit, independent news organization focused on inequality and innovation in education. Sign up for Proof Points and other Hechinger newsletters.*