# Exhibit 21

**ProPublica**



Video illustration for ProPublica

**Trump Administration**

# Trump's War on Measurement Means Losing Data on Drug Use, Maternal Mortality, Climate Change and More

**by Alec MacGillis**

April 18, 2025, 6 a.m. EDT

By slashing teams that gather critical data, the administration has left the federal government with no way of understanding if policies are working — and created a black hole of information whose consequences could ripple out for decades.

*ProPublica is a nonprofit newsroom that investigates abuses of power. Sign up to receive our biggest stories as soon as they're published.*

More children ages 1 to 4 die of drowning than any other cause of death. Nearly a quarter of adults received mental health treatment in 2023, an increase of 3.4 million from the prior year. The number of migrants from Mexico and northern Central American countries stopped by the U.S. Border Patrol was surpassed in 2022 by the number of migrants from other nations.

We know these things because the federal government collects, organizes and shares the data behind them. Every year, year after year, workers in agencies that many of us have never heard of have been amassing the statistics that undergird decision-making at all levels of government and inform the judgments of business leaders, school administrators and medical providers nationwide.

The survival of that data is now in doubt, as a result of the Department of Government Efficiency's comprehensive assault on the federal bureaucracy.

Reaction to those cuts has focused understandably on the hundreds of thousands of civil servants who have lost their jobs or are on the verge of doing so and the harm that millions of people could suffer as a result of the shuttering of aid programs. Overlooked amid the turmoil is the fact that many of DOGE's cuts have been targeted at a very specific aspect of the federal government: its collection and sharing of data. In agency after agency, the

government is losing its capacity to measure how American society is functioning, making it much harder for elected officials or others to gauge the nature and scale of the problems we are facing and the effectiveness of solutions being deployed against them.

The data collection efforts that have been shut down or are at risk of being curtailed are staggering in their breadth. In some cases, datasets from past years now sit orphaned, their caretakers banished and their future uncertain; in others, past data has vanished for the time being, and it's unclear if and when it will reappear. Here are just a few examples:

The Department of Health and Human Services, now led by Robert F. Kennedy Jr., laid off the 17-person team in charge of the National Survey on Drug Use and Health, which for more than five decades has tracked trends in substance abuse and mental health disorders. The department's Administration for Children and Families is weeks behind on the annual update of the Adoption and Foster Care Analysis and Reporting System, the nationwide database of child welfare cases, after layoffs effectively wiped out the team that compiles that information. And the department has placed on leave the team that oversees the Pregnancy Risk Assessment Monitoring System, a collection of survey responses from women before and after giving birth that has become a crucial tool in trying to address the country's disconcertingly high rate of maternal mortality.

The Centers for Disease Control and Prevention has eviscerated divisions that oversee the WISQARS database on accidental deaths and injuries — everything from fatal shootings to poisonings to car accidents — and the team that maintains AtlasPlus, an interactive tool for tracking HIV and other sexually transmitted diseases.

The Environmental Protection Agency is planning to stop requiring oil refineries, power plants and other industrial facilities to measure and report their greenhouse-gas emissions, as they have done since 2010, making it difficult to know whether any of the policies meant to slow climate change and reduce disaster are effective. The EPA has also taken down EJScreen, a mapping tool on its website that allowed people to see how much industrial pollution occurs in their community and how that compares with other places or previous years.

The Office of Homeland Security Statistics has yet to update its monthly tallies on deportations and other indices of immigration enforcement, making it difficult to judge President Donald Trump's triumphant claims of a crackdown; the last available numbers are from November 2024, in the final months of President Joe Biden's tenure. ("While we have submitted reports and data files for clearance, the reporting and data file posting are delayed while they are under the new administration's review," Jim Scheye, director of operations and reporting in the statistics unit, told ProPublica.)

And, in a particularly concrete example of ceasing to measure, deep cutbacks at the National Weather Service are forcing it to reduce weather balloon launches, which gather a vast repository of second-by-second data on everything from temperature to humidity to atmospheric pressure in order to improve forecasting.

Looked at one way, the war on measurement has an obvious potential motivation: making it harder for critics to gauge fallout resulting from Trump administration layoffs, deregulation or other shifts in policy. In some cases, the data now being jettisoned is geared around concepts or presumptions that the administration fundamentally rejects: EJScreen, for instance, stands for "environmental justice" — the effort to ensure that communities don't suffer disproportionately from pollution and other environmental harms. (An EPA spokesperson said the agency is "working to diligently implement President Trump's executive orders, including the 'Ending Radical and Wasteful Government DEI Programs and Preferencing.'" The spokesperson added: "The EPA will continue to uphold its mission to protect human health and the environment" in Trump's second term.) The White House press office did not respond to a request for comment.

Laura Lindberg, a Rutgers public health professor, lamented the threatened pregnancy-risk data at the annual conference of the Population Association of America in Washington last week. In an interview, she said the administration's cancellation of data collection efforts reminded her of recent actions at the state level, such as Florida's withdrawal in 2022 from the CDC's Youth Risk Behavior Survey after the state passed its law discouraging classroom discussion of sexual orientation. (The state's education secretary said the survey was "inflammatory" and "sexualized.") Discontinuing the survey made it harder to discern whether the law had adverse mental health effects among Florida teens. "States have taken on policies that would harm people and then are saying, 'We don't want to collect data about the impact of the policies,'" Lindberg said. "Burying your head in the sand is not going to be a way to keep the country healthy." (HHS did not respond to a request for comment.)

Making the halt on data gathering more confounding, though, is the fact that, in some areas, the information at risk of being lost has been buttressing some of the administration's own claims. For instance, Trump and Vice President JD Vance have repeatedly cited, as an argument for tougher border enforcement, the past decade's surge in fentanyl addiction — a trend that has been definitively captured by the national drug use survey that is now imperiled. That survey's mental health components have also undergirded research on the threat being posed to the nation's young people by smartphones and social media, which many conservatives have taken up as a cudgel against Big Tech.

Or take education. The administration and its conservative allies have been able to argue that Democratic-led states kept schools closed too long during the pandemic because there was nationwide data — the National Assessment of Educational Progress, aka the Nation's Report Card — that showed greater drops in student achievement in districts that stayed closed longer. But now NAEP is likely to be reduced in scope as part of crippling layoffs at the Department of Education's National Center for Education Statistics, which has been slashed from nearly 100 employees to only three, casting into doubt the future not only of NAEP but also of a wide array of long-running longitudinal evaluations and the department's detailed tallies of nationwide K-12 and higher education enrollment. The department did not respond to a request for comment but released a statement on Thursday saying the next round of NAEP assessments would still be held next year.

Dan Goldhaber, an education researcher at the University of Washington, cast the self-defeating nature of the administration's war on educational assessment in blunt terms: "The irony here is that if you look at some of the statements around the Department of Education, it's, 'We've invested X billion in the department and yet achievement has fallen off a cliff.' But the only reason we know that is because of the NAEP data collection effort!"

Shelly Burns, a mathematical statistician who worked at NCES for about 35 years before her entire team was laid off in March, made a similar point about falling student achievement. "How does the country know that? They know it because we collected it. And we didn't spin it. We didn't say, 'Biden is president, so let's make it look good,'" she said. "Their new idea about how to make education great again — how will you know if it worked if you don't have independent data collection?"

"Reality has a well-known liberal bias," Stephen Colbert liked to quip, and there have been plenty of liberal commentators who have, over the years, taken that drollery at face value, suggesting that the numbers all point one way in the nation's political debates. In fact, in plenty of areas, they don't.

It's worth noting that Project 2025's lengthy blueprint for the Trump administration makes no explicit recommendation to undo the government's data-collection efforts. The blueprint is chock full of references to data-based decision-making, and in some areas, such as immigration enforcement, it urges the next administration to collect and share more data than its predecessors had.

But when an administration is making such a concerted effort to stifle assessments of government and society at large, it is hard not to conclude that it lacks confidence in the efficacy of its current national overhaul. As one dataset after another falls by the wayside, the nation's policymakers are losing their ability to make evidence-based decisions, and the public is losing the ability to hold them accountable for their results. Even if a future administration seeks to resurrect some of the curtailed efforts, the 2025-29 hiatus will make trends harder to identify and understand.

Who knows if the country will be able to rebuild that measurement capacity in the future. For now, the loss is incalculable.

Jesse Coburn, Eli Hager, Abrahm Lustgarten, Mark Olalde, Jennifer Smith Richards and Lisa Song contributed reporting.

---

**Alec MacGillis**   X   in

I have been reporting for ProPublica since 2015, most recently covering the post-pandemic schools crisis.

MORE STORIES   NEED TO GET IN TOUCH?



# Exhibit 22

 An official website of the United States government
Here's how you know ∨

**USA**SPENDING.gov                    ≡

AWARD PROFILE
Contract Summary

**Delivery Order (DO)**


**PIID** 91990022F0007
**In Progress**
(7 months remain)

**Awarding Agency**

**Department of Education (ED)**

**Recipient**

**SANAMETRIX INC**

1530 WILSON BLVD
STE 670
ARLINGTON, VA 22209-2410
UNITED STATES
Congressional District: VA-08 ⓘ

**Related Awards** ⓘ

Parent Award Unique Key

CONT_IDV_GS35F0329Y_4732

**Dates** ⓘ


Today

| | |
|---|---|
| Start Date | Dec 01, 2021 |
| Current End Date | Nov 30, 2025 |
| Potential End Date | Nov 30, 2026 |

**$ Award Amounts**                    ⓘ





| | |
|---|---|
| Outlayed Amount | |
| $624,557.63 | |
| Obligated Amount | |
| $6,192,863.67 | |
| Current Award Amount | |
| $6,192,863.67 | |
| Potential Award Amount | |
| $9,815,937.37 | |

▦ View Transaction History

## 💬 Description

EO14042 TECHNICAL ASSISTANCE AND EXPERT ADVICE TO SUPPORT THE PROJECTS OF THE STATISTICAL STANDARDS AND DATA CONFIDENTIALITY STAFF (SSDCS) RELATED TO STATISTICAL STANDARDS, CONFIDENTIALITY, AND DATA SECURITY.

**North American Industry Classification System (NAICS) Code** 📄

54 : Professional, Scientific, and Technical Services

5415: Computer Systems Design and Related Services

**541511: Custom Computer Programming Services**

**Product or Service Code (PSC)** 📄

SERVICES

R: SUPPORT SVCS (PROF, ADMIN, MGMT)

R4: PROFESSIONAL SERVICES

**R499: SUPPORT- PROFESSIONAL: OTHER**

### Contract Activity



View transactions table

### Federal Accounts

**Chart Not Available**

No available data to display.

**NOTE:** Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

## Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | N/A |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 2 |

⊞ View federal funding submissions

## ↻ Award History

| Transaction History 12 | Sub-Awards 0 | Federal Account Funding 21 |
|---|---|---|

| Modification Number ▲ | Action Date ⇕ | Amount ⇕ | Action Type ⇕ | Transaction Descrip |
|---|---|---|---|---|
| 0 | 11/29/2021 | $1,735,686 | -- | EO14042 TECHNICA EXPERT ADVICE TO . |
| P00001 | 04/15/2022 | $160,037 | G: EXERCISE AN OPTION | IES REQUIRES TECH EXPERT ADVIC... rea |
| P00002 | 06/23/2022 | -$84,418 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | TECHNICAL ASSIST/ TO SUPPORT ... reac |
| P00003 | 11/17/2022 | $1,471,800 | G: EXERCISE AN OPTION | THIS CONTRACT PR( ASSISTANCE AND EX |
| P00004 | 02/03/2023 | $0 | M: OTHER ADMINISTRATIVE ACTION | THIS CONTRACT PR( ASSISTANCE AND EX |
| P00005 | 05/30/2023 | $317,359 | G: EXERCISE AN OPTION | MODIFICATION TO E |
| P00007 | 11/28/2023 | $1,465,580 | G: EXERCISE AN OPTION | MODIFICATION TO E |

| Modification Number | Action Date | Amount | Action Type | Transaction Descri |
|---|---|---|---|---|
| P00008 | 04/10/2024 | $199,363 | G: EXERCISE AN OPTION | TECHNICAL ASSISTA TO SUPPORT ... read |
| P00009 | 12/02/2024 | $1,517,034 | G: EXERCISE AN OPTION | THE PURPOSE OF M TO 1) EXERCI... read |
| P00010 | 02/10/2025 | $0 | M: OTHER ADMINISTRATIVE ACTION | STATISTICAL STAND CONFIDENTIALITY S |



1-10 of 12 results

---

## ℹ Additional Information

Expand All

🔘 Unique Award Key ⟩

🏛 Agency Details ⟩

🔗 Parent Award Details ⟩

📍 Place Of Performance ⟩

📅 Period Of Performance ⟩

✏ Legislative Mandates ⟩

🏢 Recipient Details ⟩

🏷 Acquisition Details ⟩

📊 Competition Details ⟩

••• Additional Details ⟩

# Exhibit 23

 An official website of the United States government
Here's how you know ∨

**USA**SPENDING.gov                                                    ≡

AWARD PROFILE
Contract Summary

## Delivery Order (DO)



**PIID**  91990024F0327
**Completed**

**Awarding Agency**

**Department of Education (ED)**

**Recipient**

**SANAMETRIX INC**

1530 WILSON BLVD
STE 670
ARLINGTON, VA 22209-2410
UNITED STATES
Congressional District: VA-08 ⓘ

**Related Awards** ⓘ

Parent Award Unique Key

CONT_IDV_91990023D0046_9100

**Dates** ⓘ


Today

| | |
|---|---|
| Start Date | Jun 01, 2024 |
| Current End Date | Feb 10, 2025 |
| Potential End Date | May 31, 2029 |

## $ Award Amounts



**$1.3 Million**
Outlayed Amount

**$2.0 Million**
Obligated Amount

**$2.0 Million**
Current Award Amount

**$19.2 Million**
Potential Award Amount

| | |
|---|---|
| Outlayed Amount | $1,322,774.11 |
| Obligated Amount | $2,031,889.80 |
| Current Award Amount | $2,031,889.80 |
| Potential Award Amount | $19,220,083.02 |

🔲 View Transaction History

## 💬 Description

EDUCATION DEMOGRAPHIC AND GEOGRAPHIC ESTIMATES, GEOSPATIAL IT SUPPORT

**North American Industry Classification System (NAICS) Code**

54 : Professional, Scientific, and Technical Services

5417: Scientific Research and Development Services

**541720: Research and Development in the Social Sciences and Humanities**

**Product or Service Code (PSC)** 

SERVICES

R: SUPPORT SVCS (PROF, ADMIN, MGMT)

R4: PROFESSIONAL SERVICES

**R499: SUPPORT- PROFESSIONAL: OTHER**

## 📊 Contract Activity



⊞ View transactions table

## 🥧 Federal Accounts





| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| INSTITUTE OF EDUCATION SCIENCES, DEP... | $2,006,431 | 98% | (ED) DEPARTMENT OF EDUCATION |
| HIGHER EDUCATION, DEPARTMENT OF EDUC... | $25,459 | 1% | (ED) DEPARTMENT OF EDUCATION |
| COMMODITY CREDIT CORPORATION FUND, A... | $0 | 0% | (ED) DEPARTMENT OF EDUCATION |

**NOTE:** Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

## Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | $2,031,889.80 |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 3 |

⊞ View federal funding submissions

## 🕘 Award History

| Transaction History 3 | Sub-Awards 0 | Federal Account Funding 35 |

| Modification Number | Action Date | Amount | Action Type | Transaction De |
|---|---|---|---|---|
| 0 | 05/31/2024 | $2,006,431 | -- | EDUCATION DE GEOGRAPHIC E |
| P00001 | 08/06/2024 | $25,459 | G: EXERCISE AN OPTION | EDUCATION DE GEOGRAPHIC E |
| P00003 | 02/10/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | EDUCATION DE GEOGRAPHIC E |

