IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **AMERICAN EDUCATIONAL** | * | |
| **RESEARCH ASSOCIATION, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | No. 25-cv-01230-SAG |
| v. | * | |
| | * | |
| **U.S. DEPARTMENT OF** | * | |
| **EDUCATION, et al.,** | * | |
| | * | |
| **Defendants.** | * | |
| | ******* | |

## NOTICE OF RELATED CASES

Pursuant to Local Rule 103 of the United States District Court for the District of Maryland, Defendants the United States Department of Education, Institute of Education Sciences, Linda McMahon, Secretary of Education, and Matthew Soldner, Acting Director, Institute of Education Sciences, hereby notify both the Court and the parties who have appeared before the Court in the above-entitled case ("the instant case") that the instant case may be related to the case entitled *NAACP, et al., v. United States, et al.*, Case No. 25-cv-0965-JRR, in that they both involve recent reorganization efforts at the Department of Education.

Counsel for the parties in instant case conferred, and agree that there are substantial differences between the instant case and the *NAACP* case. Out of an abundance of caution, Defendants file this notice to inform the court of the two cases and provide a brief description of each.

*NAACP, et al., v. United States, et al.*, Case No. 25-cv-0965-JRR, is brought by civil rights organizations and allegedly harmed individual plaintiffs challenging the reduction-in-force across the entirety of the Department of Education, alleges harm from the loss of services generally, and requests an order that the Department of Education not be "dismantled."

In contrast, the instant case is brought by plaintiff organizations representing researchers and involves narrower and distinct challenges to the reduction-in-force and contract cancellations in the Institute of Education Science, a component of the Department of Education, alleges harms from the loss of information, and requests employee reinstatement and reinstatement or rebidding of contracts.

Unlike the *NAACP* case, which has no pending substantive motions and in which no answer has been filed, the instant case has a pending preliminary injunction motion.

DATED: May 2, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Michael Bruns*____
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov
(202) 514-4011

KELLY O. HAYES
United States Attorney
Charles R. Gayle (Bar No. 14706)
Assistant United States Attorney
U.S. Attorney's Office for the District of Maryland
36 South Charles St.,
Baltimore, MD 21201

*Counsel for Defendants*