# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> *vs.* <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 |

## JOINT PROPOSED SCHEDULE

Counsel for the Parties in the above-captioned have conferred and undersigned counsel respectfully files this joint proposed briefing and hearing schedule on their behalf.

Plaintiffs' motion for a preliminary injunction is currently pending before this Court. *See* ECF No. 12. Counsel for Plaintiffs and Defendants have agreed to the schedule below, and the parties jointly respectfully propose the following schedule for the adjudication of Plaintiffs' motion:

**Defendants' opposition to Plaintiffs' motion:** Monday, May 12, 2025

**Plaintiffs' reply in support of their motion:** Monday, May 19, 2025 by 4:00 pm

**Hearing on Plaintiffs' motion:** May 21, 2025, at 10:00 am

Dated: May 10, 2025

Respectfully submitted,
*/s/ Daniel A. McGrath*
Daniel A. McGrath (Bar No. 31501)
Madeline H. Gitomer (Bar No. 31518)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
dmcgrath@democracyforward.org
mgitomer@democracyforward.org
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court of the United States Court of the District of Maryland by using the CM/ECF system. I also certify that the foregoing document is being served on Defendant's counsel of record and that service will be accomplished by the CM/ECF system.

This 10th day of May 2025

/s/ *Daniel A. McGrath*