UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION., et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | Civil Action No. 8:25-cv-01230 (SAG) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' motion for a preliminary injunction, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motion is DENIED.

It is further ORDERED that the parties shall meet and confer to determine a schedule for further proceedings.

SO ORDERED:

_____                           _____
Date                                                                      STEPHANIE A. GALLAGHER
                                                                                      United States District Judge