# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> *vs.* <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-1230 (SAG) |

## [PROPOSED] ORDER

Having considered Plaintiffs' consent motion for leave to file their Reply memorandum in support of their motion for a preliminary injunction in excess of the page limit outlined in Local Rule 105, Plaintiffs' motion is **GRANTED**.

Dated: _____

_____
Hon. Stephanie A. Gallagher
United States District Judge