IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> *vs.* <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

### [ALTERNATIVE PROPOSED] ORDER

Upon consideration of Plaintiffs' motion for preliminary relief, the accompanying memorandum, any related responses and replies filed, and the immediate irreparable harm to Plaintiffs alleged therein, it is this __th day of _____, 2025, ordered that:

The Motion is GRANTED as follows:

1. The IES Staff Termination Action announced on March 11, 2025, is stayed pursuant to 5 U.S.C. § 705 pending final resolution by the Court, including a stay of the reduction in force notices sent to IES employees, and a stay of the action placing them on administrative leave.

2. In conjunction with this stay and to preserve the status quo pending conclusion of the review proceedings pursuant to 5 U.S.C. § 705, IES employees who had been subject to the IES Staff Termination Action shall be placed back in their roles to carry out IES functions pending final resolution by the Court.

3. The February 2025 Research Termination Action is stayed pursuant to 5 U.S.C. § 705 pending final resolution by the Court, including a stay of the act taken by the agency to terminate contracts on or about February 10, 2025, and February 13, 2025.

4. In conjunction with the stay and to preserve the status quo pending conclusion of the review proceedings pursuant to 5 U.S.C. § 705, Defendants shall reinstate all contracts terminated in the Research Termination Action, including contracts that were conducting research studies and contracts that were otherwise supporting IES functions.

5. In conjunction with this stay and to preserve the status quo pending conclusion of the review proceedings pursuant to 5 U.S.C. § 705, Defendants shall take prompt action to preserve all data collected in research conducted by IES or contractors with contracts cancelled in the February 2025 Research Termination Action, including by immediately communicating that such data shall not be destroyed.