IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF EDUCATION, *et al.*,

*Defendants*.

Civil Action No. 8:25-cv-01230 (SAG)

APPROVED

/s/   May 28, 2025
The Honorable Stephanie A. Gallagher
United States District Judge

**JOINT MOTION FOR SUPPLEMENTAL BRIEFING SCHEDULE**

Per the Court's direction at the hearing held on May 21, 2025, in the above-captioned matter, Plaintiffs, the American Educational Research Association and the Society for Research on Educational Effectiveness, and Defendants, the Department of Education, the Institute for Education Sciences, Secretary of Education Linda McMahon, and Acting IES Director Matthew Soldner, jointly request that the Court enter the below briefing schedule following Defendants' May 28, 2025 production of contracts:[1]

- Plaintiffs' Supplemental Brief and Information: **June 2, 2025**
- Defendants' Response: **June 5, 2025 by Noon**

Dated: May 28, 2025

Respectfully submitted,

*/s/ Daniel A. McGrath*
Daniel A. McGrath (Bar No. 31501)
Madeline H. Gitomer (Bar No. 31518)
Emma R. Leibowitz (Bar No. 31568)
Victoria S. Nugent (Bar No. 15039)

---

[1] Defendants represent that their production of contracts is contingent upon the Court entering a stipulated protective order, which the parties are filing concurrently with this motion.

Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
dmcgrath@democracyforward.org
mgitomer@democracyforward.org
eleibowitz@democracyforward.org
vnugent@democracyforward.org
*Counsel for Plaintiffs*

_____
*Signed by filer with permission.*
YAAKOV M. ROTH
Acting Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

/s/ *Michael Bruns*
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov
(202) 514-4011

KELLY O. HAYES
United States Attorney

Charles R. Gayle (Bar No. 14706)
Assistant United States Attorney
U.S. Attorney's Office for the District of Maryland
36 South Charles St.,
Baltimore, MD 21201

Counsel for Defendants

**CERTIFICATE OF SERVICE**

  I, Daniel A. McGrath, certify that I filed the foregoing with the Clerk of Court for the United States District Court for the District of Maryland, Northern Division, by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

<u>*/s/ Daniel A. McGrath*</u>
*Counsel for Plaintiffs*
