**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**Fax (410) 962-1812**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

May 30, 2025

LETTER ORDER

      Re:  <u>American Educational Research Association, et al. v. U.S. Department of Education</u>
           Civil Case No. SAG-25-1230

Dear Counsel:

      The Court is in receipt of Plaintiffs' motion for leave to file notice of supplemental authority, ECF 35. The motion is GRANTED and the parties are further ordered to provide their positions on how the preliminary injunctions granted in *State of New York, et al. v. McMahon, et al.*, No. 25-10601 (D. Mass) and *Somerville Public Schools, et al. v. Donald J. Trump, et al.*, No. 25-10677 (D. Mass) impact the anticipated termination actions on June 9th or 10th no later than 5pm on June 2, 2025.

      Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

                                                           Sincerely yours,

                                                            /s/

                                                            Stephanie A. Gallagher
                                                           United States District Judge