**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, | |
| *Plaintiffs*, | |
| *vs.* | |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | Civil Action No. 8:25-cv-01230 |
| *Defendants*. | |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS'
SUPPLEMENTAL RESPONSE IN SUPPORT OF
MOTION FOR A PRELIMINARY INJUNCTION**

| Exhibit | Exhibit Name | Bates Numbers |
|---------|--------------|---------------|
| V | Supplemental Declaration of Felice J. Levine | AERA-0443–AERA-0449 |
| W | Supplemental Declaration of Ellen Weis | AERA-0450–AERA-0453 |
| X | Declaration of Dominique J. Baker | AERA-0454–AERA-0459 |
| Y | Declaration of Susan Baglieri | AERA-0460–AERA-0464 |
| Z | Declaration of Norma Velasquez-Bryant | AERA-0465–AERA-0469 |
| AA | Declaration of Lynn D. Dierking | AERA-0470–AERA-0472 |
| BB | Declaration of Logan Doe | AERA-0473–AERA-0476 |
| CC | Declaration of Matthew Shankar Giani | AERA-0477–AERA-0486 |
| DD | Declaration of Nancy C. Jordan | AERA-0487–AERA-0490 |
| EE | Declaration of Michael J. Kieffer | AERA-0491–AERA-0494 |
| FF | Declaration of Sarah Krowka | AERA-0495–AERA-0499 |

| GG | Declaration of Margaret Becker Patterson | AERA-0500–AERA-0504 |
|---|---|---|
| HH | Declaration of Ilana Umansky | AERA-0505–AERA-0510 |
| II | Declaration of Samantha Viano | AERA-0511–AERA-0515 |
| JJ | Declaration of Hayley Weddle | AERA-0516–AERA-0519 |
| KK | Declaration of Jason C. Chow | AERA-0520–AERA-0525 |
| LL | Declaration of David J. Francis | AERA-0526–AERA-0531 |
| MM | Declaration of Matthew Edward Foster | AERA--0532–AERA-0537 |
| NN | Defendants' Descriptions of Cancelled Contracts | AERA-0538–AERA-0553 |

# Exhibit V

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

        *Plaintiffs*,

        *vs.*

U.S. DEPARTMENT OF EDUCATION,
*et al.*,

        *Defendants*.

Civil Action No.8:25-cv-01230 (SAG)

## <u>SUPPLEMENTAL DECLARATION OF FELICE J. LEVINE</u>

I, Felice J. Levine, declare under penalty of perjury as provided under 28 U.S.C. § 1746, declare as follows:

1.     I am over eighteen years old, of sound mind, and fully competent to make this declaration. I am the Executive Director of the American Educational Research Association ("AERA").

2.     I submit this declaration in further support of Plaintiffs' motion for a preliminary injunction. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my duties at AERA.

3.     I have heard from many members, including through a survey of AERA members, about the harms they will face should certain IES programs and research remain cancelled at both National Center for Education Statistics ("NCES") and National Center on Education and the Economy ("NCEE") studies and programs.

**NCES**

4.      Over one hundred AERA members have reported that they planned to use data from the National Household Education Surveys ("NHES") in their work, which one AERA member described as "vital" for understanding family and household influences on education. As one member provided :

> The National Household Education Surveys would have supported my efforts to better understand family and community engagement in education. Specifically, I was interested in how families of multilingual learners navigate early education systems, the types of home literacy practices they report, and their perceptions of school communication and support. These insights are critical for informing culturally responsive teacher preparation programs and family engagement strategies.

5.      Members have also described the data they planned to use from National Postsecondary Student Aid Study ("NPSAS"), which a member called "crucial" for their work. Another member "planned to use new NPSAS 24 data to better understand how students use student financial aid to navigate affording college post-onset of the COVID-19 [pandemic]." Another member noted, about the NCES postsecondary access and dual enrollment study, that they "planned to use this study to explore how dual enrollment strategies can reduce opportunity gaps for linguistically and culturally diverse students."

6.      Hundreds of AERA members have reported that they were going to suffer without data from the National Teacher and Principal Survey. As one member explained, NTPS "data are vital to understanding the nation's ongoing issues with teacher recruitment and retention, and our teacher shortage, which started prior to the pandemic and continues today." As another member reported:

> My work relates specifically to the recruitment and retention of teachers. Without some of the information from the National Teacher and Principal Survey and some of the NCES longitudinal

AERA-0445

studies related to demographic trends, this data becomes extremely difficult to analyze at a national level, exacerbating potential teacher crises.

Indeed, the uses for which AERA members wanted NTPS data ranged in purpose, with one member reporting that they sought information to analyze the "working conditions of music and arts educators" and another noting they relied on NTPS data to comprehensively "understand how school level working conditions shape educators' quit decisions."

7.    More than eighty AERA members have indicated that they planned to use the National School Crime Supplement. As one member stated, "These surveys guide and inform our research on school safety and the prevention of school violence." As another member provided, the data are integral to their work  "to understand the prevalence of bullying victimization among music and theater students as well as student athletes." And yet another member has reported:

> I use the School Crime and Safety dataset to predict risk factors for those involved in the bullying dynamic. I also use it to inform and predict other risk factors for students who may be potentially involved in crisis or safety risks at school. This informs how I support teachers in intervening and giving students mental health or social and communication skill help before they become involved in safety concerns

8.    AERA members also depend on NCES studies related to the collection and dissemination of education data from public and private entities, including state educational agencies. They have described the harm from the cancellation of these contracts because they engage in data collection for which they need to use NCES data as a comparator for both local and state data they collect, and because they rely on state data shaped by NCES-produced standards.

9.    Over one hundred AERA members have also reported that they plan to use data comparing U.S. and foreign student achievement, such as the Trends in International Mathematics and Science Study ("TIMSS") and the Program for International Student Assessment ("PISA").

AERA-0446

As one AERA member stated, "I planned to use TIMSS and PISA to teach my method courses for preservice math teachers and as well as my international research baseline data." Members also rely on data from the Teaching and Learning International Survey ("TALIS"). TALIS data are incorporated into many other studies and reports regarding teachers and principals and is critical to understanding how our country's education system compares to others.

10.    AERA members rely greatly on IES-produced longitudinal studies. Hundreds of AERA members have also reported that they specifically planned to rely on the High School and Beyond Longitudinal Study ("HS&B"). One member, for example, noted that they "w[ere] planning on using the HS&B dataset to explore new patterns of [career and technical education] coursetaking and later outcomes." Another member indicated their need for continuing HS&B data collection as well as new waves of data collection. They planned to use the:

> High School & Beyond Longitudinal Study of 2022 (HS&B:22) to study the college and career plans and experiences of students who were enrolled in high school after the pandemic. Since the last K-12 school-based longitudinal study, the High School Longitudinal Study of 2009 (HSLS:09), many aspects of schooling, technology, and the workforce have changed dramatically. Having longitudinal data for a more recent cohort allows researchers and policymakers to make data-informed decisions that reflect the actual experiences of recent high schoolers.

11.    AERA members have also emphasized the importance of other IES data. For example, one AERA member who is a professor of teacher education noted that he has "regularly used" the "Digest of Education Statistics." Another noted that they use the Digest of Education Statistics and Condition of Education "to inform and educate governing board members across the U.S. who request national data analyses for comparative purposes." But this data will not continue to be available.

AERA-0447

**NCEE**

12.     AERA members have reported that they planned to use the impact study of strategies to accelerate math learning. One member, for example, noted that this and other NCEE studies:

> have informed the methods and models of support my organization provides to schools and school systems to better prepare educators to work with the students they serve. Without the results from these studies, we will not benefit from knowing how/whether the key components of these innovative projects were effective and should be replicated in the supports we provide.

Another member noted, "I planned to use this data in my work with administrators/practitioners and in my own research writing. Its absence will make it impossible to update evidence on best practices for teaching."

13.     AERA members have also reported that they planned to use data from NCEE's flexibility studies, in particular the output of the Title I flexibility study.

14.     AERA members also indicated that they rely on data about disabilities, such as the Charting My Path Study and the Post High School Outcomes for Youth with Disabilities Study. One AERA member reported that they planned to use the Post High School study to determine the "jobs and employability of blind and low vision students compared to other groups with disabilities and non-disabled peers." These data, as another member reported, are unique to IES:

> Because it is voluntary for college students to disclose any disability to their university, the only way to have comprehensive data on outcomes for students with disabilities post high school is to use the longitudinal information collected by the US Department of Education, because they are able to access K-12 IEP data.

15.     AERA members have reported that they also planned to use information from the Studies of Career and Technical Education ("CTE"). For example, one member who works in a

school district noted that they rely on IES data to improve their district's career and technical education offerings.

16.    AERA members have also described how they planned to use NCEE data related to adult education. As one member noted, "[t]here is already precious little data on adult education programs and career and technical education," and the end of NCEE studies toward these ends will be harmful for their work assessing labor shortages and connecting them to skilled-trades training. Another member reported that the IES CTE studies were among those he planned to rely on for his research and reports "examining specific populations in depth such as adult learners," and that its cancellation—as well as those of other NCEE studies—made his "ability to inform and instruct is severely hampered."

Executed on June 2, 2025
Chicago, Illinois

Felice J. Levine

AERA-0449

# Exhibit W

AERA-0450

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

        *Plaintiffs*,

        *vs.*

U.S. DEPARTMENT OF EDUCATION,
*et al.*,

        *Defendants*.

Civil Action No.8:25-cv-01230 (SAG)

## <u>SUPPLEMENTAL DECLARATION OF ELLEN WEISS</u>

I, Ellen Weiss, declare under penalty of perjury as provided under 28 U.S.C. § 1746, declare as follows:

1.     I am over eighteen years old, of sound mind, and fully competent to make this declaration. I am the Executive Director of the Society for Research on Educational Effectiveness ("SREE").

2.     I submit this declaration in further support of Plaintiffs' motion for a preliminary injunction. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my duties at SREE.

3.     Members have reported to me, including via a survey of SREE members, the significant harms they will face if certain IES research and programs are cancelled. Specifically, SREE has members who will be impacted by the failure to carry out numerous IES functions.

### NCES

4.     Numerous members have reported that they planned to use and rely on studies conducted by NCES, including the Early Childhood Longitudinal Studies-Kindergarten studies,

the National Educational Longitudinal Study, and the School and Staffing Survey. One SREE member reported, for example, that:

> I was using and planned to continue to use ECLS-K:2011 for my dissertation research which examines how families from different backgrounds engage in education in different ways and how family engagement affects students' attendance. I also planned to use NHES as a supplementary dataset to unpack family engagement patterns by diverse families. To the best of my knowledge, there is no other student-level longitudinal dataset with as rich information on family engagement as ECLS-K. Not having access to the data greatly affects my work.

5.    Dozens of SREE members also have reported that they rely on NCES studies—particularly its longitudinal studies—to compare educational advancement across states. One member explained that "[e]ven the most robust state P-20 data systems," which track students from state-level data, "can't follow their student outside the state." Another explained that "[o]ne of the great services NCES provides is working to ensure that data is comparable across states and districts."

6.    Other SREE members have reported that they planned to rely on the High School and Beyond Longitudinal Study.  For example, one member of SREE explained that "the HS&B survey is integral to my work looking at the transition of youth between secondary education and postsecondary education and the workforce." The study's scope provides a "larger context" and allows members to compare education within regions, which is "not possible when working with only one states' data." Another SREE member noted that any "breaks" in the HS&B study will disrupt "long term analysis and make us unable to understand how high school graduation rates and college attainment rates are changing over time, and how this varies at the state and districts level." This member explicitly provided that "State level data is not a substitute for the NCES data."

AERA-0451

7.     Many SREE members have communicated that they also planned to use data comparing U.S. and foreign student achievement. As one SREE member stated about the Trends in International Mathematics and Science Study (TIMSS) 2023, NAEP data, Program for International Student Assessment (PISA), and Progress in International Reading Study (PIRLS):

> These data sources were essential for conducting original research on education policy in both domestic and international contexts. We planned to use them to generate new analysis, build evidence-based arguments, and benchmark our findings. Without access, we lose the ability to produce informed inferences or contribute meaningfully to policy discussions.

8.     SREE members have also described how they relied on EDFacts and planned to use information produced through that initiative. For example, one member noted that "[i]n the absence of EdFacts data, we must rely on publicly-reported state data, which is subject to suppression and is not reported in sufficient detail in many states.  Resulting data is less comprehensive."

## NCEE

9.     Many SREE members reported that they planned to use the impact studies to accelerate math learning, as one SREE member explained:

> I planned to use this evaluation to identify effective, scalable approaches to accelerating math achievement, particularly for students who begin school behind their peers. Findings would inform the development of dynamic assessments and teacher training modules I am building, with an emphasis on early identification and support for math difficulties.

10.     SREE members have also reported that they planned to use the impact evaluation study of the 21st Century Community Learning Centers (21st CCLC). As one SREE member reported:

> I planned to use this evaluation to investigate the role of afterschool programs in promoting academic and social-emotional development, especially for children from historically underserved communities. As someone who studies intervention effectiveness, I was

3

interested in how program dosage, staffing, and alignment with school-day instruction influence student outcomes.

11.    SREE members have also indicated that they intend to use the data from NCEE's

career and technical education studies and studies related to disability in their research. As one

SREE member reported:

> My research is largely focused on studying career & technical education and dual enrollment programs - how they are implemented and their effects on student outcomes. I typically work in partnership with state and local education agencies to study these types of programs and identify ways to improve them.  . . . CTE in particular lacks a robust evidence base. . . .[T]he evaluation of career & technical education programs federally funded through the Perkins Act would have generated new evidence about  modern-day implementation of CTE, which students access it, and program quality, which my partners and I would have used to plan future initiatives and decide where to focus future state-specific CTE studies.

Another member noted:

> Each of these studies . . . . speak directly to my ongoing work in a number of state and district contexts, that explore the role of career and technical education in supporting school completion and transition to college and the workforce. My work looks at all students, but also students with disabilities, as a particular group of interest and one that has a long track record of engaging in CTE as part of their postsecondary transition strategy.

> The absence of this data will be very harmful to SREE members.

12.    Our members regularly rely on and integrate the findings of evaluations of literacy,

reading, and school funding programs and innovations into their research and work. As one

member put it:

> Without support for these studies, we lose not only opportunities to inform state and federal policy with credible, causal evidence, but also the chance to build a coherent body of research that connects practice to outcomes across the K–12 continuum. The absence of these evaluations stalls our ability to identify what works, for whom, and under what conditions— weakening efforts to scale effective interventions.

13.    We have heard from a member that they planned to use the REL evaluation study

in their work and are anticipating citing the study in their implementation science papers.

4

Executed on June 2, 2025                        /s/ Ellen Weiss
Rockville, Maryland                             Ellen Weiss


* * A copy of the signature page bearing an original signature is attached hereto.

AERA-0452a

Executed on June 2, 2025
Rockville, Maryland

_Ellen R. Weiss_

Ellen Weiss

# Exhibit X

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF EDUCATION,
 *et al.*,

*Defendants*.

Civil Action No. 8:25-cv-01230 (SAG)

---

## DECLARATION OF DOMINIQUE J. BAKER

I, Dominique J. Baker, declare under penalty of perjury, under 28 U.S.C. § 1746, that the
following is true and correct:

1.  I am over eighteen years old, of sound mind, and fully competent to make this
    declaration.

2.  I submit this declaration in my personal capacity and not on behalf of any institution. I
    am an associate professor at the University of Delaware who conducts education
    research.

3.  I am an active member of the American Educational Research Association and received
    the early career award from the association in 2023 (given to a scholar who has crafted a
    significant and substantial body of education research within their first 10 years after
    receipt of their doctorate).

4. I have worked in the field of education since 2008, including time spent as an admissions professional, 4 years devoted to earning my Ph.D. in education, and nearly 9 years as a professor focused on education policy.

5. My research primarily focuses on higher education policy, examining student financial aid, how colleges themselves are financed, admission to higher education, and overall campus climates.

6. I have served on Institute of Education Sciences (IES) technical review panels for the National Postsecondary Student Aid Study (NPSAS) and Beginning Postsecondary Students (BPS). NPSAS is a nationally representative dataset of students enrolled in U.S. higher education institutions and BPS is a dataset that follows a subset of students in NPSAS for up to six years after they entered higher education for the first time. As part of my participation in these technical review panels, I have provided technical, methodological, and substantive feedback to IES and federal contractors at the Research Triangle Institute in order to improve both datasets.

