UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION., et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | Civil Action No. 8:25-cv-01230 |

## DECLARATION OF JENNIFER SOKOLOWER

1. My name is Jennifer Sokolower. I make this Declaration based on my own personal knowledge, on information contained in the records of the Department of Education, or on information provided to me by Department of Education employees.

2. I am currently employed as a Supervisory Procurement Analyst in the Performance and Logistics Group, a part of the Contracts and Acquisitions Management division of the Office of Finance and Operations, for the U.S. Department of Education, headquartered in Washington, D.C. I began my service at the Department in April 2020.

3. In my role at the Department, my responsibilities include gathering and generating acquisition data.

4. I have reviewed Exhibit 1, a spreadsheet attached to this declaration. The information contained Column A, Contract/Order #/ PIID, Column B, Contract Description, Column D, Plan for Contract as of May 23, 2025 and Column E, Contract Status as of May 23, 2025 are true and accurate.

***

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC this 4th day of June, 2025.

_____
Jennifer Sokolower