IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

## MOTION FOR LEAVE TO FILE A REPLY TO NEWLY INTRODUCED FACTUAL ASSERTIONS

Plaintiffs respectfully move to file the attached reply to Defendants' supplemental filing, ECF No. 46, for the purpose of responding to new factual assertions introduced by Defendants in that submission. As noted in Plaintiffs' supplemental submission, ECF No. 44, Defendants previously stated that they were "not contesting any of the facts that plaintiffs have brought." Prelim. Inj. Hr'g Tr. 29:21–30:5; *see also* 36:3–12 (Defendants have "no specifics" to explain how the Department plans to meet its statutory requirements) (May 21, 2025). Now, however, Defendants have made numerous factual assertions and submitted an affidavit and exhibit purporting to support those assertions. Plaintiffs seek to file a brief reply that addresses Defendants' new factual representations.

Dated: June 6, 2025

Respectfully submitted,

*/s/ Daniel A. McGrath*
Daniel A. McGrath (Bar No. 31501)
Madeline H. Gitomer (Bar No. 31518)
Emma R. Leibowitz (Bar No. 31568)
Kayla M. Kaufman (Bar No. 31479)

Case 8:25-cv-01230-SAG    Document 47    Filed 06/06/25    Page 2 of 3

Victoria S. Nugent (Bar No. 15039)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 812-7824
dmcgrath@democracyforward.org
mgitomer@democracyforward.org
eleibowitz@democracyforward.org
kkaufman@democracyforward.org
vnugent@democracyforward.org
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Daniel A. McGrath, certify that I filed the foregoing with the Clerk of Court for the United States District Court for the District of Maryland by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

/s/ Daniel A. McGrath

*Counsel for Plaintiffs*
