IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> *vs.* <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

### [PROPOSED] ORDER

The Court has considered Plaintiffs' Motion for Leave to File a Reply Addressing Newly Introduced Facts, and it is hereby **GRANTED**.

Dated: _____            _____
                                                                                                            Hon. Stephanie A. Gallagher
                                                                                                            United States District Judge