## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY AND RESPONSE

Pursuant to Federal Rule of Civil Procedure 7(b), Plaintiffs, the American Educational Research Association and the Society for Research on Educational Effectiveness, respectfully move for leave to file a Notice of Supplemental Authority and Response for the Court's consideration. As set forth in the accompanying memorandum, this supplemental authority will aid the Court in its consideration of Plaintiffs' pending motion for preliminary relief. Additionally, Plaintiffs seek to respond to the notices of supplemental authority Defendants included in their supplemental filing, *see* ECF No. 46, to clarify their applicability to the case at hand.

Dated: June 8, 2025

Respectfully submitted,

*/s/ Emma R. Leibowitz*
Emma R. Leibowitz (Bar No. 31568)
Daniel A. McGrath (Bar No. 31501)
Madeline H. Gitomer (Bar No. 31518)
Kayla M. Kaufman (Bar No. 31479)
Victoria S. Nugent (Bar No. 15039)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
eleibowitz@democracyforward.org

dmcgrath@democracyforward.org
mgitomer@democracyforward.org
kkaufman@democracyforward.org
vnugent@democracyforward.org
*Counsel for Plaintiffs*
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Emma R. Leibowitz, certify that I filed the foregoing and its attachments with the Clerk of Court for the United States District Court for the District of Maryland by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

*/s/ Emma R. Leibowitz*
Counsel for Plaintiffs