**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Case No.: SAG-25-1230 |
| DEPARTMENT OF EDUCATION, *et al.*, | * * * | |
| Defendants. | * * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is this 12th day of June, 2025, ORDERED that:

1. Plaintiffs' motion for a preliminary injunction, ECF 12, is DENIED;

2. The parties are ordered to confer on an expedited discovery and summary judgment briefing schedule and provide it to the Court within one week of the date of this order;

3. ECF 31 is granted;

4. ECF 42 is granted; and

5. ECF 47 is granted.

/s/
Stephanie A. Gallagher
United States District Judge