IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to this Court's order (ECF No. 50), Plaintiffs seek leave to file the Contracts produced to them by Defendants under seal. The Stipulated Protective Order (ECF No. 38) provided that Defendants could designate certain materials they produce to Plaintiffs as confidential. Defendants designated the Contracts that Plaintiffs plan to file as such, although they permitted Plaintiffs to discuss limited information related to statutory authority and tasks contained within the documents in their supplemental filings.

|  |  |
|---|---|
| Dated: June 13, 2025 | Respectfully submitted,<br><br>*/s/ Daniel A. McGrath*<br>Daniel A. McGrath (Bar No. 31501)<br>Madeline H. Gitomer (Bar No. 31518)<br>Emma R. Leibowitz (Bar No. 31568)<br>Kayla M. Kaufman (Bar No. 31479)<br>Victoria S. Nugent (Bar No. 15039)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 812-7824<br>dmcgrath@democracyforward.org<br>mgitomer@democracyforward.org<br>eleibowitz@democracyforward.org<br>kkaufman@democracyforward.org<br>vnugent@democracyforward.org<br>*Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

    I, Daniel A. McGrath, certify that I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Maryland by using the CM/ECF system, which sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

*/s/ Daniel A. McGrath*
*Counsel for Plaintiffs*
