# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*,<br><br>    *Plaintiffs*,<br><br>    *vs.*<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>    *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

## **PROPOSED ORDER**

The Court has considered Plaintiffs' Motion for Leave to File Under Seal, which is hereby **GRANTED**.

Dated: _____                                _____
                                                                                                                               Hon. Stephanie A. Gallagher
                                                                                                                               United States District Judge