IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

## JOINT PROPOSED BRIEFING SCHEDULE

Counsel for the Parties in the above-captioned matter respectfully file this joint proposed briefing schedule in response to the Court's instruction in its June 12, 2025, Order, ECF 50.

Counsel for the Parties agree that Defendants will produce the Administrative Record to Plaintiffs by July 11, 2025. The Parties will file a Rule 26(f) report by July 25, 2025. Discovery will begin on July 28, 2025, and will last for ninety days. The Parties will meet and confer and, by October 1, 2025, submit a briefing schedule on dispositive motions. The Parties agree that Defendants' deadline to respond to the Complaint is extended, and will be due at the same time as Defendants' dispositive motion.

*Signatures on following page.*

| | |
|---|---|
| Dated: June 19, 2025 | Respectfully submitted,<br><br>*/s/ Madeline H. Gitomer*<br>Madeline H. Gitomer (Bar No. 31518)<br>Daniel A. McGrath (Bar No. 31501)<br>Emma R. Leibowitz (Bar No. 31568)<br>Kayla M. Kaufman (Bar No. 31479)<br>Victoria S. Nugent (Bar No. 15039)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090<br>mgitomer@democracyforward.org<br>dmcgrath@democracyforward.org<br>eleibowitz@democracyforward.org<br>kkaufman@democracyforward.org<br>vnugent@democracyforward.org<br>*Counsel for Plaintiffs*<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>BRAD P. ROSENBERG<br>Special Counsel<br><br>*/s/ Michael Bruns*<br>*Signed by filer with permission*<br>Michael Bruns<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>michael.bruns@usdoj.gov<br>(202) 514-4011<br><br>KELLY O. HAYES<br>United States Attorney<br>Charles R. Gayle (Bar No. 14706)<br>Assistant United States Attorney<br>U.S. Attorney's Office for the District of Maryland<br>36 South Charles St.,<br>Baltimore, MD 21201<br><br>*Counsel for Defendants* |