IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 8:25-cv-01230 (SAG) |

**<u>ORDER</u>**

UPON CONSIDERATION of the Joint Proposed Briefing Schedule

ORDERED that Defendants will produce the Administrative Record to Plaintiffs by July 11, 2025. The Parties will file a Rule 26(f) report by July 25, 2025. Discovery will begin on July 28, 2025, and will last for ninety days. The Parties will meet and confer and, by October 1, 2025, submit a briefing schedule on dispositive motions. Defendants' deadline to respond to the Complaint is extended, and will be due at the same time as Defendants' dispositive motion.

SO ORDERED:

July 2, 2025　　　　　　　　　　　　　　　　　　　　　　　　　／s／
Date　　　　　　　　　　　　　　　　　　　　　　　STEPHANIE A. GALLAGHER
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge