IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, et al., | * * * | |
| Plaintiffs, | * * | No. 25-cv-01230-SAG |
| v. | * * | |
| U.S. DEPARTMENT OF EDUCATION, et al., | * * * | |
| Defendants. | * | |
| | ******* | |

## NOTICE OF THE PRODUCTION OF THE ADMINISTRATIVE RECORD

Consistent with the briefing schedule adopted by the Court in this case, see ECF No. 54, Defendants hereby provide notice that on July 11, 2025, they, through counsel, transmitted to counsel for Plaintiffs the administrative record for the cancellation of the Institute of Educational Sciences (IES) contracts and the reductions-in-force within IES challenged under the APA in this action. Attached hereto are the certification of and index to those administrative records.

DATED: July 11, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Michael Bruns*____
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov
(202) 514-4011

        KELLY O. HAYES
           United States Attorney
      Charles R. Gayle (Bar No. 14706)
          Assistant United States Attorney
      U.S. Attorney's Office for the District of Maryland
          36 South Charles St.,
          Baltimore, MD 21201

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants

Dated: July 11, 2025

                                                  */s/ Michael Bruns*
                                                  MICHAEL BRUNS
                                                  Trial Attorney