## Administrative Record Index

| Description | Bates Number |
|---|---|
| Contract 91990018C0020 | EDAERA_01_00001 – EDAERA_01_00081 |
| Contract 91990018C0039 | EDAERA_02_00001 – EDAERA_02_00211 |
| Contract 91990018C0044 | EDAERA_03_00001 – EDAERA_03_00062 |
| Contract 91990018C0046 | EDAERA_04_00001 – EDAERA_04_00077 |
| Contract 91990018C0057 | EDAERA_05_00001 – EDAERA_05_00080 |
| Contract 91990018F0018 | EDAERA_06_00001 – EDAERA_06_00164 |
| Contract 91990019C0002 | EDAERA_07_00001 – EDAERA_07_00180 |
| Contract 91990019C0056 | EDAERA_08_00001 – EDAERA_08_00048 |
| Contract 91990019C0059 | EDAERA_09_00001 – EDAERA_09_00054 |
| Contract 91990019C0066 | EDAERA_10_00001 – EDAERA_10_00050 |
| Contract 91990019C0078 | EDAERA_11_00001 – EDAERA_11_00066 |
| Contract 91990019F0001 | EDAERA_12_00001 – EDAERA_12_00089 |
| Contract 91990019F0025 | EDAERA_13_00001 – EDAERA_13_00164 |
| Contract 91990019F0334 | EDAERA_14_00001 – EDAERA_14_00030 |
| Contract 91990020F0305 | EDAERA_15_00001 – EDAERA_15_00025 |
| Contract 91990020F0309 | EDAERA_16_00001 – EDAERA_16_00014 |

| Description | Bates Number |
|---|---|
| Contract 91990020F0346 | EDAERA_17_00001 – EDAERA_17_00025 |
| Contract 91990020F0369 | EDAERA_18_00001 – EDAERA_18_00021 |
| Contract 91990021C0052 | EDAERA_19_00001 – EDAERA_19_00107 |
| Contract 91990021F0001 | EDAERA_20_00001 – EDAERA_20_00144 |
| Contract 91990021F0031 | EDAERA_21_00001 – EDAERA_21_00066 |
| Contract 91990021F0304 | EDAERA_22_00001 – EDAERA_22_00034 |
| Contract 91990021F0343 | EDAERA_23_00001 – EDAERA_23_00131 |
| Contract 91990021F0365 | EDAERA_24_00001 – EDAERA_24_00026 |
| Contract 91990021F0368 | EDAERA_25_00001 – EDAERA_25_00025 |
| Contract 91990021F0370 | EDAERA_26_00001 – EDAERA_26_00054 |
| Contract 91990021P0005 | EDAERA_27_00001 – EDAERA_27_00014 |
| Contract 91990022C0003 | EDAERA_28_00001 – EDAERA_28_00151 |
| Contract 91990022C0008 | EDAERA_29_00001 – EDAERA_29_00111 |
| Contract 91990022C0009 | EDAERA_30_00001 – EDAERA_30_00133 |
| Contract 91990022C0010 | EDAERA_31_00001 – EDAERA_31_00137 |
| Contract 91990022C0011 | EDAERA_32_00001 – EDAERA_32_00136 |

| Description | Bates Number |
|---|---|
| Contract 91990022C0012 | EDAERA_33_00001 – EDAERA_33_00120 |
| Contract 91990022C0013 | EDAERA_34_00001 – EDAERA_34_00134 |
| Contract 91990022C0014 | EDAERA_35_00001 – EDAERA_35_00154 |
| Contract 91990022C0015 | EDAERA_36_00001 – EDAERA_36_00144 |
| Contract 91990022C0017 | EDAERA_37_00001 – EDAERA_37_00172 |
| Contract 91990022C0048 | EDAERA_38_00001 – EDAERA_38_00043 |
| Contract 91990022C0066 | EDAERA_39_00001 – EDAERA_39_00099 |
| Contract 91990022F0006 | EDAERA_40_00001 – EDAERA_40_00047 |
| Contract 91990022F0007 | EDAERA_41_00001 – EDAERA_41_00094 |
| Contract 91990022F0042 | EDAERA_42_00001 – EDAERA_42_00071 |
| Contract 91990022F0051 | EDAERA_43_00001 – EDAERA_43_00020 |
| Contract 91990022F0057 | EDAERA_44_00001 – EDAERA_44_00030 |
| Contract 91990022F0302 | EDAERA_45_00001 – EDAERA_45_00071 |
| Contract 91990022F0303 | EDAERA_46_00001 – EDAERA_46_00038 |
| Contract 91990022F0328 | EDAERA_47_00001 – EDAERA_47_00051 |
| Contract 91990022F0337 | EDAERA_48_00001 – EDAERA_48_00032 |

| Description | Bates Number |
|---|---|
| Contract 91990022F0342 | EDAERA_49_00001 – EDAERA_49_00045 |
| Contract 91990022F0350 | EDAERA_50_00001 – EDAERA_50_00027 |
| Contract 91990022F0377 | EDAERA_51_00001 – EDAERA_51_00020 |
| Contract 91990023C0002 | EDAERA_52_00001 – EDAERA_52_00063 |
| Contract 91990023C0003 | EDAERA_53_00001 – EDAERA_53_00113 |
| Contract 91990023F0034 | EDAERA_54_00001 – EDAERA_54_00081 |
| Contract 91990023F0072 | EDAERA_55_00001 – EDAERA_55_00062 |
| Contract 91990023F0302 | EDAERA_56_00001 – EDAERA_56_00029 |
| Contract 91990023F0303 | EDAERA_57_00001 – EDAERA_57_00053 |
| Contract 91990023F0308 | EDAERA_58_00001 – EDAERA_58_00079 |
| Contract 91990023F0310 | EDAERA_59_00001 – EDAERA_59_00039 |
| Contract 91990023F0316 | EDAERA_60_00001 – EDAERA_60_00036 |
| Contract 91990023F0325 | EDAERA_61_00001 – EDAERA_61_00048 |
| Contract 91990023F0330 | EDAERA_62_00001 – EDAERA_62_00077 |
| Contract 91990023F0334 | EDAERA_63_00001 – EDAERA_63_00046 |
| Contract 91990023F0336 | EDAERA_64_00001 – EDAERA_64_00055 |

