IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION (AERA)., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 25-cv-1230 |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | * | |
| | * | |
| Defendants. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATION OF THE ADMINISTRATIVE RECORD

I, Candice Jackson, Deputy General Counsel, United States Department of Education, based on personal knowledge and information provided to me in my official capacity, hereby certify to the best of my knowledge and belief that the attached Administrative Record is a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered in connection with the agency's decisions that are at issue in the above-captioned matter. For purposes of convenience and efficiency, the Department also provides the attached index which lists the documents contained in the Administrative Record.

I hereby certify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 11th day of July 2025.

_____
Candice Jackson
Deputy General Counsel
United States Department of Education