IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, | * * * * | |
| Plaintiffs, | * * | Civil Case No.: SAG-25-1230 |
| v. | * * | |
| DEPARTMENT OF EDUCATION, *et al.*, | * * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon review of the parties' report of 26f conference, it is this 7th day of August, 2025, ORDERED that the parties will each be limited to 8 interrogatories, 6 requests for admission, 4 requests for production, and 2 depositions. Written discovery shall conclude by October 3, 2025 and Rule 30 depositions shall be conducted by October 27, 2025.

/s/
Stephanie A. Gallagher
United States District Judge