IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 |

**MOTION FOR A STAY OF DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants hereby move for a stay of the discovery deadlines in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. The need for a stay is particularly compelling in light of the discovery requested by Plaintiffs. Plaintiffs served a 30(b)(6) deposition notice on October 22, 2025, containing 9 topics, several with subparts. It will be difficult to adequately prepare and educate a witness responsive to those topics while there is a lapse of appropriations.

4. Undersigned counsel for the Department of Justice therefore requests a stay of the November 12, 2025, deadline for depositions, and the November 13, 2025, deadline to submit a proposed briefing schedule, until Congress has restored appropriations to the Department.

5. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, the deadlines be extended to 28 days after appropriations resume – the same time period contemplated in the previously amended schedule.

6. Plaintiffs oppose a stay of deadlines pending the resumption of appropriations. However, Plaintiffs consent to a four week extension of discovery deadlines. Therefore, in the alternative, Defendants request a four week extension of discovery deadlines.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of discovery deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions or, in the alternative, a four-week extension of those deadlines.

Proposed Orders reflecting both the Government's preferred relief and the alternate relief to which Plaintiffs consent are attached.

Dated: October 27, 2025                BRETT A. SHUMATE
                                       Assistant Attorney General
                                       Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel

*/s/ Michael Bruns*
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-514-4011
Email: michael.bruns@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: October 27, 2025

                                                      */s/ Michael Bruns*
                                                      Michael Bruns
                                                      Trial Attorney