# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 |

# ORDER

Upon consideration of Defendants' Motion for a Stay of Discovery Deadlines in Light of Lapse of Appropriations, it is this \_\_\_27th\_\_\_ day of \_\_\_October\_\_\_ 2025

**ORDERED** that the alternative requested relief shall be, and hereby is, **GRANTED**; and it is further

**ORDERED** that the discovery deadlines are extended for 28 days.

**SO ORDERED.**

_____/s/_____
Stephanie A. Gallagher
United States District Judge