IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | APPROVED<br>/s/   December 22, 2025<br>The Honorable Stephanie A. Gallagher<br>United States District Judge<br><br>Civil Action No. 8:25-cv-01230 (SAG) |

## BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS

In the above-captioned matter, Plaintiffs, the American Educational Research Association and the Society for Research on Educational Effectiveness, and Defendants, the Department of Education, the Institute for Education Sciences, Secretary of Education Linda McMahon, and Acting IES Director Matthew Soldner, jointly request the following dispositive briefing schedule pursuant to the Court's December 12, 2025 order (ECF No. 67):

- Plaintiffs' Motion for Summary Judgment: March 6, 2026
- Defendants' Consolidated Opposition and Motion to Dismiss Or, in the Alternative, Cross-Motion for Summary Judgment: April 17, 2026[1]
- Plaintiffs' Consolidated Opposition and Reply: May 7, 2026
- Defendants' Reply: May 28, 2026

Dated: December 19, 2025

Respectfully submitted,

*/s/ Daniel A. McGrath*
Daniel A. McGrath (Bar No. 31501)

---

[1] This motion will constitute Defendants' response to the Complaint.  *See* ECF No. 54.