**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> *vs.* <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-1230 (SAG) |

**<u>ORDER</u>**

Having considered Plaintiffs' consent motion for an extension of the briefing schedule on dispositive motions, Plaintiffs' motion is **GRANTED**. The parties will submit briefs and dispositive motions on the schedule below:

- On or before March 27, 2026: Plaintiffs' Motion for Summary Judgment

- On or before May 8, 2026: Defendants' Consolidated Opposition and Motion to Dismiss, or, in the Alternative, Cross-Motion for Summary Judgment

- On or before May 28, 2026: Plaintiffs' Consolidated Opposition and Reply

- On or before June 18, 2026: Defendants' Reply

Dated: February 20, 2026

_____/s/_____
Hon. Stephanie A. Gallagher
United States District Judge