**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　　　*vs.*<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　　　　*Defendants*. | Civil Action No. 8:25-cv-01230<br><br>**Oral Argument Requested** |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiffs American Educational Research Association and Society for Research on Educational Effectiveness (together, "Plaintiffs"), on behalf of themselves and their members, hereby move for summary judgment in their favor with respect to Count One. Plaintiffs seek redress for Defendants' recent actions: Defendants' cancellation of contracts *en masse*, abruptly halting vital IES functions ("the Contract Termination Action") and Defendants' reduction in force ("RIF") that designated nearly 90 percent of IES staff for termination ("the Workforce Termination Action"). As set forth in more detail in the accompanying memorandum in support of this motion, Plaintiffs request that the Court:

(i)　　Enter summary judgment in Plaintiffs' favor on Count One;

(ii)　　Vacate the following agency actions:

　　a.　Contract Termination Action of February 2025; and

　　b.　Workforce Termination Action of March 2025; and

1

(iii)    Enter declaratory relief that the Contract Termination Action and Workforce Termination Action are unlawful.

The relief that Plaintiffs seek is detailed in the memorandum and accompanying proposed order.

Pursuant to Local Rule 105.6, Plaintiffs request a hearing on the parties' cross-motions for summary judgment and Defendants' likely forthcoming motion to dismiss.

Respectfully submitted,

Dated: March 27, 2026

*/s/ Daniel A. McGrath*

Daniel A. McGrath (Bar No. 31501)
Madeline H. Gitomer (Bar No. 31518)
Kayla M. Kaufman (Bar No. 31479)
J. Sterling Moore (Bar No. 31562)
Victoria S. Nugent (Bar No. 15039)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
dmcgrath@democracyforward.org
mgitomer@democracyforward.org
kkaufman@democracyforward.org
smoore@democracyforward.org
vnugent@democracyforward.org

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I, Daniel A. McGrath, certify that I filed the foregoing with the Clerk of Court for the

United States District Court for the District of Maryland by using the CM/ECF system, which

sent a notice of such filing to all registered CM/ECF users who have appeared in this case.

*/s/ Daniel A. McGrath*
*Counsel for Plaintiffs*

3