**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

    *Plaintiffs*,

     *vs.*

U.S. DEPARTMENT OF EDUCATION,
*et al.*,

    *Defendants*.

Civil Action No. 8:25-cv-01230 (SAG)

## INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The evidence supporting Plaintiffs' Motion for Summary Judgment comes from several sources: declarations provided by Plaintiffs, Plaintiffs' members, and non-party witnesses; the administrative record compiled by Defendants; Defendants' written responses to discovery; deposition testimony from Department of Education employees; and documents produced by Defendants.

- All declarations from prior filings that are cited in this brief are re-filed with this Motion.

    - As indicated below, declarations with Bates numbers from AERA-0001 to AERA-0442 can be found as Exhibits A–U to ECF 12, filed in conjunction with the Motion for a Preliminary Injunction. *See* ECF 12-3–12-6.

    - Declarations with Bates numbers from AERA-0443 to AERA-0553 can be found as Exhibits V–NN to ECF 44, filed in conjunction with the Supplemental Response in Support of the Motion for a Preliminary Injunction. *See* ECF 44-1.

- Declarations with Bates numbers AERA-0554 to AERA-0725 are Exhibits OO–JJJ to this filing and thus do not yet have an ECF number.

- Defendants' written responses to discovery requests are filed as Exhibits LLL–MMM and are cited by reference to the Request or Interrogatory number within.

- Transcripts of depositions taken of Defendants are filed as Exhibits NNN–PPP and are cited by reference to the transcript page number and line.

- Materials from the Administrative Record are filed as Exhibit QQQ. The materials within were Bates-stamped by Defendants with the prefix EDAERA_AR. Plaintiffs have preserved that Bates numbering in this filing.

- Documents produced by Defendants are filed as Exhibits RRR–GGGG. These were Bates-stamped by Defendants with the prefix EDAERA. Plaintiffs have preserved that Bates numbering in this filing.

| ECF | EX | DOCUMENT DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 12-3 | A | Declaration of Grover J. "Russ" Whitehurst | AERA-0001–0009 |
| 12-3 | F | Declaration of Russel Gersten | AERA-0047–0052 |
| 12-3 | G | Declaration of Ellen Weiss (SREE) | AERA-0053–0061 |
| 12-3 | H | Declaration of Felice Levine (AERA) | AERA-0062–0070 |
| 12-3 | I | Declaration of Sean Reardon | AERA-0071–0076 |
| 12-4 | J | Declaration of L. Elizabeth Tipton | AERA-0077–0083 |
| 12-4 | K | Declaration of Elizabeth Talbott | AERA-0084–0090 |
| 12-4 | L | Declaration of Jason Garvey | AERA-0091–0097 |
| 12-4 | M | Declaration of Brady Doe | AERA-0098–0103 |
| 12-4 | N | Declaration of Alex Doe | AERA-0104–0108 |
| 12-4 | P | Declaration of Larry Hedges | AERA-0116–0121 |
| 12-4 | Q | Declaration of Beth Boulay | AERA-0122–0129 |
| 44-1 | X | Declaration of Dominique Baker | AERA-0454–0459 |
| 44-1 | Y | Declaration of Susan Baglieri | AERA-0460–0464 |
| 44-1 | BB | Declaration of Logan Doe | AERA-0473–0476 |
| 44-1 | CC | Declaration of Matthew Shankar Giani | AERA-0477–0486 |
| 44-1 | NN | Defendants' Descriptions of Cancelled Contracts | AERA-0538–0553 |
|  | OO | Declaration of Tabbye Chavous (AERA) | AERA-0554–0566 |
|  | PP | Third Declaration of Ellen Weiss (SREE) | AERA-0567–0578 |
|  | QQ | Declaration of Michael Bastedo | AERA-0579–0585 |

