# Exhibit Q

AERA-0122

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

*Plaintiffs*,

*vs.*

U.S. DEPARTMENT OF EDUCATION,
*et al.*,

*Defendants*.

Civil Action No. 8:25-cv-01230

**DECLARATION OF BETH BOULAY**

I, Beth Boulay, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

1. I am a member of the Society for Research on Educational Effectiveness ("SREE"). I am submitting this declaration in my personal capacity.

2. I have a doctorate from the Harvard Graduate School of Education and have been an education researcher for over twenty years. Since I started graduate school, my goal has been to help teachers better serve their students by producing research that helps distinguish what works from what doesn't.

3. The Institute of Education Sciences ("IES") was established while I was in graduate school and has fundamentally shifted the field of education research. In establishing the agency, Congress tasked IES with something that's very hard and requires expertise:

AERA-0123

collecting data and generating evidence to determine whether the taxpayer investment in education is paying off. I received a Spencer Foundation Training Grant designed to support students motivated to learn how to do this well.

4. My skill and expertise in evaluation methods was immediately utilized when I started my post-graduate school career at Abt Associates (now Abt Global), and worked on the Reading First Impact Study funded by IES. This study was one of the first experimental studies assessing the effectiveness of federal policy in the No Child Left Behind Act. This work was essential to ensure that the legislation increased reading instructional time for students (which it did) and increased reading achievement (it did not). And while there were state level evaluations of Reading First, those studies were not designed to learn whether the Reading First funding effectively led to increased reading achievement. The study was mandated by congress to learn whether the investment in Reading First was worthwhile, and new graduates in the field of education research had the skills to partner with seasoned researchers to answer congress' mandate.

5. In the years since its establishment, IES has continued to do extremely important work and fill gaps to help state and local education systems improve. For example, through its support of the Investing in Innovation ("i3") Program, IES improved state and local evaluations of the funded interventions by creating a contract oversight structure to examine and improve the quality of local assessments. The results speak for themselves: IES support of the i3 evaluations led to 75 percent of these studies meeting the What Works Clearinghouse ("WWC") standards for credible research, in turn ensuring that the state and local schools, school districts, and education nonprofits could rely on the data that had been collected about their students and schools. For example, with our TA

support, Building Assets, Reducing Risks conducted a rigorous student-level RCT with their initial early phase grant, despite proposing a correlational design. The evaluation showed substantial positive effects of BARR on student outcomes, qualifying them for the higher tier of grants. They have since conducted more student-level RCTs as well as a large scale school-level RCTs that have shown positive effects on a range of important student outcomes. Our support on their initial study set the stage for identifying BARR as a model that works for students nationally. Another example is the i3 evaluation of Upstart by the Waterford Institute in Utah. While initially reticent to conduct a study that could credibly identify Upstart as effective, our TA team helped them design a study which showed that Upstart has sizeable impacts on early learning for Utah preschoolers. Without IES staff and the contracts they oversee, we wouldn't have been able to support these studies to identify these important and impactful programs.

6. My work as an education researcher has focused on evaluating longstanding and experimental programs to determine their effectiveness. This work provides policy makers and educators evidence that some programs and practices are proven to produce results, so that they don't need to reinvent the wheel to address needs. In addition, my research can add to and extend the existing evidence, asking and answering questions about *how* something works. To do this, I rely on access to the Education Resources Information Center ("ERIC") to have access to completed research relevant to my own as well as the reviews conducted and disseminated by the WWC.

7. Contract cancellation by IES and the mass termination of staff at the agency impose a significant risk to my research, in particular those that threaten the WWC and the Education Resources Information Center ("ERIC").

AERA-0125

8. My work requires me to evaluate data across long periods of time and to aggregate research findings that have been produced by other researchers. IES is fundamental to that work. For example, I provided evaluation technical assistance to the i3 evaluation of Reading Recovery, which showed large, short term impacts but longer term declines in reading achievement. This finding, among others, was included in the podcast "Sold A Story", which has prompted a marked shift in state policies around reading instruction. Without these longitudinal data, we would be unable to evaluate whether initial impacts persist or translate into impacts on later outcomes of interest.

9. The Education and Innovation Research ("EIR") program is an ongoing ED program that requires its grantees to conduct evaluations of various education programs—for example, teacher retention in rural school districts and STEM pathways to prepare students for careers in the 21st century. A single researcher like me cannot possibly produce evidence of what works for students across different outcomes (reading, math, computer science) and across the wide range of contexts in the U.S. IES oversaw contracts that supported researchers like me to ensure that many more researchers produced credible evidence of the impact of these programs in their local states and districts. My work, funded by IES, was aimed at making sure we don't squander opportunities to learn what's working for students and teachers and that more of the education research we conduct is credible, which is an efficient use of taxpayer dollars.

10. WWC provides me with research standards that are built by consensus and are constantly improved and updated. The evaluations I was supporting were all to be reviewed by the WWC to make sure that they produce credible findings, and without that review process, we won't have clear quality controls for the evaluations that I supported. Both the

AERA-0126

evaluations themselves and the supports were funded by IES contracts that were canceled. ED's strategy has been to give small grants to untested programs and larger grants to programs that have "qualifying evidence" that shows impacts. Determining whether the evidence qualifies the program for more money relies on reviews by the WWC, to ensure we don't squander taxpayer money by over-investing in programs that do not produce impacts.

11. ERIC likewise allows me to access studies that I won't otherwise be able to access; ERIC's content includes subscriptions to a large number of journals and other resources that will lapse due to cancelled contracts. In addition, new research will not be added to ERIC making it much more difficult to have a knowledge base from which to build future research.

12. If these and other contract cancellations remain in place without effective substitutes, and IES also cannot fulfill these functions with its now minimal staff, I will lose access to evidence that already exists on these databases. I will also be prevented from accessing new data, because other researchers will not be able to submit their studies, and IES personnel will not be able to perform quality control.

13. And I (and other researchers) also face a risk of permanently losing quality data from this moment in time. For example, ED has invested almost $1.5 billion in 240 Education Innovation and Research ("EIR") grants since the Trump administration began the program in 2017. All of those grants are conducting independent evaluations that were expected to be held to the rigorous standards of the WWC and uploaded to ERIC to ensure that the results were widely disseminated. Without the support contracts to troubleshoot evaluation challenges, the WWC reviews to assess credibility, and the

dissemination power of ERIC, this investment in building an evidence base is at substantial risk and will not have the impact on education policy it was expected to have.

14. My research and evaluation work will be significantly harmed without access to these resources. It is not possible for me to effectively continue my work to improve education as an isolated, independent researcher in the dark about other evaluations and education research—and no nongovernmental resource is sufficient to replace the IES databases.

April 25, 2025
Shrewsbury, MA                                    ____/s/ Beth Boulay*_____
                                                  Beth Boulay


*A copy of the signature page bearing an original signature is attached hereto.

**AERA-0128**

dissemination power of ERIC, this investment in building an evidence base is at substantial risk and will not have the impact on education policy it was expected to have.

14. My research and evaluation work will be significantly harmed without access to these resources. It is not possible for me to effectively continue my work to improve education as an isolated, independent researcher in the dark about other evaluations and education research—and no nongovernmental resource is sufficient to replace the IES databases.

April 25, 2025
Shrewsbury, MA

Beth Boulay