# Exhibit X

AERA-0454

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF EDUCATION,
*et al.*,

*Defendants*.

Civil Action No. 8:25-cv-01230 (SAG)

## DECLARATION OF DOMINIQUE J. BAKER

I, Dominique J. Baker, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I submit this declaration in my personal capacity and not on behalf of any institution. I am an associate professor at the University of Delaware who conducts education research.

3. I am an active member of the American Educational Research Association and received the early career award from the association in 2023 (given to a scholar who has crafted a significant and substantial body of education research within their first 10 years after receipt of their doctorate).

**AERA-0455**

4. I have worked in the field of education since 2008, including time spent as an admissions professional, 4 years devoted to earning my Ph.D. in education, and nearly 9 years as a professor focused on education policy.

5. My research primarily focuses on higher education policy, examining student financial aid, how colleges themselves are financed, admission to higher education, and overall campus climates.

6. I have served on Institute of Education Sciences (IES) technical review panels for the National Postsecondary Student Aid Study (NPSAS) and Beginning Postsecondary Students (BPS). NPSAS is a nationally representative dataset of students enrolled in U.S. higher education institutions and BPS is a dataset that follows a subset of students in NPSAS for up to six years after they entered higher education for the first time. As part of my participation in these technical review panels, I have provided technical, methodological, and substantive feedback to IES and federal contractors at the Research Triangle Institute in order to improve both datasets.

7. In my work and research, I have previously used IES data. I had plans to explore students' general collegiate experiences and, in particular, experiences relating to the COVID-19 pandemic using data that will now no longer be produced due to canceled contracts. The NPSAS: 24 contract was canceled (IES contract number: 91990022C0017) and BPS: 20/22 is part of the NPSAS: 20 contract (IES contract number: 91990018C0039), which was also canceled. I planned to use the NPSAS:24 data, nationally representative data of students attending college in academic year 2023-2024, to better understand how students use student financial aid to navigate affording college after the onset of COVID-19. I also planned to use BPS: 20/22, which is nationally

AERA-0456

representative data of students who started college in academic year 2019-2020 (from NPSAS: 20) that collects new data on those students' experiences 3 years later. I would have used this data to better understand whether student success, measured by behaviors like staying enrolled in college or earning a credential, relates to how colleges responded to the onset of the COVID-19 pandemic. I also would have used this data to explore how students experienced learning during this time period (as the majority of institutions shifted classroom instruction online). BPS: 20/22 is particularly important for my work as the data for it was being collected as the COVID-19 pandemic began spreading, which means it has some of the most real time information on how students experienced the disruption to their lives and schooling. The only way to explore any of these questions in a manner that provides detailed evidence on full student financial aid packages, while incorporating granular information on students' decisions while enrolled, across the entire country would be to use the data that has now been canceled.

8. Given the overwhelming student loan burden at Historically Black Colleges and Universities (HBCUs), I explored how students at one of these institutions reported navigating the student loan repayment system. This work eventually led to a paper titled "A case study of undergraduate debt, repayment plans, and postbaccalaureate decision-making among Black students at HBCUs" which was published in 2019 in the *Journal of Student Financial Aid*. In that paper, I discussed that a key policy implication of my research was that "The results of the current analysis show that students did not have a continuous understanding of the amount of cumulative debt that had amassed, even with the current mechanisms for them gaining that knowledge. The Department of Education currently has an experimental sites initiative which allows institutions 'the flexibility to

require additional loan counseling for student borrowers beyond the statutorily required one-time entrance and one-time exit counseling as a condition for the students to receive Direct Loan funds' (U.S. Department of Education, 2016b, para. 3). This would be an opportunity to test how additional loan counseling can influence the way graduates conceptualize their student debt." (p. 17).

9. In light of my evidence-based advocacy for a deeper understanding of whether additional loan counseling might improve students' ability to successfully navigate repaying their federal loans, I was honored to be selected as a member of the Technical Working Group for the evaluation of the experimental site mentioned in the quote from my paper. This evaluation, titled "Evaluations of Federal Financial Aid Information and Delivery Strategies: An Experiment Requiring Additional Loan Counseling for Student Borrowers," was run by Abt Associates, Inc. (IES contract number: 91990019D0003). I was looking forward to the final report from this work as I planned to use it in my research, teaching, and as I provide evidence-based policy recommendations to the public, institutional leaders, and policymakers. I am now unable to execute any of those planned activities as the contract for this experiment was canceled and I am bound by a confidentiality agreement that "I will not release to anyone outside the Panel any findings from the Study of Required Additional Federal Student Loan Counseling until the reports have been officially made public by the Institute of Education Sciences." This cancellation means that I am unable to fully execute my work responsibilities, in addition to hindering the ability of the federal government to ensure that policies provide the best possible opportunity for students to repay their federal student loans.

AERA-0458

10. It is essential to my research and broader work that IES continue to produce nationally representative data like NPSAS and BPS and that it continue producing reports on evaluations of education policies and practices.

May 30, 2025
Wilmington, DE

Dominique J. Baker

**AERA-0459**