# Exhibit Y

AERA-0460

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF EDUCATION,
 *et al.*,

*Defendants*.

Civil Action No. 8:25-cv-01230 (SAG)

## DECLARATION OF SUSAN BAGLIERI

I, Susan Baglieri, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I submit this declaration in my personal capacity and not on behalf of any institution. I am a professor at a university in New Jersey. I am a member of the American Educational Research Association.

3. I have worked as a teacher education professor and researcher in the field of special education since 2006. I have worked in partnership with four public school districts to conduct research and program development in university-based transition programming for students with disabilities since 2016.

**AERA-0461**

4. In my teaching, research, and program development I rely heavily on the data and reports produced from the previous and ongoing work of the National Longitudinal Transition Study 2012 (NLTS 2012) (ED-IES-10-C-0073 (Phase I); ED-IES-15-C-0046 (Phase II)). I am also eagerly following the progress and outcomes of the "Evaluation of Transition Supports for Youth with Disabilities" (91990019C0078). Both studies form an evidence base aimed to ensure that services and supports provided for disabled youth when they are in school are contributing to desirable post-school outcomes.

5. The NLTS 2012 study is a longitudinal study following the experiences of youth from their time in school through post-school completion. Representing more than 400 school districts and youth with and without disabilities, the study promised to provide critical understanding about how services, opportunities, and experiences provided in school affect post-school outcomes for youth with disabilities.

6. In my university teaching to prepare teachers of students with disabilities (i.e., special education teachers), I use the NLTS 2012 study design framework to help them appreciate and understand the complex and varied factors that influence post-school outcomes for their (future) students. Without the final analysis that would examine the features of school practice experienced by participants in relation to their outcomes, we are unable to evaluate or develop evidence-based practices to implement.

7. The loss of the forthcoming evidence base for transition practice that would be generated through the NLTS 2012 and the Evaluation of Transition Supports for Youth with Disabilities also harms my work as a transition program developer and designer. I developed a multi-tiered transition program at my university that offers 1) free and low-cost access to a college experience for youth with intellectual disability through

**AERA-0462**

partnership with public school-based transition programs, and 2) a credential-granting, competitive admission, university-based transition program serving youth with intellectual disability. Both programs benefit from having access to information and analysis of transition programming, practices, and outcomes and are harmed by a lack of current data. I am prevented from developing, evaluating, and therefore offering the best programming to our students when research activity and/or dissemination is curtailed.

8. My research, which includes publishing in academic journals, presenting at practitioner-focused and researcher-focused conferences, and authoring monographs, are all part of my professional responsibilities and requirements as a full-time professor. My current work that is focused on developing a university-based transition program is framed by research on transition exemplified by the two noted studies, as well as by my own long-term research conducted locally. The loss of the opportunity to situate my local research within a broader research context damages my chances to produce work that draws on a vibrant field informed by larger-scale contemporary data.

9. The cancellation of contract for the two studies I have referenced are especially harmful and impactful because of the specific populations of youth participants featured in the studies. Students with intellectual, developmental, or multiple disabilities, who are most often served by transition programming provided by schools through the *Individuals with Disabilities Education Act* in the 18-21 years old age range, represent only about 21% of students with disabilities, which is only 3% of all students total. This means that in a high school that serves 800 students, for example, only about 24 would be representative of those most often served in transition programs. Because of the relatively small population, then, large-scale, nationally coordinated studies are essential and critical to

AERA-0463

advancing research and practice in this area. Local and regional studies simply do not have access to large numbers of research participants.

10. The disruption of the data gathering and analysis brought on by the cancellation of the NLTS 2012 contract is a significant loss to the entire field of special education and youth and families served by special education because it represents more than a decade of data that would take as long to recover or gather anew. To be clear, this is the loss of a *whole generation's* worth of data that would be used to inform direct service provision and programming for youth with disabilities and their families.

May 29, 2025
East Stroudsburg, PA

_Susan Baglieri_

**AERA-0464**