# Exhibit BB

AERA-0473

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF EDUCATION,
 *et al.*,

*Defendants*.

Civil Action No. 8:25-cv-01230 (SAG)

## DECLARATION OF LOGAN DOE

I, Logan Doe, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am writing in my personal capacity as an education policy researcher. I am a member of the American Educational Research Association and the Society of Research on Educational Effectiveness. I am providing this declaration anonymously because of concrete fears I have that I will suffer professional repercussions for providing information in this action.

3. I am a former teacher in a public high school, with an earned doctorate in education. I am a tenured associate professor of education policy and have worked in this role for eight

**AERA-0474**

years. I lead large-scale quantitative analyses and grant-funded projects using federally sponsored surveys and state data systems to examine educational resources that impact student outcomes. I also have served on several technical working groups for others' federally sponsored projects and am a consumer of high-quality education research.

4.  In my work and research, I examine policies and programs to support the retention and recruitment of high-quality teachers, where I rely heavily on findings from federally sponsored work in this area. Cancellation of contract 91990019C0066 on teacher residency programs causes harm to my ability to draw robust inferences about the success of this type of teacher training by ceasing a significant evaluation of such programs.

5.  Relatedly, cancellation of contract 91990018C0044, which was carrying out an Impact Evaluation to Inform the Teacher and School Leader Incentive Program, harms my own work around teacher incentives, where I also conduct research to inform local policies and programs in service of improving student outcomes.

6.  Currently, I am working on an analysis of educational investments in children and youth that draws heavily on the National Household Education Survey (NHES). Cancellation of contact ED-IES-12-D-0002/91990021F0343, which was meant in part to support the final release of the 2023 wave of NHES, drastically limits my ability to draw inferences about childcare, homeschooling, and other educational investments in the post-COVID era.

May 30, 2025
United State

*/s/ Logan Doe*
Logan Doe

\* A copy of the signature page bearing an original signature is attached hereto.

years. I lead large-scale quantitative analyses and grant-funded projects using federally sponsored surveys and state data systems to examine educational resources that impact student outcomes. I also have served on several technical working groups for others' federally sponsored projects and am a consumer of high-quality education research.

4. In my work and research, I examine policies and programs to support the retention and recruitment of high-quality teachers, where I rely heavily on findings from federally sponsored work in this area. Cancellation of contract 91990019C0066 on teacher residency programs causes harm to my ability to draw robust inferences about the success of this type of teacher training by ceasing a significant evaluation of such programs.

5. Relatedly, cancellation of contract 91990018C0044, which was carrying out an Impact Evaluation to Inform the Teacher and School Leader Incentive Program, harms my own work around teacher incentives, where I also conduct research to inform local policies and programs in service of improving student outcomes.

6. Currently, I am working on an analysis of educational investments in children and youth that draws heavily on the National Household Education Survey (NHES). Cancellation of contact ED-IES-12-D-0002/91990021F0343, which was meant in part to support the final release of the 2023 wave of NHES, drastically limits my ability to draw inferences about childcare, homeschooling, and other educational investments in the post-COVID era.

May 30, 2025
United States

Logan Doc

AERA-0476