# Exhibit CC

AERA-0477

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF EDUCATION,
 *et al.*,

*Defendants*.

Civil Action No. 8:25-cv-01230 (SAG)

## DECLARATION OF MATTHEW SHANKAR GIANI

I, Matthew Shankar Giani, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I submit this declaration in my personal capacity and not on behalf of any institution. I am a Research Associate Professor in the Department of Sociology at the University of Texas at Austin. I am a member of the American Educational Research Association and the Society of Research on Educational Effectiveness (SREE). I am currently serving as the co-chair of the Postsecondary Division for SREE's annual meeting.

AERA-0478

3. I completed a master's degree in education policy, organization, and leadership studies from Stanford University in 2009 and a PhD in education policy and planning from the University of Texas at Austin in 2014.

4. I pursued advanced education and training in the field of education and dedicated years of my life to this field with the hope that my research would expand educational opportunity, improve educational systems, and inform policymakers and the public about how students' educational experiences may shape their long-term outcomes. I regularly collaborate with state agencies, schools and districts, and colleges in order to translate my research into actionable insights that can improve educational policy and practice.

5. From 2018-2025, I served on the Institute of Education Science's Education Systems and Broad Reform review panel until I received a Stop Work Termination for Convenience letter on February 10, 2025 sent via General Dynamics Information Technology, the organization previously contracted to run the peer review panels. I have not received any official communication from IES about my service in this capacity.

6. I am an Associate Editor for Educational Researcher, on the editorial board of Research in Higher Education, and an ad hoc reviewer for many of the most prestigious peer-reviewed journals in educational research and the sociology of education.

7. I serve on the Independent Advisory Panel for the National Evaluation of Career and Technical Education under Perkins V (NECTEP) authorized by The Strengthening Career and Technical Education for the 21st Century Act (Perkins V), passed by Congress and signed into law by then-President Trump on July 31, 2018.

8. My research examines whether educational systems promote social mobility or reinforce social stratification, with an emphasis on examining how policies, programs, and

interventions ameliorate or exacerbate racial/ethnic and socioeconomic inequalities in students' college and career readiness, access, and success. I have published research on a variety of topics within this agenda, including dual-credit coursework, career and technical education, industry-recognized certifications, developmental education, how students and credits transfer between community colleges and universities, and the impact of financial aid interventions on low-income students' college outcomes.

9. My research has been funded by a variety of governmental and non-governmental entities, including the U.S. Department of Education, the National Science Foundation, the Bill and Melinda Gates Foundation, the Spencer Foundation, the Joyce Foundation, and Ascendium Education Group, among others.

10. The federal government's cancellation of grants, contracts, and efforts related to the collection and dissemination of data, in addition to the reductions in force ordered for the Institute of Education Sciences and the U.S. Department of Education, will likely harm my research and the field of educational research as a whole and will undermine the ability of states, schools, districts, and colleges to make evidence-informed decisions about the effectiveness of policies, programs, and interventions to improve students' educational outcomes.

11. The cancellation of the contract, "Studies for a Congressionally mandated evaluation of career and technical education (CTE) under the Perkins Act," awarded to the American Institutes for Research ("AIR"), will prevent me from gaining access to national data for my research on CTE that is not available from any other source, hinder the ability of the U.S. Department of Education and Institute of Education Sciences to complete the National Evaluation of Career and Technical Education under Perkins V as mandated by

Congress, and limit the Perkins V Independent Advisory Panel's ability to produce an evidence-backed report to Congress.

12. Specifically, Perkins V charged the U.S. Department of Education to:

   a. create a single plan for the research, development, dissemination, evaluation, and assessment of CTE programs in consultation with, or acting through, ED's Director of the IES;

   b. provide an annual report to Congress and other stakeholders on the state of CTE and on state and local performance of Perkins-funded CTE programs, including a quantitative analysis of the effectiveness of activities funded by Perkins V;

   c. direct ED's National Center for Education Statistics (NCES) to collect information on CTE for a nationally representative sample of students as part of its regular assessments, which may include international comparisons;

   d. conduct an evaluation that describes

      i. the extent and success of the integration of state academic standards, including a review of academic and technical proficiency achievement;

      ii. the number of graduates (high school diplomas and postsecondary credentials) and CTE participants;

      iii. the extent to which CTE programs prepare students for employment or postsecondary education;

      iv. employer involvement and satisfaction with CTE programs;

      v. efforts to expand access to CTE programs to all students;

vi.  innovative approaches to work-based learning that increase participation and alignment with employment in high-growth industries, including in rural and low-income areas;

vii.  the effectiveness of different delivery systems and approaches (e.g., dual enrollment or career academies);

viii.  the extent to which CTE programs are grounded in evidence-based research;

ix.  the impact of Perkins V compared to Perkins IV, including comparisons of the use of comprehensive needs assessments, implementation of programs of study, and coordination of planning and program delivery with other relevant laws, including the WIOA and the ESEA;

x.  changes in CTE program accountability and the effect of such changes on program delivery and quality;

xi.  changes in student enrollment patterns; and

xii.  efforts to reduce disparities or performance gaps between subgroups, special populations, and other disaggregated groups.

