# Exhibit NN

AERA-0538

| Date Termination Executed | Contract/Order #/ PIID | Vendor | Contract Description | Status | Settlement Date | Initial Award Date | PoP Start |
|---|---|---|---|---|---|---|---|
| 2/4/2025 | 91990020A0002/91990025F0013 | GRANT THORNTON LLP | The purpose of this task order is to provide advisory and program support for the IES digital modernization program management office and enable future state activities. The Digital Modernization Program Management Office Support contract provides the following services; comprehensive program management support for the digital modernization implementation effort, support for stakeholders involved in the digital modernization and future state enablement support and strategic advisory for the digital modernization planning and implementation. | Terminated | 2/26/2025 | 12/16/2024 | 12/16/2024 |
| 2/10/2025 | 91990023D0039/91990024F0344 | OPTIMAL SOLUTIONS GROUP, L.L.C | The primary purpose of this contract is to serve in a technical advisory capacity, developing procedures and protocols for report and table production that can easily be followed and executed at scale by a third party under a separate contract. | Terminated | | 6/28/2024 | 7/1/2024 |
| 2/10/2025 | GS-00F-428GA/91990022F0006 | ACTIVATE RESEARCH INC. | The purpose of this contract is to provide technical assistance and expert advice to support the projects of the Statistical Standards and Data Confidentiality Staff related to statistical standards, confidentiality, and data security. The responsibilities range from the development, maintenance, and promulgation of Statistical Standards and Guidelines to the protection of confidentiality in the data that are entrusted to The National Center for Statistics, The Statistical Standards and Guidelines govern much of the technical operations of national survey collections, methodological research, and statistical product preparation. The tasks responsible for the technical review of all products to ensure compliance with the Statistical Standards and Guidelines. The materials reviewed range from electronic data files and accompanying detailed technical reports to short descriptive reports to more in-depth analytic reports. | Approved for reinstatement | | 11/18/2021 | 1/24/2022 |
| 2/10/2025 | 91990021A0022/91990024F0342 | MATHEMATICA INC. | What Works Clearinghouse Preschool-to-Postsecondary Evidence Synthesis, this task order will focus on the topic of Promoting Student Attendance in Kindergarten through Grade 12. Student attendance rates have been lower in recent years as chronic absenteeism has been on the rise. Chronic absente eis m, defined as a student missing at least fifteen school days in one school year due to excused or unexcused reasons, can be caused by a variety of factors, including student physical or mental health, family contexts, natural disasters, or student behavioral challenges. | Terminated | | 6/21/2024 | 7/1/2024 |
| 2/10/2025 | 91990023D0042/91990024F0347 | RESEARCH TRIANGLE INSTITUTE | The purpose of this procurement is to provide implementation support for the production and dissemination of reports and web products on educational topics for the annual reports and information staff  program. | Renegotiating | | 7/22/2024 | 1/1/2025 |
| 2/10/2025 | 91990021D0001/91990024F0362 | MDRC | This task order supports refinement of the study reporting plan, institutional review board efforts, random assignment, implementation support and monitoring, data collection activities, as well as optionally a data analysis plan and interim snapshot, building off of previous work performed to carry out an impact evaluation of education products that provide supplemental instruction in math in low-performing schools. Additional provided support<br>refinement of the study reporting plan, applying to institutional review boards, random assignment of participating students, implementation of the education products in these schools, data collection to learn about the impacts of these products on student outcomes, as well as options for a data analysis plan and interim study snapshot. | Terminated | | 8/21/2024 | 8/22/2024 |
| 2/10/2025 | 91990023D0008/91990024F0367 | APPLIED ENTERPRISE MANAGEMENT CORPORATIO | The goal of this work is to promote the continued and coordinated growth of education data systems across the country through the increased voluntary adoption of data standards and the improved use of products which facilitate data collection and use that have been developed by the National Center for Education Statistics  and the field through Common Education Data Standards. This work will continue support by providing further developing standards, their associated data use toolkits, and the public user interface. The work will also include developing or maintaining supporting documentation, including, for example, training documents and implementation guides, mapping existing systems, data routines, and state research agendas, and performing a limited number of individualized meetings with critical stakeholders. | Renegotiating | | 8/27/2024 | 9/1/2024 |

| Date | Contract | Company | Purpose | Status | | | |
|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990023D0029/91990024F0373 | THE MANHATTAN STRATEGY GROUP LLC | The purpose of this contract is to create three stakeholder groups to meet and provide input on the evaluation agenda for the Evaluation Division in the National Center for Education Evaluation and Regional Assistance in the Institute for Education Sciences. The three stakeholder groups will be in the Educator Pipeline, Special Education and Early Intervention, and English Learners topic areas. Each stakeholder group will meet once during the contract. The contractor shall provide content expertise in each of the three topic areas, manage the logistics of the meetings, suggest and recruit participants for the meetings, prepare meeting materials, lead the meetings, and write memos that synthesize the meeting discussions and recommend next steps. | Terminated | 5/13/2025 | 9/3/2024 | 9/16/2024 |
| 2/10/2025 | 91990023D0003/91990024F0376 | ACCENTURE FEDERAL SERVICES LLC | The purpose of this requirement is to support the newly established Institute of Education Sciences Communications Management Office. Institute of Education Sciences is issuing two communications task orders to support communications planning, strategy, management and implementation. This task order will offer strategic communications support, including supporting brand and messaging activities; provide the implementation vendor with a detailed content plan to allocate available monthly work units; and support management activities, including metrics development and process development/ refinement. The second task order will support the implementation of the communications strategy resulting from this requirement. | Terminated | 3/12/2025 | 9/24/2024 | 9/30/2024 |
| 2/10/2025 | 91990023D0050/91990024F0386 | WESTAT, INC. | This task will assist the Department of Education assess the extent to which the ten federally funded 2022-2028 Regional Educational Laboratories align with ongoing and new federal objectives for the program. The purpose of the Regional Educational Laboratories is to assist practitioners and policymakers in improving outcomes for learners from early childhood to adulthood by supporting regional stakeholders in the generation and use of research, evidence, and evidence-based practices. | Terminated | 5/12/2025 | 9/17/2024 | 9/23/2024 |
| 2/10/2025 | 91990023D0041/91990024F0387 | QUALITY INFORMATION PARTNERS, INC. | The purpose of this procurement is to provide support for reviewing Memorandum of Understandings and legal agreements required to share data, establish governance procedures, or enforce the Department's IT security requirements with other Federal Agencies, institutional respondents, external data providers, or other entities using or linking to National Center for Education Statistics data. The requirement will assist in tracking Memorandum of Understandings from third-party data collection contractors and assist National Center for Education Statistics staff with coordinating contractors and projects interacting with State Education Agencies, Local Education Agencies (LEA), and postsecondary institutions. | Terminated | 2/21/2025 | 9/25/2024 | 9/26/2024 |
| 2/10/2025 | 91990023D0049/91990024F0389 | THE HATCHER GROUP INC | The purpose of this requirement is to support the newly established communications Management Office. The Institute of Education Sciences is issuing two communications task orders for implementation and communications strategy. This task order will offer content development and deployment support. The majority of the work under this task order will be allocated to interchangeable work units in the following three areas media, public relations, graphic design and social media. While the other task order will start with the communications planning, strategy and management. | Terminated | | 9/24/2024 | 9/30/2024 |
| 2/10/2025 | 91990021D0004/91990024F0393 | WESTAT, INC. | This task assesses the feasibility of and prepares policy-relevant design options for: (1) an impact evaluation of strategies aimed to improve English learner outcomes and (2) a study of the implementation and/or outcomes of key federal policies related to English learners. These studies will be designed to provide evidence to policymakers that will fill gaps in the knowledge base for improving the language proficiency and academic achievement of English learner students. | Terminated | | 9/18/2024 | 9/23/2024 |
| 2/10/2025 | 91990024D0012/91990024F0394 | MATHEMATICA INC. | This task order will help the Department generate policy-relevant findings for the Congressionally-mandated National Evaluation of Career and Technical Education under Perkins V. The federal concentrator policy in Perkins V affects which students states are held accountable for in the Perkins performance measurement system. This task refines and finalize key aspects of the study, including its analytic focus, the methods to be used in carrying it out, and how results will be presented. | Terminated | | 9/20/2024 | 9/24/2024 |

