# Exhibit OO

**AERA-0554**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF EDUCATION,
 *et al.*,

*Defendants*.

Civil Action No. 8:25-cv-01230 (SAG)

---

## DECLARATION OF TABBYE M. CHAVOUS

I, Tabbye M. Chavous, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.  I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2.  I submit this supplemental declaration on behalf of the American Educational Research Association ("AERA"), where I serve as Executive Director.

3.  I hold a PhD in community psychology from the University of Virginia. Before serving as AERA's Executive Director, I served as a professor of education and psychology at the University of Michigan. At the University of Michigan, I held numerous positions at the central administration, college, and department levels. These included vice provost for equity and inclusion and chief diversity officer; associate vice president for research

AERA-0555

in the university's Office of the Vice President for Research; director of the National Center for Institutional Diversity; associate dean for diversity, equity, and inclusion in the College of Literature, Science, and the Arts; associate dean for academic programs and initiatives in the Rackham Graduate School; and chair of the Combined Program in Education and Psychology.

4. The declaration of AERA's then-Executive Director Felice J. Levine, signed on April 29, 2025, describes AERA's composition, purpose, and background. It also explained some of the ways that AERA and its members have been harmed by the evisceration of IES.

5. I submit this declaration to further explain those harms and additional harms.

6. AERA is a substantial community of education researchers dedicated to advancing knowledge about education and learning from early education through workforce development. We do that by encouraging scholarly inquiry related to education and evaluation and by promoting the dissemination and practical application of research results. AERA believes that education research is an indispensable public good, and we strive to support our members doing the work on the ground to build a better education system for all students.

**IES's Cuts Have Harmed AERA's Members**

7. Within the education-research ecosystem, our members have shared five key impact areas that have been hit especially hard by the IES's cuts: (1) Research production and continuity; (2) Data access, quality, and timeliness; (3) Career development and training for researchers; and (4) Knowledge translation and policy relevance. Each of these areas are fundamental to AERA and at the heart of most of our day-to-day activities.

*Research Production and Continuity*

8. IES's cuts have disrupted or destabilized many ongoing studies. Contract cancellations and staffing cuts reduced the agency's ability to sustain core research, manage competitions, oversee grants and contracts, and maintain continuity in federally supported studies. AERA described in its earlier declaration some of the ways that the agency's dismantling harmed individual members' research and access to federal education data.

9. Taking a step back to look at the big picture, IES's cuts have made the research pipeline less predictable. For individual scholars, especially early-career faculty, post-docs, and doctoral students, IES's instability increases uncertainty about whether their projects, datasets, and timelines will remain viable long enough to build their careers through publications, dissertations, tenure files, and future proposals.

10. Field-level capacity is harder to rebuild than a single grant line. Once experienced federal staff, contractors, review systems, and technical routines are dismantled, the effects persist even if some functions are later restored.

*Data access, quality, and timeliness*

11. IES's cuts have undermined the federal education-data infrastructure. Reporting on National Center for Education Statistics (NCES) and related IES functions describes major capacity losses affecting the collection, maintenance, release, and support of essential education statistics.

12. Even among the NCES/IES datasets that still exist, some are less usable. Reduced staffing means slower releases, weaker documentation, diminished technical assistance, and less capacity to support researchers using complex national datasets.

**AERA-0557**

13. Postsecondary researchers and institutional analysts rely heavily on NCES/IPEDS/NPSAS infrastructure for benchmarking, trend analysis, equity work, and policy evaluation.

*Career development and training for researchers*

14. Graduate students and junior scholars are especially vulnerable to IES's cuts. Felice Levine, prior AERA Executive Director, described in her declaration the link between those cuts and harms to graduate students. The risks are clear: delayed dissertations, narrower project scopes, fewer assistantships, weaker access to training opportunities, and more precarious entry into the profession. All of these slow the pace of early-career researchers' professional development and can change the trajectory of an entire career.

15. IES's cuts narrow methodological training. Access to major federal datasets, technical documentation, and data-use supports have become less reliable, training opportunities in quantitative, policy, and longitudinal research have contracted. This outcome is likely to accelerate based on the reported weakening of NCES/IES support structures.

16. IES's cuts discourage emerging scholars. A less stable federal research ecosystem makes education-research careers riskier compared to other similar fields. This outcome is even more likely based on the documented instability in core infrastructure.

*Knowledge translation and policy*

17. IES's weakening of the data infrastructure has also weakened the translation of evidence into practice. When IES cuts staff, contracts, and dissemination supports, the field certainly loses research production, but it also loses synthesis, guidance, and practitioner-facing translation.

