# Exhibit PP

**AERA-0567**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

      *Plaintiffs,*

      *vs.*

U.S. DEPARTMENT OF EDUCATION,
*et al.*,

      *Defendants.*

Civil Action No.8:25-cv-01230 (SAG)

**THIRD DECLARATION OF ELLEN WEISS**

I, Ellen Weiss, declare under penalty of perjury as provided under 28 U.S.C. § 1746, declare as follows:

1.     I am over eighteen years old, of sound mind, and fully competent to make this declaration. I am the Executive Director of the Society for Research on Educational Effectiveness ("SREE").

2.     I previously submitted two declarations in this case. *See* ECF No. 12-3, Ex. G, p. 59–65 (AERA-0053–AERA-0061); ECF 44-1, Ex. W, p. 10–16 (AERA-0450–AERA-0453).

3.     I submit this declaration in support of Plaintiffs' motion for summary judgment. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my duties at SREE.

SREE is an interdisciplinary professional membership association dedicated to advancing the generation and use of educational effectiveness research to solve pressing challenges in education, from early childhood to post-secondary education. Effectiveness research includes large-scale evaluations (randomized trials and quasi-experiments) to understand if programs

AERA-0568

meant to improve student outcomes work as intended—that is, if they cause student outcomes to improve. SREE is dedicated to advancing research that is relevant to education practice in order to implement better strategies for serving students. Our membership is comprised of researchers, policymakers, practitioners, and students. As an organization, we provide opportunities for dissemination of educational science and professional development opportunities for our membership, through various activities including our annual conference, journal, webinar series, affinity groups, mentorship programs, and other research sharing and networking opportunities.

*The Destruction of the Federal Evaluation Infrastructure*

4.      Education effectiveness research is a complex, interconnected ecosystem, which IES has supported and facilitated with substantial, and irreplaceable, funding and expertise for more than two decades. This web includes (1) large scale longitudinal studies and data collections on the population of students and schools—at both the federal and state levels, (2) research studies developing and evaluating the efficacy of interventions meant to improve student outcomes in schools, (3) technical assistance to support the quality of the evidence collected and analyzed in these evaluations, (4) the reporting of results of these studies to the broader research community via ERIC, the WWC, and other means.

5.      Since the cuts to IES contracts and staff, this ecosystem has been broken: (1) researchers can no longer secure access to large scale data systems; (2) research studies evaluating the efficacy of interventions have been cancelled (NCEE federal evaluation contract cancellations) and very few new studies have been funded, despite researchers submitting proposals (NCER, NCSER); (3) technical assistance is no longer available, leading to a lowering of research quality in existing evaluations (NCEE); (4) and access to new findings via ERIC and for sharing findings via WWC and RELs has been eliminated or dramatically decreased.

AERA-0569

6.    The combined effect is that: (1) many researchers with years of experience in the field have lost their jobs and left the field altogether; (2) for those with existing studies, there are far fewer resources and supports to ensure success in these studies, leading to lower-quality evidence; (3) with the uncertainty regarding future funding, researchers who remain employed are shifting their research foci to other areas—from other areas of education (not efficacy research) to other fields, including health and tech; and (4) graduate schools have reduced admissions of graduate students, reducing the pipeline of students in the field.

***SREE Member Harms Have Continued***

7.    My prior declarations have discussed the significant harms SREE members face as a result of the loss of access to data, research, and evaluations. *See generally* ECF No. 12-3, Ex. G, p. 59–65 (AERA-0053–AERA-0061); ECF 44-1, Ex. W, p. 10–16 (AERA-0450–AERA-0453). As time has passed, our members have continued to face these harms, and additional challenges as a result of the terminations to IES functions.

8.    SREE members face harms because of the loss of technical assistance regarding best practices in causal research in the field. This support had been provided in several ways, including through technical assistance (e.g., to support ED's Education Innovation and Research ("EIR") studies); (2) the development and revisions to standards for strong studies that keep pace with new study designs and data sources, such as the WWC standards; (3) via methods training programs focused on providing new and existing researchers with training in state-of-the-art methods; and (4) through the expertise of IES staff. Several of the contracts that supported these functions have been cancelled, and most of the IES staff are gone, resulting in this support no longer being available to SREE members.

3

9.    Despite spending significant time on research proposals, several grant competitions were either indefinitely delayed or closed without making awards.  As a result, many SREE members lost funding from IES, and others submitted research proposals that were never peer reviewed or awarded as a result of the contract and staff terminations. Members no longer are able to receive the career benefits of development through peer review, nor research possibilities through funding of their proposals.

*10.*    Other members have struggled professionally with the lack of datasets, evaluations, and support from IES on which they had relied. Many members are changing the trajectory of their careers, including leaving the field entirely, as a result of these sweeping changes.

