# Exhibit QQ

AERA-0579

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

**DECLARATION OF MICHAEL BASTEDO**

I, Michael Bastedo, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.  I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2.  I am a member of the American Educational Research Association.

3.  I am the Marvin W. Peterson Collegiate Professor of Education at the University of Michigan's Center for the Study of Higher and Postsecondary Education within the Marsal Family School of Education, where I also serve as the Associate Dean for Research and Graduate Affairs. I am affiliate faculty in Michigan's Organizational Studies, Engineering Education, International Institute, and Education Policy Initiative. I

**AERA-0580**

am also the Founding Director of the Michigan Admissions Collaboratory. I am submitting this declaration in my personal capacity.

4.   In my research work, I have historically relied on restricted-use data from IES. In past years, I have been able to access this data via having secondary access through another researcher's primary license. For example, we used the High School Longitudinal Study of 2009 (HSLS:09) and the Education Longitudinal Study of 2002 (ELS:2002) for answering questions regarding college admissions practices. Access to this restricted-use data allowed us to access the list of schools where students had applied and whether they were admitted, and the transcripts and grades of the courses they took in high school. This data is uniquely nationally representative—in admissions, there is no other nationally representative dataset at all—and thus offers us insight into the college admissions policies and the stratification of higher education, providing very valuable insights.

5.   Because of its critical insights, we hoped to continue to use HSLS:09 data. We had plans to look at the interactions between students who took calculus in high school and their college admissions and career success outcomes. We hoped to settle a debate in education science regarding whether college admissions demonstrated a preference for students who took calculus, even though only about 50% of United States high schools offer the course; we believe there is a significant penalty for not taking calculus even when the course is not available to students. Further, we wanted to look into the relationship between calculus and success in engineering and other fields. Since we no longer had access via the original primary researcher—who had retired—we applied for access to the HSLS:09 data again on February 3, 2025.

**AERA-0581**

6. We were told on April 2, 2025 that there would be an indefinite pause in processing our request for this restricted-use data.

7. Assuming that we would have the data in a timely manner, we had written grant proposals based on access to this restricted-use data. When it became clear we would not get access within the expected window, we were forced to seek other data sources to replace this access—which, of course, do not exist. In some cases, we can use state-level data that has similar variables to the IES's restricted-use data, but these data represent only one state and thus cannot be nationally representative. This caused us to lose potential opportunities for financial support from foundations who want a more comprehensive analysis of the national impact of policies on student success.

8. We were finally told on February 20, 2026 that IES had processed our request for restricted-use HSLS:09 data after saying the delay would be indefinite. We then received our restricted-use data license—but our access to the data itself is not complete. We are awaiting critical variables that should be available in the last wave of HSLS (PEAR survey) that normally are conducted at regular intervals for longitudinal studies. These updates are crucial to our work. There are updates to that data that IES is supposed to make after it conducts subsequent waves of surveys to the participating cohorts of subjects. This includes critical variables that should now be available, but which IES has not yet released.  This survey contains degree completion data, so without this survey being issued we are unable to look at the impact of calculus coursetaking on the most important indicator of college success—graduation with a bachelor's degree.  These updates are crucial to our work, but we have not been able to access them.

AERA-0582

9. We contacted IES inquiring when the new datasets would be issued so we could use the data for which we had just received our license. On March 4, 2026, IES responded to us saying that "the issuance of new datasets is paused until further notice." A true and correct copy of this email is attached to my declaration as Exhibit 1.

10. We are still waiting to get access to this restricted-use data. Given the indefinite delay, we are forced to make our future research plans without this data, and once again are in the position of seeking other, lesser datasets to fill that space. We will be forced to limit the scope of the work that we can offer to the education research field, leaving important questions we need answers for unanswered.

11. Without this data access, my publications related to this data will not proceed and the scope of work I will be able to do will be more limited. This could impact my consideration for merit pay at my job, which is directly connected to my performance as a researcher.

March 24, 2026
United States

_____
Michael Bastedo

AERA-0583

# Exhibit 1

## (to Exhibit QQ)

**AERA-0584**

**Fwd: HSLS data discussion**



---------- Forwarded message ----------
**Date:** Mar 4, 2026 at 8:40AM -0500
**To:** IESDataSecurity <IESData.Security@ed.gov>

[External Email]
Good morning,

Thank you for your email. Unfortunately, the issuance of new datasets is paused until further notice. The decision is due to modernization activities at NCES which necessitate a pause in the creation of new restricted-use data assets. We hope to have more information by June 2026, but we cannot guarantee a timeframe on when the issuance of new datasets will resume at this time. We will update our website as soon as all program activities resume.

We sincerely appreciate your patience and understanding during this time.

Thank you,
IES Data Security

AERA-0585