# Exhibit RR

**AERA-0586**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

**SECOND DECLARATION OF MARGARET BECKER PATTERSON**

I, Margaret Becker Patterson, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.  I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2.  I have previously submitted a declaration in this case. *See* ECF No. 44-1, Ex. GG.

3.  Since 2006 I have been a member of the American Educational Research Association (AERA) and since 2010 an officer in the Adult Literacy and Adult Education Special Interest Group (ALAE SIG) of AERA.

4.  Since 2012 I have provided research and evaluation consulting nationally in adult foundational education (AFE) as founding partner and Senior Researcher with Research

AERA-0587

Allies for Lifelong Learning, a Virginia Limited Liability Corporation. My doctorate from the University of Kansas is in education research with a focus on adult learning.

5. I submit this declaration in my personal capacity, and in my role as Senior Researcher in Research Allies for Lifelong Learning, and not on behalf of any other institution, agency, or organization. For more than three decades, I worked in AFE as an employee and consultant in previous roles in community colleges, universities, state agencies, and non-profit organizations, including prior service as Research Director at GED Testing Service.

6. I have also served as a reviewer for IES-funded grant proposals from adult foundational education researchers (2014 to 2015). I was selected to be a reviewer following an application process that IES developed for external proposal reviewers.  As a reviewer, I rated specific elements expected in each grant application and gave feedback on an IES review panel with other researchers on the quality of AFE applications for IES funding. It was a useful learning opportunity as well, in that it gave me a thorough understanding of the expectations for writing and being awarded highly competitive IES grants.

7. In my work and research, I have relied heavily on nationally representative data from the Programme for the International Assessment of Adult Competencies (PIAAC) that IES' National Center for Education Statistics (NCES), in concert with the Organization for Economic Development (OECD), collected on adult participation in learning and the workforce. I received three awards, in 2013, 2020, and 2023, to analyze USA-specific PIAAC data for a contractor. In 2018 I also served with an NCES-funded team of researchers in providing training in DC and in Oregon to new PIAAC researchers on employing statistical software in concert with the international analyzer software required

to accurately calculate summary statistics and standard errors for PIAAC data analyses. For decades, my work as an AFE researcher has been motivated by a commitment to serve the public interest – to provide evidence of the need for AFE programs and services, to inform AFE programming for adult learners, and to evaluate adult learner outcomes in those programs. From 2013 to 2023 PIAAC research was an important part of that work and my analyses of USA-specific data added to my national reputation.

8. These critical, nationally representative PIAAC data exist nowhere else. NCES did not release USA-specific 2023 PIAAC data as planned in 2025, even though NCES had already collected and analyzed the cycle 2 data and was within a few weeks of releasing them publicly. As a result, I have been unable to: a) conduct needed research for AFE practitioners; b) provide programs needed statistics for targeted recruitment, fundraising to pay for program services, or programming that leads to learner outcomes; and c) address the questions that the AFE field has on the needs of and programming for adult learners since the pandemic. The lack of USA-specific data restricts my abilities as a researcher and limits further progression in my career since I do not have access to data which could answer important questions for the AFE field. The loss of access to more than 60 USA-specific variables in PIAAC data, representing key subgroups of adults, has caused me delays in producing USA-specific PIAAC publications that support my reputation as a researcher in AFE, ended the possibility of future awards from NCES to conduct USA-specific PIAAC analyses, and prevented me from serving potential clients requesting USA-specific PIAAC data analyses. Former clients ask me questions that I don't have the data to answer. For example, the USA-specific data has information on adults with disabilities and on adults participating in AFE programming. Losing these

data has truly limited what I can offer clients in non-profit and educational organizations and forced me to abandon important consulting work.

9. Given the delays fellow U.S. PIAAC researchers also experience, their ability to apply for IES grant funding to work with PIAAC data is diminished, and the opportunity for AFE researchers like me and early career researchers to serve as a future IES grant proposal reviewer on PIAAC-related projects is lost and hinders further career advancement.

10. Another impact on my work is the loss of ability to access IES - NCES staff expertise for guidance and technical assistance with USA-specific PIAAC datasets and PIAAC technical knowledge in general. Those staff are now gone. Both experienced and new PIAAC researchers, including myself, relied on this access to understand and accurately apply nuances of technical issues to analyzing and interpreting USA-specific data. Not having this guidance slows down the analysis process and heightens the possibility of inadvertently introducing error.

11. IES has historically provided important opportunities for methodology trainings for researchers. These trainings were conducted by NCES staff and specific to analyzing largescale, nationally representative datasets, including PIAAC. I regularly attended IES trainings at conferences such as AERA; researchers like myself, as well as early career researchers and graduate students, were there to add to their toolboxes and support their approaches to future research. Similar technical assistance and training opportunities from IES are no longer available to researchers new to PIAAC or to experienced researchers wishing to accurately analyze PIAAC data across three waves, potentially leading to inadvertent, serious misinterpretation.

12. Also, I participated in an NCES effort to train new PIAAC researchers to use statistical software, as described above, to accurately calculate summary statistics and standard errors for PIAAC data analyses. This kind of training is no longer available. Early career researchers wanting to use PIAAC now face a steep learning curve on their own, as technical guidance is provided only through a manual. While the manual is thorough, it does not allow researchers new to PIAAC to gain insights into the data, practice the nuances of analytical software, and ask questions of PIAAC experts as the trainings did.

13. Additionally, a 2024 report I authored summarizing effects of PIAAC numeracy findings, intended to inform the AFE field and the work of other researchers, was never fully reviewed, completed, or released. The publication of this report would have benefitted my career by pulling together the numeracy findings from my reports and reports of other researchers to address the national implications of findings. Without the publication, other researchers cannot benefit from my report, and I have lost the opportunity to present the summary to potential clients as a current PIAAC product.

March 27, 2026
Blacksburg. VA

Margaret Becker Patterson, PhD

AERA-0591