# Exhibit TT

AERA-0597

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF EDUCATION,
*et al.*,

*Defendants*.

Civil Action No. 8:25-cv-01230 (SAG)

## SECOND DECLARATION OF ALEX DOE

I, Alex Doe, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. In my initial declaration, signed on April 23, 2025, I explained that the dissertation I was preparing during my final year of a graduate studies program relied on the restricted version of the High School Longitudinal Study ("HSLS") dataset. And I explained my fear at the time that IES's dramatically reduced staff would delay the disclosure-review process my dissertation had to go through and make the timeline for that process uncertain. At the time I feared that I would have to embargo my dissertation.

**AERA-0598**

3. I submit this declaration to explain what in fact occurred between April 23, 2025, and today.

4. In April 2025, I formally submitted my dissertation for disclosure-risk review.

5. In past years NCES would have reviewed my paper within five to ten business days. However, after submitting my paper in April 2025, and despite me reaching out to IES staff several times while their review was pending, it took nine months for me to get a final answer from the agency.

6. Finally, after nine months, NCES requested that I make changes to my dissertation to comply with the disclosure rules. I made those changes and NCES issued its final approval a few weeks later.

7. As a result of IES's significant delay, I did end up having to embargo my dissertation for months.

8. Had my disclosure review been completed within the standard five to ten business days, I would have been able to submit my dissertation to a journal for publication. But IES's delay kept me from doing so, and hampered my progress as a scholar right out of the gate.

9. What is more, if I am able to secure publication of my dissertation in a peer-reviewed journal, I will likely need to revise and resubmit my paper for disclosure-risk review. There are two obstacles to that path of publication.

10. First, I am no longer a PhD student at the university I graduated from, so I can no longer access restricted-use data through my faculty member's license. I also cannot secure my own license to access restricted-use data. The infrastructure that was once there to

process applications for new licenses is simply not there anymore. I would not be able to make changes to the paper without access to that data.

11. Second, if I need to revise my paper for publication, I may then have to submit the to-be-published paper in its final form for disclosure-risk review again. I am concerned I would then face additional delays.

12. As a recent graduate, I had not expected this many challenges to publishing my research and accessing the data on which I had relied. It has caused stress and slowed down my career progression as I have tried to navigate this difficult landscape.

March 25, 2026

_Alex Doe_

Alex Doe