# Exhibit XX

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

*Plaintiffs,*

vs.

U.S. DEPARTMENT OF EDUCATION,
 *et al.*,

*Defendants.*

Civil Action No. 8:25-cv-01230 (SAG)

## SECOND DECLARATION OF MATTHEW FOSTER

I, Matthew Foster, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I previously submitted a declaration in this case, signed on May 31, 2025.

3. I submit this second declaration in my personal capacity and not on behalf of my institution. I am an Associate Professor at the University of South Florida, a developmental psychologist and methodologist, and an education researcher.

4. I am an active member of the Society for Research on Educational Effectiveness (SREE), a professional organization dedicated to improving the quality and rigor of education research.

**AERA-0620**

5. I am also an individual with a developmental disability and a first-generation college graduate. My professional career has been dedicated to improving educational opportunities for children, particularly those from historically underserved communities, including children with disabilities and multilingual learners.

6. My work focuses on understanding how children develop early academic skills and school readiness. I conduct research to identify effective educational practices and to develop assessment tools that help teachers monitor children's learning and provide timely support.

7. Prior to becoming a university researcher, I worked directly in schools as a special education teacher serving children with disabilities. My experience working in classrooms informs my research and my commitment to developing evidence-based practices that improve educational outcomes.

8. Over the past two decades, I have invested significant time and resources in developing expertise in education research. This includes earning graduate degrees in psychology and special education as well as graduate certificates in reading instruction and public health. My training also includes research fellowships and methodological training programs supported by the Institute of Education Sciences ("IES").

9. IES plays a central role in the education research ecosystem in the United States. Through its centers, including the National Center for Education Research (NCER), the National Center for Special Education Research (NCSER), and the National Center for Education Statistics (NCES), IES funds research studies, supports national data collection efforts, develops research standards, and disseminates evidence about effective educational practices.

10. My research, teaching, and career advancement depend heavily on the infrastructure created and supported by IES. These resources include national datasets, evaluation studies, research standards, intervention reports, methodological guidance, and dissemination platforms such as the What Works Clearinghouse ("WWC").

11. The dismantling of IES programs and the termination of IES contracts have directly harmed my professional work. I have personally lost several thousand dollars in research-related contracts and opportunities due to the cancellation or disruption of IES (and Department of Education) supported work.

12. For example, in August 2024, I had submitted three grant proposals that were under review, two of which were resubmissions that had been well scored in 2023. But in February 2025, the competition was cancelled and my proposals were left in limbo.

13. Because they had been well scored previously and I had made changes in response to the prior feedback I had received, I was anticipating that least one of those proposals would be granted. But since none of them were, I was left with no funded research and none of the projects could move forward.

14. Nor do I have any funding to hire graduate students, which usually comes from IES-funded projects. This means that I have been forced to take on all responsibilities in order to keep any research moving forward.

15. My research productivity is a key metric that my performance as a professor is measured against. The lack of IES funding means that I have not been able to maintain the pace or quality of publication that I need to progress in my career, both because my planned projects will not go forward and because I am able to spend less time on planning and grant proposals since I am busy with responsibilities I would typically delegate to a

graduate student.

16. The disruption of IES funding also affects my ability to advance professionally. Advancement to the rank of full professor at research universities typically requires a sustained record of externally funded research. When federal funding opportunities disappear or become inaccessible due to the dismantling of IES programs, it directly undermines my ability to secure the research funding necessary for career advancement. The end result of losing out on IES funding for my proposals is that the probability of my advancement to full professor will be delayed, if I am able to secure it at all. Obtaining grant funding is the primary requirement of advancement in academia within research intensive (R1) institutions.

17. And even if IES had denied my grant proposals outright, they would typically have done so with feedback. No feedback was offered to me regarding the grant proposals I had pending when the competition was cancelled. IES feedback is valuable to researchers, who learn from it and can also use it to help revise and resubmit proposals at a future date. I lost out on those opportunities when IES refused to offer feedback with a denial.

18. In addition to affecting my own career trajectory, the dismantling of IES significantly reduces my ability to support and train students. My research program regularly involves undergraduate researchers, graduate students, and early-career scholars who participate in research projects as part of their training. When funding opportunities decline, I have fewer resources available to support student researchers, limiting their opportunities to gain research experience and pursue careers in education science.

19. I also rely heavily on IES-supported datasets for research and training. In recent months, I have experienced significant delays in communication with IES staff regarding access to

restricted data that my students and I rely upon for ongoing research projects. Because many of our studies use these datasets, delays in data access directly disrupt research timelines and impede student training.

20. For example, on March 11, 2025, I emailed IES Data Security asking for assistance with extracting restricted data from the Early Childhood Longitudinal Study, Kindergarten Cohort 2010-2011. I did not receive a response until June 10, 2025. The delay in the response led to the project being delayed and ultimately set aside to date.

21. I routinely use IES-developed research standards and methodological resources in both my research and teaching. These include the What Works Clearinghouse Standards and Procedures Handbook, methodological reports produced by IES, intervention reports summarizing evidence from education studies, and the intervention repository maintained by the WWC. These resources help researchers and practitioners evaluate the strength of evidence supporting educational interventions.

22. My students and I regularly use these resources to learn how to design rigorous studies, interpret research findings, and identify evidence-based interventions for schools. Without the continued operation and updating of these resources, it becomes significantly more difficult to train students in rigorous education research methods.

23. I understand that some policymakers have suggested shifting the focus of IES primarily toward producing practice guides rather than maintaining the broader research infrastructure that includes intervention reports and systematic evidence reviews. From my professional perspective as a researcher and educator, this approach is fundamentally flawed.

24. Practice guides depend on a strong and continuously updated research base. Intervention

reports synthesize findings from multiple studies and provide the empirical foundation upon which practice recommendations are built. Without ongoing research and evaluation studies, there is no evidence base from which credible practice guides can be developed.

25. Education systems are constantly changing. Schools evolve as student populations change, policies shift, and new technologies are introduced. These changes have accelerated in recent years due to the COVID-19 pandemic and the financial pressures many school systems now face. Because educational contexts are constantly evolving, research must also be conducted on an ongoing basis to ensure that guidance provided to educators remains relevant and effective.

26. The dismantling of IES therefore undermines not only my own work but also the broader ability of the education research community to produce reliable evidence that informs educational practice and policy.

27. My career has been built around the goal of improving education for children through rigorous research and by training the next generation of education researchers and practitioners. The infrastructure created by IES, including research funding, national datasets, research standards, and dissemination platforms, has been essential to this work. When IES ceases or limits opportunities for funding, stops updating or creating resources for research and educators, or undermines its own research standards and dissemination platforms, my own work suffers because I cannot rely on the agency's work.

28. Without the continued support and operation of IES, my ability to conduct research, obtain funding, train students, and contribute to evidence-based education practices will be significantly impaired. Because these are also metrics against which my performance

as a professor is evaluated, my reduced ability to maintain the pace and quality at which I accomplish these goals will also limit the progress I can make in my career.

I declare under penalty of perjury that the foregoing is true and correct.

March 26, 2026
Tampa, Florida

Matthew Foster