# Exhibit ZZ

AERA-0647

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF EDUCATION,
 *et al.*,

*Defendants*.

Civil Action No. 8:25-cv-01230 (SAG)

## DECLARATION OF ALYSSE LOOMIS

I, Alysse Loomis, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.  I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2.  I submit this declaration in my personal capacity and not on behalf of any institution. I am an Associate Professor at the University of Utah and an active member of the American Educational Research Association and the Society for Research on Educational Effectiveness.

3.  My work focuses on supporting infant and early childhood mental health through rigorous development and evaluation of trauma-informed interventions for early care and

education providers. I have worked in this field for over six years as a licensed clinical social worker and over 7 years as a professor in higher education research/instruction.

4. In my work and research I have submitted grant proposals to IES multiple times. As an early career scholar, pursuing federal research funding from agencies such as IES is an important component of building my research program and advancing my career trajectory.

5. I had spent several months writing a resubmission for an IES research proposal that had received promising feedback and scores the year prior. This grant proposal was under review for several months and we expected to receive feedback and scores around the time that the cuts at IES took place. This proposal had been three years in the making, it had incorporated all the feedback we had received from prior IES reviews, and it felt like a launch point for my career. But as a result of these cuts, we simply never got an answer or any feedback from IES on our proposal.

6. IES's failure to respond resulted in the loss of a significant potential funding opportunity as well as a failure to receive a response or feedback to our grant application. Without reviewer feedback, my team and I are unable to understand how our proposal was evaluated or improve the proposal for future submissions to IES or other funding opportunities elsewhere. Receiving reviewer feedback is an important part of the grant development process, as it allows researchers to refine proposals and improve their competitiveness in future submissions.

7. Whether it was approved or denied with feedback that would have allowed me to resubmit next year, this grant proposal was a huge piece of my academic plan. To not have funding or feedback after waiting several months was emotionally draining and

professionally flattening. I have had to pivot to other funding sources that are not as education-focused as IES, like the National Institutes of Health. For example, we were able to secure funding for a portion of the project that we submitted in the form of a Spencer Small Grant, which represents about 2.5% of the budget for the IES proposal. As a result, only a small portion of the originally planned research activities can be carried out, and the work has proceeded much more slowly since the reduced budget means we have fewer resources and less time to spend on the project. This pivot has also come with a lot of added workload and disconnect from the professional network I was building, because the substantially smaller grant provides limited support for my time and does not allow for the same level of support for collaborators and co-investigators who would normally share project responsibilities. All of this has slowed my career progression.

8. These disruptions to my research have also caused reputational harm. To put together this grant proposal I worked with community partners who devoted significant time to engaging in pilot studies and writing letters of support through our initial proposal submissions and resubmissions. IES has put me in the position of having to inform those partners that IES funding is no longer possible, that the project must be scaled back in scope and proceed at a slower pace, and that anticipated future projects are no longer feasible given the tenuous funding landscape. My research partnerships involve early childhood education providers and community organizations that invest significant time and effort in supporting grant proposals and pilot work. When anticipated funding opportunities are disrupted or cancelled, it undermines these partnerships and makes it more difficult to sustain collaborative research efforts in the future. And again, without

these partners' collaboration, the quality of my work and the trajectory of my career is threatened.

9. IES's truncation actions have severely limited my present and future research trajectory by eliminating one of the most competitive and relevant federal funding opportunities for conducting rigorous research relevant to designing and evaluating trauma-informed early childhood education programs. The ability to pursue and secure this funding is instrumental in my career trajectory, and limiting those opportunities also means limiting my future ability to hire and train doctoral students and future scholars interested in trauma-informed early care and education research.

10. Cancellations and the loss of access to IES staff have limited my ability to seek guidance or technical assistance on research proposals from program officers as I had done in the past, which provided invaluable guidance in designing research that meets WWC standards. Without that guidance and assistance, the quality of my work—and therefore the trajectory of my career—is threatened.

11. As a result of these disruptions, I face ongoing uncertainty in planning future research projects, supporting graduate students, and maintaining partnerships with community organizations that rely on evidence-based approaches to early childhood education. As an early-career researcher, the cuts at IES have significantly altered the course my career will be able to take.

March 16, 2026
Salt Lake City, UT

_____
Alysse Loomis