# Exhibit AAA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

*Plaintiffs,*

vs.

U.S. DEPARTMENT OF EDUCATION,
 *et al.*,

*Defendants.*

Civil Action No. 8:25-cv-01230 (SAG)

## DECLARATION OF HENRY MAY

I, Henry May, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am a Professor of Education and Director of the Center for Research in Education and Social Policy (CRESP) at the University of Delaware. I am a member of the Society of Research on Educational Effectiveness.

3. I earned my PhD in Education Policy Research, Evaluation, and Measurement from the University of Pennsylvania in 2002, which included extensive training in causal evaluation and randomized field experiments to determine program impacts.

**AERA-0653**

4. Since the creation of IES, also in 2002, I have focused my career on the production and dissemination of research on the effectiveness of educational programs and interventions.

5. I have produced over 170 research publications and presentations, and my research has been cited over 10,000 times.

6. I work closely with the Delaware Department of Education on several collaborative projects, each of which is intended to serve the needs of the Department and our state's education system by producing actionable research to inform decisions about education programs and policies most likely to produce positive impacts.

7. I have served as Principal Investigator (PI), Co-PI, or other key personnel on 15 grants and contracts funded by IES.

8. One of my IES grants (R305A170171) produced evidence that the Reading Recovery program had negative impacts on students' long-term reading performance. That research was cited by several national and international media outlets and was a major component of the evidence base that led to legislation in several states (e.g., Ohio) banning the use of specific instructional strategies deemed potentially harmful to students' ability to become proficient readers. See https://www.nytimes.com/2023/11/03/us/science-of-reading-phonics-dewine-ohio-reading-recovery.html.

9. I am currently PI on an IES grant (R305A200181) studying the academic trajectories of more than 100,000 high school students in Delaware. The objective of this research is to inform state and local education policies that support students' preparation for enrollment and success in college.

10. On March 13, 2025, I and my research team on grant R305A200181 had scheduled a meeting to meet with IES Program Officer and Associate Commissioner, Dr. Allen Ruby,

at 1:30pm EDT. I and my research team waited more than 30 minutes for Dr. Ruby to join our videoconference meeting; however, Dr. Ruby never appeared, nor did he respond to email messages. I later learned that most of the IES staff had received a notice of termination the day before.

11. Since March 2025, I have not had access to an IES program officer with substantial expertise and knowledge that is relevant to my IES grant R305A200181. Loss of that expertise and critical feedback from an expert intimately familiar with my research has had a negative effect on the quality of the project and on my personal research productivity. This in turn limits the pace at which my career can progress, since my personal research productivity is a significant signal of my potential to employers.

12. In January and February 2025, I worked as an external grant proposal reviewer for IES as a member of the Education Systems and Broad Reform panel number two. On February 10, 2025, I received a stop-work order requiring that I discontinue my review of grant proposals for IES. At that point in time, I had already completed all but one review. None of the work I produced has been used to select research proposals worthy of funding, nor has my expert feedback been provided to the authors of the proposals I reviewed. As I result, I feel that my time and effort spent on those reviews was completely wasted. That was time and effort that I could have spent on other projects or proposals that would have been beneficial to my career.

13. Additionally, working as a reviewer is itself a source of professional development. The review I had remaining but which IES did not let me complete would have given me more experience evaluating grant proposals. Even more valuable would have been the experience of participating in the full panel review discussions originally scheduled for

February 27-28, 2025. This experience could have helped me in my own work, and would have helped contribute to my broader understanding of the research ecosystem, as each review does.

14. In August 2024 and again in February 2025, I submitted grant proposals to IES. Preparation of each of those proposals required several dozen hours of my work time, as well as several hours from my collaborators on those grant proposals—time we all could have spent on other projects. Both proposals were designed to address critical needs for high quality, actionable education research in my state and nationwide, including a focus on school climate, safety, and student engagement, as well as a focus on improving connections between education research, policy, and practice.

15. On March 18, 2026, at 2:21 p.m. ET, I received an email from IES with an "update" about the status of my February 2025 grant proposal. IES explained that it was "closing out the competition without making new awards." A true and correct copy of that email is attached to my declaration as Exhibit 1.

16. On the same day, less than an hour later at 2:39 pm ET, I received a nearly identical email regarding my August 2024 grant proposal. Again, IES said it was "closing out the competition without making new awards." A true and correct copy of that email is attached to my declaration as Exhibit 2.

17. These were two separate IES grants competition—one soliciting proposals on Research Training Programs in the Educations Sciences, and the other soliciting proposals for Education Research Grants. IES did not explain why it was cancelling both of them at the same time.

18. As a result of these competitions being abruptly closed with no explanation, I feel that my time and effort spent on those proposals was completely wasted, and I have lost potential opportunities to engage in truly impactful and timely education research in my state. Those lost opportunities also represent hurdles to my career progression, which has been slower than it could have been had I not spent so much time on these proposals that were never reviewed.

19. In addition, these denials of funding came without feedback. In the past, IES has always offered thoughtful, in-depth feedback even when it denies a grant proposal. This feedback is very useful for improving grant proposals, which makes them likelier to secure funding either elsewhere or during another competition at IES. Without that feedback, I am left without a valuable source of professional guidance.

20. As Director of a research center, I supervise a staff of more than two dozen highly skilled researchers whose work is focused on producing research evidence that is relevant for policymakers and practitioners. Historically, a substantial portion of our research center's portfolio has been funded by IES. The loss of funding opportunities from IES has left our center in a position where we have lost talented staff who sought job opportunities at other organizations not funded by IES, and our center is now at risk of having to lay off staff who would otherwise be working on education research projects that support the improvement of education in our state and across the entire nation.

March 23, 2026
Newark, Delaware

_____
Henry May

# Exhibit 1

## (to Exhibit AAA)

| | |
|---|---|
| **From:** | IESReviewAdmin <IESReviewAdmin@ed.gov> |
| **Sent:** | Wednesday, March 18, 2026 2:21 PM |
| **To:** | May, Henry; |
| **Subject:** | Update on IES FY2025 Research Training Programs in the Education Sciences Competition |

Dear Applicant,

I write today to update you on the status of your application to the Institute of Education Sciences (IES) FY2025 Research Training Programs in the Education Sciences competition. IES is closing out the competition without making new awards.

We are in the process of planning for the future and expect to announce new grant competitions soon. If you have not already, please sign up for IES Newsflashes to be alerted to upcoming IES research and research training grant competitions.

If you have questions, you may email IESReviewHelp@ed.gov.

Thank you.

Matthew E. Soldner
Acting Director, Institute of Education Sciences

# Exhibit 2

## (to Exhibit AAA)

AERA-0660

| **From:** | iesreview-donotreply@ed.gov |
| **Sent:** | Wednesday, March 18, 2026 2:39 PM |
| **To:** | May, Henry |
| **Subject:** | Update on IES FY2025 Education Research Grants Competition [229425] |

Dear Applicant,

I write today to update you on the status of your application to the Institute of Education Sciences (IES) FY2025 Education Research Grants competition. IES is closing out the competition without making new awards.

We are in the process of planning for the future and expect to announce new grant competitions soon. If you have not already, please sign up for IES Newsflashes to be alerted to upcoming IES research and research training grant competitions.

If you have questions, you may email IESReviewHelp@ed.gov.

Thank you.

Matthew E. Soldner

Acting Director, Institute of Education Sciences