# Exhibit JJJ

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 8:25-cv-01230 (SAG) |

**SECOND DECLARATION OF DANIEL A. MCGRATH**

I, Daniel A. McGrath, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I previously submitted one declaration in this case. *See* ECF 12-5, Ex. U (AERA-0143–AERA-0151).

3. I am an attorney at Democracy Forward Foundation and counsel to all Plaintiffs in the above-captioned matter. I submit this Declaration in support of Plaintiffs' Motion for Summary Judgment.

4. With this filing, Plaintiffs submit the following documents cited in their Memorandum in Support of their Motion for Summary Judgment:

5. A true and correct copy of Defendants' Objections and Answers to Plaintiffs' First Requests for Admissions as Exhibit LLL.

6. A true and correct copy of Defendants' First Supplemental Objections and Answers to Plaintiffs' First Interrogatories as Exhibit MMM.

7. A true and correct copy of the transcript of the Deposition of Matthew E. Soldner, Ph.D. as Exhibit NNN.

8. A true and correct copy of the transcript of the 30(b)(6) Deposition of Christopher Joseph Rosier as Exhibit OOO.

9. A true and correct copy of the transcript of the 30(b)(6) Deposition of Jacqueline Clay as Exhibit PPP.

10. A true and correct copy of the Defendants' Administrative Record, EDAERA_AR_0001–0038, as Exhibit QQQ.

11. A true and correct copy of the Dept. of Ed. Contract Award Request (EDCDSS), EDAERA_00000005–0007, as Exhibit RRR.

12. A true and correct copy of Soldner Email, FW: Contract terminations, EDAERA_00001040, as Exhibit SSS.

13. A true and correct copy of Soldner Email, FW: IES Request to Continue Grant Competition Activities, EDAERA_00001056–0057, as Exhibit TTT.

14. A true and correct copy of Rosier Email, FW: NCES Contract Terminations + Revival Options, EDAERA_00001090–1093, as Exhibit UUU.

15. A true and correct copy of Soldner Email, General Information, EDAERA_00001133, as Exhibit VVV.

16. A true and correct copy of Dept. of Ed. Contract Award Request (CLSD), EDAERA_00001139–1140, as Exhibit WWW.

17. A true and correct copy of Lucas Email, IES Contracts.xlsx, EDAERA_00001145, as Exhibit XXX.

18. A true and correct copy of Dept. of Ed. Contract Award Request (IADA), EDAERA_00001157–1158, as Exhibit YYY.

19. A true and correct copy of Dept. of Ed. Contract Award Request (TSL), EDAERA_00001173–1174, as Exhibit ZZZ.

20. A true and correct copy of Bettis Email, RE: Closeout activities, EDAERA_00001520–1525, as Exhibit AAAA.

21. A true and correct copy of Soldner Email, RE: Process for submitting a contract award waiver request - UPDATED GUIDANCE 2/10/25, EDAERA_00001949–1951, as Exhibit BBBB.

22. A true and correct copy of Soldner Email, E: 2:30 Contracts Touchpoint, EDAERA_00003156, as Exhibit CCCC.

23. A true and correct copy of Soldner Email, Leadership Meeting, EDAERA_00003670, as Exhibit DDDD.

24. A true and correct copy of Soldner Email, With a Heavy Heart, EDAERA_00003899–3900, as Exhibit EEEE.

25. A true and correct copy of Wei Email, FW: OS Data Call - Selected IES Contracts - 10:00 AM Friday, EDAERA_00005675–77, as Exhibit FFFF.

26. A true and correct PDF print from an Excel document produced in its Native Format by Defendants, Statutory and Non-Statutory Staff Analysis, EDAERA_000005680, as Exhibit GGGG. This document has been printed to PDF for compatibility with the Court's filing system. In its Native format, the tables included tabs that categorized full time employees' responsibilities as "Statutory" or "Non-Statutory." These tabs are not visible in PDF form. Below are screenshots showing the "IES Statutory" and "IES Non-Statutory" tabs when viewed in Native format. A true and correct screenshot of these tabs in the excel spreadsheet follows this paragraph (screenshots do not capture all tabs in the document).

