# Exhibit MMM

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, *et al.*,

        *Plaintiffs*,

        *vs.*

U.S. DEPARTMENT OF EDUCATION,
*et al.*,

        *Defendants*.

Civil Action No. 8:25-cv-01230

## DEFENDANTS' FIRST SUPPLEMENTAL OBJECTIONS AND ANSWERS TO PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANTS

Defendants the United States Department of Education, the Institute of Education Sciences, Secretary Linda McMahon and Acting Director Matthew Soldner (Defendants) hereby object and respond, pursuant to Federal Rules of Civil Procedure (FRCP) Rules 26 and 33 and the local rules of the District of Maryland, to Plaintiffs American Education Research Association and Society for Research on Educational Effectiveness (Plaintiffs) First Interrogatories to Defendants, dated August 13, 2025. The Defendants' discovery and investigation in connection with this case are ongoing. As a result, the Defendants' responses concern information obtained and reviewed to date, and the objections, limitations, and answers contained in this response are subject to and without waiver of any right of the Defendants to: (a) object to other discovery requests directed to the subject matter of the Interrogatories and this response; (b) make additional or supplementary objections to the Interrogatories; and (c) revise,

correct, supplement, or clarify the contents of this Response, after considering information obtained or reviewed through further discovery and investigation.

## PRELIMINARY STATEMENT

1. The following responses are based upon present information and belief. Defendants reserve the right to amend or supplement their responses pursuant to FRCP 26(e). Defendants' response to any of these Interrogatories shall not be construed as a waiver of any objections, including but not limited to any objection as to relevancy privilege, applicable to any information produced in connection with the response. Defendants reserve the right to exclude from discovery information based on the following privileges, exemptions, and restrictions: (a) the attorney-client privilege; (b) the deliberative process privilege; (c) the attorney work product doctrine; and/or (d) any other applicable privilege or immunity.

## DEFENDANTS' OBJECTIONS TO THE DEFINITIONS

Defendants hereby make the following Objections to the Definitions and Instructions in Plaintiff's Interrogatories:

1. Defendants object to Plaintiff's "Definitions" and "Instructions" to the extent that they purport to impose burdens and requirements upon Defendants that exceed or are inconsistent with the requirements of the FRCP.
2. Defendants object to Plaintiffs' definition of "Department of Government Efficiency affiliate" and "DOGE affiliate" in that "any employees of the General Services Administration or Office of Personnel Management who have otherwise coordinated with

DOGE Teams to carry out the President's DOGE Agenda" is vague. It is unduly burdensome to require Defendants to individually assess every employee of GSA or OPM that may have coordinated with DOGE teams. It is also unduly burdensome to require Defendants to identify "any current or former members of any federal agency's DOGE Team," as this information may not be within Defendants' possession, custody, or control. Defendants will construe Department of Government Efficiency affiliate" and "DOGE affiliate" to mean "any current or former employees of, or detailees to, the U.S. Digital Service Temporary Organization" and Conor Fennessy.

3. Defendants object to the term "IES leadership" in that "anyone substantially responsible for implementing the reduction in force announced on March 11 and 12, 2025" is vague. It is unclear what "substantially responsible" would mean in the context of Plaintiffs' Interrogatories. Defendants will construe "IES leadership" to mean Acting Director Matthew Soldner and the commissioners or acting commissioners of IES components.

4. Defendants object to the term "IES Functions" in that "congressionally assigned functions" is vague. Defendants will interpret "IES Functions" as functions supported by spending appropriated funds.

5. Defendants are willing to meet and confer with Plaintiffs to discuss each of Plaintiffs' Interrogatories and Defendants' objections and responses.

**DEFENDANTS' OBJECTIONS AND RESPONSES TO THE INTERROGATORIES**

**INTERROGATORY NO. 1:** Please identify each person, including identification of job title, who aided or was consulted in the preparation of responses to these interrogatories.

