# Exhibit NNN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Southern Division

- - - - - - - - - - - - - - - -+
                    |

AMERICAN EDUCATIONAL |
RESEARCH ASSOCIATION |
(AERA) and SOCIETY FOR |
RESEARCH ON EDUCATIONAL |
EFFECTIVENESS (SREE), |
                    |

     Plaintiffs, | Case Number:
                    |

  vs. | 25-cv-1230
                    |

U.S. DEPARTMENT OF |
EDUCATION, INSTITUTE OF |
EDUCATIONAL SCIENCES, |
LINDA MCMAHON and MATTHEW |
SOLDNER, |
                    |

     Defendants. |
                    |
- - - - - - - - - - - - - - - -+

Video Deposition of

MATTHEW E. SOLDNER, Ph.D.

Wednesday, November 3, 2025

at 9:12 a.m.

in Washington, D.C.

Reported by:  Laurie Donovan, RPR, CRR, CLR

Job no: 11545

December 3, 2025

9:12 a.m.

Video deposition of MATTHEW E. SOLDNER, Ph.D., held in person, with the witness and all parties participating in person, pursuant to the Rules of the United States District Court for the District of Maryland, Southern Division, subject to such stipulations as may be recited herein or attached hereto, before Laurie Donovan, a Registered Professional Reporter and notary public of the District of Columbia, who officiated in administering the oath to the witness.

APPEARANCES

ON BEHALF OF PLAINTIFFS:

Democracy Forward Foundation

1445 New York Avenue

Washington, D.C. 20005

(202)448-9090

By:  Daniel McGrath, Esq.

dmcgrath@democracyforward.org

Madeline Gitomer, Esq.

mgitomer@democracyforward.org

ON BEHALF OF THE DEFENDANTS:

U.S. Department of Justice

1100 L Street, NW

Washington, D.C. 20012

(202)514-4011

By:  Michael Bruns, Esq.

michael.bruns@usdoj.gov

ALSO PRESENT:

Gene Aranov, videographer

Kayla Kaufman

Jessica Lee

Victoria Nugent

EXAMINATION INDEX

PAGE

EXAMINATION BY MR. MCGRATH . . . . . . . . . . 8

E X H I B I T S

EXHIBIT      DESCRIPTION                          PAGE

Exhibit 1    Email from Matthew Soldner to
             IES Managers, Bates number
             EDAERA00001133 . . . . . . . . .   90

Exhibit 2    Email exchange between Matthew
             Soldner and Jonathan Bettis,
             Bates number EDAERA0001040 . . .   92

Exhibit 3    Email exchange between Matthew
             Soldner, Richard Lucas and
             Jonathan Bettis, Bates number
             EDAERA0003156 . . . . . . . . . .   96

Exhibit 4    Email from Jonathan Bettis
             regarding OS Data Call, Bates
             number EDAERA00001880 . . . . . .  104

(Exhibits continued)

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 5 | Spreadsheet, Bates number AR00005 . . . . . . . . . . . . . . | 108 |
| Exhibit 6 | Email chain, Bates number EDAERA00001949 . . . . . . . . . | 120 |
| Exhibit 7 | February 12, 2025 memo for Denise L. Carter, Bates number EDAERA00001173 . . . . . . . . | 123 |
| Exhibit 8 | February 12, 2025 memo for Denise L. Carter, Bates number EDAERA00001139 . . . . . . . . . | 126 |
| Exhibit 9 | Email chain regarding NCES contract cancellations, Bates number EDAERA00001843 . . . . . . | 128 |
| Exhibit 10 | Email chain regarding IES FY25 grants options memo, Bates number EDAERA00001056 . . . . . . | 135 |
| Exhibit 11 | Emails from Matthew Soldner, Bates number EDAERA0003670 . . . | 149 |
| Exhibit 12 | Spreadsheet, Bates number EDAERA00004076 . . . . . . . . . | 149 |

(Exhibits continued)

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 13 | Email from Matthew Soldner to staff, March 12, 2025, Bates number EDAERA00003899 . . . . . . | 154 |
| Exhibit 14 | Email from Matthew Soldner to Tiffany Burrel1 dated March 12, 2025, Bates EDAERA00003223 . . . | 171 |

P R O C E E D I N G S

9:12 a.m.

------------------------------------------------------------

THE VIDEOGRAPHER: Good morning. This is tape number one of the videotaped deposition of Matthew Soldner in the matter of American Education Research Association, et al, versus US Department of Education, et al., in the United States District Court for the District of Maryland, Southern Division, case number 25-CV-1230.

This deposition is being held at Democracy Forward at 1445 New York Avenue, Northwest, in Washington, D.C., on December 3, 2025, at approximately 9:12 a.m.

My name is Gene Aronov, representing TransPerfect Legal Solutions, and I'm the legal video specialist. The court reporter is Laurie Donovan from the firm TransPerfect Legal Solutions.

Will counsel please introduce themselves.

MR. MCGRATH: Good morning. I'm Daniel McGrath. I'm joined by my co-counsel, Madeline Gitomer, Kayla Kaufman and Victoria Nugent.

MR. BRUNS: Michael Bruns from the United States Department of Justice, representing all defendants.

THE VIDEOGRAPHER: Would the court reporter please swear in the witness.

* * * * *

Whereupon,

MATTHEW E. SOLDNER, Ph.D.,

having been first duly sworn, testified upon his oath as follows:

EXAMINATION BY COUNSEL FOR PLAINTIFFS

BY MR. MCGRATH:

Q   Good morning, Mr. Soldner.  Have you ever been deposed before?

A   No.

Q   So there's a court reporter taking down everything you say, so it's important that you respond verbally and not with hand gestures or physical gestures.

If you can try and wait until I finish each question before you start to answer, I will similarly try not to speak over you as you are responding.

If you ever feel like you don't fully understand the question that I've asked, please just ask me to clarify.

We are going to plan on taking a break every hour or so, but if you need a break, please let me know, and we can just finish the last question that I've asked and take a break when you need it.

We're going to plan on having lunch, and we should have sandwiches delivered here.

So could you tell me; are you represented by counsel today?

A    Yes.

Q    And have you prepared for this deposition in any way?

A    Yes.

Q    Did you review any documents to prepare for today?

A    Yes.

Q    What, what documents?

A    I was made aware that there might be example documents shown to me.  I was shown examples of such documents.

Q    Were they like the documents that were produced in this litigation?

A    As far as I know.

Q    Did you speak to anyone besides your counsel about the deposition today?

A    No.

Q    Did you do anything else to prepare?

A    No.

Q    Did you bring any documents with you today?

A    No.

Q    So we're going to start by asking about your personal background.

Can you briefly explain your education and professional background before coming to IES.

A    Sure.  So I got my bachelor's degree at Kansas State in 1993 in psychology and women's studies -- or 1997 -- sorry -- 1997 in psychology and women's studies.

I went to the University of Maryland between 1997 and 1999 to get my master's degree in counseling and student personnel services.  I worked there for a time, and then at the University of Maryland Baltimore County in their division of residents life --

THE REPORTER:  Division of what?

THE WITNESS:  Residents life or residential life.

I then returned to get my Ph.D. at the University of Maryland College Park.  As I was finishing that, I did a fellowship at the National Center for Education Statistics, which is part of IES and the Department of Education.

Following that, I was hired at the US Department of Education for a period of about four years, and then left around 2014 to go work at the American Institutes for Research, and I returned to the department in July of 2018.

BY MR. MCGRATH:

Q    When you first were hired at the department, what position did you have?

A    I was an education research analyst in NCES.

Q    And when you returned in 2018, what position did you take?

A    Commissioner for the National Center for Education Evaluation and Regional --

THE REPORTER:  You need to slow down. Commissioner for the National Center --

THE WITNESS:  For Education Evaluation and Regional Assistance, or NCEE.

THE REPORTER:  NCEE?

THE WITNESS:  Yes.

THE REPORTER:  NCEE?  I'm sorry.

THE WITNESS:  Yes, N-C-E-E, yes.

THE REPORTER:  Okay.  Sorry.

BY MR. MCGRATH:

Q    And what positions were you serving in as of mid 2024?

A     Let's see.

Following April 2024, I was serving as commissioner for the National Center for Education Evaluation, NCEE, and I was serving as acting director of IES.

Q     And what positions are you serving in now?

A     I am currently serving as the interim deputy commissioner of the National Center for Education Statistics, the acting commissioner of NCES, and the acting director of IES.

Q     So if we go back to 2024 before you assumed the third position you noted, what were your primary responsibilities leading NCEE as well as IES?

THE REPORTER:  Say it again.  NCEE?

MR. MCGRATH:  NCEE.

THE REPORTER:  As well as IES.  Let me fix something real quick.

Okay.  Got it.

THE WITNESS:  Okay.  So in NCEE, I was overseeing the work of two divisions, our division of federal program evaluation which did evaluations of federal programs, then also oversaw our knowledge synthesis branch, which included the Regional Educational Laboratories, the National Library of Education, and ERIC,

E-R-I-C, and the What Works Clearinghouse.

BY MR. MCGRATH:

Q   And as director of IES, what were your responsibilities?  Or acting director.

A   Right.  Providing leadership to the other commissioners inside IES, working with my deputy directors on issues of budget and policy and finance, and working with my deputy director of science on peer review of reports and grants.

Q   And so what did your duties look like on a daily basis?

A   On a daily --

Q   In, in leading IES.

A   It could involve meeting with the commissioner to review a request for applications that we were considering releasing to the field.  It could involve discussing the peer review process of those grants.  It could involve working through a hiring or budgetary concern with my director -- deputy director for policy and budget.

Q   And at the same time, you were still the leader as the commissioner of NCE -- NCEE?

THE REPORTER:  Hang on.  Let me get this right.  There are a lot of acronyms that are just similar, you know.

MR. MCGRATH:  There will be more.

THE WITNESS:  Yeah, sorry.  I will try to avoid them if I can.

THE REPORTER:  Let me do this.  Hold on.

If I don't fix them now, I'll -- you know.

Okay.  So the question was -- I'm so sorry about that -- "At the same time, you were still the leader as the commissioner of NCEE?"

BY MR. MCGRATH:

Q    And what were your daily duties and responsibilities as commissioner of NCEE?

A    Reviewing publications prior to their being shared with peer review.  Meeting with branch or division leaders about the strategy for their programs or concerns they were having.  Addressing issues of human resources or budget or policy.

Q    And how many people were you managing in that role?

A    Approximately 30 in NCEE.

Q    I think if we could step back and talk about what IES was doing in 2024 at a, at a high level, could you describe what IES's mission was in 2024.

A    Yes.  IES's mission is to collect statistics, conduct or support research, including evaluations of federal programs, and provide technical

assistance to states and districts in a manner that is rigorous and objective.

Q    And how did it achieve that mission?

A    IES uses a variety of contracts and grants to collect and analyze data, to support research led largely by universities, and to fund social science research firms and occasionally universities in providing technical assistance to states and districts on evidence-based practices.

Q    As a part of that work, does, does IES see disseminating research and data as a part of --

A    Yes.

Q    -- that work or a key part of its functions?

A    Yes.

Q    How does it -- or how did it in 2024 engage in that dissemination?

A    IES releases publications that disseminate data it collects.  IES conducts, through its technical assistance providers, webinars or other activities to communicate information.  IES uses its website to release blogs, social media posts.

Q    Why -- why does IES engage in all those dissemination activities?

A    To ensure the public reaps the benefit of their investment in collecting the data and supporting

that research, ultimately with the goal of improving practice.

Q So you cite "with the goal of improving practice." Is that the important end that IES sees its dissemination as achieving?

A Yes.

Q If we think about the functions you mentioned, why were those functions IES was performing as of 2024 important, in your view?

A Largely because we have strong evidence that student achievement, particularly in core academic subjects, like math and literacy, as not at the level, certainly not universally, that we might help, and so our goal is to bring evidence-based practice to practitioners and policy-makers to raise the level of academic proficiency of students, which drives our work.

Q So the research and data collection are in service of improving education outcomes?

A Ultimately, yes.

Q If we look at a slightly lower level, more granularly, you mentioned NCEE's conduct of evaluations.

A Mm-hmm.

Q Can you tell me what kind of evaluations

NCEE was carrying out as of 2024?

A   I -- NCEE conducts primarily two types of evaluations:  Implementation evaluations and impact evaluations.  Implementation evaluations explore the extent to which programs are implemented as intended. Impact evaluations explore the impact or causal effect of a policy or program on important outcome.

Q   And what would some of those evaluations have been?  What would examples be?

A   An evaluation of the Carl Perkins Vocational and Technical Education Act, an evaluation of comprehensive state literacy development grants, and others.

Q   And how did NCEE choose which evaluations to carry out?

A   A mix of policymaker priorities and requirements in specific statutes.

Q   And when you say "policymaker priorities," who developed those priorities?

A   Typically, NCEE staff would meet with senior career and political leadership in the various offices of the department to try to understand their interests, and then devise evaluations that were responsive to their needs.

Q   Would the NCEE staff bring their

professional expertise to that process?

A    Yes.

Q    You mentioned that some of these were direct -- some of these evaluations were directed by specific statutes?

A    Yes.

Q    What was the process for deciding to undertake an evaluation that IES thought was required by a specific statute?

A    We would look at the statutory requirement as we understood it to be.  We would speak with staff in that office to ascertain whether they agreed and what their interest, interests were relative to those; and if resources were available and the work was feasible, we would seek to undertake it.

Q    And for these evaluations, whether they were based on policy priorities or statutory requirements, what was IES's view of the broader purpose that the evaluations would serve?

A    Implementation evaluations are largely designed to build evidence about how implementation of a program can be strengthened.  Impact evaluations are usually used to characterize the efficacy of a policy or program, either to inform its expansion or revision.

Q    And why is conducting evaluations --
implementation or impact -- important?

A    We believe evaluation is a critical tool in
improvement and better achieving the goals of a given
policy, ultimately, in service of student outcomes.

Q    Was there a focus on evaluating
federally-funded or federal education programs?

A    Yes.

Q    Why did NCEE focus on evaluating federal
programs?

A    Statutory language in ESRA directs that
focus.

THE REPORTER:  And what?

THE WITNESS:  Oh, sorry.  The Education
Sciences Reform Act or ESRA, E-S-R-A.

BY MR. MCGRATH:

Q    Were nonfederal programs evaluated?

A    Yes.

Q    Why would NCEE choose to evaluate nonfederal
programs?

A    Generally, we would evaluate -- we would
evaluate a nonfederal program if there was -- if the
evaluation was of a strategy that could be deployed
inside a federal program as opposed to the program
itself, we might evaluate that strategy within the

context of a given program, but that would not be taken as the evaluation of the program. It would be of the strategy in particular.

Q And as of 2024, about how many evaluations would NCEE be carrying out?

A I would have to guess around 50, although I would need to check.

Q Were there, as of 2024 -- you mentioned policy priorities. Were there particular developments in the education landscape that led NCEE to view particular evaluations as particularly important?

A In general, we prioritize based upon our partners' needs for an evaluation. So, for example, if there is a sense reauthorization of a law might be forthcoming, that might receive priority in the work.

Q You also mentioned that NCEE operated Regional Educational Laboratories or RELs, R-E-L-s.

Was that an important function of NCEE as of 2024?

A Yes.

Q What were the RELs?

A RELs are regionally-based technical assistance providers who are designed to support states and regions in the conduct of applied research in training, coaching and technical support related to

evidence-based practices and the dissemination of scientifically valid research.

Q   Why were the RELs' research technical assistance on dissemination functions important as of 2024?

A   Well, they are specifically called out in ESRA as a function of NCEE, so for no other reason, that they are specifically required to be a function that IES undertakes.

Q   Did RELs have any notable impacts?

A   Yes.  The most widely noted impact is related to improving reading achievement in Mississippi.

Q   How did the RELs contribute to that improvement?

A   The RELs partnered with state education agency leadership to help that state leader realize her vision for evidence-based literacy instruction, so providing technical support to her and her team as she was doing so.

Q   Do the RELs ever conduct original research?

A   Yes.

Q   Did they conduct research, original research in that example that you just mentioned?

A   I don't know.  It was before I came to IES.

Q    Do the RELs work with education researchers who are not directly employed by the RELs?

A    Generally, no.

Q    Would they work with people who are carrying out evaluations or education evaluators?

A    Generally not.

Q    Who would they work with in state and local --

A    Yeah, typically they would work with state chiefs or their designees or leaders of large districts in a state.

Q    To transition to NCER or the National Center for Education Research, what was the, circa 2024, the primary function of NCER?

A    To award research grants to universities and social science research firms to conduct research or support the training of research professionals.

Q    And was that the way that NCER was carrying out its congressionally assigned mission?

A    Largely.

Q    Why did NCER choose to carry out that mission through research grants?

A    The authorizing legislation for NCER identifies grants as one mechanism for achieving its goals.

Q    And was there a policy judgment that went into NCER's approach to using research grants to achieve those goals?

MR. BRUNS:  Objection.  I caution the witness not to reveal any deliberative process.

MR. MCGRATH:  Are you directing him not to answer the question?

MR. BRUNS:  No.  Just to not reveal any privileged discussion.  He can answer the question, but not reveal any deliberative discussions.

THE WITNESS:  Historically, the type of work NCER would support is typically that done by university-based professionals or those of social science research firms, and so grants to those agencies historically is one way of achieving its mission.

BY MR. MCGRATH:

Q    What type of research was carried out under these grants?

A    It could vary widely.  Do you mean topically, or --

Q    Topic, topically, yeah, but also how the research would be conducted.

A    Okay.  NCER supported a variety of

topically-focused research, including that on core academic subjects, as well as social and behavioral contexts for learning.

Additionally, on research on methods, quantitative and otherwise, the types of work it sponsored ranged from causal impact studies to descriptive research.

It also has awards for researcher training, both personnel preparation grants that train cohorts of master's or doctoral students, as well as investments in research training programs where institutions sponsor multi-week courses for researchers in a given topic.

Q    And what were key areas, as of 2024, where research -- key topical areas where research was being carried out?

A    Literacy issues related to student behavior, social/emotional learning, some research in math, some research in civics, some research in policy where we supported states in the use of their data to analyze their policy questions that were relevant to their state or district.

Q    How were the research grants themselves awarded?

A    Are you asking specifically how the peer

review process works?

Q    Well, I think you could start at a high level of what was NCER's mechanism for awarding the research grants.

A    Generally, NCER will release a request for applications that identifies the type of work that NCER is interested in funding.  It will solicit applications --

THE REPORTER:  It will what?  Look at applications?

THE WITNESS:  Solicit applications.  Those applications will be received and peer-reviewed, and in general, the highest scoring applications would then be funded, pending the availability of funding via grants.

BY MR. MCGRATH:

Q    Why did NCER use peer review in the process of awarding the grants?

A    It is statutorily required.

Q    Does that help serve the function of ensuring the research is scientifically valid?

A    Yes.

Q    What was NCER's broad view of the value of the research being conducted under these grants?

A    Generally, the goal was that, taken

together, the research would be used by a policy-makers and practitioners to improve student outcomes.

Q   Who would use this research?

A   This research could be used by developers of classroom or, you know, interventions or other units. Could be used by policy-makers.  Could be used by the media.

Q   Would education researchers use research projects to, to build on --

A   Yes.

Q   -- for their own research?

A   Yes.

Q   Did the IES engage in dissemination of the research findings created by these grants?

A   In some manners, yes.

Q   What, what manners might IES have used?

A   We might have blogged about it on our website.  We might have brought researchers together at a meeting to discuss the outcomes of the early findings, the outcomes of their work.  Grantees are expected to disseminate their research on their own as well.

Q   Is that a condition of the grants usually?

A   It is a component of the application that

they must submit.

Q    And when you say IES might have had convenings or might have blogged, did IES, in fact, do those activities in the past?

A    Yes.

Q    Transitioning again at a broad level to NCES, the National Center for Education Statistics, as of 2024, what were NCES's primary responsibilities?

A    To collect, analyze and disseminate statistics about the condition of education in the United States.

Q    And how would they -- how would NCES carry out those responsibilities?

A    They would use a combination of administrative data collections and surveys of typically teachers or students to gather the data. Then those would be analyzed and disseminated.

Q    And what types of data would be collected in those surveys and administrative data collections?

A    It could range broadly based on the level of education that was the focus or the population of focus.  If there's a specific area you would like me to talk to, I could.

Q    No.  I think -- what would be an example of an area in which data would be collected?

A    Enrollment counts of students by grade, individual schools.

Q    And how would NCES actually collect that data?

A    Typically, NCES would work with a social science research firm under contract to design and implement a data collection from the unit of interest.

Q    Would -- staff at NCES would initiate a process to select a contractor or bid for a contractor?

A    Yes.

Q    Would the NCES staff manage that contractor's work?

A    Yes.

Q    As of 2024, did NCES conduct longitudinal studies?

A    Yes.

Q    What types of longitudinal studies?

A    An example would be the beginning post-secondary students' longitudinal study which follows students over time.

Q    Are there other examples from that period?

A    Yes.

Q    What, what other longitudinal studies were being conducted?

A    The National Teacher and Principal study has a longitudinal component.  The Early Childhood longitudinal study has a longitudinal component and others.

Q    Why did NCES carry out longitudinal studies?

A    Generally, the belief is longitudinal studies provide insight into evolving processes of growth or development.

Q    Why would a longitudinal study provide that insight?

A    Because you're following the same cohort of people over time.

Q    Were there important insights gained from these longitudinal studies?

A    I hesitate to compress my definition of "important" on, on any particular study.  Do you have a specific --

Q    Well, was the High School and Beyond longitudinal study --

THE REPORTER:  Say it again.  Was the what?

BY MR. MCGRATH:

Q    Was the High School and Beyond longitudinal study a study that NCES had carried out --

A    Yes.

Q    -- historically?

A    Yes.

Q    Were there important insights that were gained over time from the conduct of that study in its sequential iterations?

A    That study generated a substantial amount of research in the field.

Q    Do you recall what type of research was generated or on what topics?

A    That series of studies, for example, helped popularize a notion about the importance of the timing of taking algebra relative to students' subsequent succuss in post-secondary education?

THE REPORTER:  Say it again.  To students' post-secondary --

MR. MCGRATH:  Success.

BY MR. MCGRATH:

Q    So you mentioned other data collections that NCES was carrying out.  How did NCES choose, as of 2024, what types of data to collect?

A    Generally, it was a mix of data collections that were essential to fulfilling functions elsewhere in the department or that contributed to longstanding NCES activities.

Q    What functions within the department would, would NCES data serve?

A    NCES serves as the sponsor collecting agent for other offices in the department via a system known as "EDFacts."

THE REPORTER:  Okay.  Can you spell it?

THE WITNESS:  E-D, Facts, F-A-C-T-S.

BY MR. MCGRATH:

Q    And that EDFacts data, what, what functions within the department would it support?

A    It varied based upon the specific office who used EDFacts as a collection mechanism.  It could be to support their own internal policy analysis or their own decision-making.

Q    Was it used for the department's formula grant calculation?

A    It could be in some instances.

Q    What other purposes did NCES see its data serving in 2024?

A    Largely, the role of NCES is to collect and dissemination on the condition of education.  We viewed or they viewed their purpose as shedding light on that phenomenon across the lifespan and levels of education.

Q    Was informing policy-makers one of the goals NCES had --

A    Yes.

Q    -- in doing that?

Did the dissemination of NCES data seek to further education research?

A    Yes.

Q    Did NCES try to disseminate its data to education researchers?

A    Yes.

Q    What were some of the ways that it did that?

A    Via publications and through licensing its data.

Q    What is licensing its data?

A    NCES makes available the data it collects in two formats.  The first is public.  The second is via a restricted-use data licensing program.

Q    Why does it operate a restricted use program?

A    The restricted-use program is designed to ensure that only qualified researchers who pledge to not attempt to reidentify any person contained in a dataset had access into those data -- can access NCES data.

Q    But NCES goes through the trouble of ensuring there's a process for individuals to access that data --

A    Yes.

Q    -- with the licensing?

Why does NCES go through the, the trouble of having a, a process for allowing access to all the data?

A    Historically, it has been to make the data available to those who can put it to good use or additional use.

Q    And who usually is seeking that access?

A    Education researchers.

Q    Stepping back to IES more broadly circa 2024, did IES see the conduct of timely research and data collection -- meaning up-to-date research and data collection -- as an important part of its role?

A    Yes.

Q    Why?

A    Timely data are more credible and actionable for those who can take action on it.

Q    And as of 2024, were there particular developments in education that warranted timely research and data?

A    I don't believe 2024 was unique compared to other years in terms of the importance of timeliness.

Q    Well, for example, the, the post-pandemic period had -- some have said had educational impacts. Was that a reason that timely data would have been

useful as of 2024?

A    Yes.

Q    Or the deployment of artificial intelligence; was that something that IES was thinking about in terms of producing timely research and data?

A    As a mechanism to do so --

Q    No.

A    -- or as a phenomenon --

Q    A phenomenon of study.

A    Nascently.

Q    So to speak a little bit more about the mechanisms of dissemination that, that IES had, would you -- you had mentioned the What Works Clearinghouse. Would you say that that was a, an important dissemination function --

A    Yes.

Q    -- of IES?

What was the What Works Clearinghouse?

A    The What Works Clearinghouse sought to review existing educational research, synthesize that research, and make the synthesized findings broadly available.

Q    Available to who?

A    To educators, policy-makers and other researchers.

Q   Who at IES was responsible for the operation of the What Works Clearinghouse?

A   By name or by role?

Q   Oh, by, by, by component and the position.

A   Yeah, it was a function within NCEE in our knowledge use branch.

Q   And about how many people would work on that?

A   About -- about five and a half FTE.

Q   How often would it be updated as of 2024 or in the years before it?

A   Data were added to the WWC on a flow basis.

Q   So as new research came out or was synthesized, it would be uploaded or --

A   Yes.

Q   -- added to the WWC?

A   Yes.

THE REPORTER:  "WWC" is what you're saying?

THE WITNESS:  WWC.

BY MR. MCGRATH:

Q   How was it operationalized, the What Works Clearinghouse?

A   Which aspect?

Q   Well, it, it has a website.

A   Yes.

Q   Were -- there were five and a half FTE --

A   Yes --

Q   -- you said, about.  Did they use contractors to support their work on the WWC?

A   Yes.

Q   What would the contractors do to support the WWC?

A   Briefly or generally, they would be directed to conduct literature searches in an area of particular interest to the WWC, screen that research to identify that which met our standards, synthesize those findings and produce publications in the, in the main.

Q   And the staff at NCEE would manage that work, or would they also do similar work to support the WWC?

A   In general, they would devise the kind of plan of work, and then ensure the contractor was performing that work satisfactorily.

Q   And what does that involve, ensuring that the contractor was performing satisfactorily?

A   Regular meetings and reviewing contractor deliverables, responding to contractor questions.

Q   And what -- you don't have to say individuals' names, but what type of positions would

these individuals at NCEE have for qualifications?

A   They generally would be either education research analysts or possibly statisticians.  They would usually have at least a master's degree in education research or a Ph.D.  Many would have some sort of classroom or administrative background.

Q   Besides the What Works Clearinghouse, you mentioned some other forms of dissemination.

Were the RELs used as an important mechanism of disseminating --

A   Yes.

Q   -- information?

A   Yes.

Q   How would they disseminate research and data?

A   RELs would work with state and district partners to identify their partners' needs.  If there was relevant research or data to be shared with the partner that would meet those needs, RELs would do that, as an example.

Q   You discussed the restricted use data, and IES's facilitation of access to it.  Would, would contractors support that access to restricted-use data?

A   Yes.

Q Would NCES staff support that access?

A Yes.

Q How -- about how many staff would have that as their, their responsibility?

A About three staff were probably substantively involved.

Q Would it be the primary responsibility or a secondary responsibility?

A Certainly primary for two.

Q And would they manage the contractors who were supporting that access?

A Yes.

Q Was there difficulty as of 2024 in providing prompt access to restricted-use data?

A It's difficult to answer that question. Difficulty from whose perspective?

Q From, from IES's perspective in, in meeting the demand for restricted-use data.

A I was never made aware they had difficulty in meeting the demand.

Q Were there established timelines for responding to requests for access?

A I'm unaware if there were established timelines.

Q What does granting that access to

restricted-use data involve?

A    So historically, applicants submit an application.  There have been different portals over time through which that happened.

An application is received ultimately at NCES.  It is reviewed by a subject matter expert who verifies that the questions posed by the research can be reasonably answered by the data.

If that is the case, there are -- there's a process for reviewing or ensuring that the applicant has the ability to comply with our security requirements around using the data, and if all those kind of boxes are checked, then a license is issued.

Q    And as of 2024, would that work be done by an NCES staffer or by a contractor?

A    The application would be received by a contractor.  The substantive review of the researchability of the questions or the feasibility would be done by an NCES staff member, and ultimately the staff member would grant the license or would sign off on the license.

Q    Were there other key ways that IES disseminated research and data?

A    As I mentioned earlier, some public data is placed directly on our website.  NCES also has a

variety of data tools that allow the public to analyze both public and restricted-use data.

Q    You also mentioned IES components providing technical assistance.  What forms of technical assistance did IES provide?

A    Which component are you most interested in?

Q    Well, we could start with NCEE.  What, what type of technical assistance would NCEE provide?

A    The bulk of NCEE's technical assistance took place through the REL program.  As I mentioned, RELs would work with states and districts to identify their areas of interest, provide aligned technical assistance, dissemination activities.

The What Works Clearinghouse would also occasionally offer webinars, brown bags, other ways in which they provided technical assistance or disseminated information.

Q    Did NCEE ever provide technical assistance to people who are designing evaluations?

A    Yes.

Q    What -- why would NCEE provide that technical assistance?

A    In the hopes that the evaluations evaluators conducted would meet WWC's standards for quality.

Q    And what are the WWC's standards for quality

in brief?

A    Yeah, the WWC publishes a handbook of standards and procedures which outline its definition of rigorous causal research.

Q    Would NCER provide technical assistance to researchers perhaps?

A    NCER would support training grants to researchers.  Do you have a more specific --

Q    No.  So you wouldn't consider that to be technical assistance?

A    Yes, I would.  It's a form of technical assistance, yeah.

Q    Why did NCER provide those grants?

A    NCER is charged with supporting scientifically valid research, and so providing technical assistance aligned with that charge improves the quality of research generally.

Q    And did IES components provide technical assistance within the Department of Education?

A    Yes.

Q    So other -- which other components in the department?

A    The Office of Elementary and Secondary Education --

THE REPORTER:  I'm sorry.  What?

THE WITNESS: Oh, sorry. The Office of Elementary and Secondary Education, for example.

BY MR. MCGRATH:

Q What would that technical assistance look like?

A One OESE program requires applicants to submit evidence supporting the strength of their application. We would support that program in providing technical assistance to applicants and grantees in service of them doing so.

Q Would an IES component provide technical assistance to department components that were using EDFacts data for grant formulation purposes?

A NCES staff would provide tabular data from EDFacts to OESE offices, for example, in furtherance of their mission.

MR. MCGRATH: I think we can take a break, as I said, every hour for five- or ten-minutes, whatever is most comfortable.

THE WITNESS: Whatever, whatever you need.

THE VIDEOGRAPHER: We are going off the record. The time is 10:03 a.m.

(Whereupon, a short recess was taken.)

THE VIDEOGRAPHER: We are back on the record. The time is 10:19 a.m.

BY MR. MCGRATH:

Q   Mr. Soldner, we had been talking about NCES's functions, and we had discussed the Beyond High School study, longitudinal study.

Was the Early Childhood longitudinal study also a study that NCES had been carrying out in 2024?

A   Yes.

Q   Was that study part of a longer series of longitudinal studies of Early Childhood?

A   Yes.

Q   Why did NCES carry out a longitudinal study of early childhood?

A   There is language in the authorizing statutes referring to early childhood as an area of interest.

Q   Was there any judgment made that it was important to conduct longitudinal studies on that, that area of interest?

A   Those decisions would have been made prior to me having been in my positions.

Q   Did experts within NCES think it was valuable to conduct longitudinal studies centering on early childhood?

A   I can't speak definitively to what others knew.  I would presume yes.

Q    In your conversations with people at NCES, did you talk to people who worked on the Early Childhood longitudinal study?

A    Yes.

Q    How many staff would have been working on that?

A    I don't know in 2024.

Q    Would you know approximately how many staff would work on a longitudinal study?

A    It varied based on study.  One to three, typically.

Q    And would the staff work with a contractor to carry out a study like the ECLSK?

A    Yes.

THE REPORTER:  Like the what?

BY MR. MCGRATH:

Q    The ECLSK or the Early Childhood Longitudinal Study Kindergarten.

A    Yes.

Q    In the ECLSK's iterations, had that study contributed anything significant to the understanding of early childhood education?

A    I'm not an expert in early childhood education.  That study certainly spawned a number of articles and further research.

Q    On what types of topics?

A    Early literacy development as an example.

Q    Is that a topic that has value to the field of education research?

A    In my opinion, yes.

Q    Why?

A    Foundational literacy is critical to students learning to read and ultimately reading to learn and achieve the academic outcomes we hope for students.

Q    So early literacy is an important goal writ large for the education system?

A    It's an important precursor to the things we hope to see, yes.

Q    We discussed the beyond high school longitudinal study.  You had mentioned that one finding from that series of studies was that taking algebra had had a significant impact on students' learning; is that right?

A    Early research in that series of studies identified taking Algebra 1 as an important correlate to later post-secondary --

THE REPORTER:  Slow down.  As important correlate --

THE WITNESS:  Yeah, correlate, correlate to

later post-secondary success, yes.

BY MR. MCGRATH:

Q    Why was that finding significant?

A    In general, our goal writ large is to improve attainment of post-secondary education.

Q    Is that the type of finding that could help inform policy-makers?

A    Yes.

Q    Could that lead to policy changes?

A    Yes.

Q    Would you view that as an important function that IES concerns writ large?

A    Yes.

Q    We also discussed the impact of the RELs, the Regional Educational Laboratories on the state of Mississippi's reading test scores.

A    Mm-hmm.

Q    How did the RELs go about aiding the state in that case?

A    That was before my time at IES.  It's my understanding that the RELs supported states' leadership in understanding the evidence related to improving literacy outcomes for students, and provided technical support, as needed, on issues relating to evidence-based reading instruction.

THE REPORTER: Relating to what?

THE WITNESS: Of evidence-based literacy instruction.

BY MR. MCGRATH:

Q What would that actually look like for the RELs to provide that assistance?

A In that specific case? I don't know what the activities were, as it preceded me.

Q What, what similar functions did the RELs serve for other states?

A Examples might include briefing a senior leadership team on the status of evidence in a given domain so that they might think about how to incorporate that in their policy-making. It could include conducting workshops with curriculum directors describing the evidence, helping them think about how that might be incorporated into their work with districts or school-based staff, things of that nature.

Q And who would carry out those activities?

A The REL staff.

Q And the REL staff were contractors?

A Yes.

Q You mentioned that NCEE's, NCEE's staff worked on the RELs as well?

A    Yes.

Q    What would those staff do in, in supporting the operation of the RELs?

A    As it relates specifically to providing the TA which you just spoke --

THE REPORTER:  The what?

THE WITNESS:  The technical assistance.

BY MR. MCGRATH:

Q    In providing technical assistance to the states?

A    RELs provide ED staff proposals for work they hope to do with state or district partners. Those proposals are reviewed by the ED staff, and there is some iteration.

Then REL staff -- or then ED staff might review training materials or other deliverables associated with that technical assistance.

Q    When you say "iteration," what does that mean?

A    Going back and forth on specifics of the work to be conducted.

