# Exhibit SSS

**From:** Soldner, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7723E5DEB13E49C7A63B80452904D3A1-SOLDNER, MA]
**Sent:** 2/11/2025 1:18:12 PM
**To:** Bettis, Jonathan E. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=abfc1bd0f6bf47f58a2e334d14c85e6f-Bettis, Jon]
**Subject:** FW: Contract terminations

Do we think there are a raft of outstanding terminations?

I would have thought they would have done all they could to push them out yesterday.

M

---
Matthew E. Soldner
Acting Director
Institute of Education Sciences

**From:** Melissa Clark <MClark@mathematica-mpr.com>
**Sent:** Tuesday, February 11, 2025 10:11 AM
**To:** Wei, Thomas <Thomas.Wei@ed.gov>; Silverberg, Marsha <Marsha.Silverberg@ed.gov>; Ali, Melanie <Melanie.Ali@ed.gov>; Soldner, Matthew <Matthew.Soldner@ed.gov>
**Subject:** Contract terminations

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi everyone—reaching out to let you know we have received termination notices for most of Mathematica's Eval contracts, and expect to receive the rest today. It has been a true pleasure working with you all over the past several years on so much important work for IES. We have really appreciated your partnership, leadership, and commitment to high-quality research to improve federal education programs. We know this is a tough time for everyone at IES—please take care, and I hope we will have the opportunity to work together again.

Melissa

*My working day may not be your working day. Please don't feel obliged to reply to this email outside your normal working hours.*

**Melissa A. Clark, Ph.D.**
*Principal Researcher and Director of Education Research*
P.O. Box 2393
Princeton, NJ 08543-2393
Phone: 609-750-3193
Fax: 609-799-0005
mclark@mathematica-mpr.com
www.mathematica-mpr.com