# EXHIBIT 1

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Southern Division

- - - - - - - - - - - - - - - -+
                                |
AMERICAN EDUCATIONAL            |
RESEARCH ASSOCIATION            |
(AERA) and SOCIETY FOR          |
RESEARCH ON EDUCATIONAL         |
EFFECTIVENESS (SREE),           |
                                |
         Plaintiffs,            |    Case Number:
                                |
   vs.                          |    25-cv-1230
                                |
U.S. DEPARTMENT OF              |
EDUCATION, INSTITUTE OF         |
EDUCATIONAL SCIENCES,           |
LINDA MCMAHON and MATTHEW       |
SOLDNER,                        |
                                |
         Defendants.            |
                                |
- - - - - - - - - - - - - - - -+


Video Deposition of

MATTHEW E. SOLDNER, Ph.D.

Wednesday, November 3, 2025

at 9:12 a.m.

in Washington, D.C.


Reported by:  Laurie Donovan, RPR, CRR, CLR

Job no: 11545

NCEE was carrying out as of 2024?

A    I -- NCEE conducts primarily two types of evaluations:  Implementation evaluations and impact evaluations.  Implementation evaluations explore the extent to which programs are implemented as intended. Impact evaluations explore the impact or causal effect of a policy or program on important outcome.

Q    And what would some of those evaluations have been?  What would examples be?

A    An evaluation of the Carl Perkins Vocational and Technical Education Act, an evaluation of comprehensive state literacy development grants, and others.

Q    And how did NCEE choose which evaluations to carry out?

A    A mix of policymaker priorities and requirements in specific statutes.

Q    And when you say "policymaker priorities," who developed those priorities?

A    Typically, NCEE staff would meet with senior career and political leadership in the various offices of the department to try to understand their interests, and then devise evaluations that were responsive to their needs.

Q    Would the NCEE staff bring their

Q   Would NCES staff support that access?

A   Yes.

Q   How -- about how many staff would have that as their, their responsibility?

A   About three staff were probably substantively involved.

Q   Would it be the primary responsibility or a secondary responsibility?

A   Certainly primary for two.

Q   And would they manage the contractors who were supporting that access?

A   Yes.

Q   Was there difficulty as of 2024 in providing prompt access to restricted-use data?

A   It's difficult to answer that question. Difficulty from whose perspective?

Q   From, from IES's perspective in, in meeting the demand for restricted-use data.

A   I was never made aware they had difficulty in meeting the demand.

Q   Were there established timelines for responding to requests for access?

A   I'm unaware if there were established timelines.

Q   What does granting that access to

Q    In your conversations with people at NCES, did you talk to people who worked on the Early Childhood longitudinal study?

A    Yes.

Q    How many staff would have been working on that?

A    I don't know in 2024.

Q    Would you know approximately how many staff would work on a longitudinal study?

A    It varied based on study.  One to three, typically.

Q    And would the staff work with a contractor to carry out a study like the ECLSK?

A    Yes.

THE REPORTER:  Like the what?

BY MR. MCGRATH:

Q    The ECLSK or the Early Childhood Longitudinal Study Kindergarten.

A    Yes.

Q    In the ECLSK's iterations, had that study contributed anything significant to the understanding of early childhood education?

A    I'm not an expert in early childhood education.  That study certainly spawned a number of articles and further research.

your conversations with them?

A    Generally, yes.

Q    Did NCEE, as of 2024, see impacts like the impact in Mississippi as a goal it would like to attain, attain in operating the RELs?

A    Yes.

Q    Were there other goals that NCEE saw the RELs as seeking to achieve that were particularly important?

A    Generally, the goal of RELs is to bring research and evidence to whatever the question of policy or practice a state or district partner had, which could be on a variety of matters.  The goal was using evidence to help partners achieve their stated goals.

Q    And what were the partners' normal stated goals or usual stated goals?

A    It would vary based on jurisdiction.  An example might be achieving a certain benchmark on a state test.