‹ | 1 | ›

1-3 of 3 results

# Exhibit 24



An official website of the United States government
Here's how you know ⌄

☰

AWARD PROFILE
Contract Summary

## Delivery Order (DO)

**PIID** 91990024F0373
Completed

### Awarding Agency

**Department of Education (ED)**

### Recipient

**THE MANHATTAN STRATEGY GROUP LLC**
708 3RD AVE 5TH FL
NEW YORK, NY 10017-4201
UNITED STATES
Congressional District: NY-12

### Related Awards

Parent Award Unique Key
CONT_IDV_91990023D0029_9100

### Dates

| | |
|---|---|
| Start Date | Sep 16, 2024 |
| Current End Date | Feb 10, 2025 |
| Potential End Date | Feb 10, 2025 |

## $ Award Amounts



**$35,972**
Outlayed Amount

**$322,515**
Obligated Amount

**$322,515**
Current Award Amount

**$322,515**
Potential Award Amount

| | |
|---|---|
| Outlayed Amount | $35,971.96 |
| Obligated Amount | $322,514.78 |
| Current Award Amount | $322,514.78 |
| Potential Award Amount | $322,514.78 |

⊞ View Transaction History

💬 **Description**                                                                    ⓘ

STAKEHOLDER'S MEETING TASK ORDER FROM PRESTO

**North American Industry Classification System (NAICS) Code** 🖼

54 : Professional, Scientific, and Technical Services

  5417: Scientific Research and Development Services

    **541720: Research and Development in the Social Sciences and Humanities**

**Product or Service Code (PSC)** 🖼

SERVICES

  R: SUPPORT SVCS (PROF, ADMIN, MGMT)

    R4: PROFESSIONAL SERVICES

      **R499: SUPPORT- PROFESSIONAL: OTHER**

📊 **Contract Activity**                                                              ⓘ



⊞ View transactions table

## 🌑 Federal Accounts

| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| SCHOOL IMPROVEMENT PROGRAMS, EDUCAT... | $135,535 | 42% | (ED) DEPARTMENT OF EDUCATION |
| ENGLISH LANGUAGE ACQUISITION, EDUCAT... | $133,000 | 41% | (ED) DEPARTMENT OF EDUCATION |
| INSTITUTE OF EDUCATION SCIENCES, DEP... | $53,980 | 16% | (ED) DEPARTMENT OF EDUCATION |
| COMMODITY CREDIT CORPORATION FUND, A... | $0 | 0% | (ED) DEPARTMENT OF EDUCATION |

NOTE: Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

### Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | $322,514.78 |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 4 |

⊞ View federal funding submissions

## ↺ Award History                                                        ⓘ



| Transaction History 2 | Sub-Awards 0 | Federal Account Funding 30 |
| --- | --- | --- |

| Modification Number | Action Date | Amount | Action Type | Transaction Description |
| --- | --- | --- | --- | --- |
| 0 | 09/03/2024 | $322,515 | -- | STAKEHOLDER'S MEETING TASK ORD FROM PRESTO |
| P00001 | 02/10/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | SUPPORT FOR EVAL STAKEHOLDER MEETINGS 2024 |

‹ | **1** | ›

1-2 of 2 results

## ℹ Additional Information

Expand All



| 🖐 Unique Award Key | ❯ |
| --- | --- |
| 🏛 Agency Details | ❯ |
| 🖧 Parent Award Details | ❯ |
| 📍 Place Of Performance | ❯ |
| 📅 Period Of Performance | ❯ |
| ✏ Legislative Mandates | ❯ |
| 🗄 Recipient Details | ❯ |
| 🏷 Acquisition Details | ❯ |
| 📊 Competition Details | ❯ |

# Exhibit 25

 An official website of the United States government
 Here's how you know ⌄

**USA**SPENDING.gov                                          ≡

AWARD PROFILE
Contract Summary                                             ⤴

## Blanket Purchase Agreement (BPA) Call


**PIID**  91990024F0316
**Completed**

**Awarding Agency**

### Department of Education (ED)

**Recipient**

### MATHEMATICA INC.

600 ALEXANDER PARK
PRINCETON, NJ 08540-6346
UNITED STATES
Congressional District: NJ-12 ⓘ

**Related Awards** ⓘ

Parent Award Unique Key
CONT_IDV_91990023A0001_9100

**Dates** ⓘ

| | |
|---|---|
| Start Date | Mar 15, 2024 |
| Current End Date | Feb 10, 2025 |
| Potential End Date | Feb 10, 2025 |

**$ Award Amounts**                                          ⓘ



**$2.1 Million**
Outlayed Amount

**$5.0 Million**
Obligated Amount

**$5.0 Million**
Current Award Amount

**$5.0 Million**
Potential Award Amount

| | |
|---|---|
| Outlayed Amount | $2,061,814.80 |
| Obligated Amount | $4,974,944.92 |
| Current Award Amount | $4,974,944.92 |
| Potential Award Amount | $4,974,944.92 |

⊞ View Transaction History

💬 Description

TOAST TASK ORDER 0003

**North American Industry Classification System (NAICS) Code**

54 : Professional, Scientific, and Technical Services

5415: Computer Systems Design and Related Services

**541511: Custom Computer Programming Services**

**Product or Service Code (PSC)**

SERVICES

R: SUPPORT SVCS (PROF, ADMIN, MGMT)

R4: PROFESSIONAL SERVICES

**R499: SUPPORT- PROFESSIONAL: OTHER**

## 📊 Contract Activity ⓘ



View transactions table

## 🥧 Federal Accounts ⓘ

**Chart Not Available**

No available data to display.

NOTE: Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

## Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | N/A |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | |
| Total Count of Federal Accounts | 1 |

## Award History

**Transaction History** 2    Sub-Awards 0    Federal Account Funding 1

| Modification Number | Action Date | Amount | Action Type | Transaction Descri |
|---|---|---|---|---|
| 0 | 03/05/2024 | $4,974,945 | -- | TOAST TASK ORDEI |
| P00001 | 02/10/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | WHAT WORKS CLEA ONLINE ASSISTANC |

‹ [1] ›

1-2 of 2 results

## Additional Information

Expand All

# Exhibit 26

 An official website of the United States government
Here's how you know ⌄

**USA**SPENDING.gov

≡

AWARD PROFILE
Contract Summary

## Delivery Order (DO)


**PIID** 91990024F0347
**Completed**

**Awarding Agency**

### Department of Education (ED)

**Recipient**

### RESEARCH TRIANGLE INSTITUTE

3040 E CORNWALLIS RD
RESEARCH TRIANGLE PARK, NC 27709-0155
UNITED STATES
Congressional District: NC-04

**Related Awards**

Parent Award Unique Key
CONT_IDV_91990023D0042_9100

**Dates**

| | |
|---|---|
| Start Date | Jul 22, 2024 |
| Current End Date | Feb 10, 2025 |
| Potential End Date | Feb 10, 2025 |

## $ Award Amounts



**$1.3 Million**
Outlayed Amount

**$4.3 Million**
Obligated Amount

**$4.3 Million**
Current Award Amount

**$10.3 Million**
Potential Award Amount

| | |
|---|---|
| Outlayed Amount<br>$1,305,126.80 | |
| Obligated Amount<br>$4,269,719.48 | |
| Current Award Amount<br>$4,269,719.52 | |
| Potential Award Amount<br>$10,257,928.08 | |

⊞ View Transaction History

💬 Description                                                                    ⚙

THE PURPOSE OF THIS PROCUREMENT IS TO PROVIDE IMPLEMENTATION SUPPORT FOR THE PRODUCTION AND DISSEMINATION OF REPORTS
AND WEB PRODUCTS ON EDUCATIONAL TOPICS FOR THE ANNUAL REPORTS AND INFORMATION STAFF PROGRAM.

**North American Industry Classification System (NAICS) Code** 📄

54 : Professional, Scientific, and Technical Services

5417: Scientific Research and Development Services

**541720: Research and Development in the Social Sciences and Humanities**

**Product or Service Code (PSC)** 📄

RESEARCH AND DEVELOPMENT

AF: Education, Training, Employment, and Social Services R&D Services

**AF12: EDUCATION, TRAINING, EMPLOYMENT, & SOCIAL SVCS R&D SVCS; EDUCATION SVCS R&D; APPLIED RESEARCH**



📊 **Contract Activity** ⓘ

🔗 **View transactions table**

🥧 **Federal Accounts** ⓘ

| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| INSTITUTE OF EDUCATION SCIENCES, DEP... | $4,269,719 | 100% | (ED) DEPARTMENT OF EDUCATION |
| COMMODITY CREDIT CORPORATION FUND, A... | $0 | 0% | (ED) DEPARTMENT OF EDUCATION |

NOTE: Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

## Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | $4,269,719,48 |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 2 |

⊞ View federal funding submissions

🕓 **Award History**

| Transaction History 3 | Sub-Awards 4 | Federal Account Funding 22 |
|---|---|---|

| Modification Number | Action Date | Amount | Action Type | Transaction Descri |
|---|---|---|---|---|
| 0 | 07/22/2024 | $1,630,436 | -- | THE PURPOSE OF T PROVIDE IMPL... rea |
| P00001 | 01/30/2025 | $2,639,283 | G: EXERCISE AN OPTION | ANNUAL REPORTS, PRODUCTION |
| P00002 | 02/10/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | ARIS PRODUCTION |

‹ [ 1 ] ›

1-3 of 3 results

ℹ **Additional Information**

Expand All

🔮 Unique Award Key                    ›

🏛 Agency Details                    ›

# Exhibit 27

 An official website of the United States government
Here's how you know ✔

# USASPENDING.gov

≡

AWARD PROFILE
Contract Summary

## Delivery Order (DO)

**PIID** 91990022F0006
**Completed**

**Awarding Agency**

### Department of Education (ED)

**Recipient**

### ACTIVATE RESEARCH INC.

1300 L STREET NW
STE 1000
WASHINGTON, DC 20005-20005
UNITED STATES
Congressional District: DC-98

**Related Awards**

Parent Award Unique Key

CONT_IDV_GS00F428GA_4732

**Dates**

| | |
|---|---|
| Start Date | Dec 01, 2021 |
| Current End Date | Feb 10, 2025 |
| Potential End Date | Feb 10, 2025 |

## $ Award Amounts



**$849,531**
Outlayed Amount

**$9.0 Million**
Obligated Amount

**$9.0 Million**
Current Award Amount

**$11.6 Million**
Potential Award Amount

| | |
|---|---|
| Outlayed Amount | $849,531.00 |
| Obligated Amount | $9,005,036.00 |
| Current Award Amount | $9,005,036.00 |
| Potential Award Amount | $11,578,308.00 |

⊞ View Transaction History

💬 Description

EO14042 - STATISTICAL STANDARDS AND DATA CONFIDENTIALITY STAFF CONTRACT

**North American Industry Classification System (NAICS) Code** 🗐

54 : Professional, Scientific, and Technical Services

5416: Management, Scientific, and Technical Consulting Services

**541611: Administrative Management and General Management Consulting Services**

**Product or Service Code (PSC)** 🗐

SERVICES

R: SUPPORT SVCS (PROF, ADMIN, MGMT)

**AERA-0329**



R4: PROFESSIONAL SERVICES

**R499: SUPPORT- PROFESSIONAL: OTHER**

### 📊 Contract Activity                                           ⓘ



⊞ View transactions table

### 🥧 Federal Accounts                                            ⓘ

**Chart Not Available**

No available data to display.

**NOTE:** Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

## Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | N/A |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 2 |

## Award History

| Transaction History 6 | Sub-Awards 0 | Federal Account Funding 14 |
|---|---|---|

View federal funding submissions

| Modification Number | Action Date | Amount | Action Type | Transaction Descripti |
|---|---|---|---|---|
| 0 | 11/18/2021 | $1,655,502 | -- | EO14042 - STATISTICA DATA CONFIDENT... re |
| P00001 | 02/17/2022 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | STATISTICAL STANDAI CONFIDENTIALITY ST/ |
| P00002 | 12/27/2022 | $2,389,596 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | STATISTICAL STANDAI CONFIDENTIALITY ST/ |
| P00003 | 12/21/2023 | $2,449,331 | G: EXERCISE AN OPTION | STATISTICAL STANDAI CONFIDENTIALITY ST/ |
| P00004 | 01/22/2025 | $2,510,607 | G: EXERCISE AN OPTION | STATISTICAL STANDAI CONFIDENTIALITY ST/ |
| P00005 | 02/10/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | STATISTICAL STANDAI CONFIDENTIALITY ST/ |

‹    **1**    ›

# Exhibit 28

 An official website of the United States government
Here's how you know ⌄

### USASPENDING.gov

≡

AWARD PROFILE
Contract Summary

## Delivery Order (DO)


**PIID** 91990024F0301
**Completed**

**Awarding Agency**

### Department of Education (ED)

**Recipient**

### AMERICAN INSTITUTES FOR RESEARCH IN THE BEHAVIORAL SCIENCES

1400 CRYSTAL DR FL 10
ARLINGTON, VA 22202-3289
UNITED STATES
Congressional District: VA-08

**Related Awards**

Parent Award Unique Key
CONT_IDV_91990023D0006_9100

**Dates**

| Start Date | Nov 01, 2023 |
| Current End Date | Feb 10, 2025 |
| Potential End Date | Feb 10, 2025 |

## $ Award Amounts



**$2.1 Million**
Outlayed Amount

**$10.1 Million**
Obligated Amount

**$10.1 Million**
Current Award Amount

**$23.2 Million**
Potential Award Amount

| | |
|---|---|
| Outlayed Amount | $2,092,069.49 |
| Obligated Amount | $10,071,584.68 |
| Current Award Amount | $10,071,584.68 |
| Potential Award Amount | $23,184,927.04 |

⊞ View Transaction History

💬 Description

INTERNATIONAL ACTIVITIES CORE SUPPORT

**North American Industry Classification System (NAICS) Code** 📄

54 : Professional, Scientific, and Technical Services

5417: Scientific Research and Development Services

**541720: Research and Development in the Social Sciences and Humanities**

**Product or Service Code (PSC)** 📄

SERVICES

B: SPECIAL STUDIES/ANALYSIS, NOT R&D

B5: SPECIAL STUDIES - NOT R and D

**B542: SPECIAL STUDIES/ANALYSIS- EDUCATIONAL**

### 📉 Contract Activity ⓘ



⊞ View transactions table

### 🥧 Federal Accounts ⓘ

**Chart Not Available**

No available data to display.