7. In my work and research, I have previously used IES data. I had plans to explore students' general collegiate experiences and, in particular, experiences relating to the COVID-19 pandemic using data that will now no longer be produced due to canceled contracts. The NPSAS: 24 contract was canceled (IES contract number: 91990022C0017) and BPS: 20/22 is part of the NPSAS: 20 contract (IES contract number: 91990018C0039), which was also canceled. I planned to use the NPSAS:24 data, nationally representative data of students attending college in academic year 2023-2024, to better understand how students use student financial aid to navigate affording college after the onset of COVID-19. I also planned to use BPS: 20/22, which is nationally

representative data of students who started college in academic year 2019-2020 (from

NPSAS: 20) that collects new data on those students' experiences 3 years later. I would

have used this data to better understand whether student success, measured by behaviors

like staying enrolled in college or earning a credential, relates to how colleges responded

to the onset of the COVID-19 pandemic. I also would have used this data to explore how

students experienced learning during this time period (as the majority of institutions

shifted classroom instruction online). BPS: 20/22 is particularly important for my work as

the data for it was being collected as the COVID-19 pandemic began spreading, which

means it has some of the most real time information on how students experienced the

disruption to their lives and schooling. The only way to explore any of these questions in

a manner that provides detailed evidence on full student financial aid packages, while

incorporating granular information on students' decisions while enrolled, across the

entire country would be to use the data that has now been canceled.

8.  Given the overwhelming student loan burden at Historically Black Colleges and

    Universities (HBCUs), I explored how students at one of these institutions reported

    navigating the student loan repayment system. This work eventually led to a paper titled

    "A case study of undergraduate debt, repayment plans, and postbaccalaureate decision-

    making among Black students at HBCUs" which was published in 2019 in the *Journal of*

    *Student Financial Aid.* In that paper, I discussed that a key policy implication of my

    research was that "The results of the current analysis show that students did not have a

    continuous understanding of the amount of cumulative debt that had amassed, even with

    the current mechanisms for them gaining that knowledge. The Department of Education

    currently has an experimental sites initiative which allows institutions 'the flexibility to

require additional loan counseling for student borrowers beyond the statutorily required one-time entrance and one-time exit counseling as a condition for the students to receive Direct Loan funds' (U.S. Department of Education, 2016b, para. 3). This would be an opportunity to test how additional loan counseling can influence the way graduates conceptualize their student debt." (p. 17).

9. In light of my evidence-based advocacy for a deeper understanding of whether additional loan counseling might improve students' ability to successfully navigate repaying their federal loans, I was honored to be selected as a member of the Technical Working Group for the evaluation of the experimental site mentioned in the quote from my paper. This evaluation, titled "Evaluations of Federal Financial Aid Information and Delivery Strategies: An Experiment Requiring Additional Loan Counseling for Student Borrowers," was run by Abt Associates, Inc. (IES contract number: 91990019D0003). I was looking forward to the final report from this work as I planned to use it in my research, teaching, and as I provide evidence-based policy recommendations to the public, institutional leaders, and policymakers. I am now unable to execute any of those planned activities as the contract for this experiment was canceled and I am bound by a confidentiality agreement that "I will not release to anyone outside the Panel any findings from the Study of Required Additional Federal Student Loan Counseling until the reports have been officially made public by the Institute of Education Sciences." This cancellation means that I am unable to fully execute my work responsibilities, in addition to hindering the ability of the federal government to ensure that policies provide the best possible opportunity for students to repay their federal student loans.

10. It is essential to my research and broader work that IES continue to produce nationally representative data like NPSAS and BPS and that it continue producing reports on evaluations of education policies and practices.

May 30, 2025
Wilmington, DE

_____
Dominique J. Baker

AERA-0459

# Exhibit [

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

**DECLARATION OF SUSAN BAGLIERI**

I, Susan Baglieri, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I submit this declaration in my personal capacity and not on behalf of any institution. I am a professor at a university in New Jersey. I am a member of the American Educational Research Association.

3. I have worked as a teacher education professor and researcher in the field of special education since 2006. I have worked in partnership with four public school districts to conduct research and program development in university-based transition programming for students with disabilities since 2016.

4. In my teaching, research, and program development I rely heavily on the data and reports produced from the previous and ongoing work of the National Longitudinal Transition Study 2012 (NLTS 2012) (ED-IES-10-C-0073 (Phase I); ED-IES-15-C-0046 (Phase II)). I am also eagerly following the progress and outcomes of the "Evaluation of Transition Supports for Youth with Disabilities" (91990019C0078). Both studies form an evidence base aimed to ensure that services and supports provided for disabled youth when they are in school are contributing to desirable post-school outcomes.

5. The NLTS 2012 study is a longitudinal study following the experiences of youth from their time in school through post-school completion. Representing more than 400 school districts and youth with and without disabilities, the study promised to provide critical understanding about how services, opportunities, and experiences provided in school affect post-school outcomes for youth with disabilities.

6. In my university teaching to prepare teachers of students with disabilities (i.e., special education teachers), I use the NLTS 2012 study design framework to help them appreciate and understand the complex and varied factors that influence post-school outcomes for their (future) students. Without the final analysis that would examine the features of school practice experienced by participants in relation to their outcomes, we are unable to evaluate or develop evidence-based practices to implement.

7. The loss of the forthcoming evidence base for transition practice that would be generated through the NLTS 2012 and the Evaluation of Transition Supports for Youth with Disabilities also harms my work as a transition program developer and designer. I developed a multi-tiered transition program at my university that offers 1) free and low-cost access to a college experience for youth with intellectual disability through

partnership with public school-based transition programs, and 2) a credential-granting, competitive admission, university-based transition program serving youth with intellectual disability. Both programs benefit from having access to information and analysis of transition programming, practices, and outcomes and are harmed by a lack of current data. I am prevented from developing, evaluating, and therefore offering the best programming to our students when research activity and/or dissemination is curtailed.

8. My research, which includes publishing in academic journals, presenting at practitioner-focused and researcher-focused conferences, and authoring monographs, are all part of my professional responsibilities and requirements as a full-time professor. My current work that is focused on developing a university-based transition program is framed by research on transition exemplified by the two noted studies, as well as by my own long-term research conducted locally. The loss of the opportunity to situate my local research within a broader research context damages my chances to produce work that draws on a vibrant field informed by larger-scale contemporary data.

9. The cancellation of contract for the two studies I have referenced are especially harmful and impactful because of the specific populations of youth participants featured in the studies. Students with intellectual, developmental, or multiple disabilities, who are most often served by transition programming provided by schools through the *Individuals with Disabilities Education Act* in the 18-21 years old age range, represent only about 21% of students with disabilities, which is only 3% of all students total. This means that in a high school that serves 800 students, for example, only about 24 would be representative of those most often served in transition programs. Because of the relatively small population, then, large-scale, nationally coordinated studies are essential and critical to

advancing research and practice in this area. Local and regional studies simply do not have access to large numbers of research participants.

10. The disruption of the data gathering and analysis brought on by the cancellation of the NLTS 2012 contract is a significant loss to the entire field of special education and youth and families served by special education because it represents more than a decade of data that would take as long to recover or gather anew. To be clear, this is the loss of a *whole generation's* worth of data that would be used to inform direct service provision and programming for youth with disabilities and their families.

May 29, 2025
East Stroudsburg, PA

Susan Baglieri

# Exhibit \

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, | |
| *Plaintiffs*, | |
| vs. | Civil Action No. 8:25-cv-01230 |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | |
| *Defendants*. | |

**DECLARATION OF NORMA VELASQUEZ-BRYANT**

I, Norma Velasquez-Bryant, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am a Society for Research on Educational Effectiveness ("SREE") member and have spent my career in education research and evaluation.

3. I have invested decades of time and significant resources in a career in education research and evaluation because of my desire to serve the public interest by improving outcomes and opportunities for our nation's students. I am submitting this declaration in my personal capacity.

4. I earned my masters in educational psychology at the University of Nevada Reno and then worked at a university designing education research approaches for special education, selecting grantees for education programs and running education support programs.

5. I have served as a principal investigator and have been trained as an education program evaluator.

6. I went on to earn a Ph. D. in educational psychology at the University of Nevada Reno with an emphasis on technology, as I studied the integration of technology into education and the effectiveness of that integration.

7. I have applied the research and evaluation skill sets I have developed to designing curricula in the community college setting, and in recent years I have served as an evaluator of educational effectiveness in the K-12 level.

8. In this work, I regularly use the Institute for Education Sciences ("IES")-funded and operated What Works Clearinghouse ("WWC") and the Regional Education Laboratory ("REL") in my work to determine the evidence base for ascertaining the effectiveness of educational programs.

9. In my work seeking to serve diverse populations of students in a relatively remote area, it is absolutely essential to have up-to-date valid research that can be implemented in the areas I work.

10. I have not worked in a district with the resources necessary to provide high-quality research and randomized control trials by itself. I have consequently long been dependent in my work on high quality research and implementation guides from IES functions, particularly the WWC and the Western region REL, as well as RELs for other regions.

11. For example, in working to design effective pre-school programs, I rely on the research and implementation guidance created by IES-funded and administered activities. This work includes the impact of pre-k learning on academic achievement in reading for students by grade 3. Reliable, valid data and research are absolutely essential to carrying out my profession in a manner that allows me to achieve my profession's purpose of serving students, families, and the community.

12. The IES-operated Education Resources Information Center ("ERIC") database has also been crucial to my work, as it provides broad access to the universe of education research.

13. The WWC is particularly important because its vetting functions and peer-review ensure access to high-quality research and data, as well as practice and implementation guides that rely on high-quality research to provide guidance for education practice by users at the school district level.

14. In my career, I have seen instances where curricula unsupported by valid research were potentially harming the students I sought to serve. When students were consistently performing below proficiency levels in reading, I discovered that a specific reading curricula we had implemented lacked strong support from quality evidence-based research. IES-supported resources including the WWC, RELs, and the studies funded and managed by IES that created the content in those forums, were important to making data-driven decisions by our leadership team to change curricula that was more beneficial to students. This has been particularly true in reading instruction where the switch to the science of reading with phonics-based learning is supported by rigorous research. Unlimited access to peer-reviewed evidence-based studies and the associated data have

been vitally important in the continued monitoring of program effectiveness and ultimately, student success,

15. The dramatic truncation of IES through mass contract cancellations and termination of employees, and imminent threat that WWC and the RELs will cease to function or provide access to up-to-date, reliable research will harm my ability to achieve the purpose of my profession.  I cannot effectively serve students without access to the high-quality research and dissemination resources that these IES functions provide.

April 29, 2025

[RENO, NV

_____
                    Norma Velasquez-Bryant

# Exhibit AA

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, | |
| *Plaintiffs*, | |
| vs. | Civil Action No. 8:25-cv-01230 (SAG) |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | |
| *Defendants*. | |

**DECLARATION OF LYNN D. DIERKING, PHD**

I, Lynn D. Dierking, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am a Principal Researcher at the Institute for Learning Innovation, a 501(c)(3) non-profit virtual learning research organization incorporated in Oregon. I also am a Professor Emeritus of STEM (*S*cience, *T*echnology, *E*ngineering, and *M*athematics) Learning at Oregon State University (OSU) in Corvallis, Oregon. I have been a member of the American Educational Research Association for over 30 years.

3. I have worked as a learning researcher for 45 years in a variety of settings, including the University of Maryland and OSU, as well as at the Smithsonian's National Museum of American History. I am internationally recognized for my longitudinal research to understand learning in and from schools, as well as in and from community-based institutions: libraries, museums, and youth-serving organizations, particularly with young

people, and their families, in low-income, diverse communities. In 2016 I received a Distinguished Research Award from an international science education through research organization, for my contributions in building an educational research specialty that studies learning across the lifespan, in the varied settings in which people live their lives: at school, at home, out in the community, and in the workplace.

4. I use community-based participatory research approaches in my work, focusing closely at the community level, and to the degree possible, also involving young people and their families in the research, "on the ground," so to speak. As a case example, I recently completed a 10-year longitudinal study tracking the STEM interest and participation pathways of the *same* youth (ages 11-17), both in school and outside school, in one community. This community includes many people who are learning English and for whom literacy, even in their original language, is developing.

5. The work of IES is critical to the case I described above. For example, I use the Trends in International Mathematics and Science Study (TIMSS) cross-sectional dataset and findings, as well as longitudinal data collected by the National Center for Education Statistics (NCES), to frame my focused work within the context of larger scale experimental/quasi-experimental studies. Canceling this important research and other work of IES, such as the mandate to widely disseminate findings, will limit or entirely shut off my access, and that of my colleagues, to critical datasets and evaluation-research findings. This will severely diminish the quality of my work.

6. Taken as a whole, these cancellations negatively impact my work, that of other AERA and SREE members, and greatly undermine the nation's educational research infrastructure. Finally, and most concerning to me as someone who has conducted learning research for 45 years, devoted to research that informs practice, and makes a difference in people's lives, this mass cancellation will hurt children, young people, and their families across the country.

May 30, 2025
Corvallis, Oregon
Lynn D. Dierking, PhD

# Exhibit DD

AERA-0473

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, | |
| *Plaintiffs*, | |
| vs. | Civil Action No. 8:25-cv-01230 (SAG) |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | |
| *Defendants*. | |

---

**DECLARATION OF LOGAN DOE**

I, Logan Doe, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am writing in my personal capacity as an education policy researcher. I am a member of the American Educational Research Association and the Society of Research on Educational Effectiveness. I am providing this declaration anonymously because of concrete fears I have that I will suffer professional repercussions for providing information in this action.

3. I am a former teacher in a public high school, with an earned doctorate in education. I am a tenured associate professor of education policy and have worked in this role for eight

years. I lead large-scale quantitative analyses and grant-funded projects using federally sponsored surveys and state data systems to examine educational resources that impact student outcomes. I also have served on several technical working groups for others' federally sponsored projects and am a consumer of high-quality education research.

4. In my work and research, I examine policies and programs to support the retention and recruitment of high-quality teachers, where I rely heavily on findings from federally sponsored work in this area. Cancellation of contract 91990019C0066 on teacher residency programs causes harm to my ability to draw robust inferences about the success of this type of teacher training by ceasing a significant evaluation of such programs.

5. Relatedly, cancellation of contract 91990018C0044, which was carrying out an Impact Evaluation to Inform the Teacher and School Leader Incentive Program, harms my own work around teacher incentives, where I also conduct research to inform local policies and programs in service of improving student outcomes.

6. Currently, I am working on an analysis of educational investments in children and youth that draws heavily on the National Household Education Survey (NHES). Cancellation of contact ED-IES-12-D-0002/91990021F0343, which was meant in part to support the final release of the 2023 wave of NHES, drastically limits my ability to draw inferences about childcare, homeschooling, and other educational investments in the post-COVID era.

May 30, 2025
United State                          */s/ Logan Doe*
                                      Logan Doe


\* A copy of the signature page bearing an original signature is attached hereto.

years. I lead large-scale quantitative analyses and grant-funded projects using federally sponsored surveys and state data systems to examine educational resources that impact student outcomes. I also have served on several technical working groups for others' federally sponsored projects and am a consumer of high-quality education research.

4. In my work and research, I examine policies and programs to support the retention and recruitment of high-quality teachers, where I rely heavily on findings from federally sponsored work in this area. Cancellation of contract 91990019C0066 on teacher residency programs causes harm to my ability to draw robust inferences about the success of this type of teacher training by ceasing a significant evaluation of such programs.

5. Relatedly, cancellation of contract 91990018C0044, which was carrying out an Impact Evaluation to Inform the Teacher and School Leader Incentive Program, harms my own work around teacher incentives, where I also conduct research to inform local policies and programs in service of improving student outcomes.

6. Currently, I am working on an analysis of educational investments in children and youth that draws heavily on the National Household Education Survey (NHES). Cancellation of contact ED-IES-12-D-0002/91990021F0343, which was meant in part to support the final release of the 2023 wave of NHES, drastically limits my ability to draw inferences about childcare, homeschooling, and other educational investments in the post-COVID era.

May 30, 2025
United States

*Logan Doe*

# Exhibit EE

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

**DECLARATION OF MATTHEW SHANKAR GIANI**

I, Matthew Shankar Giani, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I submit this declaration in my personal capacity and not on behalf of any institution. I am a Research Associate Professor in the Department of Sociology at the University of Texas at Austin. I am a member of the American Educational Research Association and the Society of Research on Educational Effectiveness (SREE). I am currently serving as the co-chair of the Postsecondary Division for SREE's annual meeting.