| Description | Bates Number |
|---|---|
| Contract 91990024C0015 | EDAERA_65_00001 – EDAERA_65_00076 |
| Contract 91990024C0043 | EDAERA_66_00001 – EDAERA_66_00072 |
| Contract 91990024C0044 | EDAERA_67_00001 – EDAERA_67_00050 |
| Contract 91990024F0006 | EDAERA_68_00001 – EDAERA_68_00025 |
| Contract 91990024F0026 | EDAERA_69_00001 – EDAERA_69_00013 |
| Contract 91990024F0301 | EDAERA_70_00001 – EDAERA_70_00095 |
| Contract 91990024F0303 | EDAERA_71_00001 – EDAERA_71_00043 |
| Contract 91990024F0304 | EDAERA_72_00001 – EDAERA_72_00045 |
| Contract 91990024F0310 | EDAERA_73_00001 – EDAERA_73_00037 |
| Contract 91990024F0316 | EDAERA_74_00001 – EDAERA_74_00030 |
| Contract 91990024F0321 | EDAERA_75_00001 – EDAERA_75_00075 |
| Contract 91990024F0327 | EDAERA_76_00001 – EDAERA_76_00062 |
| Contract 91990024F0330 | EDAERA_77_00001 – EDAERA_77_00068 |
| Contract 91990024F0331 | EDAERA_78_00001 – EDAERA_78_00189 |
| Contract 91990024F0342 | EDAERA_79_00001 – EDAERA_79_00065 |
| Contract 91990024F0344 | EDAERA_80_00001 – EDAERA_80_00060 |

| Description | Bates Number |
|---|---|
| Contract 91990024F0345 | EDAERA_81_00001 – EDAERA_81_00047 |
| Contract 91990024F0347 | EDAERA_82_00001 – EDAERA_82_00062 |
| Contract 91990024F0348 | EDAERA_83_00001 – EDAERA_83_00104 |
| Contract 91990024F0362 | EDAERA_84_00001 – EDAERA_84_00036 |
| Contract 91990024F0367 | EDAERA_85_00001 – EDAERA_85_00100 |
| Contract 91990024F0369 | EDAERA_86_00001 – EDAERA_86_00042 |
| Contract 91990024F0373 | EDAERA_87_00001 – EDAERA_87_00044 |
| Contract 91990024F0386 | EDAERA_88_00001 – EDAERA_88_00043 |
| Contract 91990024F0387 | EDAERA_89_00001 – EDAERA_89_00047 |
| Contract 91990024F0393 | EDAERA_90_00001 – EDAERA_90_00035 |
| Contract 91990024F0394 | EDAERA_91_00001 – EDAERA_91_00023 |
| Contract 91990025F0009 | EDAERA_92_00001 – EDAERA_92_00014 |
| Contract 91990025F0012 | EDAERA_93_00001 – EDAERA_93_00071 |
| Contract 91990025F0013 | EDAERA_94_00001 – EDAERA_94_00012 |
| Contract 91990025F0014 | EDAERA_95_00001 – EDAERA_95_00065 |
| Contract 91990025F0023 | EDAERA_96_00001 – EDAERA_96_00027 |

| Description | Bates Number |
|---|---|
| Contract EDIES15C0046 | EDAERA_97_00001 – EDAERA_97_00100 |
| Contract EDIES17C0066 | EDAERA_98_00001 – EDAERA_98_00064 |
| 2/7/2025 Email from Richard J. Lucas FW: BFY15-25 EN Conition-IES.xlsx | EDAERA_AR_00001 |
| Email Attachment (BFY15-25 EN Conition-IES.xlsx) | EDAERA_AR_00002 |
| 2/7/2025 Email Chain from Richard J. Lucas RE: IES Contracts.xlsx | EDAERA_AR_00003 |
| 2/7/2025 Email from Richard J. Lucas FW: IES Contracts.xlsx | EDAERA_AR_00004 |
| Email Attachment (cam contract review analysis IES Contracts.xlsx | EDAERA_AR_00005 – EDAERA_AR_00016 |
| 2/10/2025 Email from Richard J. Lucas Subject: Termination of Contracts | EDAERA_AR_00017 |
| Email Attachment (2.10.2025 Term Workload Sorted.xlsx | EDAERA_AR_00018 – EDAERA_AR_00026 |
| 2/13/2025 Email from Richard J. Lucas Subject: Termination of Contracts | EDAERA_AR_00027 |
| Exec. Order No. 14,210, Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative, 90 Fed. Reg. 9669 (Feb. 11, 2025) | EDAERA_AR_00028 – EDAERA_AR_00030 |
| Memorandum from Russell T. Vought & Charles Ezell to Heads of Executive Departments and Agencies RE: Guidance on Agency RIF and Reorganization Plans Requested by *Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative* (Feb. 26, 2025) | EDAERA_AR_00031 – EDAERA_AR_00037 |
| Institute of Education Sciences (IES) Organizational Chart | EDAERA_AR_00038 |