| | | | |
|---|---|---|---|
| | RR | Second Declaration of Margaret Becker Patterson | AERA-0586–0591 |
| | SS | Second Declaration of Jason Chow | AERA-0592–0596 |
| | TT | Second Declaration of Alex Doe | AERA-0597-0600 |
| | UU | Declaration of Chris Doe | AERA-0601–0607 |
| | VV | Declaration of Dylan Doe | AERA-0608–0611 |
| | WW | Declaration of Taylor Doe | AERA-0612–0618 |
| | XX | Second Declaration of Matthew Foster | AERA-0619–0626 |
| | YY | Declaration of Yasmiyn Irizarry | AERA-0627–0646 |
| | ZZ | Declaration of Alysse Loomis | AERA-0647–0651 |
| | AAA | Declaration of Henry May | AERA-0652–0661 |
| | BBB | Declaration of Megan McClelland | AERA-0662–0666 |
| | CCC | Declaration of Luke Miratrix | AERA-0667–0673 |
| | DDD | Declaration of Nancy Nelson | AERA-0674–0682 |
| | EEE | Second Declaration of Therese Pigott | AERA-0683–0687 |
| | FFF | Declaration of Guan Saw | AERA-0688–0696 |
| | GGG | Second Declaration of Elizabeth Talbott | AERA-0697–0702 |
| | HHH | Second Declaration of Elizabeth Tipton | AERA-0703–0712 |
| | III | Second Declaration of Ilana Umansky | AERA-0713–0719 |
| | JJJ | Second Declaration of Daniel McGrath | AERA-0720–0725 |
| | LLL | Defendants' Objections and Answers to Plaintiffs' First Requests for Admissions | Cited by reference to the Request or Response number within |
| | MMM | Defendants' First Supplemental Objections and Answers to Plaintiffs' First Interrogatories | Cited by reference to the Request or Interrogatory number within |
| | NNN | Deposition of Matthew E. Soldner, Ph.D. | Cited by reference to the transcript page number and line |
| | OOO | 30(b)(6) Deposition of Christopher Joseph Rosier | Cited by reference to the transcript page number and line |
| | PPP | 30(b)(6) Deposition of Jacqueline Clay | Cited by reference to the transcript page number and line |

| | | MATERIALS PRODUCED BY DEFENDANTS | |
|---|---|---|---|
| ECF | EX | DOCUMENT DESCRIPTION | DEFENDANTS' BATES NUMBER |
| | QQQ | Administrative Record | EDAERA_AR_0001–0038 |
| | RRR | Dept. of Ed. Contract Award Request (EDCDSS) | EDAERA_00000005–0007 |
| | SSS | Soldner Email, FW: Contract terminations | EDAERA_00001040 |
| | TTT | Soldner Email, FW: IES Request to Continue Grant Competition Activities | EDAERA_00001056–0057 |
| | UUU | Rosier Email, FW: NCES Contract Terminations + Revival Options | EDAERA_00001090–1093 |
| | VVV | Soldner Email, General Information | EDAERA_00001133 |
| | WWW | Dept. of Ed. Contract Award Request (CLSD) | EDAERA_00001139–1140 |
| | XXX | Lucas Email, IES Contracts.xlsx | EDAERA_00001145 |
| | YYY | Dept. of Ed. Contract Award Request (IADA) | EDAERA_00001157–1158 |
| | ZZZ | Dept. of Ed. Contract Award Request (TSL) | EDAERA_00001173–1174 |
| | AAAA | Bettis Email, RE: Closeout activities | EDAERA_00001520–1525 |
| | BBBB | Soldner Email, RE: Process for submitting a contract award waiver request - UPDATED GUIDANCE 2/10/25 | EDAERA_00001949–1951 |
| | CCCC | Soldner Email, RE: 2:30 Contracts Touchpoint | EDAERA_00003156 |
| | DDDD | Soldner Email, Leadership Meeting | EDAERA_00003670 |
| | EEEE | Soldner Email, With a Heavy Heart | EDAERA_00003899–3900 |
| | FFFF | Wei Email, FW: OS Data Call - Selected IES Contracts - 10:00 AM Friday | EDAERA_00005675–5677 |
| | GGGG | Statutory and Non-Statutory Staff Analysis | EDAERA_000005680 |

Plaintiffs recognize the record in this case is voluminous and there are many exhibits. Should it aid the Court in an efficient assessment of the record, Plaintiffs can file a revised brief replacing all record citations with ECF docket numbers once this filing is docketed and each exhibit receives an ECF docket number.

4