13. The U.S. Department of Education will likely not be able to meet these Congressional obligations under Perkins V unless AIR's contract for "Studies for a Congressionally mandated evaluation of career and technical education (CTE) under the Perkins Act" is reinstated because states do not regularly collect or disseminate the data and evidence that would be collected through this contract and it is not available from any other source.

14. The cancellation of the contract for the 2024 National Training and Education Workforce Survey (NTWES) will likely harm my research and the field of education research.

NTWES is designed as a nationally representative survey on the education and training received by working-age adults, with a particular focus on the non-degree credentials earned by students and employees working in science and engineering fields. My research agenda examines the predictors and outcomes of students who receive non-degree industry recognized certifications. States and federal agencies have not historically collected this data, which has limited the ability of researchers to understand the value of these non-degree credentials in the workforce. Understanding these relationships is necessary to ensure that we are adequately preparing students for success in high-demand industries that are critical for economic growth and national security.

15. My research will also be harmed by the cancellation of the contract for the High School and Beyond Longitudinal Study of 2020 (HS&B: 20). This study, the latest in a long-standing series of national longitudinal studies led by the National Center for Education Statistics, would be the only nationally representative sample of high school students that follows them into postsecondary education and employment and collects extensive information on their high school and family experiences and postsecondary educational and workforce outcomes. The timing of data collections is absolutely critical for longitudinal studies such as HS&B:20, both to ensure that data is collected at the planned time in students' educational journeys, and to ensure the comparability of HS&B:20 data to previous longitudinal studies, making the cancellation of contracts for this study particularly damaging to the study's design and the ability of researchers such as myself to use this data.

16. I used the Education Longitudinal Study of 2002 (ELS:02), a previous NCES national longitudinal study, in my dissertation research and subsequent peer-reviewed publications

in Research and Higher Education and Review of Higher Education, to examine how students' socioeconomic backgrounds shape their transitions into, through, and out of higher education and into the workforce, and I planned to use HS&B:20 in my future research to examine similar patterns.

17. I routinely use data and reports disseminated by the Institute of Education Science and, specifically, the National Center for Education Statistics in my research. For example, NCES has released a number of Data Points summarizing students' participation in college and career preparatory programs such as dual enrollment coursework and career and technical education which I frequently cite in my research to underscore the national significance of my research agenda. My research will be harmed by the reductions in force implemented at IES that will limit the agency's ability to disseminate data and evidence that can guide the field and ensure the relevance of research conducted by scholars such as myself.

18. The What Works Clearinghouse provides a number of invaluable services to me and the field. The WWC's evidence summaries are vital sources of information about the strength of evidence supporting particular policies, programs, and interventions. My research has been cited in these evidence summaries, and I regularly cite these summaries in my own research. The WWC's Standards and Procedures Handbook is also one of the most important sources for standardizing educational research methods to ensure researchers are producing high-quality evidence. I review this Handbook with my graduate students when I teach Advanced Quantitative Research and Design. My ability to train graduate students to conduct high-quality educational research will be hampered by the cancellation of contracts supporting the WWC.

19. Overall, the federal government's cancellation of grants, contracts, and review panels related to the U.S. Department of Education and the Institute of Education Sciences, as well as the reductions in force mandated at both agencies, will likely harm both my personal research and professional advancement, and will do irreparable harm to the field of educational research. These harms will hinder the ability of schools, districts, colleges, states, and the federal government to ensure educational policies and programs are evidence-backed and have the potential to improve students' educational and employment outcomes.

May 30, 2025
Austin, Texas

/s/ Matthew Shankar Giani
Matthew Shankar Giani

*A copy of the signature page bearing an original signature is attached hereto.

AERA-0485

19. Overall, the federal government's cancellation of grants, contracts, and review panels related to the U.S. Department of Education and the Institute of Education Sciences, as well as the reductions in force mandated at both agencies, will likely harm both my personal research and professional advancement, and will do irreparable harm to the field of educational research. These harms will hinder the ability of schools, districts, colleges, states, and the federal government to ensure educational policies and programs are evidence-backed and have the potential to improve students' educational and employment outcomes.

May 30, 2025
Austin, Texas

_Matthew Giani_

Matthew Shankar Giani

AERA-0486