**AERA-0540**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990023D0005/91990025F0009 | ACTIVATE RESEARCH INC. | The objective of this task order is to provide communications, research, and coordination-related support to the National Center for Education Statistics related to Department-wide efforts on The Office of Management and Budget's revised standards for maintaining, collecting, and presenting race/ethnicity data across federal agencies. | Terminated | | | 12/20/2024 | 12/12/2024 |
| 2/10/2025 | 91990024D0007/91990025F0012 | AMERICAN INSTITUTES FOR RESEARCH IN THE | The purpose of this requirement supports data collection, data and document analysis, and report writing activities, to design and launch an evaluation of two federal grant programs supporting school-based mental health services, the School-Based Mental Health Services program and the Mental Health Service Professional Demonstration program. Tasks will encompass all activities needed to continue the evaluation and includes several optional tasks. The tasks and subtasks referred to are those outlined in the Evaluating Programs and Strategies to Improve Student Supports, Academic Enrichment, and Conditions for Learning In and Out of School studies. | Terminated | 5/5/2025 | | 12/18/2024 | 12/18/2024 |
| 2/10/2025 | 91990023D0002/91990025F0014 | ABT GLOBAL LLC | The What Works Clearinghouse reviews and summarizes existing research in education and makes the information available to the public. The work is managed by a team of staff and conducted under a set of contracts held by several leading firms with expertise in education, research methodology, and the dissemination of education research. The purpose of this task order is to provide technical assistance to evaluators of the projects funded by various U.S. Department of Education grant programs. These programs may include Education Innovation and Research, Postsecondary Student Success Grant Program, and others. | Terminated | | | 12/20/2024 | 1/15/2025 |
| 2/10/2025 | 91990021D0001/91990025F0023 | MDRC | This task order provides support for the Impact Study of Strategies to Accelerate Math Learning: Phase IV Activities. Support will be provided for the remainder of the first year of implementation and the second year of implementation of an impact evaluation of education products that provide supplemental instruction in math in low-performing schools. The activities in this task order include institutional review board efforts, random assignment, implementation support and monitoring, and data collection activities. | Terminated | | | 1/16/2025 | 1/17/2025 |
| 2/10/2025 | 91990022C0066 | GENERAL DYNAMICS INFORMATION TECHNOLOGY, | This contract provides integrated support for the full range of scientific peer review activities conducted at the Institute of Education Sciences, including the review of applications submitted to the discretionary research grant competitions and the external scientific peer review of report manuscripts and unsolicited grant applications submitted throughout the year. In addition to the peer review activities, the contract will use information technology support to maintain, develop and enhance the online application processing, peer review management and applicant notification system providing critical infrastructure known as Peer Review Management Online. | Terminated | | | 9/16/2022 | 9/16/2022 |
| 2/10/2025 | 91990019C0066 | MATHEMATICA INC. | This contract assesses the feasibility of conducting an impact evaluation of teacher residency programs and study design work to identify professional development for classroom teachers that complements existing policy and research. The purpose of the feasibility work is to determine if sufficient numbers of teachers who entered teaching through a residency program exist to provide study sample for an impact study. The purpose of the design work related to professional development is to identify professional development or policies that could be used within an impact study to provide information about the effectiveness of promising professional development strategies. Based on the feasibility and design work conducted, the Department will decide whether to move forward with an impact study estimating the effectiveness of: (1) teachers from residency programs (Study A), or (2) a professional development strategy (Study B). Only one of the two impact studies will be conducted within this contract. | Terminated | | | 9/24/2019 | 9/30/2019 |
| 2/10/2025 | 91990019C0004 | ABT GLOBAL LLC | This contract includes designing an implementation study that can provide policy-relevant and program-relevant information regarding how the District of Columbia's Opportunity Scholarship Program functions and is experienced by participating families. The base work will also include designing options for a quasi-experimental design study that would examine the impact of the program on student achievement and other outcomes. Options to carry out one or both studies may be exercised and an option to examine the longer term outcomes of being offered and using an Opportunity Scholarship Program scholarship may be exercised. | Terminated | | | 11/15/2024 | 1/10/2019 |