**IES's Cuts Have Also Harmed AERA as an Organization**

**AERA-0558**

18. Given AERA's core mission to advance education research and support education researchers, this tectonic shift brought by IES's cuts has compelled AERA to redirect its time, energy, and resources to addressing the harms to our individual members and to the field that the agency has caused. This redirected time and effort generally has gone toward (a) identifying the ways IES's cuts have harmed our members and the research ecosystem, (b) providing clarity, guidance, and other forms of short-term support to harmed members, (c) pauses, rapid redesign, or adjustments to existing programs, and (d) developing longer-term support systems for affected members. In order to provide this support, AERA has been forced to redirect resources and time from other activities.

19. This shift in time and resources represents an organization-wide redirection. AERA staff and volunteers at all levels of the organization have refocused their efforts to support our members during this chaotic time. This includes redirected time and energy from myself, AERA's government relations and policy office, its communications department, and its staff with responsibilities related to publications, research, professional development, budget and finance, and administrative duties, as well as redirected time and energy from AERA's volunteers serving in governance positions or on Divisions, Special Interest Groups, and Standing Committees. All of these individuals and groups have redirected substantial time and energy into support and compensatory efforts—time and energy that otherwise would have gone to our more customary functions, services, and consultations.

20. As a result, AERA's central office leadership and staff, governance bodies, and individuals and groups within the membership—from the elected leaders of Divisions and Special Interest Groups, to Standing Committees, and other subcommunities—have

redirected time, energy, and resources to evaluating the current landscape and strategizing as to how AERA can further its mission in light of the changes to IES.

*Research Dissemination*

21. Traditionally, AERA has advanced its mission by raising public awareness of high-quality education research and promoting the value of AERA programs, events, and publications. By sharing news, information, resources, and expert commentary with key audiences, and engaging with internal and external constituencies, through a variety of channels, AERA has worked to build awareness, appreciation, and support for the association and education research science in order to advance AERA's mission of facilitating high-quality education research that ultimately serves the public good.

22. Before last year, AERA shared information and guidance on a range of substantive, education-research-related topics, from publicizing newsworthy AERA journal articles to convening scholarly lectures. These were efforts seeking to disseminate substantive information that would enhance education researchers' understanding of the field and advance the mission of supporting high quality research.

23. Similarly, AERA leads efforts to showcase the work of association members in various activities to raise awareness of their important research contributions that have been funded by the federal government. AERA also coordinates a Consortium of University and Research Institution Deans, bringing together a network of schools and colleges of education and research institutions committed to producing knowledge about education and with an interest in federal education research policy.

24. Since the IES cuts, AERA staff have had to pivot away from these activities and into emergency roles. Substantially more of their time and resources are now spent on things

AERA-0560

like issuing researcher guidance on navigating interrupted data systems and strategizing regarding the future of education research across like-minded organizations, leaders, and other stakeholders.

25. Staff have worked directly with scholars to accurately communicate the consequences that delayed or degraded data releases have for science and policy. Rather than proactive advancement of education research efforts and quality, our staff time has been, thus, spent on emergency response to merely keep members' efforts to continue their research work afloat.

26. AERA also holds and coordinates twice-a-year meetings of AERA's consortium of university and research institution deans, held in spring and fall. In the past, these meetings would involve discussion, collaboration, and sharing best practices on a range of topics that touch on education research.

27. But this past year, the spring and fall 2025 conferences were dominated by the impact of federal research cuts, with a particularly strong focus on IES's cuts. AERA was forced to spend this valuable time communicating the need for universities to build internal resilience around education-research administration, including through bridge funding, dissertation contingency planning, and expanded support for scholars whose projects depend on unstable federal data and contract ecosystems. These areas will also be primary foci of the upcoming spring consortium meeting in April 2026.

*Education Research Conferences and Grant Programs*

28. AERA's Research Conferences Program, which in the past was intended to award grants for conferences led by researchers that break new ground in substantive areas of inquiry, stimulate new lines of study on issues that have been largely unexplored, or develop

innovative research methods or techniques that can contribute to education research. These conferences have focused in the past on sharing new cutting-edge research and developing agendas to advance this research. Further, our Education Research Service Project awards provided small grants for pro bono work.

29. But, since the IES's cuts, AERA has been pushed into a compensatory role. We have been forced to redirect time, energy, and resources to protect or recreate at least some of the infrastructure that IES used to provide, though much of that structure requires a national infrastructure greater than what private organizations can provide.

30. AERA has had to redirect funds away from those grants, pause or cut back these grants programs (now for a second consecutive cycle), and direct staff time and funding resources into efforts like bridge supports for researchers who found themselves suddenly without funding.