***IES Cuts Have Also Impacted SREE as an Organization***

11.    Throughout this time of tumultuous change, SREE has worked to continue to provide services and support to its members.

12.    SREE conducts numerous activities designed to further our mission to advance the generation and use of educational effectiveness research.

*Conferences*

13.    Each year, SREE holds a conference.  Each conference is typically four days long and serves as a convening for members to present their work, engage in trainings, and network with others in the field. At each conference, there are over 300 presentations of research. Our conferences also include affinity group meetings.  Prior to 2025, each conference also included a job fair and opportunities to meet funders. These convenings are a valuable benefit to members and serve as an opportunity for career development, exposure, and serve SREE's mission of generating and disseminating high-quality educational effectiveness research through the sharing

4

of information, high-quality research and research approaches, and the promotion of the field of educational effectiveness research.

14. The cuts to IES have hampered our ability to hold conferences in the way we used to. In 2025, SREE decided to still host its annual conference as usual, given the importance of the convening to our members and the fact that we had already contracted with a hotel for the space.

15. In the Spring of 2025, it was very difficult to find individuals to serve on SREE's conference committee. The conference committee is important to SREE and its membership because it leads the planning work for SREE's most important annual event—which is a critical part of SREE's work to accomplish its mission. We had to dedicate more resources to trying to find members to serve. In the past, most members said yes when asked. In 2025, for every yes, three to four members said no. Nearly everyone who declined cited the uncertainty around their employment and the field of education research as a reason for not wanting to serve.

16. Unfortunately, because of the devastation across the field of education research, we were unable to host a job fair as a traditional part of our conference. Although we reached out to the membership who often contribute to our job offerings, no one was hiring as a result of this vast loss of funding, research, and certainty in the field.

17. As a further result of members losing funding and support for their work, SREE members were unable to pay for membership and or conference attendance.

18. In response to these challenges faced by members, SREE increased hardship funding for the conference from $12,500 in 2024 (15 people assisted) to $37,000 in 2025 (53 people assisted). The number of applicants for hardship funding rose from 52 to 117, a 225% increase in requests. In the past, the preference for this hardship funding has gone to early-career

5

AERA-0572

professionals and undergraduate and graduate students in an effort to support the pipeline of talent coming into the field. This year, we were compelled to instead give preference to individuals speaking at the conference who did not have the funds to attend. And despite our significant increase in spending for hardship attendance, we still were unable to support 65 of these applicants, representing a loss in the possibilities for members to learn from each other, network, and collaborate on present and future projects.

19.    SREE's overall conference attendance decreased by 6%. However, many conference attendees do not pay to attend, they are subsidized by hardship funds. Among the conference attendees who actually pay to attend, 102 fewer individuals attended, representing a 15% decrease. Some members explained that, because of the cuts, they had lost work from cancelled contracts and grants, some that firms were no longer able to support them as a result of the cuts, and some that they had lost their jobs entirely. This caused a significant decline in SREE's revenue from the prior year and from expectations. SREE registration revenue dropped $36,000 from 2024 to 2025, representing a 13% decrease. The loss of these individuals, too, represents a loss to the potential networking and collaboration opportunities typically available through our conference. These declines collectively harm SREE's ability to serve its mission of generating and disseminating high quality effectiveness research.

20.    As SREE's executive director, I spent more time speaking to potential funders to make up for the loss of revenue and to seek support for members that no longer had funding to attend our conference. These efforts resulted in $35,000 of contributions from philanthropic contributors for this specific purpose. These efforts and funds, however, pulled both time and resources away from fulfilling SREE's preexisting priority functions, like supporting early career researchers and undergraduates in an effort to strengthen the field and generate more and better

effectiveness research. And, as described below, we don't expect that hardship support to continue in future years.

21.    In the past, IES employees had attended SREE conferences, which was valuable for them and for our members alike. In 2025, IES employee attendance decreased by 100%, to zero employee attendees.  The previous year, 22 IES employees attended. In the past, IES employees would typically present about IES funding opportunities and priorities, meet with grantees, and answer questions from potential grantees regarding how the institute might be able to support their work. Through attending presentations, workshops, and sessions, IES staff also learned about new research directions that could allow them to better shape future funding opportunities. The loss of this opportunity to be in conversation with IES staff was felt by our members in attendance.

22.    Looking forward, we recently laid off a long-standing (17+ years) contractor that managed conference abstracts. SREE has not signed a contract for a 2027 conference. The reason we have delayed this contract is because there is so much uncertainty around what the field will look like; we wanted to wait as long as possible to have a better sense of what membership and attendance at t.he conference might be. Our concern is that if we book a hotel anticipating our regular attendance, but attendance is lower, then we will not be able to meet our contract minimums and the conference will result in a net deficit in the SREE finances. This is very late for us to not have a contract—in a typical year, we would have had a contract signed for 2027 at least 6 months ago. We anticipate fewer options for venues, since we have a shorter timeline and the need for greater flexibility in attendance and space. We are only just beginning our process for finding hotel contracts, but these considerations could lead to increased hotel contract rates, which we do not have the funds to cover.