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | | | | | | | basis following official reporting, in a manner that facilitates further analysis and that includes trend lines. | | | |
| 102 | 97 | | NCES | | NAEP-state liaison | | • NAEP agreements between Department and states for participation in NAEP; provision of technical assistance to states. | | 4.0 | • 20 U.S.C §9622 (b) (3) (B); ( |
| 103 | 98 | | NCES | | NAEP quality assurance and protection of student PII | | • NAEP requirement to use widely accepted professional testing standards, objectively measure academic achievement, knowledge, and skills, and ensure that any academic assessment authorized under this section be tests that do not evaluate or assess personal or family beliefs and attitudes or publicly | | 3.0 | • 20 U.S.C §9622 (b) (5); 20 U. |
| 104 | 99 | | NCES | | NAEP achievement levels | | • NAEP achievement level reporting and evaluation of reasonableness, validity, and informativeness. | | 1.0 | • 20 U.S.C §9622 (e) (2) (C); 2 |
| 105 | 100 | | NCES | | Division leadership--Assessment Division | | • Coordinates all activities and collections under the Assessment Division including NAEP and the international assessments and indicators. | | 1.0 | • 20 U.S.C §9622; 20 U.S.C §95 |
| 106 | 101 | | NCES | | Division leadership--Administrative Data Division | | • Coordinates all activities and collections under the Administrative Data Division including the Integrated Postsecondary Data System, Common Core of Data, EDFacts Collections, College Navigator, and College | | 1.0 | • 20 U.S.C §1015a(a, b, c, d, g,<br>• 20 U.S.C §9543 et.seq. (spe a(3), a(4), a(5), a(9)) |
| 107 | 102 | | NCES | | Division leadership--Sample Surveys Division | | • Coordinates all activities and collections under the Sample Surveys Division including the School Pulse Survey, Private School Survey, National Postsecondary Student Aid Survey, and Longitudinal Surveys. | | 1.0 | • 20 U.S.C §1015a(k)<br>• 20 U.S.C §9543 et.seq. (spe (a)(1)(E), (a)(1)(J), (a)(1)(H), (a)(2), (a)(3), (a)(7)) |
| 108 | 103 | | NCES | | HR Support Activities | | • Coordinates with IES Executive Office on HR activities and provides administrative support for HR, | | 1.0 | • 20 U.S.C. 9514 |
| 109 | 104 | | NCES | | Public Trust Background Clearance Management | | • Manages IES processing of contractor applications for a public trust position, including review and submission for further processing to OFO. | | 1.0 | • 48 C.F.R. 52 (204-9)<br>• 5 U.S.C. 552a<br>• 44 U.S.C. §3551 |
| 110 | | | | | | | | | | |
| 111 | | | | | | | TOTAL FTE: | | 166.0 | |
| 112 | | | | | | | | | | |

< > ··· FSA Non-Statutory | OPE Statutory | OPE Non-Statutory | OCTAE | IES Statutory | IES Non-Statutory | OCR Statutory | OCR Non-Statuto ··· +

| | A | C | E | G | I | K |
|---|---|---|---|---|---|---|
| 7 | | | | | | |
| 8 | 3 | IES/Director's Office/Science | Administrative support | • Administrative support for science activities. | 1.0 | • Support for activities under ESRA Sec. 114(f)(5)<br>• ESRA Sec. 134 (b)(1)<br>• ESRA Sec. 175<br>• ESRA Sec. 186 (c) |
| 9 | 5 | IES/Director's Office/Administration and Policy | IES Administration | • IT execution and management for confidential data and dissemination. | 1.0 | • Support for activities under Section 114(f)(11); Se 112, 185 |
| 10 | 6 | NCES | NAEP other subjects | •NAEP assessments in other subjects, such as civics, U.S. history, science, and writing, national and state, as funding available. | 1.0 | • 20 USC § 9622 (b) (2) (D) |
| 11 | 7 | NCES | Fellowship program | • Fellowship program to appoint employees to assist the Statistics Center in carrying out its duties. | 1.0 | • 20 USC § 9543 (b) |
| 12 | 8 | NCES | Dissemination via Website | • Database applications for website to feed IPEDS table explorer. | 1.0 | • 20 USC § 9546 (a) |
| 13 | 9 | NCES | Training coordinator | • Program to train employees of public and private educational agencies, organizations, and institutions in the use of standard statistical procedures and concepts. | 0.0 | • 20 U.S.C. §9543(b) |
| 14 | 10 | NCES | Deputy Commissioner | •Assists Commissioner and Center Staff with all responsibilities required under ESRA.<br>• Acts on behalf of the Commissioner when necessary. | 0.0 | • 20 U.S.C. §9542 |
| 15 | 11 | NCES | Center-wide Contracting Officer's Representative | • Provides center-wide non-NAEP contract coordination and assistance. | 1.0 | • 20 U.S.C. §9544(a) |
| 16 | 12 | | International liaison | • Intradepartmental liaison on international studies. | 1.0 | • 20 U.S.C. §9543(a)(6) |
| 17 | 15 | NCES | Federation of American Scientists Fellow | • Provides assistance to bring up-to-date methods for the technology behind the Integrated Postsecondary | 1.0 | |
| 18 | | | | | | |
| 19 | | | | TOTAL FTE: | 11.0 | |

FSA Non-Statutory | OPE Statutory | OPE Non-Statutory | OCTAE | IES Statutory | IES Non-Statutory | OCR Statutory | OCR Non-Statutor

* * *

March 27, 2026
Washington, DC

*/s/ Daniel A. McGrath*
Daniel A. McGrath