**Objections**: Defendants incorporate their Preliminary Statement and Objections to Definitions and Instructions.

**Response:** Subject to these objections, Defendants answer as follows:

Richard Lucas – Principal Deputy Assistant Secretary of the Office of Finance and Operations and delegated the duties and responsibilities of the Assistant Secretary and Chief Financial Officer in the Office of Finance and Operations

Chris Rosier – Director, Contracts & Acquisition Management

Jacqueline Clay – Deputy Assistant Secretary, Office of Human Resources

Browyn Sherman - Staff Assistant, Office of Human Resources

Steven Carr – Management and Program Analyst

Matthew Soldner – Acting Director, Institute of Education Sciences & Acting Commissioner, National Center for Education Statistics

Kevin Slupe – Senior Counsel

Scott Davis – Senior Counsel

**INTERROGATORY NO. 2:** Provide the titles, position descriptions, accompanying Institute of Education Sciences' component and names of individuals (a) subject to termination as part of the reduction in force announced on or around March 11 to 12, 2025, and (b) not subject to such termination. Indicate whether the information provided falls within category (a) or (b).

**Objections**: Defendants incorporate their Preliminary Statement and Objections to Definitions and Instructions.

**Response:** Subject to these objections, Defendants answer as follows:

Pursuant to the Federal Rules of Civil Procedure 33(d), Defendants will rely on documents in their upcoming production to answer this interrogatory, and will supplement this response by September 26th with an identification of those documents.

**September 26, 2025 Supplemental Response**

Pursuant to the Federal Rules of Civil Procedure 33(d), Defendants identify the following documents: EDAERA_00004077-EDAERA_00004173 and EDAERA_00005650-EDAERA_00005671.

**INTERROGATORY NO. 3:** Identify each person involved in any meetings or discussions between February 7, 2025 and February 13, 2025, regarding the cancellation of Institute of Education Sciences ("IES") contracts. For each person identified, describe their role and responsibilities.

**Objections**: Defendants incorporate their Preliminary Statement and Objections to Definitions and Instructions. Defendants object to the interrogatory as being overly broad and unduly burdensome, in that "any meetings or discussions" would encompass meetings or discussions that had no role in the decision to cancel IES contracts.

**Response:** Subject to these objections, Defendants answer as follows:

Nicholas Kent – Senior Advisor to the Deputy Secretary

Conor Fennessy – Senior Advisor, Office of the Secretary

Richard Smith – Delegated Duties and Responsibilities of the Deputy Secretary

Thomas Wheeler – Principal Deputy General Counsel

Richard Lucas – Delegated Duties and Responsibilities of the Assistant Secretary/CFO

Jonathan Bettis – Deputy Director of Administration and Policy

Phil Rosenfelt – Deputy General Counsel

Marta Rajchel – General Attorney

**INTERROGATORY NO. 4:** What is the total amount of appropriated funds Defendants have expended on Institute of Education Sciences ("IES") functions for the Fiscal Year 2025 (from October 1, 2024 through September 30, 2025)?

**Objections**: Defendants incorporate their Preliminary Statement and Objections to Definitions and Instructions.

**Response:** Subject to these objections Defendants answer as follows:

Pursuant to the Federal Rules of Civil Procedure 33(d), Defendants will rely on documents in their upcoming production to answer this interrogatory, and will supplement this response by September 26th with an identification of those documents. Defendants further answer as follows:

Total expenditures (obligations) of $304,959,389.48 for FY25 through September 10, 2025. The term "obligated" means that the funds are fully available for the recipient to draw down but they may or may not have done so.

**INTERROGATORY NO. 5:** Please list and describe all National Center for Education Statistics ("NCES") (a) all longitudinal studies that remained ongoing following the cancellation of Institute of Education Sciences ("IES") contracts on or around February 10, 2025, and the reduction in force of IES staff that was announced on March 11 and 12, 2025, and (b) all longitudinal studies NCES is now conducting.

**Objections**: Defendants incorporate their Preliminary Statement and Objections to Definitions and Instructions. Defendants object to the interrogatory as being vague or ambiguous as to what would constitute a longitudinal study.