Q    So providing expert guidance?

A    Yes.

Q    Were the staff who worked on the RELs particularly proud of the impact in Mississippi, from

your conversations with them?

A   Generally, yes.

Q   Did NCEE, as of 2024, see impacts like the impact in Mississippi as a goal it would like to attain, attain in operating the RELs?

A   Yes.

Q   Were there other goals that NCEE saw the RELs as seeking to achieve that were particularly important?

A   Generally, the goal of RELs is to bring research and evidence to whatever the question of policy or practice a state or district partner had, which could be on a variety of matters.  The goal was using evidence to help partners achieve their stated goals.

Q   And what were the partners' normal stated goals or usual stated goals?

A   It would vary based on jurisdiction.  An example might be achieving a certain benchmark on a state test.

Q   Why would states value achieving those benchmarks?

A   Presumptively because that would signal they had improved their state policy or practice in a way that supported students in achieving greater learning

outcomes.

Q    And improving learning outcomes was the writ large mission of IES in conducting this work?

A    Ultimately.

Q    Staying within NCEE's functions as of 2024, you mentioned that the What Works Clearinghouse was updated in a "flow state."

Does that mean it was continuously updated with new material or new research?

A    As new reviews of research was -- were conducted, the site would be updated.

Q    Would that include reviews of research being produced by IES?

A    Sometimes.

Q    What other research would, would be reviewed?

A    The largest single source of research reviewed would be that related to specific products the WWC commissioned where they wanted to synthesize research in a domain.

Q    So what kind of research products would be reviewed in that domain?

A    Journal articles related to the topic at hand or other technical or academic reports related to the topic at hand.

Q    And what kinds of topics in 2024 was the Works -- What Works Clearinghouse looking to, to create product synthesizing?

A    There -- at that time there were projects related to college readiness, career readiness, behavior of children, children K through 5, perhaps others.  That's what comes to mind.

Q    And staff at NCEE would participate in the development of those areas of focus?

A    Yes.

Q    And then what exactly would those staff do to, to facilitate this updating of the What Works Clearinghouse?

A    Within a topic area?

Q    Yeah, within a topic area, for example.

A    Most typically, the staff would identify a topical area of interest.  They then would write a performance work statement to produce the products they desired related to that topic area.

Q    So you mentioned three topic areas.  If it was college readiness --

A    Yes.

Q    -- what would that look like or what would it entail?

A    Which part of the process?

Q    Well, what would the final product be?

A    So the -- generally, the ultimate product for most of the work is what's referred to as a "practice guide."  It's a synthesis of existing research.

Q    And how would that synthesis of existing research -- how would work on that begin?

A    The team, both IES and contractor, would work on a protocol that defined the scope of the literature review that would be conducted.  That review would be conducted.  Articles would be screened for quality.  Quality articles would then be typically presented to a panel of external experts, who then assisted in making meaning of the synthesized findings and producing the practice guide.

Q    And in those steps, it would be -- would it be NCEE staff taking the, the initial steps?

A    Yes.

Q    And then who would conduct the literature review of existing articles?

A    Contractor staff.

Q    So what would the contractor produce to NCEE?

A    They would produce data -- enter data or produce data files summarizing individual studies --

individual studies and a synthesis of those studies, which would then be used by the contractor staff to facilitate the expert panel meetings, which ultimately produced the practice guide.

Q    And how would NCEE staff interact with the contractors throughout that process?

A    I'm sure it varied by project.  Generally, refining the scope if there were questions as to what was in or out of scope of a review.

Q    What issues were in or out of scope, or what research was in or out of scope?

A    Potentially both.  Whether a particular intervention, for example, was the type of intervention that IES thought belonged in scope of the review, for example; the time period that ought to be covered, things like that.

Q    When you say "intervention," what -- what's an intervention?

A    A policy program or product that is researched to determine its impact on an important student outcome.

Q    What, what would be an example in the field of college readiness, for example?

A    SAT tutoring.

Q    So it is an activity or technique undertaken

with students?

A    Yes.

Q    So you mentioned at least three topic areas in 2024 where staff and contractors were looking at updating the What Works Clearinghouse?

A    Mm-hmm.

Q    Is it fair to say the work on the What Works Clearinghouse was constant, meaning -- I can rephrase that.

Were NCEE staff and contractors consistently dedicating time on a weekly basis to work that would contribute to the What Works Clearinghouse?

A    Yes.

Q    You mentioned the practice guides were the -- often an ultimate product on the What Works Clearinghouse.

What was the ideal use for those practice guides?

A    Ideally, they would be taken by educators at the state, district, or perhaps building level, the evidence-based recommendations included therein, then implemented locally to try to improve the outcomes that were the focus of the guide.

Q    So to improve the -- that particular area of the education system?

A    Correct.

Q    We also talked about access to restricted-use data when discussing dissemination.

Could you also describe what the disclosure review process was with, within the restricted-use access program?

A    Yes.  If you are a restricted-use licensee, you are required to submit your essentially final research product -- a journal article, a presentation -- to IES to ensure that nothing you have done in the portrayal of results could serve to inadvertently identify an individual respondent.

Q    So this is before researchers are able to publish their research?

A    Correct.

Q    They submit the research project for disclosure review?

A    Yes.

Q    To protect -- and that's to protect confidentiality of participants in surveys or other data collections?

A    Yes.

Q    Who would conduct the disclosure review?

A    At that time, the disclosure review was largely conducted by contractors.

Q Would NCES staff manage the contractors conducting disclosure review?

A Yes.

Q How would they manage that process?

A As they would any other contract that anyone at IES would oversee.

THE REPORTER: That anyone at IES?

THE WITNESS: Yes.

BY MR. MCGRATH:

Q Well, what does that involve?

A In that case, ensuring the contractor was enforcing the particular standards that were expected as part of the disclosure risk review process.

Q How would an NCES staffer ensure that compliance with the contractor?

A It's my understanding -- because this took place largely prior to my current role -- that they reviewed the results of disclosure risk review prior to transmitting them to the submitter.

Q And when you say as any IES employee would manage a contractor, how, in general, would an IES employee manage a contractor carrying out work under contract?

A Generally, we try to ensure that there are clear expectations between the government and its

contractors, and it's the role of the federal staff to ensure those expectations are being met in a manner consistent with the contract language, scope and budget.

Q    How do they do that?

A    Generally through a process of routine meetings with contractors to receive status updates and reviews of deliverables and monthly reports.

Q    Do they give feedback to the contractors through those meetings?

A    Yes.

Q    Do those staff essentially supervise the contractor's performance?

A    Technically, no.

Q    Do they oversee the manner in which the contractors are carrying out their duties?

A    Technically, they provide feedback to the contracting officer about whether the contractor is performing.

Q    So they provide information to the contracting officer within IES or the department --

A    Yes.

Q    -- about the performance of the contract?

A    Yes.

THE REPORTER:  Of the contract or the

contractor?

MR. MCGRATH: Of the contract. Of the contract, yes.

BY MR. MCGRATH:

Q We've discussed IES's functions at a high level and with examples.

Is there any other entity in the United States that is similar to IES?

A No.

Q What role does IES serve that is unique?

A To my knowledge, IES is the sole federal agency charged with the kind of joint mission of its four centers, which is the collection of statistics on the condition of education, sponsoring research -- sponsored on the condition of education, sponsoring research and conducting federal program evaluations and technical assistance.

Q Is there any way that state agencies are performing a function that is close to the function that IES is performing?

A Some state agencies have one or more analogs to the work of IES.

Q Do any of them collect national data?

A I'm unaware of any state agency collecting national data.

Q   As of 2024 in the scale of research supported, are you aware of any state agencies supporting education research on the same scale as IES?

A   No.

Q   Are there benefits to conducting research or data collection on a nationwide scale?

A   Yes.

Q   What benefits are there?

A   Typically, policy-makers want to be able to make -- federal policy-makers want to be able to make statements about the condition of education federally, which there necessitates national data collections.

Q   Are there opportunities for comparison with nationwide data collection?

A   Comparison between what?

Q   Between different areas of the country, for example.

A   Potentially.

Q   Are there opportunities for comparing different educational approaches?

A   Are you asking whether that's unique to the federal arrangement?

Q   I'm asking whether that is unique to having a nationwide approach to research and data collection.

A    No.

Q    To turn to something we've discussed a bit, but in a little more detail, you've mentioned how contractors support various work at IES.

Would you say that IES relies heavily on contractors to carry out its work?

A    I would say more contractor staff are engaged directly in the activities than federal staff.

Q    So in terms of the number of people working on IES functions, there are more people who are contractors than there are people who are IES staff doing that work?

A    Since its inception, yes.

Q    Why is that?

A    The specific contractor support required for any given activity varies.

As an example, the National Assessment of Education Progress, NAEP, assesses students in classrooms nationally.  To do so, we hire field staff to go nationally and proctor the assessments.  That requires 2,000 or more staff, which is larger than the number of NCES staff available for that work.

Q    Is that unique to data collections that require a lot of field staff?  The, the need for a much larger number of employees?

A    Is your question that the sole -- yeah.

Q    I'll clarify.

A    Yeah.

Q    You mentioned in other contexts contractors working on NCEE's functions, NCES's data collections.

Is it fair to say that contractors are relied on for the majority of IES's functions?

A    No.

Q    So are there data collections conducted by NCES that do not employ contractors?

A    I don't believe so.

Q    Are -- are there practice guides that the What Works Clearinghouse put together in 2024 that did not rely on contractors?

A    No.

Q    So would it be fair to say contractors are integral to most of the IES functions we've discussed?

A    I think they're integral to executing the functions, yes.

Q    To execute the functions?

A    Yes.

Q    Um, why -- I believe you said since IES's inception, it's been the case that contractors have been used; is that correct?

A    Yes.

Q    Why does IES not employ a different model with more federal staff and less contractors?

A    Generally in my time at IES, the volume of work led by IES staff substantially exceeds its ability to hire that number of individuals.

Q    So at NCES, for example, as of 2024, NCES did not have sufficient staff to carry out all of the data collections that it did without the use of contractors?

A    Yes.

Q    We discussed IES's staff's role in engaging with contractors, and you stated that IES staff would inform a contracting officer or representative.  Is that the correct term?

A    Contracting officer.

Q    Contracting officer regarding a contractor's performance.  How would staff handle a contractor that was performing poorly?

A    Initially, IES staff would attempt to remediate that on their own with contractor staff leadership.

        If that failed to achieve the desired outcome, they would then elevate the issue to the contracting officer, which is outside of IES, who has the authority to take a variety of contractual actions

to help ensure performance.

Q   So in raising these issues with leadership at the contractor, how would staff go about doing that?

A   I'm sure it varied across projects.  In general, most IES staff have routine meetings with project leadership.  That would be the natural first occasion to raise a concern.

Q   And when issues were elevated to the contracting officer, what potential options would be raised to the contracting officer?  Options for further action.

A   I don't know that it's the case that the -- that IES staff would recommend an action.  I think it's more likely they would describe the situation and seek the advice of the contracting officer on appropriate action.

Q   The IES staff generally had the expertise regarding education data or research in, in those conversations with contracting officers?

A   Yes.

Q   Because the contracting officer was often outside of IES?

A   Always.

Q   Always.

As of 2024, would -- were there contracts that were canceled mid performance?

A    I am confident there have been.  I could not tell you a number.

Q    In the year 2024, I should have said.

A    Oh.

Q    In the year 2024, were there contracts that were canceled mid performance?

A    None that I can recall, but it's not impossible that there were.

Q    Was there a formal mechanism for IES staff to evaluate a contractor's performance?

A    Yes.

Q    What, what was that mechanism?

A    There is a system referred to as "CPARS."

THE REPORTER:  C-P-A-R-S?

THE WITNESS:  C-P-A-R-S.  I'm struggling to recall what CPARS stands for, but CPARS, yes.

BY MR. MCGRATH:

Q    And what, what information was collected in the CPARS system?

A    As part of a contract, the factors on which the contractor will be evaluated are enumerated.  The IES staff is expected to at least annually go into CPARS and respond to kind of the prompts that align to

those factors.

Q   Would those factors be unique to the particular contract?

A   I think generally not.

Q   Would IES staff employ their particular expertise in education research or data in that evaluation process?

A   Generally, it's my sense that CPARS questions are more related to the conduct of the contract -- timeliness, adherence to scope -- with less emphasis on the content of the work.

Q   So you mentioned regular meetings between IES staff and contractors.  Would those meetings be the forum for discussing the content of the contractor's work?

A   Yes.

Q   Is that the context, a context in which IES staff would use their particular expertise in engaging with the contractor?

A   One context, yes.

Q   Would IES staff consider a contractor's previous performance when providing input in bidding processes for new contracts?

A   Yes.

Q   How would they do that?

A    Typically, they would, in instructions to offerors as part of the bid process, procurement process, seek examples of past performance.

Q    Would those examples of past performance include IES staff's evaluation of the quality of the content of a contractor's work?

A    Only if that -- had a contractor cited prior IES work as an example of past performance, then yes, it would be something they would consider or they could consider.

Q    Is that something that would often occur?

A    I couldn't put a number on it.  It certainly did occur.

Q    Did IES use contractors for multiple contracts, both at the same time and over the years?

A    Yes.

Q    So there were contractors who performed many different contracts for IES?

A    Yes.

Q    In those situations, was it common for IES staff to provide input about the content of those contractors' performance to the offerors?

A    To the offerors?

Q    Sorry.  To the -- I believe you said the offeror's instructions.

A    Oh, instruction to offerors?

Q    Yes.  Sorry.

A    The only -- the only past performance information that is to be evaluated as part of procurement process is that which is included in the offeror's bid to the department.

Q    And many contractors have performed previous work for IES; is that fair to say?

A    Several contractors have performed multiple projects for IES, yes.

Q    Would those contractors who had performed multiple previous projects for IES cite that work?

A    It would be up to those bidders, those offerors to cite their work.  Whether they did or not, I do not -- I do not know.

Q    If we could focus -- shift focus a bit.

We've discussed the roles of IES staff broadly.  There are a number of typical positions or at least position titles within IES.

In NCES, what were the typical responsibilities for statisticians?

A    So statisticians might review proposed data collection instruments.  They might review proposed sampling and weighting plans.  They might review promised analysis plans or the results of those

analyses. Things of that nature.

Q What are proposed data collection instruments?

A The actual surveys or forms that people respond to and provide data within.

Q And who would, who would actually propose those proposed data collection instruments?

A Contractors.

Q So would the statisticians use their expertise in reviewing those instruments?

A Yes.

Q What type of feedback might they give to contractors about the proposed instruments?

A An example could be a question that was worded such that it might yield an ambiguous response that was hard to analyze, and so that would be pointed out as a thing to be corrected.

Q And what types of studies would a statistician -- or data collections would a statistician be providing this kind of input for? What would be an example of a study where they would provide this input?

A Early childhood longitudinal study.

Q Would a statistician have multiple data collections that they were providing input concerning?

A    Some might.

Q    What might be a typical number of data collection that a statistician was providing input to?

A    Typically, nonsupervisory statisticians. Probably only one.

Q    What else would the statistician be doing besides providing input on a data collection?

A    They could be reviewing the actual reports arising from the data collection.  They could be performing quality assurance checks on the data as they are being collected or prior to their release. They could be reviewing the accuracy of data tools reliant upon the data they collected.  Things like that.

Q    If they're performing quality control, is their expertise important in, in providing input in that manner?

A    Yes, although it may not be subject-specific.

Q    What, what type of expertise would they use?

A    Mathematic or statistical as opposed to a given domain education practice.

Q    Why did IES view it as important to have statisticians provide that input to contractors?

A    Statisticians uniquely?

Q   Well, we're talking about statisticians at NCES now.

A   The contractors we employ who are producing these artifacts for reviewing are themselves statisticians, typically.  Therefore, we want statisticians typically to be doing the review of their work.

Q   Was it an oversight mechanism to have expert staff review that work?

A   Yes.

Q   What was the benefit of having that oversight mechanism?

A   It contributed presumptively to a higher quality product at the end, ensuring that it met standards of rigor and quality for IES.

Q   You mentioned that formerly the contracting officer would hold responsibility over the contract, and IES staff would provide input to the contracting officer.

Would a contracting officer be able to provide that type of input that -- I'm sorry.  I'll rephrase.

Would a contracting officer be able to provide the same type of oversight of a contractor's performance as a statistician?

A    No.

Q    Why not?

A    The expertise of a contracting officer is in federal acquisitions, not education research.

Q    And what is the value of having oversight performed by someone with expertise that is relevant to the contractor's work?

A    Presumptively yield a better product for the government and those who choose to use the data or product.

Q    Better how?

A    Free of technical errors.

Q    What, what could result from technical errors?

A    A technical error could result in an erroneous finding being published and reliance upon that information.

Q    And who could rely on that information erroneously?

A    Any user of the data.

Q    But you've previously said policy-makers and other researchers use the data?

A    Yes.

Q    So is it fair to say that faulty data could be relied on by policy-makers and other researchers

without effective oversight?

A   Yes.

Q   In addition to providing input to contractors carrying out data collections, were there other types of work that an NCES statistician would provide?

A   Potentially.

Q   Would NCES statisticians contribute to strategic planning for future data collections?

A   Yes.

Q   How would they do that?

A   Typically, staff remains with a data collection or topic over time, so they would engage with their leadership and outside experts on the potential long-term trajectory of the study.

Q   Switching gears slightly to NCEE, is it fair to say that as of 2024, there were a number of education research analyst positions at NCEE?

A   Yes.

Q   What type of responsibilities would an education research analyst have?  I know there are different components of NCEE, so it could be -- could vary, but if you could describe it generally.

A   Yeah.  Generally, if they were in the evaluation division, they would be designing an

evaluation responsive to a specific --

THE REPORTER: Designing what?

THE WITNESS: An evaluation responsive to a particular set of research questions and overseeing that work.

If they were in the REL program, they would be doing something similar, but within the context of a project proposed by the REL and their state or local partners, so . . .

BY MR. MCGRATH:

Q    What type of qualifications would educational research analysts usually have?

A    Education research analysts have a somewhat less specific set of required educational experiences. Statisticians require more hours of math, for example, less for educational research analysts, but they meet the required distribution of academic credits in their preparation, and then typically had some sort of practical experience, as I mentioned, in a district, in a state with an evaluation firm.

Q    So they would typically have expertise in education evaluation?

A    Particularly if they were in the evaluation division. If they were not, they might have somewhat less.

Q    And we've talked about the RELs and the What Works Clearinghouse managing the work of contractors. Did education research analysts do work beyond managing or overseeing contractor performance?

A    Yes.

Q    What, what other type of work would they engage in?

A    Participating in the long-term planning for their specific area of work.

Q    What would be an example of that kind of participation?

A    Considering what future topics for practice guides might be explored by the WWC.

Q    And how would they contribute to that planning?

A    They would typically propose to their leadership and ultimately to me a sleight of topics they chose to focus on in the next few years.

Q    What would they -- what would those proposals look like?

A    At least in the early phase, they would be relatively brief, a few paragraphs describing the potential focus of the work.

Q    And in the initial phase, they might be brief.  What would they look like in later phases?

A    Ultimately, they would be expanded or transformed into a performance work statement or statement of work.

Q    And would they use their background and expertise in formulating these proposals?

A    Yes.

Q    Did the education research analysts engage with IES stakeholders?

A    Yes.

Q    What, what types of stakeholders?

A    Staff in other program offices, for example, within the department.  Perhaps staff with external advisory groups or advocacy groups who were experts in a given domain of education practice or had an interest in one.

Q    Would they engage with state and local governments or state and local educators?

A    The WWC staff?

Q    At any --

A    At NCEE?  Yes.

Q    Would they engage with education researchers or evaluators?

A    Yes.

Q    As of 2024, why did IES view it as important to have people in these education research positions?

A    Those staff are required to carry out the activities inside their branches or divisions.

Q    And was their particular expertise in the areas that they were working in considered important?

A    Yes.

Q    Shifting to NCER, there were also a number of education research analyst positions at NCER?

A    Yes.

Q    What type of work would research analysts at NCER have performed as of 2024?

A    Typically, they would contribute to the development of the request for applications in the program area in which they were involved.  They would then -- once that had been released to the public, would provide technical assistance to potential applicants to help them understand the requirements and the fit of their proposed project to the work being sought by the government.

Post-award, they would engage in ongoing grantee monitoring to ensure the projects were proceeding at pace.

Q    And when you say "applications" at NCER, applications for grant awards?

A    Yes.

Q    When they engaged with applicants, were

these applicants usually education researchers?

A    Yes.

Q    And you said they provided technical assistance to applicants?

A    Yes.

Q    What type of technical assistance were they providing?

A    Generally, it's my sense that applicants often had questions about the suitability of their proposed work relative to the specific grant program, so they were seeking clarity as to whether their project was likely to be responsive to what IES was seeking to fund.

Q    Does that mean that they were trying to research something that was actually of interest to IES?

A    Potentially.

Q    What else might affect whether the research proposal was suitable?

A    The researcher's choice of methods.

Q    What are some different types of methods that a researcher could be employing?

A    They could be employing causal impact research methods.  They could be employing descriptive research methods.  They could be proposing something

that was qualitative or mixed methods in nature, as assessing out the fit between those approaches and IES's expectations.

Q    Could you describe the difference between causal impact and descriptive in as simple of language as you can use?

A    Descriptive research only speaks to characterize the what, what is.  Causal research seeks to identify whether or not an intervention, policy program activity causes a change in important student outcome.

Q    And NCER granted awards to conduct both descriptive and causal impact research?

A    Yes.

Q    When research analysts were providing technical assistance to grant applicants, would they use their professional expertise in that process?

A    Yes.

Q    What expertise might they bring that could be valuable to grant applicants?

A    Subject matter expertise, methodological expertise would be two examples.

Q    So what would an example of subject matter expertise be?

A    An awareness of existing research on

foundational literacy and evidence-based practice for an applicant applying to a literacy grant.

Q   As of 2024, why did NCER view it as important to have education research analysts provide this technical assistance to grant applicants?

A   Presumably to improve the quality of our grant-making and yield outcomes that would be capable of improving practice or policy and improving student outcomes writ large.

THE REPORTER:  And improving --

THE WITNESS:  Student outcomes writ large.

BY MR. MCGRATH:

Q   And what was the thinking behind why technical assistance would improve the, the research that was funded?

A   It would reduce the number of applications that were not responsive to IES's needs, and improve the quality of those that were.

Q   And when you say "IES's needs," what were IES's needs?

A   Typically, requests for applications set forth a focus or a topic or an emphasis for a grant-making program, and so we are typically seeking the highest quality research possible that's responsive to that.

Q    Was IES understaffed, in your view, in 2024?

A    In 2024, IES had the number of staff needed to perform its current functions.

Q    Are you aware of a 2022 National Academy's report concerning NCES staffing?

A    Yes.

Q    Are you aware of the conclusions of that report?

A    Generally.

Q    What are the general conclusions?

A    There are inclusions around timeliness of data, about new mechanisms for data collection.  There are certainly comparisons of kind of resource allocations across various statistical agencies.

Q    Did that report opine that NCES was the most leanly staffed federal statistical agency?

THE REPORTER:  Most what?

BY MR. MCGRATH:

Q    Leanly, leanly staffed.

A    I don't know if it opined they were the most lean staff, but I know it opined on their leanness.

Q    Did you think that IES was overstaffed in 2024?

A    No.

Q    Were you aware of the National Academy's

report, also in 2022, concerning NCER's staffing?

A    Yes.

Q    Are you aware that the report opined that NCER suffered from low staffing levels, or --

A    That particular finding does not stand out to me among many, but it would not surprise me to hear they opined that, no.

Q    Did you think, in 2024, that NCER was understaffed?

A    In 2024, it had the staff to carry out its current mission.

Q    Were you advocating for significantly leaner staffing in 2024?

A    No.

Q    I think we'll take a break in just a minute, but with one more question.

In 2024 when you were acting director of IES, you said you were a participant in budget planning --

A    Mm-hmm.

Q    -- for the agency?

Did IES seek to expend all of its appropriated funds while you were overseeing the agency in fiscal year 2024?

A    Yes.  Well, can I rephrase that slightly?

Q    Yeah.

A    IES has multi-year money.  IES is not required to spend any given year's money in that year.  It's good for two years.  So we would, in any given year, seek to expend or carry over unspent funds into the following fiscal year.

MR. MCGRATH:  Understood.

With that, we'll take a short break.

THE VIDEOGRAPHER:  We are going off the record.  The time is 11:22 a.m.

(Whereupon, a short recess was taken.)

THE VIDEOGRAPHER:  We are back on the record.  The time is 11:35 a.m.

BY MR. MCGRATH:

Q    Mr. Soldner, we discussed IES's dissemination functions.  Where does IES's dissemination responsibility come from?

A    The Education Sciences Reform Act or ESRA.

Q    So the agency has a statutory obligation to engage in dissemination?

A    Yes.

Q    To whom does the agency have an obligation to disseminate information?

A    Without having the statute in front of me, a broad definition of the public.

Q    From your understanding, what groups --

A    Public, parents, policy-makers, researchers, educators.

Q    Do you think that disseminating research and data is an important IES function?

A    Yes.

Q    Why?

A    We collect these data and conduct this work, or sponsor it, so that it might be used to improve outcomes.

Q    And how does dissemination further that goal?

A    Dissemination ideally places the information in the hands of those who are able to act upon it.

Q    How might they act upon it?

A    Researchers might build upon previously funded research.  Policy-makers might look at the results of an evaluation and decide to adopt or not adopt a policy or practice.

Q    Has there been an example that you can think of, of the dissemination function playing an important role like that?

A    Well, I mean certainly -- I'm trying to think.  Researchers routinely build upon prior research, so although I can't cite a specific study,

yes, that happens.

We certainly have examples of ED policy-makers receiving information from an evaluation and implementing some kind of change in the operation of their program.

Q   We have discussed this some, but as of 2024, how did IES disseminate information to education researchers in particular?

A   So we discussed previously, in some occasions IES would convene meetings where multiple researchers were present, and encourage the sharing of information among those researchers who had a shared interest.

As I mentioned, we require grant applicants to propose how they intend to disseminate research. Very often, that includes presentations at professional conferences of other researchers.  That can be a venue in which that happens.

Q   The restricted-use program you mentioned --

A   The restricted-use data program, yes.

Q   Were there other mechanisms that IES would use to disseminate data or research to researchers?

A   As I mentioned, we certainly -- staff would certainly blog about ongoing research and emergent findings.

We discussed previously the What Works Clearinghouse practice guides, which include --

THE REPORTER: The --

THE WITNESS: What Works Clearinghouse practice guides, which include summaries of research and reviews of research. To the extent to which researchers are consumers of those products, they would become aware of what was found.

BY MR. MCGRATH:

Q And how were IES staff supporting these dissemination functions?

A IES staff organized conferences between and among researchers. They authored blogs. They oversaw the work of various publications such as What Works Clearinghouse practice guides.

THE REPORTER: What?

THE WITNESS: What Works Clearinghouse or WWC, if that's easier.

BY MR. MCGRATH:

Q Were there IES staff whose primary responsibility was engaging in dissemination?

A Yes.

Q What, what type of staff would have that primary responsibility?

A    We had a deputy director of communications, who, among other responsibilities -- you know, dissemination was clearly a component of that communication's function.  Other staff may have had ancillary communication dissemination responsibilities.

THE REPORTER:  May have had ancillary --

THE WITNESS:  Dissemination responsibilities.

BY MR. MCGRATH:

Q    Would staff who are primarily assigned to the restricted-use program count, in your view, as having a primary dissemination responsibility?

A    Yes.  Disseminating data.

Q    But otherwise, there are not other staff you can think of who were primarily responsible for dissemination?

A    In 2024, the deputy director of communications was the sole person in that office, and communications was her primary responsibility.  To the extent to which data licensing is dissemination, those staff would be primarily responsible for that.

The -- within NCES, the annual reports team focused on producing publications that were meant for -- meant to disseminate broadly a large amount of

data in a single publication.

Q    What are some of those publications?

A    The Digestive Education Statistics or --

THE REPORTER:  The what?

THE WITNESS:  Education Statistics, or the Condition of Education.

BY MR. MCGRATH:

Q    Could you say approximately how many IES staff had dissemination as a part of their responsibilities?

A    I would -- I could estimate that 60 percent of staff had some function; some share of their time included some role associated with dissemination.

Q    In your own role, did you support the dissemination activities?

A    Yes.

Q    How?

A    I blogged, presented at conferences, did informal talks at various association or other kind of meetings.

Q    Did you supervise subordinates' conduct of dissemination activities?

A    Technically, yes.

Q    To shift forward into the future from 2024, are you familiar with the IES contracts that were

canceled on or around February 10th and February 13th that are a subject of this case?

A    I'm familiar that a number of contracts were canceled during that time period, yes.

Q    Starting with the contracts that were canceled first on or around February 10th, can you describe how the process of canceling those contracts started?

A    Are you asking me to describe how I became aware cancellations were happening?

Q    Well, you can -- if you do not know how the process began, if you could describe how you became aware that there was a process of cancellations.

A    I became aware there was a process, and looking at IES contracts, when a request came to our office to describe ten to 12 activities, contracted, you know, contracted activities and speak to their contents.

Q    Do you know when that request came to your office?

A    Not specifically, but prior to February 10.

Q    Who did you hear about this process from?

A    I believe I heard from Jonathan Bettis.  He was my deputy director for administration and policy.

Q    Who initiated the cancellation process?

A    I do not know.

Q    Who did you -- you heard from Jonathan Bettis, you said.  Did -- how did you hear from him?

A    I don't recall whether he came to my office and told me verbally or forwarded the information.

Q    Are you familiar with Connor Fennessy?

A    Yes.

Q    Are you aware of whether he initiated the cancellation process?

A    I do not know.

Q    Have you heard of DOGE --

A    Yes.

Q    -- or the Department of Government Efficiency?

Were you aware of DOGE being involved in the cancellation process?

A    Yes.

Q    How so?

A    I was aware at some point in time between that date and February 10th that staff associated with DOGE were involved in the review of our contractual activities.

Q    Did they consult with you?

A    Not directly, no.

(Exhibit 1 was marked for identification.)

BY MR. MCGRATH:

Q    If you could take a look at this document, which has Bates number EDAERA00001133 labeled as Exhibit 1.  Can you take a moment to take a look at the document.

Do you recognize this message from February 10, 2025?

A    I appear to have sent it, yes.

Q    Do you recall the circumstances surrounding this message?

A    Yes.

Q    You wrote, "Leadership was informed that a significant number of IES contracts will be terminated for the government's convenience.  We do not yet have a list of which contracts will be affected."

Is that right?

A    Yes.

Q    Does that indicate that on February 10th, you were not yet aware of which contracts were going to be canceled?

A    Based on what's written here, I don't think I had a definitive list of what was to be canceled.

Q    Did you have an idea of what was going to be

canceled?

A    Yes.

Q    How did you have that idea?

A    At some point in time, either the days immediately leading up to the 10th or immediately after, I was informed that a significant number of contracts were to be canceled, and so I -- the list of them was not shared with me, so I knew something was in the offing.

Q    Who informed you?

A    Connor Fennessy.

Q    What was Mr. Fennessy's authority at that time?

A    I do not know.

Q    Do you know where he was working?

A    Only within the Department of Education.

Q    Do you know if Mr. Fennessy was the decision-maker on what would be canceled?

A    I do not know.

Q    Did you know who the decision-maker was on which contracts would be canceled?

A    No.

Q    Did you hear from anyone else about the cancellation process besides Mr. Fennessy and Mr. Bettis?

A    Not that I recall.  Prior to the cancellations?

Q    Prior to the cancellations.

A    Not that I recall.

Q    Based on what you heard from Mr. Fennessy and Mr. Bettis, what was the objective of the cancellation process?

A    To the best of my recollection, the objective was the elimination of waste.

Q    "Waste" meaning --

A    The procurement of services that were either unnecessary or priced at a level higher than was necessary.

Q    Would that include saving funds?

A    Yes.

(Exhibit 2 was marked for identification.)

BY MR. MCGRATH:

Q    If you could take a look at this next exhibit.  It has Bates number EDAERA0001040.  You can just take a moment to look at it.

Do you recognize this message from February 11, 2025?

A    Yes.

Q    Can you explain the circumstances

surrounding it.

A    Based on what I see here, it looks as if a staff member from Mathematica is writing to NCEE staff, saying they received termination notice, which I then forward to my deputy for administration and policy, trying to understand whether more termination notices are yet to be sent.

Q    So you wrote on February 11, "Do we think there are a raft of outstanding terminations?"

Correct?

A    Correct.

Q    Does that indicate that as of February 11th, you were still unaware if the cancellations had been completed?

A    Yes.

Q    You also wrote, "I would have thought they would have done all they could to push them out yesterday."

A    Mm-hmm.

Q    Is that correct?

A    Yes.

Q    Who is the "they" that you're referring to?

A    The Office of Contracts and Acquisition Management.

Q    Were staff in the Office of Contracts and

Acquisition Management the decision-makers, to your understanding?

A    I don't know.

Q    When did you first hear about the scope of contracts that had been terminated?

A    So I don't recall the day.  The circumstances were such that Connor Fennessy advised me as to the scope.

Q    How did he advise you?

A    He came to my office and introduced himself, and advised me that -- due to the substantial volume of cancellations that we should be expecting, he wanted to advise me in person as to the extent.

Q    Why?

A    I do not know.

Q    Did he bring documents with him --

A    No.

Q    -- to advise you?

A    No.

Q    What did he communicate to you about what was canceled?

A    That a substantial portion of IES contracts would be canceled.

THE REPORTER:  On what contracts?

THE WITNESS:  Of IES.

THE REPORTER: Okay.

BY MR. MCGRATH:

Q Did he summarize the nature of the contracts that were canceled?

A Not that I recall in terms of this.

Q Or which contracts were canceled altogether?

A No, no.

Q How did you ultimately receive the information about which contracts were actually canceled?

A I do not recall with certainty, though I suspect I received a list from Contracts and Acquisition Management.

Q You said that you don't know who the decision-makers were in the cancellations, correct?

A Correct.

Q Do you know how the contracts were selected for cancellation?

A I do not.

Q Were you in meetings with the decision-makers, potentially?

A Not prior to any cancellation.

Q Why not?

A I do not know.

(Exhibit 3 was marked for identification.)

THE WITNESS: Thank you.

BY MR. MCGRATH:

Q    If you could take a look at this next exhibit, which is Bates number EDAERA0003156. Can you take a moment to take a look?

A    Yep.

Q    Do you recall the circumstances surrounding this email?

A    I do.

Q    Could you explain them.

A    So on February 7th, there was a meeting to discuss a small subset of IES contracts that we had prepared material for. Jonathan Bettis was asked to attend the meeting for IES. He sought to have me attend the meeting with him, but that request was denied.

Q    Do you know who denied it?

A    I do not know.

Q    Why did you ask to be included in the meeting?

A    Well, from this, I can't recall whether I asked or whether -- it was asked that I attend by my deputy.

Q    Would you have liked to have attended the meeting?

A    Yes.

Q    Why?

A    To provide context.

Q    What kind of context?

A    Related to the substance of the contracts.

Q    When you say provide context related to the substance of the contracts, what, what kind of context about the substance of the contracts?

A    Their goals and objectives.

Q    Is there other information you would share in that kind of meeting?

A    Having not been in the meeting, I don't know what I would have shared.

Q    Is there information that you would share in a meeting where you knew that the contracts may be canceled?

A    In truth, I have not been in such a meeting. I can only speculate as to what I might have said.

Q    If -- were other individuals from IES included in the meeting, to your knowledge?

A    In this meeting?