Q    Why would states value achieving those benchmarks?

A    Presumptively because that would signal they had improved their state policy or practice in a way that supported students in achieving greater learning

A    Not that I recall.  Prior to the cancellations?

Q    Prior to the cancellations.

A    Not that I recall.

Q    Based on what you heard from Mr. Fennessy and Mr. Bettis, what was the objective of the cancellation process?

A    To the best of my recollection, the objective was the elimination of waste.

Q    "Waste" meaning --

A    The procurement of services that were either unnecessary or priced at a level higher than was necessary.

Q    Would that include saving funds?

A    Yes.

          (Exhibit 2 was marked for identification.)

BY MR. MCGRATH:

Q    If you could take a look at this next exhibit.  It has Bates number EDAERA0001040.  You can just take a moment to look at it.

          Do you recognize this message from February 11, 2025?

A    Yes.

Q    Can you explain the circumstances

of the contract?

A    Via notes in a spreadsheet.

Q    Did other IES staff contribute to those comments?

A    Not that I recall.

Q    Um, what knowledge did you draw upon in determining whether a contract was critical?

A    Uh, whether or not it was, to my understanding, required by a specific statute or essential to the function of another part of the department.

Q    Um, did -- other than statutory requirements and functions of other parts of the department, did you consider any other information in determining whether the contract was critical?

A    Not that I recall specifically, though for any given contract, perhaps.

Q    How long before, before a cancellation did you get to provide this input?

A    This artifact was generated post-termination, to the best of my recollection.

Q    To your recollection --

        (Discussion was held off the record

         regarding a large bug on the floor,

         after which the deposition was

designated as critical.

Could you explain how you made that decision to, to provide input that a contract was critical.

A    If in my judgment that contract was perhaps not statutorily required or did not appear to me, as a nonlawyer, to be statutorily required, but still seemed to substantively advance the mission of the department in an area that was, to the best of my knowledge, important, then we marked it critical -- or I marked it critical.

Q    Um, using your judgment from your experience at IES?

A    Yes.

Q    Before the contracts were canceled, did you believe that most of those contracts were important to IES's work?

A    Yes.

Q    Is it fair to say you believed a substantial majority of the contracts were important to IES's work?

A    Uh, with the -- yes, with the caveat that the total number of contracts at that time was not fully known to me.

Q    We discussed your assessment of whether contracts were required by statute.

Did you receive directions or instructions to analyze whether contracts were required by statute?

A    So Exhibit 4, Jonathan Bettis writes, effectively, yes, that we were asked to direct -- asked to indicate "whether the work was required, allowed, or suggested by law."

Q    And was Jonathan Bettis the person who would have communicated to you that whether a contract was statutorily required was an important input in this process?

A    Uh, yes, via this exhibit.

Q    Did anyone else communicate to you that it was important to determine whether contracts were required by statute?

A    Prior to termination?

Q    Prior to termination.

A    Not that I recall.

Q    Before the contracts were terminated, did you receive any requests for information about stakeholders who might be relying on the contracts; for example, about education researchers or participants in studies who might be relying on the contracts?

A    Not that I recall beyond the artifact list provided -- referenced in the -- for the meeting of

Page 116

to the government, you know, in the event of a termination or other conclusion of the contract.

Q    But was there a plan in place to ensure that that actually occurred before the contracts were canceled?

A    There was no explicit plan beyond the general plan that, should a contract end or even reach its natural course of ending, that government property would be returned to the government.

Q    You have said there was IES input into an initial artifact and then IES input into Exhibit 5.

Was there ever an individualized process for feedback about each contract?

A    Prior to termination?

Q    Prior to termination.

A    No.

Q    Among the studies that were halted by termination of the contracts, was the National Post-Secondary [Student] Aid study one of those studies?

A    Yes.

Q    What is that study?

A    The National Post-Secondary Student Aid study is a study essentially of how students pay for college.