NOTE: Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

## Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | N/A |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 2 |

## Award History

| Transaction History 4 | | Sub-Awards 4 | Federal Account Funding 14 |

| Modification Number | Action Date | Amount | Action Type | Transaction Descrip |
|---|---|---|---|---|
| 0 | 10/30/2023 | $4,406,480 | -- | INTERNATIONAL AC |
| P00001 | 06/26/2024 | $691,175 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | INTERNATIONAL AC MOD TO ADD... read |
| P00002 | 10/18/2024 | $4,973,929 | G: EXERCISE AN OPTION | INTERNATIONAL AC EXERCISE OP... read |
| P00003 | 02/10/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | INTERNATIONAL AC T4C |

‹  **1**  ›

1-4 of 4 results

# Exhibit 29



An official website of the United States government
Here's how you know ∨

**USA**SPENDING.gov

≡

AWARD PROFILE
Contract Summary

**Blanket Purchase Agreement (BPA) Call**

**PIID** 91990020F0309
**Completed**

**Awarding Agency**

**Department of Education (ED)**

**Recipient**

**SYNERGY ENTERPRISES, INC**

8757 GEORGIA AVE STE 1440
SILVER SPRING, MD 20910-3737
UNITED STATES
Congressional District: MD-08

**Related Awards**

Parent Award Unique Key
CONT_IDV_EDESE15A0015_9100

**Dates**

| | |
|---|---|
| Start Date | Mar 15, 2020 |
| Current End Date | Feb 10, 2025 |
| Potential End Date | Feb 10, 2025 |

**$ Award Amounts**



| Outlayed Amount |
| --- |
| $61,781.35 |
| Obligated Amount |
| $758,062.11 |
| Current Award Amount |
| $758,062.11 |
| Potential Award Amount |
| $1,384,805.15 |

⊞ View Transaction History

💬 **Description**                                                                                ⓘ

THE PURPOSE OF THIS REQUIREMENT IS TO OBTAIN TECHNICAL ASSISTANCE SERVICES TO SUPPORT MAILOUT OPERATIONS FOR A NUMBER OF SURVEY
COLLECTIONS UNDER THE SAMPLE SURVEY DIVISION OF THE NATIONAL CENTER FOR EDUCATION ...

read more

**North American Industry Classification System (NAICS)  Code** 🖺

54 : Professional, Scientific, and Technical Services

> 5416: Management, Scientific, and Technical Consulting Services
>
> > **541611: Administrative Management and General Management Consulting Services**

**Product or Service Code  (PSC)** 🖺

SERVICES

> R: SUPPORT SVCS (PROF, ADMIN, MGMT)
>
> > R7: MANAGEMENT SUPPORT SERVICES
> >
> > > **R706: SUPPORT- MANAGEMENT: LOGISTICS SUPPORT**



**Summary of All Federal Accounts used by this Award**

| | |
|---|---|
| Total Funding Obligated | N/A |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 2 |

⊞ View federal funding submissions

↺ Award History

| Transaction History 9 | Sub-Awards 0 | Federal Account Funding 13 |
|---|---|---|

| Modification Number | Action Date | Amount | Action Type | Transaction Description |
|---|---|---|---|---|
| 0 | 03/02/2020 | $145,543 | --- | THE PURPOSE OF THIS REQU OBTAIN TECHN... read more |
| P00001 | 02/09/2021 | $149,867 | G: EXERCISE AN OPTION | NCES MAILOUT EXPERT |
| P00002 | 09/01/2021 | -$1,320 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | NCES MAILOUT EXPERT |
| P00003 | 03/01/2022 | $154,317 | G: EXERCISE AN OPTION | NATIONAL CENTER FOR EDU( STATISTICS (NCES) MA... read |
| P00004 | 02/28/2023 | $158,913 | G: EXERCISE AN OPTION | NATIONAL CENTER FOR EDU( STATISTICS (NCES) MA... read |
| P00005 | 02/27/2024 | $163,646 | G: EXERCISE AN OPTION | NATIONAL CENTER FOR EDU( STATISTICS (NCES) MA... read |
| P00006 | 04/18/2024 | -$1,320 | C: FUNDING ONLY ACTION | MODIFICATION TO DE-OB UN FUNDS. |
| P00007 | 02/10/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | NCES MAILOUT EXPERT - TER CONVENIENCE |
| P00008 | 03/18/2025 | -$11,583 | C: FUNDING ONLY ACTION | NCES MAILOUT EXPERT - TER CONVENIENCE |

‹ | **1** | ›

1-9 of 9 results

# Exhibit 30



| Employment as values | United States | U.S. Territories | Foreign Countries | Unspecified | Location - All |
|---|---|---|---|---|---|
| EDER-INSTITUTE OF EDUCATION SCIENCES | 186 | NA | NA | NA | 186 |

# Exhibit 31

**THE HECHINGER REPORT**



PROOF POINTS

# Chaos and confusion as the statistics arm of the Education Department is reduced to a skeletal staff of 3

*Acting stats chief booted after only 15 days in the job; fate of the Nation's Report Card unclear*

by **JILL BARSHAY**    March 14, 2025

Credit: Win McNamee/Getty Images

resident Donald Trump promises he'll make American schools great again. He has fired nearly everyone who might objectively measure whether he succeeds.

This week's **mass layoffs** by his secretary of Education, Linda McMahon, of more than 1,300 Department of Education employees delivered a crippling blow to the agency's ability to tell the public how schools and federal programs are doing through its statistics and research branch. The Institute of Education Sciences (IES) is now left with fewer than 20 federal employees, down from more than 175 at the start of the second Trump administration, according to my reporting. It's not clear how the institute can operate or even fulfill its statutory obligations set by Congress.

IES is modeled after the National Institutes of Health and was established in 2002 during the administration of former President George W. Bush to fund innovations and identify effective teaching practices. Its largest division is a statistical agency that dates back to 1867 and is called the National Center for Education Statistics (NCES), which collects basic statistics on the number of students and teachers. NCES is perhaps best known for administering the **National Assessment of Educational Progress**, which tracks student achievement across the country. The layoffs "demolished" the statistics agency, as one former official characterized it, from roughly 100 employees to a skeletal staff of just three.

"The idea of having three individuals manage the work that was done by a hundred federal employees supported by thousands of contractors is ludicrous and not humanly possible," said Stephen Provasnik, a former deputy commissioner of NCES who retired early in January. "There is no way without a significant staff that NCES could keep up even a fraction of its previous workload."

**Related: Our free weekly newsletter alerts you to what research says about schools and classrooms.**

Even the new acting commissioner of education statistics, a congressionally mandated position, was terminated with everyone else on March 11 after just 15 days on the job, according to five former employees. Chris Chapman replaced Biden-appointee Peggy Carr, who was **suddenly removed on Feb. 24** without explanation before her congressionally designated six-year term was to end in 2027. It was unclear who, if anyone, will serve as the commissioner after Chapman's last day on March 21. (Chapman did not respond to an email asking for comment.) Meanwhile, the chief statistician, Gail Mulligan, was put on administrative leave until her **early retirement** on April 1.* There is apparently no replacement to review the accuracy of figures reported to the public.

## Two offices spared

Only two IES offices were untouched by this week's layoffs: the **National Center for Special Education Research**, an eight-person office that awards grants to study effective ways to teach children with disabilities,

and the Office of Science, a six-person office that reviews research for quality, accuracy and validity. It was unclear why they were spared. Other areas of the Education Department that fund and oversee education for children with disabilities also had relatively lighter layoffs.

A draft of an executive order to eliminate the Education Department was prepared in early March, but Trump hadn't signed it as of this week. Instead, McMahon said on Fox News that she began firing employees as a "first step" toward that elimination. Former department employees believe that McMahon and her team decided which offices to cut. Weeks before her confirmation, about a half dozen people from McMahon's former think tank, the right-wing America First Policy Institute, were inside the department and looking at the bureaucracy, according to a former official at the Education Department. The Education Department did not respond to my email queries.

The mass firings this month were preceded by a Feb. 10 onslaught, when Elon Musk's Department of Government Efficiency terminated much of the work that is overseen by these education research and statistics units. Most of the department's research and data collections are carried out by outside contractors, and nearly 90 of these contracts were canceled, including vital data collections on students and teachers. The distribution of roughly $16 billion in federal Title I aid to low-income schools cannot be calculated properly without this data. Now, the statisticians who know how to run the complicated formula are also gone.

## 'Five-alarm fire'

The mass firings and contract cancellations stunned many. "This is a five-alarm fire, burning statistics that we need to understand and improve education," said Andrew Ho, a psychometrician at Harvard University and president of the National Council on Measurement in Education, on social media.

Former NCES Commissioner Jack Buckley, who ran the education statistics unit from 2010 to 2015, described the destruction as "surreal." "I'm just sad," said Buckley. "Everyone's entitled to their own policy ideas, but no one's entitled to their own facts. You have to share the truth in order to make any kind of improvement, no matter what direction you want to go. It does not feel like that is the world we live in now."

## The deepest cuts

While other units inside the Education Department lost more employees in absolute numbers, IES lost the highest percentage of employees — roughly 90 percent of its workforce. Education researchers questioned why the Trump administration targeted research and statistics. "All of this feels like part of an attack on universities and science," said an education professor at a major research university, who asked not to be identified for fear of retaliation.

That fear is well-founded. Earlier this month the Trump administration canceled $400 million in federal contracts and grants with Columbia University, blaming the university's failure to protect Jewish students from antisemitism during campus protests last year over Israeli attacks on Gaza. Among them were four research grants that had been issued by IES, including an evaluation of the effectiveness of the Federal Work-Study program, which costs the government $1 billion a year. That five-year study was near completion and now the public will not learn the results. (*The Hechinger Report is an independent news organization at Teachers College, Columbia University.*)

**Related:** Tracking Trump: His actions on education

Tom Brock, executive director of the Community College Research Center at Teachers College, Columbia University, said he had been cautiously optimistic that he could successfully appeal the cancellation of his $2.8 million in education research grants. (He planned to argue that Teachers College is a separate entity from the rest of Columbia with its own president and board of trustees and it was not affected by student protests to the same degree.) But now the IES office that issued the grants, the National Center for Education Research, has lost its staff. "I'm very discouraged," said Brock. "Even if we win on appeal, all the staff have been laid off. Who would reinstate the grant? Who would we report to? Who would monitor it? They have completely eliminated the infrastructure. I could imagine a scenario where we would win on appeal and it can't be put into effect."

## Active contracts

Many contracts with outside organizations for data collection and research grants with university professors remain active. That includes the National Assessment of Educational Progress, which tracks student achievement, and the Integrated Postsecondary Education Data System (IPEDS), which collects data on colleges and universities. But now there are almost no employees left to oversee these efforts, review them for accuracy or sign future contracts for new data collections and studies.

"My job was to make sure that the limited public dollars for education research were spent as best as they could be," said one former education official who issued grants for the development of new innovations. "We make sure there's no fraud, waste and abuse. Now there's no watchdog to oversee it."

The former official asked to remain anonymous as did more than a dozen other former employees whom I talked to while reporting this story. Some explained that the conditions of their termination, called a "reduction in force" or "RIF," could mean losing their severance if they talked to the press. The terminated employees are supposed to work from home until their last day on March 21, and they described having limited access to their work computer systems. That is stymying efforts to wind down their work with their

colleagues and outside contractors in an orderly way. One described how she had to take a cellphone picture of her termination notice on her laptop because she could no longer save or send documents on it.

**Related:** DOGE's death blow to education studies

So far, there has been no sign of protest among congressional Republicans, even though some of the cuts affect data and research they have mandated. A spokesman for Sen. Bill Cassidy, Republican of Louisiana and chairman of the Senate committee on Health, Education, Labor and Pensions, directed me to Cassidy's statement on X: "I spoke to @EDSecMcMahon and she made it clear this will not have an impact on @usedgov ability to carry out its statutory obligations. This action is aimed at fulfilling the admin's goal of addressing redundancy and inefficiency in the federal government."

## Following the law

In theory, a skeletal staff might be able to fulfill the law, which is often "ambiguous," said former NCES commissioner Buckley. For example, the annual report to Congress on the condition of education could be as short as one page. Laws mention several data collections, such as ones on financial aid to college students and on the experiences of teachers, but often don't specify how often they must be produced. Technically, they could be paused for many years without running afoul of statutes.

The remaining skeleton crew could award contracts to outside organizations to do all the work and have them "supervise themselves," said Buckley. "I'm not advocating that oversight be pushed out to contractors, but you could do it in theory. It depends on your tolerance for contracting out work."

## NAEP anxiety

Many are anxious about the future of NAEP, also known as the Nation's Report Card. Even before the firings, William Bennett, Education Secretary under President Ronald Reagan, penned an open letter along with conservative commentator Chester Finn in The 74, urging McMahon to preserve NAEP, calling it "the single most important activity of the department."

Colorado Gov. Jared Polis, a Democrat who chairs the National Governors Association, is especially concerned. In an email, Polis' spokesman emphasized that Polis believes that "NAEP is critical." He warned that "undercutting data collection and removing this objective measuring stick that helps states understand and improve performance will only make our efforts more difficult."

Though much of the test development and administration is contracted out to private organizations and firms, it is unclear how these contracts could be signed and overseen by the Education Department with such a diminished staff. Some officials suggested that the National Assessment Governing Board (NAGB), which sets NAEP policy, could take over the test's administration. But the board's current staff doesn't have the testing or psychometrics expertise to do this.

**Related:** **Former Trump commissioner blasts DOGE education data cuts**

In response to questions, board members declined to comment on the future of NAEP and whether anyone in the Trump administration had asked them to take it over. One former education official believes there is "apparently some confusion" in the Trump administration about the division of labor between NAGB and NCES and a "misunderstanding of how work gets done in implementing" the assessment.

Mark Schneider, a former IES director who is now a senior fellow at the American Enterprise Institute, said he hoped that McMahon would rebuild NCES into a modern, more efficient statistical agency that could collect data more cheaply and quickly, and redirect IES's research division to drive breakthrough innovations like those the Defense Department has. But he conceded that McMahon also cut some of the offices that would be needed to modernize the bureaucracy, such as the centralized procurement office.

So far, there's no sign of Trump's or McMahon's intent to rebuild.

*\* Clarification: An earlier version of this story said that Mulligan had been terminated, but she revised a social media post about her status after publication of this story to clarify that she was not subject to the "reduction in force" notice.*

*Contact staff writer Jill Barshay at 212-678-3595, jillbarshay.35 on Signal, or barshay@hechingerreport.org.*

*This story about the Institute of Education Sciences was written by Jill Barshay and produced by The Hechinger Report, a nonprofit, independent news organization focused on inequality and innovation in education. Sign up for Proof Points and other Hechinger newsletters.*

**MORE PROOF POINTS**

AERA-0351

# Exhibit 32

# REPORT

OF THE

# COMMISSIONER OF EDUCATION

MADE TO THE

## SECRETARY OF THE INTERIOR

FOR

THE YEAR 1870,

WITH ACCOMPANYING PAPERS.



NATIONAL LIBRARY OF EDUCATION

JAN 3 0 1998

U.S. DEPT. OF EDUCATION

WASHINGTON.
GOVERNMENT PRINTING OFFICE.
1870.

AERA-0353

# REPORT.

DEPARTMENT OF THE INTERIOR, BUREAU OF EDUCATION,
*Washington, D. C., October* 27, 1870.

SIR: Less than eight months have elapsed since I entered upon the duties of this office. I found that the entire working force of this Bureau at that time consisted of two clerks, at a salary of $1,200 each, and that the rooms assigned to its use were so crowded with books, pamphlets, and desks as to be wholly unfit for successful clerical work.

The aid you were able to afford me, by the detail of an additional clerk, was of great service. The efficiency of the office was further increased by the favorable action of Congress in passing the law of July 12, 1870, allowing three clerks, one at $1,800, one at $1,600, and one at $1,400, and a messenger at $840, and also making an appropriation of $3,000 for additional work in compiling statistics and preparing reports.

Since September the work has been greatly facilitated by the transfer of the office to the more ample quarters supplied by your order. The office had already experienced various vicissitudes of fortune. First established as an independent Department, it was afterward reduced to an office in the Interior Department, where now the law styles it a Bureau. The salary of the Commissioner, originally $4,000, had been diminished to $3,000. The compensation of the clerical force had suffered a corresponding reduction. In addition to the difficulties and limitations in the office itself, I was at once made conscious of most serious obstacles, arising not only from a general misapprehension with regard to the character and objects, but from a failure to see any necessity for the existence, of the Bureau.

The idea of national attention to education, as well as to agriculture, had been urged in vain by Washington and his compeers, and repeated from time to time by many of our most patriotic statesmen, until finally the special action of a convention of school superintendents, in a well-considered memorial to Congress, led to the enactment of a law, approved March 2, 1867, establishing a Department of Education "for the purpose of collecting such statistics and facts as shall show the condition and progress of education in the several States and Territories, and of diffusing such information respecting the organization and management of school systems and methods of teaching as shall aid the people of the United States in the establishment and maintenance of efficient school systems, and otherwise promote the cause of education throughout the country."

The purpose of the Department was thus clearly stated and its work

# Exhibit 33

 An official website of the United States government  Here's how you know ∨

 U.S. Department of Education

HOME / ABOUT US / NEWSROOM / PRESS RELEASES

**PRESS RELEASE**

## U.S. Department of Education Initiates Reduction in Force

MARCH 11, 2025

As part of the Department of Education's final mission, the Department today initiated a reduction in force (RIF) impacting nearly 50% of the Department's workforce. Impacted Department staff will be placed on administrative leave beginning Friday, March 21st.

"Today's reduction in force reflects the Department of Education's commitment to efficiency, accountability, and ensuring that resources are directed where they matter most: to students, parents, and teachers," said **Secretary of Education Linda McMahon.** "I appreciate the work of the dedicated public servants and their contributions to the Department. This is a significant step toward restoring the greatness of the United States education system."