3. I completed a master's degree in education policy, organization, and leadership studies from Stanford University in 2009 and a PhD in education policy and planning from the University of Texas at Austin in 2014.

4. I pursued advanced education and training in the field of education and dedicated years of my life to this field with the hope that my research would expand educational opportunity, improve educational systems, and inform policymakers and the public about how students' educational experiences may shape their long-term outcomes. I regularly collaborate with state agencies, schools and districts, and colleges in order to translate my research into actionable insights that can improve educational policy and practice.

5. From 2018-2025, I served on the Institute of Education Science's Education Systems and Broad Reform review panel until I received a Stop Work Termination for Convenience letter on February 10, 2025 sent via General Dynamics Information Technology, the organization previously contracted to run the peer review panels. I have not received any official communication from IES about my service in this capacity.

6. I am an Associate Editor for Educational Researcher, on the editorial board of Research in Higher Education, and an ad hoc reviewer for many of the most prestigious peer-reviewed journals in educational research and the sociology of education.

7. I serve on the Independent Advisory Panel for the National Evaluation of Career and Technical Education under Perkins V (NECTEP) authorized by The Strengthening Career and Technical Education for the 21st Century Act (Perkins V), passed by Congress and signed into law by then-President Trump on July 31, 2018.

8. My research examines whether educational systems promote social mobility or reinforce social stratification, with an emphasis on examining how policies, programs, and

interventions ameliorate or exacerbate racial/ethnic and socioeconomic inequalities in students' college and career readiness, access, and success. I have published research on a variety of topics within this agenda, including dual-credit coursework, career and technical education, industry-recognized certifications, developmental education, how students and credits transfer between community colleges and universities, and the impact of financial aid interventions on low-income students' college outcomes.

9. My research has been funded by a variety of governmental and non-governmental entities, including the U.S. Department of Education, the National Science Foundation, the Bill and Melinda Gates Foundation, the Spencer Foundation, the Joyce Foundation, and Ascendium Education Group, among others.

10. The federal government's cancellation of grants, contracts, and efforts related to the collection and dissemination of data, in addition to the reductions in force ordered for the Institute of Education Sciences and the U.S. Department of Education, will likely harm my research and the field of educational research as a whole and will undermine the ability of states, schools, districts, and colleges to make evidence-informed decisions about the effectiveness of policies, programs, and interventions to improve students' educational outcomes.

11. The cancellation of the contract, "Studies for a Congressionally mandated evaluation of career and technical education (CTE) under the Perkins Act," awarded to the American Institutes for Research ("AIR"), will prevent me from gaining access to national data for my research on CTE that is not available from any other source, hinder the ability of the U.S. Department of Education and Institute of Education Sciences to complete the National Evaluation of Career and Technical Education under Perkins V as mandated by

Congress, and limit the Perkins V Independent Advisory Panel's ability to produce an evidence-backed report to Congress.

12. Specifically, Perkins V charged the U.S. Department of Education to:

   a. create a single plan for the research, development, dissemination, evaluation, and assessment of CTE programs in consultation with, or acting through, ED's Director of the IES;

   b. provide an annual report to Congress and other stakeholders on the state of CTE and on state and local performance of Perkins-funded CTE programs, including a quantitative analysis of the effectiveness of activities funded by Perkins V;

   c. direct ED's National Center for Education Statistics (NCES) to collect information on CTE for a nationally representative sample of students as part of its regular assessments, which may include international comparisons;

   d. conduct an evaluation that describes

      i. the extent and success of the integration of state academic standards, including a review of academic and technical proficiency achievement;

      ii. the number of graduates (high school diplomas and postsecondary credentials) and CTE participants;

      iii. the extent to which CTE programs prepare students for employment or postsecondary education;

      iv. employer involvement and satisfaction with CTE programs;

      v. efforts to expand access to CTE programs to all students;

vi.    innovative approaches to work-based learning that increase participation

and alignment with employment in high-growth industries, including in

rural and low-income areas;

vii.    the effectiveness of different delivery systems and approaches (e.g., dual

enrollment or career academies);

viii.    the extent to which CTE programs are grounded in evidence-based

research;

ix.    the impact of Perkins V compared to Perkins IV, including comparisons of

the use of comprehensive needs assessments, implementation of programs

of study, and coordination of planning and program delivery with other

relevant laws, including the WIOA and the ESEA;

x.    changes in CTE program accountability and the effect of such changes on

program delivery and quality;

xi.    changes in student enrollment patterns; and

xii.    efforts to reduce disparities or performance gaps between subgroups,

special populations, and other disaggregated groups.

13. The U.S. Department of Education will likely not be able to meet these Congressional

obligations under Perkins V unless AIR's contract for "Studies for a Congressionally

mandated evaluation of career and technical education (CTE) under the Perkins Act" is

reinstated because states do not regularly collect or disseminate the data and evidence

that would be collected through this contract and it is not available from any other source.

14. The cancellation of the contract for the 2024 National Training and Education Workforce

Survey (NTWES) will likely harm my research and the field of education research.

NTWES is designed as a nationally representative survey on the education and training received by working-age adults, with a particular focus on the non-degree credentials earned by students and employees working in science and engineering fields. My research agenda examines the predictors and outcomes of students who receive non-degree industry recognized certifications. States and federal agencies have not historically collected this data, which has limited the ability of researchers to understand the value of these non-degree credentials in the workforce. Understanding these relationships is necessary to ensure that we are adequately preparing students for success in high-demand industries that are critical for economic growth and national security.

15. My research will also be harmed by the cancellation of the contract for the High School and Beyond Longitudinal Study of 2020 (HS&B: 20). This study, the latest in a long-standing series of national longitudinal studies led by the National Center for Education Statistics, would be the only nationally representative sample of high school students that follows them into postsecondary education and employment and collects extensive information on their high school and family experiences and postsecondary educational and workforce outcomes. The timing of data collections is absolutely critical for longitudinal studies such as HS&B:20, both to ensure that data is collected at the planned time in students' educational journeys, and to ensure the comparability of HS&B:20 data to previous longitudinal studies, making the cancellation of contracts for this study particularly damaging to the study's design and the ability of researchers such as myself to use this data.

16. I used the Education Longitudinal Study of 2002 (ELS:02), a previous NCES national longitudinal study, in my dissertation research and subsequent peer-reviewed publications

in Research and Higher Education and Review of Higher Education, to examine how students' socioeconomic backgrounds shape their transitions into, through, and out of higher education and into the workforce, and I planned to use HS&B:20 in my future research to examine similar patterns.

17. I routinely use data and reports disseminated by the Institute of Education Science and, specifically, the National Center for Education Statistics in my research. For example, NCES has released a number of Data Points summarizing students' participation in college and career preparatory programs such as dual enrollment coursework and career and technical education which I frequently cite in my research to underscore the national significance of my research agenda. My research will be harmed by the reductions in force implemented at IES that will limit the agency's ability to disseminate data and evidence that can guide the field and ensure the relevance of research conducted by scholars such as myself.

18. The What Works Clearinghouse provides a number of invaluable services to me and the field. The WWC's evidence summaries are vital sources of information about the strength of evidence supporting particular policies, programs, and interventions. My research has been cited in these evidence summaries, and I regularly cite these summaries in my own research. The WWC's Standards and Procedures Handbook is also one of the most important sources for standardizing educational research methods to ensure researchers are producing high-quality evidence. I review this Handbook with my graduate students when I teach Advanced Quantitative Research and Design. My ability to train graduate students to conduct high-quality educational research will be hampered by the cancellation of contracts supporting the WWC.

19. Overall, the federal government's cancellation of grants, contracts, and review panels related to the U.S. Department of Education and the Institute of Education Sciences, as well as the reductions in force mandated at both agencies, will likely harm both my personal research and professional advancement, and will do irreparable harm to the field of educational research. These harms will hinder the ability of schools, districts, colleges, states, and the federal government to ensure educational policies and programs are evidence-backed and have the potential to improve students' educational and employment outcomes.

May 30, 2025
Austin, Texas

/s/ Matthew Shankar Giani
Matthew Shankar Giani

\*A copy of the signature page bearing an original signature is attached hereto.

19. Overall, the federal government's cancellation of grants, contracts, and review panels related to the U.S. Department of Education and the Institute of Education Sciences, as well as the reductions in force mandated at both agencies, will likely harm both my personal research and professional advancement, and will do irreparable harm to the field of educational research. These harms will hinder the ability of schools, districts, colleges, states, and the federal government to ensure educational policies and programs are evidence-backed and have the potential to improve students' educational and employment outcomes.

May 30, 2025
Austin, Texas

Matthew Shankar Giani

# Exhibit FF

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

## DECLARATION OF NANCY C. JORDAN

I, Nancy C. Jordan, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am a professor of education at the University of Delaware and hold an endowed chair. I am a member of the American Educational Research Association, where I was elected Fellow in 2020.

3. My research focuses on how children learn math and why so many struggle. I have received numerous grants, including funding from the National Science Foundation, the Eunice Kennedy Shriver National Institute of Child Health and Human Development, the U.S. Department of Education Institute of Education Sciences (IES), and the Spencer

Foundation. I was principal investigator of the Center for Improving Learning of Fractions, funded by the IES. I am author of many journal articles and have been cited about 20,000 times. I am a member of the National Academy of Education and a fellow of the American Educational Research Association and the Association for Psychological Science. I was the recipient of the 2020 Kauffman-Hallahan-Pullin Distinguished Researcher Award of the Council for Exceptional Children in recognition of my scholarship related to mathematics learning difficulties and disabilities.

4. In my work and research, I served as an advisor on the ReSolve Math Study, funded by the Institute of Education Sciences (IES) and conducted by MDRC. This project involved a rigorous evaluation of two approaches aimed at improving low math achievement among a large, nationally representative sample of students across seven states. The study was designed in response to widespread unfinished learning in math caused by the COVID-19 pandemic and sought to identify the most effective strategies for helping students catch up to grade level. As a gold-standard randomized controlled trial, the study evaluated the effectiveness of distinct instructional approaches and had the potential to significantly influence both student achievement and how educators integrate digital tools into their teaching. Unfortunately, this promising project was canceled midway through data collection.

5. I expect the findings from this project to be highly valuable to my work with middle school students experiencing difficulties in mathematics. The results will help me—and other researchers—design evidence-based interventions that apply the most effective strategies for addressing knowledge gaps in critical areas such as fractions and rational numbers. Canceling this promising project midway through the study will deprive

researchers, educators, and ultimately students of important insights that could accelerate math learning and improve outcomes.

6. The Institute of Education Sciences (IES) maintains exceptionally high standards for funding research on educational interventions in mathematics and has supported work that has led to significant innovations in the field. Conducting objective, large-scale randomized controlled trials with national samples is essential to identifying best practices. Prior to the establishment of IES, educational research often lacked rigor and was frequently based on anecdotal, subjective, and poorly substantiated evidence. IES has transformed the field by requiring researchers to disseminate validated findings broadly—not only to other scholars but also to educators and policymakers. My own work has been greatly strengthened by IES-supported research, and the cancellation of the ReSolve study, along with other similar projects, will have serious negative consequences for both my research and the broader field of education.

May 30, 2025
Newark, DE

Nancy C. Jordan

# Exhibit GG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

**DECLARATION OF Michael J. Kieffer**

I, Michael J. Kieffer, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am a Professor of Literacy Education and a member of the American Educational Research Association. As such, I speak on behalf of myself and not on behalf of any higher education institution with which I am affiliated.

3. Since receiving my doctoral in 2009, I have dedicated my career to using evidence to improve literacy instruction and educational access for all students. My research aims to inform both instructional practice and educational policy, particularly for students classified as English learners. My work has included longitudinal studies of English

learners' language, reading, and cognitive development; experimental and quasi-experimental studies of language instruction; and secondary analyses of large datasets.

4. Throughout my career, I have relied on research supported by the Institute of Education Sciences (IES) in several ways. This includes (a) direct support from IES National Center for Educational Research (NCER) grants in which I have been involved; (b) using National Center for Educational Statistics datasets, including the Early Childhood Longitudinal Study and National Assessment of Educational Progress; (c) using findings from studies supported by grants from NCER and the National Center for Special Education Research to inform my work; (d) using findings from contracts from National Center for Education Evaluation to inform my work; and (e) using reports from the NCEE-funded What Works Clearinghouse in my research and teaching. Over the years, without this support, these findings, and these data, my research would have been far less well-informed, and it would have had less impact on educational policy and practice.

5. In particular, I have been harmed by the cancelation of the NCEE contract "Study of the Impact of English Learner Classification and Reclassification Policies," a 30-state study that had excellent potential to inform my work and the work of other researchers. Specifically, I had intended to use the findings from this study to inform my own research on English learner classification and to understand the variation in effects of reclassification across states. For instance, a doctoral student and I are currently engaged in a study of English learner reclassification in New York City public schools. Without the findings from this NCEE-contracted study, our review of literature will be much less well-informed, and we will lose out on an important opportunity to put our findings from

one city into broader context. The cancelation of this contract thereby harms my career as

a researcher and my ability to do rigorous and high-impact research.

May 29, 2025
New York, NY

Michael J. Kieffer

# Exhibit HH

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

**DECLARATION OF SARAH KROWKA**

I, Sarah Krowka, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I submit this declaration in my personal capacity and not on behalf of any institution. I am a principal research scientist at Instructional Research Group (IRG), education researcher, and former special education teacher.

3. I am an active member of the Society of Research on Educational Effectiveness.

4. I am a special education researcher and former special education teacher. I have dedicated my career to pursuing better outcomes for students. This commitment, in turn, serves the public interest by promoting improved educational and occupational outcomes for

children with or at risk for disabilities. For more than 25 years, I have dedicated my career to improving outcomes for underprivileged children as a special education teacher (7 years), educator in other capacities (7 years), and currently as an education researcher (11 years)—particularly in the fields of special education and education interventions related to mathematics.

5. In my research work, I work to advance the greater public good by:

   a. (a) developing and testing interventions that are intended to improve education outcomes (e.g., intensive and targeted algebra tutoring) for children who struggle to learn (children with or at risk for disabilities);

   b. (b) evaluating and synthesizing existing intervention research to identify high-impact instructional practices and programs that have the potential to improve student outcomes; and

   c. (c) translating knowledge of the research findings on these high-impact instructional practices to practitioners so that evidence-based practices can be easily adopted by educators.

6. In my research, I and many of my colleagues rely heavily on the National Assessment of Educational Progress (NAEP) data to examine achievement gaps between students with and without disabilities to identify areas where students with disabilities are struggling to demonstrate growth.

7. NAEP results are reported as percentages of students performing at or above the three NAEP achievement levels (*Basic, Proficient,* and *Advanced*). NAEP data, for example, has shown that 8th grade math performance has been declining for students in special education—in 2024, 66% of students with disabilities scored *below basic*.

8. My knowledge of this persistent achievement gap, and therefore its use in informing my research work, is made possible by the data collection of NAEP. To address this persistent identifiable achievement gap, for one example of my research work, I conduct intervention research in schools to identify high-impact instructional practices (algebra tutoring) that can improve outcomes for 8th grade students struggling to learn foundational algebra content.

9. Without NAEP data, I would not have the ability to reference a standardized, large-scale, dataset to identify nationwide gaps in mathematics performance for students with disabilities. Thus I will not know, with accuracy, what areas of instruction need the most urgent and intensive intervention for improving education outcomes. It will be more difficult to determine which areas are most critically relevant for providing teachers with more intensive and innovative tools (i.e., interventions) to support their instruction.

10. The failure to support the full implementation of NAEP testing and reporting will directly hinder my ability to develop innovative instructional approaches that accurately target identified achievement gaps for students with or at risk for disabilities.

11. If NAEP is discontinued (and assuming each state/region/consortium conducts their own assessments and data collections), we will lose the ability to reference a dataset that was collected with standardized procedures. Without standardization, data will be collected differently across entities. We will be left with apples-to-oranges comparisons which will create major challenges for accurate analysis, intervention development, intervention scaling, evaluation of achievement gaps, etc.