**AERA-0541**

| 2/10/2025 | 91990018C0044 | MATHEMATICA INC. | An Impact Evaluation to Inform the Teacher and School Leader Incentive Program. The first component includes collecting implementation information about the Teacher and School Leader Incentive Fund program FY2017 grants. The second component includes an impact evaluation of a core strategy that is common among the funded FY2017 grants. In addition, the contractor shall collect data to provide information for the program's performance indicators. | Terminated | | 9/24/2018 | 9/25/2018 | put out a report with findings in 2023 |
|---|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990021C0052 | ACTIVATE RESEARCH INC. | The work done through this procurement will be part of the larger international program that The National Center for Education Statistics has participated in through collaboration with a variety of international organizations and partners, such as but not limited to the Organization for Economic Cooperation and Development, the International Association for the Evaluation of Educational Achievement, ministries of education and other government agencies, and non-governmental organizations, as well as statistical and research institutes throughout the world. The Teaching and Learning International Survey is a survey about teachers, teaching, and learning environments and is sponsored by the Organization for Economic Cooperation and Development. | Terminated | 2/27/2025 | 9/15/2021 | 9/28/2021 | |
| 2/10/2025 | 91990021P0005 | EC AMERICA, INC | This procurement provides annual maintenance and support services for Appian Enterprise License. Appian builds applications and workflows with a low-code automation platform. As a result of choosing Appian, the Department needs to purchase maintenance and support annually to receive the essential software updates, bug fixes, and application support, should issues arise. | Terminated | | 8/20/2021 | 9/30/2021 | |
| 2/10/2025 | 91990018C0020 | AMERICAN INSTITUTES FOR RESEARCH IN THE | This requirement examines the implementation of the Striving Readers Comprehensive Literacy Program and to assess the feasibility of an impact evaluation of the Comprehensive Literacy State Development Program. There are three major components of this requirement: an implementation evaluation of the Striving Readers Comprehensive Literacy program, an impact design/feasibility study for the Comprehensive Literacy State Development program, and an optional impact evaluation of the Comprehensive Literacy State Development program. | Terminated | | 5/18/2018 | 5/18/2018 | |
| 2/10/2025 | 91990018C0039 | RESEARCH TRIANGLE INSTITUTE | The National Postsecondary Student Aid Study 2020 contract is designed to fulfill a requirement to conduct a series of studies, based largely on administrative data collections and some student interviews, to comply with the Higher Education Opportunity Act of 2008. These studies are designed to describe (1) how students and their families finance postsecondary education and (2) students' persistence, attainment, and workforce outcomes. | Terminated | | 7/25/2018 | 7/25/2018 | |
| 2/10/2025 | 91990022C0017 | RESEARCH TRIANGLE INSTITUTE | The United States Department of Education, Institute of Education Sciences, National Center for Education Statistics, requirement is for a series of studies, based on student surveys and administrative records, to comply with the Higher Education Act of 1965, as amended. These studies are designed to describe: (1) how students and their families finance postsecondary education and (2) students' persistence, attainment, and workforce outcomes. | Terminated | | 2/15/2022 | 2/14/2022 | |
| 2/10/2025 | 91990023C0002 | STICHTING I.E.A. SECRETARIAAT NEDERLAND | This requirement develops instruments for the national data collection and create the survey assessment items and questions for the development and implementation of the next iterations of several international education studies conducted by the International Association for the Evaluation of Educational Achievement, including the International Computer and Information Literacy Study 2023, the Trends in International Mathematics and Science Study 2023 and 2027, and the Progress in International Reading Literacy Study 2026. The contract also provides for the development of the next rounds of these education studies, from revising study frameworks to developing new test and survey items, finalizing international versions of the assessments, data weighting, scaling, estimation, and ultimately, reporting. | Terminated | | 6/29/2023 | 6/1/2023 | |

**AERA-0542**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990024C0043 | KAPTIVATE LLC | This requirement provide supports to The National Center for Special Education Research for a Crowdsourcing Campaign. Support efforts include to conduct a crowdsourcing campaign to obtain information from a variety of stakeholders to increase its impact. We seek to more fully understand how individuals with disabilities and their families have experienced special education and their perspective on the pressing problems facing special education today. Including additional support to design and implement a challenge through Challenge.gov for the analysis of the information received through the crowdsourcing campaign using traditional qualitative methods or using more recent advances in machine learning such as natural language processing. | Terminated | 2/14/2025 | 9/26/2024 | 9/30/2024 |
| 2/10/2025 | EDIES17C0066 | MATHEMATICA INC. | This is a contract to develop design options and assess the feasibility of conducting an impact study of magnet schools, particularly those awarded grants in FY2016 and FY2017 through the federal Magnet Schools Assistance Program (MSAP). | Terminated | | 9/26/2017 | 9/26/2017 |
| 2/10/2025 | GS00Q14OADU217/91990018F0018 | RESEARCH TRIANGLE INSTITUTE | This contract provides a large, complex data collection for the High School and Beyond 2020 study. Which will survey students and their parents, their school administrators, their school counselors, and their teachers Administrative record information on transitions between eighth grade and ninth grade and selection into ninth grade classes and course taking information will be collected from student records and high school transcripts Ninth and twelfth grade students will also be asked to complete academic assessments in at least two subject areas, one of which shall be mathematics. The method of data collection will include computer adaptive testing, web questionnaires, telephone interviews, and in-person interviews. | Terminated | | 5/20/2021 | 5/20/2021 |
| 2/10/2025 | ED-ESE-15-A-0005/91990020F0305 | ABT GLOBAL LLC | This contract provides technical assistance support to the 2019 cohort of Education Innovation and Research grantees to help them implement and report findings from their evaluations and maximize the extent to which the evaluations produce credible evidence on the Department's key questions. The purpose of the Education Innovation and Research program is to implement and rigorously evaluate innovations to improve student achievement and attainment for high-need students. The Education Innovation and Research program awards three different types of grants: Early-phase, Mid-phase, and Expansion grants. | Terminated | | 12/23/2019 | 12/30/2019 |
| 2/10/2025 | ED-ESE-15-A-0015/91990020F0309 | SYNERGY ENTERPRISES, INC | This requirement necessitates the services of a contractor to support mailout operations for a number of survey collections under the Sample Survey Division, including the National Household Education Survey, National Teacher and Principal Survey, School Survey on Crime and Safety, and the Private School Survey. The National Center for Education Statistics requires the assistance of an external expert to consult on mailout operations for these survey collections. | Terminated | 3/18/2025 | 2/28/2023 | 3/15/2024 |
| 2/10/2025 | 91990019D0002/91990020F0346 | AMERICAN INSTITUTES FOR RESEARCH IN THE | Evaluating career and technical education under the Reauthorized Carl D. Perkins Act. This requirement assists the Department with generating information for, and prepare, the Final Report to Congress. | Terminated | | 8/19/2020 | 8/19/2020 |
| 2/10/2025 | 91990019D0003/91990020F0369 | ABT GLOBAL LLC | This task order supports evaluations of experiments being conducted under the Federal Student Aid Experimental Sites Initiative. the contractor shall design an evaluation of the Federal Work Study Experiment and Evaluation Activities experiment. The evaluation will be retrospective, meaning that it will be based on outcomes that may take several years to observe and therefore will be performed under a future task order. | Terminated | | 9/25/2020 | 9/25/2020 |
| 2/10/2025 | GS10F035AA/91990021F0031 | QUALITY INFORMATION PARTNERS, INC. | This requirement is to improve the quality, comparability, and accessibility of elementary/secondary education data. This work will support joint efforts by the Department, state, local education agencies, and national associations with an interest in education data to develop, disseminate, and adopt data standards, and best practices for data collection and reporting. This work will result in more accurate and reliable data, more timely reporting, and less burden on state and local respondents for The National Center for Education Statistics' elementary/secondary public education administrative records collection and for other Department data collections. | Terminated | 4/2/2025 | 6/24/2021 | 9/27/2021 |