31. AERA's AERA-NSF Grants Program—which began in 1991— includes two funding components that offer grants to individual researchers: (a) dissertation grants available for advanced doctoral students and intended to support  students while they are analyze data and write their doctoral dissertations; and (b) research grants available for early career faculty at institutions of higher education, postdoctoral researchers, and other doctoral-level scholars. In addition, these programs offer statistical institutes—training programs—to grantees and other early career scholar members of AERA interested in skill development around large federal data sets. These programs support AERA's goals to enhance the visibility and use of large-scale designed and administrative data and to build research capacity.

32. AERA had to pause these grants programs submission cycles for almost a year, delaying early career scholars access to valuable resources. The pause was due to the unexpected demands on staff and expert volunteer time and resources in response to the federal funding landscape as well as the time and effort needed for program redesign to account for changes in the federal landscape that is greatly adversely affected by unavailability of IES data, services, and collaboration. Similarly, the design and launch of the programs' statistical institutes are currently delayed due to limited capacity because of redirected efforts of staff and expert volunteers on program redesign and researcher support.

*Education Research Pipeline and Planning*

33. AERA staff have also had to redirect resources from their existing operations to begin convening and working with expert scholars (such as our NSF-AERA Grants Board, made up of quantitative researchers from across the country) and allied organizations to document datasets and technical supports that are irreplaceable for specific subfields.

34. For example, we have had to begin engaging higher education institutions and leaders to learn more about the higher costs for institutional research, planning, compliance, and benchmarking they will face because of their need to compensate for weaker federal supports and work informed by less-complete information. We have spent time talking with these stakeholders about how to invest in local data expertise and archiving practices to reduce dependence on the unstable federal supports.

35. And AERA has had to spend an unusually large amount of time and energy organizing individual and group meetings with university leaders to discuss supporting graduate education and graduate students. AERA has co-led and facilitated discussions and model and practice sharing on graduate programs' efforts to develop formal contingency

planning for dissertations that depend on federal studies or restricted-use datasets—access to which IES has made unreliable.

36. AERA staff have redirected time and energy to mapping out how AERA—in alliance with other allied professional societies like SREE—can partner with universities to provide some of this compensatory support to broader populations of scholars beyond their individual institutions.

37. Finally, AERA has redirected time and effort into discussions with education deans and provost-level leaders to emphasize the need for academic and professional associations and higher education to recognize these federal disruptions as a structural risk to faculty productivity rather than attributing negative impacts to individual performance issues. This view reflects conversations we have had with faculty and researchers about reported disruptions to contracts, staffing, and data infrastructure. In addition, AERA is spending more time, energy, and resources partnering with universities to identify the most effective and efficient ways to strengthen their knowledge-mobilization functions if federal clearinghouse and dissemination capacity remains as thin and uneven as it is now.

38. These are regular (almost daily) and on-going conversations with the various noted types of leaders and stakeholders that have drawn significantly on staff knowledge, time, and effort across all AERA departments, including the executive director. Consequently and necessarily, efforts have been drawn away from other important areas of strategic planning and action to advance and disseminate cutting-edge education research.

*Professional Development and Training*

39. AERA's Professional Development and Training program introduces undergraduate students to the education research field, provides postdoctoral fellowships that support

research experiences in academic and non-academic careers, and helps graduate students and early career scholars develop a research agenda and begin their careers.

40. Through this program, we have offered:

a. Professional development and training courses and workshops during AERA's Annual Meeting;

b. A Virtual Research Learning Center (VRLC) that allows students which provides an online space for students, early career and advanced scholars, practitioners, and others in the education research community to enhance, expand, or refresh their research skills through professional development and research capacity–building trainings;

c. Mentoring and capacity building activities for students and early career scholars, through institutes on specific research topics and educational issues; and

d. Fellowships and grants that provide dissertation funding and training to graduate students and research support to early career scholars and researchers.

41. The crisis that IES has created has forced AERA to drastically refocus its Professional Development and Training program.

42. The programming for professional development and training courses and workshops and the VRLC used to be substantive, introducing early-career researchers to or expanding their knowledge of a variety of subject matters.

43. To fulfill its mission of encouraging scholarly work, AERA has had to change the content of its trainings dramatically. It has had to revise or create from scratch new dissertation workshops, data-access guidance webinars, travel or bridge awards, and mentoring network programming. The training content that we have had to offer over the last year

has been disproportionately focused on the federal funding landscape and helping early-career researchers swim against the tide to advance professionally.

March 26, 2026
Washington, D.C.

_____

Tabbye M. Chavous