AERA-0574

23.    Many of our members are unsure whether they will be able to continue their work. No one has received new federal funding in the last year and IES has no staff to run funding competitions or provide peer review. Thus, SREE may not have members ready and able to present their research, content which typically forms the basis of these conferences. Furthermore, without new methods grants, we will likely have fewer pre-conference workshops, since these workshops are usually focused on providing our members with training in state-of-the-art methods developments, meant to improve their research.

*JREE Publication*

24.    SREE also runs the *Journal of Research on Educational Effectiveness* (JREE). JREE is our flagship publication and publishes original articles from the multidisciplinary community of researchers who are committed to applying principles of scientific inquiry to the study of educational problems. We aim to publish articles with the highest standards of methodological rigor that are relevant to practitioners, policymakers, and/or researchers.

25.    The IES cuts have impacted our journal publications.  Because so much less primary research is being produced, our journal planning anticipates many fewer submissions of primary studies and evaluations. As a result, JREE has had to reorient some of its publication capacity toward meta-analyses—studies that combine the results of existing research—rather than publishing new research. This frustrates SREE's ability to achieve its mission by disseminating meaningful primary research on the effectiveness of education programs, particularly as meta-analyses of older studies will not allow for any dissemination of effectiveness research on new, widespread curricula and education tools.

26.    JREE also is soliciting papers for a special issue about this moment in history for the educational research system, drawing on expertise from our editorial board and membership

to memorialize this time. This is the editorial board's focus for the next special issue rather than addressing a different pressing issue facing the education landscape. JREE is simply not able to fulfill SREE's mission for the Journal in the way it was able to before the dramatic IES contract and staff terminations last year.

*Training & Development*

27. SREE has long been committed to fostering a diverse field of researchers and providing professional learning opportunities. For example, SREE had been fundraising for mentorship programs and early career programming before the IES cancellation actions. In particular, SREE also focused on efforts to diversify the field and encourage students to pursue careers in education research. This is an important function SREE carries out to achieve its mission of improving and increasing the generation of educational effectiveness research. SREE has had to abandon these efforts as a result of the IES cuts and the resources SREE has had to dedicate to the fallout of those cuts.

28. For one, SREE's current membership was thrown into crisis; there was no longer the capacity or resources to focus on recruitment and training of students. Instead, SREE needed to reorient its resources away from those efforts toward hardship support to existing members.

29. Further, there are few to no jobs in the field at the moment, so attempting to develop the pipeline to our field is no longer feasible.

30. Similarly, SREE often offers webinars and training to members as a professional development tool. In the past year, we've re-focused half of those webinars and trainings on how to find alternative funding and jobs, and how to get through this difficult time, instead of on substantive research issues. Instead of focusing on the research itself, the traditional focus of a portion of these webinars, our webinars must now cover how to stay afloat in a damaged field.

AERA-0576

Rather than being able to drive improvement in our nation's educational effectiveness research ecosystem, SREE has been dedicated to these reactive functions following the IES cuts.

*Organizational Funding*

31.    SREE's funding sources have decreased between 2024 and 2025. Many philanthropic organizations we spoke to indicated that because they needed to dedicate funding to helping researchers complete studies close to concluding prior to a loss of funding, they were unable to support SREE in offering funding to members who could not otherwise attend our conference. While SREE is grateful for philanthropic support of education research as the government turns away from it, this reallocation of philanthropic funding resulted in a loss of funding for our organization.

32.    Similarly, given the reductions in funding for education research, all funding available to SREE is more limited across the board. Between 2024 and 2025, SREE's sponsorships dropped by 20% ($22,000 decrease).  Former funders have said that, although they find SREE's work valuable, they no longer have the funding to support us.

33.    As a result of the reallocation of our resources towards members presently working in the field and suffering career challenges, SREE was not financially able to support undergraduate students interested in education effectiveness research as a part of its efforts to enhance the pipeline into the field and to diversify the field.  In contrast, in 2024 SREE had 16 undergraduates attend the conference, present posters, and meet with graduate school directors and mentors.

34.    As a result of expected decreases in membership and conference attendance, SREE has decreased its three-person staff to two people.  As a result, SREE will not be able to offer as robust programming moving forward and will have to shutter or scale back crucial

10

AERA-0578

programs, like our mentoring program. We anticipate that with these devastating cuts to the field, SREE will continue to face further challenges, as an organization, in advancing the field of research on educational effectiveness.

Executed on March 26, 2026
Rockville, Maryland

Ellen Weiss

11