**Response:** Subject to these objections, Defendants answer as follows:

Immediately following the termination of associated contracts in February 2025, the only longitudinal study that remained ongoing was the National Teacher and Principal Study (NTPS), which was collected for NCES by the Census Bureau. In May 2025, the General Services Administration directed NCES to cease work on NTPS. Pursuant to that direction, NCES stopped work that was underway to prepare for future iterations of NTPS. Work with Census that was designed to complete the current NTPS cycle was allowed to continue and is expected to draw to a close in Fiscal Year 2025. Once completed, NCES will have no contracts or other agreements actively supporting a longitudinal study.

**INTERROGATORY NO. 6:** Please list all of the contracts cancelled on or around February 10 or 13, 2025 that have been subsequently reinstated, including the time period, amount, and scope of work in the reinstatement.

**Objections**: Defendants incorporate their Preliminary Statement and Objections to Definitions and Instructions.

**Response:** Subject to these objections, Defendants answer as follows:

Pursuant to the Federal Rules of Civil Procedure 33(d), Defendants will rely on documents in their upcoming production to answer this interrogatory, and will supplement this response by September 26th with an identification of those documents. Defendants further answer as follows:

91990024F0331

+ED Facts Data and Dissemination Support Services

The purposes of this modification are to 1) reinstate the contract effective 3 March 2025, 2) revise all CLIN pricing based on accepted revised pricing and a de-scoped Performance Work Statement (primarily through the removal of optional tasks and non-mission critical: modernization of data dissemination modalities; presentations at professional conferences; training and other user support activities; resource development; and ad-hoc data analyses) submitted by AEM, and 3) incorporate a revised Statement of Objectives, Performance Work Statement, and FFP payment schedule.

91990024F0367

Common Education Data Standards Support Services

The purposes of modification P00002 are to 1) reinstate the contract effective June 1, 2025 for the first option period of performance of 1 June 2025 - 31 May 2026; 2) revise all CLIN pricing based on accepted revised pricing submitted by AEM; 3) allow for a no-cost extension to 11/30/25 for Subtask 7.2.1 DES Transition Report which was funded and awarded in the base

period; 3) incorporate a revised Performance Work Statement (PWS), and Firm Fixed Price (FFP) payment schedule; 4) incorporate clause changes; and 5) identify Lisa Sadeghi as the Contracting Officer Representative (COR) lisa.sadeghi@ed.gov.

91990018C0046

+Multi-Tiered System of Supports for Reading

The purpose of this modification is to rescind the Termination for Convenience issued under modification P00010 on February 10, 2025, and to reinstate the contract in full force and effect to allow completion. The contractor shall resume performance of all contract requirements in accordance with the original terms and conditions. The period of performance of this period is October 15, 2024, through November 30, 2028.

91990019F0001

+DATALAB

The purposes of this modification are to: 1) reinstate this task order effective 9 July 2025; 2) incorporate a revised Performance Work Statement, revised pricing, and a payment schedule; 3) remove years 9 and 10 from the performance period of this task order so that performance ends 14 February 2027; 4) convert pricing for years 7 and 8 from labor hours to Firm Fixed Price; 5) de-obligate excess funds from CLINs where performance and invoicing has been completed; 6) incorporate clause updates; 7) include CLIN 0031 as reserved for the year 8 amount that will be funded next year; and 8) identify Gina Broxterman as the Contracting Officer Representative (COR), gina.broxterman@ed.gov.

91990019F0025

+PISA National Collection

The purposes of this modification are to 1) reinstate the contract effective March 6, 2025, 2) incorporate a revised Performance Work Statement (primarily through the removal of optional tasks and non-mission critical: small area estimations; data collection extensions; additional sampling; COVID-19 testing for field staff; and other field test activities), 3) revise the period of performance of this contract to end June 26, 2026, and 4) increase the total funded value of this contract by $420,020.38 to $42,995,167.38 to complete the PISA 25 requirement.