Q    Yes, in this meeting.

A    Not to my knowledge.

Q    Were they included in other meetings before those contracts were canceled?

A    Prior to cancellation?  Not that I'm aware of.

Q    Did you have input into whether the contracts would be canceled in another format?

A    To the best of my recollection, I had no input prior to an initial decision to terminate.

Q    When you say "an initial decision to terminate," was there input that you were able to provide before termination took place, but after the initial decision?

A    I do not believe so.

Q    Do you know of any other IES staff who were able to provide input before termination?

A    And to clarify, by "input," do you mean --

Q    Into whether -- information about the contracts before they were canceled.

A    So as I mentioned, there was a subset of contracts in this meeting that were discussed.  We prepared an artifact for that meeting that several people contributed to, but only Jonathan Bettis was in the meeting.

Q    Okay, but Jonathan Bettis was in the meeting?

A    Right, yeah.

Q    And the artifact was provided to someone?

A    Correct.

Q    Do you know who it was provided to?

A    No.

Q    Was there anyone at IES who was better positioned than you to represent information about the contracts?

A    Taken together, no.

Q    If -- you have said that you do not know who the decision-makers were on the contract cancellations.  If you knew who the decision-makers were, what would you ask -- have asked them to consider?

A    Most likely the relative value of completing the project, given its current status, as opposed to cancellation.

Q    What does that mean, "the relative value of completing the project"?

A    Not -- as you can imagine, the contracts that were terminated were at various points in their lifespan.  The relative kind of cost to the government varies, depending upon where that contract was in the lifespan and what was -- what work was done, what work remained to be completed, so there's a value decision

to be made there.

Q Is that because much of the, the funding for that contract had already been paid to the contractor?

A That could be one example.

Q What's another example?

A If a project had had relatively little sunk costs, and although there might be information lost, there might not be substantial financial loss to the government.

Q What kind of information loss could be experienced from contract cancellations at IES?

A It would depend entirely on the contract.

Q The ECLSK contract was canceled; is that right?

A Yes.

Q What type of information was in the possession of the contractor when it was canceled?

A To the best of my knowledge, no information in the hands of contractors at the time of termination was lost to the government; rather -- yeah.

Q But is there information that may not have been in the hands of the contractors that could be lost as a result of the cancellation; which is to say, if the contract continued, would there be additional information?

A    It would vary by contract.  For a longitudinal study, if there was future work planned, and the contract were terminated, unless other steps were taken, that additional work would not proceed.

Q    What other factors would go into an assessment of the relative value of a contract?

A    Whether it supported a mission critical function.  Whether it was required specifically by statute.

Q    Would the topic of the research or data collection being carried out be a factor?

A    Potentially.

Q    How so?

A    If the topic was either particularly temporally relevant or beginning a new line of work that was thought to be particularly fruitful, that might be an example.  I'm not sure if that applies in this case, but that could be -- those could be examples.

Q    Was there any contract that was canceled that was carrying out particularly fruitful work, in your view?

A    Uh, yes.

Q    Is there an example you could explain?

A    Um, yes.  We were nearing completion of a

study called an impact evaluation of Multi-Tiered Systems of Support for Reading that I believe was initially canceled, but was quite near the end of its life cycle, and it was the first study we had conducted of that type on that kind of intervention.

Q   Why was that important?

A   It was designed to evaluate two competing strategies of supporting struggling readers, so this would have added evidence to an important debate in reading instruction.

Q   Why is adding that evidence important?

A   In general, reading proficiency is not at a level nationally that we might desire.  Adding evidence to what builds reading proficiency could be beneficial.

Q   Were there other evaluations that were carrying out work that was valuable, in your view, that were canceled?

A   Uh, yes.

Q   Could you give an example.

A   Uh, we were conducting an evaluation of transition strategies for students who had disabilities that was canceled.

Q   Um, could you explain more about how that evaluation was being carried out.

A    Yes.  That evaluation compared -- it was a randomized control trial.  It compared two treatments against what was "business as usual" for schools.

The first treatment was the use of an existing curriculum.  The second treatment was that curriculum augmented with some additional services.

The hope was the findings from those studies would yield insight on whether that curriculum was effective, whether extra effort was required to make it more effective, and if it was effective, how it might be implemented at larger scale.

Q    And this was for students with disabilities?

A    Yes.

Q    Um, why would the outcome of that evaluation be valuable?

A    So students with disabilities who are served under IDEA are meant to have transition services to support their transition from school to post-secondary education or school to independent living or school to work.

Our thesis was that those transition services were not always optimally provided.  This would add evidence to a potentially effective strategy to improve that.

Q    And it could impact education outcomes as a

result?

A    Yes.

Q    Were there other evaluations that you thought were conducting valuable work that were canceled?

A    Certainly.

Q    Did you have any opportunity to provide this input to decision-makers before the cancellations?

A    Prior to initial decisions to terminate, not that I can recall.

(Exhibit 4 was marked for identification.)

BY MR. MCGRATH:

Q    If you could take a look at this document, which is Bates number EDAERA00001880, and this is two pages, two emails, one from February 6th at 11:00 p.m. and one from February 7th at 9:00 -- around 9:00 a.m.

A    Okay.

Q    Can you just take a moment to look at it.

A    Yep.

Q    Do you recall receiving these emails?

A    Uh, not specifically, but yes, I'm aware of this process.

Q    Does this show you were first asked for information about selected contracts at 11:00 p.m. on

February 6th?

A    Yes.

Q    And Jonathan Bettis's email to you says, quote, "Teams are meeting at 10:00 a.m. today (Friday -- I just found out)."

A    Mm-hmm.

Q    Were you required to provide information before that 10:00 a.m. meeting?

A    It looks like yes.

Q    Do you recall anything else about the circumstances surrounding these messages?

A    The meeting being referred to in this message is the same meeting referred to in Exhibit 3.

Q    And that meeting concerned contract cancellations?

A    Well, this meeting -- based upon these emails, this meeting was billed as reviewing selected IES contracts.

Q    So in the February 6th email from Jonathan Bettis --

A    Mm-hmm.

Q    -- he says, "I do not know the purpose of the review."

Did you know the purpose at that time?

A    Not that I recall.

Q    How did you respond to the request for information?

A    To the best of my recollection, the staff copied on the email began to populate an artifact that was requested in the email.  I believe I reviewed the document as it was evolving and prior to its submission.

Q    So IES staff --

A    Yes.

Q    -- created that document?

Do you know why you had so little time for providing the information?

A    No.

Q    In the February 7th email, Mr. Bettis says, "OS and team are asking in very direct terms whether the work is required, allowed, or suggested by law."

A    Mm-hmm.

Q    Who is OS?

A    Office of the Secretary.

Q    And "OS and team," are you aware of who, who else was involved in the process?

A    Not that I recall at this point.

Q    Do you know why they were asking in very direct terms whether work was required by law?

A    I do not know why, no.

Q    Were you asked to explain the mission criticality of contracts in this request --

A    Yes.

Q    -- for --

A    Yes.

Q    You mentioned that your staff was putting together an artifact, right?

A    Mm-hmm.

Q    Was there -- oh, instead of "mm-hmm" --

A    Yes.

Q    -- you need to answer orally.

A    Yes.

Q    Is that the only way in which you were -- you ended up providing this information, via that artifact?

A    For that meeting?

Q    For that meeting.

A    Yes.

Q    Was there another document or another mechanism of providing information before the contracts were canceled?

A    Not that I recall prior to termination.

Q    When you mentioned the artifact your staff was preparing, was that a spreadsheet?

A    Yes.

(Exhibit 5 was marked for

identification.)

BY MR. MCGRATH:

Q    If we could show you another document, this is AR00005.  This is a spreadsheet, so the font is very small, but are you familiar with a spreadsheet of contract information that defendants designated as part of the administrative record in this case?

A    I have seen this, yes.

Q    Um, is this the artifact or a version of the artifact that your staff was creating?

A    Uh, no.

Q    Do you know how this spreadsheet was created?

A    This?  Um, not specifically.  It appears to be a list of contracts directly from a contract system.

Q    Are you aware of whether any IES staff provided input?

A    Yes.

Q    How did they provide input?

A    Um, on a version of a spreadsheet like this, perhaps not this one, I was asked to comment on the criticality of any given contract.

Q    And how did you comment on that criticality

of the contract?

A    Via notes in a spreadsheet.

Q    Did other IES staff contribute to those comments?

A    Not that I recall.

Q    Um, what knowledge did you draw upon in determining whether a contract was critical?

A    Uh, whether or not it was, to my understanding, required by a specific statute or essential to the function of another part of the department.

Q    Um, did -- other than statutory requirements and functions of other parts of the department, did you consider any other information in determining whether the contract was critical?

A    Not that I recall specifically, though for any given contract, perhaps.

Q    How long before, before a cancellation did you get to provide this input?

A    This artifact was generated post-termination, to the best of my recollection.

Q    To your recollection --
                (Discussion was held off the record
                regarding a large bug on the floor,
                after which the deposition was

Page 110

temporarily halted at approximately

12:31 and the lunch recess was had.)

THE VIDEOGRAPHER:  We are back on the
record.  The time is 1:00 p.m.

BY MR. MCGRATH:

Q    Mr. Soldner, we were discussing the
cancellation of contracts on or around February 10th.

A    Mm-hmm.

Q    Is it fair to say that canceling those
contracts in many cases ended work on studies or
evaluations?

A    Yes.

Q    So, for example, canceling the evaluation of
the CLSD would have ended the evaluation -- the
evaluation contract cancellation would have ended the
evaluation?

A    Any contract that was terminated and not
reinstated would have resulted in the cessation of
that activity, yes.

Q    And when you were informed about the
contract cancellations on or around February 10, did
you receive information that those cancellations had
happened altogether or essentially -- let me reframe.

You mentioned that Connor Fennessy came to
your office to alert you that contracts would be

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

canceled.

A    Mm-hmm.

Q    Did he characterize that as one action that was going to occur?

A    I don't recall whether he discussed the timeframe over which it would occur.

Q    You mentioned that you ultimately received a list of the contracts that were canceled?

A    I -- yes, I presume so.

Q    Do you know if you received that list at one time of all the contracts that had been canceled?

A    I don't recall whether the list we first received included all the contracts that were ultimately canceled.

Q    Going back to the cancellation process, you said that the input you personally provided to the artifact about whether contracts were critical or not was provided after they were canceled; is that correct?

A    Exhibit -- to the best of my knowledge, Exhibit 5 was produced after the initial round of cancellations.

Q    And you provided your input into it after?

A    Yes.

Q    In that exhibit, numerous contracts are

designated as critical.

Could you explain how you made that decision to, to provide input that a contract was critical.

A    If in my judgment that contract was perhaps not statutorily required or did not appear to me, as a nonlawyer, to be statutorily required, but still seemed to substantively advance the mission of the department in an area that was, to the best of my knowledge, important, then we marked it critical -- or I marked it critical.

Q    Um, using your judgment from your experience at IES?

A    Yes.

Q    Before the contracts were canceled, did you believe that most of those contracts were important to IES's work?

A    Yes.

Q    Is it fair to say you believed a substantial majority of the contracts were important to IES's work?

A    Uh, with the -- yes, with the caveat that the total number of contracts at that time was not fully known to me.

Q    We discussed your assessment of whether contracts were required by statute.

Did you receive directions or instructions to analyze whether contracts were required by statute?

A    So Exhibit 4, Jonathan Bettis writes, effectively, yes, that we were asked to direct -- asked to indicate "whether the work was required, allowed, or suggested by law."

Q    And was Jonathan Bettis the person who would have communicated to you that whether a contract was statutorily required was an important input in this process?

A    Uh, yes, via this exhibit.

Q    Did anyone else communicate to you that it was important to determine whether contracts were required by statute?

A    Prior to termination?

Q    Prior to termination.

A    Not that I recall.

Q    Before the contracts were terminated, did you receive any requests for information about stakeholders who might be relying on the contracts; for example, about education researchers or participants in studies who might be relying on the contracts?

A    Not that I recall beyond the artifact list provided -- referenced in the -- for the meeting of

the 7th, yeah.

Q   So you don't know who the ultimate decision-makers were on the cancellation?

A   Correct.

Q   But you didn't get a different specific request for information about what stakeholders were relying on the works -- the work being conducted under the contracts?

A   Not that I recall.

Q   Before the contracts were canceled, was there a plan within IES to promptly rebid the contracts to do similar or identical work?

A   Prior to termination?  I don't understand. The contracts would have been in effect.

Q   To rebid so a different contractor could do work similar to the work being done by those contractors that had their contracts canceled.

A   But prior to determination?

Q   Prior to termination.

A   I'm not sure I understand --

Q   I'll, I'll explain.

You mentioned that waste was a potential motivator --

A   Okay.

Q   -- of the cancellations.  One way,

hypothetically, an agency could reduce expenditures on its functions would be to bid out the same work or similar work, but at lower cost to different contractors.

Was there any plan, before these contracts were canceled, to bid to obtain different contracts with different contractors to carry out IES's work?

A    Not to my knowledge.

Q    Um, did IES have the capability to take over all of the work that the contractors had been performing who had their contracts canceled directly through IES staff?

A    No.

Q    Before the contracts were canceled, did IES have a plan in place to ensure that the data in the contractor's possession was preserved and transferred to IES?

A    To my knowledge, there was not an explicit plan in place to recover that information.

In the event of a planned termination, more generally, the understanding is that all government -- you know, all work produced in the furtherance of a government contract is the government's property.  The government retains ownership rights of those, and those data must be -- and artifacts must be returned

to the government, you know, in the event of a termination or other conclusion of the contract.

Q    But was there a plan in place to ensure that that actually occurred before the contracts were canceled?

A    There was no explicit plan beyond the general plan that, should a contract end or even reach its natural course of ending, that government property would be returned to the government.

Q    You have said there was IES input into an initial artifact and then IES input into Exhibit 5.

Was there ever an individualized process for feedback about each contract?

A    Prior to termination?

Q    Prior to termination.

A    No.

Q    Among the studies that were halted by termination of the contracts, was the National Post-Secondary [Student] Aid study one of those studies?

A    Yes.

Q    What is that study?

A    The National Post-Secondary Student Aid study is a study essentially of how students pay for college.

Q    Why does IES conduct it?

A    There is language in the Higher Education Act as amended, uh, stipulating the study of that general sort be conducted.

Q    In your view, is that study an important one for IES to conduct?

A    Yes.

Q    Why?

A    In addition to being statutorily mandated, it is, to my knowledge, the only source of national data on how students, aided or unaided, pay for college.

Q    Why is that data important?

A    Post-secondary financing is a perennial policy interest across, you know, Congress and the department, and this data are used to help understand what appropriate policy actions might entail.

Q    Did the contract cancellations impact the common core of data?

THE REPORTER:  The what of data?

MR. MCGRATH:  The common core of data.

THE REPORTER:  Oh.

THE WITNESS:  IES does maintenance and updating of the common core of data.

THE REPORTER:  Say that again.  I'm sorry.

THE WITNESS: IES is updating and maintenance of the common core of data, so ultimately it may have resulted in a brief kind of hiatus or -- of its collection, but those data continue to be collected.

BY MR. MCGRATH:

Q Were other significant collections or studies halted by the contract cancellations?

A Yes.

Q Which -- which ones?

A So at least temporarily, for example, the NPSAS, N-P-S-A-S, contract you referred to earlier was terminated for a time.

Q Any other studies or data collections?

A Previously you mentioned the Early Childhood Longitudinal study, kindergarten cohorts. You mentioned the High School and Beyond study. Those are examples.

Q Was the National Household Education survey halted -- work on that survey halted by the cancellations?

A In part, yes.

Q How did work continue?

A So it's my recollection that NHES is --

THE REPORTER: What?

THE WITNESS: National High School Education survey, N-H -- household. Household. Sorry. Household Education survey, N-H-E-S, NHES, was supported via contract and interagency agreements with the Census Bureau.

The former was canceled as part of the initial round of contract terminations. That contract I believe focused more on analysis, and preparation of the data had already been collected.

BY MR. MCGRATH:

Q   Were IES or NCES staff able to continue working on that data?

A   It's my recollection that NCES received two data files from the contractor prior to the termination of the contract, as well as several associated publications that had been already released, and we continue to work with those data today.

Q   Was IES's work on the program for International Student Assessment impacted by the contract cancellations?

A   I believe briefly, yes.

Q   When you say "briefly," why was it only briefly?

A    That contract was reinstated.

Q    You mentioned previously the MTSSR evaluation.

A    Mm-hmm.

Q    Was work on that evaluation halted by the contract cancellations?

A    Temporarily.

Q    Why only temporarily?

A    Because it was, it was reinstated.

(Exhibit 6 was marked for identification.)

BY MR. MCGRATH:

Q    If you could take a look at this document, Bates number EDAERA00001949.  I'll give you a moment to look.

Do you recall the context in which you sent this email on February 11?

A    Yes.

Q    You referred to working through a, quote, "postmortem."

What did you mean by that?

A    To review the list of canceled contracts and identify their status.

Q    What steps did you start to take after becoming aware of the -- this process?

A    So it's my recollection that within NCEE, which was the context of this email exchange, staff pulled together a list of all the work that was ongoing in the evaluation division, and then began to catalog kind of the status of work at the time the contract was terminated, and then this is my direction to them to say also indicate whether there's a statutory requirement driving a particular activity.

Q    And why did you indicate that they should look for where there was a statutory requirement for the activity?

A    So the email, the initial email to which this was sent in reply indicated that only mission critical contact -- contract actions will be approved. It was my judgment that things that had a strong statutory basis were likely to be viewed as mission critical.

Q    And who was going to approve these submissions?

A    I do not know.

Q    Well, who would you submit them to?

A    This time we were sending them to an email box, contractawardrequest@ed.gov.

Q    Did you communicate with anyone in the secretary's office about the process?

A   About the process specifically?

Q   About this process --

A   Right.

Q   -- of seeking what the document calls a "contract award waiver request."

A   I don't recall speaking necessarily about the process.  I certainly spoke about specific actions.

Q   What specific actions did you speak with him about?

A   Uh, PISA 2025, as an example.

THE REPORTER:  Say that again.

THE WITNESS:  P-I-S-A, PISA 2025.

BY MR. MCGRATH:

Q   And what did you share about PISA 2025?

A   That it had been -- it was -- that it was nearing completion, that the contract had been terminated.

Q   Did you share the work that was being conducted under the contract?

A   Probably only that it was entering the final stages of collecting the assessment and that this was a critical moment in the PISA collection.

Q   Why was IES carrying out the PISA collection?

A    IES has participated in PISA for several cycles.  There is language in ESRA that speaks to the importance of international comparisons in student performance.

Q    Did you think it was important to collect data on international comparisons?

A    Yes.

Q    Why?

A    As I mentioned, it is listed as one of the activities in ESRA that NCES is meant to engage in.

Q    So ultimately that contract was reinstated?

A    Yes.

Q    Who made the decision that it was reinstated?

A    It's my recollection it went through this process, and the owner of this email box wrote back that it was approved by the Secretary's office.

Q    Were there other contracts that you spoke with the Secretary's office about?

A    It's certainly possible.  I recall PISA specifically.

(Exhibit 7 was marked for identification.)

BY MR. MCGRATH:

Q    If you could take a look at this memorandum

from February 12, 2025.  It's Bates number EDAERA00001173.  I'll give you a moment to look.

Q     Do you recall this document?

A     Not specifically.

Q     Do you recall the context surrounding this document?

A     Yes.

Q     What was that context?

A     The evaluation to inform the Teacher and School Leader incentive program -- or TSL -- had been terminated.  This was our request to reverse that termination.

Q     And why did you request that the termination be reversed?

A     As we note in the second page of the memo, section 2213(C) of ESRA requires IES conduct an evaluation.

Q     Were there other reasons that the evaluation was important to complete?

A     We felt the findings were of value to the stakeholders we identify in the second page of the memo.

Q     That includes congress, families, and other interested parties?

A     Correct.

Q    What other interested parties?

A    I don't know, at the time of writing this memo, we had other specific interested parties in mind.

Q    If you look at the first page of the memo under "Total Contract Value," towards the bottom, what were you trying to communicate with that information?

A    That the total contract was worth approximately $10.6 million, of which $9.9 million had already been obligated and only $600,000 remained.

Q    You were speaking earlier about relative value of contracts that had been canceled.

Is this an indicator of the relative value of the contract?

A    At least financially, yes.

Q    Is it -- has it been typical in your experience to have a process for providing information like this after contracts had been canceled?

A    To the best of my knowledge, no contract has been canceled during my tenure at NCEE.

Q    And you discussed IES staff roles in engaging with contractors and overseeing their work. On a contract like this evaluation for the Teacher and School Leader incentive program, would NCEE staff have been in regular contact with this contractor?

A     Yes.

Q     They would have had the opportunity to present concerns about the contractor's performance?

A     Yes.

Q     And were those staff consulted before this contract was canceled?

A     No.

Q     Was this the only memorandum like this you sent after the contract cancellations?

A     IES sent several memos.  I'm not sure which I was signatory on or not.

                    (Exhibit 8 was marked for
                    identification.)

BY MR. MCGRATH:

Q     When -- I'll have you take a look at this next document, which is Bates number EDAERA00001139.

        Are you familiar with the -- this document?

A     Not specifically, but generally this type of document, yes.

Q     Are you familiar with the evaluation of the Comprehensive Literacy State Development grants?

A     Yes.

Q     Were you seeking to have that evaluation reinstated?

A     I was.

Q    Why?

A    It was both required by law and near its final stage.

Q    And when you say "near its final stage," what's the significance of that?

A    We had already made a significant investment in financial and time resources, and the work was almost completed.

Q    Were the large majority of funds in the contract already obligated?

A    Yes.

Q    Were IES staff consulted about this contract before it was canceled?

A    Not that I know of.

Q    Has this contract been reinstated?

A    Yes.

Q    Are you aware of the process for how this contract was reinstated?

A    So generally, I would suspect, like any of these reinstatements, a request was made, the performance work statement of the contract was revised to focus on the most critical components of the outstanding work in an effort to be sure that was the emphasis and the costs were appropriate, and then a request was made to have the contract reinstated, and

we awaited determination.

Q   How long did this reinstatement process go on for after the contracts were canceled?

A   I couldn't give you an exact date.  They were conducted on a flow basis.

Q   Was it days, weeks, months?

A   Ultimately over a period of months at this point.

(Exhibit 9 was marked for identification.)

BY MR. MCGRATH:

Q   If I could show you another document, which is a February 13th email from Jonathan Bettis on which you are CC'd, it is Bates number EDAERA00001843. Take -- I'll let you take a minute.

Are you familiar with the context surrounding these emails?

A   Yes.

Q   What, what was IES attempting to do --

A   The --

Q   -- with this message?

A   Based on this email, IES was attempting to highlight those contracts which they viewed as being potentially most important for reinstatement.

Q   Did you think these were among the contracts

that were most important for reinstatement?

A    Within NCES, yes.

Q    Why these contracts?

A    From what I can see in the exhibit, the authors identify a rationale for each sort of group of contracts.  Well, in some instances more than others, but these reflect a mix of statutorily required and mission critical activities, I would say.

Q    Were all of these contracts reinstated ultimately?

A    Ultimately, no.

Q    Was the Trends In International Mathematics and Science study reinstated, for example?

A    Where is that?

Q    That's on the third page.

A    I would have to actually check and see if that contract was reinstated.

Q    Why was NCES providing all of this information so quickly after the contracts had been canceled?

A    I can only speculate.  They simply wanted to alert contracts as to those things which they reviewed as a priority.

Q    Jonathan Bettis sent the email.  He worked in your office?

A     Yes.

Q     Where would he have gotten this information about NCES contracts?

A     From NCES staff.

Q     Would it have been from staff working on these contracts?

A     Presumably, yes.

Q     Do you have any reason to believe that it wouldn't have been from staff working on the contracts?

A     No.

Q     Stepping back, what would you say has been the broad impact of the contract cancellations from February 2025 on IES's work?

A     At this stage, IES is managing those contracts which are viewed to be most mission critical or statutorily required, which is a subset of those which were originally being conducted.

Q     Who -- viewed as mission critical or statutorily required by whom?

A     Certainly NCES staff would be making the argument that these activities were mission critical or required.  Reinstatement decisions rested outside of IES.

Q     Before these contracts were canceled, you

viewed the work that was being done under them to be important?

A    Largely.

Q    Has, has the quantity of research and data collection conducted by IES been significantly reduced by the contract cancellations?

A    It has been reduced.

Q    About how many evaluations is NCEE carrying out now?

A    Perhaps around a dozen.  Perhaps slightly more.

Q    And you said earlier that in 2024, NCEE was carrying out in the neighborhood of 50 evaluations?

A    Probably.

Q    Is it fair to say that that's a significant reduction in the number of evaluations NCEE is carrying out?

A    It is a reduction.

Q    How many longitudinal studies is NCES carrying out?

A    Currently, no longitudinal studies are in the field.

Q    Is NCES planning on carrying out longitudinal studies?  Is NCES conducting work that would form the basis of future longitudinal studies?

A    Can I speak to actions that are related to the development of procurements or otherwise under deliberation?

MR. BRUNS:  If there's no final decision and it's under deliberation, then I would object to him answering the question.

BY MR. MCGRATH:

Q    Well, let me reframe.

Factually speaking, are people at NCES working on longitudinal study activities, which I think is factual information that you can share?

A    Yes.

Q    How many longitudinal studies was NCES carrying out before these contract cancellations?

A    I don't have a specific count.

Q    Could you approximate?

A    There could have been ten that were either active or for which there were future collections planned, perhaps not active at the moment, but there was a notion there would be a future collection.

Q    And how many NCES staff would have been involved in those -- before these cancellations, in work on those longitudinal studies?

A    With the caveat that I have imprecision on the total number, I would assume between one and three

staff per activity.

Q    How many NCES staff are working on longitudinal activities now?

A    Two, I would say.

Q    Have the contract cancellations impacted IES's ability to disseminate research and data?

A    IES continues to use many of the same dissemination channels it did prior to the terminations.  The cadence of dissemination may be slower.

Q    For example, is the What Works Clearinghouse being updated with new information?

A    Actually, yes, although I'm not sure you would observe it.

Q    What type of information?

A    So work continues on the three practice guides that were underway that I spoke of earlier.  A contract is currently in effect which is completing reviews in the database that were left unfinished and ensuring all existing reviews are added to the database.

Q    A contract is in effect; was that contract previously in effect before the contracts were canceled, or is it a new contract?

A    This -- I believe this is a -- it was a

planned task order under an existing contract.

Q    You said I might not observe it.

What kind of information has been disseminated on the What Works Clearinghouse since the contract cancellations?

A    Well, the website remains available, and so we presume people continue to use the website. We have not released a publication -- a new publication of the type of a practice guide, for example, since the terminations.

Q    Are the Regional Education Laboratories disseminating information now?

A    Yes.

Q    Their contracts were canceled around February 13; is that correct?

A    That, that could be the date, yes, in that time period, yes.

Q    Were those contracts reinstated?

A    They were.

Q    Why?

A    In response to a court order.

Q    Before the contracts were canceled, did you view the functions that the Regional Educational Laboratories were carrying out to be important?

A    Yes.

Q   Did you advocate for those contracts to be reinstated?

A   Those particular set of contracts?  No.

Q   Were those contracts -- were contracts to operate the Regional Education Laboratories rebid before the court order you referenced?

A   No.

Q   At NCER -- you discussed NCER's receipt of grant applications and other functions.  Has NCER issued new research grants since the contract cancellations?

A   Yes.

Q   How many research grants, approximately?

A   We recently awarded nine new awards. Perhaps a few more.

Q   Did the contract cancellations delay the release of grant awards at NCER?

A   Yes.

Q   Did they reduce the number of grant applications that were considered?

A   They reduced the number of grant applications that were able to be reviewed.

                (Exhibit 10 was marked for

                identification.)

BY MR. MCGRATH:

Q    If I could show you this document, which is a February 11th email, the Bates number EDAERA00001056.  I'll give you a moment to review.

Do you recall the -- this email?

A    I do.

Q    What were you communicating in this email?

A    That we were in the midst of peer review for several fiscal year '25 competitions, and we wanted to, if possible, complete those reviews.

Q    Why did you want to complete those reviews?

A    Absent completed reviews, we would not be able to make determinations about awards.

Q    And you say, "We won't get to review because of the peer review contract cancellation."

How did the peer review contract cancellation affect IES's ability to review these applications?

A    IES peer review is managed jointly by IES staff and contractors.  Contractors serve an important logistical function in our review process.  Absent their logistical support, we were not able to continue the review process as we would have in typical years.

Q    You said that a total of 588 applications wouldn't be able to be reviewed; is that correct?

A    Yes.

Q    Did those applications end up getting reviewed?

A    Some subset of these may end up getting reviewed.

Q    But they haven't been reviewed yet?

A    Correct.

Q    And not all of them are likely to be reviewed?

A    Correct.

Q    Would staff participate in the peer review of grant applications?  IES staff, I should say.

A    They participate in, in the process, yes.

Q    How many IES staff would participate in that process?

A    Approximately seven from our Standards and Review Office, and then, depending upon whether the grants were from NCER or NCSER, the number of staff in those units, so another 25 or 10, respectively.

Q    And what would the contribution from the -- Office of Standards, you said --

A    Standards and Review.

Q    -- Standards and Review be?

A    Standards and review would recruit the panel members who participate in peer review.  They would

assist in working with the contractors to actually organize the peer review meetings.

They would review applications for responsiveness to kind of basic requirements in the RFA. They would prepare documentation of the results of the review, and then they would share that with the program office.

Q Before the contract cancellations, did you think it was important to IES to review these grant applications?

A Yes.

Q Why?

A Well, certainly because we want to continue to support education research writ large. Secondarily, as we know, we had 588 responsive applications that had been submitted to us.

Q So did this contract cancellation impact the quantity of research that NCER, for example, was able to support?

A It impacted the number of new awards we were able to make from fiscal '25 applications.

Q How is that different from the amount of -- the quantity of research that IES was able to support?

A I don't know that every grant has an equal quantity of research, so it may be that the total

quantity of research produced by these is somewhat lesser than those produced by others. I have no basis for that. I'm merely saying the raw number of new awards is certainly lower.

THE REPORTER: I have no --

THE WITNESS: The -- well, I have no basis -- I have no basis to judge whether these grants would be more or less productive than any others. I'm merely stating that the absolute number, certainly, of new awards is lower.

BY MR. MCGRATH:

Q How many new research awards in your tenure would IES typically have issued from NCER and NCSER, N-C-S-E-R?

A Yeah. Honestly, across these competitions, I do not know. Across, you know, of a total of 588, I would think perhaps 50 or 60 total new awards, at most.

Q And you said that nine or so new awards have been made recently --

A Yes.

Q -- but not from these applications; is that your understanding?

A Yes.

Q The new awards that were made, are they

focused on a different topic than --

A    They --

Q    -- these applications?

A    They are a separate -- each of the letters that follow these numbers are separate competitions. It's a different competition.

Q    So was it a new competition post contract cancellation?

A    No, but it was a new competition this year.

Q    What, what area of focus does that competition have?

A    This competition is called Ceilings to Scale 305(j). They all focus on personalization of learning to improve student outcomes in various ways.

Q    Is that topic one that IES has assessed is particularly important?

A    Yes.

Q    Is it based on an analysis that that topic in particular statutorily required?

A    No.

Q    Other than the contract cancellation, what other factors have been considered in not issuing as many new grants as you've said were typical?

A    Certainly -- certainly the contract cancellation has been the largest factor in affecting

our ability to make new awards.

Q   To move to another area, we discussed NCES longitudinal studies.  Have the quantity of NCES data collections that are not longitudinal studies been significantly reduced as a result of the contract cancellations?

A   The number of cross-sectional studies has decreased.

Q   Has it decreased significantly?

A   I haven't seen a before-and-after count.

Q   Do, do you know approximately how many studies it was carrying out -- how many studies it -- or collections it was carrying out before the cancellations?

A   I don't have a total prior to cancellations.

Q   How, how does NCES decide what areas to conduct data collections in?

A   Generally, NCES data collections attempt to either collect data that are mission critical for the agency here, including NCES, that are feeding statutorily required activities, and historically, there have been studies that span the lifespan.

Q   Does -- has NCES historically focused on specific areas for its data collections?

A   NCES studies tend to either focus on

specific populations or on specific transition points between levels of schooling.

Q   NCES has been instructed by Congress to conduct data collections in certain subject matter areas, though; isn't that correct?

A   Topics, yeah.

Q   Topics.

Is NCES now collecting data about secondary school completions?

A   NCES is currently collecting data through the common core of data on secondary school graduation rates.

Q   Is NCES now collecting data on early childhood education?

A   No.

Q   Is NCES now collecting data on state and local education reform activities?

A   No.

Q   Is NCES now collecting data on teaching or the conditions of the education workplace?

A   No.

Q   Is NCES collecting data on the supply of teachers?

A   NCES is currently collecting data on the number of students who complete teaching credentials.

Q How is it collecting that data?

A Through the integrated post-secondary education data system.

Q Was that collection impacted by the contract cancellations?

A I don't recall whether it was -- the contract was rescoped either because of the contract cancellation or because a new option year was being exercised and had to be rescoped.

Q Okay. Has -- I think we mentioned NCEE's conduct of evaluations. Has the quality of the evaluations NCEE is conducting been impacted by the contract cancellations?

A No.

Q Do you think -- you had previously said NCEE is conducting around a dozen evaluations and that, in 2024, it was closer to 50 evaluations.

Do you think that NCEE is less impactful following the contract cancellations?

A I think NCEE is supporting less work currently than prior to the contract cancellations.

Q Does that reduce its impact on the education system?

A It may reduce its potential impact.

Q Do you think that it's likely that it will

reduce its impact?

A    I think individual projects will continue to be as impactful as they would have been, had they otherwise not experienced a potential disruption.

Q    Have the contract cancellations affected NCEE's ability to manage its existing evaluations?

A    It's affected the way in which they have been managed.  I'm not sure it's affected the ability to manage any individual contract.

MR. MCGRATH:  I think this is a good point to take a break.

If we could go off the record.

THE VIDEOGRAPHER:  We are going off the record.  The time is 1:59 p.m.

(Whereupon, a short recess was taken.)

THE VIDEOGRAPHER:  We are going back on the record.  The time is 2:09 p.m.

BY MR. MCGRATH:

Q    Mr. Soldner, we're going to return to the reduction in force that took place at IES.  Are you familiar with the reduction in force that took place at IES in March 2025?

A    Yes.

Q    Can you describe how the reduction in force, or RIF -- R-I-F -- process took place?

A    I can describe my --

Q    From your perspective.

A    Yeah, from my perspective, um, prior to the RIF, Jonathan Bettis and our executive officer were given a list of units that comprised IES and asked to look at those units and array them into what are known as "competitive areas."  We did so.

I was asked one additional question -- either subsequent to that or relatively contemporaneously to that -- about which unit inside NCES the college scorecard was completed within.  That was the totality of information that I recall providing.

Subsequent to that, I was called into a meeting where the details of the RIF were announced to unit leaders.

Q    Who, who asked you for this information about IES's units?

A    The Office of the Chief Human Capital officer.  I don't recall who within that group specifically asked.

Q    And the meeting you attended where you, you learned about, about this RIF; where was that?

A    In the secretary's conference room.

Q    Who announced the information?

A    I do not recall if the chief of staff or the secretary was leading that meeting.

Q    Other than the information you provided about a specific unit of NCES that was conducting -- which section --

A    The college scorecard.

Q    College scorecard.  Were you consulted on any other details about IES's functions before the RIF?