THE WITNESS:  IES is updating and maintenance of the common core of data, so ultimately it may have resulted in a brief kind of hiatus or -- of its collection, but those data continue to be collected.

BY MR. MCGRATH:

Q   Were other significant collections or studies halted by the contract cancellations?

A   Yes.

Q   Which -- which ones?

A   So at least temporarily, for example, the NPSAS, N-P-S-A-S, contract you referred to earlier was terminated for a time.

Q   Any other studies or data collections?

A   Previously you mentioned the Early Childhood Longitudinal study, kindergarten cohorts.  You mentioned the High School and Beyond study.  Those are examples.

Q   Was the National Household Education survey halted -- work on that survey halted by the cancellations?

A   In part, yes.

Q   How did work continue?

A   So it's my recollection that NHES is --

THE REPORTER:  What?

THE WITNESS:  National High School Education survey, N-H -- household.  Household.  Sorry. Household Education survey, N-H-E-S, NHES, was supported via contract and interagency agreements with the Census Bureau.

The former was canceled as part of the initial round of contract terminations.  That contract I believe focused more on analysis, and preparation of the data had already been collected.

BY MR. MCGRATH:

Q    Were IES or NCES staff able to continue working on that data?

A    It's my recollection that NCES received two data files from the contractor prior to the termination of the contract, as well as several associated publications that had been already released, and we continue to work with those data today.

Q    Was IES's work on the program for International Student Assessment impacted by the contract cancellations?

A    I believe briefly, yes.

Q    When you say "briefly," why was it only briefly?

Page 120

A    That contract was reinstated.

Q    You mentioned previously the MTSSR evaluation.

A    Mm-hmm.

Q    Was work on that evaluation halted by the contract cancellations?

A    Temporarily.

Q    Why only temporarily?

A    Because it was, it was reinstated.

(Exhibit 6 was marked for identification.)

BY MR. MCGRATH:

Q    If you could take a look at this document, Bates number EDAERA00001949.  I'll give you a moment to look.

Do you recall the context in which you sent this email on February 11?

A    Yes.

Q    You referred to working through a, quote, "postmortem."

What did you mean by that?

A    To review the list of canceled contracts and identify their status.

Q    What steps did you start to take after becoming aware of the -- this process?

A    Yes.

Q    Where would he have gotten this information about NCES contracts?

A    From NCES staff.

Q    Would it have been from staff working on these contracts?

A    Presumably, yes.

Q    Do you have any reason to believe that it wouldn't have been from staff working on the contracts?

A    No.

Q    Stepping back, what would you say has been the broad impact of the contract cancellations from February 2025 on IES's work?

A    At this stage, IES is managing those contracts which are viewed to be most mission critical or statutorily required, which is a subset of those which were originally being conducted.

Q    Who -- viewed as mission critical or statutorily required by whom?

A    Certainly NCES staff would be making the argument that these activities were mission critical or required.  Reinstatement decisions rested outside of IES.

Q    Before these contracts were canceled, you

viewed the work that was being done under them to be important?

A    Largely.

Q    Has, has the quantity of research and data collection conducted by IES been significantly reduced by the contract cancellations?

A    It has been reduced.

Q    About how many evaluations is NCEE carrying out now?

A    Perhaps around a dozen.  Perhaps slightly more.

Q    And you said earlier that in 2024, NCEE was carrying out in the neighborhood of 50 evaluations?

A    Probably.

Q    Is it fair to say that that's a significant reduction in the number of evaluations NCEE is carrying out?

A    It is a reduction.

Q    How many longitudinal studies is NCES carrying out?

A    Currently, no longitudinal studies are in the field.

Q    Is NCES planning on carrying out longitudinal studies?  Is NCES conducting work that would form the basis of future longitudinal studies?

A    Can I speak to actions that are related to the development of procurements or otherwise under deliberation?

MR. BRUNS:  If there's no final decision and it's under deliberation, then I would object to him answering the question.