The Department of Education will continue to deliver on all statutory programs that fall under the agency's purview, including formula funding, student loans, Pell Grants, funding for special needs students, and competitive grantmaking.

All divisions within the Department are impacted by the reduction, with some divisions requiring significant reorganization to better serve students, parents, educators, and taxpayers.

### Background

When President Trump was inaugurated, the Department's workforce stood at 4,133 workers. After today's actions, the Department's workforce will total roughly 2,183 workers. Included in the reduction in force are nearly 600 employees who accepted voluntary resignation opportunities and retirement over the last seven weeks, including:

- 259 employees accepted the Deferred Resignation Program
- 313 employees accepted the Voluntary Separation Incentive Payment

Remaining employees impacted by the reduction in force will be placed on administrative leave beginning next Friday, March 21. Pursuant to regulatory requirements and the Department's collective bargaining agreement, all impacted employees will receive full pay and benefits until June 9th, as well as substantial severance pay or retirement benefits based upon their length of service.

---

**CONTACT**

Press Office | press@ed.gov | (202) 401-1576 | Office of Communications and Outreach (OCO)

---

**Office of Communications and Outreach (OCO)**

Page Last Reviewed: March 27, 2025

# Exhibit 34

 An official website of the United States government  Here's how you know ∨



U.S. Department of Education ☰

HOME  /  ABOUT US  /  NEWSROOM  /  SPEECHES

**SPEECH**

# Secretary McMahon: Our Department's Final Mission

MARCH 3, 2025

**By: Secretary Linda McMahon**

When I took the oath of office as Secretary of Education, I accepted responsibility for overseeing the U.S. Department of Education and those who work here. But more importantly, I took responsibility for supporting over 100 million American children and college students who are counting on their education to create opportunity and prepare them for a rewarding career.

I want to do right by both.

As you are all aware, President Trump nominated me to take the lead on one of his most momentous campaign promises to families. My vision is aligned with the President's: to send education back to the states and empower all parents to choose an excellent education for their children. As a mother and grandmother, I know there is nobody more qualified than a parent to make educational decisions for their children. I also started my career studying to be a teacher, and as a Connecticut Board of Education member and college trustee, I have long held that teaching is the most noble of professions. As a businesswoman, I know the power of education to prepare workers for fulfilling careers.

American education can be the greatest in the world. It ought not to be corrupted by political ideologies, special interests, and unjust discrimination. Parents, teachers, and students alike deserve better.

After President Trump's inauguration last month, he steadily signed a slate of executive orders to keep his promises: combatting critical race theory, DEI, gender ideology, discrimination in admissions, promoting school choice for every child, and restoring patriotic education and civics. He has also been focused on eliminating waste, red tape,

and harmful programs in the federal government. The Department of Education's role in this new era of accountability is to restore the rightful role of state oversight in education and to end the overreach from Washington.

This restoration will profoundly impact staff, budgets, and agency operations here at the Department. In coming months, we will partner with Congress and other federal agencies to determine the best path forward to fulfill the expectations of the President and the American people. We will eliminate unnecessary bureaucracy so that our colleges, K–12 schools, students, and teachers can innovate and thrive.

This review of our programs is long overdue. The Department of Education is not working as intended. Since its establishment in 1980, taxpayers have entrusted the department with over $1 trillion, yet student outcomes have consistently languished. Millions of young Americans are trapped in failing schools, subjected to radical anti-American ideology, or saddled with college debt for a degree that has not provided a meaningful return on their investment. Teachers are leaving the profession in droves after just a few years—and citing red tape as one of their primary reasons.

The reality of our education system is stark, and the American people have elected President Trump to make significant changes in Washington. Our job is to respect the will of the American people and the President they elected, who has tasked us with accomplishing the elimination of bureaucratic bloat here at the Department of Education—a momentous final mission—quickly and responsibly.

As I've learned many times throughout my career, disruption leads to innovation and gets results. We must start thinking about our final mission at the department as an overhaul—a last chance to restore the culture of liberty and excellence that made American education great. Changing the status quo can be daunting. But every staff member of this Department should be enthusiastic about any change that will benefit students.

True change does not happen overnight—especially the historic overhaul of a federal agency. Over the coming months, as we work hard to carry out the President's directives, we will focus on a positive vision for what American education can be.

These are our convictions:

1. Parents are the primary decision makers in their children's education.

2. Taxpayer-funded education should refocus on meaningful learning in math, reading, science, and history—not divisive DEI programs and gender ideology.
3. Postsecondary education should be a path to a well-paying career aligned with workforce needs.

Removing red tape and bureaucratic barriers will empower parents to make the best educational choices for their children. An effective transfer of educational oversight to the states will mean more autonomy for local communities. Teachers, too, will benefit from less micromanagement in the classroom—enabling them to get back to basics.

I hope each of you will embrace this vision going forward and use these convictions as a guide for conscientious and pragmatic action. The elimination of bureaucracy should free us, not limit us, in our pursuit of these goals. I want to invite all employees to join us in this historic final mission on behalf of all students, with the same dedication and excellence that you have brought to your careers as public servants.

This is our opportunity to perform one final, unforgettable public service to future generations of students. I hope you will join me in ensuring that when our final mission is complete, we will all be able to say that we left American education freer, stronger, and with more hope for the future.

Sincerely,

Linda McMahon
Secretary of Education

---

**CONTACT**

Press Office  |  (202) 401-1576  |  press@ed.gov  |  Office of Communications and Outreach (OCO)

**Office of Communications and Outreach (OCO)**

Page Last Reviewed: March 4, 2025

# Exhibit 35

*The* WHITE HOUSE

PRESIDENTIAL ACTIONS

Improving Education Outcomes by Empowering Parents, States, and Communities

Executive Orders

March 20, 2025

By the authority vested in me as President by the Constitution and the laws of the United States of America, and to enable parents, teachers, and communities to best ensure student success, it is hereby ordered:

<u>Section</u> 1.  <u>Purpose and Policy</u>.  Our Nation's bright future relies on empowered families, engaged communities, and excellent educational opportunities for every child.  Unfortunately, the experiment of controlling American education through Federal programs and dollars — and the unaccountable bureaucracy those programs and dollars support — has plainly failed our children, our teachers, and our families.

Taxpayers spent around $200 billion at the Federal level on schools during the COVID-19 pandemic, on top of the more than $60 billion they spend annually on Federal school funding.  This money is largely distributed by one of the newest Cabinet agencies, the Department of Education, which has existed for less than one fifth of our Nation's history.  The Congress created the Department of Education in 1979 at the urging of President Jimmy Carter, who received a first-ever Presidential endorsement from the country's largest teachers' union shortly after pledging to the union his support for a separate Department of Education.  Since then, the Department of Education has entrenched the education bureaucracy and sought to convince America that Federal control over education is beneficial.  While the Department of Education does not educate anyone, it maintains a public relations office that includes over 80 staffers at a cost of more than $10 million per year.

Closing the Department of Education would provide children and their families the opportunity to escape a system that is failing them.  Today, American reading and math scores are near historical lows.  This year's National Assessment of Educational Progress showed that 70 percent of 8th graders were below proficient in reading, and 72 percent were

AERA-0362

below proficient in math. The Federal education bureaucracy is not working.

Closure of the Department of Education would drastically improve program implementation in higher education. The Department of Education currently manages a student loan debt portfolio of more than $1.6 trillion. This means the Federal student aid program is roughly the size of one of the Nation's largest banks, Wells Fargo. But although Wells Fargo has more than 200,000 employees, the Department of Education has fewer than 1,500 in its Office of Federal Student Aid. The Department of Education is not a bank, and it must return bank functions to an entity equipped to serve America's students.

Ultimately, the Department of Education's main functions can, and should, be returned to the States.

Sec. 2. Closing the Department of Education and Returning Authority to the States. (a) The Secretary of Education shall, to the maximum extent appropriate and permitted by law, take all necessary steps to facilitate the closure of the Department of Education and return authority over education to the States and local communities while ensuring the effective and uninterrupted delivery of services, programs, and benefits on which Americans rely. (b) Consistent with the Department of Education's authorities, the Secretary of Education shall ensure that the allocation of any Federal Department of Education funds is subject to rigorous compliance with Federal law and Administration policy, including the requirement that any program or activity receiving Federal assistance terminate illegal discrimination obscured under the label "diversity, equity, and inclusion" or similar terms and programs promoting gender ideology.

Sec. 3. General Provisions. (a) Nothing in this order shall be construed to impair or otherwise affect:
(i)   the authority granted by law to an executive department or agency, or the head thereof; or
(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.
(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.
(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

DONALD J. TRUMP

THE WHITE HOUSE,
   March 20, 2025.

# Exhibit 36

ADVERTISEMENT

SCIENCEINSIDER     SCIENTIFIC COMMUNITY

## Layoffs gut research agency that helped monitor U.S. education

Assessment and evaluation capabilities vanish at Institute of Education Sciences

13 MAR 2025 · 11:10 AM ET · BY JEFFREY MERVIS



The U.S. Department of Education's headquarters in Washington, D.C.  MARK SCHIEFELBEIN/AP

SHARE:        

Massive layoffs announced this week at the U.S. Department of Education have essentially gutted the Institute of Education Sciences (IES), the department's research and statistical unit. Sources say only a few dozen people will remain at IES, which has an annual budget of $800 million that was managed by some 184 staffers before the firings.

"The vast majority of IES has been subject to a department-wide Reduction in Force (RIF)," acting IES Director Matthew Soldner wrote in a 12 March email to employees under the subject line "with a heavy heart." Soldner said the agency is now focused on "preparing for a transition of our core work to others." The layoffs take effect on 21 March.

IES's mission is to monitor the state of U.S. education, fund research to improve academic achievement at all levels, and evaluate the effectiveness of federal, state, and local education programs. IES spends most of its dollars on contracts to private organizations which, among other things, carry out the National Assessment of Educational Progress, billed as the nation's

report card. IES also funds 10 regional education laboratories and a slew of surveys that collect data on the decentralized U.S. education system and how it compares with the rest of the world.

---

**SIGN UP FOR THE AWARD-WINNING *SCIENCE* ADVISER NEWSLETTER**

The latest news, commentary, and research, free to your inbox daily                    SIGN UP  ›

---

The RIF, announced by newly installed Education Secretary Linda McMahon, represents "a tsunami," says Felice Levine, executive director of the American Educational Research Association. "It leaves IES without even a skeletal staff to do the work that Congress has mandated."

This morning, 20 states sued the department over its firing of more than 1300 employees, asserting that the layoffs violate federal statutes and ignore congressional authority over the department. Combined with earlier buyout offer, the department's 4200-person workforce has been cut in half.

IES was created in 2002 with bipartisan support to bolster the education policies of then-President George W. Bush, including the required testing of all U.S. students in grades three through eight. For example, the institute's National Center for Education Statistics (NCES) supports the Trends in International Mathematics and Science Study, an annual assessment of primary and secondary school students around the world.

ADVERTISEMENT

NCES is the largest of the four national centers that comprise IES. It now has fewer than a half-dozen employees, down from roughly 90, according to sources inside and outside the center. Centers focused on education research and education evaluation were similarly hollowed out, while the center dedicated to special education research has retained about 15 to 20 employees.

NCES suffered an earlier body blow last month when Elon Musk's Department of Government Efficiency announced it had canceled hundreds of millions of dollars in NCES-funded contracts. NCES staffers worried then that, without contracts to manage, they would soon be seen as expendable. This week's RIF confirmed their worst fears.

Rick Hess of the American Enterprise Institute, a frequent IES critic, says the layoffs will help reverse what he regards as the "ideological bent" of IES's work. He asserts that "IES has compromised its claim to scientific objectivity by aligning itself with the views of leftist political organizations. And that has cast a shadow on the entire field."

Hess acknowledges that "shutting [IES] down could result in less data being collected by the federal government. And he criticizes McMahon for not explaining her vision for IES's future. "As a government agency it should be transparent. But so far they haven't said anything about their plans."

Soldner declined to comment and referred *Science* to an Education Department spokesperson, who didn't respond.

Although education researchers hope public databases collected and curated by IES will remain online, they are scrambling to preserve access to restricted data now in the hands of NCES contractors. Those data have routinely been available to graduate students and others with the proper clearance.

Like the other 12 statistical agencies across the federal government, NCES by law operates at arm's length from its parent department to ensure its data collection is impartial and apolitical—which means its work sometimes displeases politicians. NCES's fate has sparked fears that one or more of those other statistical agencies could soon be a target. They are housed in the departments of Labor, Agriculture, Commerce, Health and Human Services, Justice, Transportation, Treasury, and the National Science Foundation.

---

doi: 10.1126/science.zjr6lo4

RELEVANT TAGS:

SCIENTIFIC COMMUNITY        TRUMP ADMINISTRATION

# Exhibit 37



An official website of the United States government
Here's how you know ∨

**USA**SPENDING.gov

≡

AWARD PROFILE
Contract Summary

## Delivery Order (DO)

**PIID** 91990025F0014
**Completed**

**Awarding Agency**

**Department of Education (ED)**

**Recipient**

**ABT GLOBAL LLC**

6130 EXECUTIVE BLVD
ROCKVILLE, MD 20852-4907
UNITED STATES
Congressional District: MD-08

**Related Awards**

Parent Award Unique Key

CONT_IDV_91990023D0002_9100

**Dates**

Today

| | |
|---|---|
| Start Date | Jan 15, 2025 |
| Current End Date | Feb 10, 2025 |
| Potential End Date | Jan 14, 2030 |

## $ Award Amounts



| Outlayed Amount | |
|---|---|
| $15.00 | |
| Obligated Amount | |
| $5,470,421.00 | |
| Current Award Amount | |
| $6,922,810.00 | |
| Potential Award Amount | |
| ⊞ View Transaction History | |
| $23,319,641.00 | |

 **Description**

WHAT WORKS CLEARINGHOUSE SUPPORTING AND ANALYZING GRANTEE EVALUATIONS (WWC-SAGE)

**North American Industry Classification System (NAICS) Code**

54 : Professional, Scientific, and Technical Services

  5417: Scientific Research and Development Services

    **541720: Research and Development in the Social Sciences and Humanities**

**Product or Service Code (PSC)**

SERVICES

  B: SPECIAL STUDIES/ANALYSIS, NOT R&D

    B5: SPECIAL STUDIES - NOT R and D

      **B542: SPECIAL STUDIES/ANALYSIS- EDUCATIONAL**

📈 **Contract Activity**



⊞ View transactions table

## Federal Accounts



| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| INNOVATION AND IMPROVEMENT, EDUCATIO... | $5,470,421 | 100% | (ED) DEPARTMENT OF EDUCATION |
| COMMODITY CREDIT CORPORATION FUND, A... | $0 | 0% | (ED) DEPARTMENT OF EDUCATION |

NOTE: Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

### Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | $5,470,421.00 |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 2 |

⊞ View federal funding submissions

## ⟳ Award History

| Transaction History 2 | Sub-Awards 0 | Federal Account Funding 14 |
|---|---|---|

| Modification Number | Action Date | Amount | Action Type | Transaction Description |
|---|---|---|---|---|
| 0 | 12/19/2024 | $5,470,421 | -- | WHAT WORKS CLEARINGHC AND ANALYZING ... read mo |
| P00001 | 02/10/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | WHAT WORKS CLEARINGHC AND ANALYZING ... read mo |

‹ **1** ›

1-2 of 2 results

# Exhibit 38


An official website of the United States government
The Nation's Report Card      ERIC database for education research

**Institute of Education Sciences**

What we do ⌄      Use our work ⌄      Explore funding ⌄      Learn with us ⌄

About us ⌄

Home › ... › Impact Evaluati...