12. If states vary in how they include students with disabilities in their assessment procedures, it will frustrate my ability to identify targetable achievement gaps requiring

innovative intervention development for students with or at risk for disabilities. For example, if some states exclude some of all of certain subpopulations of students from testing (e.g., students with disabilities) no data will be available from those states from which to identify critical achievement gaps to inform intervention development needs. Further, testing results will be skewed upward as a result of excluding those lower-performing students.

13. A fragmented collection of independently operating student assessment systems cannot match the scale, rigor, and methodological integrity of NAEP. Without NAEP's comprehensive and validated data, conducting high-quality intervention research that addresses real and critical achievement gaps for students with or at risk for disabilities becomes significantly more challenging.

14. However, the true cost of discontinuing NAEP would extend far beyond researchers and far beyond the current political climate—it would deprive our nation's students of critical insights, potentially leaving the academic challenges of children with disabilities unseen and therefore unaddressed.

May 28, 2025
Morton Grove, IL

Sarah Krowka

# Exhibit I I

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

**DECLARATION OF MARGARET BECKER PATTERSON**

I, Margaret Becker Patterson, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.  I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2.  I am a founding partner and Senior Researcher with Research Allies for Lifelong Learning, a Virginia Limited Liability Corporation providing research and evaluation consulting nationally in adult foundational education since 2012. My doctorate from the University of Kansas is in education research with a focus on adult learning. Since 2006 I have been a member of the American Educational Research Association (AERA) and since 2010 an officer in the Adult Literacy and Adult Education Special Interest Group (ALAE SIG) of AERA.

3.  For more than three decades, I have worked in adult foundational education (AFE) in previous roles in community colleges, universities, state agencies, and non-profit organizations, including prior service as Research Director at GED Testing Service. I have also served as a reviewer for IES-funded grant proposals. For the past 20 years, my work as an AFE researcher has been motivated by a commitment to serve the public interest – to provide evidence of the need for AFE programs and services, to inform AFE programming for adult learners, and to evaluate adult learner outcomes in those programs. AFE programs currently serve approximately 3-5 million adult learners annually, which is less than 10% of the documented USA need for AFE.

4.  I submit this declaration in my personal capacity and as Senior Researcher for Research Allies for Lifelong Learning, and not on behalf of any other institution, agency, or organization.

5.  In my work and research, I rely heavily on nationally representative data from the Programme for the International Assessment of Adult Competencies (PIAAC) that the National Center for Education Statistics (NCES), in concert with the Organization for Economic Development (OECD), collected on adult participation in learning and the workforce. These critical, nationally representative data exist nowhere else. I employ PIAAC data to demonstrate the need for AFE at local and national levels, to explain the assessed skills of key subgroups of adult learners, and to inform AFE programs on adult learner participation in education and workforce. Practitioners have told me that they take PIAAC findings seriously and apply them to enhance programs for adults who want to learn foundational skills. Program staff have told me they rely on PIAAC findings for

targeted recruitment, local fundraising to support services, and developing needed

programming to achieve outcomes.

6. The cycle 2 PIAAC dataset (collected from 2022 to 2023 and released in December

2024) contains variables for researchers to compare USA results with cycle 1 PIAAC

data (released from 2012 to 2017) and with other countries around the world. OECD has

a partial USA dataset for cycle 2, but important USA-specific variables were collected

that only NCES has. These cycle 2 data were just weeks away from release when NCES

contracts were terminated. More than 60 key USA-specific variables include measures of

education attainment, income, military service, health, disability, English language skills,

and other critical personal and background characteristics. Access to these measures

would have allowed me as a researcher to more fully describe adults who want to learn

and to work – to recognize their collective strengths as learners and growth across time,

particularly addressing the changes in adult learner needs and programs since the

COVID-19 pandemic which began in 2020. I planned to conduct this research on my own

time. Without access to USA-specific PIAAC variables, I cannot conduct the cycle 2

research I planned, and the questions that the AFE field has on the needs of and

programming for adult learners since the pandemic remain unanswered. Even though the

cycle 2 data were already bought and paid for, not releasing them leaves a giant hole in

the knowledge that programs were counting on to guide themselves and adult learners

through the massive changes resulting from the pandemic.

7. Other relevant losses to my AFE research include the demise of both the Education

Resources Information Center (ERIC) research database and the What Works

Clearinghouse. Since I no longer have access to university libraries and the cost of

purchasing journals is prohibitive, as a small business owner I need to rely on these publicly funded databases to obtain research papers, reports, and articles for literature reviews. Both of these IES resources provided a wealth of literature that cannot be found elsewhere. Not adding new research to ERIC and the What Works Clearinghouse makes it much more difficult to have a knowledge base from which to build future research.

May 30, 2025

Blacksburg, Virginia

Margaret Becker Patterson

# Exhibit J J

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF EDUCATION,
 *et al.*,

*Defendants*.

Civil Action No. 8:25-cv-01230 (SAG)

---

## DECLARATION OF ILANA UMANSKY

I, Ilana Umansky, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am an Associate Professor at the University of Oregon. I am a member of the American Educational Research Association and have, in the past, been a member of the Society for Research on Educational Effectiveness.

3. I am an academic whose work focuses on how education policies impact the outcomes and opportunities of immigrant, multilingual, and English learner-classified students.

4. In my work and research, a large area of focus is on policies related to the classification of students as English learners (a federally protected category of students) as well as

policies related to students' exit from the English learner category ("reclassification").

For example, my research has explored, in specific districts and states, questions

including: How long does it take English learner classified students to be reclassified out

of that status? What characteristics of students, schools, and policy frameworks are

associated with faster or slower timing to English learner reclassification? How does

English learner identification impact students' opportunities and outcomes?

5.  These questions are closely tied to the large contract, commissioned by the Institute of

Education Sciences, entitled "Study of the Impact of English Learner Classification and

Reclassification Policies." The study, which was cancelled by the U.S. government,

however, was unique in its scale. Partnering with thirty states, this study was

unparalleled in its ability to examine questions of how long students are classified as

English learners, what factors support faster or slower reclassification, and what the

impacts of reclassification are for students in different contexts. To my knowledge,

most studies exploring these questions are at the district level (i.e. one district) with a

few examining one full state. This study was, therefore, at least 30 times the scope,

allowing for unparalleled understanding of variation across states and best practices.

6.  This matters because English learners constitute over 10% of the U.S. public school

population and yet, on average, have some of the lowest average performance. The

underperformance of English learners creates a problem not just for the students

themselves, as they move into being adults in the U.S. society (the vast majority of

English learners are born in the U.S.). It also indicates an important loss for the U.S.

itself in terms of the lost potential of positive impacts of these millions of individuals

on the U.S. economy and society. Indeed, research conclusively shows that

reclassified students, on average, do exceedingly well in school, outperforming students who were never classified as English learners (ie the majority of students – those who speak only English).

7. For me, personally, I would have used the results of this study in multiple ways: research, teaching, and in partnerships with education agencies. I will briefly describe each.

8. This research would have profoundly altered my research because it would have been able to identify patterns across a large scale. This would, for example, have answered some research questions conclusively meaning there is no need to examine them further (therefore altering the research questions I explore), and, importantly, it would have identified new pressing research questions related to English learner classification and its timing and effects. For example, this research may have conclusively demonstrated that English learner students with disabilities take far longer to be reclassified that other English learners. This finding would inform my own research agenda to explore the reasons behind this discrepancy and how systems might adapt to better meet the needs of English learners with disabilities. In sum, this research would have impacted my understanding of the field, the future questions I explored in my own research, and how and where I explored those questions.

9. Second, the products generated by this research would undoubtedly have become central to my teaching. At the University of Oregon I teach graduate students, particularly those that are going into school leadership positions (e.g. principals) and education policy positions (e.g. state education agency leaders and/or research firm analysts). I teach classes on English learner student policy as well as on education

policy more broadly. I have no doubt, knowing the people and data and methods involved, that work from the canceled contract would have become seminal in the field and core reading in one or more of my classes. It would have shaped future education leaders' and policy makers' and analysts' knowledge and actions related to supporting English learners. For example, if the study found that holding students in the English learner category was academically harmful, particularly when states included subjective (e.g. teacher approval) reclassification criteria, these future leaders may have been change-makers in their settings to remove these subjective criteria from state or local policy.

10. Finally, this study would also have deeply informed the partnership work that I do with state and local education agencies as well as legislatures. As an academic in the field of English learner policy, a central area of my work is partnership work with agencies. I am currently actively partnering with the Oregon, Michigan, and Pennsylvania state departments of education as well as the California legislature. For example, in California, I am part of a group that is thinking through reclassification policy and criteria. In Michigan, I work with the state agency to evaluate how to facilitate improved opportunities for English learners to promote faster and more effective reclassification. In these ways, high quality and large-scale research, such as that promised by the canceled study, would have greatly informed my ability to advise and partner with these agencies in a productive and beneficial way. Pressing questions that these agencies regularly ask would, at last, have had answers allowing agencies to develop and implement beneficial policies for millions of students across the country.

11. In conclusion, the canceling of this study has important impacts on me as a
    researcher, a teacher, and an agency partner, all critical functions of my role as
    faculty at the University of Oregon and member of the American Educational
    Research Association.


May 30, 2025
Eugene, Oregon

Ilana Umansky

# Exhibit II

AERA-0511

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

**DECLARATION OF SAMANTHA VIANO**

I, Samantha Viano, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am an associate professor of education at George Mason University and an educational researcher. I submit this declaration in my personal capacity and not on behalf of the higher education institution with which I am affiliated.

3. I am a member of the American Educational Research Association and the Society of Research on Educational Effectiveness.

4. I have worked in education as a high school teacher, researcher, and professor for over 15 years. My career has been dedicated to the public good. As a professor, I prepare aspiring

school leaders. As an educational researcher, my work seeks to identify educational

leadership practices and educational policies that improve the outcomes of young people.

5. I conduct research on several topics that are highly influential for students' experiences in

school and success as adults. These topics include school violence, school security, high

school graduation policies, and teacher retention. I often rely on NCES datasets to

conduct my research, and I have published seven articles at peer-reviewed journals that

analyze data from the National Teacher and Principal Survey, the School Crime

Supplement to the National Crime and Victimization Survey, and other NCES

longitudinal studies (e.g., the High School Longitudinal Study of 2009). This research has

identified specific strategies for increasing teacher retention and increasing safety for

teachers and students. It is part of my job responsibilities for the university at which I am

employed to conduct "research of consequence."

6. I have received exemplary performance evaluations because of my research analyzing

NCES datasets which allow for nationally representative findings. The evaluation criteria

of my promotion to associate professor included having a national reputation for my

research, which included publishing research analyzing data from NCES. I am expected

to continue to publish journal articles every year as part of my annual performance

review. I have several projects in progress for which I am currently analyzing or was

planning to analyze NCES datasets. I have three manuscripts currently under review at

journals that analyze data from NCES. Ongoing and planned future research included

NCES datasets that were being collected before the IES contracts were terminated. I have

published several studies analyzing the pre-cursors to the High School and Beyond

Longitudinal Study of 2020 (HS&B: 20) including analyses of the Educational

Longitudinal Study of 2002 (ELS: 2002) and the High School Longitudinal Study of 2009 (HSLS: 2009). I had plans to similarly analyze HS&B: 20, and publish manuscripts from this analysis that are required as part of my annual performance evaluation. It is not possible to use any other data sources than NCES longitudinal surveys for my research, as they are the only nationally representative datasets that include robust information on students collected across adolescence and early adulthood,

7. I integrate NCES datasets and other related information that was part of cancelled IES contracts into my teaching. I have one graduate student who recently defended her dissertation that analyzed data from ELS: 2002 and HSLS: 2009. I was able to provide her access to these data that allowed her to successfully complete her dissertation and earn her PhD. I have also used NCES datasets in training students on quantitative research methods.

8. In my teaching of aspiring school leaders in our school principal licensure program, I integrate the What Works Clearinghouse (WWC) as an essential tool for the students to write school improvement plans. From WWC, my students craft school improvement plans that are driven by research evidence to address problems of practice in their schools. WWC is the most essential tool for students to identify solutions for their final project in the course. I receive very positive feedback from my students on the use of WWC as an instructional activity and for the utility of WWC in the public good, broadly.

9. The cancellation of IES survey programs will be detrimental to my career, reducing opportunities to publish and lowering the quality of instructional tools as part of my teaching as well as mentoring of PhD students. The discontinuation of longstanding

survey programs will reduce the rigor of my research and make my research findings less applicable to those across the United State.

10. My research and teaching activities are dedicated to the public good, to improving student experiences in K-12 education and improving their subsequent lives as adults. I have invested my time to analyzing NCES datasets because they have been the most applicable sources of data for advancing the public good through findings that apply nationwide as well as being designed with rigor rarely seen in local survey programs. I rely on NCES datasets to continue to meet expectations for my employment as well as serve the public good.

May 30, 2025
Washington, DC

_S Viano_

_____

Samantha Viano

# Exhibit LL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants.* | Civil Action No. 8:25-cv-01230 (SAG) |

## DECLARATION OF HAYLEY WEDDLE

I, Hayley Weddle, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am an Assistant Professor of Education Policy at the University of Pittsburgh. I am a member of the American Educational Research Association.

3. Much of my current work focuses on facilitating a national research-practice partnership titled *State Leadership for Multilingual Learner Equity*. The partnership includes seven researchers and 30 state education agency leaders across 28 states. The state leaders serve in roles focused on English Learner (EL) education, and have titles such as Program Coordinators, Support Specialists, Assessment Consultants, or Data and Research

Analysts. Our national research-practice partnership uses existing research evidence to inform state leaders' work, with the goal of upholding English Learners' federal civil rights (ensuring their equitable access to education). Since launching the partnership in 2020, the group meets every three weeks on Zoom to develop evidence-based resources aligned with leaders' current problems of practice in EL education.

4. The recent cancellation of many federally-funded studies has a direct negative impact on my work, as well as on the state education agency leaders I collaborate with. For example, the cancellation of the IES contract "Study of the Impact of English Learner Classification and Reclassification Policies" (contract 91990021D0004/91990021F0387) is a significant loss. Leaders across the national research-practice partnership I facilitate were eager to use the evidence from this 30-state study examining approaches to EL entry and exit across contexts. Specifically, leaders planned to use evidence from the study to inform EL entry and exit policies in their own states, as well as to guide their work supporting districts and schools with EL program implementation. State leaders anticipated that changes to policies and programs informed by the IES evidence would be a pathway for improving student learning and outcomes. Because the grant has been cancelled, this new evidence will no longer be available to inform such influential improvements.

5. As a junior scholar whose research focuses on supporting state education leaders with using relevant and actionable evidence, the cancellation of the IES reclassification study negatively impacts my work and development as a scholar. Losing access to such evidence impedes my ability to facilitate useful research-based collaboration, and also impacts my future EL-focused publications that would have drawn on this work.

May 29, 2025
Pittsburgh, Pennsylvania

Hayley Weddle

# Exhibit KK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

## DECLARATION OF JASON C. CHOW

I, Jason C. Chow, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I submit this declaration in my personal capacity and hot on behalf of any institution. I am an associate professor at Vanderbilt University, researcher, teacher, and member of the American Educational Research Association and the Society of Research on Educational Effectiveness.

3. I am an education researcher prior to which I was a paraprofessional and special education and general education teacher. I have been a member of both the American Educational Research Association and the Society of Research on Educational

AERA-0521

Effectiveness since 2014; I currently serve as special education program chair for the Society of Research on Educational Effectiveness Conference. I teach undergraduate and graduate level courses in language and literacy development, language and literacy disorders, instructional methods for students with learning disabilities, grant writing, research synthesis methods, and special education policy.

4. The results of the IES contract to AIR for the study (#91990018C0020), "*National Evaluation of the Comprehensive Literacy State Development (CLSD) and Striving Readers Comprehensive Literacy (SRCL) Programs*" is vital to my research and teaching. The Comprehensive Literacy State Development (CLSD) study was supposed to come in the form of both an impact study report and an outcome study of the post-adoption data. Understanding the impact of the programs on student outcomes is, ultimately, the investment's most important outcome. Without this, so much of the work that has been conducted over the past 7 years is incomplete and it takes away from the most important stakeholders and community members – children and families. Given my research, teaching, and community partnerships, the termination of this grant on Feb 10, 2025, prevents several core sectors of my professional scope of work.