**AERA-0543**

| 2/10/2025 | 91990020A0028/91990021F0304 | ABT GLOBAL LLC | The Education Innovation and Research Program is a competitive grant program designed to generate and validate solutions to persistent education challenges and to support the expansion of those solutions to serve substantially larger numbers of students. To ensure that funded projects make significant contribution to improving the quality and quantity of information available to practitioners and policymakers about which practices improve student's educational outcomes, the Education Innovation and Research Program grantees are required to fund an independent evaluation of their project's effectiveness. The task order will be to provide technical assistance on the conduct of these evaluations to maximize the strength of their casual conclusions and the quality of their implementation data. | Terminated | | | 12/22/2020 | 12/30/2020 |
|---|---|---|---|---|---|---|---|---|
| 2/10/2025 | ED-IES-12-D-0002/91990021F0343 | AMERICAN INSTITUTES FOR RESEARCH IN THE | The purpose of this task is to support the National Household Education Surveys program conducted by the Cross-sectional Surveys Branch within the Sample Surveys Division of the National Center for Education Statistics as well as coordination with related surveys. The task also supports Cross-sectional Surveys Branch's collaboration with the National Science Foundation and the Census Bureau to conduct the National Training and Education Workforce Survey which is based on the National Household Education Surveys. | Terminated | | | 6/22/2021 | 10/26/2022 |
| 2/10/2025 | 91990020D0005/91990021F0365 | DEVELOPMENT SERVICES GROUP, INC | This requirement support includes characterizing the quality and findings of studies or What Works Clearinghouse publications cited as evidence for the Department's grant competitions, reviewing individual studies at the request of the Department, developing new or updated syntheses of evidence on education interventions and developing, if requested by the Department, improved procedures to describe the characteristics of individual studies and study findings. | Terminated | | | 9/21/2021 | 10/1/2021 |
| 2/10/2025 | 91990019D0002/91990021F0368 | AMERICAN INSTITUTES FOR RESEARCH IN THE | This award is to assist the Institute of Education Sciences in conducting studies for a Congressionally mandated evaluation of career and technical education under the reauthorized Carl D. Perkins Act. Tasks include conducting approximately 10 individual study reviews using the What Works Clearinghouse standards. | Terminated | | | 9/22/2021 | 9/24/2021 |
| 2/10/2025 | 91990021A0003/91990021F0370 | ABT GLOBAL LLC | This requirement provides support through What Works Clearinghouse Preschool-to-Postsecondary Evidence Synthesis task orders, the Institute of Education Sciences supports the preparation of practice guides, intervention reports, and related products in preschool, elementary, secondary, or postsecondary education. These products will provide stakeholders with research base, actionable information to inform choices regarding education practices or the adoption of interventions to improve student outcomes or other outcomes relevant to education. | Terminated | | | 9/7/2021 | 9/7/2021 |
| 2/10/2025 | 47QTCK18D0036/91990022F0042 | ACCENTURE FEDERAL SERVICES LLC | The purpose of the digital modernization is to rebuild Institute of Education Science's digital portfolio focusing on the needs of internal (staff) and external customers incorporating feedback and user testing throughout the entire build. By launching a modern, user-centric website, will contribute to a stronger national education system, one where decision-makers, educators, local school leaders, and other critical audiences have easy access to the best information available when they need it and how they need it | Terminated | 2/21/2025 | | 9/26/2022 | 9/26/2022 |
| 2/10/2025 | 91990021D0004/91990022F0057 | WESTAT, INC. | This requirement supports data collection, analysis, and reporting for an evaluation of the implementation and impact of English learner entrance and exit policies. The tasks and subtasks referred to are the entry into and exit from English learner status are high-stakes decisions that govern the instructional settings, language supports, and educational opportunities available to students. | Terminated | | | 9/22/2022 | 9/27/2022 |
| 2/10/2025 | 91990020A0032/91990022F0302 | SYNERGY ENTERPRISES, INC | This requirement provides three logistical support type services for The National Center for Education Statistics. The logistic support services sought in this task order will (1) delineate objectives; (2) list all detailed requirements; (3) describe the work to be performed; (4) specify deliverables; and (5) provide schedules as needed. The contractor shall prepare, edit, and submit all reports specified as deliverables in each task order with minimal input from NCES. | Terminated | 4/11/2025 | | 12/14/2021 | 12/20/2021 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990020A0028/91990022F0303 | ABT GLOBAL LLC | The purpose of the Education Innovation and Research program is to implement and rigorously evaluate innovations to improve student achievement and attainment for high-need students. The Education Innovation and Research program consists of three different types of grants: Early-phase, Mid-phase, and Expansion grants. | Terminated | | | 12/20/2021 | 12/30/2021 |
| 2/10/2025 | 91990020A0014/91990022F0328 | AMERICAN INSTITUTES FOR RESEARCH IN THE | This contract addresses the need to understand the condition of education in the United States. This project supports the collection of descriptive data on the context of elementary and secondary education in the United States via a nationally representative survey of schools, teachers and principals through the National Teacher and Principal Survey, the Teacher Follow-up Survey and the Principal Follow-up Survey. | Terminated | | | 6/9/2022 | 6/9/2022 |
| 2/10/2025 | 91990020A0032/91990022F0337 | SYNERGY ENTERPRISES, INC | The purpose of this procurement is to support the activities of the Annual Reports and Information Staff by desktopping high-quality, timely, and reliable statistical reports and producing other web-based statistical products. The rapid production cycle for the Annual Reports and Information Staff requires that desktopping must frequently be conducted while the reports are in draft stages, which adds to the complexity of the document preparation process. Desktopping and web product support is organized around 3 major publications: Condition of Education; Indicators of School Crime and Safety; Projections of Education Statistics; as well as Special Topical reports. | Terminated | 4/23/2025 | | 6/13/2022 | 6/13/2022 |
| 2/10/2025 | 91990022A0016/91990022F0377 | ABT GLOBAL LLC | This requirement provides research that supports dual enrollment as a promising approach to improving outcomes, including for students who are underserved or from disadvantaged backgrounds. However, use of these opportunities appears uneven. The very groups that have lower levels of college enrollment and completion also are less likely to participate in dual enrollment; these include students whose parents who have no more than a high school diploma and students who are Black or Hispanic. | Terminated | | | 9/22/2022 | 9/30/2022 |
| 2/10/2025 | 91990023D0006/91990023F0034 | AMERICAN INSTITUTES FOR RESEARCH IN THE | This task order provides support for the Longitudinal Surveys Branch within the Sample Surveys Division. Among other responsibilities, the Branch is responsible for the design, operation, and on-going support for one repeated cross-sectional study and multiple longitudinal studies that span the life course. The purpose of this task order is to provide the Branch with support across the full range of design and reporting activities associated with major data collection projects and statistical studies. The task will support work conducted over the lifecycle of the Branch's studies, including: study development and clearance activities; questionnaire testing; field test and national data collection activities; review of data files and data documentation; report review and development; and outreach, user support, and training activities. | Terminated | | | 6/20/2023 | 6/26/2023 |
| 2/10/2025 | 91990021A0004/91990023F0072 | AMERICAN INSTITUTES FOR RESEARCH IN THE | What Works ClearinghouseTM Preschool-to-Postsecondary Evidence Synthesis Task Orders: Task Order 05: Supporting Student Success in High School Classrooms | Terminated | | | 9/18/2023 | 9/25/2023 |
| 2/10/2025 | 91990023A0001/91990023F0308 | MATHEMATICA INC. | This task order manages the What Works Clearinghouse website and provides technical support on the development and review of the products and information contained on the website. The What Works Clearinghouse addresses the need for credible, succinct information by identifying existing research in education, assessing the quality of this research, and summarizing and disseminating the evidence from studies that meet What Works Clearinghouse standards . | Terminated | | | 1/18/2023 | 5/1/2023 |
| 2/10/2025 | 91990021A0004/91990023F0325 | AMERICAN INSTITUTES FOR RESEARCH IN THE | The purpose of this task order is to prepare publications that are informed by a systematic review of evidence on the impacts of instructional practices and routines that promote student learning and engagement in Science, Technology, Engineering, and Mathematics (STEM) in grades K-8th. | Terminated | | | 5/30/2023 | 5/31/2023 |