91990023F0334

Cross-Sectional Branch Support

The purposes of modification P00005 are to 1) reinstate the contract effective June 2, 2025; 2) revise all CLIN pricing based on accepted revised pricing submitted by Sanametrix; 3) incorporate a revised Performance Work Statement (PWS), and Firm Fixed Price (FFP) payment schedule; 4) incorporate clause changes; and 5) identify Gina Broxterman as the Contracting Officer Representative (COR) gina.broxterman@ed.gov.

91990022C0017

+NPSAS:24

The purposes of this modification are to 1) reinstate the contract effective June 30, 2025 to February 3, 2027; 2) incorporate a revised Performance Work Statement (primarily for the completion of the NPSAS:24 datafile and data file documentation report) and payment schedule for the remainder of the period of performance; 3) convert the remainder of the contract from Cost Plus Fixed Fee to Firm Fixed Price; 4) update the Contracting Officer Representative to Gina Broxterman, gina.broxterman@ed.gov; 5) insert a SAM instructions update; and 6) Replace key personnel with the following individuals: Project Director - Joshua Pretlow, Associate Project Director - Ashley Wilson, and Task Director -Peter Siegel.

91990022F0007

+Data Confidentiality and Personnel Security

The purpose of modification P000012 is to 1) reinstate the contract effective April 17, 2025; 2) revise all CLIN pricing based on accepted revised pricing and a de-scoped Performance Work Statement (primarily through removing optional tasks and subtasks and non-mission critical: new development activities related to the NCES Disclosure Review Board and website development) submitted by Sanametrix; 3) incorporate a revised Performance Work Statement, and FFP payment schedule; and 4) incorporate clause changes.

91990022F0350

+Administrative Data Division Branch Support

The purpose of this requirement is to provide support to the Administrative Data Division (ADD/El-Sec) staff to ensure data quality, improve statistical methodology, and increase production efficiency of data files and reports. Changes in scope include the elimination of non-mission critical: workshop and conference support; ad-hoc research projects; review of websites; and webinar training support.

91990022F0006

+Data Confidentiality and Statistical Standards

The purpose of modification P00008 is to 1) reinstate the contract effective July 8, 2025; 2) revise all CLIN pricing based on accepted revised pricing and a de-scoped Performance Work Statement (primarily through the removal of optional tasks and non-mission critical: analysis of data usage statistics; internal training activities; and to develop and monitor trends in data collection quality metrics) submitted by Activate; 3) incorporate a revised Performance Work Statement, and FFP payment schedule; and 4) incorporate clause changes.

91990024F0327

+Education Demographic and Geographic Estimates, Geospatial IT Support

The EDGE GEOIT contract was terminated on 2/10/2025 at the convenience of the government. This modification reinstates the contract with some modifications (primarily by removal of optional tasks and non-mission critical: meetings; user outreach; application, web, and data development) and exercises Option Year 1.

**September 26, 2025 Supplemental Response**

Pursuant to the Federal Rules of Civil Procedure 33(d), Defendants identify the following documents: EDAERA_00004676- EDAERA_00005649.

DATED: September 26, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Michael Bruns*
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov
(202) 514-4011

KELLY O. HAYES
United States Attorney
Charles R. Gayle (Bar No. 14706)
Assistant United States Attorney
U.S. Attorney's Office for the District of Maryland
36 South Charles St.,
Baltimore, MD 21201

*Counsel for Defendants*

## VERIFICATION OF INTERROGATORY ANSWERS

I certify under penalty of perjury that the foregoing supplemental answers to Plaintiffs' First Interrogatories to Defendants are true and correct to the best of my knowledge, information, and belief, with the understanding that the Department reserves the right to further supplement its answers.

Dated: September 26, 2025

## Certificate of Service

I hereby certify that this document was served on the following counsel of record via email:

Kayla Kaufman kkaufman@democracyforward.org;

Maddy Gitomer mgitomer@democracyforward.org;

Victoria Nugent vnugent@democracyforward.org

Daniel McGrath' dmcgrath@democracyforward.org

Dated: September 26, 2025                                              */s/ Michael Bruns*

                                                                                 Michael Bruns