A    I believe prior to the RIF, we were asked to complete a document that distinguished between "mandatory and non-mandatory" -- I believe was the language -- functions or workstreams within IES and to assign -- I don't recall if it was counts of positions or names of individuals conducting those workstreams.

Q    Was this provided in document form?

A    Spreadsheet.

Q    Spreadsheet.

At what level of detail would you describe what was a mandatory or non-mandatory function?

A    So, for example, we have discussed previously that there is statutory language supporting a study like NPSAS, N-P-S-A-S.  In that spreadsheet I would detail NCES, one FTE to conduct NPSAS per the authorizing legislation.

Q    Was this input that you provided related to the scope of the reduction in force, how many people would be or would not be terminated?

A    I do not know.

Q    Were you explicitly told that this was information being used for the reduction in force?

A    I don't recall if it was explicitly stated as being related to the RIF or something else.

Q    And who was requesting that information?

A    I recall that request coming from Richard Smith in the department.

Q    What office was he in?

A    I believe at the time he was in the -- either in the Office of the Secretary or the Office of the Deputy Secretary.

Q    Did you have any meetings following up the provision of that information with anyone in the Office of the Secretary or Office of the Deputy Secretary?

A    Not that I recall.

Q    Did they reach out to you orally or in any other way to gain more information before the RIF?

A    Not that I recall.  They may have asked about where IPEDS was taking place inside NCES --

THE REPORTER:  What?

THE WITNESS: Oh, sorry. I-P-E-D-S, IPEDS, but I can't recall if that was in the same conversation related to college score card or a separate conversation.

BY MR. MCGRATH:

Q Do you know who determined which positions and individuals were subject to the RIF and which were not?

A No.

Q So you haven't communicated with the decision-maker about the RIF?

A I do not know who the decision-maker was.

Q Have you received explanations after the RIF from the Office of the Secretary or Office of the Deputy Secretary for the RIF?

A Do you mean the RIF in general or the RIF as it affected --

Q For the RIF as it affected IES.

A Not that I recall.

Q So you were not the decision-maker on who was subject to the RIF at IES?

A No.

Q And you did not receive reasons or explanations from the decision-maker for who was subject to the RIF at IES and who was not?

A     Correct.

                    (Exhibit 11 was marked for

                    identification.)

BY MR. MCGRATH:

Q     If you could take a look at this document, which is Bates number EDAERA0003670, and I'll give you a moment to look.

          Do you recall the context of this email?

A     I recall the context.

Q     What was that context?

A     To the best of my recollection, we had -- I would presume this is following the meeting in the Office of the Secretary where revised organizational charts were provided to leaders.

Q     So you say in this email "by tomorrow morning" you expect to have "a list of staff directly affected."

          Does that mean, as of March 11th, you didn't have that list yet?

A     I would -- yeah, I would presume so, yes.

                    (Exhibit 12 was marked for

                    identification.)

BY MR. MCGRATH:

Q     If you could take a look at this document, which is Bates number EDAERA00004076.

Are you familiar with this document?

A    I'm not sure I'm familiar with this document specifically, but I've seen ones like it.

Q    What are the documents like it that, that you've seen previously?

A    I have received from various sources several lists of RIF'd employees.  This may very well be an early version or the first version of that list.

Q    Who have you received those lists of RIF'd employees from?

A    Uh, the Office of the Chief Human Capital officer I think is the generator either directly from them or from Jonathan Bettis.

Q    Um, but this may not be the, the final version of that list?

A    I don't know when this was produced.  I've seen other versions of this list, yes.

Q    Is this how it or a document like this the way in which the individuals who would be subject to the RIF were communicated to you?

A    I don't recall if this is the only mechanism, but I presume a list like this was how it was communicated, likely.

Q    Uh, did you ever give individual-level feedback at this level of specificity for employees

before the RIF to the decision-maker or the Office of the Secretary?

A     No.

Q     Before the RIF was conducted, were all of the employees at IES evaluated individually for their performance?

A     Yes.  If they were eligible for evaluation, yes.

Q     Is it fair to say, based on -- well, let me reframe.

Are you aware of any other leaders within IES who were able to give more feedback about the RIF process before the, the RIF was undertaken?

A     No.

Q     Stepping back, ultimately approximately what portion of IES's staff was subject to the RIF?

A     90 percent.

Q     And what impact has that had on IES's ability to carry out its functions?

A     IES has had to rearrange its workload among the remaining employees to address the change in FTE.

Q     So you discussed earlier the work that statisticians at NCES would carry out, and you noted that they may have one or a handful of studies that they were supporting.  They may engage in planning.

What has that looked like to have a 90 percent reduction in staff?  How have those transitions -- those functions been transitioned or, you know -- let me reframe.

How has that affected the ability of staff to carry out those functions?

A   Existing studies are assigned to IES staff or other ED staff who are familiar with the content of the work for ongoing management and planning.

Q   Do contractors carrying out studies and evaluations have less contact with IES staff members now?

A   I don't know that they have less contact specifically.

Q   Has the RIF impacted the quantity of outreach that IES is able to conduct to external stakeholders?

A   Yes.

Q   Um, how?

A   Prior to the RIF, for example, staff in NCEE were working to connect with, for example, leaders in various national associations, Counsel for Exceptional Children or something in that vein to gather their feedback about what sort of work might be most valuable to their community.

Q    And was that work that was being conducted like that important, in your view?

A    Yes.

Q    Is there other work that was being conducted that is no longer being conducted?

A    Yes.

Q    In your view, is some of the work that's not being conducted any longer, uh, work -- I'll rephrase.

In your view, is some of the work that IES cannot conduct any longer, um, valuable work that was lost?

A    It's my view that the most mission critical work of IES continues.  Other work that may have had value may not be able to continue.

Q    Before the RIF occurred, did you generally believe that IES staff were performing effectively?

A    Generally.

Q    Did you generally assess that IES had a significant number of people with important expertise to the agency's mission?

A    Yes.

Q    Uh, you mentioned not knowing who the decision-maker was.  Have you ever heard what the guiding principle was in determining how much of IES was subject to the RIF?

A    As a percentage?

Q    The scope of the RIF, yeah.

A    I have never been told directly the method through which the RIF was undertaken.

Q    Um, you said that you were asked to prepare information about IES's functions by designating them within competitive areas; is that correct?

A    Yes.

Q    Do you know why you were instructed to group IES's function and staff within competitive areas?

A    Only that competition for positions within competitive areas is one mechanism for conducting a RIF.

Q    When the RIF was ultimately conducted, were those competitive areas you had put together used to, to determine who was subject to the RIF?

A    Not observably.

Q    Not observably.

(Exhibit 13 was marked for identification.)

BY MR. MCGRATH:

Q    If I could direct you to document number EDAERA00003899.  This is an email from March 12.

Are you familiar with this email?

A    Yes.

Q   Can you explain the context surrounding it.

A   This was sent by me to IES staff following the announcement to staff the reduction in force.

Q   You praise the capacity, intellect, and contributions to the nation's education system of the employees subject to the RIF.

Is it -- did that reflect your assessment of their performance at IES?

A   Yes.

Q   Um, before the RIF, did you believe that the -- these employees were carrying a significant workload?

A   Yes.

Q   And when you say their "contribution to the nation's education system," what did you have in mind?

A   The value or potential value of the work product that their -- they eventually produce through their activities.

Q   For example?

A   Uh, successful administration of the NAEP assessment and the release of those results, supporting university-funded research and education sciences, evaluations that could improve the implementation of federal programs.

THE REPORTER:  That could improve the what?

THE WITNESS: Implementation of federal programs, as examples.

BY MR. MCGRATH:

Q And when you use the words "contribution to the nation's education system," beyond those very specific functions, were you getting at a larger contribution?

A Yes. Generally, um, supporting a evidence-based education system writ large is a, you know, general function of IES.

Q And you thought that the staff had been contributing to that function?

A Yes.

Q Did you think that the staff who were terminated were unnecessary?

A As I write in this memo, I felt that there was eval -- I felt that the staff at IES writ large were making important contributions to the nation's education system and to the practice of the education sciences.

Q But do you think that the staff that were terminated were unnecessary to supporting IES's mission?

A I think the staff that were terminated were, in the main, supporting the mission of IES.

Q    Um, do you think -- we talked about the positions of statistician education research analysts.

Do you believe that the staff that were subject to the RIF could be easily replaced?

A    No.

Q    Does their particular expertise make those staff difficult to replace in terms of filling positions with individuals who can serve IES's mission?

A    Historically, we have been able to fill positions that have been vacant that we had sought to fill. We had found candidates. Um, that said, IES is looking for specific expertise.

Q    But historically has IES, to your knowledge, ever had to hire a very substantial portion of its staff at once?

A    No.

Q    So would it be fair to say that losing 90 percent of the staff would be difficult to reverse easily?

A    Easily, yes.

Q    Would you say that staff with substantial expertise in education research were dismissed as a result of the RIF?

A    Certainly staff were dismissed via the RIF

who had substantial numbers of years of service with IES.

Q   But in your view, did they bring substantial expertise in education research or data?

A   Generally, yes.

Q   You, you also said it's hard to "genuinely understand" the RIF in the first paragraph.

Why did you write that?

A   Um, I think it is difficult -- I think it was difficult in that moment to, uh, make meaning of such a substantial action within the unit.

Q   Do you think that all of the factors that should have been considered were considered in, in making that decision?

A   I have no idea what factors were considered.

Q   Does your statement that it's hard to "genuinely understand" this RIF indicate that you would have decided differently?

A   I think it speaks only to the human challenge of internalizing a reduction in force of that size.

Q   Well, you, you categorized it as a "professional loss" in addition to a personal one.

THE REPORTER:  I'm sorry.  Professional --

MR. MCGRATH:  A professional loss.

THE REPORTER: Oh, loss in addition to --

MR. MCGRATH: In addition to a personal one.

BY MR. MCGRATH:

Q Is it fair to say that when you said you didn't genuinely understand the professional loss, that you were concerned about the impact on IES's functions?

A I would -- I don't know if that specifically motivated me writing that in the moment. I think I was attempting to reflect that this was both a -- had both human consequences for individuals who were affected personally, interpersonally, as well as professional consequences for their trajectory and career.

Q You also wrote that IES would be, quote, "preparing for a transition of our core work to others" in the last paragraph.

A Mm-hmm.

Q Who were the "others" you were thinking of when you wrote that?

A Those of who -- those of us who remained at IES.

Q Here, you, you mentioned in the fourth paragraph, "Finally, to my team in NCEE" --

THE REPORTER: What is it? NC --

BY MR. MCGRATH:

Q    NCEE, that -- if you go to the second line -- "have had less a part in that than you deserved," referring to the work at NCEE in the past -- in this past year.

Why had you had have less a part in that?

A    Because I was also serving in the acting director role.

Q    Did that take you away from your role at NCEE?

A    Yes.

Q    Um, how?

A    Uh, I simply did not have as many hours in the day to dedicate to NCEE activities as I had previously.

Q    So what kind of work could you no longer do?

A    Uh, senior leaders were taking a more sort of strategic initiative, and I was providing more sign-off as opposed to, you know, generating new ideas or participating as actively in strategic planning for the center as I would have probably preferred.

Q    Because of your responsibilities as acting director?

A    Correct.

Q    You said approximately 90 percent of IES was

terminated, subject to the RIF?

A    Yep.

Q    How many employees were left at NCES after the RIF?

A    Immediately following the RIF, there were three staff assigned to NCES.

Q    And NCEE?

A    Just myself.

Q    And NCER?

A    Just the commissioner.  There may have been two external fellows for -- there were two external fellows for some period of time, and as their fellowships wound down, they rolled off.

Q    In addition to --

THE REPORTER:  As their fellowships round down, what?

THE WITNESS:  I'm sorry.  As their fellowships wound down, they rolled off.

BY MR. MCGRATH:

Q    But those were the only other staff at NCER besides the commissioner?

A    Correct.

Q    When you started talking about your current roles earlier today, you are still the commissioner of NCEE?

A    No.

Q    No?

A    Correct.

Q    What's your position?

A    My position of record is interim deputy commissioner of NCES, and as there is no commissioner of NCES appointed by the secretary and no IES director, I also fill those roles.

Q    The role of IES director?

A    And NCES commissioner.

Q    NCES commissioner, and you're not serving in the role of NCEE commissioner?

A    That position is, is vacant.

Q    Okay.  Does NCEE have other staff?

A    Yes.

Q    How many staff?

A    One.

Q    So we discussed earlier the work that research analysts at NCEE would play in managing contracts.  Is the one staffer at NCEE responsible for interacting with all of the contractors carrying out evaluations?

A    No.  One additional staff member from NCSER assists in that work.

THE REPORTER:  Has what in that work?

THE WITNESS:  Assists.

BY MR. MCGRATH:

Q    So there are two IES staff members fulfilling the -- that work at NCEE?

A    Yes, in addition to any support I provide.

Q    Um, is that also true for the work supporting the What Works Clearinghouse?

A    The What Works Clearinghouse contract is supported by the one person from NCSER who is assisting, and then whatever help I provide.

Q    And is that also the case for the RELs that are being operated?

A    Yes.

THE REPORTER:  The RELs letter, you said?

THE WITNESS:  Yes, R-E-L-s.

BY MR. MCGRATH:

Q    So there is one staff member from NCSER who assists with NCEE functions and one full-time employee at NCEE?

A    Yes.

Q    How often is that staff of those two individuals able to communicate with the contractors carrying out NCEE work?

A    I don't know on a per-contractor basis how frequently those staff interact with each contractor.

Q   Do you think that it's significantly less than was the case before the RIF?

A   Um, I don't know.  Because of the current volume of activity in the contracts, there's a substantial amount of communication happening at present.

Q   Um, so you've said there are fewer evaluations being conducted.  The What Works Clearinghouse has not put out new compilations of research, such as practice guides, um, and NCEE has about two staff currently contributing to its functions.

Is it fair to say that NCEE is carrying out significantly less evaluation activity than it was previously before the RIF?

A   It is conducting fewer evaluations, yes, than it was prior to, prior to the RIF, while the bulk of the contract cancellations occurred prior to the RIF.

Q   So would you assess that it's likely there will be an impact on the quality of evaluations carried out at NCEE with less staff oversight?

A   I don't think that's a foregone conclusion, no.

Q   But you did assess the people who are

subject to the RIF at NCEE had been generally performing effectively previously?

A    Yes.

Q    And you said that they had made a contribution to the nation's education system?

A    Yes.

Q    And now there are many fewer individuals working there.

Is it fair in that context to assess that the quality of NCEE's work will be lowered?

A    It is my sense that the staff who remain at NCEE will endeavor to maintain the same level of quality and rigor as has historically been provided, or has been, you know, characteristic of their work.

It's my sense that the contractors themselves will continue to do the same high-quality work they have traditionally, and that our peer review process will continue as it has traditionally to ensure quality.

So I don't think it's a given that quality will decline based on changing numbers, given the number of contracts folks are carrying.

Q    But is it, in your view, true that the quantity of work that was being conducted by NCEE staff prior to the RIF has been dramatically reduced?

A    It has been reduced, yes.

Q    In your view, does a reduction in staff at NCEE impact its ability to carry out its statutory functions?

A    We have worked to ensure that those things which are most mission critical and statutorily required continue and be the priority.  So to the extent to which those are our core functions, we have worked less -- we have worked to continue those activities.

Q    But before this year, in 2024, you assessed the work that NCEE was carrying out at that time to be valuable?

A    Yes.

Q    Um, and much of that work has been halted; is that correct?

A    Yes.

Q    And now there is one full-time staff member at NCEE; is that correct?

A    Yes.

Q    You previously mentioned multiple divisions at NCEE.

A    Mm-hmm.

Q    Could you refresh our recollection as to what those divisions are?

A    There is the Knowledge Use division and the --

THE REPORTER:  Knowledge -- say it again.

THE WITNESS:  Knowledge Use division and the Evaluation division.

BY MR. MCGRATH:

Q    And that -- the single employee who is full-time at NCEE is now responsible for the work of both of those divisions?

A    Her work is only in the Evaluation division.

Q    Who is conducting the work of the Knowledge Use division?

A    The NCSER staff member who is also supporting NCEE.

Q    Does that NCSER staff member --

THE REPORTER:  "Who is also supporting" -- I'm sorry.

THE WITNESS:  NCEE.

THE REPORTER:  Also supporting --

BY MR. MCGRATH:

Q    Does that NCSER staff member also continue to support NCSER functions?

A    Yes.

Q    And that Knowledge Use division, was that critical to carrying out NCEE's dissemination

functions?

A    To the extent that those dissemination functions took place within the WWC or the RELs, R-E-L-s, those staff worked with dissemination activities in that division.

Q    Um, how many staff previously worked on the WWC?

A    Uh, five and a half FTE.

Q    And now it is the responsibility of one staff member who is supporting NCEE --

A    Correct.

Q    -- part-time?

A    Correct.

Q    Is the What Works Clearinghouse going to be updated in a timely fashion with those level of resources?

A    I think it depends on what you mean by "a timely fashion."

Typically, the WWC is updated, but a constant update within the context of the WWC is the release of the publication or the uploading of new reviews to the database.  Both of those things are still occurring.  So if those are the markers of timely updating, then that work will continue.

Q    Well, you previously referred to the

practice guides as an important component of the WWC, correct?

A    Correct.

Q    Will all practice guides be released as -- in a timely fashion in comparison to 2024?

A    So we intend to release three practice guides in calendar year 2026.  The number of practice guides per year has certainly varied over the number of years I've been there.

Q    Um, are there any other ways that NCEE's ability to timely disseminate information will, will be impacted by the RIF?

A    I think we have observed some slower pace of peer review, but not dramatically so, compared to years prior.  I don't anticipate -- for those products which are in the pipeline to be released, I do not necessarily believe they will be released any more slowly currently than they would have prior to contract cancellations or the RIFs.

Q    And you said originally after the RIF, you were the only employee of NCEE?

A    Yes.

Q    Did you hire a new employee?

A    We received -- well, so we -- at the RIF, I was the only IES employee at NCEE.  We had recently

received one detailee who has subsequently followed me to NCES.  In the intervening time, we received a different single detailee inside NCEE.

So it was me plus a detailee pre-RIF.  Now that I've moved to NCES, it's one FTE, also a detailee.

Q    And at NCES you said there were three people after the RIF?

A    Yes.

Q    About how many people had NCES had before the RIF?

A    Probably -- I don't know specifically. Probably 110-ish, yeah.

Q    And what are the main responsibilities of the people who remained at NCES?

A    The ongoing execution of the National Assessment of Educational Progress, or NAEP, N-A-E-P; the ongoing maintenance of our restricted-use data licensing program; the ongoing operation of international surveys and planning for such surveys; the operation of our disclosure review board, which reviews restricted-use data prior to licensing, to ensure that it has been properly treated to avoid the inadvertent disclosure of personally identifying information.

Those are the large functions.

Q   So those three employees had at least those four functions.  Would you say that those four functions are time-consuming?

A   Yes.

Q   Would those employees -- did they have time to support other NCES work?

A   Previously to the RIF or currently?

Q   After the RIF.

A   Generally, they are focused on those specific activities.

Q   Um, after the reduction from 110 to three employees, was NCES's ability to carry out the same quantities of work it had done before substantially impacted?

A   The number of contracts and activities declined post contract termination and RIF.

Q   Did it decline significantly?

A   I think it depends upon your definition of "significant."  It was a large decline.

(Exhibit 14 was marked for identification.)

BY MR. MCGRATH:

Q   If I could show you document number EDAERA00003223.  This is an email from March 12th.

Are you familiar with this email or the context?

A    I have reviewed it, yes.

Q    You mentioned to the recipients at BEA the "loss of subject matter expertise" at NCES.

What subject matter expertise were you referring to?

A    In this case, I sent this email at the request of Josue Delarosa referenced in the email, because he was unable to send email.  I do not know what arrangement he had or what meeting he had planned with BEA, only that he asked me to send this email to them to say that we could not have it.

Q    Why didn't he have access to email?

A    ED staff who were RIF'd lost the ability to send email outside the ed.gov domain.

Q    Do you know why?

A    I do not know why, no.

Q    So you don't know the particular context of the work Mr. Delarosa was doing with BEA?

A    Correct.

Q    Is it fair to say that that work is not continuing any longer?

A    BEA never contacted me, that I recall, in response to setting up a subsequent meeting in the

summer.

Q    Are there other instances where you've sent, you've sent emails like this for RIF staff?

A    Yes.

Q    Were those email -- in doing so, was that an indication that certain activities IES had been conducting wouldn't be carried out any longer?

A    Generally, no.  Probably the largest single volume were responses to disclosure risk reviews that had to be sent to researchers.

Q    Did you send those emails personally?

A    Yes.

Q    Had you done that before the RIF?

A    No.

Q    So you were personally corresponding with individual researchers?

A    Yes.

Q    Why were you personally doing that?

A    Being I had one -- my account was not blocked to send emails beyond ed.gov domain.

Q    Was IES's ability to communicate with education researchers impacted by the RIF?

A    Only insomuch as I was the intermediary for staff who were unable to send messages.

Q    Um, you mentioned that remaining NCES staff

had responsibility for restricted-use data and disclosure review.

A Mm-hmm.

Q Has NCES's ability to respond to requests for restricted-use data been impacted by the RIF?

A Yes.

Q How so?

A When the RIF began, a decision was taken, to my knowledge, either at the request or insistence of the Office of Management and Budget, their Office of Information and Regulatory Affairs, which oversees sciences, statistical policy, to halt researcher use of the portal via which researchers make requests for restricted-use data.

Q Is that the only way that the RIF impacted access to restricted-use data?

A Uh, the only way?

Q Were there less staff resources available to assist researchers?

A There were fewer -- yes, there were fewer NCES staff assigned to that activity.

Q Did that delay responding to requests for restricted-use data?

A I don't know for certain. I can imagine that it might have.

Q    Um, has the reduction in staff impacted NCES's ability to conduct disclosure review?

A    So NCES staff contributed to the disclosure review board but didn't do disclosure risk review, which are two somewhat different things.

Some of the disclosure risk review work that had been done via contracts overseen by NCES staff shifted to our IES Office of Standards and Review --

THE REPORTER:  To the what office?

THE WITNESS:  IES Office of Standards and Review, so that work has shifted.

BY MR. MCGRATH:

Q    So staff within IES Office of Standards and Review --

A    Mm-hmm.

Q    -- have assumed some of those functions?

A    Correct.

Q    Is NCES hiring additional staff --

A    Yes.

Q    -- after the RIF?

A    Yes.

Q    Why?

A    We made a request for additional staff to ensure that we could successfully deliver NAEP 2026 and 2028.  The '26 collection will begin the end of

January 2026.

Q   So there weren't sufficient staff to do that following the RIF?

A   We had been detailing staff from the National Assessment Governing board to NCES to oversee those contracts.  Those details were temporary, and so additional staff were needed to fill those roles.

Q   When did you initiate those details?

A   Oh, I don't recall the specific dates.  Probably early summer, midsummer.

Q   So after the RIF?

A   Yes.

Q   So after the RIF, without details or new hiring, NCES didn't have the staff necessary to carry out those functions?

A   We believed it was valuable to have additional staff with additional expertise join the NCES team to oversee that work.

THE REPORTER:  NCES team?

THE WITNESS:  Yep.

BY MR. MCGRATH:

Q   What kind of expertise?

A   We had detailees with expertise in assessment platforms --

THE REPORTER:  Assessment what?

THE WITNESS: Assessment platforms, reporting and analysis of assessment results, assessment content development. Topics like that.

BY MR. MCGRATH:

Q Did staff who are subject to the RIF have expertise in assessment content or other relevant areas?

A Yes.

Q Um, if those staff had not been RIF'd, would NCES have needed to hire new employees?

A Uh, if staff had -- if any staff -- well . . .

Q NCES went from 110 to three employees?

A Correct.

Q Many of the employees who were subject to the RIF and terminated had expertise in assessments; is that correct?

A Correct.

Q If many of those employees had not been terminated, would NCES have had a need to hire additional employees?

A Had the staff in that unit not been terminated, we would not have needed to hire additional employees.

It is not a foregone conclusion to me that the number of staff that were RIF'd was the number needed to fulfill mission critical activities within the unit.

Q   But to your knowledge, the RIF did not involve any information, in detail, being provided about the work being done by the employers who were terminated?

A   To my knowledge.

Q   No one at IES, to your knowledge, provided that information?

A   Correct.

MR. MCGRATH:  Okay.  I think we'll take our last break.

THE VIDEOGRAPHER:  We are going off the record.  The time is 3:07 p.m.

(Whereupon, a short recess was taken.)

THE VIDEOGRAPHER:  We are going back on the record.  The time is 3:23 p.m.

BY MR. MCGRATH:

Q   Mr. Soldner, speaking about the RIF but also the contract cancellations, you've said you think IES is carrying out its most critical functions, still, after the RIF and contract cancellations.

After the contracts were canceled, we

discussed earlier that you gave input into which contracts were critical. Does that mean that in the time period immediately after the contracts were canceled, IES wasn't carrying out its most critical functions?

A In the intervening time, there were contracts supporting critical functions that had been terminated, which supported our argument to have them reinstated.

Q Were staff carrying out those functions when the all the contractors were not?

A To the extent possible.

Q Was it possible to carry out all of the agency's critical functions while those contracts were canceled?

A No.

Q So is it fair to say, at least for some period of time, the agency wasn't carrying out critical functions?

A It's fair to say there were no contractual mechanism in place to have those functions carried out, yes.

Q Well, staff weren't carrying out the functions; would you agree?

A Yes.

Q    And if the contracts weren't in place, the contractors weren't carrying out the functions either; is that correct?

A    Correct.

Q    But you've said now that you believe IES is carrying out its most critical functions.  Before the contract cancellations and the RIFs, what are some activities that IES was carrying out that you think were important but that are no longer being carried out?

A    We had several contracts, for example, in the What Works Clearinghouse that were in the vein of enhancements or future practice guides.  Those were important, but they weren't time-sensitive or mission critical.

Q    Were there evaluations that were being conducted that were important that are no longer being conducted?

A    Yes.

Q    What would be an example?

A    Uh, we -- I'm trying to think of something we halted that hasn't resumed in any way.

We had launched a series of new evaluations related to programs authorized by the Higher Education Act that were just beginning or in the early stages of

their life cycle. Those were terminated. They were important in that they answered questions that policy-makers had, but they weren't critical, so we haven't resumed them.

Q You testified that you gave input about which contracts were critical to decision-makers after cancellation, including through one of the artifacts that we discussed.

Were all of the contracts that you, um, said were critical reinstated?

A Certainly I think the vast majority were approved for reinstatement. There may have been some small number that were rejected.

Q Other than providing that input in a memorandum or the spread, a spreadsheet, did you have other opportunities to explain to decision-makers why contracts should be reinstated?

A In the main generally, they were either through the memos which you have seen copies of or a subsequent iteration of that where there was an online portal with the same data, just not submitted in memo form.

Other than that, I had one extended series of conversations with a member of the efficiency team related to a specific contract, where they were trying

to understand what the contract was purchasing, its costs, its scope and the like, but that was a singular in-depth conversation that was unusual.

Q    What member of the efficiency team?

A    Connor Fennessy.

Q    When you say "the efficiency team," is that affiliated with DOGE or the Department of Government Efficiency?

A    I use that language -- I use that term as a term of art to describe individuals who I do not know, but no, they have a shared mission related to the efficiency of contracts.

Q    Did those conversations give you any indication of who the decision-maker may have been who, upon -- for canceling the contracts initially?

A    Given that Connor was the only member of the team that I spoke to as relates to contracts, I inferred he had a significant role in at least gathering data related to decision-making.

Q    Um, you also have said that the most mission critical work at IES continues after the RIF, but you've said that in 2024, IES was conducting important work.

What is some important work that IES cannot do following the RIF, the termination of 90 percent of

IES's staff?

A    Well, as I mentioned previously, an example of work inside NCEE that was terminated and we did not seek to reinstate it was a series of studies related to programs authorized in the Higher Education Act.

One of those studies, for example, focused on providing child care access to post-secondary parents to enable them to attend college. That's work that is important, but not mission critical. Therefore, we have not sought to reinstate it and allocate staff resources to continuing that work.

Q    Shifting a bit, defendants have represented that as of September '26 -- so with some days left in the fiscal year 2025, IES had only expended a little more than $300 million out of appropriations that are around $800 million.

Does that sound like a correct representation of how much IES spent by the end of fiscal year 2025?

A    Of fiscal '25 appropriations, yes.

Q    In fiscal year 2025, you were acting director of IES the entire time, correct?

A    Yes.

Q    Do you know about how much of that $300 million that was obligated was obligated before

the contract cancellations and RIF, so before February of 2025?

A   Um, I don't know the -- no, I do not.

Q   Based on your experience leading the agency, do you think a significant portion of the $300 million was obligated in those four months of fiscal year 2025?

A   Pre-RIF?

Q   Pre-RIF termination and precontract termination.

A   If those were fiscal '25 funds obligating fiscal '25, my supposition would be the single largest portion of that money related to supporting NAEP.  Um, so I think in many regards, it might be independent of the contract terminations and the RIF.

I would have to see specifically what funds were used.  Because money carries over across fiscal years, you have to -- it's not obvious what years funds are always paying for certain activities inside a given fiscal year.

Q   It's now fiscal year 2026.

A   Yes.

Q   Is IES obligating funds at a rate similar to fiscal year 2025?

A   No.

Q    At a higher rate or a lower rate?

A    Lower.

Q    Um, how much lower?

A    I do not know how much lower, but it is objectively lower.

Q    Why is IES obligating funds at a lower rate?

A    I suspect the largest single contributor to the lower rate is new grant awards.

Q    Research grant awards?

A    Yes.

Q    Um, so the contributor to the lower rate of obligation is the reduction in the number of new grant awards?  Is that what you're saying?

A    Yeah.  Yes.

Q    Are there other contributors to the lower rate of obligation?

A    I'm sure that there are.  They could include, you know, ongoing funding for studies that have been terminated.

Q    So the contract cancellations --

A    Correct.

Q    -- have resulted in a lower rate of obligation?

A    Yes.

Q    Is it an indication -- sorry.

Aside from the contract cancellations, is IES not bidding for new contracts at the same rate that it was previously?

A   I haven't seen data that shows the rate of new procurements now compared to prior fiscal years.

Q   Um, is the smaller staff at IES contributing to the lower rate of obligation?

A   Uh, not necessarily.  I would suspect the focus on mission critical activities is the larger driver of the lower rate of obligation.

Q   Why would conducting the mission critical activities drive a lower rate of obligation?

A   Well, by winnowing the work down to just mission critical activities, you have a lower --

THE REPORTER:  What -- (unintelligible) --

THE WITNESS:  Oh, sorry.  By winnowing the scope of work to just mission critical activities, you might expect to see a reduction in the total number of new procurement and therefore obligations.

BY MR. MCGRATH:

Q   But IES is paying less staff now than the beginning of fiscal year 2025?

A   Yes.

Q   Do you know approximately what rate of

obligation on an annual basis IES is spending on, now?

Q   A   I do not know how much carryover is average from a year -- year to year.  There is a substantial carryover across accounts between fiscal years.

Q   Um, within the fiscal year September 30, 2025 to September 30, 2026, do you have any sense for approximately how much funding IES is likely to obligate at its current rate of expenditure?

A   I don't have a definitive number.  I would anticipate it to be less than our full appropriation.

Q   Well, you previously said it would likely be less than the $300 million obligated in fiscal year 2025.

Do you know how much less it might be?

A   Perhaps I misspoke.  I don't expect to obligate -- we don't have a fiscal '26 appropriation yet.  If it were at a level of consistent to prior years, I would expect the obligation to be less than the full appropriation, but greater than $300 million.

Q   Greater than $300 million?

A   Yes.

Q   You said that as of 2024, IES sought to expend all of its appropriated funds?

A   IES would seek to not lapse appropriated funds, so we would not let funds from -- carried over

from the prior fiscal year expire.

Q   By spending them?

A   Correct.

Q   And that is not the current approach IES is taking?

A   IES will still continue to try not to lapse. So fiscal year '25 funds are the funds we would spend first.  We would endeavor not to lapse fiscal '25 funds.

Q   So IES will endeavor to spend its fiscal year 2025 funds without allowing them to lapse unobligated?

THE REPORTER:  You said "unobligated"?

MR. MCGRATH:  Unobligated.

THE REPORTER:  Okay.

THE WITNESS:  We will endeavor to fully fund as many mission critical activities as possible, using our fiscal '25 appropriation.

BY MR. MCGRATH:

Q   You have said IES is carrying out its mission critical functions.  What's the minimum amount of funding IES would need to carry out its mission critical functions?

A   I have not seen a single definitive number that seeks to total that up.

Q    But from your experience leading IES, do you have a thought?

A    In total, not so definitively.  Perhaps by program, in some instances, we have a better sense.

Q    So for operating NCES, do you have a, a sense of how much funding is needed to fulfill NCES's critical activities?

A    So we believe, for example, to fulfill NAEP's critical responsibilities is approximately $130 million per year.  We have less specific clarity on other aspects of NCES's mission.

Q    Would you have a sense of what minimum amount would be necessary to fulfill NCEE's critical functions?

A    Uh, that number varies.  NCEE -- different components of NCEE are funded in different ways.  Is there a particular component of NCEE you're thinking of?

Q    Well, um, to carry out evaluations of federal programs, how, how much funding would be needed?

A    In the main, NCEE does not have a dedicated funding stream for the totality of its evaluations, so we adjust the number and size of evaluations, based on available funds from program offices.  Effectively

those programs are being evaluated, so there is no

singular number that is necessary.  We work within the

budget we are able to secure, in the main.

Q    But NCEE couldn't carry out those functions

with a $10 budget?

A    Correct.

Q    So based on your assessment having led NCEE,

what do you think is the amount needed to fund its

critical functions?

A    I think across NCEE, both divisions, perhaps

$150 million.

Q    So it is fair to say then that to fulfill

critical functions, there is a minimum amount of --

number of resources that are required?

A    Yes, but I don't know we know what that

number is precisely.

Q    But also those dollars expended to fulfill

critical functions are translated into actual

resources of contractor, staff, and employees; is that

correct?

A    Yes.

Q    So is it fair to say there's a minimum

amount of resources that NCEE needs to carry out its

critical functions?

A    Yes, but I don't know we know specifically

what that number is.

Q    In terms of staff, is the minimum number of NCEE staff less than one?

A    No.

Q    Is it more than one?

A    Yes.

Q    Is it more than two?

A    Yes.

Q    What, in your experience leading NCEE, do you believe is the minimum number of staff that is needed to carry out its functions?

A    Probably in the neighborhood of 15 to 20, at a minimum.

Q    Similarly, at NCES where you are now the acting commissioner --

A    Mm-hmm.

Q    -- what do you assess is the minimum number of staff needed to carry out NCES's critical functions?

A    I think it's much more difficult to say in the case of NCES, because I think there's a process of attempting to understand the most efficient mechanism by which those could be achieved.

So although we know how many folks did do the work previously, I'm not sure it translates

directly to the number that would do the work in the future.

Q    Is that related to contractors carrying out the work instead of federal staff?

A    Uh, it could be in part, certainly.

Q    What, in your judgment, is the minimum number of staff needed to carry out NCER's critical functions?

A    Um, probably optimally, no fewer than ten or a dozen.

Q    Right now, NCER and NCEE have less staff than those numbers that you noted; is that correct?

A    Yes.

Q    Is the agency planning to hire people into additional positions to get to those levels of minimum staff?

A    I cannot speak to what the agency plans to do.

Q    Would you be the decision-maker over whether that hiring -- hiring in those components would occur?