BY MR. MCGRATH:

Q    Well, let me reframe.

Factually speaking, are people at NCES working on longitudinal study activities, which I think is factual information that you can share?

A    Yes.

Q    How many longitudinal studies was NCES carrying out before these contract cancellations?

A    I don't have a specific count.

Q    Could you approximate?

A    There could have been ten that were either active or for which there were future collections planned, perhaps not active at the moment, but there was a notion there would be a future collection.

Q    And how many NCES staff would have been involved in those -- before these cancellations, in work on those longitudinal studies?

A    With the caveat that I have imprecision on the total number, I would assume between one and three

staff per activity.

Q How many NCES staff are working on longitudinal activities now?

A Two, I would say.

Q Have the contract cancellations impacted IES's ability to disseminate research and data?

A IES continues to use many of the same dissemination channels it did prior to the terminations. The cadence of dissemination may be slower.

Q For example, is the What Works Clearinghouse being updated with new information?

A Actually, yes, although I'm not sure you would observe it.

Q What type of information?

A So work continues on the three practice guides that were underway that I spoke of earlier. A contract is currently in effect which is completing reviews in the database that were left unfinished and ensuring all existing reviews are added to the database.

Q A contract is in effect; was that contract previously in effect before the contracts were canceled, or is it a new contract?

A This -- I believe this is a -- it was a

Q    Did you advocate for those contracts to be reinstated?

A    Those particular set of contracts?  No.

Q    Were those contracts -- were contracts to operate the Regional Education Laboratories rebid before the court order you referenced?

A    No.

Q    At NCER -- you discussed NCER's receipt of grant applications and other functions.  Has NCER issued new research grants since the contract cancellations?

A    Yes.

Q    How many research grants, approximately?

A    We recently awarded nine new awards. Perhaps a few more.

Q    Did the contract cancellations delay the release of grant awards at NCER?

A    Yes.

Q    Did they reduce the number of grant applications that were considered?

A    They reduced the number of grant applications that were able to be reviewed.

                    (Exhibit 10 was marked for
                    identification.)

BY MR. MCGRATH:

Q    If I could show you this document, which is a February 11th email, the Bates number EDAERA00001056.  I'll give you a moment to review.

Do you recall the -- this email?

A    I do.

Q    What were you communicating in this email?

A    That we were in the midst of peer review for several fiscal year '25 competitions, and we wanted to, if possible, complete those reviews.

Q    Why did you want to complete those reviews?

A    Absent completed reviews, we would not be able to make determinations about awards.

Q    And you say, "We won't get to review because of the peer review contract cancellation."

How did the peer review contract cancellation affect IES's ability to review these applications?

A    IES peer review is managed jointly by IES staff and contractors.  Contractors serve an important logistical function in our review process.  Absent their logistical support, we were not able to continue the review process as we would have in typical years.

Q    You said that a total of 588 applications wouldn't be able to be reviewed; is that correct?

A    Yes.

Q    Did those applications end up getting reviewed?

A    Some subset of these may end up getting reviewed.

Q    But they haven't been reviewed yet?

A    Correct.

Q    And not all of them are likely to be reviewed?

A    Correct.

Q    Would staff participate in the peer review of grant applications?  IES staff, I should say.

A    They participate in, in the process, yes.

Q    How many IES staff would participate in that process?

A    Approximately seven from our Standards and Review Office, and then, depending upon whether the grants were from NCER or NCSER, the number of staff in those units, so another 25 or 10, respectively.

Q    And what would the contribution from the --
Office of Standards, you said --

A    Standards and Review.

Q    -- Standards and Review be?

A    Standards and review would recruit the panel members who participate in peer review.  They would

specific populations or on specific transition points between levels of schooling.

Q    NCES has been instructed by Congress to conduct data collections in certain subject matter areas, though; isn't that correct?

A    Topics, yeah.

Q    Topics.

Is NCES now collecting data about secondary school completions?

A    NCES is currently collecting data through the common core of data on secondary school graduation rates.