CONTRACT   CANCELED

# Impact Evaluation of Training in Multi-Tiered Systems of Support for Reading in Early Elementary School

NCEE   EVALUATION DIVISION   K-12 STUDIES

**Program:**

Special Education Studies and Evaluations

**Evaluation topic(s):**

Literacy , Students with Disabilities

**Award amount:**

$40,947,225*

**Awardee:**

American Institutes for Research (AIR), Instructional Research Group, School Readiness Consulting

**Year:**
2018
**Duration:**
6 years 5 months (09/01/2018 - 02/10/2025)

**Project type:**
Impact

**Contract number:**
91990018C0046

\* Elementary and Secondary Education Act

# Background

With a third of US students failing to develop foundational reading skills by 4th grade, calls have grown to renew the focus on this critical learning and to use scientifically-based teaching methods. Many elementary schools are seeking to adopt a more strategic approach to improve the quality of reading instruction and the ways struggling students are identified and provided with extra help. These efforts, often under the umbrella term *multi-tiered systems of support for reading* (MTSS-R), rely on outside training and technical assistance to strengthen core reading instruction for all students (Tier I) and the systematic and targeted use of supplemental supports for those who need it (Tier II). The U.S. Department of Education has promoted MTSS-R as a broad approach to school improvement, but through this study sought more evidence about its effectiveness on a large scale. The study would have evaluated two promising strategies that differ in the way they help teachers with instruction of the core curriculum and in how closely that curriculum is linked to the supplemental support. They also differ on whether the supplemental support pre-teaches the core curriculum or uses an alternative curriculum with lessons tailored to student needs.

# Project Activities

## Research question

Did the study's MTSS-R training and technical assistance (TA) affect students' reading skills and achievement, both initially and over time? Did it help students identified as struggling in reading make more significant gains? Did the effects differ across the two strategies?

Were the effects on reading related to schools' experiences implementing the MTSS-R strategies, including the extent to which they carry out the strategies as intended and their use of key instructional practices?

In what ways did these strategies affect the identification of special education students? What were their outcomes?

## Structured Abstract

### Design

Approximately 140 schools were randomly assigned to one of the MTSS-R training and TA strategies or to continue with their usual reading instruction and supports. The study's training and TA was provided to teachers in grades 1 and 2 across three school years, 2021–2022 through 2023–2024. Data collection included: (1) study-administered assessments of students in grades 1 and 2 to identify struggling students and to estimate effects on their foundational reading skills; (2) student records to estimate longer-term effects on these students' reading achievement; (3) staff surveys and observations of Tier I and II practice to provide information about instruction and the extent of staff training and TA; and (4) documentation of program implementation.

## People and institutions involved

### IES program contact(s)

#### Lauren Angelo

Education Research Analyst
K-12 Studies

## Products and publications

The contract for this study was canceled in February 2025. NCEE is evaluating what publications, if any, may arise from this work.

# Exhibit 39

 An official website of the United States government

The Nation's Report Card    ERIC database for education research

National Center for Education Statistics

What we do ⌄    Use our work ⌄    Explore funding ⌄    Learn with us ⌄    About us ⌄

Home > **Happy New Year from...**

**BLOG**

# Happy New Year from the ECLS-K: 2024!

**Happy New Year!**

**NCES**

January 07, 2025    **By:** Jill McCarroll

With the start of 2025, many of us are making new year's resolutions, thinking ahead to what we can change and improve upon in the coming year. We here on the Early Childhood Longitudinal Study, Kindergarten Class of 2023–24 (ECLS-K:2024) team are doing the same. We are planning for another year of study activities and are excited that the new data being added to the ECLS program will be able to inform research, policy, and practice over the coming years.

The ECLS-K:2024 has a busy year ahead. We are processing the data collected from respondents during the 2023-24 school year in preparation for our first data file release in early 2026. We're also building upon lessons learned from our field work last spring to improve our data collection procedures for all future study rounds. We continue to update participants on resources available from NCES via our study newsletters.

We will be collecting the second round of data this spring. Direct assessments of reading, math, and executive function will be conducted with students, most of whom will have advanced to first grade for the 2024-25 school year. Parents, teachers (including special education teachers), and school administrators will complete surveys. So much of the rich information we have on children, their experiences, and their outcomes comes from these adults in children's lives. These additional rounds of collection will provide data that allow for examinations of children's experiences and progress across the elementary school years.

Many of you are excited to start working with the ECLS-K:2024 data, and we are working hard to get them ready for release. The ECLS-K:2024 collects data on emerging topics of relevance to families, educators, and policymakers, some of which have not been fully examined in our earlier ECLS program studies. For instance, one of the most notable events between the earlier ECLS program studies and the time the ECLS-K:2024 was launched is the COVID-19 pandemic. The ECLS-K:2024 is NCES's first early childhood longitudinal study to provide data on students who experienced the coronavirus pandemic. We included items in the ECLS-K:2024 kindergarten surveys to ask parents about:

Any family concerns about their kindergartner's education and services received, given the pandemic;

Reasons for delaying their child's enrollment in kindergarten for those children whose kindergarten entry was delayed;

Children's social and learning experiences during the pandemic (for example, limited in-person and virtual interactions with others, participation in learning pods and extracurricular activities);

Early care and education arrangements during the pandemic;

Gaps or delays in receiving IFSP-, IEP-, or 504 plan-related services during the pandemic; and

Increases in stress due to the pandemic.

In the kindergarten year we also asked school administrators whether:

they used blended or hybrid instruction during the 2023-24 school year; and

the school received any funding or federal aid to pay for COVID-related expenses through the American Rescue Plan ⧉ and, if so, how the funding was used.

Classroom teachers provided kindergarten year information about:

concerns about kindergarten readiness due to the pandemic;

strategies to address kindergarten readiness and learning loss;

professional development related to remote learning; and

severity of professional challenges.

Additionally, many items used in the ECLS-K:2024 had previously been included in the sister studies, the Early Childhood Longitudinal Study, Kindergarten Class of 1998-99 (ECLS-K) and the Early Childhood Longitudinal Study, Kindergarten Class of 2010-11 (ECLS-K:2011). By comparing data from these same questions across different groups of children who have participated in the ECLS program studies, we can see differences and similarities in education and child development outcomes between the pre- and post-COVID worlds. For example, we will be able to update information like what's shown in the infographic below, which uses ECLS-K:2011 data to show how children's positive learning behaviors in the fall of kindergarten relate to children's academic scores in the later grades.

In addition to the information on the post-pandemic experiences of young children, as discussed in our blog post last March, our upcoming data release will provide rich, descriptive information about kindergartners and their families. With our first ECLS-K:2024 data file release, the ECLS program will  provide information on some topics for the first time, including  suspensions; school-level percentages of students who are chronically absent, experiencing homelessness, and from migrant families; number of school days disrupted or canceled due to emergencies; and school policy on and use of funds raised by parent-teacher association/parent-teacher organization.

The ECLS-K:2024 team is optimistic this will be a great year for the study. We hope you'll continue to follow the ECLS-K:2024 through 2025 and beyond, to learn how the latest cohort progresses.

## Do children who display positive learning behaviors at kindergarten entry perform better academically over time?

In the last ECLS, we learned from teachers how often children showed positive learning behaviors in the following areas: attentiveness, eagerness to learn, independence, ability to adapt easily to changes, organization, and ability to follow classroom rules.

ECLS students who exhibited positive learning behaviors very often in the fall of kindergarten **scored higher** on study-designed assessments **not only during kindergarten**, but also **5 years later**, when most students were in fifth grade.

Of ECLS students who **very often** versus **never** displayed positive learning behaviors in fall of kindergarten, there is a:



### 22 point
Reading score difference in fifth grade

| 120 | 142 |
|---|---|
| Never | Very often |



### 25 point
Math score difference in fifth grade

| 101 | 126 |
|---|---|
| Never | Very often |



### 17 point
Science score difference in fifth grade

| 61 | 77 |
|---|---|
| Never | Very often |

NOTE: Possible scores for the reading assessment range from 0 to 167; in spring 2016, the standard deviation for the reading assessment was 14.0. Possible scores for the mathematics assessment range from 0 to 159; in spring 2016, the standard deviation for the math assessment was 15.8. Possible scores for the science assessment range from 0 to 100; in spring 2016, the standard deviation for the science assessment was 11.6. Estimates are based on a sample of children who were enrolled in kindergarten for the first time in the 2010-11 school year. In 2015-16, most of the children were in fifth grade, but 7.6 percent were in fourth grade or other grades (e.g., sixth grade, ungraded classrooms). Differences were calculated using unrounded estimates and may, therefore, differ from differences using rounded estimates.

SOURCE: U.S. Department of Education, National Center for Education Statistics. (2020). Digest of Education Statistics 2019. Data retrieved May 31, 2022, from Tables 220.40, 220.41, and 220.42. https://nces.ed.gov/programs/digest/2019menu_tables.asp.

## Tags

**ACADEMIC ACHIEVEMENT**

**ADULT EDUCATION**

**ENGLISH LEARNERS (EL)**

**K-12 EDUCATION**

**POSTSECONDARY EDUCATION**

## Meet the Author

**Jill McCarroll**

Study Director, Early Childhood Longitudinal Studies

# Exhibit 40

AERA-0380

 An official website of the United States government
 Here's how you know ⌄

**⊫ USA**SPENDING.gov  ≡

AWARD PROFILE
Contract Summary

## Blanket Purchase Agreement (BPA) Call



**PIID** 91990020F0305
**Completed**

**Awarding Agency**

**Department of Education (ED)**

**Recipient**

**ABT GLOBAL LLC**

55 WHEELER ST
CAMBRIDGE, MA 02138-1192
UNITED STATES
Congressional District: MA-05 ⓘ

**Related Awards** ⓘ

Parent Award Unique Key

CONT_IDV_EDESE15A0005_9100

**Dates** ⓘ

| | |
|---|---|
| Start Date | Dec 23, 2019 |
| Current End Date | Feb 10, 2025 |
| Potential End Date | Feb 10, 2025 |

## $ Award Amounts



| | |
|---|---|
| Outlayed Amount | $240,007.49 |
| Obligated Amount | $4,499,965.00 |
| Current Award Amount | $4,499,965.00 |
| Potential Award Amount | $4,499,965.00 |

⊞ View Transaction History

## 💬 Description

THIS CONTRACT IS FOR ASSISTANCE TO PROVIDE EVALUATION TECHNICAL ASSISTANCE AND OTHER SUPPORTS TO MAXIMIZE THE STRENGTH OF THE EVALUATIONS FUNDED BY THE COHORT OF EDUCATION INNOVATION AND RESEARCH (EIR) GRANTEES...

read more

North American Industry Classification System (NAICS) Code 🗐

54 : Professional, Scientific, and Technical Services

5416: Management, Scientific, and Technical Consulting Services

**541611: Administrative Management and General Management Consulting Services**

**Product or Service Code (PSC)** 🗐

SERVICES

R: SUPPORT SVCS (PROF, ADMIN, MGMT)

R4: PROFESSIONAL SERVICES

**R499: SUPPORT- PROFESSIONAL: OTHER**

📊 **Contract Activity** ⓘ



 View transactions table

🌐 **Federal Accounts** ⚙



| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| COMMODITY CREDIT CORPORATION FUND, A... | $0 | 0% | (ED) DEPARTMENT OF EDUCATION |
| INNOVATION AND IMPROVEMENT, EDUCATIO... | $0 | 0% | (ED) DEPARTMENT OF EDUCATION |

NOTE: Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

## Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | N/A |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 2 |

⊞ View federal funding submissions

## ⟲ Award History

| Transaction History 3 | Sub-Awards 2 | Federal Account Funding 13 |
|---|---|---|

| Modification Number | Action Date | Amount | Action Type | Transaction Des |
|---|---|---|---|---|
| 0 | 12/23/2019 | $4,499,965 | -- | THIS CONTRACT PROVIDE EVALU/ |
| P00002 | 12/19/2024 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | EIR TA |
| P00003 | 02/10/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | EIR TA |

‹ 1 ›

1-3 of 3 results

# Exhibit 41



Video     Live     Shows ⌄     Shop          Log In     Stream on  hulu

# 'Your position is being abolished': Education Department staff get official reduction-in-force notices

The notices went out to over 1,300 Education Department employees on Thursday.

By **Arthur Jones II**
April 10, 2025, 8:47 PM





**Students protest Education Department closure in 'Hands Off Our Schools' rally**  Hundreds of students from some of the largest schools in the D.C. area will rally outside the Department of Education Friday to oppose the gutting of the agency.

Over 1,300 federal employees impacted by the Department of Education's March 11 reduction in force received their official separation notices Thursday, according to copies reviewed by ABC News.

"It is with great regret that I must inform you that your position is being abolished and you have been reached for reduction in force (RIF) action," the notices read, in part.



Secretary of Education Linda McMahon attends the signing of an executive order to shut down the Department of Education by U.S. President Donald Trump, during an event in the East Room at the White House in Washington, Mar. 20, 2025.

Chip Somodevilla/Getty Images

The RIF was one of the first major steps in massively reducing the Education Department after President Donald Trump signed an executive order directing Secretary of Education Linda McMahon to close the agency on March 20.

Both Trump and McMahon have suggested they will continue reducing the size of the agency and return education power and decisions to the states.

The president has said that the RIF'd employees either weren't showing up to work or they weren't good at their jobs. But the notices explained that the separation is not based on performance evaluations -- it is due to the "reduction in the number of positions" at the agency. The notices also said that employees have the right to appeal this reduction.

---

**MORE: Trump signs order gutting Department of Education while surrounded by kids** →

---

In addition, laying off people without going through the civil service protections is "illegal," according to NAACP Chief of Policy and Legislative Affairs Patrice Willoughby.

"What they're doing is illegal," Willoughby told ABC News. "They know it's illegal. It creates damage to people. They're damaging not only what they say is the deep state — really dedicated federal workers who are working professionally on behalf of education families and young people but they're also damaging these families and these kids in these communities, many of them who voted for this administration and the constituents of these senators and representatives, who are saying nothing about it."

The letter sent on Thursday is a required 60-day notice alerting federal employees of their final days, according to a source familiar with the matter. Until those 60 days are up, the affected employees are on paid administrative leave. On June 10, they will no longer be employed.

"ED appreciates the service you have rendered," the notice said, adding, "We deeply regret that this decision affects you, and we recognize the difficulty of the moment."

Last month the department announced that about half of its 4,000-plus employees were eliminated either through its reduction, voluntary separations or retirements. Dozens more probationary employees were let go -- and then rehired after a court order overturned the administration's terminations.

---

**MORE: 3 claims about the Department of Education and what it really does→**

---

Chief Human Capital Officer Jacqueline Clay sent the official email, with the subject line of Notice of Separation Due To Reduction In Force, between 3 and 4 p.m. ET along with associated documents, including information on employee benefits and severance pay.

The notices were sent in accordance with an executive order titled Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative, according to the copies reviewed by ABC News.

Over the past month, the impacted civil servants have cleaned out their offices – if they worked in person – and are no longer allowed in the Education Department's buildings.

They have no work responsibilities, and they do not have access to emails or systems and servers.

Civil servants who shared the notices with ABC News said the letters make the reduction feel "more real."

"It is sad for us but also the students who undoubtedly will be harmed by this," one employee who received the notice told ABC News.

Another department employee whose entire office was eliminated said that they feel numb.

"We knew it was coming but still unbelievable," they said, adding, "No explanations of why offices were abolished. My office was congressionally mandated and statutorily required. There are no answers."