5. In my work and research, I have relied on the Comprehensive Literacy State Development (CLSD) and Striving Readers Comprehensive Literacy (SRCL) Programs as demonstrations of essential and effective research and technical assistance entities that provide fundamental knowledge and resources to the research community, including my own doctoral students who are conducting education and literacy intervention research. To illustrate, I have plans with one of my doctoral students, to leverage CLSD and SRCL to develop and implementation plan and school consultation model to support special

education coaches at the district and state level. Specifically, we will rely on the professional development learning modules that are currently under development and not available. Without the impact report, we are left without key knowledge of what constitutes effective technical assistance and professional development in terms of the real effects on student's literacy outcomes.

6. IES research is a cornerstone of my teaching and research on implementation and sustainability of evidence-based practice. In this next academic year, I had planned to use the 2024 Striving Readers Comprehensive Literacy (SRCL) report findings to demonstrate how programs, particularly funded programs, require continuity to maximize the impact of their findings and overall research, training, and dissemination efforts. The report underscores both the benefits and challenges of providing funding to states to improve literacy instruction both at a systems level and locally—the program learning from and being iterated to further enhance their model and outcomes through the Comprehensive Literacy State Development (CLSD) program (SRCL's successor), and this uninterrupted continuity between SRCL and CLSD is needed. I had planned to use these programs as a case study for my current Office of Special Education Programs (OSEP)-funded doctoral cohort. As such, completion of these projects will not only have a strong, positive impact on my doctoral training program, but the numerous educators they will go on to teach and train in methods for implementation and sustainment of quality literacy instructional approaches at the state and local level. Without the impact report, we are left without the best direction on how to train future education leaders at the local, state, and national level on what models work to improve children's literacy outcomes—including those with disabilities.

7. In my collaborations with school partners in the context of research-practice partnerships and network improvement communities, this project is a prime resource for numerous aspects of our meetings, collaborations, resource sharing, and development meetings.

8. In my teaching, I use the Comprehensive Literacy State Development (CLSD) in several important ways. First, the resources and capabilities of CLSD are essential to improving literacy outcomes for children in the United States. My professional students who are gaining teacher licensure or are in the field as teachers rely on the ongoing resources provided by CLSD including but not limited to:

   a. access to the public website,

   b. access to the high-quality professional development resources for state and local education agencies (SEA, LEA),

   c. and understanding how federally-funded technical assistance centers operate, including coaching, communities of practices, guided content area of research reviews, and professional networking.

CLSD also provides resources to SEAs and LEAs who are not contract grantees, which many of my professional and doctoral students were planning on using as essential tools to support literacy professional development and student outcomes across the nation, including our most vulnerable children, families, and communities. Continuation of this work is vital to the systems and infrastructure for states to develop literacy plans for comprehensive literacy instruction—*specifically if we want to know how to truly improve literacy outcomes for children.*

June 1, 2025
Nashville, TN                    /s/ Jason C. Chow
                                 Jason C. Chow
* *A copy of the signature page bearing an original signature is attached hereto.

7. In my collaborations with school partners in the context of research-practice partnerships and network improvement communities, this project is a prime resource for numerous aspects of our meetings, collaborations, resource sharing, and development meetings.

8. In my teaching, I use the Comprehensive Literacy State Development (CLSD) in several important ways. First, the resources and capabilities of CLSD are essential to improving literacy outcomes for children in the United States. My professional students who are gaining teacher licensure or are in the field as teachers rely on the ongoing resources provided by CLSD including but not limited to:

   a. access to the public website,

   b. access to the high-quality professional development resources for state and local education agencies (SEA, LEA),

   c. and understanding how federally-funded technical assistance centers operate, including coaching, communities of practices, guided content area of research reviews, and professional networking.

CLSD also provides resources to SEAs and LEAs who are not contract grantees, which many of my professional and doctoral students were planning on using as essential tools to support literacy professional development and student outcomes across the nation, including our most vulnerable children, families, and communities. Continuation of this work is vital to the systems and infrastructure for states to develop literacy plans for comprehensive literacy instruction—*specifically if we want to know how to truly improve literacy outcomes for children.*

June 1, 2025
Nashville, TN

Jason C. Chow

# Exhibit LL

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

**DECLARATION OF DAVID J. FRANCIS**

I, David J. Francis, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I submit this declaration in my personal capacity and not on behalf of any institution. I am a Cullen Distinguished University Chair in the Department of Psychology at the University of Houston where I also serve as the Director of the Texas Institute for Measurement, Evaluation, and Statistics.

3. I obtained my doctorate in 1985 in Clinical Neuropsychology while simultaneously developing special expertise in measurement and statistics.

4. Since obtaining my Ph.D., I have worked as an educational and health researcher, and am recognized for my expertise in measurement, experimental design, statistics, and evaluation, and for my substantive expertise in the areas of developmental disabilities, reading development, language and literacy development, and the education of English Language Learners, a protected class of students within the US Educational System.

5. I am a member and Inaugural Fellow of the American Educational Research Association and a member of the Society for Research on Educational Effectiveness.

6. I am a co-author on several early reading assessments in both English and in Spanish for grades K-3, a diagnostic assessment of reading comprehension in both English and Spanish for grades 3-5, and a contributing author for a major reading curriculum.

7. I have directed federally funded research on how children learn to read, i.e., the science of reading, and on the education of students with reading disabilities, math disabilities, and attention deficit/hyperactivity disorders, and for the last 25 years have conducted research on the language and literacy development of English Language Learners, including directing two federally funded research and development centers focused on middle school, or middle school and high school Science and Social Studies and an NIH funded program project grant focused on language and literacy development in grades K-3.  I have also directed state evaluations of the Reading Excellence Act and Reading First (Texas), and the Open Book Initiative (Idaho).

8. In my work and research I am called on to design and implement studies to improve reading instruction, to help teachers tailor instruction to meet the needs of all students in their classrooms, including those with disabilities and those who speak a language other than English, as well as to educate researchers, policy makers, teachers, and school

administrators on the phases of intervention development, and to contribute to understanding about the types of inferences that can be supported from different classes of educational studies.

9. The ongoing evaluation of the Comprehensive Literacy State Development Program which evolved from the Striving Readers Program is an important case in point. This study was part of the IES contract (cancelled on February 10, 2025) to AIR called the (#91990018C0020), "*National Evaluation of the Comprehensive Literacy State Development (CLSD) and Striving Readers Comprehensive Literacy (SRCL) Programs*" This large-scale, national study of reading instruction grounded in the science of reading would have provided much needed empirical data on the effectiveness of instruction grounded in the science of reading when implemented at scale. Similarly, the large-scale national evaluation of Multi-Tiered Systems of Support (MTSS) would have provided much needed empirical data on the effectiveness of the widespread adoption of this public health model for improving reading outcomes, where the instruction, interventions, and assessments are all grounded in the science of reading.

10. There is a crucial difference between efficacy and effectiveness, a distinction that is much better understood in medicine and public health than in education, and the failure to understand this distinction in education can lead to the premature discarding of treatments with proven efficacy rather than focusing on the adjustments to treatments, teacher training, and implementation necessary to achieve effectiveness at scale. The large-scale national evaluations of the Comprehensive Literacy State Development Program and of MTSS were both at the stage of final report writing. It is likely that these studies would have found heterogeneity in treatment effectiveness, and these sources of heterogeneity

would have been the basis for new research proposals to modify treatments, teacher training, and possibly implementation to reduce treatment effect heterogeneity. It is also likely that this heterogeneity would have been misconstrued by some to question the efficacy of the science of reading, and potentially to push for less effective instructional practices in school. Had the reports been written, they would have served as the basis for my future work, but the exact direction of that work would have depended on what was learned from these major evaluations.

11. Over the 25 years of IES' existence, research and training funded by IES has transformed what counts for epistemology in education. Many have worked hard to garner acceptance for rigorous, experimental research in education, to focus educational researchers on questions of cause and effect, to build a science that leads from mechanisms of action to instructional efficacy, and ultimately to effectiveness when practices are implemented at scale. The demise of IES will undermine 25 years dedicated to improving the standards of what counts for evidence in education and return us to a focus on anecdotal, qualitative, observational findings that cannot lead to generalizable knowledge. The large-scale experimental effectiveness studies carried out by IES will never be conducted by individual states. To efficiently design and conduct such studies depends on the ongoing data collections required of IES' National Center on Educational Statistics. The National Assessment of Educational Progress (NAEP), the Condition on Education (CoE), and the Common Core of Data (CCD) provide educational researchers with essential information about the state of education throughout the country that cannot be obtained from any other source, while the international studies, such as the Programme for International Student Assessment (PISA), and the Trends in International

Mathematics and Science Study (TIMSS) provide critical information on how US students fair in comparison to students from other countries. It is virtually unheard of that a research proposal submitted to a state agency, the National Institutes of Health, the National Science Foundation, or the Institute of Education Sciences would not reference one or more of these important data sources; even studies focused on a single state educational system invariably reference these federal data collections to provide important context and to ground the research within a national and/or international context, because the students of every state educational system are in competition with students from other states and other countries for advanced educational opportunities and ultimately jobs in the local, national, and/or global economy. A reversion to anecdotal epistemology in education threatens the educational, economic, and social success of today's students, and this reversion is inevitable in the absence of a federal agency whose mission aligns with the mission established for IES when it was authorized.

June 1, 2025
Houston, TX

David J. Francis

# Exhibit MM

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

## DECLARATION OF MATTHEW EDWARD FOSTER

I, Matthew E Foster, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I submit this declaration in my personal capacity and not on behalf of my institution. I am an Associate Professor at the University of South Florida and education research scientist.

3. I have been an active member of the Society for Research on Educational Effectiveness (SREE) since 2013 and American Educational Research Association (AERA) from 2021 to 2024.

4. As an individual with a developmental disability and a first-generation college graduate, I have drawn on my lived experience to serve both as a classroom educator and a university-based education researcher.

5. My research is dedicated to improving the experiences and outcomes of children, particularly those from historically underserved backgrounds, including children with disabilities and dual language learners, so they can lead fulfilling lives and contribute meaningfully to society. I focus on school readiness and early learning as key levers for long-term success. In addition to conducting research, I train future educators, speech language pathologists, and researchers to advance this mission and support the children who need it most.

6. I rely heavily on the resources provided by the Institute of Education Sciences (IES). I completed a postdoctoral research fellowship and participated in several IES-funded research training institutes. These opportunities equipped me with advanced skills in research methodology, statistics, and education sciences; training I would have not otherwise received. Without IES support, I likely would not be in a position to conduct community driven research that serves children with the greatest needs.

7. My core goal is to help schools invest in evidence-based practices that truly support children's learning, rather than spending limited resources on flashy, unproven curricula. IES funding has been essential in advancing this mission. Through IES-supported research, I have developed early assessments that allow teachers to monitor children's progress in mathematics and science beginning as early as age three, and I have evaluated the effectiveness of interventions designed to support math learning among both general education students and those from historically underserved populations. This work has

directly benefited schools, educators, and families by promoting equitable, research-informed decision-making.

8. Even in projects that were not directly funded, my research has been shaped and made possible by IES-sponsored data, tools, and training. Without continued IES support, I would not be able to serve schools, students, and their families. I would also not be able to train the next generation of researchers and practitioners in the ways I currently do. For example:

   a. The Early Childhood Longitudinal Study Kindergarten Cohort 2011 (ECLS-K:2011) dataset, developed and maintained with IES support, has been foundational to my research on school readiness and early STEM learning, allowing me and my college students to examine how family, classroom, and community factors influence academic outcomes for all learners, including multilingual learners. The planned next cohort of ECLS-K (2024) is critical for understanding the educational consequences of the COVID-19 pandemic and losing it would severely limit our ability to develop responsive, evidence-based supports.

   b. IES-funded assessment tools and measurement frameworks have also guided the development of early math and science assessments in my current research. These tools have ensured my work aligns with national standards and contributes usable knowledge back to the field, rather than duplicating efforts or relying on outdated or inappropriate measures.

   c. Lastly, my ability to train college students and early career researchers, including many first-generation students and individuals from communities most in need,

has depended on my participation in IES-sponsored training institutes. These

include advanced methodological training through IES, SREE, AERA, and NSF.

Without these programs, I would not have the expertise to mentor students in

producing high-quality, policy-relevant research that addresses real challenges in

U.S. schools.

9.  The termination of IES-supported studies, such as the *Study of Strategies to Promote
    Access to Dual Enrollment*, the *Impact Study of Strategies to Accelerate Math Learning*,
    the *Evaluation of Strategies to Improve Outcomes for English Learners*, and the
    *Evaluation of the 21st Century Community Learning Centers Program,* significantly
    undermines our ability to assess and enhance the effectiveness of U.S. education systems.
    Without these studies, we lack the necessary data to determine how well schools are
    serving all students, including diverse student populations such as English learners and
    students from households where languages other than English are spoken. These
    populations of children are important!

    a.  The *Condition of Education* (2024) shows as of fall 2021, English learners made
        up 10.6% of U.S. public school students, with even higher concentrations in states
        like Texas (20.2%) and California (18.9%). In total, about 22% of students come
        from homes where a language other than English is spoken. Supporting their
        academic success is critical to building a skilled workforce and maintaining U.S.
        global competitiveness.

    b.  The absence of comprehensive, large-scale research impedes our ability to
        identify national and state-level educational needs, inform policy decisions, and
        allocate resources effectively. Without this evidence base, we risk implementing

unproven programs, misdirecting funds, and failing to address critical educational disparities. This knowledge gap could lead to long-term economic consequences, including a less prepared workforce and diminished national productivity.

10. IES plays an irreplaceable role in my ability to conduct meaningful, high-quality research that informs practice, policy, and the preparation of future educators and scholars. Its support ensures access to high-quality datasets, rigorous evaluations, and essential methodological training. Without IES's infrastructure and dissemination of research, I and many others in the field would be severely limited in our capacity to generate evidence, respond to the urgent needs of schools, students, families, and communities, and translate findings into practice. The loss of IES-supported resources would not only stall critical research but also set back national efforts to advance educational equity and excellence.