**AERA-0545**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990023D0046/91990023F0330 | SANAMETRIX INC | The purpose of the contract is to provide project management expertise and assistance to Institute of Education Sciences  Sample Surveys Project Manager and team so that the underlying planning, processes, and performance results are of high quality, accurate, complete, and experience continuous improvement. The tasks will assist with drafting and updating documents and reports for use in the Department's information technology investment management process, including gathering and entering project information for the Investment in the Department's IT investment management system. | Terminated | 2/21/2025 | 6/21/2023 | 7/1/2023 |
| 2/10/2025 | 91990023D0046/91990023F0334 | SANAMETRIX INC | Private School Universe Survey | approved for reinstatement | | 8/3/2023 | 8/4/2023 |
| 2/10/2025 | 91990021A0003/91990023F0336 | ABT GLOBAL LLC | The purpose of this Task Order is to conduct systematic reviews of evidence and meetings of a panel of researchers and practitioners to produce a practice guide. What Works Clearinghouse Preschool-to-Postsecondary Evidence Synthesis English Language and Literacy Interventions in Kindergarten to Grade 3. | Terminated | | 8/2/2023 | 9/1/2023 |
| 2/10/2025 | 91990024D0007/91990024F0006 | AMERICAN INSTITUTES FOR RESEARCH IN THE | This requirement will prepare for and launch an evaluation of two federal grant programs supporting school-based mental health services. The grants are designed to increase the number and diversity of high-quality mental health service providers trained to work in, and recruited and retained by, schools in high-need local education agencies. The focus of the evaluation is identifying strategies associated with the successful expansion and diversification of the school-based mental health service provider workforce and with gap closure between demand for mental health services and the supply of providers in high-need contexts. The evaluation will also assess the extent to which grantee strategies and programs are well-targeted to areas of high need, as intended. Grantee strategies that address structural barriers to service provider training, licensure, and retention, and show promise for scalability and sustainability past the grant period, are also of interest. | Terminated | | 2/15/2024 | 2/15/2024 |
| 2/10/2025 | 03310320D0223/LCFDL20D022/91990024F0026 | OCLC, INC | This request is for the renewal of Online Computer Library Center Services (OCLC) bibliographic utilities products and services for the Department of Educations National Library of Education. The Department of Education will be using the established FEDLINK/Library of Congress single-award IDIQ contract LCFDL20D0223 to purchase the bibliographic utilities through the FEDLINK Direct Express procurement option. | Terminated | 4/23/2025 | 6/26/2024 | 6/26/2024 |
| 2/10/2025 | 91990020A0028/91990024F0303 | ABT GLOBAL LLC | Technical assistance support to the 2023 cohort of Education Innovation and Research (EIR) grantees to help them implement and report findings from their evaluations and maximize the extent to which the evaluations produce credible evidence on the Departments key questions. | Terminated | | 11/30/2023 | 11/30/2023 |
| 2/10/2025 | 91990023D0031/91990024F0304 | MATHEMATICA INC. | The What Works Clearinghouse plans to award a task order, Technical Assistance for Studies of Effectiveness. The purpose of this task order is to provide technical assistance to the external evaluators of the projects funded by the Postsecondary Student Success Grant Program. Early-phase and mid-phase/expansion phase grants should be designed to meet the The What Works Clearinghouse's research standards so that it can be determined whether the projects successfully improved postsecondary student success outcomes for underserved students. | Terminated | | 11/30/2023 | 12/15/2023 |
| 2/10/2025 | 91990020D0005/91990024F0310 | DEVELOPMENT SERVICES GROUP, INC | This task order supports a variety of the What Works Clearinghouse's needs for reviewing studies , presenting findings of individual study reviews, and providing technical assistance to Department grantees planning evaluations to meet What Works Clearinghouse standards. To include managing Evidence Reviews between January 2024 and June 2025. | Terminated | | 12/19/2023 | 1/1/2024 |