A    No.

Q    I know it's hard to approximate -- or it's hard to say an exact number, but do you think that NCES can carry out its critical functions with three staff?

A    Not in the long term.

Q    Approximately what number do you think NCES would need to carry out its critical functions?

A    I could not hazard a guess as to an accurate number.  I think it depends, as I said earlier, in large part, on how the mission critical work of NCES is envisioned, what efficiencies may be found in conducting that mission, the relative balance of contractors and professional ED staff, so I simply can't give you a definitive number.

Q    But more than three?

A    Yes.

MR. MCGRATH:  Okay.  I think that completes my questions, Michael.

MR. BRUNS:  No redirect.

MR. MCGRATH:  Okay.  Thank you for joining us.

THE WITNESS:  Thank you for having us.

THE VIDEOGRAPHER:  Are we finished?

MR. MCGRATH:  Yes.

THE VIDEOGRAPHER:  Please stand by.

We are off the record at 3:49 p.m., and this concludes today's testimony given by Mr. Soldner.

THE REPORTER:  Let me ask real quick.  You both want a rough draft?

MR. MCGRATH:  Yes.

MR. BRUNS:  Yes, please.

(Signature having not been waived, the video deposition of MATTHEW E. SOLDNER, Ph.D. was concluded at 3:49 p.m.)

ACKNOWLEDGEMENT OF WITNESS

I, Matthew E. Soldner, Ph.D., do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me, and any corrections appear on the attached Errata sheet signed by me.

_____  _____

(DATE)                 (SIGNATURE)

E R R A T A   S H E E T

IN RE:  AERA vs. EDU

RETURN BY:

PAGE      LINE                    CORRECTION AND REASON

____      ____    _____

____      ____    _____

____      ____    _____

____      ____    _____

____      ____    _____

____      ____    _____

____      ____    _____

____      ____    _____

____      ____    _____

____      ____    _____

____      ____    _____

____      ____    _____

____      ____    _____

____      ____    _____

____      ____    _____

____      ____    _____

____      ____    _____

____      ____    _____

_____    _____

(DATE)         (SIGNATURE)

CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC

I, Laurie Donovan, Registered Professional Reporter, Certified Realtime Reporter, and notary public for the District of Columbia, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 0th day of August 2024.

My commission expires:  July 14, 2027

_____

LAURIE DONOVAN
NOTARY PUBLIC IN AND FOR
THE DISTRICT OF COLUMBIA

| A | | | | |
|---|---|---|---|---|
| **ability** 39:11 62:5 133:6 136:17 141:1 144:6,8 151:19 152:5 166:3 169:11 171:13 172:15 173:21 174:4 175:2 | **acquisitions** 71:4 **acronyms** 13:24 **act** 17:11 19:15 82:18 83:14,15 117:3 180:25 183:5 **acting** 12:4,9,10 13:4 81:17 160:7 160:22 183:21 191:15 | 161:14 163:5 **additional** 33:7 100:24 101:4 103:6 145:8 162:23 175:18,23 176:7,17,17 177:22,25 192:15 **Additionally** 24:4 **address** 151:21 | **Aid** 116:19,23 **aided** 117:11 **aiding** 46:18 **al** 7:8,9 **alert** 110:25 129:22 **algebra** 30:11 45:18,21 **align** 64:25 **aligned** 40:12 41:16 | **annual** 86:23 187:1 **annually** 64:24 **answer** 8:21 23:7,9 38:15 107:11 **answered** 39:8 181:2 **answering** 132:6 **anticipate** 169:15 187:10 |
| **able** 55:13 59:10,11 70:20,23 83:14 98:10,15 119:12 135:22 136:13,22 136:25 138:18,21 138:23 151:12 152:16 153:14 157:10 163:22 190:3 | **action** 33:17 63:12 63:14,17 111:3 158:11 **actionable** 33:16 **actions** 62:25 117:17 121:14 122:8,9 132:1 | **Addressing** 14:15 **adherence** 65:10 **adjust** 189:24 **administering** 2:17 **administration** 88:24 93:5 155:20 **administrative** | **allocate** 183:11 **allocations** 80:14 **allow** 40:1 **allowed** 106:16 113:6 **allowing** 33:3 188:11 | **appear** 90:10 112:5 195:11 **appears** 108:15 **applicant** 39:10 79:2 **applicants** 39:2 42:6,9 76:16,25 77:1,4,8 78:16,20 79:5 84:14 |
| **Absent** 136:12,21 **absolute** 139:9 **academic** 16:11,16 24:2 45:9 50:24 73:17 | **active** 132:18,19 **actively** 160:20 **activities** 15:19,23 27:4 30:23 40:13 47:8,20 60:8 76:2 | 27:15,19 37:6 108:8 **adopt** 83:18,19 **advance** 112:7 **advice** 63:16 | **altogether** 95:6 110:23 **ambiguous** 68:15 **amended** 117:3 **American** 1:5 7:7 | **application** 26:25 39:3,5,16 42:8 **applications** 13:15 25:6,8,10,11,12 25:13 76:12,22,23 |
| **Academy's** 80:4,25 **access** 32:20,20,23 33:3,8 37:22,23 38:1,11,14,22,25 55:2,6 172:14 174:16 183:7 | 87:15,22 88:16,17 89:22 123:10 129:8 130:22 132:10 133:3 141:21 142:17 155:18 160:14 | **advise** 94:9,13,18 **advised** 94:7,11 **advisory** 75:13 **advocacy** 75:13 **advocate** 135:1 | 11:4 **amount** 30:5 86:25 138:22 164:5 188:21 189:13 190:8,13,23 | 79:16,21 135:9,20 135:22 136:18,24 137:2,12 138:3,10 138:16,21 139:22 140:3 |
| **account** 173:19 **accounts** 187:4 **accuracy** 69:12 **accurate** 193:4 **achieve** 15:3 23:3 45:9 49:8,14 62:22 | 166:10 168:5 171:11,16 173:6 178:3 180:8 184:19 186:9,12 186:14,18 188:17 189:7 **activity** 53:25 | **advocating** 81:12 **AERA** 1:6 196:2 **Affairs** 174:11 **affect** 77:18 136:17 **affiliated** 182:7 **affixed** 197:13 | **analogs** 58:21 **analyses** 68:1 **analysis** 31:11 67:25 119:8 140:18 177:2 **analyst** 11:9 72:18 72:21 76:7 | **applied** 20:24 **applies** 101:17 **applying** 79:2 **appointed** 162:7 **approach** 23:2 59:25 188:4 |
| **achieved** 191:23 **achievement** 16:11 21:12 | 60:16 78:10 110:19 121:8,11 133:1 164:4,14 174:21 | **agencies** 23:16 58:18,21 59:2 80:14 **agency** 21:17 58:12 | **analysts** 37:3 73:12 73:13,16 74:3 75:7 76:9 78:15 79:4 157:2 162:19 | **approaches** 59:21 78:2 **appropriate** 63:17 117:17 127:24 |
| **achieving** 16:5 19:4 22:24 23:16 49:19 49:21,25 | **actual** 68:4 69:8 190:18 **add** 103:23 **added** 35:12,16 | 58:24 80:16 81:21 81:24 82:19,22 115:1 141:20 179:18 184:4 | **analyze** 15:5 24:20 27:9 40:1 68:16 113:2 | **appropriated** 81:23 187:23,24 **appropriation** 187:10,16,19 |
| **acknowledge** 195:8 **ACKNOWLED...** 195:6 **Acquisition** 93:23 94:1 95:13 | 102:9 133:20 **adding** 102:11,13 **addition** 72:3 117:9 158:23 159:1,2 | 192:14,17 **agency's** 153:20 179:14 **agent** 31:1 **agree** 179:24 **agreed** 18:12 **agreements** 119:4 | **analyzed** 27:17 **ancillary** 86:5,7 **announced** 145:15 145:25 **announcement** 155:3 | 188:18 **appropriations** 183:15,20 **approve** 121:18 **approved** 121:14 |

123:17 181:12
**approximate** 132:16 192:22
**approximately** 7:16 14:19 44:8 87:8 110:1 125:9 135:13 137:16 141:11 151:15 160:25 186:25 187:7 189:9 193:2
**April** 12:2
**Aranov** 3:19
**area** 27:22,25 36:9 43:14,18 51:14,15 51:17,19 54:24 74:9 76:13 112:8 140:10 141:2
**areas** 24:14,15 40:12 51:9,20 54:3 59:17 76:4 141:16,24 142:5 145:7 154:7,10,12 154:15 177:8
**argument** 130:22 179:8
**arising** 69:9
**Aronov** 7:17
**arrangement** 59:23 172:11
**array** 145:6
**art** 182:10
**article** 55:9
**articles** 44:25 50:23 52:11,12,20
**artifact** 98:21 99:2 106:4 107:7,15,23 108:10,11 109:20 111:17 113:24 116:11
**artifacts** 70:4 115:25 181:7
**artificial** 34:3
**AR00005** 5:4 108:5
**ascertain** 18:12
**Aside** 186:1
**asked** 8:24 9:4 96:15,24,24 99:13

104:24 107:1 108:23 113:4,5 145:5,8,17,21 146:10 147:23 154:5 172:12
**asking** 10:5 24:25 59:22,24 88:9 106:15,23
**aspect** 35:23
**aspects** 189:11
**assess** 153:18 164:20,25 165:9 191:17
**assessed** 140:15 166:11
**assesses** 60:18
**assessing** 78:2
**assessment** 60:17 101:6 112:24 119:21 122:22 155:7,21 170:17 176:5,24,25 177:1 177:2,3,7 190:7
**assessments** 60:20 177:17
**assign** 146:14
**assigned** 22:19 86:11 152:7 161:6 174:21
**assist** 138:1 174:19
**assistance** 11:17 15:1,8,19 20:23 21:4 40:4,5,8,9,13 40:16,18,22 41:5 41:10,12,16,19 42:4,9,12 47:6 48:7,9,17 58:17 76:15 77:4,6 78:16 79:5,14
**assisted** 52:14
**assisting** 163:10
**assists** 162:24 163:1,18
**associated** 48:17 87:13 89:20 119:17
**association** 1:5 7:8

87:19
**associations** 152:22
**assume** 132:25
**assumed** 12:11 175:16
**assurance** 69:10
**attached** 2:14 195:12
**attain** 49:5,5
**attainment** 46:5
**attempt** 32:19 62:19 141:18
**attempting** 128:19 128:22 159:10 191:22
**attend** 96:16,17,24 183:8
**attended** 97:1 145:22
**augmented** 103:6
**August** 197:13
**authored** 85:14
**authority** 62:25 91:12
**authorized** 180:24 183:5
**authorizing** 22:23 43:13 146:25
**authors** 129:5
**availability** 25:14
**available** 18:14 32:12 33:6 34:22 34:23 60:22 134:6 174:18 189:25
**Avenue** 3:4 7:14
**average** 187:2
**avoid** 14:3 170:23
**awaited** 128:1
**award** 22:15 122:5
**awarded** 24:24 135:14
**awarding** 25:3,18
**awards** 24:8 76:23 78:12 135:14,17 136:13 138:20 139:4,10,12,17,19 139:25 141:1

185:8,9,13
**aware** 9:17 38:19 59:2 80:4,7,25 81:3 85:8 88:10 88:13,14 89:8,15 89:19 90:21 98:3 104:22 106:20 108:18 120:25 127:17 151:11
**awareness** 78:25
**a.m** 1:19 2:7 7:3,16 42:22,25 82:10,13 104:17 105:4,8

**B**

**B** 4:9
**bachelor's** 10:9
**back** 12:11 14:20 33:10 42:24 48:20 82:12 110:3 111:15 123:16 130:12 144:16 151:15 178:18
**background** 10:6,8 37:6 75:4
**bags** 40:15
**balance** 193:8
**Baltimore** 10:16
**based** 18:17 20:12 27:20 31:9 44:10 49:18 90:23 92:5 93:2 105:16 128:22 140:18 151:9 165:21 184:4 189:24 190:7
**basic** 138:4
**basis** 13:11 35:12 54:11 121:16 128:5 131:25 139:2,7,7 163:24 187:1
**Bates** 4:12,16,19,22 5:3,5,8,11,14,17 5:20,21 6:4,8 90:5 92:20 96:6 104:15 120:14 124:1

126:16 128:14 136:3 149:6,25
**BEA** 172:4,12,20 172:24
**becoming** 120:25
**before-and-after** 141:10
**began** 88:12 106:4 121:4 174:8
**beginning** 28:19 101:15 180:25 186:23
**BEHALF** 3:2,11
**behavior** 24:17 51:6
**behavioral** 24:2
**belief** 29:6
**believe** 19:3 33:21 61:11,22 66:24 88:23 98:13 102:2 106:5 112:15 119:8,23 130:8 133:25 146:10,12 147:13 153:16 155:10 157:3 169:17 180:5 189:8 191:10
**believed** 112:18 176:16
**belonged** 53:14
**benchmark** 49:19
**benchmarks** 49:22
**beneficial** 102:15
**benefit** 15:24 70:11
**benefits** 59:6,9
**best** 92:8 98:7 100:18 106:3 109:21 111:20 112:8 125:19 149:11
**better** 19:4 71:8,11 99:6 189:4
**Bettis** 4:15,19,21 88:23 89:3 91:25 92:6 96:15 98:22 98:24 105:20 106:14 113:3,7

128:13 129:24 145:4 150:13
**Bettis's** 105:3
**beyond** 29:18,22 43:3 45:15 74:3 113:24 116:6 118:17 156:5 173:20
**bid** 28:9 66:2 67:6 115:2,6
**bidders** 67:13
**bidding** 65:22 186:2
**billed** 105:17
**bit** 34:11 60:2 67:16 183:12
**blocked** 173:20
**blog** 84:24
**blogged** 26:18 27:3 87:18
**blogs** 15:21 85:14
**board** 170:21 175:4 176:5
**bottom** 125:6
**box** 121:23 123:16
**boxes** 39:13
**branch** 12:23 14:13 35:6
**branches** 76:2
**break** 9:1,2,4 42:17 81:15 82:8 144:11 178:14
**brief** 41:1 74:22,25 118:3
**briefing** 47:11
**briefly** 10:7 36:8 119:23,24,25
**bring** 10:3 16:14 17:25 49:10 78:19 94:16 158:3
**broad** 25:23 27:6 82:25 130:13
**broader** 18:18
**broadly** 27:20 33:10 34:21 67:18 86:25
**brought** 26:19

**brown** 40:15
**Bruns** 3:16 8:1,1 23:4,8 132:4 193:15 194:2
**budget** 13:7,20 14:16 57:4 81:18 174:10 190:3,5
**budgetary** 13:19
**bug** 109:24
**build** 18:21 26:10 83:16,24
**building** 54:20
**builds** 102:14
**bulk** 40:9 164:17
**Bureau** 119:5
**Burrel1** 6:7
**business** 103:3

--------

## C

**C** 3:1 7:2
**cadence** 133:9
**calculation** 31:14
**calendar** 169:7
**Call** 4:22
**called** 21:6 102:1 140:12 145:14
**calls** 122:4
**canceled** 64:2,8 88:1,4,6 90:22,24 91:1,7,18,21 94:21,23 95:4,6 95:10 97:18 98:2 98:6,18 100:13,17 101:20 102:3,18 102:23 104:5 107:21 111:1,8,11 111:14,18 112:14 114:10,17 115:6 115:11,14 116:5 119:6 120:22 125:12,18,20 126:6 127:13 128:3 129:20 130:25 133:24 134:14,22 178:25 179:4,15
**canceling** 88:7

110:9,13 182:15
**cancellation** 88:25 89:9,16 91:24 92:7 95:18,22 98:3 99:17 100:23 109:18 110:7,15 111:15 114:3 136:15,17 138:17 140:8,21,25 143:8 181:7
**cancellations** 5:14 88:10,13 92:2,3 93:13 94:12 95:15 99:12 100:11 104:8 105:15 110:21,22 111:22 114:25 117:18 118:8,21 119:22 120:6 126:9 130:13 131:6 132:14,22 133:5 134:5 135:11,16 138:8 141:6,14,15 143:5,13,19,21 144:5 164:18 169:19 178:22,24 180:7 184:1 185:20 186:1
**candidates** 157:12
**capability** 115:9
**capable** 79:7
**capacity** 155:4
**Capital** 145:19 150:11
**card** 148:3
**care** 183:7
**career** 17:21 51:5 159:14
**Carl** 17:10
**carried** 23:19 24:16 29:23 101:11 102:25 164:22 173:7 179:21 180:9 187:25
**carries** 184:17
**carry** 17:15 22:21

27:12 29:5 43:11 44:13 47:20 60:6 62:7 76:1 81:10 82:5 115:7 151:19 151:23 152:6 166:3 171:13 176:14 179:13 188:22 189:19 190:4,23 191:11 191:18 192:7,24 193:3
**carrying** 17:1 20:5 22:4,18 30:18 43:6 56:22 57:16 72:4 101:21 102:17 122:24 131:8,13,17,20,23 132:14 134:24 141:12,13 152:10 155:11 162:21 163:23 164:13 165:22 166:12 167:25 178:23 179:4,10,18,23 180:2,6,8 188:20 192:3
**carryover** 187:2,4
**Carter** 5:8,11
**case** 1:8 7:11 39:9 46:19 47:7 56:11 61:23 63:13 88:2 101:18 108:8 163:11 164:2 172:8 191:21 197:11
**cases** 110:10
**catalog** 121:5
**categorized** 158:22
**causal** 17:6 24:6 41:4 77:23 78:5,8 78:13
**causes** 78:10
**caution** 23:4
**caveat** 112:21 132:24
**CC'd** 128:14
**Ceilings** 140:12

**Census** 119:5
**center** 10:24 11:12 11:15 12:3,8 22:12 27:7 160:21
**centering** 43:22
**centers** 58:13
**certain** 49:19 142:4 173:6 174:24 184:19
**certainly** 16:13 38:9 44:24 66:12 80:13 83:23 84:2 84:23,24 104:6 122:7 123:20 130:21 138:13 139:4,10 140:24 140:24 157:25 169:8 181:11 192:5
**certainty** 95:11
**CERTIFICATE** 197:5
**Certified** 197:6
**certify** 197:8
**cessation** 110:18
**chain** 5:5,13,16
**challenge** 158:20
**change** 78:10 84:4 151:21
**changes** 46:9
**changing** 165:21
**channels** 133:8
**characteristic** 165:14
**characterize** 18:23 78:8 111:3
**charge** 41:16
**charged** 41:14 58:12
**charts** 149:14
**check** 20:7 129:16
**checked** 39:13
**checks** 69:10
**chief** 145:19 146:1 150:11
**chiefs** 22:10
**child** 183:7

childhood 29:2 43:5,9,12,14,23 44:3,17,22,23 68:23 118:15 142:14

children 51:6,6 152:23

choice 77:20

choose 17:14 19:19 22:21 30:18 71:9

chose 74:18

circa 22:13 33:10

circumstances 90:11 92:25 94:7 96:9 105:11

cite 16:3 67:12,14 83:25

cited 66:7

civics 24:19

clarify 8:25 61:2 98:16

clarity 77:11 189:10

classroom 26:6 37:6

classrooms 60:19

clear 56:25

Clearinghouse 13:1 34:13,18,19 35:2,22 37:7 40:14 50:6 51:2 51:13 54:5,8,12 54:16 61:13 74:2 85:2,4,16,18 133:11 134:4 163:7,8 164:9 168:14 180:12

clearly 86:3

close 58:19

closer 143:17

CLR 1:24

CLSD 110:14

coaching 20:25

cohort 29:11

cohorts 24:9 118:16

collect 14:23 15:5

27:9 28:3 30:19 31:18 58:23 83:8 123:5 141:19

collected 27:18,25 64:20 69:11,13 118:5 119:10

collecting 15:25 31:1 58:24 122:22 142:8,10,13,16,19 142:22,24 143:1

collection 16:18 28:7 31:10 33:12 33:13 58:13 59:7 59:15,25 67:23 68:2,7 69:3,7,9 72:13 80:12 101:11 118:4 122:23,25 131:5 132:20 143:4 175:25

collections 27:15 27:19 30:17,20 55:21 59:13 60:23 61:5,9 62:8 68:19 68:25 72:4,9 118:7,14 132:18 141:4,13,17,18,24 142:4

collects 15:18 32:12

college 10:22 51:5 51:21 53:23 116:25 117:12 145:11 146:6,7 148:3 183:8

Columbia 2:17 197:7,20

combination 27:14

come 82:17

comes 51:7

comfortable 42:19

coming 10:8 147:10

comment 108:23 108:25

comments 109:4

commission 197:15

commissioned 50:19

commissioner 11:12,15 12:3,8,9 13:15,22 14:8,11 161:10,21,24 162:6,6,10,11,12 191:15

commissioners 13:6

common 66:20 117:19,21,24 118:2 142:11

communicate 15:20 94:20 113:12 121:24 125:7 163:22 173:21

communicated 113:8 148:10 150:20,23

communicating 136:7

communication 86:5 164:5

communications 86:1,19,20

communication's 86:4

community 152:25

compared 33:21 103:1,2 169:14 186:5

comparing 59:20

comparison 59:14 59:16 169:5

comparisons 80:13 123:3,6

competing 102:7

competition 140:6 140:7,9,11,12 154:11

competitions 136:9 139:15 140:5

competitive 145:7 154:7,10,12,15

compilations 164:9

complete 124:19 136:10,11 142:25 146:11 195:10

completed 93:14 99:25 127:8 136:12 145:11

completes 193:13

completing 99:15 99:19 133:18

completion 101:25 122:17

completions 142:9

compliance 56:15

comply 39:11

component 26:25 29:2,3 35:4 40:6 42:11 86:3 169:1 189:17

components 40:3 41:18,21 42:12 72:22 127:22 189:16 192:20

comprehensive 17:12 126:21

compress 29:15

comprised 145:5

concern 13:19 63:8

concerned 105:14 159:6

concerning 68:25 80:5 81:1

concerns 14:15 46:12 126:3

concluded 194:5

concludes 193:23

conclusion 116:2 164:23 178:1

conclusions 80:7 80:10

condition 26:24 27:10 31:19 58:14 58:15 59:12 87:6

conditions 142:20

conduct 14:24 16:22 20:24 21:21 21:23 22:16 28:15 30:3 33:11 36:9

43:17,22 52:19 55:23 65:9 78:12 83:8 87:21 117:1 117:6 124:16 141:17 142:4 143:11 146:24 152:16 153:10 175:2

conducted 23:24 25:24 28:25 40:24 48:21 50:11 52:10 52:11 55:25 61:9 102:5 114:7 117:4 122:20 128:5 130:18 131:5 151:4 153:1,4,5,8 154:14 164:8 165:24 180:17,18

conducting 19:1 47:15 50:3 56:2 58:16 59:6 102:21 104:4 131:24 143:12,16 146:4 146:15 154:12 164:16 167:11 173:7 182:22 186:11 193:8

conducts 15:18 17:2

conference 145:24

conferences 84:17 85:13 87:18

confident 64:3

confidentiality 55:20

congress 117:15 124:23 142:3

congressionally 22:19

connect 152:21

Connor 89:6 91:11 94:7 110:24 182:5 182:16

consequences 159:11,13

consider 41:9 65:21 66:9,10

99:14 109:14
**considered** 76:4
135:20 140:22
158:13,13,15
**considering** 13:16
74:12
**consistent** 57:3
187:17
**consistently** 54:10
**constant** 54:8
168:20
**consult** 89:23
**consulted** 126:5
127:12 146:7
**consumers** 85:7
**contact** 121:14
125:25 152:11,13
**contacted** 172:24
**contained** 32:19
**contemporaneou...**
145:10
**content** 65:11,14
66:6,21 152:8
177:3,7
**contents** 88:18
**context** 20:1 65:17
65:17,20 73:8
97:5,6,8,9 120:16
121:2 124:5,8
128:16 149:8,9,10
155:1 165:9
168:20 172:2,19
**contexts** 24:3 61:4
**continue** 118:5,23
119:12,18 134:7
136:22 138:13
144:2 153:14
165:16,18 166:7,9
167:21 168:24
188:6
**continued** 5:1 6:1
100:24
**continues** 133:7,16
153:13 182:21
**continuing** 172:23
183:11
**continuously** 50:8

**contract** 5:14 28:6
56:5,23 57:3,23
57:25 58:2,3
64:22 65:3,10
70:17 99:11,23
100:3,11,12,13,24
101:1,3,6,20
105:14 108:7,16
108:24 109:1,7,15
109:17 110:15,17
110:21 112:3,4
113:8 115:23
116:2,7,13 117:18
118:8,12 119:4,7
119:8,16,22 120:1
120:6 121:6,14
122:5,17,20
123:11 125:6,8,14
125:19,23 126:6,9
127:10,12,15,18
127:21,25 129:17
130:13 131:6
132:14 133:5,18
133:22,22,24
134:1,5 135:10,16
136:15,16 138:8
138:17 140:7,21
140:24 141:5
143:4,7,7,13,19
143:21 144:5,9
163:8 164:18
169:19 171:17
178:22,24 180:7
181:25 182:1
184:1,15 185:20
186:1
**contractawardre...**
121:23
**contracted** 88:16
88:17
**contracting** 57:18
57:21 62:13,15,16
62:24 63:10,11,16
63:20,22 70:16,18
70:20,23 71:3
**contractor** 28:9,10
36:18,21,22,23

39:15,17 44:12
52:8,21,22 53:2
56:11,15,21,22
57:18 58:1 60:7
60:15 62:17,20
63:3 64:23 65:19
66:7 74:4 100:3
100:17 114:15
119:15 125:25
163:25 190:19
**contractors** 36:4,6
37:23 38:10 47:22
53:6 54:4,10
55:25 56:1 57:1,7
57:9,16 60:4,6,11
61:4,6,10,14,16
61:23 62:2,9,12
65:13 66:14,17,22
67:7,9,11 68:8,13
69:24 70:3 72:4
74:2 100:19,22
114:17 115:4,7,10
125:22 136:20,20
138:1 152:10
162:21 163:22
165:15 179:11
180:2 192:3 193:9
**contractor's** 28:13
57:13 62:16 64:12
65:15,21 66:6
70:24 71:7 115:16
126:3
**contracts** 15:4 64:1
64:7 65:23 66:15
66:18 87:25 88:3
88:5,7,15 90:15
90:17,21 91:7,21
93:23,25 94:5,22
94:24 95:3,6,9,12
95:17 96:14 97:7
97:9,10,17 98:2,6
98:18,20 99:8,20
104:25 105:18
107:2,21 108:16
110:7,10,25 111:8
111:11,13,17,25
112:14,15,19,22

112:25 113:2,13
113:18,20,23
114:8,10,12,14,17
115:5,6,11,14
116:4,18 120:22
123:18 125:12,18
128:3,23,25 129:3
129:6,9,19,22
130:3,6,10,16,25
133:23 134:14,18
134:22 135:1,3,4
135:4 162:20
164:4 165:22
171:16 175:7
176:6 178:25
179:2,3,7,14
180:1,11 181:6,9
181:17 182:12,15
182:17 186:2
**contractual** 62:25
89:21 179:20
**contribute** 21:14
54:12 72:8 74:14
76:11 109:3
**contributed** 30:22
44:21 70:13 98:22
175:3
**contributing**
156:12 164:11
186:6
**contribution**
137:20 155:14
156:4,7 165:5
**contributions**
155:5 156:18
**contributor** 185:7
185:11
**contributors**
185:15
**control** 69:15 103:2
**convene** 84:10
**convenience** 90:16
**convenings** 27:3
**conversation** 148:3
148:4 182:3
**conversations** 44:1
49:1 63:20 181:24

182:13
**copied** 106:4
**copies** 181:19
**core** 16:11 24:1
117:19,21,24
118:2 142:11
159:16 166:8
**correct** 55:1,15
61:24 62:14 93:10
93:11,20 95:15,16
99:3 111:19 114:4
124:25 134:15
136:25 137:7,10
142:5 149:1 154:7
160:24 161:22
162:3 166:16,19
168:11,13 169:2,3
172:21 175:17
177:15,18,19
178:12 180:3,4
183:17,22 185:21
188:3 190:6,20
192:12 195:10
197:8
**corrected** 68:17
**CORRECTION**
196:4
**corrections** 195:11
**correlate** 45:21,24
45:25,25
**corresponding**
173:15
**cost** 99:22 115:3
**costs** 100:7 127:24
182:2
**counsel** 7:22 8:11
9:8,23 152:22
197:10
**counseling** 10:14
**count** 86:12 132:15
141:10
**country** 59:17
**counts** 28:1 146:14
**County** 10:17
**course** 116:8
**courses** 24:12
**court** 1:1 2:12 7:10

7:19 8:4,16
134:21 135:6
**covered** 53:16
**co-counsel** 7:24
**CPARS** 64:15,18
64:18,21,25 65:8
**create** 51:3
**created** 26:15
106:10 108:14
**creating** 108:11
**credentials** 142:25
**credible** 33:16
**credits** 73:17
**critical** 19:3 45:7
101:7 109:7,15
111:17 112:1,3,9
112:10 121:14,17
122:23 127:22
129:8 130:16,19
130:22 141:19
153:12 166:6
167:25 178:3,23
179:2,4,7,14,19
180:6,15 181:3,6
181:10 182:21
183:9 186:9,11,14
186:17 188:17,21
188:23 189:7,9,13
190:9,13,18,24
191:18 192:7,24
193:3,6
**criticality** 107:2
108:24,25
**cross-sectional**
141:7
**CRR** 1:24
**current** 56:17 80:3
81:11 99:16
161:23 164:3
187:8 188:4
**currently** 12:7
131:21 133:18
142:10,24 143:21
164:11 169:18
171:8
**curriculum** 47:15
103:5,6,8

**cycle** 102:4 181:1
**cycles** 123:2
**C-P-A-R-S** 64:16
64:17

_____
**D**

**D** 7:2
**daily** 13:11,12
14:10
**Daniel** 3:7 7:23
**data** 4:22 15:5,11
15:18,25 16:18
24:20 27:15,16,18
27:19,25 28:4,7
30:17,19,20,25
31:7,16 32:2,5,10
32:11,12,14,20,21
32:24 33:4,5,12
33:13,16,20,25
34:5 35:12 37:15
37:18,21,24 38:14
38:18 39:1,8,12
39:23,24 40:1,2
42:13,14 52:24,24
52:25 55:3,21
58:23,25 59:7,13
59:15,25 60:23
61:5,9 62:8 63:19
65:6 67:22 68:2,5
68:7,19,24 69:2,7
69:9,10,12,13
71:9,20,22,24
72:4,9,12 80:12
80:12 83:5,8
84:20,22 86:14,21
87:1 101:10
115:15,25 117:11
117:13,16,19,20
117:21,24 118:2,4
118:14 119:9,13
119:15,18 123:6
131:4 133:6 141:3
141:17,18,19,24
142:4,8,10,11,13
142:16,19,22,24
143:1,3 158:4
170:18,22 174:1,5

174:14,16,23
181:21 182:19
186:4
**database** 133:19,21
168:22
**dataset** 32:20
**date** 89:20 128:4
134:16 195:16
196:25
**dated** 6:7
**dates** 176:9
**day** 94:6 160:14
197:13
**days** 91:4 128:6
183:13
**debate** 102:9
**December** 2:6 7:15
**decide** 83:18
141:16
**decided** 158:18
**deciding** 18:7
**decision** 98:8,9,12
99:25 112:2
123:13 132:4
158:14 174:8
**decisions** 43:19
104:9 130:23
**decision-maker**
91:18,20 148:11
148:12,20,24
151:1 153:23
182:14 192:19
**decision-makers**
94:1 95:15,21
99:11,12 104:8
114:3 181:6,16
**decision-making**
31:12 182:19
**decline** 165:21
171:18,20
**declined** 171:17
**decreased** 141:8,9
**dedicate** 160:14
**dedicated** 189:22
**dedicating** 54:11
**defendants** 1:13
3:11 8:3 108:7

183:12
**defined** 52:9
**definition** 29:15
41:3 82:25 171:19
**definitive** 90:24
187:9 188:24
193:10
**definitively** 43:24
189:3
**degree** 10:9,14 37:4
**Delarosa** 172:9,20
**delay** 135:16
174:22
**deliberation** 132:3
132:5
**deliberative** 23:5
23:10
**deliver** 175:24
**deliverables** 36:23
48:16 57:8
**delivered** 9:6
**demand** 38:18,20
**Democracy** 3:3
7:13
**denied** 96:18,19
**Denise** 5:7,10
**department** 1:10
3:12 7:9 8:2
10:25 11:2,5,7
17:22 30:22,24
31:2,8 41:19,22
42:12 57:21 67:6
75:12 89:13 91:16
109:11,13 112:8
117:16 147:11
182:7
**department's**
31:13
**depend** 100:12
**depending** 99:23
137:17
**depends** 168:17
171:19 193:5
**deployed** 19:23
**deployment** 34:3
**deposed** 8:14
**deposition** 1:16 2:9

7:6,13 9:10,24
109:25 194:4
197:7
**deputy** 12:7 13:6,8
13:19 86:1,18
88:24 93:5 96:25
147:15,18 148:15
162:5
**describe** 14:22 55:4
63:15 72:23 78:4
88:7,9,12,16
144:24 145:1
146:19 182:10
**describing** 47:16
74:22
**DESCRIPTION**
4:10 5:2 6:2
**descriptive** 24:7
77:24 78:5,7,13
**deserved** 160:3
**design** 28:6
**designated** 108:7
112:1
**designating** 154:6
**designed** 18:21
20:23 32:17 102:7
**designees** 22:10
**designing** 40:19
72:25 73:2
**desire** 102:13
**desired** 51:19
62:22
**detail** 60:3 146:19
146:24 178:6
**detailee** 170:1,3,4,6
**detailees** 176:23
**detailing** 176:4
**details** 145:15
146:8 176:6,8,13
**determination**
114:18 128:1
**determinations**
136:13
**determine** 53:20
113:13 154:16
**determined** 148:6
**determining** 109:7

109:14 153:24
**developed** 17:19
**developers** 26:5
**development** 17:12 29:8 45:2 51:9 76:12 126:21 132:2 177:3
**developments** 20:9 33:19
**devise** 17:23 36:17
**difference** 78:4
**different** 39:3 59:17,21 62:1 66:18 72:22 77:21 114:5,15 115:3,6 115:7 138:22 140:1,6 170:3 175:5 189:15,16
**differently** 158:18
**difficult** 38:15 157:7,19 158:9,10 191:20
**difficulty** 38:13,16 38:19
**Digestive** 87:3
**direct** 18:3 106:15 106:24 113:4 154:22
**directed** 18:4 36:8
**directing** 23:6
**direction** 121:6
**directions** 113:1
**directly** 22:2 39:25 60:8 89:24 108:16 115:11 149:16 150:12 154:3 192:1
**director** 12:4,10 13:3,4,8,19,19 81:17 86:1,18 88:24 160:8,23 162:8,9 183:22
**directors** 13:7 47:15
**directs** 19:11
**disabilities** 102:23 103:12,16