Q    Is NCES now collecting data on early childhood education?

A    No.

Q    Is NCES now collecting data on state and local education reform activities?

A    No.

Q    Is NCES now collecting data on teaching or the conditions of the education workplace?

A    No.

Q    Is NCES collecting data on the supply of teachers?

A    NCES is currently collecting data on the number of students who complete teaching credentials.

Q    How is it collecting that data?

A    Through the integrated post-secondary education data system.

Q    Was that collection impacted by the contract cancellations?

A    I don't recall whether it was -- the contract was rescoped either because of the contract cancellation or because a new option year was being exercised and had to be rescoped.

Q    Okay.  Has -- I think we mentioned NCEE's conduct of evaluations.  Has the quality of the evaluations NCEE is conducting been impacted by the contract cancellations?

A    No.

Q    Do you think -- you had previously said NCEE is conducting around a dozen evaluations and that, in 2024, it was closer to 50 evaluations.

Do you think that NCEE is less impactful following the contract cancellations?

A    I think NCEE is supporting less work currently than prior to the contract cancellations.

Q    Does that reduce its impact on the education system?

A    It may reduce its potential impact.

Q    Do you think that it's likely that it will

reduce its impact?

A    I think individual projects will continue to be as impactful as they would have been, had they otherwise not experienced a potential disruption.

Q    Have the contract cancellations affected NCEE's ability to manage its existing evaluations?

A    It's affected the way in which they have been managed.  I'm not sure it's affected the ability to manage any individual contract.

MR. MCGRATH:  I think this is a good point to take a break.

If we could go off the record.

THE VIDEOGRAPHER:  We are going off the record.  The time is 1:59 p.m.

(Whereupon, a short recess was taken.)

THE VIDEOGRAPHER:  We are going back on the record.  The time is 2:09 p.m.

BY MR. MCGRATH:

Q    Mr. Soldner, we're going to return to the reduction in force that took place at IES.  Are you familiar with the reduction in force that took place at IES in March 2025?

A    Yes.

Q    Can you describe how the reduction in force, or RIF -- R-I-F -- process took place?

A    I can describe my --

Q    From your perspective.

A    Yeah, from my perspective, um, prior to the RIF, Jonathan Bettis and our executive officer were given a list of units that comprised IES and asked to look at those units and array them into what are known as "competitive areas."  We did so.

I was asked one additional question -- either subsequent to that or relatively contemporaneously to that -- about which unit inside NCES the college scorecard was completed within.  That was the totality of information that I recall providing.

Subsequent to that, I was called into a meeting where the details of the RIF were announced to unit leaders.

Q    Who, who asked you for this information about IES's units?

A    The Office of the Chief Human Capital officer.  I don't recall who within that group specifically asked.

Q    And the meeting you attended where you, you learned about, about this RIF; where was that?

A    In the secretary's conference room.

Q    Who announced the information?

A   I do not recall if the chief of staff or the secretary was leading that meeting.

Q   Other than the information you provided about a specific unit of NCES that was conducting -- which section --

A   The college scorecard.

Q   College scorecard.  Were you consulted on any other details about IES's functions before the RIF?

A   I believe prior to the RIF, we were asked to complete a document that distinguished between "mandatory and non-mandatory" -- I believe was the language -- functions or workstreams within IES and to assign -- I don't recall if it was counts of positions or names of individuals conducting those workstreams.

Q   Was this provided in document form?

A   Spreadsheet.

Q   Spreadsheet.

At what level of detail would you describe what was a mandatory or non-mandatory function?

A   So, for example, we have discussed previously that there is statutory language supporting a study like NPSAS, N-P-S-A-S.  In that spreadsheet I would detail NCES, one FTE to conduct NPSAS per the authorizing legislation.

before the RIF to the decision-maker or the Office of the Secretary?

A    No.

Q    Before the RIF was conducted, were all of the employees at IES evaluated individually for their performance?