## Related Topics

**Education**



# Exhibit 42

🇺🇸 An official website of the United States government
Here's how you know ∨

 **USA**SPENDING.gov    ≡

AWARD PROFILE
Contract Summary

## Delivery Order (DO)



**PIID**  91990024F0367
**Completed**

**Awarding Agency**

**Department of Education (ED)**

**Recipient**

**APPLIED ENTERPRISE MANAGEMENT CORPORATION**

13880 DULLES CORNER LN
STE 300
HERNDON, VA 20171-4687
UNITED STATES

Congressional District: VA-11

**Related Awards** ⓘ

Parent Award Unique Key

CONT_IDV_91990023D0008_9100

**Dates** ⓘ



| | |
|---|---|
| Start Date | Sep 01, 2024 |
| Current End Date | Feb 10, 2025 |
| Potential End Date | Feb 10, 2025 |

## $ Award Amounts



**$796,206**
Outlayed Amount

**$2.0 Million**
Obligated Amount

**$2.0 Million**
Current Award Amount

**$14.1 M**
Potential Award

| Outlayed Amount | |
|---|---|
| $796,205.91 | |
| Obligated Amount | |
| $2,038,435.51 | |
| Current Award Amount | |
| $2,038,435.51 | |
| Potential Award Amount | |
| $14,082,522.18 | |

⊞ View Transaction History

## 💬 Description

COMMON EDUCATION DATA STANDARDS SUPPORT SERVICES

**North American Industry Classification System (NAICS) Code** 🗐

54 : Professional, Scientific, and Technical Services

5416: Management, Scientific, and Technical Consulting Services

**541611: Administrative Management and General Management Consulting Services**

**Product or Service Code (PSC)**

SERVICES

B: SPECIAL STUDIES/ANALYSIS, NOT R&D

B5: SPECIAL STUDIES - NOT R and D

**B542: SPECIAL STUDIES/ANALYSIS- EDUCATIONAL**

## 📊 Contract Activity



🔲 View transactions table

## ◑ Federal Accounts



| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| INSTITUTE OF EDUCATION SCIENCES, DEP... | $2,038,436 | 100% | (ED) DEPARTMENT OF EDUCATION |
| COMMODITY CREDIT CORPORATION FUND, A... | $0 | 0% | (ED) DEPARTMENT OF EDUCATION |

**NOTE:** Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

## Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | $2,038,435.51 |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 2 |

⊞ View federal funding submissions

⟲ **Award History**

| Transaction History 2 | Sub-Awards 1 | Federal Account Funding 21 |
|---|---|---|

| Modification Number | Action Date | Amount | Action Type | Transaction |
|---|---|---|---|---|
| 0 | 08/27/2024 | $2,038,436 | -- | COMMON E SUPPORT S |
| P00001 | 02/10/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | CEDS SUPP |

‹ **1** ›

1-2 of 2 results

# Exhibit 43

 An official website of the United States government

Here's how you know ∨

 USASPENDING.gov

≡

AWARD PROFILE
## Contract Summary

## Definitive Contract


**PIID**  91990019C0002
**In Progress**
(3 years, 8 months remain)

Awarding Agency

### Department of Education (ED)

Recipient

### WESTAT, INC.

1600 RESEARCH BLVD
ROCKVILLE, MD 20850-3129
UNITED STATES
Congressional District: MD-08 ⓘ

Related Awards ⓘ

Parent Award Unique Key

N/A

Dates ⓘ


Today

| | |
|---|---|
| Start Date | Jan 04, 2019 |
| Current End Date | Jan 03, 2029 |
| Potential End Date | Jan 03, 2029 |

## $ Award Amounts



**$4.7 Million**
Outlayed Amount

**$57.5 Million**
Obligated Amount

**$80.6 Million**
Current Award Amount

**$106.0 Million**
Potential Award Amount

| | |
|---|---|
| Outlayed Amount<br>$4,692,288.62 | |
| Obligated Amount<br>$57,549,829.00 | |
| Current Award Amount<br>$80,578,067.00 | |
| Potential Award Amount<br>$105,979,407.00 | |

⊞ View Transaction History

## 💬 Description

THE DESIGN AND CONDUCT OF THE EARLY CHILDHOOD LONGITUDINAL STUDY, KINDERGARTEN CLASS OF 2022 THROUGH 2023 PROVIDES IMPORTANT INFORMATION ON EARLY LEARNING AND DEVELOPMENT, PRESCHOOL, EARLY CARE AND EDUCATION EX...

read more

**North American Industry Classification System (NAICS) Code** 🗗

54 : Professional, Scientific, and Technical Services

5417: Scientific Research and Development Services

AERA-0397

**541720: Research and Development in the Social Sciences and Humanities**

**Product or Service Code (PSC)** 

SERVICES

B: SPECIAL STUDIES/ANALYSIS, NOT R&D

B5: SPECIAL STUDIES - NOT R and D

**B542: SPECIAL STUDIES/ANALYSIS- EDUCATIONAL**

### 📊 Contract Activity



⊞ View transactions table

### 🌐 Federal Accounts



**Chart Not Available**

No available data to display.

**NOTE:** Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

### Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | N/A |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 2 |

⊞ View federal funding submissions

## ⟲ Award History

| Transaction History 14 | Sub-Awards 0 | Federal Account Funding 17 |
|---|---|---|

| Modification Number ▲ | Action Date ⇅ | Amount ⇅ | Action Type ⇅ | Transaction Descripti |
|---|---|---|---|---|
| 0 | 01/04/2019 | $2,253,740 | -- | THE DESIGN AND CON CHILDHOOD LONG... |
| P00001 | 07/19/2019 | $51,713 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | THE DESIGN AND CON CHILDHOOD LONG... |
| P00003 | 10/31/2019 | $2,829,487 | G: EXERCISE AN OPTION | THE DESIGN AND CON CHILDHOOD LONG... |
| P00006 | 12/09/2020 | $7,532,625 | C: FUNDING ONLY ACTION | DESIGN AND CONDUC CHILDHOOD LONGITU |
| P00007 | 07/30/2021 | $17,332 | D: CHANGE ORDER | DESIGN AND CONDUC CHILDHOOD LONGITU |

| Modification Number | Action Date | Amount | Action Type | Transaction Descripti |
|---|---|---|---|---|
| P00008 | 11/03/2021 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | EO14042 AND OTHER TO THE CONTR... read |
| P00009 | 12/22/2021 | $2,839,921 | G: EXERCISE AN OPTION | EXERCISE AND FULLY 15, 21C, AN... read mo |
| P00010 | 08/16/2022 | $0 | D: CHANGE ORDER | VISION TESTING |
| P00011 | 12/14/2022 | $12,897,634 | C: FUNDING ONLY ACTION | THE PURPOSE OF THI HEARING AN... read m |
| P00012 | 10/26/2023 | $11,436,485 | C: FUNDING ONLY ACTION | DATA COLLECTION FO |



1-10 of 14 results

---

## Additional Information

Expand All

🔍 Unique Award Key ❯

🏛 Agency Details ❯

🕸 Parent Award Details ❯

📍 Place Of Performance ❯

📅 Period Of Performance ❯

✏️ Legislative Mandates ❯

🗄 Recipient Details ❯

🏷 Acquisition Details ❯

# Exhibit 44



# Exhibit 45



Fact Sheet: President Donald J. Trump Empowers Parents, States, and Communities to Improve Education Outcomes

The White House

March 20, 2025

**RETURNING EDUCATION TO PARENTS AND COMMUNITIES**: Today, President Donald J. Trump signed an Executive Order returning power over education to families instead of bureaucracies.

- The Executive Order directs the Secretary of Education to take all necessary steps to facilitate the closure of the Department of Education and return education authority to the States, while continuing to ensure the effective and uninterrupted delivery of services, programs, and benefits on which Americans rely.

- The Order also directs that programs or activities receiving any remaining Department of Education funds will not advance DEI or gender ideology.

**DISMANTLING BUREAUCRACY AND EMPOWERING FAMILIES**: Federal government control of education has failed students, parents, and teachers.

- Since its relatively recent inception in 1979, the Department of Education, which does not directly educate students, has spent over $3 trillion without improving student achievement as measured by standardized National Assessment of Educational Progress (NAEP) scores.
  - Federal taxpayers spent around $200 billion in additional education funding during COVID-19, which, given the substantial learning loss that resulted, typifies the ineffectiveness of the current federally driven model.

- Mathematics and reading scores are down in public schools, despite per-pupil spending having increased by more than 245% since the 1970s, indicating that more spending does not mean better education.
  - 13-year-olds' mathematics scores are the lowest they have been in decades.
  - 13-year-olds' reading scores are the lowest since testing began over 30 years ago.
  - Low-performing students are falling further behind.

- ○ In 2023, 13 Baltimore, Maryland, high schools had zero students who tested proficient in mathematics.

- The Department of Education burdens schools with regulations and paperwork.
  - ○ Its "Dear Colleague" letters have forced schools to redirect resources toward complying with ideological initiatives, which diverts staff time and attention away from schools' primary role of teaching.
  - ○ Biden's Department of Education added rules that imposed nearly $3.9 billion in costs and 4,239,530 paperwork hours.

- Taxpayers will no longer be burdened with tens of billions of dollars wasted on progressive social experiments and obsolete programs.
  - ○ Under the Biden Administration, the Department of Education wasted more than $1 billion in grants focused on entrenching radical ideologies in education.
  - ○ Biden's Department of Education rewrote Title IX rules to expand the definition of "sex" discrimination to include "gender identity."
  - ○ The Trump Administration recently canceled $226 million in grants under the Comprehensive Centers Program that forced radical agendas onto states and systems, including race-based discrimination and gender identity ideology.

**FULFILLING PROMISES TO PARENTS AND STUDENTS**: President Trump has outlined a bold vision for America's schools and returning education back to the states.

- During his campaign, President Trump said "I will close the Department of Education and move education back to the states where it belongs."

- While speaking on parental rights in education, President Trump spoke of a dramatic rethinking of schools: "I want every parent in America to be empowered to send their child to public, private, charter, or faith-based school of their choice. The time for universal school choice has come. As we return education to the states, I will use every power I have to give parents this right."

- Since returning to office, President Trump has already signed an Executive Order to expand educational freedom and opportunity for families, recognizing our government-assigned education system has failed millions of parents, students, and teachers.

# Exhibit 46

An official website of the United States government   Here's how you know

U.S. Department of Education

HOME  /  ABOUT US  /  NEWSROOM  /  PRESS RELEASES

PRESS RELEASE

# Statement on President Trump's Executive Order to Return Power Over Education to States and Local Communities

MARCH 20, 2025

Secretary of Education Linda McMahon released the following statement following President Trump's Executive Order to return education to the states:

"Today's Executive Order is a history-making action by President Trump to free future generations of American students and forge opportunities for their success. We are sending education back to the states where it so rightly belongs.

"Education is fundamentally a state responsibility. Instead of filtering resources through layers of federal red tape, we will empower states to take charge and advocate for and implement what is best for students, families, and educators in their communities.

"Closing the Department does not mean cutting off funds from those who depend on them—we will continue to support K-12 students, students with special needs, college student borrowers, and others who rely on essential programs. We're going to follow the law and eliminate the bureaucracy responsibly by working through Congress to ensure a lawful and orderly transition.

"With today's action, we take a significant step forward to give parents and states control over their children's education. Teachers will be unshackled from burdensome regulations and paperwork, empowering them to get back to teaching basic subjects. Taxpayers will no longer be burdened with tens of billions of dollars of waste on progressive social experiments and obsolete programs. K-12 and college students will be relieved of the drudgery caused by administrative burdens—and positioned to achieve success in a future career they love."

---

**CONTACT**

Press Office  |  press@ed.gov  |  (202) 401-1576  |  Office of Communications and Outreach (OCO)

---

**Office of Communications and Outreach (OCO)**

Page Last Reviewed: March 20, 2025

# Exhibit 47




MY PLAYLIST

 **WAMU** 88.5

DONATE

**EDUCATION**

# DOGE abruptly cut a program for teens with disabilities. This student is 'devastated'

APRIL 14, 2025 · 5:00 AM ET

Cory Turner



Logan, 17 and a junior at Newton South High School, stands in his room in Newton, Mass. Logan was part of a program called Charting My Path, which helps students with disabilities prepare for life after high school. The Trump administration cancelled the program in February.
*Cassandra Klos for NPR*

If you visit the website for Elon Musk's Department of Government Efficiency (DOGE), you'll find a "Wall of Receipts" listing more than 7,000 federal contracts it has terminated.

Little detail is provided, besides the "savings" from each cancellation, and it's hard to determine the cost or collateral damage of all these cuts. But for some families, there *has* been a cost.

One of these programs, cancelled on Feb. 10, was called Charting My Path for Future Success. It was a research-based effort to help students with disabilities make the sometimes difficult transition from high school into college or the world of work and self-sufficiency.



**EDUCATION**
**Trump says Education Department will no longer oversee student loans, 'special needs'**

For just three weeks, beginning in January, some 1,600 high school juniors were enrolled in the program in 13 school districts across the country, including in Virginia, Arizona and Georgia.

A U.S. Education Department spokesperson, Madi Biedermann, told NPR in a statement that Charting My Path was a research project "with questionable

implementation" and that too much of the program's $43 million cost, by DOGE's accounting, was going to contractors, not kids.

But some of the people closest to the program – families, educators and researchers – say Charting My Path could have helped millions of vulnerable teens.

Jessie Damroth was grateful her 17-year-old son's school district, in Newton, Mass., was helping to pilot the program, until she learned it had been abruptly stopped.

"I cried all day," she says.



Logan sits with his mother, Jessie Damroth, during a telehealth appointment with one of his many medical specialists. Logan suffers from a cluster of conditions, including autism, anxiety, ADHD and hypersomnia, which can leave him feeling exhausted even after a long night's sleep.

*Cassandra Klos for NPR*

### With the right supports, "the sky's the limit"

Damroth's son, Logan, is a junior at Newton South High School. He's tall, broad-shouldered and drinks his morning coffee from a hefty, powder blue mug emblazoned with the word "Imagination" and a favorite face from his childhood: SpongeBob SquarePants.



**EDUCATION**

**The Education Department is being cut in half. Here's what's being lost**

Logan asked that we only use his first name, so that he could speak freely about his experience and his disabilities.

In school, Logan says he loves physics, a course he took as a freshman.

"It just felt fun. I liked the problems. They always interested me," he says. "I just like the idea of physics and quantum physics."

Outside of school, he likes to shoot hoops or play games on a PC he built. The computer's black metal case sits open on his desk, revealing a nest of wires and whirring fans lit an eerie green.

Logan says he wants to go to college and study physics or genetics. Genetics, because Logan, his younger sister and mother all suffer from a host of disorders caused by a rare variation in their TANC2 gene. Those disorders include autism, anxiety, ADHD, debilitating headaches and hypersomnia, which causes Logan to feel sleepy during the day even after a full night's rest.



A framed photograph of Logan and his sister, Ayden, sits on a table in the entry of the family's home in Newton, Mass.
*Cassandra Klos for NPR*

"I want to help myself and people like me," Logan says.

But preparing for that future, without extra help, was going to be a challenge. Logan sometimes misses school to attend hard-to-schedule appointments with medical specialists. And when he is in class, he can get so exhausted that he sometimes falls asleep.

"[Logan] is fully capable of having a wonderful career, a family if he wants. The sky's the limit," says Damroth, adding, "*if* he has the right supports.*"

So when Damroth heard about a new research study, called Charting My Path, that offered a host of intensive supports, she quickly enrolled her son. Not long into the program, something began to change in Logan, she says.

He got more excited about school – and the future.

## Students led, teachers followed

For students with disabilities, leaving high school can feel like stepping off a cliff, says John Curley, a special educator at Logan's high school who worked on Charting My Path.



EDUCATION

**How the Education Department helps students with disabilities get an education**

"We try so hard, as best we can, to build a parachute for individuals and families so that it's a little bit of a more graceful fall," Curley says. "That's what I loved about [Charting My Path].*"

America's high schools are required by federal law to provide transition planning to students with disabilities who are preparing to graduate. This includes working with school staff to help a student explore and plan for college, career and independence.



Logan sits in his room in his family's home in Newton, Mass. An avid gamer, he built the PC on the desk behind him. Logan asked that we only use his first name, so that he could speak freely about his experience and his disabilities.
*Cassandra Klos for NPR*

Karrie Shogren, a researcher behind Charting My Path and a professor of special education at the University of Kansas, says schools are still hungry to know, when it comes to transition planning, "what works *best*" and gives students, schools and taxpayers the biggest return on investment.

That was the goal of Charting My Path. As part of the study, 1,600 high school juniors with disabilities were divided into three groups.

A control group simply received the districts' pre-existing transition supports – the basic help required by federal law.

The second group received those basic supports *plus* they attended a Charting My Path class with its own research-based curriculum a few times a week.

There, they talked about their interests and ambitions and worked in small groups on goal-setting with a specially-trained instructor who would also check in occasionally with students' families. The federal contract paid for these extra staff.