May 31, 2025

Tampa, FL

Matthew Edward Foster

# Exhibit NN

| Date Termination Executed | Contract/Order #/ PIID | Vendor | Contract Description | Status | Settlement Date | Initial Award Date | PoP Start |
|---|---|---|---|---|---|---|---|
| 2/4/2025 | 91990020A0002/91990025F0013 | GRANT THORNTON LLP | The purpose of this task order is to provide advisory and program support for the IES digital modernization program management office and enable future state activities. The Digital Modernization Program Management Office Support contract provides the following services; comprehensive program management support for the digital modernization implementation effort, support for stakeholders involved in the digital modernization and future state enablement support and strategic advisory for the digital modernization planning and implementation. | Terminated | 2/26/2025 | 12/16/2024 | 12/16/2024 |
| 2/10/2025 | 91990023D0039/91990024F0344 | OPTIMAL SOLUTIONS GROUP, L.L.C | The primary purpose of this contract is to serve in a technical advisory capacity, developing procedures and protocols for report and table production that can easily be followed and executed at scale by a third party under a separate contract. | Terminated | | 6/28/2024 | 7/1/2024 |
| 2/10/2025 | GS-00F-428GA/91990022F0006 | ACTIVATE RESEARCH INC. | The purpose of this contract is to provide technical assistance and expert advice to support the projects of the Statistical Standards and Data Confidentiality Staff related to statistical standards, confidentiality, and data security. The responsibilities range from the development, maintenance, and promulgation of Statistical Standards and Guidelines to the protection of confidentiality in the data that are entrusted to The National Center for Statistics, The Statistical Standards and Guidelines govern much of the technical operations of national survey collections, methodological research, and statistical product preparation. The tasks responsible for the technical review of all products to ensure compliance with the Statistical Standards and Guidelines. The materials reviewed range from electronic data files and accompanying detailed technical reports to short descriptive reports to more in-depth analytic reports. | Approved for reinstatement | | 11/18/2021 | 1/24/2022 |
| 2/10/2025 | 91990021A0022/91990024F0342 | MATHEMATICA INC. | What Works Clearinghouse Preschool-to-Postsecondary Evidence Synthesis, this task order will focus on the topic of Promoting Student Attendance in Kindergarten through Grade 12. Student attendance rates have been lower in recent years as chronic absenteeism has been on the rise. Chronic absente eis m, defined as a student missing at least fifteen school days in one school year due to excused or unexcused reasons, can be caused by a variety of factors, including student physical or mental health, family contexts, natural disasters, or student behavioral challenges. | Terminated | | 6/21/2024 | 7/1/2024 |
| 2/10/2025 | 91990023D0042/91990024F0347 | RESEARCH TRIANGLE INSTITUTE | The purpose of this procurement is to provide implementation support for the production and dissemination of reports and web products on educational topics for the annual reports and information staff  program. | Renegotiating | | 7/22/2024 | 1/1/2025 |
| 2/10/2025 | 91990021D0001/91990024F0362 | MDRC | This task order supports refinement of the study reporting plan, institutional review board efforts, random assignment, implementation support and monitoring, data collection activities, as well as optionally a data analysis plan and interim snapshot, building off of previous work performed to carry out an impact evaluation of education products that provide supplemental instruction in math in low-performing schools. Additional provided support refinement of the study reporting plan, applying to institutional review boards, random assignment of participating students, implementation of the education products in these schools, data collection to learn about the impacts of these products on student outcomes, as well as options for a data analysis plan and interim study snapshot. | Terminated | | 8/21/2024 | 8/22/2024 |
| 2/10/2025 | 91990023D0008/91990024F0367 | APPLIED ENTERPRISE MANAGEMENT CORPORATIO | The goal of this work is to promote the continued and coordinated growth of education data systems across the country through the increased voluntary adoption of data standards and the improved use of products which facilitate data collection and use that have been developed by the National Center for Education Statistics  and the field through Common Education Data Standards. This work will continue support by providing further developing standards, their associated data use toolkits, and the public user interface. The work will also include developing or maintaining supporting documentation, including, for example, training documents and implementation guides, mapping existing systems, data routines, and state research agendas, and performing a limited number of individualized meetings with critical stakeholders. | Renegotiating | | 8/27/2024 | 9/1/2024 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990023D0029/91990024F0373 | THE MANHATTAN STRATEGY GROUP LLC | The purpose of this contract is to create three stakeholder groups to meet and provide input on the evaluation agenda for the Evaluation Division in the National Center for Education Evaluation and Regional Assistance in the Institute for Education Sciences. The three stakeholder groups will be in the Educator Pipeline, Special Education and Early Intervention, and English Learners topic areas. Each stakeholder group will meet once during the contract. The contractor shall provide content expertise in each of the three topic areas, manage the logistics of the meetings, suggest and recruit participants for the meetings, prepare meeting materials, lead the meetings, and write memos that synthesize the meeting discussions and recommend next steps. | Terminated | 5/13/2025 | 9/3/2024 | 9/16/2024 |
| 2/10/2025 | 91990023D0003/91990024F0376 | ACCENTURE FEDERAL SERVICES LLC | The purpose of this requirement is to support the newly established Institute of Education Sciences Communications Management Office. Institute of Education Sciences is issuing two communications task orders to support communications planning, strategy, management and implementation. This task order will offer strategic communications support, including supporting brand and messaging activities; provide the implementation vendor with a detailed content plan to allocate available monthly work units; and support management activities, including metrics development and process development/refinement. The second task order will support the implementation of the communications strategy resulting from this requirement. | Terminated | 3/12/2025 | 9/24/2024 | 9/30/2024 |
| 2/10/2025 | 91990023D0050/91990024F0386 | WESTAT, INC. | This task will assist the Department of Education assess the extent to which the ten federally funded 2022-2028 Regional Educational Laboratories align with ongoing and new federal objectives for the program. The purpose of the Regional Educational Laboratories is to assist practitioners and policymakers in improving outcomes for learners from early childhood to adulthood by supporting regional stakeholders in the generation and use of research, evidence, and evidence-based practices. | Terminated | 5/12/2025 | 9/17/2024 | 9/23/2024 |
| 2/10/2025 | 91990023D0041/91990024F0387 | QUALITY INFORMATION PARTNERS, INC. | The purpose of this procurement is to provide support for reviewing Memorandum of Understandings and legal agreements required to share data, establish governance procedures, or enforce the Department's IT security requirements with other Federal Agencies, institutional respondents, external data providers, or other entities using or linking to National Center for Education Statistics data. The requirement will assist in tracking Memorandum of Understandings from third-party data collection contractors and assist National Center for Education Statistics staff with coordinating contractors and projects interacting with State Education Agencies, Local Education Agencies (LEA), and postsecondary institutions. | Terminated | 2/21/2025 | 9/25/2024 | 9/26/2024 |
| 2/10/2025 | 91990023D0049/91990024F0389 | THE HATCHER GROUP INC | The purpose of this requirement is to support the newly established communications Management Office. The Institute of Education Sciences is issuing two communications task orders for implementation and communications strategy. This task order will offer content development and deployment support. The majority of the work under this task order will be allocated to interchangeable work units in the following three areas media, public relations, graphic design and social media. While the other task order will start with the communications planning, strategy and management. | Terminated | | 9/24/2024 | 9/30/2024 |
| 2/10/2025 | 91990021D0004/91990024F0393 | WESTAT, INC. | This task assesses the feasibility of and prepares policy-relevant design options for: (1) an impact evaluation of strategies aimed to improve English learner outcomes and (2) a study of the implementation and/or outcomes of key federal policies related to English learners. These studies will be designed to provide evidence to policymakers that will fill gaps in the knowledge base for improving the language proficiency and academic achievement of English learner  students. | Terminated | | 9/18/2024 | 9/23/2024 |
| 2/10/2025 | 91990024D0012/91990024F0394 | MATHEMATICA INC. | This task order will help the Department generate policy-relevant findings for the Congressionally-mandated National Evaluation of Career and Technical Education under Perkins V. The federal concentrator policy in Perkins V affects which students states are held accountable for in the Perkins performance measurement system. This task refines and finalize key aspects of the study, including its analytic focus, the methods to be used in carrying it out, and how results will be presented. | Terminated | | 9/20/2024 | 9/24/2024 |

| 2/10/2025 | 91990023D0005/91990025F0009 | ACTIVATE RESEARCH INC. | The objective of this task order is to provide communications, research, and coordination-related support to the National Center for Education Statistics related to Department-wide efforts on The Office of Management and Budget's revised standards for maintaining, collecting, and presenting race/ethnicity data across federal agencies. | Terminated | | 12/20/2024 | 12/12/2024 |
| 2/10/2025 | 91990024D0007/91990025F0012 | AMERICAN INSTITUTES FOR RESEARCH IN THE | The purpose of this requirement supports data collection, data and document analysis, and report writing activities, to design and launch an evaluation of two federal grant programs supporting school-based mental health services, the School-Based Mental Health Services program and the Mental Health Service Professional Demonstration program. Tasks will encompass all activities needed to continue the evaluation and includes several optional tasks. The tasks and subtasks referred to are those outlined in the Evaluating Programs and Strategies to Improve Student Supports, Academic Enrichment, and Conditions for Learning In and Out of School studies. | Terminated | 5/5/2025 | 12/18/2024 | 12/18/2024 |
| 2/10/2025 | 91990023D0002/91990025F0014 | ABT GLOBAL LLC | The What Works Clearinghouse reviews and summarizes existing research in education and makes the information available to the public. The work is managed by a team of staff and conducted under a set of contracts held by several leading firms with expertise in education, research methodology, and the dissemination of education research. The purpose of this task order is to provide technical assistance to evaluators of the projects funded by various U.S. Department of Education grant programs. These programs may include Education Innovation and Research, Postsecondary Student Success Grant Program, and others. | Terminated | | 12/20/2024 | 1/15/2025 |
| 2/10/2025 | 91990021D0001/91990025F0023 | MDRC | This task order provides support for the Impact Study of Strategies to Accelerate Math Learning: Phase IV Activities. Support will be provided for the remainder of the first year of implementation and the second year of implementation of an impact evaluation of education products that provide supplemental instruction in math in low-performing schools. The activities in this task order include institutional review board efforts, random assignment, implementation support and monitoring, and data collection activities. | Terminated | | 1/16/2025 | 1/17/2025 |
| 2/10/2025 | 91990022C0066 | GENERAL DYNAMICS INFORMATION TECHNOLOGY, | This contract provides integrated support for the full range of scientific peer review activities conducted at the Institute of Education Sciences, including the review of applications submitted to the discretionary research grant competitions and the external scientific peer review of report manuscripts and unsolicited grant applications submitted throughout the year. In addition to the peer review activities, the contract will use information technology support to maintain, develop and enhance the online application processing, peer review management and applicant notification system providing critical infrastructure known as Peer Review Management Online. | Terminated | | 9/16/2022 | 9/16/2022 |
| 2/10/2025 | 91990019C0066 | MATHEMATICA INC. | This contract assesses the feasibility of conducting an impact evaluation of teacher residency programs and study design work to identify professional development for classroom teachers that complements existing policy and research. The purpose of the feasibility work is to determine if sufficient numbers of teachers who entered teaching through a residency program exist to provide study sample for an impact study. The purpose of the design work related to professional development is to identify professional development or policies that could be used within an impact study to provide information about the effectiveness of promising professional development strategies. Based on the feasibility and design work conducted, the Department will decide whether to move forward with an impact study estimating the effectiveness of: (1) teachers from residency programs (Study A), or (2) a professional development strategy (Study B). Only one of the two impact studies will be conducted within this contract. | Terminated | | 9/24/2019 | 9/30/2019 |
| 2/10/2025 | 91990019C0004 | ABT GLOBAL LLC | This contract includes designing an implementation study that can provide policy-relevant and program-relevant information regarding how the District of Columbia's Opportunity Scholarship Program functions and is experienced by participating families. The base work will also include designing options for a quasi-experimental design study that would examine the impact of the program on student achievement and other outcomes. Options to carry out one or both studies may be exercised and an option to examine the longer term outcomes of being offered and using an Opportunity Scholarship Program scholarship may be exercised. | Terminated | | 11/15/2024 | 1/10/2019 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990018C0044 | MATHEMATICA INC. | An Impact Evaluation to Inform the Teacher and School Leader Incentive Program. The first component includes collecting implementation information about the Teacher and School Leader Incentive Fund program FY2017 grants. The second component includes an impact evaluation of a core strategy that is common among the funded FY2017 grants. In addition, the contractor shall collect data to provide information for the program's performance indicators. | Terminated | | 9/24/2018 | 9/25/2018 | put out a report with findings in 2023 |
| 2/10/2025 | 91990021C0052 | ACTIVATE RESEARCH INC. | The work done through this procurement will be part of the larger international program that The National Center for Education Statistics has participated in through collaboration with a variety of international organizations and partners, such as but not limited to the Organization for Economic Cooperation and Development, the International Association for the Evaluation of Educational Achievement, ministries of education and other government agencies, and non-governmental organizations, as well as statistical and research institutes throughout the world. The Teaching and Learning International Survey is a survey about teachers, teaching, and learning environments and is sponsored by the Organization for Economic Cooperation and Development. | Terminated | 2/27/2025 | 9/15/2021 | 9/28/2021 | |
| 2/10/2025 | 91990021P0005 | EC AMERICA, INC | This procurement provides annual maintenance and support services for Appian Enterprise License. Appian builds applications and workflows with a low-code automation platform. As a result of choosing Appian, the Department needs to purchase maintenance and support annually to receive the essential software updates, bug fixes, and application support, should issues arise. | Terminated | | 8/20/2021 | 9/30/2021 | |
| 2/10/2025 | 91990018C0020 | AMERICAN INSTITUTES FOR RESEARCH IN THE | This requirement examines the implementation of the Striving Readers Comprehensive Literacy Program and to assess the feasibility of an impact evaluation of the Comprehensive Literacy State Development Program. There are three major components of this requirement: an implementation evaluation of the Striving Readers Comprehensive Literacy program, an impact design/feasibility study for the Comprehensive Literacy State Development program, and an optional impact evaluation of the Comprehensive Literacy State Development program. | Terminated | | 5/18/2018 | 5/18/2018 | |
| 2/10/2025 | 91990018C0039 | RESEARCH TRIANGLE INSTITUTE | The National Postsecondary Student Aid Study 2020 contract is designed to fulfill a requirement to conduct a series of studies, based largely on administrative data collections and some student interviews, to comply with the Higher Education Opportunity Act of 2008. These studies are designed to describe (1) how students and their families finance postsecondary education and (2) students' persistence, attainment, and workforce outcomes. | Terminated | | 7/25/2018 | 7/25/2018 | |
| 2/10/2025 | 91990022C0017 | RESEARCH TRIANGLE INSTITUTE | The United States Department of Education, Institute of Education Sciences, National Center for Education Statistics, requirement is for a series of studies, based on student surveys and administrative records, to comply with the Higher Education Act of 1965, as amended. These studies are designed to describe: (1) how students and their families finance postsecondary education and (2) students' persistence, attainment, and workforce outcomes. | Terminated | | 2/15/2022 | 2/14/2022 | |
| 2/10/2025 | 91990023C0002 | STICHTING I.E.A. SECRETARIAAT NEDERLAND | This requirement develops instruments for the national data collection and create the survey assessment items and questions for the development and implementation of the next iterations of several international education studies conducted by the International Association for the Evaluation of Educational Achievement, including the International Computer and Information Literacy Study 2023, the Trends in International Mathematics and Science Study 2023 and 2027, and the Progress in International Reading Literacy Study 2026. The contract also provides for the development of the next rounds of these education studies, from revising study frameworks to developing new test and survey items, finalizing international versions of the assessments, data weighting, scaling, estimation, and ultimately, reporting. | Terminated | | 6/29/2023 | 6/1/2023 | |

| 2/10/2025 | 91990024C0043 | KAPTIVATE LLC | This requirement provide supports to The National Center for Special Education Research for a Crowdsourcing Campaign. Support efforts include to conduct a crowdsourcing campaign to obtain information from a variety of stakeholders to increase its impact. We seek to more fully understand how individuals with disabilities and their families have experienced special education and their perspective on the pressing problems facing special education today. Including additional support to design and implement a challenge through Challenge.gov for the analysis of the information received through the crowdsourcing campaign using traditional qualitative methods or using more recent advances in machine learning such as natural language processing. | Terminated | 2/14/2025 | 9/26/2024 | 9/30/2024 |
| 2/10/2025 | EDIES17C0066 | MATHEMATICA INC. | This is a contract to develop design options and assess the feasibility of conducting an impact study of magnet schools, particularly those awarded grants in FY2016 and FY2017 through the federal Magnet Schools Assistance Program (MSAP). | Terminated | | 9/26/2017 | 9/26/2017 |
| 2/10/2025 | GS00Q14OADU217/91990018F0018 | RESEARCH TRIANGLE INSTITUTE | This contract provides a large, complex data collection for the High School and Beyond 2020 study. Which will survey students and their parents, their school administrators, their school counselors, and their teachers Administrative record information on transitions between eighth grade and ninth grade and selection into ninth grade classes and course taking information will be collected from student records and high school transcripts Ninth and twelfth grade students will also be asked to complete academic assessments in at least two subject areas, one of which shall be mathematics. The method of data collection will include computer adaptive testing, web questionnaires, telephone interviews, and in-person interviews. | Terminated | | 5/20/2021 | 5/20/2021 |
| 2/10/2025 | ED-ESE-15-A-0005/91990020F0305 | ABT GLOBAL LLC | This contract provides technical assistance support to the 2019 cohort of Education Innovation and Research grantees to help them implement and report findings from their evaluations and maximize the extent to which the evaluations produce credible evidence on the Department's key questions. The purpose of the Education Innovation and Research program is to implement and rigorously evaluate innovations to improve student achievement and attainment for high-need students. The Education Innovation and Research program awards three different types of grants: Early-phase, Mid-phase, and Expansion grants. | Terminated | | 12/23/2019 | 12/30/2019 |
| 2/10/2025 | ED-ESE-15-A-0015/91990020F0309 | SYNERGY ENTERPRISES, INC | This requirement necessitates the services of a contractor to support mailout operations for a number of survey collections under the Sample Survey Division, including the National Household Education Survey, National Teacher and Principal Survey, School Survey on Crime and Safety, and the Private School Survey. The National Center for Education Statistics requires the assistance of an external expert to consult on mailout operations for these survey collections. | Terminated | 3/18/2025 | 2/28/2023 | 3/15/2024 |
| 2/10/2025 | 91990019D0002/91990020F0346 | AMERICAN INSTITUTES FOR RESEARCH IN THE | Evaluating career and technical education under the Reauthorized Carl D. Perkins Act. This requirement assists the Department with generating information for, and prepare, the Final Report to Congress. | Terminated | | 8/19/2020 | 8/19/2020 |
| 2/10/2025 | 91990019D0003/91990020F0369 | ABT GLOBAL LLC | This task order supports evaluations of experiments being conducted under the Federal Student Aid Experimental Sites Initiative. the contractor shall design an evaluation of the Federal Work Study Experiment and Evaluation Activities experiment. The evaluation will be retrospective, meaning that it will be based on outcomes that may take several years to observe and therefore will be performed under a future task order. | Terminated | | 9/25/2020 | 9/25/2020 |
| 2/10/2025 | GS10F035AA/91990021F0031 | QUALITY INFORMATION PARTNERS, INC. | This requirement is to improve the quality, comparability, and accessibility of elementary/secondary education data. This work will support joint efforts by the Department, state, local education agencies, and national associations with an interest in education data to develop, disseminate, and adopt data standards, and best practices for data collection and reporting. This work will result in more accurate and reliable data, more timely reporting, and less burden on state and local respondents for The National Center for Education Statistics' elementary/secondary public education administrative records collection and for other Department data collections. | Terminated | 4/2/2025 | 6/24/2021 | 9/27/2021 |