**AERA-0546**

| 2/10/2025 | 91990023A0001/91990024F0316 | MATHEMATICA INC. | This task order performs the core functions of What Works Clearinghouse Tool, Online Assistance, Standards, and Training contract. The What Works Clearinghouse Tools, Online Assistance, Standards, and Training contract coordinates key tasks across all What Works Clearinghouse contractors, including: maintaining and enhancing the What Works Clearinghouse website, conducting all training of What Works Clearinghouse reviewers, maintaining the online study review guide system, operating the What Works Clearinghouse help desk, updating the What Works Clearinghouse standards and procedures handbooks, and convening methodological experts to advise on statistical issues. | approved for reinstatement | | | 3/5/2024 | 3/15/2024 |
|---|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990023D0042/91990024F0321 | RESEARCH TRIANGLE INSTITUTE | The purpose of this requirement is to field a third follow-up study for the High School Longitudinal Study of 2009 (https://nces.ed.gov/surveys/hsls09). This large, complex study collects data to track the critical transitions experienced by young adults, as they progress through high school to postsecondary education and into the world of work. The contractor shall collect additional data and develop statistical products for release to the public that meet The National Center for Education Statistics Statistical Standards requirements. The contractor may propose to meet the historic precision requirements presented in the study or propose their own precision requirements, provided they justify the cost tradeoffs and provide documentation from the literature that the estimates will remain meaningful to researchers and policymakers | Terminated | | | 4/5/2024 | 4/15/2024 |
| 2/10/2025 | 91990023D0005/91990024F0330 | ACTIVATE RESEARCH INC. | This task order will provide publications using postsecondary data from the Longitudinal Surveys Branch within the Sample Surveys Division in The National Center for Education Statistics. Among other responsibilities, the Branch is responsible for the design, operation, and on-going support for one repeated cross-sectional study and multiple longitudinal studies that span the life course. The studies at the postsecondary level are the National Postsecondary Student Aid Study, the Baccalaureate and Beyond Longitudinal Study, the Beginning Postsecondary Students Longitudinal Study, and other related data collections including components such as student records from postsecondary institutions, Postsecondary Education Transcript Study collections, and other administrative data linkages. | Terminated | 3/5/2025 | | 5/15/2024 | 7/1/2024 |
| 2/11/2025 | 91990019C0056 | MATHEMATICA INC. | An implementation and impact evaluation study of the 21st Century Community Learning Centers (21st CCLC) program.  The contract provides intervention implementation, execution, and data collection for the impact study, which includes finalizing site recruitment, an Office of Management and Budget Package, intervention implementation and data collection activities for the impact study. | Terminated | | | 7/1/2019 | 7/1/2019 |
| 2/11/2025 | GS00Q14OADU217/91990021F0001 | RESEARCH TRIANGLE INSTITUTE | This requirement is for The National Center for Education Statistics' legislative requirement to participate in and gather data from international assessment like Trends in International Mathematics and Science Study. The Trends in International Mathematics and Science Study is an international assessment that focuses on the mathematics and science knowledge and skills of fourth and eighth graders. Trends in International Mathematics and Science Study is organized by the International Association for the Evaluation of Educational Achievement, an international organization of universities and governments based in Amsterdam, the Netherlands. Trends in International Mathematics and Science Study has been designed to track changes in student achievement over time and has been administered on a four-year cycle since 1995. | Terminated | | | 10/22/2020 | 11/15/2020 |
| 2/11/2025 | 91990020A0014/91990023F0303 | AMERICAN INSTITUTES FOR RESEARCH IN THE | This task supports the planning, design, administration, analysis, and dissemination of National Training and Education Workforce Survey data. The analysis and dissemination of National Training and Education Workforce Survey:22 data may also be supported in this work, to provide trend data from 2022 to 2024. Taken together, the Task Order Name: Support for the 2024 National Training, Education, and Workforce Survey (NTEWS:24) tasks in this contract will allow for the successful completion of the National Training and Education Workforce Survey:24 data collection, from planning of the collection through data release and the publication of analytic reports | Terminated | | | 12/15/2022 | 12/15/2022 |

**AERA-0547**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/11/2025 | 91990020A0031/91990023F0310 | SAFAL PARTNERS LLC | The purpose of this task order is to provide logistics support for the National Forum on Education Statistics and the The National Center for Education Statistics STATS- DC Data Conference. The National Forum on Education Statistics. commonly known as the Forum, is a voluntary, democratic, participative, and cooperative federal state- local body that works to improve the quality, comparability, and utility of elementary and secondary education data, while remaining sensitive to data burden concerns. | Terminated | 2/19/2025 | 2/28/2023 | 2/28/2023 |
| 2/12/2025 | 91990023D0005/91990024F0348 | ACTIVATE RESEARCH INC. | This contract supports The National Center for Education Statistics to ensure their data and findings are valid and reliable. Activities carried out under this contract are intended to support in evaluating The International Activities Branch processes, products, and actions to improve their quality or to help standardize operations across studies, providing expert feedback and recommendations to support decision making, preparing additional reports, technical review of datasets for high quality prior to release, and preparing communications and marketing material to advance public awareness of study results. All of these activities will allow  The National Center for Education Statistics to provide accurate and timely policy relevant data for comparisons of the U.S. education system with those of other countries. | Terminated | 5/9/2025 | 7/24/2024 | 7/24/2024 |
| 2/12/2025 | 91990020A0028/91990023F0302 | ABT GLOBAL LLC | Evaluation Technical Assistance for Education Innovation and Research (EIR) Program | Terminated | 3/27/2025 | 11/30/2022 | 12/1/2022 |
| 2/12/2025 | 91990023D0006/91990024F0301 | AMERICAN INSTITUTES FOR RESEARCH IN THE | The International Activities Branch supports a variety of international activities to collect, report, and disseminate data on education in the United States and other countries. National Center for Education Statistics participates in international student assessments in order to provide comparable indicators on student performance and schooling practices across countries in order to benchmark U.S. student performance; and suggest hypotheses about the relationship between student performance and factors that may influence performance and about areas where students have particular strengths or weaknesses. The current activities include, but are not limited to school-based studies, adult literacy assessments, and developmental projects. | Terminated | | 10/30/2023 | 11/1/2023 |
| 2/13/2025 | 91990020A0017/91990023F0316 | RESEARCH TRIANGLE INSTITUTE | The data collections covered by this support task reside in the Cross-Sectional Surveys Branch of the Sample Surveys Division of NCES and includes the School Crime Supplement to the National Crime Victimization Survey. The School Crime Supplement is administered by the Bureau of Justice Statistics  as part of the National Crime Victimization Survey. The U.S. Census Bureau serves as the data collection agency for this work. The National Center for Education Statistics is called upon to provide special analyses as requested by policy makers and to provide survey information and data to a wide range of individuals. To meet the volume of work associated with this topic area, The National Center for Education Statistics requires support with program-related tasks. | Terminated | | 4/11/2023 | 3/24/2023 |
| 2/10/2025 | 91990019C0078 | AMERICAN INSTITUTES FOR RESEARCH IN THE | This contract is to design and evaluate the effectiveness of transition supports for youth with disabilities served under the Individuals with Disabilities Education Act. design work is to assess the feasibility of conducting a large-scale random assignment study through activities including a systematic evidence review, development of study design options, and a transition strategy(ies) competition. Based on the study design options and the outcome of the transition strategy competition, the Department may decide to evaluate two transition strategies rather than one (i.e., conduct a 3-arm study instead of a 2-arm study). Optional task periods are structured to support an evaluation of either one transition strategy (2-arm study) or two transition strategies (3-arm study). | Terminated | | 9/27/2019 | 4/6/2025 |
| 2/10/2025 | 91990022A0017/91990024F0369 | MATHEMATICA INC. | This task order is required to understand the implementation and impacts of the U.S. Department of Education's satisfactory academic progress policy for students to maintain eligibility for federal financial aid. The task support data collection and analyses that describe the approaches used by institutions of higher education to define and apply satisfactory academic progress criteria and the technical design of potential subsequent sub-studies that examine key issues about satisfactory academic progress. | Terminated | | 9/12/2024 | 9/23/2024 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990021A0022/91990022F0342 | MATHEMATICA INC. | This requirement focuses on conducting a systematic review of evidence and meetings of a panel of researchers and practitioners for a new What Works Clearinghouse practice guide on preparing students for college. In subsequent optional periods, if authorized by the Department, the contractor shall build upon the reviews done for the first practice guide and conduct additional study reviews and panel meetings to develop a second practice guide or related products of interest to educators, researchers, and program developers | Terminated | | | 7/7/2022 | 7/7/2022 |
| 2/13/2025 | 91990022C0014 | FLORIDA STATE UNIVERSITY | Regional Educational Laboratory Program, 2022 Cycle, Southwest. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | | 1/24/2022 | 1/24/2022 |
| 2/13/2025 | 91990022C0013 | EDUCATION DEVELOPMENT CENTER, INC. | Regional Educational Laboratory Program, 2022 Cycle, Northeast & Islands. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | | 12/21/2021 | 1/3/2022 |
| 2/13/2025 | 91990022C0011 | AMERICAN INSTITUTES FOR RESEARCH IN THE | Regional Educational Laboratory Program, 2022 Cycle, Midwest. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | | 12/21/2021 | 1/3/2022 |
| 2/13/2025 | 91990022C0015 | MATHEMATICA INC. | Regional Educational Laboratory Program, 2022 Cycle, Central. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | | 3/2/2022 | 3/2/2022 |
| 2/13/2025 | 91990022C0010 | MCREL INTERNATIONAL | Regional Educational Laboratory Program, 2022 Cycle, Pacific. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | | 12/21/2021 | 1/3/2021 |