**disclosure** 55:4,17 55:23,24 56:2,13 56:18 170:21,24 173:9 174:2 175:2 175:3,4,6
**discuss** 26:20 96:14
**discussed** 37:21 43:3 45:15 46:14 58:5 60:2 61:17 62:11 67:17 82:15 84:6,9 85:1 98:20 111:5 112:24 125:21 135:8 141:2 146:21 151:22 162:18 179:1 181:8
**discussing** 13:17 55:3 65:14 110:6
**discussion** 23:9 109:23
**discussions** 23:11
**dismissed** 157:23 157:25
**disruption** 144:4
**disseminate** 15:17 26:22 27:9 32:5 37:14 82:23 84:7 84:15,22 86:25 133:6 169:11
**disseminated** 27:17 39:23 40:17 134:4
**disseminating** 15:11 37:10 83:4 86:14 134:12
**dissemination** 15:16,23 16:5 21:1,4 26:14 31:19 32:2 34:12 34:15 37:8 40:13 55:3 82:16,17,20 83:11,13,21 85:12 85:22 86:3,5,8,13 86:17,21 87:9,13 87:15,22 133:8,9 167:25 168:2,4
**distinguished** 146:11

**distribution** 73:17
**district** 1:1,2 2:12 2:12,17 7:10,10 24:22 37:16 48:12 49:12 54:20 73:19 197:7,20
**districts** 15:1,8 22:11 40:11 47:18
**division** 1:3 2:13 7:11 10:17,18 12:21 14:14 72:25 73:24 121:4 167:1 167:4,5,10,12,24 168:5
**divisions** 12:20 76:2 166:21,25 167:9 190:10
**dmcgrath@dem...** 3:8
**doctoral** 24:10
**document** 90:4,7 104:14 106:6,10 107:19 108:4 120:13 122:4 124:3,6 126:16,17 126:19 128:12 136:2 146:11,16 149:5,24 150:1,2 150:18 154:22 171:24
**documentation** 138:5
**documents** 9:13,16 9:18,19,20 10:3 94:16 150:4
**DOGE** 89:11,15,21 182:7
**doing** 14:21 21:20 32:1 42:10 60:12 63:3 69:6 70:6 73:7 172:20 173:5 173:18
**dollars** 190:17
**domain** 47:13 50:20,22 69:22 75:14 172:16 173:20

**Donovan** 1:24 2:15 7:20 197:6,19
**dozen** 131:10 143:16 192:10
**draft** 193:25
**dramatically** 165:25 169:14
**draw** 109:6
**drive** 186:12
**driver** 186:10
**drives** 16:16
**driving** 121:8
**due** 94:11
**duly** 8:9
**duties** 13:10 14:10 57:16
**D.C** 1:20 3:5,14 7:15

---

**E**

**E** 1:17 2:9 3:1,1 4:9 7:2,2 8:8 194:4 195:7 196:1,1,1
**earlier** 39:24 118:12 125:11 131:12 133:17 151:22 161:24 162:18 179:1 193:5
**early** 26:20 29:2 43:5,9,12,14,23 44:2,17,22,23 45:2,11,20 68:23 74:21 118:15 142:13 150:8 176:10 180:25
**easier** 85:19
**easily** 157:4,20,21
**ECLSK** 44:13,17 100:13
**ECLSK's** 44:20
**ED** 48:11,13,15 84:2 152:8 172:15 193:9
**EDAERA000010...** 5:18 136:4
**EDAERA000011...**

4:13 90:5
**EDAERA000011...** 5:12 126:16
**EDAERA000011...** 5:9 124:2
**EDAERA000018...** 5:15 128:14
**EDAERA000018...** 4:23 104:15
**EDAERA000019...** 5:6 120:14
**EDAERA000032...** 6:8 171:25
**EDAERA000038...** 6:5 154:23
**EDAERA000040...** 5:22 149:25
**EDAERA0001040** 4:16 92:20
**EDAERA0003156** 4:20 96:6
**EDAERA0003670** 5:20 149:6
**EDFacts** 31:3,7,10 42:13,15
**EDU** 196:2
**education** 1:10 7:8 7:9 10:7,24,25 11:2,9,13,16 12:3 12:8,25 16:19 17:11 19:7,14 20:10 21:16 22:1 22:5,13 26:9 27:7 27:10,21 30:12 31:19,22 32:3,6 33:9,19 37:2,5 41:19,24 42:2 44:22,24 45:4,12 46:5 54:25 58:14 58:15 59:3,12 60:18 63:19 65:6 69:22 71:4 72:18 72:21 73:13,22 74:3 75:7,14,21 75:25 76:7 77:1 79:4 82:18 84:7 87:3,5,6 91:16

103:19,25 113:21 117:2 118:19 119:1,3 134:11 135:5 138:14 142:14,17,20 143:3,22 155:5,15 155:22 156:5,9,19 156:19 157:2,23 158:4 165:5 173:22 180:24 183:5

**educational** 1:5,6 1:11 12:24 20:17 33:24 34:20 46:15 59:21 73:12,14,16 134:23 170:17

**educators** 34:24 54:19 75:17 83:3

**ed.gov** 172:16 173:20

**effect** 17:6 114:14 133:18,22,23

**effective** 72:1 103:9 103:10,10,23

**effectively** 113:4 153:16 165:2 189:25

**EFFECTIVENE...** 1:7

**efficacy** 18:23

**efficiencies** 193:7

**efficiency** 89:14 181:24 182:4,6,8 182:12

**efficient** 191:22

**effort** 103:9 127:23

**either** 18:24 37:2 91:4 92:11 101:14 132:17 141:19,25 143:7 145:9 147:14 150:12 174:9 180:2 181:18

**Elementary** 41:23 42:2

**elevate** 62:23

**elevated** 63:9

**eligible** 151:7

**elimination** 92:9

**email** 4:11,14,17,21 5:5,13,16 6:3,6 96:10 105:3,19 106:4,5,14 120:17 121:2,12,12,22 123:16 128:13,22 129:24 136:3,5,7 149:8,15 154:23 154:24 171:25 172:1,8,9,10,12 172:14,16 173:5

**emails** 5:19 104:16 104:21 105:17 128:17 173:3,11 173:20

**emergent** 84:24

**emphasis** 65:11 79:22 127:24

**employ** 61:10 62:1 65:5 70:3

**employed** 22:2 197:10

**employee** 56:20,22 163:18 167:7 169:21,23,25

**employees** 60:25 150:7,10,25 151:5 151:21 155:6,11 161:3 171:2,6,13 177:11,14,16,20 177:22,25 190:19

**employers** 178:7

**employing** 77:22 77:23,24

**enable** 183:8

**encourage** 84:11

**endeavor** 165:12 188:8,10,16

**ended** 107:14 110:10,14,15

**enforcing** 56:12

**engage** 15:15,22 26:14 72:13 74:7 75:7,16,21 76:19 82:20 123:10

151:25

**engaged** 60:8 76:25

**engaging** 62:11 65:18 85:22 125:22

**enhancements** 180:13

**Enrollment** 28:1

**ensure** 15:24 32:18 36:18 55:10 56:14 56:24 57:2 63:1 76:20 115:15 116:3 165:19 166:5 170:23 175:24

**ensuring** 25:21 32:23 36:20 39:10 56:11 70:14 133:20

**entail** 51:24 117:17

**enter** 52:24

**entering** 122:21

**entire** 183:22

**entirely** 100:12

**entity** 58:7

**enumerated** 64:23

**envisioned** 193:7

**equal** 138:24

**ERIC** 12:25

**Errata** 195:12

**erroneous** 71:16

**erroneously** 71:19

**error** 71:15

**errors** 71:12,14

**Esq** 3:7,9,16

**ESRA** 19:11,15 21:7 82:18 123:2 123:10 124:16

**essential** 30:21 109:10

**essentially** 55:8 57:12 110:23 116:24

**established** 38:21 38:23

**estimate** 87:11

**et** 7:8,9

**eval** 156:17

**evaluate** 19:19,21 19:22,25 64:12 102:7

**evaluated** 19:17 64:23 67:4 151:5 190:1

**evaluating** 19:6,9

**evaluation** 11:13 11:16 12:4,21 17:10,11 18:8 19:3,23 20:2,13 65:7 66:5 72:25 73:1,3,20,22,23 83:18 84:3 102:1 102:21,25 103:1 103:14 110:13,14 110:15,16 120:3,5 121:4 124:9,17,18 125:23 126:20,23 151:7 164:14 167:5,10

**evaluations** 12:22 14:25 16:23,25 17:3,3,4,4,6,8,14 17:23 18:4,16,19 18:20,22 19:1 20:4,11 22:5 40:19,23 58:16 102:16 104:3 110:11 131:8,13 131:16 143:11,12 143:16,17 144:6 152:11 155:23 162:22 164:8,16 164:21 180:16,23 189:19,23,24

**evaluators** 22:5 40:23 75:22

**event** 115:20 116:1

**eventually** 155:17

**evidence** 16:10 18:21 42:7 46:22 47:12,16 49:11,14 102:9,11,14 103:23

**evidence-based**

15:9 16:14 21:1 21:18 46:25 47:2 54:21 79:1 156:9

**evolving** 29:7 106:6

**exact** 128:4 192:23

**exactly** 51:11

**EXAMINATION** 4:1,3 8:11

**examined** 195:8

**example** 9:17 20:13 21:24 27:24 28:19 30:9 33:23 37:20 42:2,15 45:2 49:19 51:15 53:13 53:15,22,23 59:18 60:17 62:6 66:8 68:14,21 73:15 74:10 75:11 78:23 83:20 100:4,5 101:17,24 102:20 110:13 113:21 118:11 122:11 129:13 133:11 134:9 138:18 146:21 152:20,21 155:19 180:11,20 183:2,6 189:8

**examples** 9:18 17:9 28:22 47:11 58:6 66:3,4 78:22 84:2 101:19 118:18 156:2

**exceeds** 62:4

**Exceptional** 152:22

**exchange** 4:14,17 121:2

**execute** 61:20

**executing** 61:18

**execution** 170:16

**executive** 145:4

**exercised** 143:9

**exhibit** 4:10,11,14 4:17,21 5:2,3,5,7 5:10,13,16,19,21 6:2,3,6 90:1,6 92:16,20 96:1,6 104:11 105:13

108:1 111:20,21 111:25 113:3,11 116:11 120:10 123:22 126:12 128:9 129:4 135:23 149:2,21 154:19 171:21
**Exhibits** 5:1 6:1
**existing** 34:20 52:4 52:6,20 78:25 103:5 133:20 134:1 144:6 152:7
**expanded** 75:1
**expansion** 18:24
**expect** 149:16 186:18 187:15,18
**expectations** 56:25 57:2 78:3
**expected** 26:22 56:12 64:24
**expecting** 94:12
**expend** 81:22 82:5 187:23
**expended** 183:14 190:17
**expenditure** 187:8
**expenditures** 115:1
**experience** 73:19 112:11 125:17 184:4 189:1 191:9
**experienced** 100:11 144:4
**experiences** 73:14
**expert** 39:6 44:23 48:22 53:3 70:8
**expertise** 18:1 63:18 65:6,18 68:10 69:16,20 71:3,6 73:21 75:5 76:3 78:17,19,21 78:22,24 153:19 157:6,13,23 158:4 172:5,6 176:17,22 176:23 177:7,17
**experts** 43:21 52:13 72:14 75:13
**expire** 188:1

**expires** 197:15
**explain** 10:7 92:25 96:12 101:24 102:24 107:1 112:2 114:21 155:1 181:16
**explanations** 148:13,24
**explicit** 115:18 116:6
**explicitly** 147:5,7
**explore** 17:4,6
**explored** 74:13
**extended** 181:23
**extent** 17:5 85:6 86:21 94:13 166:8 168:2 179:12
**external** 52:13 75:12 152:16 161:11,11
**extra** 103:9
**E-D** 31:5
**E-R-I-C** 13:1
**E-S-R-A** 19:15

———————
**F**
———————
**facilitate** 51:12 53:3
**facilitation** 37:22
**fact** 27:3
**factor** 101:11 140:25
**factors** 64:22 65:1 65:2 101:5 140:22 158:12,15
**Facts** 31:5
**factual** 132:11
**Factually** 132:9
**failed** 62:22
**fair** 54:7 61:6,16 67:8 71:24 72:16 110:9 112:18 131:15 151:9 157:18 159:4 164:13 165:9 172:22 179:17,20 190:12,22

**familiar** 87:25 88:3 89:6 108:6 126:17 126:20 128:16 144:21 150:1,2 152:8 154:24 172:1
**families** 124:23
**far** 9:22
**fashion** 168:15,18 169:5
**faulty** 71:24
**feasibility** 39:18
**feasible** 18:15
**February** 5:7,10 88:1,1,6,21 89:20 90:9,20 92:23 93:8,12 96:13 104:16,17 105:1 105:19 106:14 110:7,21 120:17 124:1 128:13 130:14 134:15 136:3 184:1
**federal** 12:21,22 14:25 19:7,9,24 57:1 58:11,16 59:11,23 60:8 62:2 71:4 80:16 155:24 156:1 189:20 192:4
**federally** 59:12
**federally-funded** 19:7
**feedback** 57:9,17 68:12 116:13 150:25 151:12 152:24
**feeding** 141:20
**feel** 8:23
**fellows** 161:11,12
**fellowship** 10:23
**fellowships** 161:13 161:15,18
**felt** 124:20 156:16 156:17
**Fennessy** 89:6 91:11,17,24 92:5

94:7 110:24 182:5
**Fennessy's** 91:12
**fewer** 164:7,16 165:7 174:20,20 192:9
**field** 13:16 30:6 45:3 53:22 60:19 60:24 131:22
**files** 52:25 119:15
**fill** 157:10,12 162:8 176:7
**filling** 157:7
**final** 52:1 55:8 122:21 127:3,4 132:4 150:14
**Finally** 159:24
**finance** 13:7
**financial** 100:8 127:7 197:11
**financially** 125:15
**financing** 117:14
**finding** 45:17 46:3 46:6 71:16 81:5
**findings** 26:15,21 34:21 36:12 52:14 84:25 103:7 124:20
**finish** 8:20 9:3
**finished** 193:19
**finishing** 10:23
**firm** 7:20 28:6 73:20
**firms** 15:7 22:16 23:15
**first** 8:9 11:7 32:13 63:7 88:6 94:4 102:4 103:4 104:24 111:12 125:5 150:8 158:7 188:8
**fiscal** 81:24 82:6 136:9 138:21 183:14,19,20,21 184:6,11,12,17,20 184:21,24 186:5 186:23 187:4,5,12 187:16 188:1,7,8

188:10,18
**fit** 76:17 78:2
**five** 35:9 36:1 42:18 168:8
**fix** 12:16 14:5
**floor** 109:24
**flow** 35:12 50:7 128:5
**focus** 19:6,9,12 27:21,22 51:9 54:23 67:16,16 74:18,23 79:22 127:22 140:10,13 141:25 186:9
**focused** 86:24 119:8 140:1 141:23 171:10 183:6
**folks** 165:22 191:24
**follow** 140:5
**followed** 170:1
**following** 11:1 12:2 29:11 82:6 143:19 147:16 149:12 155:2 161:5 176:3 182:25
**follows** 8:10 28:21
**font** 108:5
**force** 144:20,21,24 147:2,6 155:3 158:20
**foregoing** 195:9 197:7,8
**foregone** 164:23 178:1
**form** 41:11 131:25 146:16 181:22
**formal** 64:11
**format** 98:6
**formats** 32:13
**former** 119:6
**formerly** 70:16
**forms** 37:8 40:4 68:4
**formula** 31:13
**formulating** 75:5
**formulation** 42:13

**forth** 48:20 79:22
**forthcoming** 20:15
**forum** 65:14
**forward** 3:3 7:14
  87:24 93:5
**forwarded** 89:5
**found** 85:9 105:5
  157:12 193:7
**Foundation** 3:3
**foundational** 45:7
  79:1
**four** 11:3 58:13
  171:3,3 184:6
**fourth** 159:23
**Free** 71:12
**frequently** 163:25
**Friday** 105:5
**front** 82:24
**fruitful** 101:16,21
**FTE** 35:9 36:1
  146:24 151:21
  168:8 170:5
**fulfill** 178:3 189:6,8
  189:13 190:12,17
**fulfilling** 30:21
  163:4
**full** 187:10,19
**fully** 8:23 112:23
  188:16
**full-time** 163:18
  166:18 167:8
**function** 20:18 21:7
  21:8 22:14 25:20
  34:15 35:5 46:11
  58:19,19 83:5,21
  86:4 87:12 101:8
  109:10 136:21
  146:20 154:10
  156:10,12
**functions** 15:13
  16:7,8 21:4 30:21
  30:24 31:7 43:3
  47:9 50:5 58:5
  60:10 61:5,7,17
  61:19,20 80:3
  82:16 85:12
  109:13 115:2

134:23 135:9
146:8,13 151:19
152:3,6 154:6
156:6 159:7
163:18 164:12
166:4,8 167:22
168:1,3 171:1,3,4
175:16 176:15
178:23 179:5,7,10
179:14,19,21,24
180:2,6 188:21,23
189:14 190:4,9,13
190:18,24 191:11
191:19 192:8,24
193:3
**fund** 15:6 77:13
  188:16 190:8
**funded** 25:14 79:15
  83:17 189:16
**funding** 25:7,15
  100:2 185:18
  187:7 188:22
  189:6,20,23
**funds** 81:23 82:5
  92:14 127:9
  184:11,16,19,23
  185:6 187:23,25
  187:25 188:7,7,9
  188:11 189:25
**further** 32:3 44:25
  63:12 83:11
**furtherance** 42:15
  115:22
**future** 72:9 74:12
  87:24 101:2
  131:25 132:18,20
  180:13 192:2
**FY25** 5:16
**F-A-C-T-S** 31:5

_____
**G**
**G** 7:2
**gain** 147:22
**gained** 29:13 30:3
**gather** 27:16
  152:23
**gathering** 182:19

**gears** 72:16
**Gene** 3:19 7:17
**general** 20:12
  25:13 36:17 46:4
  56:21 63:6 80:10
  102:12 116:7
  117:4 148:16
  156:10
**generally** 19:21
  22:3,6 25:5,25
  29:6 30:20 36:8
  37:2 41:17 49:2
  49:10 52:2 53:7
  56:24 57:6 62:3
  63:18 65:4,8
  72:23,24 77:8
  80:9 115:21
  126:18 127:19
  141:18 153:15,17
  153:18 156:8
  158:5 165:1
  171:10 173:8
  181:18
**generated** 30:5,8
  109:20
**generating** 160:19
**generator** 150:12
**genuinely** 158:6,17
  159:5
**gestures** 8:18,19
**getting** 137:2,4
  156:6
**Gitomer** 3:9 7:25
**give** 57:9 68:12
  102:20 120:14
  124:2 128:4 136:4
  149:6 150:24
  151:12 182:13
  193:10
**given** 19:4 20:1
  24:13 47:12 60:16
  69:22 75:14 82:3
  82:4 99:16 108:24
  109:17 145:5
  165:20,21 182:16
  184:20 193:23
  195:11 197:9

**go** 11:3 12:11 33:2
  46:18 60:20 63:3
  64:24 101:5 128:2
  144:12 160:2
**goal** 16:1,3,14
  25:25 45:11 46:4
  49:4,10,13 83:12
**goals** 19:4 22:25
  23:3 31:23 49:7
  49:15,17,17 97:11
**goes** 32:22
**going** 9:1,5 10:5
  42:21 48:20 82:9
  90:21,25 111:4,15
  121:18 144:13,16
  144:19 168:14
  178:15,18
**good** 7:5,23 8:13
  33:6 82:4 144:10
**gotten** 130:2
**Governing** 176:5
**government** 56:25
  71:9 76:18 89:13
  99:22 100:9,20
  115:21,23,24
  116:1,8,9 182:7
**governments** 75:17
**government's**
  90:16 115:23
**grade** 28:1
**graduation** 142:11
**grant** 31:14 39:20
  42:13 76:23 77:10
  78:16,20 79:2,5
  84:14 135:9,17,19
  135:21 137:12
  138:9,24 185:8,9
  185:12
**granted** 78:12
**grantee** 76:20
**grantees** 26:21
  42:10
**granting** 38:25
**grants** 5:17 13:9,18
  15:4 17:12 22:15
  22:22,24 23:2,15
  23:20 24:9,23

25:4,15,18,24
26:15,24 41:7,13
126:21 135:10,13
137:18 139:8
140:23
**grant-making** 79:7
  79:23
**granularly** 16:22
**greater** 49:25
  187:19,20
**group** 129:5 145:20
  154:9
**groups** 75:13,13
  83:1
**growth** 29:8
**guess** 20:6 193:4
**guidance** 48:22
**guide** 52:4,15 53:4
  54:23 134:9
**guides** 54:14,18
  61:12 74:13 85:2
  85:5,16 133:17
  164:10 169:1,4,7
  169:8 180:13
**guiding** 153:24

_____
**H**
**H** 4:9 196:1
**half** 35:9 36:1
  168:8
**halt** 174:12
**halted** 110:1
  116:17 118:8,20
  118:20 120:5
  166:15 180:22
**hand** 8:18 50:24,25
  197:13
**handbook** 41:2
**handful** 151:24
**handle** 62:17
**hands** 83:14 100:19
  100:22
**Hang** 13:23
**happened** 39:4
  110:23
**happening** 88:10
  164:5

happens 84:1,18
hard 68:16 158:6
    158:16 192:22,23
hazard 193:4
hear 81:6 88:22
    89:3 91:23 94:4
heard 88:23 89:2
    89:11 92:5 153:23
heavily 60:5
held 2:10 7:13
    109:23
help 16:13 21:17
    25:20 46:6 49:14
    63:1 76:16 117:16
    163:10
helped 30:9
helping 47:16
hereto 2:15
hereunto 197:12
hesitate 29:15
hiatus 118:4
high 14:21 25:2
    29:18,22 43:3
    45:15 58:5 118:17
    119:1
higher 70:13 92:12
    117:2 180:24
    183:5 185:1
highest 25:13 79:24
highlight 128:23
high-quality
    165:16
hire 60:19 62:5
    157:15 169:23
    177:11,21,24
    192:14
hired 11:1,7
hiring 13:18
    175:18 176:14
    192:20,20
historically 23:12
    23:16 29:25 33:5
    39:2 141:21,23
    157:10,14 165:13
hold 14:4 70:17
Honestly 139:15
hope 45:9,14 48:12

103:7
hopes 40:23
hour 9:2 42:18
hours 73:15 160:13
household 118:19
    119:2,2,3
human 14:16
    145:19 150:11
    158:19 159:11
hypothetically
    115:1

_____
          I
_____

idea 90:25 91:3
    103:17 158:15
ideal 54:17
ideally 54:19 83:13
ideas 160:19
identical 114:12
identification 90:2
    92:17 96:2 104:12
    108:2 120:11
    123:23 126:13
    128:10 135:24
    149:3,22 154:20
    171:22
identified 45:21
identifies 22:24
    25:6
identify 36:11
    37:17 40:11 51:16
    55:12 78:9 120:23
    124:21 129:5
identifying 170:24
IES 4:12 5:16 10:8
    10:25 12:5,10,13
    12:16 13:3,6,13
    14:21 15:4,10,17
    15:18,20,22 16:4
    16:8 18:8 21:9,25
    26:14,17 27:2,3
    33:10,11 34:4,12
    34:17 35:1 39:22
    40:3,5 41:18
    42:11 46:12,20
    50:3,13 52:8
    53:14 55:10 56:6

56:7,20,21 57:21
58:8,10,11,20,22
59:4 60:4,5,10,11
61:17 62:1,3,4,12
62:19,24 63:6,14
63:18,23 64:11,24
65:5,13,17,21
66:5,8,14,18,20
67:8,10,12,17,19
69:23 70:15,18
75:8,24 77:12,16
80:1,2,22 81:18
81:22 82:2,2 83:5
84:7,10,21 85:11
85:13,21 87:8,25
88:15 90:15 94:22
94:25 96:14,16
97:21 98:14 99:6
100:11 105:18
106:8 108:18
109:3 112:12
114:11 115:9,12
115:14,17 116:10
116:11 117:1,6,23
118:1 119:12
122:24 123:1
124:16 125:21
126:10 127:12
128:19,22 130:15
130:24 131:5
133:7 136:19,19
137:12,14 138:9
138:23 139:13
140:15 144:20,22
145:5 146:13
148:18,21,25
151:5,12,20 152:7
152:11,16 153:9
153:13,16,18,24
155:2,8 156:10,17
156:25 157:12,14
158:2 159:15,22
160:25 162:7,9
163:3 169:25
173:6 175:8,10,13
178:10,22 179:4
180:5,8 182:21,22

182:24 183:14,18
183:22 184:23
185:6 186:2,6,22
187:1,7,22,24
188:4,6,10,20,22
189:1
IES's 14:22,23
    18:18 37:22 38:17
    58:5 61:7,22
    62:11 78:3 79:17
    79:19,20 82:15,16
    112:16,19 115:7
    119:20 130:14
    133:6 136:17
    145:18 146:8
    151:16,18 154:6
    154:10 156:22
    157:8 159:6
    173:21 183:1
imagine 99:20
    174:24
immediately 91:5,5
    161:5 179:3
impact 17:3,6,6
    18:22 19:2 21:11
    24:6 45:18 46:14
    48:25 49:4 53:20
    77:23 78:5,13
    102:1 103:25
    117:18 130:13
    138:17 143:22,24
    144:1 151:18
    159:6 164:21
    166:3
impacted 119:21
    133:5 138:20
    143:4,12 152:15
    169:12 171:15
    173:22 174:5,15
    175:1
impactful 143:18
    144:3
impacts 21:10
    33:24 49:3
implement 28:7
implementation
    17:3,4 18:20,21

19:2 155:24 156:1
implemented 17:5
    54:22 103:11
implementing 84:4
importance 30:10
    33:22 123:3
important 8:17
    16:4,9 17:7 19:2
    20:11,18 21:4
    29:13,16 30:2
    33:13 34:14 37:9
    43:17 45:11,13,21
    45:23 46:11 49:9
    53:20 69:16,23
    75:24 76:4 78:10
    79:4 83:5,21
    102:6,9,11 112:9
    112:15,19 113:9
    113:13 117:5,13
    123:5 124:19
    128:24 129:1
    131:2 134:24
    136:20 138:9
    140:16 153:2,19
    156:18 169:1
    180:9,14,17 181:2
    182:22,24 183:9
impossible 64:10
imprecision 132:24
improve 26:2 46:5
    54:22,24 79:6,14
    79:17 83:9 103:24
    140:14 155:23,25
improved 49:24
improvement 19:4
    21:15
improves 41:17
improving 16:1,3
    16:19 21:12 46:23
    50:2 79:8,8,10
inadvertent 170:24
inadvertently
    55:12
incentive 124:10
    125:24
inception 60:13
    61:23

**include** 47:11,15 50:12 66:5 85:2,5 92:14 185:18
**included** 12:24 54:21 67:5 87:13 96:21 97:22 98:1 111:13
**includes** 84:16 124:23
**including** 14:24 24:1 141:20 181:7
**inclusions** 80:11
**incorporate** 47:14
**incorporated** 47:17
**independent** 103:19 184:14
**INDEX** 4:1
**indicate** 90:20 93:12 113:5 121:7 121:9 158:17
**indicated** 121:13
**indication** 173:6 182:14 185:25
**indicator** 125:13
**individual** 28:2 52:25 53:1 55:12 144:2,9 173:16
**individualized** 116:12
**individually** 151:5
**individuals** 32:23 36:25 37:1 62:5 97:21 146:15 148:7 150:19 157:8 159:11 163:22 165:7 182:10
**individual-level** 150:24
**inferred** 182:18
**inform** 18:24 46:7 62:13 124:9
**informal** 87:19
**information** 15:20 37:12 40:17 57:20 64:20 67:4 71:17 71:18 82:23 83:13

84:3,7,12 89:5 95:9 97:12,16 98:17 99:7 100:7 100:10,16,18,21 100:25 104:25 105:7 106:2,12 107:14,20 108:7 109:14 110:22 113:19 114:6 115:19 125:7,17 129:19 130:2 132:11 133:12,15 134:3,12 145:12 145:17,25 146:3 147:6,9,17,22 154:6 169:11 170:25 174:11 178:6,11
**informed** 90:14 91:6,10 110:20
**informing** 31:23
**initial** 52:17 74:24 98:8,9,12 104:9 111:21 116:11 119:7 121:12
**initially** 62:19 102:3 182:15
**initiate** 28:8 176:8
**initiated** 88:25 89:8
**initiative** 160:18
**input** 65:22 66:21 68:20,22,25 69:3 69:7,16,24 70:18 70:21 72:3 98:5,8 98:10,15,16 104:8 108:19,21 109:19 111:16,23 112:3 113:9 116:10,11 147:1 179:1 181:5 181:14
**inside** 13:6 19:24 76:2 145:10 147:24 170:3 183:3 184:19
**insight** 29:7,10 103:8
**insights** 29:13 30:2

**insistence** 174:9
**insomuch** 173:23
**instances** 31:15 129:6 173:2 189:4
**INSTITUTE** 1:10
**Institutes** 11:4
**institutions** 24:12
**instructed** 142:3 154:9
**instruction** 21:18 46:25 47:3 67:1 102:10
**instructions** 66:1 66:25 113:1
**instruments** 67:23 68:3,7,10,13
**integral** 61:17,18
**integrated** 143:2
**intellect** 155:4
**intelligence** 34:4
**intend** 84:15 169:6
**intended** 17:5
**interact** 53:5 163:25
**interacting** 162:21
**interagency** 119:4
**interest** 18:13 28:7 36:10 40:12 43:15 43:18 51:17 75:15 77:15 84:13 117:15 197:11
**interested** 25:7 40:6 124:24 125:1 125:3
**interests** 17:23 18:13
**interim** 12:7 162:5
**intermediary** 173:23
**internal** 31:11
**internalizing** 158:20
**international** 119:21 123:3,6 129:12 170:20
**interpersonally** 159:12

**intervening** 170:2 179:6
**intervention** 53:13 53:14,17,18 78:9 102:5
**interventions** 26:6
**introduce** 7:22
**introduced** 94:10
**investment** 15:25 127:6
**investments** 24:11
**involve** 13:14,17,18 36:20 39:1 56:10 178:6
**involved** 38:6 76:13 89:15,21 106:21 132:22
**in-depth** 182:3
**IPEDS** 147:24 148:1
**issue** 62:23
**issued** 39:13 135:10 139:13
**issues** 13:7 14:15 24:17 46:24 53:10 63:2,9
**issuing** 140:22
**iteration** 48:14,18 181:20
**iterations** 30:4 44:20
**I-P-E-D-S** 148:1

**J**

**January** 176:1
**Jessica** 3:21
**Job** 1:25
**join** 176:17
**joined** 7:24
**joining** 193:16
**joint** 58:12
**jointly** 136:19
**Jonathan** 4:15,19 4:21 88:23 89:2 96:15 98:22,24 105:3,19 113:3,7 128:13 129:24

145:4 150:13
**Josue** 172:9
**journal** 50:23 55:9
**judge** 139:7
**judgment** 23:1 43:16 112:4,11 121:15 192:6
**July** 11:5 197:15
**jurisdiction** 49:18
**Justice** 3:12 8:2

**K**

**K** 51:6
**Kansas** 10:10
**Kaufman** 3:20 7:25
**Kayla** 3:20 7:25
**key** 15:13 24:14,15 39:22
**kind** 16:25 36:17 39:13 50:21 58:12 64:25 68:20 74:10 80:13 84:4 87:19 97:6,9,13 99:22 100:10 102:5 118:3 121:5 134:3 138:4 160:16 176:22
**kindergarten** 44:18 118:16
**kinds** 51:1
**knew** 43:25 91:8 97:17 99:12
**know** 9:3,22 13:25 14:5 21:25 26:6 44:7,8 47:7 63:13 67:15 72:21 80:20 80:21 86:2 88:11 88:17,19 89:1,10 91:14,15,17,19,20 94:3,15 95:14,17 95:24 96:19,20 97:14 98:14 99:4 99:10 105:22,24 106:11,23,25 108:13 111:10 114:2 115:22 116:1 117:15

121:20 125:2 127:14 138:15,24 139:16,16 141:11 147:4 148:6,12 150:16 152:4,13 154:9 156:10 159:8 160:19 163:24 164:3 165:14 170:12 172:10,17,18,19 174:24 182:10 183:24 184:3 185:4,18 186:25 187:2,14 190:15 190:15,25,25 191:24 192:22

knowing 153:22

knowledge 12:23 35:6 58:11 97:22 97:25 100:18 109:6 111:20 112:9 115:8,18 117:10 125:19 157:14 167:1,3,4 167:11,24 174:9 178:5,9,10

known 31:2 112:23 145:6

**L**

L 3:13 5:8,11

labeled 90:5

Laboratories 12:24 20:17 46:15 134:11,24 135:5

landscape 20:10

language 19:11 43:13 57:3 78:5 117:2 123:2 146:13,22 182:9

lapse 187:24 188:6 188:8,11

large 22:10 45:12 46:4,12 50:3 79:9 79:11 86:25 109:24 127:9 138:14 156:9,17

171:1,20 193:6

largely 15:6 16:10 18:20 22:20 31:18 55:25 56:17 131:3

larger 60:21,25 103:11 156:6 186:9

largest 50:17 140:25 173:8 184:12 185:7

launched 180:23

Laurie 1:24 2:15 7:19 197:6,19

law 20:14 106:16 106:24 113:6 127:2

lead 46:9

leader 13:22 14:8 21:17 124:10 125:24

leaders 14:14 22:10 145:16 149:14 151:11 152:21 160:17

leadership 13:5 17:21 21:17 46:22 47:12 62:21 63:2 63:7 72:14 74:17 90:14

leading 12:13 13:13 91:5 146:2 184:4 189:1 191:9

lean 80:21

leaner 81:12

leanly 80:16,19,19

leanness 80:21

learn 45:9

learned 145:23

learning 24:3,18 45:8,19 49:25 50:2 140:13

led 15:5 20:10 62:4 190:7

Lee 3:21

left 11:3 133:19 161:3 183:13

legal 7:18,18,20

legislation 22:23 146:25

lesser 139:2

letter 163:14

letters 140:4

Let's 12:1

level 14:21 16:12 16:15,21 25:3 27:6,20 54:20 58:6 92:12 102:13 146:19 150:25 165:12 168:15 187:17

levels 31:21 81:4 142:2 192:15

Library 12:25

license 39:13,20,21

licensee 55:7

licensing 32:9,11 32:14 33:1 86:21 170:19,22

life 10:17,19,20 102:4 181:1

lifespan 31:21 99:22,24 141:22

light 31:20

liked 97:1

LINDA 1:11

line 101:15 160:2 196:4

list 90:17,24 91:7 95:12 108:16 111:8,10,12 113:24 120:22 121:3 145:5 149:16,19 150:8 150:15,17,22

listed 123:9

lists 150:7,9

literacy 16:12 17:12 21:18 24:17 45:2,7,11 46:23 47:2 79:1,2 126:21

literature 36:9 52:10,19

litigation 9:21

little 34:11 60:3 100:6 106:11 183:14

living 103:19

local 22:8 73:9 75:16,17 142:17

locally 54:22

logistical 136:21,22

long 109:18 128:2 193:1

longer 43:8 153:5,8 153:10 160:16 172:23 173:7 180:9,17

longitudinal 28:15 28:18,20,24 29:2 29:3,3,5,6,9,14,19 29:22 43:4,5,9,11 43:17,22 44:3,9 44:18 45:16 68:23 101:2 118:16 131:19,21,24,25 132:10,13,23 133:3 141:3,4

longstanding 30:22

long-term 72:15 74:8

look 13:10 16:21 18:10 25:9 42:4 47:5 51:23 74:20 74:25 83:17 90:4 90:6 92:19,21 96:5,7 104:14,19 120:13,15 121:10 123:25 124:2 125:5 126:15 145:6 149:5,7,24

looked 152:1

looking 51:2 54:4 88:15 157:13

looks 93:2 105:9

losing 157:18

loss 100:8,10 158:23,25 159:1,5 172:5

lost 100:7,20,23 153:11 172:15

lot 13:24 60:24

low 81:4

lower 16:21 115:3 139:4,10 185:1,2 185:3,4,5,6,8,11 185:15,22 186:7 186:10,12,14

lowered 165:10

Lucas 4:18

lunch 9:5 110:2

**M**

Madeline 3:9 7:24

main 36:13 156:25 170:14 181:18 189:22 190:3

maintain 165:12

maintenance 117:23 118:2 170:18

majority 61:7 112:19 127:9 181:11

making 52:14 130:21 156:18 158:14

manage 28:12 36:14 38:10 56:1 56:4,21,22 144:6 144:9

managed 136:19 144:8

management 93:24 94:1 95:13 152:9 174:10

Managers 4:12

managing 14:17 74:2,4 130:15 162:19

mandated 117:9

mandatory 146:12 146:20

manner 15:1 57:2 57:15 69:17

manners 26:16,17

March 6:4,7 144:22 149:18

154:23 171:25
**marked** 90:1 92:16 96:1 104:11 108:1 112:9,10 120:10 123:22 126:12 128:9 135:23 149:2,21 154:19 171:21
**markers** 168:23
**Maryland** 1:2 2:13 7:11 10:13,16,22
**master's** 10:14 24:10 37:4
**material** 50:9 96:15
**materials** 48:16
**math** 16:12 24:18 73:15
**Mathematic** 69:21
**Mathematica** 93:3
**Mathematics** 129:12
**matter** 7:7 39:6 78:21,23 142:4 172:5,6
**matters** 49:13
**Matthew** 1:11,17 2:9 4:11,14,17 5:19 6:3,6 7:7 8:8 194:4 195:7
**McGrath** 3:7 4:3 7:23,24 8:12 11:6 11:23 12:15 13:2 14:1,9 19:16 23:6 23:18 25:16 29:21 30:15,16 31:6 35:20 42:3,17 43:1 44:16 46:2 47:4 48:8 56:9 58:2,4 64:19 73:10 79:12 80:18 82:7,14 85:10,20 86:10 87:7 90:3 92:18 95:2 96:4 104:13 108:3 110:5 117:21 118:6 119:11