A    Yes.  If they were eligible for evaluation, yes.

Q    Is it fair to say, based on -- well, let me reframe.

Are you aware of any other leaders within IES who were able to give more feedback about the RIF process before the, the RIF was undertaken?

A    No.

Q    Stepping back, ultimately approximately what portion of IES's staff was subject to the RIF?

A    90 percent.

Q    And what impact has that had on IES's ability to carry out its functions?

A    IES has had to rearrange its workload among the remaining employees to address the change in FTE.

Q    So you discussed earlier the work that statisticians at NCES would carry out, and you noted that they may have one or a handful of studies that they were supporting.  They may engage in planning.

Q    And was that work that was being conducted like that important, in your view?

A    Yes.

Q    Is there other work that was being conducted that is no longer being conducted?

A    Yes.

Q    In your view, is some of the work that's not being conducted any longer, uh, work -- I'll rephrase.

In your view, is some of the work that IES cannot conduct any longer, um, valuable work that was lost?

A    It's my view that the most mission critical work of IES continues.  Other work that may have had value may not be able to continue.

Q    Before the RIF occurred, did you generally believe that IES staff were performing effectively?

A    Generally.

Q    Did you generally assess that IES had a significant number of people with important expertise to the agency's mission?

A    Yes.

Q    Uh, you mentioned not knowing who the decision-maker was.  Have you ever heard what the guiding principle was in determining how much of IES was subject to the RIF?

Q    Do you think that it's significantly less than was the case before the RIF?

A    Um, I don't know.  Because of the current volume of activity in the contracts, there's a substantial amount of communication happening at present.

Q    Um, so you've said there are fewer evaluations being conducted.  The What Works Clearinghouse has not put out new compilations of research, such as practice guides, um, and NCEE has about two staff currently contributing to its functions.

Is it fair to say that NCEE is carrying out significantly less evaluation activity than it was previously before the RIF?

A    It is conducting fewer evaluations, yes, than it was prior to, prior to the RIF, while the bulk of the contract cancellations occurred prior to the RIF.

Q    So would you assess that it's likely there will be an impact on the quality of evaluations carried out at NCEE with less staff oversight?

A    I don't think that's a foregone conclusion, no.

Q    But you did assess the people who are

subject to the RIF at NCEE had been generally performing effectively previously?

A     Yes.

Q     And you said that they had made a contribution to the nation's education system?

A     Yes.

Q     And now there are many fewer individuals working there.

Is it fair in that context to assess that the quality of NCEE's work will be lowered?

A     It is my sense that the staff who remain at NCEE will endeavor to maintain the same level of quality and rigor as has historically been provided, or has been, you know, characteristic of their work.

It's my sense that the contractors themselves will continue to do the same high-quality work they have traditionally, and that our peer review process will continue as it has traditionally to ensure quality.

So I don't think it's a given that quality will decline based on changing numbers, given the number of contracts folks are carrying.

Q     But is it, in your view, true that the quantity of work that was being conducted by NCEE staff prior to the RIF has been dramatically reduced?

A    It has been reduced, yes.

Q    In your view, does a reduction in staff at NCEE impact its ability to carry out its statutory functions?

A    We have worked to ensure that those things which are most mission critical and statutorily required continue and be the priority.  So to the extent to which those are our core functions, we have worked less -- we have worked to continue those activities.

Q    But before this year, in 2024, you assessed the work that NCEE was carrying out at that time to be valuable?

A    Yes.

Q    Um, and much of that work has been halted; is that correct?

A    Yes.

Q    And now there is one full-time staff member at NCEE; is that correct?

A    Yes.

Q    You previously mentioned multiple divisions at NCEE.

A    Mm-hmm.

Q    Could you refresh our recollection as to what those divisions are?

practice guides as an important component of the WWC, correct?

A    Correct.

Q    Will all practice guides be released as -- in a timely fashion in comparison to 2024?