**EDUCATION**

**How the Education Department cuts could hurt low-income and rural schools**

John Curley, the special educator in Newton, says the message of Charting My Path really appealed to students. Usually, in school, it's teachers telling teens what to do, he says; in Charting My Path, students led, the adults followed.

The third group received the most support: All of the services of the first and second groups as well as one-on-one mentoring for the remainder of their junior *and* senior years, plus even more frequent family check-ins. Logan was in this group.

What's more, while the services would last until graduation, the Charting My Path study would have collected data until at least 2028, to see if the interventions had

a lasting impact.

### Stepping stones to post-school independence

Charting My Path was built on research that shows students with disabilities who get quality transition services "are more likely to be employed after high school. They're more likely to be enrolled in post-secondary education, and they're more likely to identify that they have a higher quality of life," says Catherine Fowler, a special education researcher at the University of North Carolina at Charlotte who has been involved with Charting My Path since 2019, when the contract began.

At the heart of Charting My Path was one of the most promising, underlined research-based services: building students' self-determination skills by working with them to set goals, then helping create concrete plans to achieve them.



A scheduling card for medical appointments appears among vacation magnets on Logan's family fridge.
*Cassandra Klos for NPR*

A PowerPoint presentation created by one of the Charting My Path districts after the program's termination (and shared with NPR) shows the striking range of student goals.

"I will get my application and documents submitted for welding school," one student pledged.

Another: "To become a chef and work on a food truck with Dad."

For students with more severe disabilities, some goals may seem less ambitious – like learning to "wash, dry and fold my laundry" or use "the microwave with help from my teacher to make frozen chicken nuggets" – but are still stepping stones on the path to post-school independence.

### "I had never seen my high schooler so interested in her future"

Though the federal contract of Charting My Path began back in 2019, its rollout to students was delayed by the COVID-19 pandemic and didn't happen until mid-January of this year. That's when Logan began meeting multiple times a week with his Charting My Path teacher/mentor. "A kind dude," Logan says.



**EDUCATION**

**A guide to what the U.S. Education Department does (and doesn't) do**

During those first few classes, Logan says, Charting My Path was "helping me with what I wanted to do later in my life. They were helping me find what degree I personally wanted. And we were going to tour some colleges eventually."

Logan told his teacher about his interest in physics and genetics, and they talked about eventually exploring which colleges might allow him to pursue those interests while also accommodating his disabilities.

John Curley, the transition specialist at Logan's high school, says the years of work and research that went into Charting My Path led to "some of the best materials I've seen in my years of doing this work, and I thought it was a no-brainer for our school and our students and families."

It's impossible to assess the program's effectiveness based on those early weeks. But, after just a few sessions, Logan's mom, Jessie Damroth, was impressed enough by what she saw that she wrote Logan's instructor/mentor a quick email, thanking him.

"Logan was just so excited," Damroth remembers. "I picked him up [from school], and he was talking about maybe he'd be a professor. Maybe he could teach… And that is a light in this kid's eyes that I hadn't seen."



Jessie Damroth poses for a family photo with her daughter Ayden, her son Logan and Logan's dog, Miller. The family adopted Miller to help Logan, and Damroth often calls the cocker spaniel her "chubby cherub."

*Cassandra Klos for NPR*

Another Newton parent, Janelle Phillips, says her daughter, Emily, "was so very excited and motivated about [Charting My Path]."

Phillips says Emily, like Logan, had only been getting services for a few weeks when the program was stopped but "it was amazing, and I had never seen my high schooler so interested in her future."

Curley saw the same.

"I was really overwhelmed with how quickly students responded to these interventions and how devastated they were when it was abruptly taken away."

Logan used the same word, "devastated," to describe how he felt. "It hurt a lot because that was the support I needed and now it's just gone."

After years of researchers and educators developing Charting My Path – and just three weeks after students like Logan began the process – DOGE terminated the study on Feb. 10.

Damroth shared an email with NPR that Logan's teacher sent his students soon after the program was shut down:

"I was inspired by your goals and dreams. I want you to know that I believe in you and hope that even if we are not meeting as a class, that you continue to work on achieving your dreams."

Logan's district, Newton Public Schools, declined to participate in this story.

Damroth has been public about her grief and anger, posting on social media and giving interviews. She tells NPR, "To have that door opened, it's really hard to all of a sudden slam it and that's it. There is no transition time. There's no closure for those kids."



Logan works on his geometry homework before a home-based tutoring session.
*Cassandra Klos for NPR*

### Calculating the loss

From the start, DOGE's mandate has been to root out waste, fraud and abuse in government spending. In a March interview, Musk said "the sheer amount of waste and fraud in the government, it is astonishing — it's mind blowing."

In a statement to NPR, Education Department spokesperson Madi Biedermann said Charting My Path was cancelled after a review found that "over 50% of the contract was going to vendor overhead" and revealed "a questionable $600,000 payment for the main contractor to provide consulting services to a low performing subcontractor."

The primary vendor on the Charting My Path contract – the American Institutes for Research (AIR), a nonpartisan, nonprofit research group – said in a statement to NPR that, prior to the Feb. 10 termination, "the Department of Education repeatedly affirmed to the AIR team that we were doing an excellent job implementing the study under this contract."

As for the department's contention that federal dollars were being wasted, AIR added: "The rates that AIR charged in this contract—including overhead costs—were negotiated in advance with the Department of Education and AIR fully adhered to those rates."

While the department insists the program was cancelled after a review, it did not respond to a request to share that review with NPR.



**EDUCATION**

**Trump administration targets Education Department research arm in latest cuts**

The official termination record posted on the DOGE site is dated just three weeks after Donald Trump's inauguration. And on that same day, Feb. 10, DOGE cancelled not just Charting My Path but 88 other Education Department contracts, gutting the department's research division.

There's also disagreement about just how much money was saved by cancelling the program.

According to DOGE's "Wall of Receipts," the Charting My Path contract was worth about $43 million and only about $5 million had been spent, creating a "savings" of roughly $38 million.

But those closest to Charting My Path, who would not speak publicly for fear of retribution, say the total contract value was over $45 million and that nearly $20 million – not $5 million – had been spent on research, instructor salaries and more *before* the contract was terminated.

The Trump administration did not respond to a request to explain its accounting.

Researchers and educators will never know how effective Charting My Path might have been.

Based on the early results he saw in Newton, John Curley says he was hopeful and calls the decision to cut Charting My Path "a huge mistake. I think investing in students with disabilities is investing in all of us because they're part of our community, right? They're our brothers and sisters, our kids, our neighbors, our coworkers."



Logan heads to school, sometimes by bus and sometimes driven by his mother.
*Cassandra Klos for NPR*

Logan doesn't like to talk about the program's sudden end, because he still doesn't understand why it was cut. Since the program closed, he hasn't seen his instructor/mentor, who was moved to a different school so the district could take on his salary and continue his employment in a different role.

"I feel angry," Logan says. "But I've also seen people who need this more than me be affected worse, and it's just heartbreaking to see."

The PowerPoint shared with NPR highlights one such story.

In it, a Charting My Path teacher wrote, "A student with autism found it very difficult to express his opinions and personal thoughts. Often he said, 'I just don't want [to] tell you personal things' and would show frustration."

But when the program was cancelled and the teacher asked the student if he was glad he wouldn't have to participate anymore, the student said, "No, I was learning things."

trump's presidential transition    doge    u.s. education department    students with disabilities    special education

# Exhibit 48



🇺🇸 An official website of the United States government
Here's how you know ⌄

**USA**SPENDING.gov                                                          ☰

AWARD PROFILE
Contract Summary

**Definitive Contract**

**PIID** 91990019C0078
**Completed**

**Awarding Agency**

**Department of Education (ED)**

**Recipient**

**AMERICAN INSTITUTES FOR RESEARCH IN THE BEHAVIORAL SCIENCES**
1000 THOMAS JEFFERSON ST N W
WASHINGTON, DC 20007-3835
UNITED STATES
Congressional District: DC-98

**Related Awards** ⓘ

Parent Award Unique Key
N/A

**Dates** ⓘ



Today

Start Date                                                                    Sep 27, 2019
Current End Date                                                              Feb 10, 2025
Potential End Date                                                            Sep 15, 2027

**$ Award Amounts**







| | |
|---|---|
| Outlayed Amount | $2,059,772.39 |
| Obligated Amount | $31,796,544.68 |
| Current Award Amount | $31,796,544.68 |
| Potential Award Amount | $54,271,412.00 |

⊞ View Transaction History

💬 **Description**

THIS CONTRACT IS TO CONDUCT AN IMPLEMENTATION AND IMPACT EVALUATION STUDY OF TRANSITION SERVICES FOR STUDENTS WITH DISABILITIES, SPECIFICALLY THEIR EFFECTS ON IMPROVING POST-HIGH SCHOOL OUTCOMES.

**North American Industry Classification System (NAICS) Code** 📄

54 : Professional, Scientific, and Technical Services

   5417: Scientific Research and Development Services

      **541720: Research and Development in the Social Sciences and Humanities**

**Product or Service Code (PSC)** 📄

SERVICES

   R: SUPPORT SVCS (PROF, ADMIN, MGMT)

      R4: PROFESSIONAL SERVICES

         **R410: SUPPORT- PROFESSIONAL: PROGRAM EVALUATION/REVIEW/DEVELOPMENT**

## Contract Activity



View transactions table

## Federal Accounts

### Chart Not Available

No available data to display.

**NOTE:** Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

**Summary of All Federal Accounts used by this Award**

| | |
|---|---|
| Total Funding Obligated | N/A |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 2 |

⊞ View federal funding submissions

🕒 Award History

| Transaction History 9 | Sub-Awards 2 | Federal Account Funding 15 |

| Modification Number | Action Date | Amount | Action Type | Transaction Description |
|---|---|---|---|---|
| 0 | 09/27/2019 | $1,180,475 | -- | THIS CONTRACT IS TO CONDUC IMPLEMENTATION AND... read |
| P00001 | 03/10/2021 | $346,073 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | THIS CONTRACT IS TO CONDUC IMPLEMENTATION AND ... read |
| P00002 | 05/18/2021 | $3,292,656 | G: EXERCISE AN OPTION | THIS CONTRACT IS TO CONDUC IMPLEMENTATION AND ... read |
| P00003 | 11/01/2021 | $0 | M: OTHER ADMINISTRATIVE ACTION | EO14042 THIS CONTRACT IS TC IMPLEMENTAT... read more |
| P00005 | 09/22/2022 | $6,007,166 | A: ADDITIONAL WORK (NEW AGREEMENT, JUSTIFICATION R... read more | THIS CONTRACT IS TO CONDUC IMPLEMENTATION AND ... read |
| P00006 | 08/21/2023 | $5,034,666 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | MODIFICATION TO EXTEND OPT AND ADD FUND... read more |
| P00007 | 09/16/2024 | $7,114,235 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | MODIFICATION TO EXTEND OPT AND ADD FUND... read more |
| P00008 | 12/10/2024 | $8,821,274 | G: EXERCISE AN OPTION | EXERCISE OPTION PERIOD 2A J 2025 - APRIL... read more |
| P00009 | 02/10/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | EXERCISE OPTION PERIOD 2A J 2025 - APRIL... read more |

‹ 1 ›

1-9 of 9 results

# Exhibit 49

An official website of the United States government
Here's how you know ∨

**USA**SPENDING.gov                                              ≡

AWARD PROFILE
Contract Summary

**Definitive Contract**

**PIID** 91990022C0017
**Completed**

**Awarding Agency**

**Department of Education (ED)**

**Recipient**

**RESEARCH TRIANGLE INSTITUTE**

3040 E CORNWALLIS RD
RESEARCH TRIANGLE PARK, NC 27709-0155
UNITED STATES
Congressional District: NC-04

**Related Awards**

Parent Award Unique Key

N/A

**Dates**

| | |
|---|---|
| Start Date | Feb 14, 2022 |
| Current End Date | Feb 10, 2025 |
| Potential End Date | Feb 10, 2025 |

**$ Award Amounts**



| Outlayed Amount | |
| --- | --- |
| $3,987,053.16 | |
| Obligated Amount | |
| $20,205,550.20 | |
| Current Award Amount | |
| $20,205,550.20 | |
| Potential Award Amount | |
| $75,004,450.20 | |

 View Transaction History

💬 **Description**                                                                    ⓘ

2023-24 NATIONAL POSTSECONDARY STUDENT AID STUDY (NPSAS: 2024) & POSTSECONDARY LONGITUDINAL STUDIES. NPSAS IS A CROSS-SECTIONAL STUDY THAT PROVIDES INFO ABOUT THE COSTS OF POSTSECONDARY EDUCATION AND HOW STUDEN...

read more

**North American Industry Classification System (NAICS) Code** 🗐

54 : Professional, Scientific, and Technical Services

5417: Scientific Research and Development Services

**541720: Research and Development in the Social Sciences and Humanities**

**Product or Service Code (PSC)** 🗐

SERVICES

B: SPECIAL STUDIES/ANALYSIS, NOT R&D

B5: SPECIAL STUDIES - NOT R and D

| | | B542: SPECIAL STUDIES/ANALYSIS- EDUCATIONAL

## 📈 Contract Activity



⊞ View transactions table

## 🥧 Federal Accounts



| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| COMMODITY CREDIT CORPORATION FUND, A... | $0 | 0% | (ED) DEPARTMENT OF EDUCATION |
| INSTITUTE OF EDUCATION SCIENCES, DEP... | -$10,156,110 | N/A | (ED) DEPARTMENT OF EDUCATION |

**NOTE:** Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

Summary of All Federal Accounts used by this Award

| Total Funding Obligated | -$10,156,109.80 |
|---|---|
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 2 |

⊞ View federal funding submissions

🕓 **Award History**

| Transaction History 11 | Sub-Awards 18 | Federal Account Funding 31 |
|---|---|---|

| Modification Number | Action Date | Amount | Action Type | Transaction Description |
|---|---|---|---|---|
| 0 | 02/15/2022 | $3,946,080 | -- | 2023-24 NATIONAL POSTSE STUDENT AID STUDY (... rea |
| P00001 | 02/25/2022 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | POP CLARIFICATION AND A FUNDING CHART |
| P00002 | 07/06/2022 | $0 | M: OTHER ADMINISTRATIVE ACTION | TO EXTEND THE PERIOD OF BY THREE MONTH... read m |
| P00004 | 12/20/2022 | $7,497,891 | C: FUNDING ONLY ACTION | 2023-24 NATIONAL POSTSE STUDENT AID STUDY (... rea |
| P00005 | 06/12/2023 | $177,907 | C: FUNDING ONLY ACTION | THE NATIONAL POSTSECON AID STUDY (NPSA... read mo |
| P00006 | 01/02/2024 | $15,299,535 | C: FUNDING ONLY ACTION | 2023-24 NATIONAL POSTSE STUDENT AID STUDY (... rea |
| P00007 | 03/29/2024 | $0 | M: OTHER ADMINISTRATIVE ACTION | 2023-24 NATIONAL POSTSE STUDENT AID STUDY (... rea |
| P00008 | 12/17/2024 | $6,180,905 | G: EXERCISE AN OPTION | 2024 NATIONAL POSTSECO AID STUDY (NPS... read mor |
| P00009 | 01/30/2025 | -$2,740,658 | D: CHANGE ORDER | 2024 NATIONAL POSTSECO AID STUDY (NPS... read mor |
| P00010 | 02/10/2025 | $0 | F: TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | 2024 NATIONAL POSTSECO AID STUDY (NPS... read mor |

‹ | **1** | 2 | ›

1-10 of 11 results

# Exhibit 50

AERA-0429

An official website of the United States government
Here's how you know ⌄

**USA**SPENDING.gov                                    ☰

AWARD PROFILE
Contract Summary



**Delivery Order (DO)**

PIID  91990019F0025
**In Progress**
(1 year, 2 months remain)

**Awarding Agency**

**Department of Education (ED)**

**Recipient**

**WESTAT, INC.**

1600 RESEARCH BLVD
ROCKVILLE, MD 20850-3129
UNITED STATES
Congressional District: MD-08  ⓘ

**Related Awards** ⓘ

Parent Award Unique Key

CONT_IDV_GS00Q14OADU223_4732

**Dates** ⓘ



Today

Start Date                                          Jun 27, 2019
Current End Date                                    Jun 26, 2026
Potential End Date                                  Jun 26, 2026

**$ Award Amounts**                                      ◁





| | |
|---|---|
| Outlayed Amount | |
| $2,167,088.11 | |
| Obligated Amount | |
| $41,995,167.38 | |
| Current Award Amount | |
| $42,112,015.00 | |
| Potential Award Amount | |
| $67,616,195.00 | |

⊞ View Transaction History

💬 **Description**                                                                                              ⓘ

FIRST INTERNATIONAL STUDIES CONSOLIDATED NATIONAL CONTRACT PROGRAM FOR INTERNATIONAL STUDENT ASSESSMENT (PISA), PROGRESS IN INTERNATIONAL READING STUDY (PIRLS), AND PROGRAM FOR THE INTERNATIONAL ASSESSMENT OF ...

read more

**North American Industry Classification System (NAICS) Code** 🏷

54 : Professional, Scientific, and Technical Services

   5412: Accounting, Tax Preparation, Bookkeeping, and Payroll Services

      **541219: Other Accounting Services**

**Product or Service Code (PSC)** 🏷

SERVICES

   B: SPECIAL STUDIES/ANALYSIS, NOT R&D

      B5: SPECIAL STUDIES - NOT R and D

         **B542: SPECIAL STUDIES/ANALYSIS- EDUCATIONAL**

## 📊 Contract Activity ⓘ



View transactions table

## ◕ Federal Accounts ⓘ

**Chart Not Available**

No available data to display.