| Date | Contract ID | Company | Description | Status | | | |
|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990020A0028/91990021F0304 | ABT GLOBAL LLC | The Education Innovation and Research Program is a competitive grant program designed to generate and validate solutions to persistent education challenges and to support the expansion of those solutions to serve substantially larger numbers of students. To ensure that funded projects make significant contribution to improving the quality and quantity of information available to practitioners and policymakers about which practices improve student's educational outcomes, the Education Innovation and Research Program grantees are required to fund an independent evaluation of their project's effectiveness. The task order will be to provide technical assistance on the conduct of these evaluations to maximize the strength of their casual conclusions and the quality of their implementation data. | Terminated | | 12/22/2020 | 12/30/2020 |
| 2/10/2025 | ED-IES-12-D-0002/91990021F0343 | AMERICAN INSTITUTES FOR RESEARCH IN THE | The purpose of this task is to support the National Household Education Surveys program conducted by the Cross-sectional Surveys Branch within the Sample Surveys Division of the National Center for Education Statistics as well as coordination with related surveys. The task also supports Cross-sectional Surveys Branch's collaboration with the National Science Foundation and the Census Bureau to conduct the National Training and Education Workforce Survey which is based on the National Household Education Surveys. | Terminated | | 6/22/2021 | 10/26/2022 |
| 2/10/2025 | 91990020D0005/91990021F0365 | DEVELOPMENT SERVICES GROUP, INC | This requirement support includes characterizing the quality and findings of studies or What Works Clearinghouse  publications cited as evidence for the Department's grant competitions, reviewing individual studies at the request of the Department, developing new or updated syntheses of evidence on education interventions and developing, if requested by the Department, improved procedures to describe the characteristics of individual studies and study findings. | Terminated | | 9/21/2021 | 10/1/2021 |
| 2/10/2025 | 91990019D0002/91990021F0368 | AMERICAN INSTITUTES FOR RESEARCH IN THE | This award is to assist the Institute of Education Sciences in conducting studies for a Congressionally mandated evaluation of career and technical education under the reauthorized Carl D. Perkins Act. Tasks include conducting approximately 10 individual study reviews using the What Works Clearinghouse standards. | Terminated | | 9/22/2021 | 9/24/2021 |
| 2/10/2025 | 91990021A0003/91990021F0370 | ABT GLOBAL LLC | This requirement provides support through What Works Clearinghouse Preschool-to-Postsecondary Evidence Synthesis task orders, the Institute of Education Sciences supports the preparation of practice guides, intervention reports, and related products in preschool, elementary, secondary, or postsecondary education. These products will provide stakeholders with research base, actionable information to inform choices regarding education practices or the adoption of interventions to improve student outcomes or other outcomes relevant to education. | Terminated | | 9/7/2021 | 9/7/2021 |
| 2/10/2025 | 47QTCK18D0036/91990022F0042 | ACCENTURE FEDERAL SERVICES LLC | The purpose of the digital modernization is to rebuild Institute of Education Science's digital portfolio focusing on the needs of internal (staff) and external customers incorporating feedback and user testing throughout the entire build. By launching a modern, user-centric website, will contribute to a stronger national education system, one where decision-makers, educators, local school leaders, and other critical audiences have easy access to the best information available when they need it and how they need it | Terminated | 2/21/2025 | 9/26/2022 | 9/26/2022 |
| 2/10/2025 | 91990021D0004/91990022F0057 | WESTAT, INC. | This requirement supports data collection, analysis, and reporting for an evaluation of the implementation and impact of English learner entrance and exit policies. The tasks and subtasks referred to are the entry into and exit from English learner status are high-stakes decisions that govern the instructional settings, language supports, and educational opportunities available to students. | Terminated | | 9/22/2022 | 9/27/2022 |
| 2/10/2025 | 91990020A0032/91990022F0302 | SYNERGY ENTERPRISES, INC | This requirement provides three logistical support type services for The National Center for Education Statistics. The logistic support services sought in this task order will (1) delineate objectives; (2) list all detailed requirements; (3) describe the work to be performed; (4) specify deliverables; and (5) provide schedules as needed. The contractor shall prepare, edit, and submit all reports specified as deliverables in each task order with minimal input from NCES. | Terminated | 4/11/2025 | 12/14/2021 | 12/20/2021 |

| 2/10/2025 | 91990020A0028/91990022F0303 | ABT GLOBAL LLC | The purpose of the Education Innovation and Research program is to implement and rigorously evaluate innovations to improve student achievement and attainment for high-need students. The Education Innovation and Research program consists of three different types of grants: Early-phase, Mid-phase, and Expansion grants. | Terminated | | 12/20/2021 | 12/30/2021 |
| 2/10/2025 | 91990020A0014/91990022F0328 | AMERICAN INSTITUTES FOR RESEARCH IN THE | This contract addresses the need to understand the condition of education in the United States. This project supports the collection of descriptive data on the context of elementary and secondary education in the United States via a nationally representative survey of schools, teachers and principals through the National Teacher and Principal Survey, the Teacher Follow-up Survey and the Principal Follow-up Survey. | Terminated | | 6/9/2022 | 6/9/2022 |
| 2/10/2025 | 91990020A0032/91990022F0337 | SYNERGY ENTERPRISES, INC | The purpose of this procurement is to support the activities of the Annual Reports and Information Staff by desktopping high-quality, timely, and reliable statistical reports and producing other web-based statistical products. The rapid production cycle for the Annual Reports and Information Staff requires that desktopping must frequently be conducted while the reports are in draft stages, which adds to the complexity of the document preparation process. Desktopping and web product support is organized around 3 major publications: Condition of Education; Indicators of School Crime and Safety; Projections of Education Statistics; as well as Special Topical reports. | Terminated | 4/23/2025 | 6/13/2022 | 6/13/2022 |
| 2/10/2025 | 91990022A0016/91990022F0377 | ABT GLOBAL LLC | This requirement provides research that supports dual enrollment as a promising approach to improving outcomes, including for students who are underserved or from disadvantaged backgrounds. However, use of these opportunities appears uneven. The very groups that have lower levels of college enrollment and completion also are less likely to participate in dual enrollment; these include students whose parents who have no more than a high school diploma and students who are Black or Hispanic. | Terminated | | 9/22/2022 | 9/30/2022 |
| 2/10/2025 | 91990023D0006/91990023F0034 | AMERICAN INSTITUTES FOR RESEARCH IN THE | This task order provides support for the Longitudinal Surveys Branch within the Sample Surveys Division. Among other responsibilities, the Branch is responsible for the design, operation, and on-going support for one repeated cross-sectional study and multiple longitudinal studies that span the life course. The purpose of this task order is to provide the Branch with support across the full range of design and reporting activities associated with major data collection projects and statistical studies. The task will support work conducted over the lifecycle of the Branch's studies, including: study development and clearance activities; questionnaire testing; field test and national data collection activities; review of data files and data documentation; report review and development; and outreach, user support, and training activities. | Terminated | | 6/20/2022 | 6/26/2022 |
| 2/10/2025 | 91990021A0004/91990023F0072 | AMERICAN INSTITUTES FOR RESEARCH IN THE | What Works ClearinghouseTM Preschool-to-Postsecondary Evidence Synthesis Task Orders: Task Order 05: Supporting Student Success in High School Classrooms | Terminated | | 9/18/2023 | 9/25/2023 |
| 2/10/2025 | 91990023A0001/91990023F0308 | MATHEMATICA INC. | This task order manages the What Works Clearinghouse website and provides technical support on the development and review of the products and information contained on the website. The What Works Clearinghouse addresses the need for credible, succinct information by identifying existing research in education, assessing the quality of this research, and summarizing and disseminating the evidence from studies that meet What Works Clearinghouse standards . | Terminated | | 1/18/2023 | 5/1/2023 |
| 2/10/2025 | 91990021A0004/91990023F0325 | AMERICAN INSTITUTES FOR RESEARCH IN THE | The purpose of this task order is to prepare publications that are informed by a systematic review of evidence on the impacts of instructional practices and routines that promote student learning and engagement in Science, Technology, Engineering, and Mathematics (STEM) in grades K-8th. | Terminated | | 5/30/2023 | 5/31/2023 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990023D0046/91990023F0330 | SANAMETRIX INC | The purpose of the contract is to provide project management expertise and assistance to Institute of Education Sciences  Sample Surveys Project Manager and team so that the underlying planning, processes, and performance results are of high quality, accurate, complete, and experience continuous improvement. The tasks will assist with drafting and updating documents and reports for use in the Department's information technology investment management process, including gathering and entering project information for the Investment in the Department's IT investment management system. | Terminated | 2/21/2025 | 6/21/2023 | 7/1/2023 |
| 2/10/2025 | 91990023D0046/91990023F0334 | SANAMETRIX INC | Private School Universe Survey | approved for reinstatement | | 8/3/2023 | 8/4/2023 |
| 2/10/2025 | 91990021A0003/91990023F0336 | ABT GLOBAL LLC | The purpose of this Task Order is to conduct systematic reviews of evidence and meetings of a panel of researchers and practitioners to produce a practice guide. What Works Clearinghouse Preschool-to-Postsecondary Evidence Synthesis English Language and Literacy Interventions in Kindergarten to Grade 3. | Terminated | | 8/2/2023 | 9/1/2023 |
| 2/10/2025 | 91990024D0007/91990024F0006 | AMERICAN INSTITUTES FOR RESEARCH IN THE | This requirement will prepare for and launch an evaluation of two federal grant programs supporting school-based mental health services. The grants are designed to increase the number and diversity of high-quality mental health service providers trained to work in, and recruited and retained by, schools in high-need local education agencies. The focus of the evaluation is identifying strategies associated with the successful expansion and diversification of the school-based mental health service provider workforce and with gap closure between demand for mental health services and the supply of providers in high-need contexts. The evaluation will also assess the extent to which grantee strategies and programs are well-targeted to areas of high need, as intended. Grantee strategies that address structural barriers to service provider training, licensure, and retention, and show promise for scalability and sustainability past the grant period, are also of interest. | Terminated | | 2/15/2024 | 2/15/2024 |
| 2/10/2025 | 03310320D0223/LCFDL20D022/9 1990024F0026 | OCLC, INC | This request is for the renewal of Online Computer Library Center Services (OCLC) bibliographic utilities products and services for the Department of Educations National Library of Education. The Department of Education will be using the established FEDLINK/Library of Congress single-award IDIQ contract LCFDL20D0223 to purchase the bibliographic utilities through the FEDLINK Direct Express procurement option. | Terminated | 4/23/2025 | 6/26/2024 | 6/26/2024 |
| 2/10/2025 | 91990020A0028/91990024F0303 | ABT GLOBAL LLC | Technical assistance support to the 2023 cohort of Education Innovation and Research (EIR) grantees to help them implement and report findings from their evaluations and maximize the extent to which the evaluations produce credible evidence on the Departments key questions. | Terminated | | 11/30/2023 | 11/30/2023 |
| 2/10/2025 | 91990023D0031/91990024F0304 | MATHEMATICA INC. | The What Works Clearinghouse plans to award a task order, Technical Assistance for Studies of Effectiveness. The purpose of this task order is to provide technical assistance to the external evaluators of the projects funded by the Postsecondary Student Success Grant Program. Early-phase and mid-phase/expansion phase grants should be designed to meet the The What Works Clearinghouse's research standards so that it can be determined whether the projects successfully improved postsecondary student success outcomes for underserved students. | Terminated | | 11/30/2023 | 12/15/2023 |
| 2/10/2025 | 91990020D0005/91990024F0310 | DEVELOPMENT SERVICES GROUP, INC | This task order supports a variety of the What Works Clearinghouse's needs for reviewing studies , presenting findings of individual study reviews, and providing technical assistance to Department grantees planning evaluations to meet What Works Clearinghouse standards. To include managing Evidence Reviews between January 2024 and June 2025. | Terminated | | 12/19/2023 | 1/1/2024 |

| Date | Contract/Order | Contractor | Description | Status | | | |
|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990023A0001/91990024F0316 | MATHEMATICA INC. | This task order performs the core functions of What Works Clearinghouse Tool, Online Assistance, Standards, and Training contract. The What Works Clearinghouse Tools, Online Assistance, Standards, and Training contract coordinates key tasks across all What Works Clearinghouse contractors, including: maintaining and enhancing the What Works Clearinghouse website, conducting all training of What Works Clearinghouse reviewers, maintaining the online study review guide system, operating the What Works Clearinghouse help desk, updating the What Works Clearinghouse standards and procedures handbooks, and convening methodological experts to advise on statistical issues. | approved for reinstatement | | 3/5/2024 | 3/15/2024 |
| 2/10/2025 | 91990023D0042/91990024F0321 | RESEARCH TRIANGLE INSTITUTE | The purpose of this requirement is to field a third follow-up study for the High School Longitudinal Study of 2009 (https://nces.ed.gov/surveys/hsls09). This large, complex study collects data to track the critical transitions experienced by young adults, as they progress through high school to postsecondary education and into the world of work. The contractor shall collect additional data and develop statistical products for release to the public that meet The National Center for Education Statistics Statistical Standards requirements. The contractor may propose to meet the historic precision requirements presented in the study or propose their own precision requirements, provided they justify the cost tradeoffs and provide documentation from the literature that the estimates will remain meaningful to researchers and policymakers | Terminated | | 4/5/2024 | 4/15/2024 |
| 2/10/2025 | 91990023D0005/91990024F0330 | ACTIVATE RESEARCH INC. | This task order will provide publications using postsecondary data from the Longitudinal Surveys Branch within the Sample Surveys Division in The National Center for Education Statistics. Among other responsibilities, the Branch is responsible for the design, operation, and on-going support for one repeated cross-sectional study and multiple longitudinal studies that span the life course. The studies at the postsecondary level are the National Postsecondary Student Aid Study, the Baccalaureate and Beyond Longitudinal Study, the Beginning Postsecondary Students Longitudinal Study, and other related data collections including components such as student records from postsecondary institutions, Postsecondary Education Transcript Study collections, and other administrative data linkages. | Terminated | 3/5/2025 | 5/15/2024 | 7/1/2024 |
| 2/11/2025 | 91990019C0056 | MATHEMATICA INC. | An implementation and impact evaluation study of the 21st Century Community Learning Centers (21st CCLC) program. The contract provides intervention implementation, execution, and data collection for the impact study, which includes finalizing site recruitment, an Office of Management and Budget Package, intervention implementation and data collection activities for the impact study. | Terminated | | 7/1/2019 | 7/1/2019 |
| 2/11/2025 | GS00Q14OADU217/91990021F0001 | RESEARCH TRIANGLE INSTITUTE | This requirement is for The National Center for Education Statistics' legislative requirement to participate in and gather data from international assessment like Trends in International Mathematics and Science Study. The Trends in International Mathematics and Science Study is an international assessment that focuses on the mathematics and science knowledge and skills of fourth and eighth graders. Trends in International Mathematics and Science Study is organized by the International Association for the Evaluation of Educational Achievement, an international organization of universities and governments based in Amsterdam, the Netherlands. Trends in International Mathematics and Science Study has been designed to track changes in student achievement over time and has been administered on a four-year cycle since 1995. | Terminated | | 10/22/2020 | 11/15/2020 |
| 2/11/2025 | 91990020A0014/91990023F0303 | AMERICAN INSTITUTES FOR RESEARCH IN THE | This task supports the planning, design, administration, analysis, and dissemination of National Training and Education Workforce Survey data. The analysis and dissemination of National Training and Education Workforce Survey:22 data may also be supported in this work, to provide trend data from 2022 to 2024. Taken together, the Task Order Name: Support for the 2024 National Training, Education, and Workforce Survey (NTEWS:24) tasks in this contract will allow for the successful completion of the National Training and Education Workforce Survey:24 data collection, from planning of the collection through data release and the publication of analytic reports | Terminated | | 12/15/2022 | 12/15/2022 |