**AERA-0549**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990022C0048 | AMERICAN INSTITUTES FOR RESEARCH IN THE | The purpose of this contract is to support the collection of descriptive data on the context of elementary and secondary education in the United States via nationally representative survey of schools, teachers and principals through the School Survey on Crime and Safety (SSOCS). | Terminated | | 5/10/2022 | 6/1/2022 |
| 2/10/2025 | ED-PEP-16-A-0003/91990019F0334 | ABT GLOBAL LLC | The purpose of this study is to describe the early implementation of Student Support and Academic Enrichment (SSAE) grants, a new state-administered grant program that is intended to improve student academic achievement by increasing the capacity of states, school districts, schools, and local communities to: 1) provide all students with access to a well-rounded education; 2) improve school conditions for student learning; and 3) improve the use of technology. | Terminated | | 6/10/2019 | 6/10/2019 |
| 2/10/2025 | ED-IES-15-C-0046 | RESEARCH TRIANGLE INSTITUTE | Post High School Outcomes for Youth with Disabilities. This contract will collect administrative records and describe the secondary school, postsecondary education, and employment and earning outcomes of a sample of high school youth with disabilities. This new study of post high school outcomes for youth with disabilities will build on work currently being completed to survey a recent cohort of such youth. | Terminated | | 9/25/2015 | 9/25/2015 |
| 2/10/2025 | 91990021D0002/91990022F0051 | MATHEMATICA INC. | This task order supports preparing reports based on the Implementation of Title I/II-A Program Initiatives study's data collections, primarily focusing on the most recent data collection in Spring 2022. The tasks and subtasks referred to are those outlined in the Evaluating Programs and Strategies to Accelerate School Improvement basic ordering agreement. | Terminated | | 9/19/2022 | 9/27/2022 |
| 2/12/2025 | GS00Q14OADU223/91990019F0025 | WESTAT, INC. | This contract requires The National Center for Education Statistics to participate in and gather data from three international assessments, The Program for International Student Assessment (PISA), Progress in International Reading Study, and Program for the International Assessment of Adult Competencies, which are described below. These three studies are scheduled to take place in a tight, overlapping timeframe.  The synchronicity in 2021 of these three studies' administrative cycles creates potential opportunities to reduce burden and cost, while increasing both efficiency and quality. | Reinstated | | 6/27/2019 | 6/27/2019 |
| 2/10/2025 | 91990019C0059 | WESTAT, INC. | Evaluation of Title I Pilots That Provide Flexibility Under the Every Student Succeeds Act - Contract to conduct an evaluation of up to two pilot programs authorized by the Every Student Succeeds Act: (1) Innovative Assessment and Accountability Demonstration Authority; (2) Flexibility for Equitable Per-Pupil Funding. The evaluation will focus on describing implementation in initial pilot sites, challenges faced, and approaches to mitigating challenges. | Terminated | | 9/5/2019 | 9/9/2019 |
| 2/12/2025 | GS-35F-0329Y/91990022F0007 | SANAMETRIX INC | This contract provides technical assistance and expert advice to support the projects of the Statistical Standards and Data Confidentiality Staff related to statistical standards, confidentiality, and data security. The responsibilities of the tasks range from the development, maintenance, and promulgation of Statistical Standards and Guidelines to the protection of confidentiality in the data that are entrusted to the Institute of Education Sciences. The Statistical Standards and Guidelines govern much of the technical operations of the National Center for Education Statistics' national survey collections, methodological research, and statistical product preparation. | Reinstated | | 11/29/2021 | 5/31/2022 |
| 2/13/2025 | 91990022C0008 | SRI INTERNATIONAL | Regional Educational Laboratory Program, 2022 Cycle, Appalachia. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | 12/21/2021 | 1/2/2022 |