120:12 122:14 123:24 126:14 128:11 132:7 136:1 139:11 144:10,18 148:5 149:4,23 154:21 156:3 158:25 159:2,3 160:1 161:19 163:2,16 167:6,20 171:23 175:12 176:21 177:5 178:13,20 186:21 188:14,19 193:13,16,20 194:1
**MCMAHON** 1:11
**mean** 23:21 48:19 50:8 77:14 83:23 98:16 99:18 120:21 148:16 149:18 168:17 179:2
**meaning** 33:12 52:14 54:8 92:10 158:10
**meant** 86:24,25 103:17 123:10
**mechanism** 22:24 25:3 31:10 34:6 37:9 64:11,14 70:8,12 107:20 150:22 154:12 179:21 191:22
**mechanisms** 34:12 80:12 84:21
**media** 15:21 26:8
**meet** 17:20 37:19 40:24 73:16
**meeting** 13:14 14:13 26:20 38:17 38:20 96:13,16,17 96:22 97:2,13,14 97:17,19,22,23,24 98:20,21,23,25 105:4,8,12,13,14 105:16,17 107:16 107:17 113:25

145:15,22 146:2 149:12 172:11,25
**meetings** 36:22 53:3 57:7,10 63:6 65:12,13 84:10 87:20 95:20 98:1 138:2 147:16
**member** 39:19,20 93:3 162:23 163:17 166:18 167:13,15,21 168:10 181:24 182:4,16
**members** 137:25 152:11 163:3
**memo** 5:7,10,17 124:15,22 125:3,5 156:16 181:21
**memorandum** 123:25 126:8 181:15
**memos** 126:10 181:19
**mentioned** 16:8,22 18:3 20:8,16 21:24 30:17 34:13 37:8 39:24 40:3 40:10 45:16 47:24 50:6 51:20 54:3 54:14 60:3 61:4 65:12 70:16 73:19 84:14,19,23 98:19 107:6,23 110:24 111:7 114:22 118:15,17 120:2 123:9 143:10 153:22 159:23 166:21 172:4 173:25 183:2
**merely** 139:3,9
**message** 90:8,12 92:22 105:13 128:21
**messages** 105:11 173:24
**met** 36:11 57:2 70:14

**method** 154:3
**methodological** 78:21
**methods** 24:4 77:20,21,24,25 78:1
**mgitomer@dem...** 3:10
**Michael** 3:16 8:1 193:14
**michael.bruns@...** 3:17
**mid** 11:25 64:2,8
**midst** 136:8
**midsummer** 176:10
**million** 125:9,9 183:15,16,25 184:5 187:12,19 187:20 189:10 190:11
**mind** 51:7 125:4 155:15
**minimum** 188:21 189:12 190:13,22 191:2,10,13,17 192:6,15
**minute** 81:15 128:15
**mission** 14:22,23 15:3 22:19,22 23:17 42:16 50:3 58:12 81:11 101:7 107:1 112:7 121:13,16 129:8 130:16,19,22 141:19 153:12,20 156:23,25 157:9 166:6 178:3 180:14 182:11,20 183:9 186:9,11,14 186:17 188:17,21 188:22 189:11 193:6,8
**Mississippi** 21:13 48:25 49:4
**Mississippi's** 46:16

**misspoke** 187:15
**mix** 17:16 30:20 129:7
**mixed** 78:1
**mm-hmm** 16:24 46:17 54:6 81:20 93:19 105:6,21 106:17 107:8,9 110:8 111:2 120:4 159:18 166:23 174:3 175:15 191:16
**model** 62:1
**moment** 90:6 92:21 96:7 104:19 120:14 122:23 124:2 132:19 136:4 149:7 158:10 159:9
**money** 82:2,3 184:13,17
**monitoring** 76:20
**monthly** 57:8
**months** 128:6,7 184:6
**morning** 7:5,23 8:13 149:16
**motivated** 159:9
**motivator** 114:23
**move** 141:2
**moved** 170:5
**MTSSR** 120:2
**multiple** 66:14 67:9 67:12 68:24 84:10 166:21
**Multi-Tiered** 102:1
**multi-week** 24:12
**multi-year** 82:2

---
**N**
---
**N** 3:1 7:2
**NAEP** 60:18 155:20 170:17 175:24 184:13
**NAEP's** 189:9
**name** 7:17 35:3
**names** 36:25

146:15
**Nascently** 34:10
**national** 10:24 11:12,15 12:3,8 12:25 22:12 27:7 29:1 58:23,25 59:13 60:17 80:4 80:25 116:18,23 117:10 118:19 119:1 152:22 170:16 176:5
**nationally** 60:19,20 102:13
**nationwide** 59:7,15 59:25
**nation's** 155:5,15 156:5,18 165:5
**natural** 63:7 116:8
**nature** 47:19 68:1 78:1 95:3
**NC** 159:25
**NCE** 13:22
**NCEE** 11:17,18,20 12:4,13,14,15,19 13:22 14:8,11,19 17:1,2,14,20,25 19:9,19 20:5,10 20:16,18 21:7 35:5 36:14 37:1 40:7,8,18,21 49:3 49:7 51:8 52:17 52:23 53:5 54:10 72:16,18,22 75:20 93:3 121:1 125:20 125:24 131:8,12 131:16 143:12,15 143:18,20 152:20 159:24 160:2,4,10 160:14 161:7,25 162:12,14,19,20 163:4,18,19,23 164:10,13,22 165:1,12,24 166:3 166:12,19,22 167:8,14,18 168:10 169:21,25 170:3 183:3

189:15,16,17,22 190:4,7,10,23 191:3,9 192:11
**NCEE's** 16:22 40:9 47:24,24 50:5 61:5 143:10 144:6 165:10 167:25 169:10 189:13
**NCER** 22:12,14,18 22:21,23 23:13,25 25:5,7,17 41:5,7 41:13,14 76:6,7 76:10,22 78:12 79:3 81:4,8 135:8 135:9,17 137:18 138:18 139:13 161:9,20 192:11
**NCER's** 23:2 25:3 25:23 81:1 135:8 192:7
**NCES** 5:13 11:9 12:9 27:7,12 28:3 28:5,8,12,15 29:5 29:23 30:18,18,23 30:25 31:1,16,18 31:24 32:2,5,12 32:20,22 33:2 38:1 39:6,15,19 39:25 42:14 43:6 43:11,21 44:1 56:1,14 60:22 61:10 62:6,6 67:20 70:2 72:5,8 80:5,15 86:23 119:12,14 123:10 129:2,18 130:3,4 130:21 131:19,23 131:24 132:9,13 132:21 133:2 141:2,3,16,18,20 141:23,25 142:3,8 142:10,13,16,19 142:22,24 145:11 146:4,24 147:24 151:23 161:3,6 162:6,7,10,11 170:2,5,7,10,15

171:7 172:5 173:25 174:21 175:3,7,18 176:5 176:14,18,19 177:11,14,21 189:5 191:14,21 192:24 193:2,6
**NCES's** 27:8 43:3 61:5 171:13 174:4 175:2 189:6,11 191:18
**NCSER** 137:18 139:13 162:23 163:9,17 167:13 167:15,21,22
**near** 102:3 127:2,4
**nearing** 101:25 122:17
**necessarily** 122:6 169:17 186:8
**necessary** 92:13 176:14 189:13 190:2
**necessitates** 59:13
**need** 9:2,4 11:14 20:7 42:20 60:24 107:11 177:21 188:22 193:3
**needed** 46:24 80:2 176:7 177:11,24 178:3 189:6,21 190:8 191:11,18 192:7
**needs** 17:24 20:13 37:17,19 79:17,19 79:20 190:23
**neighborhood** 131:13 191:12
**neither** 197:10
**never** 38:19 154:3 172:24
**new** 3:4 7:14 35:13 50:9,9,10 65:23 80:12 101:15 133:12,24 134:8 135:10,14 138:20 139:3,10,12,17,19

139:25 140:7,9,23 141:1 143:8 160:19 164:9 168:21 169:23 176:13 177:11 180:23 185:8,12 186:2,5,19
**NHES** 118:24 119:3
**nine** 135:14 139:19
**nonfederal** 19:17 19:19,22
**nonlawyer** 112:6
**nonsupervisory** 69:4
**non-mandatory** 146:12,20
**normal** 49:16
**Northwest** 7:14
**notable** 21:10
**notarial** 197:13
**notary** 2:16 197:5,6 197:19
**note** 124:15
**noted** 12:12 21:11 151:23 192:12
**notes** 109:2
**notice** 93:4
**notices** 93:7
**notion** 30:10 132:20
**November** 1:18
**NPSAS** 118:12 146:23,24
**Nugent** 3:22 7:25
**number** 1:8 4:12 4:16,19,23 5:3,5,8 5:11,15,18,20,21 6:5 7:6,11 44:24 60:9,22,25 62:5 64:4 66:12 67:18 69:2 72:17 76:6 79:16 80:2 88:3 90:5,15 91:6 92:20 96:6 104:15 112:22 120:14 124:1 126:16

128:14 131:16 132:25 135:19,21 136:3 137:18 138:20 139:3,10 141:7 142:25 149:6,25 153:19 154:22 165:22 169:7,8 171:16,24 178:2,2 181:13 185:12 186:19 187:9 188:24 189:15,24 190:2 190:14,16 191:1,2 191:10,17 192:1,7 192:23 193:2,5,10
**numbers** 140:5 158:1 165:21 192:12
**numerous** 111:25
**NW** 3:13
**N-A-E-P** 170:17
**N-C-E-E** 11:21
**N-C-S-E-R** 139:14
**N-H** 119:2
**N-H-E-S** 119:3
**N-P-S-A-S** 118:12 146:23

---

**O**

**O** 7:2
**oath** 2:18 8:10
**object** 132:5
**Objection** 23:4
**objective** 15:2 92:6 92:9
**objectively** 185:5
**objectives** 97:11
**obligate** 187:8,16
**obligated** 125:10 127:10 183:25,25 184:6 187:12
**obligating** 184:11 184:23 185:6
**obligation** 82:19,22 185:12,16,23 186:7,10,12 187:1 187:18

obligations 186:20
observably 154:17
  154:18
observe 133:14
  134:2
observed 169:13
obtain 115:6
obvious 184:18
occasion 63:8
occasionally 15:7
  40:15
occasions 84:10
occur 66:11,13
  111:4,6 192:20
occurred 116:4
  153:15 164:18
occurring 168:23
OESE 42:6,15
offer 40:15
offerors 66:2,22,23
  67:1,14
offeror's 66:25
  67:6
office 18:12 31:9
  41:23 42:1 86:19
  88:16,20 89:4
  93:23,25 94:10
  106:19 110:25
  121:25 123:17,19
  129:25 137:17,21
  138:7 145:19
  147:12,14,14,18
  147:18 148:14,14
  149:13 150:11
  151:1 174:10,10
  175:8,9,10,13
officer 57:18,21
  62:13,15,16,24
  63:10,11,16,22
  70:17,19,20,23
  71:3 145:4,20
  150:12 197:7
officers 63:20
offices 17:21 31:2
  42:15 75:11
  189:25
officiated 2:17

offing 91:9
oh 19:14 35:4 42:1
  64:6 67:1 107:9
  117:22 148:1
  159:1 176:9
  186:16
Okay 11:22 12:18
  12:19 14:6 23:25
  31:4 95:1 98:24
  104:18 114:24
  143:10 162:14
  178:13 188:15
  193:13,16
once 76:14 157:16
ones 118:10 150:3
ongoing 76:19
  84:24 121:4 152:9
  170:16,18,19
  185:18
online 181:20
operate 32:15
  135:5
operated 20:16
  163:12
operating 49:5
  189:5
operation 35:1
  48:3 84:4 170:19
  170:21
operationalized
  35:21
opine 80:15
opined 80:20,21
  81:3,7
opinion 45:5
opportunities
  59:14,20 181:16
opportunity 104:7
  126:2
opposed 19:24
  69:21 99:16
  160:19
optimally 103:22
  192:9
option 143:8
options 5:17 63:10
  63:11

orally 107:11
  147:21
order 134:1,21
  135:6
organizational
  149:13
organize 138:2
organized 85:13
original 21:21,23
originally 130:18
  169:20
OS 4:22 106:15,18
  106:20
ought 53:15
outcome 17:7
  53:21 62:23 78:11
  103:14 197:11
outcomes 16:19
  19:5 26:3,20,21
  45:9 46:23 50:1,2
  54:22 79:7,9,11
  83:10 103:25
  140:14
outline 41:3
outreach 152:16
outside 62:24 63:23
  72:14 130:23
  172:16
outstanding 93:9
  127:23
oversaw 12:23
  85:14
oversee 56:6 57:15
  176:5,18
overseeing 12:20
  73:5 74:4 81:23
  125:22
overseen 175:7
oversees 174:11
oversight 70:8,12
  70:24 71:5 72:1
  164:22
overstaffed 80:22
owner 123:16
ownership 115:24

—————————
        P
—————————

P 3:1,1 7:2
pace 76:21 169:13
page 4:2,10 5:2 6:2
  124:15,21 125:5
  129:15 196:4
pages 104:16
paid 100:3
panel 52:13 53:3
  137:24
paragraph 158:7
  159:17,24
paragraphs 74:22
parents 83:2 183:8
Park 10:22
part 10:25 15:10,11
  15:13 33:13 43:8
  51:25 56:13 64:22
  66:2 67:4 87:9
  108:8 109:10
  118:22 119:6
  160:3,6 192:5
  193:6
participant 81:18
participants 55:20
  113:22
participate 51:8
  137:11,13,14,25
participated 123:1
participating 2:11
  74:8 160:20
participation 74:11
particular 20:3,9
  20:11 29:16 33:18
  36:10 53:12 54:24
  56:12 65:3,5,18
  73:4 76:3 81:5
  84:8 121:8 135:3
  140:19 157:6
  172:19 189:17
particularly 16:11
  20:11 48:25 49:8
  73:23 101:14,16
  101:21 140:16
parties 2:11 124:24
  125:1,3 197:11
partner 37:19
  49:12

partnered 21:16
partners 20:13
  37:17,17 48:12
  49:14,16 73:9
parts 109:13
part-time 168:12
pay 116:24 117:11
paying 184:19
  186:22
peer 13:8,17 14:13
  24:25 25:17 136:8
  136:15,16,19
  137:11,25 138:2
  165:17 169:14
peer-reviewed
  25:12
pending 25:14
people 14:17 22:4
  29:12 35:7 40:19
  44:1,2 60:9,10,11
  68:4 75:25 98:22
  132:9 134:7 147:2
  153:19 164:25
  170:7,10,15
  192:14
percent 87:11
  151:17 152:2
  157:19 160:25
  182:25
percentage 154:1
perennial 117:14
perform 80:3
performance 51:18
  57:13,23 62:17
  63:1 64:2,8,12
  65:22 66:3,4,8,22
  67:3 70:25 74:4
  75:2 123:4 126:3
  127:21 151:6
  155:8
performed 66:17
  67:7,9,11 71:6
  76:10
performing 16:8
  36:19,21 57:19
  58:19,20 62:18
  69:10,15 115:11

153:16 165:2
**period** 11:2 28:22 33:24 53:15 88:4 128:7 134:17 161:12 179:3,18
**Perkins** 17:10
**person** 2:10,11 32:19 86:19 94:13 113:7 163:9
**personal** 10:6 158:23 159:2
**personalization** 140:13
**personally** 111:16 159:12 170:24 173:11,15,18
**personnel** 10:15 24:9
**perspective** 38:16 38:17 145:2,3
**per-contractor** 163:24
**phase** 74:21,24
**phases** 74:25
**phenomenon** 31:21 34:8,9
**physical** 8:18
**Ph.D** 1:17 2:10 8:8 10:21 37:5 194:5 195:7
**pipeline** 169:16
**PISA** 122:11,13,15 122:23,24 123:1 123:20
**place** 40:10 56:17 98:11 115:15,19 116:3 144:20,21 144:25 147:24 168:3 179:21 180:1
**placed** 39:25
**places** 83:13
**Plaintiffs** 1:8 3:2 8:11
**plan** 9:1,5 36:18 114:11 115:5,15 115:19 116:3,6,7

**planned** 101:2 115:20 132:19 134:1 172:11
**planning** 72:9 74:8 74:15 81:19 131:23 151:25 152:9 160:20 170:20 192:14
**plans** 67:24,25 192:17
**platforms** 176:24 177:1
**play** 162:19
**playing** 83:21
**please** 7:22 8:5,24 9:2 193:21 194:2
**pledge** 32:18
**plus** 170:4
**point** 89:19 91:4 106:22 128:8 144:10
**pointed** 68:16
**points** 99:21 142:1
**policy** 13:7,20 14:16 17:7 18:17 18:23 19:5 20:9 23:1 24:19,21 31:11 46:9 49:12 49:24 53:19 78:9 79:8 83:19 88:24 93:6 117:15,17 174:12
**policymaker** 17:16 17:18
**policy-makers** 16:15 26:2,7 31:23 34:24 46:7 59:10,11 71:21,25 83:2,17 84:3 181:3
**policy-making** 47:14
**political** 17:21
**poorly** 62:18
**popularize** 30:10
**populate** 106:4
**population** 27:21

**populations** 142:1
**portal** 174:13 181:21
**portals** 39:3
**portion** 94:22 151:16 157:15 184:5,13
**portrayal** 55:11
**posed** 39:7
**position** 11:8,10 12:12 35:4 67:19 162:4,5,13
**positioned** 99:7
**positions** 11:24 12:6 36:25 43:20 67:18 72:18 75:25 76:7 146:14 148:6 154:11 157:2,8,11 192:15
**possession** 100:17 115:16
**possible** 79:24 123:20 136:10 179:12,13 188:17
**possibly** 37:3
**post** 140:7 171:17
**postmortem** 120:20
**posts** 15:21
**Post-award** 76:19
**post-pandemic** 33:23
**post-secondary** 28:20 30:12,14 45:22 46:1,5 103:18 116:19,23 117:14 143:2 183:7
**post-termination** 109:21
**potential** 63:10 72:15 74:23 76:15 114:22 143:24 144:4 155:16
**potentially** 53:12 59:19 72:7 77:17 95:21 101:12

103:23 128:24
**practical** 73:19
**practice** 16:2,4,14 49:12,24 52:4,15 53:4 54:14,17 61:12 69:22 74:12 75:14 79:1,8 83:19 85:2,5,16 133:16 134:9 156:19 164:10 169:1,4,6,7 180:13
**practices** 15:9 21:1
**practitioners** 16:15 26:2
**praise** 155:4
**preceded** 47:8
**precisely** 190:16
**precontract** 184:9
**precursor** 45:13
**preferred** 160:21
**preparation** 24:9 73:18 119:9
**prepare** 9:13 10:1 138:5 154:5
**prepared** 9:10 96:15 98:21
**preparing** 107:24 159:16
**present** 3:18 84:11 126:3 164:6
**presentation** 55:10
**presentations** 84:16
**presented** 52:13 87:18
**preserved** 115:16
**Presumably** 79:6 130:7
**presume** 43:25 111:9 134:7 149:12,20 150:22
**presumptively** 49:23 70:13 71:8
**previous** 65:22 67:7,12
**previously** 71:21

83:16 84:9 85:1 118:15 120:2 133:23 143:15 146:22 150:5 160:15 164:15 165:2 166:21 168:6,25 171:8 183:2 186:3 187:11 191:25
**pre-RIF** 170:4 184:8,9
**priced** 92:12
**primarily** 17:2 86:11,16,22
**primary** 12:12 22:14 27:8 38:7,9 85:21,25 86:13,20
**Principal** 29:1
**principle** 153:24
**prior** 14:12 43:19 56:17,18 66:7 69:11 83:24 88:21 92:1,3 95:22 98:3 98:8 104:9 106:6 107:22 113:15,16 114:13,18,19 116:14,15 119:15 133:8 141:15 143:21 145:3 146:10 152:20 164:17,17,18 165:25 169:15,18 170:22 186:5 187:17 188:1
**priorities** 17:16,18 17:19 18:17 20:9
**prioritize** 20:12
**priority** 20:15 129:23 166:7
**privileged** 23:9
**probably** 38:5 69:5 122:21 131:14 160:21 170:12,13 173:8 176:10 191:12 192:9
**procedures** 41:3
**proceed** 101:4

proceeding 76:21
process 13:17 18:1
  18:7 23:5 25:1,17
  28:9 32:23 33:3
  39:10 51:25 53:6
  55:5 56:4,13 57:6
  65:7 66:2,3 67:5
  78:17 88:7,12,13
  88:14,22,25 89:9
  89:16 91:24 92:7
  104:23 106:21
  111:15 113:10
  116:12 120:25
  121:25 122:1,2,7
  123:16 125:17
  127:17 128:2
  136:21,23 137:13
  137:15 144:25
  151:13 165:18
  191:21
processes 29:7
  65:23
proctor 60:20
procurement 66:2
  67:5 92:11 186:19
procurements
  132:2 186:5
produce 36:12
  51:18 52:22,24,25
  155:17
produced 9:21
  50:13 53:4 111:21
  115:22 139:1,2
  150:16
producing 34:5
  52:15 70:3 86:24
product 51:3 52:1
  52:2 53:19 54:15
  55:9 70:14 71:8
  71:10 155:17
productive 139:8
products 50:18,21
  51:18 85:8 169:15
professional 2:16
  10:8 18:1 78:17
  84:17 158:23,24
  158:25 159:5,13

193:9 197:6
professionals 22:17
  23:14
proficiency 16:16
  102:12,14
program 12:21
  17:7 18:22,24
  19:22,24,24 20:1
  20:2 32:14,16,17
  40:10 42:6,8
  53:19 55:6 58:16
  73:6 75:11 76:13
  77:10 78:10 79:23
  84:5,19,20 86:12
  119:20 124:10
  125:24 138:7
  170:19 189:4,25
programs 12:22
  14:14,25 17:5
  19:7,10,17,20,
  24:11 155:24
  156:2 180:24
  183:5 189:20
  190:1
Progress 60:18
  170:17
project 53:7 55:16
  63:7 73:8 76:17
  77:12 99:16,19
  100:6
projects 26:10 51:4
  63:5 67:10,12
  76:20 144:2
promised 67:25
prompt 38:14
promptly 114:11
prompts 64:25
properly 170:23
property 115:23
  116:8
proposal 77:19
proposals 48:11,13
  74:20 75:5
propose 68:6 74:16
  84:15
proposed 67:22,23
  68:2,7,13 73:8

76:17 77:10
proposing 77:25
protect 55:19,19
protocol 52:9
proud 48:25
provide 14:25 29:7
  29:9 40:5,8,12,18
  40:21 41:5,13,18
  42:11,14 47:6
  48:11 57:17,20
  66:21 68:5,22
  69:24 70:18,21,24
  72:6 76:15 79:4
  97:5,8 98:11,15
  104:7 105:7
  108:21 109:19
  112:3 163:5,10
provided 40:16
  46:23 77:3 99:2,4
  103:22 108:19
  111:16,18,23
  113:25 146:3,16
  147:1 149:14
  165:13 178:6,10
providers 15:19
  20:23
providing 13:5
  15:8 21:19 38:13
  40:3 41:15 42:9
  48:4,9,22 65:22
  68:20,25 69:3,7
  69:16 72:3 77:7
  78:15 106:12
  107:14,20 125:17
  129:18 145:13
  160:18 181:14
  183:7
provision 147:17
psychology 10:10
  10:11
public 2:16 15:24
  32:13 39:24 40:1
  40:2 76:14 82:25
  83:2 197:5,7,19
publication 87:1
  134:8,8 168:21
publications 14:12

15:17 32:9 36:12
  85:15 86:24 87:2
  119:17
publish 55:14
published 71:16
publishes 41:2
pulled 121:3
purchasing 182:1
purpose 18:18
  31:20 105:22,24
purposes 31:16
  42:13
pursuant 2:11
push 93:17
put 33:6 61:13
  66:12 154:15
  164:9
putting 107:6
P-I-S-A 122:13
p.m 104:16,25
  110:4 144:14,17
  178:16,19 193:22
  194:5

_____
        Q
_____
qualifications 37:1
  73:11
qualified 32:18
qualitative 78:1
quality 40:24,25
  41:17 52:12,12
  66:5 69:10,15
  70:14,15 79:6,18
  79:24 143:11
  164:21 165:10,13
  165:19,20
quantitative 24:5
quantities 171:14
quantity 131:4
  138:18,23,25
  139:1 141:3
  152:15 165:24
question 8:21,24
  9:3 14:6 23:7,10
  38:15 49:11 61:1
  68:14 81:16 132:6
  145:8

questions 24:21
  36:23 39:7,18
  53:8 65:9 73:4
  77:9 181:2 193:14
quick 12:17 193:24
quickly 129:19
quite 102:3
quote 105:4 120:19
  159:15

_____
        R
_____
R 3:1 7:2 196:1,1
raft 93:9
raise 16:15 63:8
raised 63:11
raising 63:2
randomized 103:2
range 27:20
ranged 24:6
rate 184:23 185:1,1
  185:6,8,11,16,22
  186:2,4,7,10,12
  186:25 187:8
rates 142:12
rationale 129:5
raw 139:3
reach 116:7 147:21
read 45:8 195:8
readers 102:8
readiness 51:5,5,21
  53:23
reading 21:12 45:8
  46:16,25 102:2,10
  102:12,14
real 12:17 193:24
realize 21:17
Realtime 197:6
reaps 15:24
rearrange 151:20
reason 21:7 33:25
  130:8 196:4
reasonably 39:8
reasons 124:18
  148:23
reauthorization
  20:14
rebid 114:11,15

135:5
**recall** 30:7 64:9,18 89:4 90:11 92:1,4 94:6 95:5,11 96:9 96:23 104:10,21 105:10,25 106:22 107:22 109:5,16 111:5,12 113:17 113:24 114:9 120:16 122:6 123:20 124:3,5 136:5 143:6 145:12,20 146:1 146:14 147:7,10 147:20,23 148:2 148:19 149:8,9 150:21 172:24 176:9
**receipt** 135:8
**receive** 20:15 57:7 95:8 110:22 113:1 113:19 148:23
**received** 25:12 39:5 39:16 93:4 95:12 111:7,10,13 119:14 148:13 150:6,9 169:24 170:1,2
**receiving** 84:3 104:21
**recess** 42:23 82:11 110:2 144:15 178:17
**recipients** 172:4
**recited** 2:14
**recognize** 90:8 92:22
**recollection** 92:8 98:7 106:3 109:21 109:22 118:24 119:14 121:1 123:15 149:11 166:24
**recommend** 63:14
**recommendations** 54:21
**record** 42:22,25

82:10,13 108:8 109:23 110:4 144:12,14,17 162:5 178:16,19 193:22 197:8
**recover** 115:19
**recruit** 137:24
**redirect** 193:15
**reduce** 79:16 115:1 135:19 143:22,24 144:1
**reduced** 131:5,7 135:21 141:5 165:25 166:1 197:9
**reduction** 131:16 131:18 144:20,21 144:24 147:2,6 152:2 155:3 158:20 166:2 171:12 175:1 185:12 186:18
**referenced** 113:25 135:6 172:9
**referred** 52:3 64:15 105:12,13 118:12 120:19 168:25
**referring** 43:14 93:22 160:4 172:7
**refining** 53:8
**reflect** 129:7 155:7 159:10
**reform** 19:15 82:18 142:17
**reframe** 110:23 132:8 151:10 152:4
**refresh** 166:24
**regarding** 4:22 5:13,16 62:16 63:19 109:24
**regards** 184:14
**Regional** 11:13,17 12:24 20:17 46:15 134:11,23 135:5
**regionally-based** 20:22

**regions** 20:24
**Registered** 2:15 197:6
**regular** 36:22 65:12 125:25
**Regulatory** 174:11
**reidentify** 32:19
**reinstate** 183:4,10
**reinstated** 110:18 120:1,9 123:11,14 126:24 127:15,18 127:25 129:9,13 129:17 134:18 135:2 179:9 181:10,17
**reinstatement** 128:2,24 129:1 130:23 181:12
**reinstatements** 127:20
**rejected** 181:13
**REL** 40:10 47:21 47:22 48:15 73:6 73:8
**related** 20:25 21:12 24:17 46:22 50:18 50:23,24 51:5,19 65:9 97:7,8 132:1 147:1,8 148:3 180:24 181:25 182:11,19 183:4 184:13 192:3 197:10
**relates** 48:4 182:17
**relating** 46:24 47:1
**relative** 18:13 30:11 77:10 99:15 99:18,22 101:6 125:11,13 193:8
**relatively** 74:22 100:6 145:9
**release** 15:21 25:5 69:11 135:17 155:21 168:21 169:6
**released** 76:14 119:18 134:8

169:4,16,17
**releases** 15:17
**releasing** 13:16
**relevant** 24:21 37:18 71:6 101:15 177:7
**reliance** 71:16
**reliant** 69:13
**relied** 61:7 71:25
**relies** 60:5
**RELs** 20:17,21,22 21:3,10,14,16,21 22:1,2 37:9,16,19 40:10 46:14,18,21 47:6,9,25 48:3,11 48:24 49:5,8,10 74:1 163:11,14 168:3
**rely** 61:14 71:18
**relying** 113:20,22 114:7
**remain** 165:11
**remained** 99:25 125:10 159:21 170:15
**remaining** 151:21 173:25
**remains** 72:12 134:6
**remediate** 62:20
**rephrase** 54:8 70:22 81:25 153:8
**replace** 157:7
**replaced** 157:4
**reply** 121:13
**report** 80:5,8,15 81:1,3
**Reported** 1:24
**reporter** 2:16 7:19 8:4,16 10:18 11:14,18,20,22 12:14,16 13:23 14:4 19:13 25:9 29:20 30:13 31:4 35:18 41:25 44:15 45:23 47:1 48:6 56:7 57:25 64:16

73:2 79:10 80:17 85:3,17 86:7 87:4 94:24 95:1 117:20 117:22,25 118:25 122:12 139:5 147:25 155:25 158:24 159:1,25 161:15 162:25 163:14 167:3,16 167:19 175:9 176:19,25 186:15 188:13,15 193:24 197:5,6,6
**reporting** 177:2
**reports** 13:9 50:24 57:8 69:8 86:23
**represent** 99:7
**representation** 183:18
**representative** 62:13
**represented** 9:7 183:12
**representing** 7:17 8:2
**request** 13:15 25:5 76:12 88:15,19 96:17 106:1 107:2 114:6 122:5 124:11,13 127:20 127:25 147:10 172:9 174:9 175:23
**requested** 106:5
**requesting** 147:9
**requests** 38:22 79:21 113:19 174:4,13,22
**require** 60:24 73:15 84:14
**required** 18:8 21:8 25:19 55:8 60:15 73:14,17 76:1 82:3 101:8 103:9 105:7 106:16,24 109:9 112:5,6,25 113:2,5,9,14

127:2 129:7 130:17,20,23 140:19 141:21 166:7 190:14
**requirement** 18:10 121:8,10
**requirements** 17:17 18:17 39:12 76:16 109:12 138:4
**requires** 42:6 60:21 124:16
**rescoped** 143:7,9
**research** 1:5,6 7:8 11:4,9 14:24 15:5 15:7,11 16:1,18 20:24 21:2,3,21 21:23,23 22:13,15 22:16,16,17,22 23:2,15,19,24 24:1,4,7,11,15,15 24:18,19,19,23 25:4,21,24 26:1,4 26:5,9,12,15,22 28:6 30:6,7 32:3 33:11,12,20 34:5 34:20,21 35:13 36:10 37:3,5,14 37:18 39:7,23 41:4,15,17 44:25 45:4,20 49:11 50:9,10,12,15,17 50:20,21 52:5,7 53:11 55:9,14,16 58:14,16 59:1,3,6 59:25 63:19 65:6 71:4 72:18,21 73:4,12,13,16 74:3 75:7,25 76:7 76:9 77:15,18,24 77:25 78:7,8,13 78:15,25 79:4,14 79:24 83:4,17,25 84:15,22,24 85:6 85:6 101:10 131:4 133:6 135:10,13 138:14,18,23,25

139:1,12 155:22 157:2,23 158:4 162:19 164:10 185:9
**researchability** 39:18
**researched** 53:20
**researcher** 24:8 77:22 174:12
**researchers** 22:1 24:13 26:9,19 32:6,18 33:9 34:25 41:6,8 55:13 71:22,25 75:21 77:1 83:2 83:16,24 84:8,11 84:12,17,22 85:7 85:14 113:21 173:10,16,22 174:13,19
**researcher's** 77:20
**residential** 10:19
**residents** 10:17,19
**resource** 80:13
**resources** 14:16 18:14 127:7 168:16 174:18 183:11 190:14,19 190:23
**respectively** 137:19
**respond** 8:17 64:25 68:5 106:1 174:4
**respondent** 55:12
**responding** 8:22 36:23 38:22 174:22
**response** 68:15 134:21 172:25
**responses** 173:9
**responsibilities** 12:13 13:4 14:11 27:8,13 67:21 72:20 86:2,6,9 87:10 160:22 170:14 189:9
**responsibility** 38:4 38:7,8 70:17