A    So we intend to release three practice guides in calendar year 2026.  The number of practice guides per year has certainly varied over the number of years I've been there.

Q    Um, are there any other ways that NCEE's ability to timely disseminate information will, will be impacted by the RIF?

A    I think we have observed some slower pace of peer review, but not dramatically so, compared to years prior.  I don't anticipate -- for those products which are in the pipeline to be released, I do not necessarily believe they will be released any more slowly currently than they would have prior to contract cancellations or the RIFs.

Q    And you said originally after the RIF, you were the only employee of NCEE?

A    Yes.

Q    Did you hire a new employee?

A    We received -- well, so we -- at the RIF, I was the only IES employee at NCEE.  We had recently

received one detailee who has subsequently followed me to NCES.  In the intervening time, we received a different single detailee inside NCEE.

So it was me plus a detailee pre-RIF.  Now that I've moved to NCES, it's one FTE, also a detailee.

Q    And at NCES you said there were three people after the RIF?

A    Yes.

Q    About how many people had NCES had before the RIF?

A    Probably -- I don't know specifically. Probably 110-ish, yeah.

Q    And what are the main responsibilities of the people who remained at NCES?

A    The ongoing execution of the National Assessment of Educational Progress, or NAEP, N-A-E-P; the ongoing maintenance of our restricted-use data licensing program; the ongoing operation of international surveys and planning for such surveys; the operation of our disclosure review board, which reviews restricted-use data prior to licensing, to ensure that it has been properly treated to avoid the inadvertent disclosure of personally identifying information.

Those are the large functions.

Q    So those three employees had at least those four functions.  Would you say that those four functions are time-consuming?

A    Yes.

Q    Would those employees -- did they have time to support other NCES work?

A    Previously to the RIF or currently?

Q    After the RIF.

A    Generally, they are focused on those specific activities.

Q    Um, after the reduction from 110 to three employees, was NCES's ability to carry out the same quantities of work it had done before substantially impacted?

A    The number of contracts and activities declined post contract termination and RIF.

Q    Did it decline significantly?

A    I think it depends upon your definition of "significant."  It was a large decline.

            (Exhibit 14 was marked for

            identification.)

BY MR. MCGRATH:

Q    If I could show you document number EDAERA00003223.  This is an email from March 12th.

Page 181

their life cycle.  Those were terminated.  They were important in that they answered questions that policy-makers had, but they weren't critical, so we haven't resumed them.

Q    You testified that you gave input about which contracts were critical to decision-makers after cancellation, including through one of the artifacts that we discussed.

Were all of the contracts that you, um, said were critical reinstated?

A    Certainly I think the vast majority were approved for reinstatement.  There may have been some small number that were rejected.

Q    Other than providing that input in a memorandum or the spread, a spreadsheet, did you have other opportunities to explain to decision-makers why contracts should be reinstated?

A    In the main generally, they were either through the memos which you have seen copies of or a subsequent iteration of that where there was an online portal with the same data, just not submitted in memo form.

Other than that, I had one extended series of conversations with a member of the efficiency team related to a specific contract, where they were trying

Aside from the contract cancellations, is IES not bidding for new contracts at the same rate that it was previously?

A    I haven't seen data that shows the rate of new procurements now compared to prior fiscal years.

Q    Um, is the smaller staff at IES contributing to the lower rate of obligation?

A    Uh, not necessarily.  I would suspect the focus on mission critical activities is the larger driver of the lower rate of obligation.

Q    Why would conducting the mission critical activities drive a lower rate of obligation?

A    Well, by winnowing the work down to just mission critical activities, you have a lower --

THE REPORTER:  What -- (unintelligible) --

THE WITNESS:  Oh, sorry.  By winnowing the scope of work to just mission critical activities, you might expect to see a reduction in the total number of new procurement and therefore obligations.

BY MR. MCGRATH:

Q    But IES is paying less staff now than the beginning of fiscal year 2025?

A    Yes.

Q    Do you know approximately what rate of