**NOTE:** Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

**Summary of All Federal Accounts used by this Award**

| | |
|---|---|
| Total Funding Obligated | N/A |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 3 |

⊞ View federal funding submissions

⟳ Award History

| Transaction History 24 | Sub-Awards 0 | Federal Account Funding 16 |
|---|---|---|

| Modification Number | Action Date | Amount | Action Type | Transaction Description |
|---|---|---|---|---|
| 0 | 06/27/2019 | $3,336,209 | -- | FIRST INTERNATIONAL STUDIES CONSOLIDATED NATIONAL ... read r |
| P00001 | 08/21/2019 | $0 | M: OTHER ADMINISTRATIVE ACTION | FIRST INTERNATIONAL STUDIES CONSOLIDATED NATIONAL ... read r |
| P00003 | 02/25/2020 | $6,894,344 | C: FUNDING ONLY ACTION | CONSOLIDATED INTERNATIONAL ST INCREMENTAL FUN... read more |
| P00006 | 03/18/2021 | $0 | M: OTHER ADMINISTRATIVE ACTION | NCES HAS A REQUIREMENT TO PAR IN AND GATHE... read more |
| P00007 | 03/18/2021 | $207,887 | G: EXERCISE AN OPTION | FUNDING TO SUPPORT PIAAC EXTE REVIEWS |
| P00008 | 04/12/2021 | $0 | M: OTHER ADMINISTRATIVE ACTION | FIRST INTERNATIONAL STUDIES CONSOLIDATED NATIONAL ... read r |
| P00009 | 05/06/2021 | -$207,887 | C: FUNDING ONLY ACTION | NCES HAS A REQUIREMENT TO PAR IN AND GATHE... read more |
| P00010 | 05/14/2021 | $207,887 | C: FUNDING ONLY ACTION | NCES HAS A REQUIREMENT TO PAR IN AND GATHE... read more |
| P00011 | 06/10/2021 | $8,472,916 | C: FUNDING ONLY ACTION | FIRST INTERNATIONAL STUDIES CONSOLIDATED NATIONAL ... read r |
| P00012 | 06/24/2021 | $0 | M: OTHER ADMINISTRATIVE ACTION | FIRST INTERNATIONAL STUDIES CONSOLIDATED NATIONAL ... read r |

⟨ | 1 | 2 | 3 | ⟩

1-10 of 24 results

ℹ Additional Information

# Exhibit 51

*The* WHITE HOUSE

PRESIDENTIAL ACTIONS

ADVANCING ARTIFICIAL INTELLIGENCE EDUCATION FOR AMERICAN YOUTH

Executive Orders

April 23, 2025

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

Section 1. Background. Artificial intelligence (AI) is rapidly transforming the modern world, driving innovation across industries, enhancing productivity, and reshaping the way we live and work. To ensure the United States remains a global leader in this technological revolution, we must provide our Nation's youth with opportunities to cultivate the skills and understanding necessary to use and create the next generation of AI technology. By fostering AI competency, we will equip our students with the foundational knowledge and skills necessary to adapt to and thrive in an increasingly digital society. Early learning and exposure to AI concepts not only demystifies this powerful technology but also sparks curiosity and creativity, preparing students to become active and responsible participants in the workforce of the future and nurturing the next generation of American AI innovators to propel our Nation to new heights of scientific and economic achievement.

To achieve this vision, we must also invest in our educators and equip them with the tools and knowledge to not only train students about AI, but also to utilize AI in their classrooms to improve educational outcomes. Professional development programs focused on AI education will empower educators to confidently guide students through this complex and evolving field. Educators, industry leaders, and employers who rely on an AI-skilled workforce should partner to create educational programs that equip students with essential AI skills and competencies across all learning pathways. While AI education in kindergarten through twelfth grade (K-12) is critical, our Nation must also make resources available for lifelong learners to develop new skills for a changing workforce. By establishing a strong framework that integrates early student exposure with comprehensive teacher training and other resources for workforce development, we can ensure that every American has the

opportunity to learn about AI from the earliest stages of their educational journey through postsecondary education, fostering a culture of innovation and critical thinking that will solidify our Nation's leadership in the AI-driven future.

Sec. 2. Policy. It is the policy of the United States to promote AI literacy and proficiency among Americans by promoting the appropriate integration of AI into education, providing comprehensive AI training for educators, and fostering early exposure to AI concepts and technology to develop an AI-ready workforce and the next generation of American AI innovators.

Sec. 3. Definition. For the purposes of this order, "artificial intelligence" or "AI" has the meaning set forth in 15 U.S.C. 9401(3).

Sec. 4. Establishing an Artificial Intelligence Education Task Force. (a) There is hereby established the White House Task Force on Artificial Intelligence Education (Task Force).

(b) The Director of the Office of Science and Technology Policy shall be the Chair of the Task Force.

(c) The Task Force membership shall consist of the following members:

(i)    the Secretary of Agriculture;

(ii)   the Secretary of Labor;

(iii)  the Secretary of Energy;

(iv)   the Secretary of Education;

(v)    the Director of the National Science Foundation (NSF);

(vi)   the Assistant to the President for Domestic Policy;

(vii)  the Special Advisor for AI & Crypto;

(viii) the Assistant to the President for Policy; and

(ix)   the heads of other such executive departments and agencies (agencies) and offices that the Chair may designate or invite to participate.

(d) The Task Force shall be responsible for implementing the policy stated in section 2 of this order and coordinating Federal efforts related to AI education, including the actions outlined in this order.

Sec. 5. Establishing the Presidential Artificial Intelligence Challenge. (a) Within 90 days of the date of this order, the Task Force shall establish plans for a Presidential Artificial Intelligence Challenge (Challenge), and the agencies represented on the Task Force shall, as appropriate and consistent with applicable law, implement the plans by holding the Challenge no later than 12 months from the submission of the plan. The Challenge shall encourage and highlight student and educator achievements in AI, promote wide geographic adoption of technological advancement, and foster collaboration between government, academia, philanthropy, and industry to address national challenges with AI solutions.

(b) The Challenge shall feature multiple age categories, distinct geographic regions for competition, and a variety of topical themes of competition to reflect the breadth of AI

applications, encouraging interdisciplinary exploration.

(c)  The Task Force and, as appropriate, agencies represented on the Task Force shall collaborate with relevant agencies and private sector entities to provide technical expertise, resources, and promotional support for implementing the Challenge, including through existing funding vehicles.

Sec. 6.  Improving Education Through Artificial Intelligence.  (a)  To provide resources for K–12 AI education, agencies represented on the Task Force shall seek to establish public–private partnerships with leading AI industry organizations, academic institutions, nonprofit entities, and other organizations with expertise in AI and computer science education to collaboratively develop online resources focused on teaching K–12 students foundational AI literacy and critical thinking skills.  The Task Force shall promptly announce such public–private partnerships on a rolling basis as they are formed.

(i)  The Task Force shall seek to utilize industry commitments and identify any Federal funding mechanisms, including discretionary grants, that can be used to provide resources for K–12 AI education.  To the extent practicable and as consistent with applicable law, agencies shall prioritize funding for such purposes when it would further the aims of the program for which funding is available.

(ii)  The Task Force shall work to ensure the resources funded as described in subsection (i) of this section are ready for use in K–12 instruction within 180 days following the Task Force's formal announcement of the first slate of public–private partnerships.

(b)  Within 90 days of the date of this order, the Task Force shall identify existing Federal AI resources on which agencies may rely, such as the NSF- and Department of Agriculture-sponsored National AI Research Institutes, to support partnerships with State and local educational agencies to improve AI education.

(c)  Within 90 days of the date of this order, the Secretary of Education shall issue guidance regarding the use of formula and discretionary grant funds to improve education outcomes using AI, including but not limited to AI–based high-quality instructional resources; high-impact tutoring; and college and career pathway exploration, advising, and navigation.

(d)  Within 90 days of the date of this order, the Secretary of Education shall identify and implement ways to utilize existing research programs to assist State and local efforts to use AI for improved student achievement, attainment, and mobility.

Sec. 7.  Enhancing Training for Educators on Artificial Intelligence.  (a)  Within 120 days of the date of this order, the Secretary of Education shall take steps to prioritize the use of AI in discretionary grant programs for teacher training authorized by the Elementary and Secondary Education Act of 1965 (Public Law 89-10), as amended, and Title II of the Higher Education Act of 1965 (Public Law 89-329), as amended, including for:

(i)   reducing time-intensive administrative tasks;

(ii)  improving teacher training and evaluation;

(iii)  providing professional development for all educators, so they can integrate the fundamentals of AI into all subject areas; and

(iv)  providing professional development in foundational computer science and AI, preparing educators to effectively teach AI in stand-alone computer science and other relevant courses.

(b)  Within 120 days of the date of this order, the Director of the NSF shall take steps to prioritize research on the use of AI in education.  The Director of the NSF shall also utilize existing programs to create teacher training opportunities that help educators effectively integrate AI-based tools and modalities in classrooms.

(c)  Within 120 days of the date of this order, the Secretary of Agriculture shall take steps to prioritize research, extension, and education on the use of AI in formal and non-formal education through 4-H and the Cooperative Extension System.  The Secretary of Agriculture shall also utilize existing programs to create teacher and educator training opportunities that help effectively integrate AI-based tools and modalities into classrooms and curriculum.

Sec. 8.  Promoting Registered Apprenticeships.  (a)  Within 120 days of the date of this order, the Secretary of Labor shall seek to increase participation in AI-related Registered Apprenticeships, including by:

(i)  Prioritizing the development and growth of Registered Apprenticeships in AI-related occupations.  The Secretary of Labor shall establish specific goals for growing Registered Apprenticeships in AI-related occupations across industries; and

(ii)  Using apprenticeship intermediary contracts and allocating existing discretionary funds, as appropriate and consistent with applicable law, to engage industry organizations and employers and facilitate the development of Registered Apprenticeship programs in AI-related occupations.  In doing so, the Secretary of Labor shall support the creation of industry-developed program standards to be registered on a nationwide basis, enabling individual employers to adopt the standards without requiring individual registry.

(b)  Within 120 days of the date of this order, the Secretary of Labor shall encourage States and grantees to use funding provided under the Workforce Innovation and Opportunity Act (WIOA) (Public Law 113-128), as amended, to develop AI skills and support work-based learning opportunities within occupations utilizing AI by:

(i)  issuing guidance to State and local workforce development boards encouraging the use of WIOA youth formula funds to help youth develop AI skills;

(ii)  clarifying that States can use Governor set-asides to integrate AI learning opportunities into youth programs across the State; and

(iii)  consistent with applicable law, establishing AI skills training and work-based learning as a grant priority in all Employment and Training Administration youth-focused discretionary grant programs.

(c)  Within 120 days of the date of this order, the Secretary of Labor, through the Assistant

Secretary of Labor for Employment and Training, and in collaboration with the Director of the NSF, shall engage with relevant State and local workforce development boards, industry organizations, education and training providers, and employers to identify and promote high-quality AI skills education coursework and certifications across the country.  Through such engagement, the Secretary of Labor shall:

(i)    identify applicable funding opportunities to expand access to high-quality AI coursework and certifications;

(ii)   set performance targets for youth participation through any grants awarded for this purpose; and

(iii)  utilize industry and philanthropic partnerships to the extent practicable.

(d)  Within 120 days of the date of this order, and in consultation with the Secretary of Education and the Director of the NSF, the Secretary of Labor shall support the creation of opportunities for high school students to take AI courses and certification programs by giving priority consideration in awarding grants as appropriate and consistent with applicable law to providers that commit to use funds to develop or expand AI courses and certification programs.  The Secretary of Labor and the Secretary of Education shall encourage recipients to build partnerships with States and local school districts to encourage those entities to consider offering high school students dual enrollment opportunities to take courses to earn postsecondary credentials and industry-recognized AI credentials concurrent with high school education.

(e)  Within 120 days of the date of this order, all agencies that provide educational grants shall, as appropriate and consistent with applicable law, consider AI as a priority area within existing Federal fellowship and scholarship for service programs.

Sec. 9.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)   the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

DONALD J. TRUMP

THE WHITE HOUSE,

April 23, 2025.

# Exhibit 52

AERA-0440



An official website of the United States government

The Nation's Report Card    ERIC database for education research

Institute of
Education Sciences

Home > ... > IES Staff

# IES Staff

Find IES staff members below. For other U.S. Department of Education (ED) staff, view the ED Operating Structure.

Q

**Filter by**                                    Reset

**Result Type**                        ⌃
⦿ IES Staff                          (85)

**Office**                              ⌃
☑ NCES                               (85)
▷ ☐ NCEE                             (31)
▷ ☐ IES                              (22)
   ☐ NCER                            (18)
   ☐ NCSER                            (8)

Results 1-15 of 85                               Sort By: Alphabetical (A-Z)  ⌄

**IES STAFF**

## Adam Todd
Education Research Analyst
Restricted Use Data & Contractor Public Trust Process (IPAM)
**NCES**

**IES STAFF**

## Aida Ali Akreyi
Statistician
IPEDS Operations Lead and Finance Survey Director
**NCES**

**IES STAFF**

## Alexandra Shankster
✉ alexandra.shankster@ed.gov
☎ +12024537666
**NCES**

**IES STAFF**

## Alisha Small
Study Director- Career Technical Education Statistics
**NCES**

**IES STAFF**

## Alison Deigan
National Assessment of Educational Progress Technology and Digital Assessment Platform
**NCES**

**IES STAFF**

### Andrew Mary

Statistician

Integrated Postsecondary Education Data System (IPEDS)

**NCES**

**IES STAFF**

### Andrew Zukerberg

Cross-Sectional Surveys Chief

**NCES**

**IES STAFF**

### Angela Clarke

**NCES**

**IES STAFF**

### Annette M. Allen

Staff Assistant

National Assessment of Educational Progress (NAEP) ,Publications, Meeting Planner

**NCES**

**IES STAFF**

### Annie Maselli

Statistician

**NCES**

**IES STAFF**

### Austin Lyke

Statistician

**NCES**

**IES STAFF**

### Barbara Timm

**NCES**

**IES STAFF**

### Bethany Consic

Management and Program Analyst, Data Security Manager

IES Data Security, Data Confidentiality, Restricted-use Data Licenses, Disclosure Reviews

**NCES**

**IES STAFF**

### Bobbi Woods

IT Program Manger

NAEP Webmaster, NAEP System ISO

**NCES**

**IES STAFF**

### Brandon Scott

**NCES**

Items per page: 15    1 - 15 of 85    |<   <   >