| 2/11/2025 | 91990020A0031/91990023F0310 | SAFAL PARTNERS LLC | The purpose of this task order is to provide logistics support for the National Forum on Education Statistics and the The National Center for Education Statistics STATS- DC Data Conference. The National Forum on Education Statistics. commonly known as the Forum, is a voluntary, democratic, participative, and cooperative federal state- local body that works to improve the quality, comparability, and utility of elementary and secondary education data, while remaining sensitive to data burden concerns. | Terminated | 2/19/2025 | 2/28/2023 | 2/28/2023 |
|---|---|---|---|---|---|---|---|
| 2/12/2025 | 91990023D0005/91990024F0348 | ACTIVATE RESEARCH INC. | This contract supports The National Center for Education Statistics to ensure their data and findings are valid and reliable. Activities carried out under this contract are intended to support in evaluating The International Activities Branch processes, products, and actions to improve their quality or to help standardize operations across studies, providing expert feedback and recommendations to support decision making, preparing additional reports, technical review of datasets for high quality prior to release, and preparing communications and marketing material to advance public awareness of study results. All of these activities will allow  The National Center for Education Statistics to provide accurate and timely policy relevant data for comparisons of the U.S. education system with those of other countries. | Terminated | 5/9/2025 | 7/24/2024 | 7/24/2024 |
| 2/12/2025 | 91990020A0028/91990023F0302 | ABT GLOBAL LLC | Evaluation Technical Assistance for Education Innovation and Research (EIR) Program | Terminated | 3/27/2025 | 11/30/2022 | 12/1/2022 |
| 2/12/2025 | 91990023D0006/91990024F0301 | AMERICAN INSTITUTES FOR RESEARCH IN THE | The International Activities Branch supports a variety of international activities to collect, report, and disseminate data on education in the United States and other countries. National Center for Education Statistics participates in international student assessments in order to provide comparable indicators on student performance and schooling practices across countries in order to benchmark U.S. student performance; and suggest hypotheses about the relationship between student performance and factors that may influence performance and about areas where students have particular strengths or weaknesses. The current activities include, but are not limited to school-based studies, adult literacy assessments, and developmental projects. | Terminated |  | 10/30/2023 | 11/1/2023 |
| 2/13/2025 | 91990020A0017/91990023F0316 | RESEARCH TRIANGLE INSTITUTE | The data collections covered by this support task reside in the Cross-Sectional Surveys Branch of the Sample Surveys Division of NCES and includes the School Crime Supplement to the National Crime Victimization Survey. The School Crime Supplement is administered by the Bureau of Justice Statistics  as part of the National Crime Victimization Survey. The U.S. Census Bureau serves as the data collection agency for this work. The National Center for Education Statistics is called upon to provide special analyses as requested by policy makers and to provide survey information and data to a wide range of individuals. To meet the volume of work associated with this topic area, The National Center for Education Statistics requires support with program-related tasks. | Terminated |  | 4/11/2023 | 3/24/2023 |
| 2/10/2025 | 91990019C0078 | AMERICAN INSTITUTES FOR RESEARCH IN THE | This contract is to design and evaluate the effectiveness of transition supports for youth with disabilities served under the Individuals with Disabilities Education Act. design work is to assess the feasibility of conducting a large-scale random assignment study through activities including a systematic evidence review, development of study design options, and a transition strategy(ies) competition. Based on the study design options and the outcome of the transition strategy competition, the Department may decide to evaluate two transition strategies rather than one (i.e., conduct a 3-arm study instead of a 2-arm study). Optional task periods are structured to support an evaluation of either one transition strategy (2-arm study) or two transition strategies (3-arm study). | Terminated |  | 9/27/2019 | 4/6/2025 |
| 2/10/2025 | 91990022A0017/91990024F0369 | MATHEMATICA INC. | This task order is required to understand the implementation and impacts of the U.S. Department of Education's satisfactory academic progress policy for students to maintain eligibility for federal financial aid. The task support data collection and analyses that describe the approaches used by institutions of higher education to define and apply satisfactory academic progress criteria and the technical design of potential subsequent sub-studies that examine key issues about satisfactory academic progress. | Terminated |  | 9/12/2024 | 9/23/2024 |

| 2/10/2025 | 91990021A0022/91990022F0342 | MATHEMATICA INC. | This requirement focuses on conducting a systematic review of evidence and meetings of a panel of researchers and practitioners for a new What Works Clearinghouse practice guide on preparing students for college. In subsequent optional periods, if authorized by the Department, the contractor shall build upon the reviews done for the first practice guide and conduct additional study reviews and panel meetings to develop a second practice guide or related products of interest to educators, researchers, and program developers | Terminated | | 7/7/2022 | 7/7/2022 |
| 2/13/2025 | 91990022C0014 | FLORIDA STATE UNIVERSITY | Regional Educational Laboratory Program, 2022 Cycle, Southwest. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | 1/24/2022 | 1/24/2022 |
| 2/13/2025 | 91990022C0013 | EDUCATION DEVELOPMENT CENTER, INC. | Regional Educational Laboratory Program, 2022 Cycle, Northeast & Islands. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | 12/21/2021 | 1/3/2022 |
| 2/13/2025 | 91990022C0011 | AMERICAN INSTITUTES FOR RESEARCH IN THE | Regional Educational Laboratory Program, 2022 Cycle, Midwest. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | 12/21/2021 | 1/3/2022 |
| 2/13/2025 | 91990022C0015 | MATHEMATICA INC. | Regional Educational Laboratory Program, 2022 Cycle, Central. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | 3/2/2022 | 3/2/2022 |
| 2/13/2025 | 91990022C0010 | MCREL INTERNATIONAL | Regional Educational Laboratory Program, 2022 Cycle, Pacific. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | 12/21/2021 | 1/3/2021 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990022C0048 | AMERICAN INSTITUTES FOR RESEARCH IN THE | The purpose of this contract is to support the collection of descriptive data on the context of elementary and secondary education in the United States via nationally representative survey of schools, teachers and principals through the School Survey on Crime and Safety (SSOCS). | Terminated | | 5/10/2022 | 6/1/2022 |
| 2/10/2025 | ED-PEP-16-A-0003/91990019F0334 | ABT GLOBAL LLC | The purpose of this study is to describe the early implementation of Student Support and Academic Enrichment (SSAE) grants, a new state-administered grant program that is intended to improve student academic achievement by increasing the capacity of states, school districts, schools, and local communities to: 1) provide all students with access to a well-rounded education; 2) improve school conditions for student learning; and 3) improve the use of technology. | Terminated | | 6/10/2019 | 6/10/2019 |
| 2/10/2025 | ED-IES-15-C-0046 | RESEARCH TRIANGLE INSTITUTE | Post High School Outcomes for Youth with Disabilities. This contract will collect administrative records and describe the secondary school, postsecondary education, and employment and earning outcomes of a sample of high school youth with disabilities. This new study of post high school outcomes for youth with disabilities will build on work currently being completed to survey a recent cohort of such youth. | Terminated | | 9/25/2015 | 9/25/2015 |
| 2/10/2025 | 91990021D0002/91990022F0051 | MATHEMATICA INC. | This task order supports preparing reports based on the Implementation of Title I/II-A Program Initiatives study's data collections, primarily focusing on the most recent data collection in Spring 2022. The tasks and subtasks referred to are those outlined in the Evaluating Programs and Strategies to Accelerate School Improvement basic ordering agreement. | Terminated | | 9/19/2022 | 9/27/2022 |
| 2/12/2025 | GS00Q14OADU223/91990019F0025 | WESTAT, INC. | This contract requires The National Center for Education Statistics to participate in and gather data from three international assessments, The Program for International Student Assessment (PISA), Progress in International Reading Study, and Program for the International Assessment of Adult Competencies, which are described below. These three studies are scheduled to take place in a tight, overlapping timeframe.  The synchronicity in 2021 of these three studies' administrative cycles creates potential opportunities to reduce burden and cost, while increasing both efficiency and quality. | Reinstated | | 6/27/2019 | 6/27/2019 |
| 2/10/2025 | 91990019C0059 | WESTAT, INC. | Evaluation of Title I Pilots That Provide Flexibility Under the Every Student Succeeds Act - Contract to conduct an evaluation of up to two pilot programs authorized by the Every Student Succeeds Act: (1) Innovative Assessment and Accountability Demonstration Authority; (2) Flexibility for Equitable Per-Pupil Funding. The evaluation will focus on describing implementation in initial pilot sites, challenges faced, and approaches to mitigating challenges. | Terminated | | 9/5/2019 | 9/9/2019 |
| 2/12/2025 | GS-35F-0329Y/91990022F0007 | SANAMETRIX INC | This contract provides technical assistance and expert advice to support the projects of the Statistical Standards and Data Confidentiality Staff related to statistical standards, confidentiality, and data security. The responsibilities of the tasks range from the development, maintenance, and promulgation of Statistical Standards and Guidelines to the protection of confidentiality in the data that are entrusted to the Institute of Education Sciences. The Statistical Standards and Guidelines govern much of the technical operations of the National Center for Education Statistics' national survey collections, methodological research, and statistical product preparation. | Reinstated | | 11/29/2021 | 5/31/2022 |
| 2/13/2025 | 91990022C0008 | SRI INTERNATIONAL | Regional Educational Laboratory Program, 2022 Cycle, Appalachia. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | 12/21/2021 | 1/2/2022 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/13/2025 | 91990022C0003 | WESTED | Regional Educational Laboratory Program, 2022 Cycle, West. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | 12/21/2021 | 1/3/2022 |
| 2/13/2025 | 91990022C0009 | WESTED | Regional Educational Laboratory Program, 2022 Cycle, Northwest. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | 12/21/2021 | 1/3/2022 |
| 2/13/2025 | 91990022C0012 | MATHEMATICA INC. | Regional Educational Laboratory Program, 2022 Cycle, Midatlantic. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | 12/21/2021 | 1/3/2022 |
| 2/10/2025 | 91990020A0014/91990022F0350 | AMERICAN INSTITUTES FOR RESEARCH IN THE | The purpose of this requirement is to provide support to the Administrative Data Division staff to ensure data quality, improve statistical methodology, and increase production efficiency of data files and reports. The tasks include providing support in several main areas: 1) meetings, 2) data reviews, 3) prior years' files and reports corrections, 4) data requests, 5) data file support, 6) research projects, 7) web reviews, and 8) dropout, completer, and graduation rate support. | Reinstated | | 8/12/2022 | 8/12/2022 |
| 2/13/2025 | 91990023C0003 | AMERICAN INSTITUTES FOR RESEARCH IN THE | Regional Educational Laboratory Program, 2022 Cycle, Southwest. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | 10/31/2022 | 11/30/2022 |
| 2/10/2025 | GS-35F-0329Y/91990019F0001 | SANAMETRIX INC | The Development And Technical Assistance in Leveraging Analysis Based Websites (Datalab) requirement provides web-based data analysis tools for survey studies fielded by the National Center for Education Statistics (NCES). | approved for reinstatement | | 8/11/2021 | 1/15/2019 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990018C0046 | AMERICAN INSTITUTES FOR RESEARCH IN THE | The National Center for Education Evaluation of the U.S. Department of Education's Institute of Education Sciences intends to evaluate the impact of offering schools training in the implementation of multi-tiered systems of support for reading in early elementary school on staff practice and student outcomes. The training is expected to be intensive and focused on enabling school staff to successfully implement the key components of the program. The contract includes refinement of the study design, selection of training provider, a Technical Work Group meeting, development of data collection forms and the Office of Management and Budget forms clearance package, recruitment of the study sample, and the conduct of readiness activities and summer training. | approved for reinstatement | | 9/27/2018 | 10/15/2024 |
| 2/10/2025 | 91990018C0057 | MATHEMATICA INC. | The U.S. Department of Education is conducting a Congressionally-mandated National Assessment of Adult Education. The purpose is to identify promising adult education strategies and design approaches to evaluate them rigorously and options to conduct up to two impact evaluations. The specifics of these optional studies will be based on the feasibility and design work conducted during the contract's base period, and thus these options are provided as illustrative examples. | Terminated | | 9/27/2018 | 9/27/2018 |
| 2/10/2025 | 91990023D0029/91990024F0345 | THE MANHATTAN STRATEGY GROUP LLC | The purpose of this procurement is to provide support for outreach and dissemination for the National Center for Education Statistics' different types of reports and data products on all data collections and surveys covered by the National Center for Education Statistics' statistics line, which include, but are not limited to, Annual Reports and Information Staff, administrative data collections at both K-12 and postsecondary education, sample surveys, and longitudinal data collections. | Terminated | | 11/27/2024 | 1/1/2025 |
| 2/11/2025 | 91990019C0002 | WESTAT, INC. | The purpose of the Early Childhood Longitudinal Study, Kindergarten Class of 2022-23 cohort will be to provide important information on children's early learning and development, preschool/early care and education experiences, transition into kindergarten, and progress through the elementary grades, building upon knowledge acquired from the previous Early Childhood Longitudinal Studies.  Data from the cohort will yield policy-relevant information by (1) providing current data on the cohort of students to be selected in the early 2020's and their progress through the elementary grades, (2) providing data relevant to emerging policy-related domains not measured fully in the prior Early Childhood Longitudinal Study studies, and (3) allowing cross-cohort comparisons of the educational experiences of children attending school before and after the advent of new federal laws and policies. | Terminated | | 1/4/2019 | 1/4/2019 |
| 2/10/2025 | 91990024C0015 | DC GLOBAL PLANNING LLC | The purpose of this contract is to provide logistical support services and planning assistance for the Principal Investigators Meeting. The Principal Investigators Meeting supports the Institute's mission by convening a meeting of grantees (researchers, training fellows, and practitioners) and Small Business Innovation Research (SBIR) contractors. The meeting provide opportunities for The Institute of Education Sciences community-building, engagement, and in-depth conversations between Principal Investigators , and with  Institute of Education Sciences and ED staff, around challenges and solutions in the field of education research and practice. | Terminated | 3/12/2025 | 5/24/2024 | 5/24/2024 |
| 2/10/2025 | 91990023D0046/91990024F0327 | SANAMETRIX INC | The Education Demographic and Geographic Estimates Geospatial and IT Support contract is designed to support all aspects of the program mission and all stages of product cycles, except for the creation of demographic estimates developed in the Census Bureau's restricted operational environment. The program portfolio centers on annually updated, universe data collections that range in content (e.g., poverty estimates and school latitude/longitude values), delivery (e.g., web services and static downloads), format (e.g., SAS, shapefile, geodatabase), size (e.g., from a few thousand estimates to a hundred million estimates), and use (e.g., for academic research and federal program allocations). | approved for reinstatement | | 5/31/2024 | 6/1/2024 |
| 2/10/2025 | 91990023D0008/91990024F0331 | APPLIED ENTERPRISE MANAGEMENT CORPORATIO | EDFacts is an IT system used by the U.S. Department of Education as a centralized data collection system for National Center for Education Statistics survey data, as well as grant administration data managed by the Office of Elementary and EDFacts Data Collection and Dissemination Support Services. The EDFacts team, manages the IT system, establishes change management practices, and provides data collection expertise to Office of Elementary and Secondary Education and the Office of Special Education programs, which are grant making offices. Those offices are responsible for collecting administrative data from Lead Agency grantees. | Reinstated | | 7/15/2024 | 9/15/2024 |

| 2/10/2025 | 91990024C0044 | CYBER SYNERGY CONSULTING GROUP, LLC | The purpose of this contract is to provide the National Center for Special Education Research and the National Center for Education Research in the Institute of Education Sciences with administrative and logistical support related to the research, evaluation, and research leadership activities in education and in special education. This contract also provides support for meetings and technical working groups that help learn from expert researchers and practitioners in the field to plan future research and grant activities and for experts to provide technical assistance (e.g., on new methods). | Terminated | 2/27/2025 | 9/24/2024 | 9/30/2024 |