**AERA-0550**

| Date | Number | Contractor | Description | Status | | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|
| 2/13/2025 | 91990022C0003 | WESTED | Regional Educational Laboratory Program, 2022 Cycle, West. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | 12/21/2021 | 1/3/2022 |
| 2/13/2025 | 91990022C0009 | WESTED | Regional Educational Laboratory Program, 2022 Cycle, Northwest. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | 12/21/2021 | 1/3/2022 |
| 2/13/2025 | 91990022C0012 | MATHEMATICA INC. | Regional Educational Laboratory Program, 2022 Cycle, Midatlantic. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | 12/21/2021 | 1/3/2022 |
| 2/10/2025 | 91990020A0014/91990022F0350 | AMERICAN INSTITUTES FOR RESEARCH IN THE | The purpose of this requirement is to provide support to the Administrative Data Division staff to ensure data quality, improve statistical methodology, and increase production efficiency of data files and reports. The tasks include providing support in several main areas: 1) meetings, 2) data reviews, 3) prior years' files and reports corrections, 4) data requests, 5) data file support, 6) research projects, 7) web reviews, and 8) dropout, completer, and graduation rate support. | Reinstated | | 8/12/2022 | 8/12/2022 |
| 2/13/2025 | 91990023C0003 | AMERICAN INSTITUTES FOR RESEARCH IN THE | Regional Educational Laboratory Program, 2022 Cycle, Southwest. The purpose of each REL is to assist practitioners and policymakers in their work to improve outcomes for learners in its region—from early childhood to adulthood—by supporting stakeholders in the generation and use of research, evidence, and evidence-based practices. To achieve that purpose, RELs: (1) conduct applied research and development; (2) design and implement training, coaching, and technical support activities that emphasize building capacity to use data and information to drive change; and (3) disseminate scientifically valid research, evidence-based practices, and supporting materials that allow stakeholders to apply this knowledge to their own practice. | Terminated | | 10/31/2022 | 11/30/2022 |
| 2/10/2025 | GS-35F-0329Y/91990019F0001 | SANAMETRIX INC | The Development And Technical Assistance in Leveraging Analysis Based Websites (Datalab) requirement provides web-based data analysis tools for survey studies fielded by the National Center for Education Statistics (NCES). | approved for reinstatement | | 8/11/2021 | 1/15/2019 |

**AERA-0551**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/10/2025 | 91990018C0046 | AMERICAN INSTITUTES FOR RESEARCH IN THE | The National Center for Education Evaluation of the U.S. Department of Education's Institute of Education Sciences intends to evaluate the impact of offering schools training in the implementation of multi-tiered systems of support for reading in early elementary school on staff practice and student outcomes. The training is expected to be intensive and focused on enabling school staff to successfully implement the key components of the program. The contract includes refinement of the study design, selection of training provider, a Technical Work Group meeting, development of data collection forms and the Office of Management and Budget forms clearance package, recruitment of the study sample, and the conduct of readiness activities and summer training. | approved for reinstatement | | 9/27/2018 | 10/15/2024 |
| 2/10/2025 | 91990018C0057 | MATHEMATICA INC. | The U.S. Department of Education is conducting a Congressionally-mandated National Assessment of Adult Education. The purpose is to identify promising adult education strategies and design approaches to evaluate them rigorously and options to conduct up to two impact evaluations. The specifics of these optional studies will be based on the feasibility and design work conducted during the contract's base period, and thus these options are provided as illustrative examples. | Terminated | | 9/27/2018 | 9/27/2018 |
| 2/10/2025 | 91990023D0029/91990024F0345 | THE MANHATTAN STRATEGY GROUP LLC | The purpose of this procurement is to provide support for outreach and dissemination for the National Center for Education Statistics' different types of reports and data products on all data collections and surveys covered by the National Center for Education Statistics' statistics line, which include, but are not limited to, Annual Reports and Information Staff, administrative data collections at both K-12 and postsecondary education, sample surveys, and longitudinal data collections. | Terminated | | 11/27/2024 | 1/1/2025 |
| 2/11/2025 | 91990019C0002 | WESTAT, INC. | The purpose of the Early Childhood Longitudinal Study, Kindergarten Class of 2022-23 cohort will be to provide important information on children's early learning and development, preschool/early care and education experiences, transition into kindergarten, and progress through the elementary grades, building upon knowledge acquired from the previous Early Childhood Longitudinal Studies.  Data from the cohort will yield policy-relevant information by (1) providing current data on the cohort of students to be selected in the early 2020's and their progress through the elementary grades, (2) providing data relevant to emerging policy-related domains not measured fully in the prior Early Childhood Longitudinal Study studies, and (3) allowing cross-cohort comparisons of the educational experiences of children attending school before and after the advent of new federal laws and policies. | Terminated | | 1/4/2019 | 1/4/2019 |
| 2/10/2025 | 91990024C0015 | DC GLOBAL PLANNING LLC | The purpose of this contract is to provide logistical support services and planning assistance for the Principal Investigators Meeting. The Principal Investigators Meeting supports the Institute's mission by convening a meeting of grantees (researchers, training fellows, and practitioners) and Small Business Innovation Research (SBIR) contractors. The meeting provide opportunities for The Institute of Education Sciences community-building, engagement, and in-depth conversations between Principal Investigators , and with  Institute of Education Sciences and ED staff, around challenges and solutions in the field of education research and practice. | Terminated | 3/12/2025 | 5/24/2024 | 5/24/2024 |
| 2/10/2025 | 91990023D0046/91990024F0327 | SANAMETRIX INC | The Education Demographic and Geographic Estimates Geospatial and IT Support contract is designed to support all aspects of the program mission and all stages of product cycles, except for the creation of demographic estimates developed in the Census Bureau's restricted operational environment. The program portfolio centers on annually updated, universe data collections that range in content (e.g., poverty estimates and school latitude/longitude values), delivery (e.g., web services and static downloads), format (e.g., SAS, shapefile, geodatabase), size (e.g., from a few thousand estimates to a hundred million estimates), and use (e.g., for academic research and federal program allocations). | approved for reinstatement | | 5/31/2024 | 6/1/2024 |
| 2/10/2025 | 91990023D0008/91990024F0331 | APPLIED ENTERPRISE MANAGEMENT CORPORATIO | EDFacts is an IT system used by the U.S. Department of Education as a centralized data collection system for National Center for Education Statistics survey data, as well as grant administration data managed by the Office of Elementary and EDFacts Data Collection and Dissemination Support Services. The EDFacts team, manages the IT system, establishes change management practices, and provides data collection expertise to Office of Elementary and Secondary Education and the Office of Special Education programs, which are grant making offices. Those offices are responsible for collecting administrative data from Lead Agency grantees. | Reinstated | | 7/15/2024 | 9/15/2024 |

| 2/10/2025 | 91990024C0044 | CYBER SYNERGY CONSULTING GROUP, LLC | The purpose of this contract is to provide the National Center for Special Education Research and the National Center for Education Research in the Institute of Education Sciences with administrative and logistical support related to the research, evaluation, and research leadership activities in education and in special education. This contract also provides support for meetings and technical working groups that help learn from expert researchers and practitioners in the field to plan future research and grant activities and for experts to provide technical assistance (e.g., on new methods). | Terminated | 2/27/2025 | 9/24/2024 | 9/30/2024 |

AERA-0553