82:17 85:22,25 86:13,20 168:9 174:1
**responsible** 35:1 86:16,22 162:20 167:8
**responsive** 17:24 73:1,3 77:12 79:17,25 138:15
**responsiveness** 138:4
**rested** 130:23
**restricted** 32:15 37:21
**restricted-use** 32:14,17 37:23 38:14,18 39:1 40:2 55:3,5,7 84:19,20 86:12 170:18,22 174:1,5 174:14,16,23
**result** 71:13,15 100:23 104:1 141:5 157:24
**resulted** 110:18 118:3 185:22
**results** 55:11 56:18 67:25 83:18 138:5 155:21 177:2
**resumed** 180:22 181:4
**retains** 115:24
**return** 144:19 196:3
**returned** 10:21 11:5,10 115:25 116:9
**reveal** 23:5,8,10
**reverse** 124:11 157:19
**reversed** 124:14
**review** 9:13 13:9,15 13:17 14:13 25:1 25:17 34:20 39:17 48:16 52:10,11,20 53:9,15 55:5,17 55:23,24 56:2,13

56:18 67:22,23,24 70:6,9 89:21 105:23 120:22 136:4,8,14,15,16 136:17,19,21,23 137:11,17,22,23 137:24,25 138:2,3 138:6,9 165:17 169:14 170:21 174:2 175:2,4,4,6 175:8,11,14
**reviewed** 39:6 48:13 50:16,18,22 56:18 106:5 129:22 135:22 136:25 137:3,5,6 137:9 172:3
**reviewing** 14:12 36:22 39:10 68:10 69:8,12 70:4 105:17
**reviews** 50:10,12 57:8 85:6 133:19 133:20 136:10,11 136:12 168:22 170:22 173:9
**revised** 127:21 149:13
**revision** 18:25
**RFA** 138:5
**Richard** 4:18 147:10
**RIF** 144:25 145:4 145:15,23 146:9 146:10 147:8,22 148:7,11,13,15,16 148:16,18,21,25 150:20 151:1,4,12 151:13,16 152:15 152:20 153:15,25 154:2,4,13,14,16 155:6,10 157:4,24 157:25 158:7,17 161:1,4,5 164:2 164:15,17,19 165:1,25 169:12 169:20,24 170:8

170:11 171:8,9,17 173:3,13,22 174:5 174:8,15 175:20 176:3,11,13 177:6 177:17 178:5,21 178:24 182:21,25 184:1,15
**RIFs** 169:19 180:7
**RIF'd** 150:7,9 172:15 177:10 178:2
**right** 13:5,24 45:19 90:18 99:1 100:14 107:7 122:3 192:11
**rights** 115:24
**rigor** 70:15 165:13
**rigorous** 15:2 41:4
**risk** 56:13,18 173:9 175:4,6
**role** 14:18 31:18 33:13 35:3 56:17 57:1 58:10 62:11 83:22 87:13,14 160:8,9 162:9,12 182:18
**roles** 67:17 125:21 161:24 162:8 176:7
**rolled** 161:13,18
**room** 145:24
**rough** 193:25
**round** 111:21 119:7 161:15
**routine** 57:6 63:6
**routinely** 83:24
**RPR** 1:24
**Rules** 2:11
**R-E-L-s** 20:17 163:15 168:4
**R-I-F** 144:25

---
**S**
---
**S** 3:1 4:9 7:2 196:1
**sampling** 67:24
**sandwiches** 9:6
**SAT** 53:24

satisfactorily 36:19
36:21
saving 92:14
saw 49:7
saying 35:18 93:4
139:3 185:13
says 105:3,22
106:14
scale 59:1,3,7
103:11 140:12
school 29:18,22
43:4 45:15 103:18
103:19,19 118:17
119:1 124:10
125:24 142:9,11
schooling 142:2
schools 28:2 103:3
school-based 47:18
science 13:8 15:6
22:16 23:15 28:6
129:13
sciences 1:11 19:15
82:18 155:23
156:20 174:12
scientifically 21:2
25:21 41:15
scope 52:9 53:8,9
53:10,11,14 57:3
65:10 94:4,8
147:2 154:2 182:2
186:17
score 148:3
scorecard 145:11
146:6,7
scores 46:16
scoring 25:13
screen 36:10
screened 52:11
seal 197:13
searches 36:9
second 32:13 103:5
124:15,21 160:2
Secondarily 138:15
secondary 38:8
41:23 42:2 142:8
142:11
secretary 106:19

146:2 147:14,15
147:18,19 148:14
148:15 149:13
151:2 162:7
secretary's 121:25
123:17,19 145:24
section 124:16
146:5
secure 190:3
security 39:11
see 12:1 15:10
31:16 33:11 45:14
49:3 93:2 129:4
129:16 184:16
186:18
seek 18:15 32:2
63:16 66:3 81:22
82:5 183:4 187:24
seeking 33:8 49:8
77:11,13 79:23
122:4 126:23
seeks 78:8 188:25
seen 108:9 141:10
150:3,5,17 181:19
186:4 188:24
sees 16:4
select 28:9
selected 95:17
104:25 105:17
send 172:10,12,16
173:11,20,24
sending 121:22
senior 17:20 47:11
160:17
sense 20:14 65:8
77:8 165:11,15
187:6 189:4,6,12
sent 90:10 93:7
120:16 121:13
126:9,10 129:24
155:2 172:8 173:2
173:3,10
separate 140:4,5
148:4
September 183:13
187:5,6
sequential 30:4

series 30:9 43:8
45:17,20 180:23
181:23 183:4
serve 18:19 25:20
30:25 47:10 55:11
58:10 136:20
157:8
served 103:16
serves 31:1
service 16:19 19:5
42:10 158:1
services 10:15
92:11 103:6,17,22
serving 11:24 12:2
12:4,6,7 31:17
160:7 162:11
set 73:4,14 79:21
135:3 197:12
setting 172:25
seven 137:16
share 87:12 97:12
97:16 122:15,19
132:11 138:6
shared 14:13 37:18
84:12 91:8 97:15
182:11
sharing 84:11
shedding 31:20
sheet 195:12
shift 67:16 87:24
shifted 175:8,11
Shifting 76:6
183:12
short 42:23 82:8,11
144:15 178:17
SHORTHAND
197:5
show 104:24 108:4
128:12 136:2
171:24
shown 9:18,18
shows 186:4
sign 39:20
signal 49:23
signatory 126:11
Signature 194:3
195:16 196:25

signed 195:12
significance 127:5
significant 44:21
45:18 46:3 90:15
91:6 118:7 127:6
131:15 153:19
155:11 171:20
182:18 184:5
significantly 81:12
131:5 141:5,9
164:1,14 171:18
sign-off 160:19
similar 13:25 36:15
47:9 58:8 73:7
114:12,16 115:3
184:23
similarly 8:21
191:14
simple 78:5
simply 129:21
160:13 193:9
single 50:17 87:1
167:7 170:3 173:8
184:12 185:7
188:24
singular 182:2
190:2
site 50:11
situation 63:15
situations 66:20
size 158:21 189:24
sleight 74:17
slightly 16:21
72:16 81:25
131:10
slow 11:14 45:23
slower 133:10
169:13
slowly 169:18
small 96:14 108:6
181:13
smaller 186:6
Smith 147:11
social 15:6,21
22:16 23:14 24:2
28:5
social/emotional

24:18
SOCIETY 1:6
Soldner 1:12,17 2:9
4:11,15,18 5:19
6:3,6 7:7 8:8,13
43:2 82:15 110:6
144:19 178:21
193:23 194:4
195:7
sole 58:11 61:1
86:19
solicit 25:7,11
Solutions 7:18,21
somewhat 73:13,24
139:1 175:5
sorry 10:11 11:20
11:22 14:2,6
19:14 41:25 42:1
66:24 67:2 70:21
117:25 119:2
148:1 158:24
161:17 167:17
185:25 186:16
sort 37:6 73:18
117:4 129:5
152:24 160:17
sought 34:19 76:18
96:16 157:11
183:10 187:22
sound 183:17
source 50:17
117:10
sources 150:6
Southern 1:3 2:13
7:11
span 141:22
spawned 44:24
speak 8:22 9:23
18:11 34:11 43:24
88:17 122:9 132:1
192:17
speaking 122:6
125:11 132:9
178:21
speaks 78:7 123:2
158:19
specialist 7:19

specific 17:17 18:4 18:9 27:22 29:17 31:9 41:8 47:7 50:18 60:15 73:1 73:14 74:9 77:10 83:25 109:9 114:5 122:7,9 125:3 132:15 141:24 142:1,1 146:4 156:6 157:13 171:11 176:9 181:25 189:10

specifically 21:6,8 24:25 48:4 88:21 101:8 104:22 108:15 109:16 122:1 123:21 124:4 126:18 145:21 150:3 152:14 159:8 170:12 184:16 190:25

specificity 150:25

specifics 48:20

speculate 97:20 129:21

spell 31:4

spend 82:3 188:7 188:10

spending 187:1 188:2

spent 183:18

spoke 48:5 122:7 123:18 133:17 182:17

sponsor 24:12 31:1 83:9

sponsored 24:6 58:15

sponsoring 58:14 58:15

spread 181:15

spreadsheet 5:3,21 107:24 108:5,6,13 108:22 109:2 146:17,18,23 181:15

SREE 1:7

staff 6:4 17:20,25 18:11 28:8,12 36:14 38:1,3,5 39:19,20 42:14 44:5,8,12 47:18 47:21,22,24 48:2 48:11,13,15,15,24 51:8,11,16 52:17 52:21 53:2,5 54:4 54:10 56:1 57:1 57:12 60:7,8,11 60:19,21,22,24 62:2,4,7,12,17,19 62:20 63:3,6,14 63:18 64:11,24 65:5,13,18,21 66:21 67:17 70:9 70:18 72:12 75:11 75:12,18 76:1 80:2,21 81:10 84:23 85:11,13,21 85:24 86:4,11,15 86:22 87:9,12 89:20 93:3,4,25 98:14 106:3,8 107:6,23 108:11 108:18 109:3 115:12 119:12 121:2 125:21,24 126:5 127:12 130:4,5,9,21 132:21 133:1,2 136:20 137:11,12 137:14,18 146:1 149:16 151:16 152:2,5,7,8,11,20 153:16 154:10 155:2,3 156:11,14 156:17,21,24 157:3,7,16,19,22 157:25 161:6,20 162:14,16,23 163:3,17,21,25 164:11,22 165:11 165:25 166:2,18 167:13,15,21

168:4,6,10 172:15 173:3,24,25 174:18,21 175:1,3 175:7,13,18,23 176:2,4,7,14,17 177:6,10,12,12,23 178:2 179:10,23 183:1,11 186:6,22 190:19 191:2,3,10 191:18 192:4,7,11 192:16,25 193:9

staffed 80:16,19

staffer 39:15 56:14 162:20

staffing 80:5 81:1,4 81:13

staff's 62:11 66:5

stage 127:3,4 130:15

stages 122:22 180:25

stakeholders 75:8 75:10 113:20 114:6 124:21 152:17

stand 81:5 193:21

standards 36:11 40:24,25 41:3 56:12 70:15 137:16,21,22,23 137:24 175:8,10 175:13

stands 64:18

start 8:21 10:5 25:2 40:7 120:24

started 88:8 161:23

Starting 88:5

state 10:10 17:12 21:16,17 22:7,9 22:11 24:22 37:16 46:15,18 48:12 49:12,20,24 50:7 54:20 58:18,21,24 59:2 73:9,20 75:16,17 126:21 142:16

stated 49:14,16,17

62:12 147:7

statement 51:18 75:2,3 127:21 158:16

statements 59:12

states 1:1 2:12 7:10 8:2 15:1,8 20:24 24:20 27:11 40:11 46:21 47:10 48:10 49:21 58:8

stating 139:9

statistical 69:21 80:14,16 174:12

statistician 68:19 68:20,24 69:3,6 70:25 72:5 157:2

statisticians 37:3 67:21,22 68:9 69:4,24,25 70:1,5 70:6 72:8 73:15 151:23

statistics 10:24 12:9 14:24 27:7 27:10 58:13 87:3 87:5

status 47:12 57:7 99:16 120:23 121:5

statute 18:9 82:24 101:9 109:9 112:25 113:2,14

statutes 17:17 18:5 43:14

statutorily 25:19 112:5,6 113:9 117:9 129:7 130:17,20 140:19 141:21 166:6

statutory 18:10,17 19:11 82:19 109:12 121:8,10 121:16 146:22 166:3

Staying 50:5

stenographically 197:9

step 14:20

Stepping 33:10 130:12 151:15

steps 52:16,17 101:3 120:24

stipulating 117:3

stipulations 2:14

strategic 72:9 160:18,20

strategies 102:8,22

strategy 14:14 19:23,25 20:3 103:23

stream 189:23

Street 3:13

strength 42:7

strengthened 18:22

strong 16:10 121:15

struggling 64:17 102:8

student 10:15 16:11 19:5 24:17 26:2 53:21 78:10 79:8,11 116:19,23 119:21 123:3 140:14

students 16:16 24:10 27:16 28:1 28:20,21 30:11,13 45:8,10,18 46:23 49:25 54:1 60:18 102:22 103:12,16 116:24 117:11 142:25

studies 10:11,12 24:6 28:16,18,24 29:5,7,14 30:9 43:9,17,22 45:17 45:20 52:25 53:1 53:1 68:18 103:7 110:10 113:22 116:17,20 118:8 118:14 131:19,21 131:24,25 132:13 132:23 141:3,4,7 141:12,12,22,25 151:24 152:7,10

183:4,6 185:18
**study** 28:20 29:1,3
29:9,16,19,23,23
30:3,5 34:9 43:4,4
43:5,6,8,11 44:3,9
44:10,13,18,20,24
45:16 68:21,23
72:15 83:25 101:2
102:1,4 116:19,22
116:24,24 117:3,5
118:16,17 129:13
132:10 146:23
**subject** 2:13 39:6
78:21,23 88:2
142:4 148:7,21,25
150:19 151:16
153:25 154:16
155:6 157:4 161:1
165:1 172:5,6
177:6,16
**subjects** 16:12 24:2
**subject-specific**
69:19
**submission** 106:7
**submissions** 121:19
**submit** 27:1 39:2
42:7 55:8,16
121:21
**submitted** 138:16
181:21
**submitter** 56:19
**subordinates** 87:21
**subsequent** 30:11
145:9,14 172:25
181:20
**subsequently** 170:1
**subset** 96:14 98:19
130:17 137:4
**substance** 97:7,9
97:10
**substantial** 30:5
94:11,22 100:8
112:18 157:15,22
158:1,3,11 164:5
187:3
**substantially** 62:4
171:14

**substantive** 39:17
**substantively** 38:6
112:7
**success** 30:15 46:1
**successful** 155:20
**successfully** 175:24
**succuss** 30:12
**suffered** 81:4
**sufficient** 62:7
176:2
**suggested** 106:16
113:6
**suitability** 77:9
**suitable** 77:19
**summaries** 85:5
**summarize** 95:3
**summarizing** 52:25
**summer** 173:1
176:10
**sunk** 100:6
**supervise** 57:12
87:21
**supervision** 197:10
**supply** 142:22
**support** 14:24 15:5
20:23,25 21:19
22:17 23:13 31:8
31:11 36:4,6,15
37:23 38:1 41:7
42:8 46:24 60:4
60:15 87:14 102:2
103:18 136:22
138:14,19,23
163:5 167:22
171:7
**supported** 23:25
24:20 46:21 49:25
59:2 101:7 119:4
163:9 179:8
**supporting** 15:25
38:11 41:14 42:7
48:2 59:3 85:11
102:8 143:20
146:22 151:25
155:22 156:8,22
156:25 163:7
167:14,16,19

168:10 179:7
184:13
**supposition** 184:12
**sure** 10:9 53:7 63:5
101:17 114:20
126:10 127:23
133:13 144:8
150:2 185:17
191:25
**surprise** 81:6
**surrounding** 90:11
93:1 96:9 105:11
124:5 128:17
155:1
**survey** 118:19,20
119:2,3
**surveys** 27:15,19
55:20 68:4 170:20
170:20
**suspect** 95:12
127:19 185:7
186:8
**swear** 8:5
**Switching** 72:16
**sworn** 8:9
**synthesis** 12:23
52:4,6 53:1
**synthesize** 34:20
36:11 50:19
**synthesized** 34:21
35:14 52:14
**synthesizing** 51:3
**system** 31:2 45:12
54:25 64:15,21
108:17 143:3,23
155:5,15 156:5,9
156:19 165:5
**Systems** 102:2

---
**T**

**T** 4:9 196:1,1
**TA** 48:5
**tabular** 42:14
**take** 9:4 11:11
33:17 42:17 62:25
81:15 82:8 90:4,6
90:6 92:19,21

96:5,7,7 104:14
104:19 115:9
120:13,24 123:25
126:15 128:15,15
144:11 149:5,24
160:9 178:13
**taken** 20:2 25:25
42:23 54:19 82:11
99:9 101:4 144:15
174:8 178:17
197:7,9
**talk** 14:20 27:23
44:2
**talked** 55:2 74:1
157:1
**talking** 43:2 70:1
161:23
**talks** 87:19
**tape** 7:6
**task** 134:1
**Teacher** 29:1 124:9
125:23
**teachers** 27:16
142:23
**teaching** 142:19,25
**team** 21:19 47:12
52:8 86:23 106:15
106:20 159:24
176:18,19 181:24
182:4,6,17
**Teams** 105:4
**technical** 14:25
15:8,18 17:11
20:22,25 21:3,19
40:4,4,8,9,12,16
40:18,22 41:5,10
41:11,16,18 42:4
42:9,11 46:24
48:7,9,17 50:24
58:17 71:12,13,15
76:15 77:3,6
78:16 79:5,14
**Technically** 57:14
57:17 87:23
**technique** 53:25
**tell** 9:7 16:25 64:4
**temporally** 101:15

**temporarily** 110:1
118:11 120:7,8
**temporary** 176:6
**ten** 88:16 132:17
192:9
**tend** 141:25
**tenure** 125:20
139:12
**ten-minutes** 42:18
**term** 62:14 182:9
182:10 193:1
**terminate** 98:8,10
104:9
**terminated** 90:15
94:5 99:21 101:3
110:17 113:18
118:13 121:6
122:18 124:11
147:3 156:15,22
156:24 161:1
177:17,21,24
178:8 179:8 181:1
183:3 185:19
**termination** 93:4,6
98:11,15 100:19
107:22 113:15,16
114:13,19 115:20
116:2,14,15,18
119:16 124:12,13
171:17 182:25
184:9,10
**terminations** 93:9
119:7 133:9
134:10 184:15
**terms** 33:22 34:5
60:9 95:5 106:15
106:24 157:7
191:2
**test** 46:16 49:20
**testified** 8:9 181:5
**testimony** 193:23
195:9,11 197:8,9
**Thank** 96:3 193:16
193:18
**thesis** 103:21
**thing** 68:17
**things** 45:13 47:18

53:16 68:1 69:13 121:15 129:22 166:5 168:22 175:5
**think** 14:20 16:7 25:2 27:24 42:17 43:21 47:13,16 61:18 63:14 65:4 80:22 81:8,15 83:4,20,24 86:16 90:23 93:8 123:5 128:25 132:11 138:9 139:17 143:10,15,18,20 143:25 144:2,10 150:12 156:14,21 156:24 157:1 158:9,9,12,19 159:9 164:1,23 165:20 168:17 169:13 171:19 178:13,22 180:8 180:21 181:11 184:5,14 190:8,10 191:20,21 192:23 193:2,5,13
**thinking** 34:4 79:13 159:19 189:17
**third** 12:12 129:15
**thought** 18:8 53:14 93:16 101:16 104:4 156:11 189:2
**three** 38:5 44:10 51:20 54:3 132:25 133:16 161:6 169:6 170:7 171:2 171:12 177:14 192:24 193:11
**Tiffany** 6:7
**time** 10:16 13:21 14:7 28:21 29:12 30:3 39:4 42:22 42:25 46:20 51:4 53:15 54:11 55:24 62:3 66:15 72:13

82:10,13 87:12 88:4 89:19 91:4 91:13 100:19 105:24 106:11 110:4 111:11 112:22 118:13 121:5,22 125:2 127:7 134:17 144:14,17 147:13 161:12 166:12 170:2 171:6 178:16,19 179:3,6 179:18 183:22
**timeframe** 111:6
**timelines** 38:21,24
**timeliness** 33:22 65:10 80:11
**timely** 33:11,16,19 33:25 34:5 168:15 168:18,24 169:5 169:11
**time-consuming** 171:4
**time-sensitive** 180:14
**timing** 30:10
**titles** 67:19
**today** 9:8,14,24 10:3 105:4 119:19 161:24
**today's** 193:23
**told** 89:5 147:5 154:3
**tomorrow** 149:15
**tool** 19:3
**tools** 40:1 69:12
**topic** 23:23 24:13 45:3 50:23,25 51:14,15,19,20 54:3 72:13 79:22 101:10,14 140:1 140:15,18
**topical** 24:15 51:17
**topically** 23:22,23
**topically-focused** 24:1
**topics** 30:8 45:1

51:1 74:12,17 142:6,7 177:3
**total** 112:22 125:6 125:8 132:25 136:24 138:25 139:16,17 141:15 186:19 188:25 189:3
**totality** 145:12 189:23
**traditionally** 165:17,18
**train** 24:9
**training** 20:25 22:17 24:8,11 41:7 48:16
**trajectory** 72:15 159:13
**transcript** 197:8
**transcription** 195:10
**transferred** 115:16
**transformed** 75:2
**transition** 22:12 102:22 103:17,18 103:21 142:1 159:16
**transitioned** 152:3
**Transitioning** 27:6
**transitions** 152:3
**translated** 190:18
**translates** 191:25
**transmitting** 56:19
**TransPerfect** 7:18 7:20
**treated** 170:23
**treatment** 103:4,5
**treatments** 103:2
**Trends** 129:12
**trial** 103:2
**trouble** 32:22 33:2
**true** 163:6 165:23 195:9 197:8
**truth** 97:19
**try** 8:20,22 14:2 17:22 32:5 54:22 56:24 188:6

**trying** 77:14 83:23 93:6 125:7 180:21 181:25
**TSL** 124:10
**turn** 60:2
**tutoring** 53:24
**two** 12:20 17:2 32:13 38:9 78:22 82:4 102:7 103:2 104:15,16 119:14 133:4 161:11,11 163:3,21 164:11 175:5 191:7
**type** 23:12,19 25:6 30:7 36:25 40:8 46:6 53:13 68:12 69:20 70:21,24 72:20 73:11 74:6 76:9 77:6 85:24 100:16 102:5 126:18 133:15 134:9
**types** 17:2 24:5 27:18 28:18 30:19 45:1 68:18 72:5 75:10 77:21
**typewriting** 197:10
**typical** 67:18,20 69:2 125:16 136:23 140:23
**typically** 17:20 22:9 23:13 27:16 28:5 44:11 51:16 52:12 59:10 66:1 69:4 70:5,6 72:12 73:18,21 74:16 76:11 79:21,23 139:13 168:19

---
**U**

**uh** 101:23 102:19 102:21 104:22 108:12 109:8 112:21 113:11 117:3 122:11 150:11,24 153:8 153:22 155:20

158:10 160:13,17 168:8 174:17 177:12 180:21 186:8 189:15 192:5
**ultimate** 52:2 54:15 114:2
**ultimately** 16:1,20 19:5 39:5,19 45:8 50:4 53:3 74:17 75:1 95:8 111:7 111:14 118:3 123:11 128:7 129:10,11 151:15 154:14
**um** 61:22 101:25 102:24 103:14 108:10,15,22 109:6,12 112:11 115:9 145:3 150:14 152:19 153:10 154:5 155:10 156:8 157:1,12 158:9 160:12 163:6 164:3,7,10 166:15 168:6 169:10 171:12 173:25 175:1 177:10 181:9 182:20 184:3,13 185:3,11 186:6 187:5 189:19 192:9
**unable** 172:10 173:24
**unaided** 117:11
**unaware** 38:23 58:24 93:13
**understaffed** 80:1 81:9
**understand** 8:24 17:22 76:16 93:6 114:13,20 117:16 158:7,17 159:5 182:1 191:22
**understanding** 44:21 46:21,22

56:16 83:1 94:2 109:9 115:21 139:23

**understood** 18:11 82:7

**undertake** 18:8,15

**undertaken** 53:25 151:13 154:4

**undertakes** 21:9

**underway** 133:17

**unfinished** 133:19

**unintelligible** 186:15

**unique** 33:21 58:10 59:22,24 60:23 65:2

**uniquely** 69:25

**unit** 28:7 145:10,16 146:4 158:11 177:23 178:4

**United** 1:1 2:12 7:9 8:1 27:11 58:7

**units** 26:6 137:19 145:5,6,18

**universally** 16:13

**universities** 15:6,7 22:15

**University** 10:13 10:16,22

**university-based** 23:14

**university-funded** 155:22

**unnecessary** 92:12 156:15,22

**unobligated** 188:12 188:13,14

**unspent** 82:5

**unusual** 182:3

**update** 168:20

**updated** 35:10 50:7 50:8,11 133:12 168:15,19

**updates** 57:7

**updating** 51:12 54:5 117:24 118:1 168:24

**uploaded** 35:14

**uploading** 168:21

**up-to-date** 33:12

**use** 24:20 25:17 26:4,9 27:14 32:15 33:6,7 35:6 36:3 37:21 54:17 62:8 65:18 66:14 68:9 69:20 71:9 71:22 75:4 78:6 78:17 84:22 103:4 133:7 134:7 156:4 167:1,4,12,24 174:12 182:9,9

**useful** 34:1

**user** 71:20

**uses** 15:4,20

**usual** 49:17 103:3

**usually** 18:23 26:24 33:8 37:4 73:12 77:1

**U.S** 1:10 3:12

---
**V**

**vacant** 157:11 162:13

**valid** 21:2 25:21 41:15

**valuable** 43:22 78:20 102:17 103:15 104:4 152:25 153:10 166:13 176:16

**value** 25:23 45:3 49:21 71:5 99:15 99:18,25 101:6 124:20 125:6,12 125:13 153:14 155:16,16

**varied** 31:9 44:10 53:7 63:5 169:8

**varies** 60:16 99:23 189:15

**variety** 15:4 23:25 40:1 49:13 62:25

**various** 17:21 60:4 80:14 85:15 87:19

99:21 140:14 150:6 152:22

**vary** 23:21 49:18 72:23 101:1

**vast** 181:11

**vein** 152:23 180:12

**venue** 84:18

**verbally** 8:18 89:5

**verifies** 39:7

**version** 108:10,22 150:8,8,15

**versions** 150:17

**versus** 7:8

**Victoria** 3:22 7:25

**video** 1:16 2:9 7:19 194:4

**videographer** 3:19 7:5 8:4 42:21,24 82:9,12 110:3 144:13,16 178:15 178:18 193:19,21

**videotaped** 7:6

**view** 16:9 18:18 20:10 25:23 46:11 69:23 75:24 79:3 80:1 86:12 101:22 102:17 117:5 134:23 153:2,7,9 153:12 158:3 165:23 166:2

**viewed** 31:20,20 121:16 128:23 130:16,19 131:1

**vision** 21:18

**Vocational** 17:10

**volume** 62:3 94:11 164:4 173:9

**vs** 1:9 196:2

---
**W**

**wait** 8:20

**waived** 194:3

**waiver** 122:5

**want** 59:10,11 70:5 136:11 138:13 193:25

**wanted** 50:19 94:13

129:21 136:9

**warranted** 33:19

**Washington** 1:20 3:5,14 7:15

**wasn't** 179:4,18

**waste** 92:9,10 114:22

**way** 9:11 22:18 23:16 49:24 58:18 107:13 114:25 144:7 147:22 150:19 174:15,17 180:22

**ways** 32:8 39:22 40:15 140:14 169:10 189:16

**webinars** 15:19 40:15

**website** 15:20 26:19 35:24 39:25 134:6,7

**Wednesday** 1:18

**weekly** 54:11

**weeks** 128:6

**weighting** 67:24

**went** 10:13 23:1 123:15 177:14

**weren't** 176:2 179:23 180:1,2,14 181:3

**we'll** 81:15 82:8 178:13

**we're** 9:5 10:5 70:1 144:19

**we've** 58:5 60:2 61:17 67:17 74:1

**WHEREOF** 197:12

**widely** 21:11 23:21

**winnowing** 186:13 186:16

**witness** 2:10,18 8:5 10:19 11:16,19,21 12:19 14:2 19:14 23:5,12 25:11 31:5 35:19 42:1 42:20 45:25 47:2

48:7 56:8 64:17 73:3 79:11 85:4 85:18 86:8 87:5 94:25 96:3 117:23 118:1 119:1 122:13 139:6 148:1 156:1 161:17 163:1,15 167:4,18 175:10 176:20 177:1 186:16 188:16 193:18 195:6 197:12

**women's** 10:10,12

**worded** 68:15

**words** 156:4

**work** 11:3 12:20 15:10,13 16:17 18:14 20:15 22:1 22:4,7,9 23:12 24:5 25:6 26:21 28:5,13 35:7 36:4 36:15,15,18,19 37:16 39:14 40:11 44:9,12 47:17 48:11,21 50:3 51:18 52:3,7,9 54:7,11 56:22 58:22 60:4,6,12 60:22 62:4 65:11 65:15 66:6,8 67:8 67:12,14 70:7,9 71:7 72:5 73:5 74:2,3,6,9,23 75:2 75:3 76:9,17 77:10 83:8 85:15 99:24,24 101:2,4 101:15,21 102:17 103:20 104:4 106:16,24 110:10 112:16,20 113:5 114:7,12,16,16 115:2,3,7,10,22 118:20,23 119:18 119:20 120:5 121:3,5 122:19 125:22 127:7,21

127:23 130:14
131:1,24 132:23
133:16 143:20
151:22 152:9,24
153:1,4,7,8,9,10
153:13,13 155:16
159:16 160:4,16
162:18,24,25
163:4,6,23 165:10
165:14,17,24
166:12,15 167:8
167:10,11 168:24
171:7,14 172:20
172:22 175:6,11
176:18 178:7
182:21,23,24
183:3,8,11 186:13
186:17 190:2
191:25 192:1,4
193:6
**worked** 10:15 44:2
47:25 48:24
129:24 166:5,9,9
168:4,6
**working** 13:6,8,18
44:5 60:9 61:5
76:4 91:15 119:13
120:19 130:5,9
132:10 133:2
138:1 152:21
165:8
**workload** 151:20
155:12
**workplace** 142:20
**works** 13:1 25:1
34:13,18,19 35:2
35:21 37:7 40:14
50:6 51:2,2,12
54:5,7,12,15
61:13 74:2 85:1,4
85:15,18 114:7
133:11 134:4
163:7,8 164:8
168:14 180:12
**workshops** 47:15
**workstreams**
146:13,15

**worth** 125:8
**wouldn't** 41:9
130:9 136:25
173:7
**wound** 161:13,18
**writ** 45:11 46:4,12
50:2 79:9,11
138:14 156:9,17
**write** 51:17 156:16
158:8
**writes** 113:3
**writing** 93:3 125:2
159:9
**written** 90:23
**wrote** 90:14 93:8
93:16 123:16
159:15,20
**WWC** 35:12,16,18
35:19 36:4,7,10
36:16 41:2 50:19
74:13 75:18 85:19
168:3,7,19,20
169:1
**WWC's** 40:24,25

___
**X**

**X** 4:9

___
**Y**

**yeah** 14:2 22:9
23:23 35:5 41:2
41:12 45:25 51:15
61:1,3 72:24 82:1
99:1 100:20 114:1
139:15 142:6
145:3 149:20
154:2 170:13
185:14
**year** 64:5,7 81:24
82:3,5,6 136:9
140:9 143:8 160:5
166:11 169:7,8
183:14,19,21
184:6,20,21,24
186:23 187:3,3,3
187:5,12 188:1,7
188:11 189:10
**years** 11:3 33:22

35:11 66:15 74:18
82:4 136:23 158:1
169:9,15 184:18
184:18 186:5
187:4,18
**year's** 82:3
**Yep** 96:8 104:20
161:2 176:20
**yesterday** 93:18
**yield** 68:15 71:8
79:7 103:8
**York** 3:4 7:14

___
**$**

**$10** 190:5
**$10.6** 125:9
**$130** 189:10
**$150** 190:11
**$300** 183:15,25
184:5 187:12,19
187:20
**$600,000** 125:10
**$800** 183:16
**$9.9** 125:9

___
**0**

**0th** 197:13

___
**1**

**1** 4:11 45:21 90:1,6
**1:00** 110:4
**1:59** 144:14
**10** 5:16 88:21 90:9
110:21 135:23
137:19
**10th** 88:1,6 89:20
90:20 91:5 110:7
**10:00** 105:4,8
**10:03** 42:22
**10:19** 42:25
**104** 4:23
**108** 5:4
**11** 5:19 92:23 93:8
120:17 149:2
**11th** 93:12 136:3
149:18
**11:00** 104:16,25
**11:22** 82:10

**11:35** 82:13
**110** 171:12 177:14
**110-ish** 170:13
**1100** 3:13
**11545** 1:25
**12** 5:7,10,21 6:4,7
88:16 124:1
149:21 154:23
**12th** 171:25
**12:31** 110:2
**120** 5:6
**123** 5:9
**126** 5:12
**128** 5:15
**13** 6:3 134:15
154:19
**13th** 88:1 128:13
**135** 5:18
**14** 6:6 171:21
197:15
**1445** 3:4 7:14
**149** 5:20,22
**15** 191:12
**154** 6:5
**171** 6:8
**1993** 10:10
**1997** 10:11,11,14
**1999** 10:14

___
**2**

**2** 4:14 92:16
**2,000** 60:21
**2:09** 144:17
**20** 191:12
**20005** 3:5
**20012** 3:14
**2014** 11:3
**2018** 11:5,10
**202)448-9090** 3:6
**202)514-4011** 3:15
**2022** 80:4 81:1
**2024** 11:25 12:2,11
14:21,22 15:15
16:9 17:1 20:4,8
20:19 21:5 22:13
24:14 27:8 28:15
30:19 31:17 33:11

33:18,21 34:1
35:10 38:13 39:14
43:6 44:7 49:3
50:5 51:1 54:4
59:1 61:13 62:6
64:1,5,7 72:17
75:24 76:10 79:3
80:1,2,23 81:8,10
81:13,17,24 84:6
86:18 87:24
131:12 143:17
166:11 169:5
182:22 187:22
197:13
**2025** 1:18 2:6 5:7
5:10 6:4,8 7:15
90:9 92:23 122:11
122:13,15 124:1
130:14 144:22
183:14,19,21
184:2,7,24 186:23
187:6,13 188:11
**2026** 169:7 175:24
176:1 184:21
187:6
**2027** 197:15
**2028** 175:25
**2213(C)** 124:16
**25** 136:9 137:19
138:21 183:20
184:11,12 188:7,8
188:18
**25-cv-1230** 1:9
7:12
**26** 175:25 183:13
187:16

___
**3**

**3** 1:18 2:6 4:17 7:15
96:1 105:13
**3:07** 178:16
**3:23** 178:19
**3:49** 193:22 194:5
**30** 14:19 187:5,6
**305(j)** 140:13

___
**4**

**4** 4:21 104:11 113:3

**5**

**5** 5:3 51:6 108:1 111:21 116:11
**50** 20:6 131:13 139:17 143:17
**588** 136:24 138:15 139:16

**6**

**6** 5:5 120:10
**6th** 104:16 105:1 105:19
**60** 87:11 139:17

**7**

**7** 5:7 123:22
**7th** 96:13 104:17 106:14 114:1

**8**

**8** 4:3 5:10 126:12

**9**

**9** 5:13 128:9
**9:00** 104:17,17
**9:12** 1:19 2:7 7:3 7:16
**90** 4:13 151:17 152:2 157:19 160:25 182:25
**92** 4:16
**96** 4:20